AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| (See Attachment) | ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DAILY DISTRO LLC
78 John Miller Way, Suite 2111
Kearny, New Jersey 07032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Frances L. Kern (202) 326-2391; fkern@ftc.gov
Colleen Robbins (202) 326-2548; crobbins@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave, NW, CC-8543
Washington, DC 20580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Attachment

Civil Action No. _____

Defendants:

TheFBAMachine Inc., a corporation;

Passive Scaling Inc., a corporation;

Sales.Support New Jersey Inc., a corporation;

1HR Deliveries Inc., a corporation;

Hourly Relief Inc., a corporation;

3PL Logistic Automation Inc., a corporation;

FBA Support NJ Corp., a corporation;

Daily Distro LLC, a limited liability company;

Closter Green Corp., doing business as Wraith & Co., a corporation; and

Bratislav Rozenfeld, also known as Steven Rozenfeld and Steven Rozen, individually and as an officer or owner of TheFBAMachine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistic Automation Inc., FBA Support NJ Inc., Daily Distro LLC, and Closter Green Corp., doing business as Wraith & Co.