**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THEFBAMACHINE INC. et al., <br><br> Defendants. | CIVIL ACTION NO. <br><br> **[PROPOSED] ORDER TEMPORARILY SEALING THE DOCKET AND ENTIRE CASE FILE** <br><br> <u>**FILED UNDER SEAL**</u> |

Plaintiff, Federal Trade Commission ("FTC"), has moved for an order directing that the docket and all documents filed in the above-captioned case be filed and placed temporarily under seal, and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** as follows:

1. The file and docket in this action, including the Complaint, the FTC's Emergent *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction with Other Equitable Relief ("TRO Motion"), the accompanying exhibits, and all other papers in the above-captioned case, including this Order and the application therefor, shall be filed under seal, and the file and docket shall be sealed until five business days after the Court's entry on the TRO Motion, or until service has been effected on all defendants, whichever occurs first. No further orders of this Court shall be necessary for the Clerk to unseal this case.

2. The Clerk shall notify counsel for the FTC of the entry of this order and any order relating to the FTC's TRO Motion, and counsel for the FTC may obtain from the Clerk's office, via email or other means, copies of this order and any order relating to the FTC's TRO Motion.

3. This Order shall not be construed to prohibit the FTC from disclosing to non-parties, including to any temporary receiver appointed by the Court or to law enforcement officers, the existence of any parties to this lawsuit, or the documents filed in this case. It also

shall not be construed to prohibit the temporary receiver from disclosing the Complaint or any order issued by this Court as necessary to fulfill his or her obligations.

DATED this _____ day of _____, 2024

_____<br>United States District Judge