Frances L. Kern
Colleen Robbins
Federal Trade Commission
600 Pennsylvania Ave, NW, CC-8543
Washington, DC 20580
(202) 326-2391; fkern@ftc.gov (Kern)
(202) 326-2548; crobbins@ftc.gov (Robbins)
(202) 326-3395 (Fax)

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THEFBAMACHINE INC. et al., <br><br> Defendants. | CIVIL ACTION NO. <br><br> **DESIGNATION OF AGENT FOR SERVICE** <br><br> **FILED UNDER SEAL** |

Pursuant to Local Rule 101.1(f), because the Federal Trade Commission ("FTC") does not have an office in this district, the United States Attorney for the District of New Jersey is hereby designated as an alternative to the FTC to receive service of all notices or papers in the captioned action. Therefore, service upon the United States Attorney or its authorized designee, Kristin Vassallo, Deputy Chief, Civil Division, United States Attorney's Office for the District of New Jersey, 970 Broad Street, Newark, NJ 07102 shall constitute service upon the FTC for purposes of this action.

Respectfully submitted,

Dated: 6/3/24

*signature*

Frances L. Kern
Colleen Robbins
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-8528
Washington, DC 20580
(202)326-2391; fkern@ftc.gov
(202) 326-2548; crobbins@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

2