# Attachment C

## Posted transactions

**Keywords:** sales.support

**From:** 04/01/20   **To:** 10/19/20

**Purchased by:** All cardmembers

**Category:** All categories

[Search]

| Transaction | Note | Amount |
|---|---|---|
| SALES.SUPPORT — Apr 23rd, 2020 | Ok - refunded. | $74.99 / 75 AAdvantage® miles |
| SALES.SUPPORT — Apr 30th, 2020 | NOT refunded | $95.11 / 95 AAdvantage® miles |
| SALES.SUPPORT — May 13th, 2020 | NOT refunded. | $69.16 / 69 AAdvantage® miles |
| SALES.SUPPORT — May 23rd, 2020 | Ok - refunded. | $74.99 / 75 AAdvantage® miles |
| SALES.SUPPORT — May 24th, 2020 | NOT refunded. | $83.37 / 83 AAdvantage® miles |
| SALES.SUPPORT — Jun 23rd, 2020 | Ok - refunded. | $74.99 / 75 AAdvantage® miles |
| SALES.SUPPORT — Jul 8th, 2020 | NOT refunded. | $11.21 / 11 AAdvantage® miles |
| SALES.SUPPORT — Jul 13th, 2020 | NOT refunded. | $83.99 / 84 AAdvantage® miles |
| SALES.SUPPORT — Jul 21st, 2020 | NOT refunded. | $12.25 / 12 AAdvantage® miles |
| SALES.SUPPORT — Jul 23rd, 2020 | Ok refunded | $74.99 / 75 AAdvantage® miles |

transactions

**Posted transactions**

| Keywords | | Purchased by |
|---|---|---|
| sales.support | | All cardmembers |

| From | To | Category |
|---|---|---|
| 04/01/20 | 10/19/20 | All categories |

Search

| | | |
|---|---|---|
| SALES.SUPPORT<br>Aug 10th, 2020 | NOT refunded | $11.47<br>11 AAdvantage® miles |
| SALES.SUPPORT<br>Aug 23rd, 2020 | NOT refunded. | $74.99<br>75 AAdvantage® miles |
| SALES.SUPPORT<br>Sep 23rd, 2020 | NOT refunded | $74.99<br>75 AAdvantage® miles |
| SALES.SUPPORT<br>Sep 23rd, 2020 | NOT refunded. | $98.08<br>98 AAdvantage® miles |

Sales Support
Oct 18th 2020     NOT refunded.     $3-76

**Posted transactions**

Keywords: bqool
Purchased by: All cardmembers
From: 04/01/20
To: 10/19/20
Category: All categories

[Search]

| Transaction | Note | Amount |
|---|---|---|
| BQOOL-RECURRING — May 7th, 2020 | ok | $25.00 — 25 AAdvantage® miles |
| BQOOL-RECURRING — Jun 7th, 2020 | ok | $25.00 — 25 AAdvantage® miles |
| BQOOL-RECURRING — Jul 7th, 2020 | ok | $25.00 — 25 AAdvantage® miles |
| BQOOL-RECURRING — Aug 7th, 2020 | NOT refunded | $25.00 — 25 AAdvantage® miles |
| BQOOL-RECURRING — Sep 7th, 2020 | NOT refunded. | $25.00 — 25 AAdvantage® miles |
| BQOOL-RECURRING — Oct 7th, 2020 | NOT refunded. | $25.00 — 25 AAdvantage® miles |

# Attachment D



**Daily Distro**
7001 Anpesil Dr suite C5
North Bergen, NJ 07047, United States
(347) 586-0271

**INVOICE**
April 20, 2020
04202020_JAMES J

**BILL TO**
James J Hennig

**SHIP TO**
FBA15LSXB80K
Amazon
Amazon ABE8

| Description | Vendor SKU UPC | Pack Fees | Single | PC | Shipped | Price | Total |
|---|---|---|---|---|---|---|---|
| Cuddle Barn Chuey Bamba 12" Singing Chihuahua Animated Plush Toy, Shakes Maracas to "La Bamba" | M7320 -- | Labeling: 5.28 Polybagging: 11.04 | 24 | 1 | 24 | -- | -- |
| Lance Van-O Lunch Nekot Vanilla Creme Cookies 8 Count (Pack of 4) | 7433 -- | Labeling: 4.40 Pack: 9.20 | 80 | 4 | 20 | -- | -- |
| Kikkerland Magnifying Flip Lens Makeup Glasses | 4434 -- | Labeling: 8.36 | 38 | 1 | 38 | -- | -- |
| Mix 2D Labels | | | -- | -- | -- | 0.34 | 1.70 |
| Pallets | | | -- | -- | -- | 15.00 | 15.00 |
| Pallete Labels | | | -- | -- | -- | 0.34 | 1.36 |
| Box Labels | | | -- | -- | -- | 0.34 | 1.70 |

**Remarks / Payment Instructions: Credit Card**

| | |
|---|---|
| SUBTOTAL | 0.00 |
| DISCOUNT | 0.00 |
| SUBTOTAL LESS DISCOUNT | 0.00 |
| PREP TOTAL | 58.04 |
| TAX RATE | 6.63% |
| TOTAL TAX | 3.85 |
| SHIPPING/HANDLING | 30.00 |
| TOTAL | 91.89 |
| CREDIT CARD SURCHARGE (3.5%) | 3.22 |
| **BALANCE DUE** | **95.10** |

# Attachment E



# amazon.com

**Remit To:**

Amazon.com
PO Box 80367
Seattle, WA 98108-80387
USA



SQDb2g0bpG

**Vendor Return**
Shipment ID: 7223342876551
VRET ID: VRET6876828051531
RA #: 8N2C4-201015T7G-EWR4-1
Process Date: October 15, 2020
IOG: Amazon.com

**Shipped From:**
50 New Canton Way
Robbinsville, NJ 08691-2350
US

**Shipping Address**
Alison Briyinshaw

Amazon.com Vendor Return -- DEFECTIVE (RA #: 8N2C4-201015T7G-EWR4-1)

| Qty. | Item | ASIN | UPC/EAN |
|---|---|---|---|
| | SINGLE-PACKAGE SHIPMENT | | |
| 1 | Cuddle Barn Chuey Bamba 12" Singing Chihuahua Animated Plush Toy, Shakes Maracas to "La Bamba" | X002HMVDNX | 831133003527 |

3/QDb2g0bpG/-1 of 1-//UPS-CCHIL-T/vendor-returns/63182650/1018-17:30/1017-05:58 Pack Type : 1A7
VRET**7223342876551

# Attachment F

PLEASE REFERENCE CUSTOMER PO ON INVOICE AND PACKING SLIP: D9M2DN

# B  Beauport LLC
CUSTOMER CODE: 1001
PO #: D9M2DN

**PURCHASE ORDER**
September 10, 2020

*[handwritten: 1-514 509 7225]*

**SHIP FROM**
Attitude Living
223 Veterans Blvd, , NJ 07072
Suite A
Carlstadt NJ 07072, US

**SHIP TO**
Sales.Support Carlstadt
PO #: D9M2DN
223 Veterans Blvd
Carlstadt NJ 07072, US

| Product Name | Vendor SKU | UPC | Total Units Buy | Total Case Buy | Unit Cost | Subtotal |
|---|---|---|---|---|---|---|
| ATTITUDE Baby Fabric Softener Hypoallergenic Non toxic ECOLOGO Certified Sweet Lullaby 33 8 Fluid Ounce 40 Loads | 6.26232E+11 | 626232421378 | 106 | 106 | 6.92 | 733.52 |
| ATTITUDE Nature Hypoallergenic Floor Surface Cleaner Tile Wood Citrus Zest 35 2 Fluid Ounce | 6.26232E+11 | 626232105100 | 26 | 26 | 3.85 | 100.10 |
| ATTITUDE Sensitive Skin Hypoallergenic Repair Color Protection Conditioner Argan Oil 8 1 Fluid Ounce | 6.26233E+11 | 626232601121 | 108 | 108 | 7.99 | 862.92 |
| ATTITUDE Dishwasher Tablets Natural Phosphate free Vegan and Cruelty free Water Soluble Sparkling Clean Dishes 26 Count | 6.26232E+11 | 626232132281 | 18 | 18 | 7.70 | 138.60 |
| Attitude Little Leaves Hypoallergenic Natural Bubble Wash Vanilla Pear 16 Fl Oz | 6.26232E+11 | 626232183153 | 14 | 14 | 7.69 | 107.66 |
| | | | | | SUBTOTAL | 1942.80 |

PX21

001526

# Attachment G

PX21                                                           001527

< mrecomking >
Active 1h ago

Yesterday, 11:59 AM

I have sent a dozen messages to the support team from the beginning saying this is not what I signed up for. For 3 months I have been asking what is going on with my account this is not what Anthony sold me. Only once did I get reply saying oh sounds like you were meant to be drop

Message...

PX21

001528



**mrecomking**

Active 1h ago

> this is not what Anthony sold me. Only once did I get reply saying oh sounds like you were meant to be drop shipping. What are you going to do about this.

Yesterday, 5:13 PM

> Please call not email. I promise you if you call we will handle this








PX21  001529

# Attachment H

