## DECLARATION OF ANDREW EASTON
### Pursuant to 28 U.S.C. § 1746

I, Andrew Easton, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1.  My name is Andrew Easton. I am over the age of 18 and reside in Agoura Hills, California.

2.  In approximately early 2019, I began to follow Steven Mayer's popular channel on YouTube, which at the time had tens of thousands of followers. On his channel, Steven provided tips and tricks for succeeding in the Amazon e-commerce space, and he showed off his luxury lifestyle that he impliedly maintained with his e-commerce Amazon stores.

3.  On that YouTube page, Steven announced that he was building a new business venture that would offer a wholesale Amazon automation model to his followers. I am President and sole owner of Venturely Co., which runs Amazon accounts selling wholesale products, and so I was very interested in this chance to work with Steven to grow my business. Part of what was exciting about Steven's pitch was that he promised to have partnerships with over 2,000 name brand products at wholesale prices including Nike, Adidas, Sony, and Coca Cola.

4.  Around May 2019, I registered for an Amazon Masterclass through a link from Steven's YouTube channel. The class was a digital course and not particularly useful. Because of that, though, I believe that Steven and Valiant had my email address to eventually reach out about the new opportunity. When I expressed interest in learning more, I quickly received a phone call from a salesperson, Brandon See, who told me that the new company Steven had formed was called Valiant Consultants, Inc. ("Valiant"). He explained that, for a fee, Valiant would manage automated third-party e-commerce

Amazon stores on my behalf.  I was told that a team of five people would be assigned to my store, and that they would research products for my stores, find suppliers of those products using Steven's connections in the industry, manage customer service, and fulfill customer orders. Because the operations were largely automated, I was told, the stores could generate significant passive income for me.  Brandon said that if I paid $30,000 to Valiant, my store would generate $100,000 per month by the end of the year with a profit margin of 20%. We joked that this $20,000 per month in profit could help my wife retire.

5.  After we spoke, Brandon sent me more videos and information about Valiant, and he invited me to attend a live call with Steven. When I spoke to Steven, he walked me through a slideshow presentation that explained the business model and made similar promises about expected earnings. At this point, I told Steven that I had access to $200,000 in capital. We talked about how big we could grow together, and he promised to turn my stores to turn into a "million-dollar enterprise." While this was very appealing, I also told Steven that I was not just going to hand over $30,000. Steven explained that Valiant had a refund guarantee where they would buy the store back from me if I don't recoup my initial investment. I saw Valiant as a reputable business partner to source name brand products and this refund policy, coupled with the projected return on investment, was key to my decision to invest with Valiant.

6.  As part of my due diligence, also I asked to be connected to references who had worked with Steven. Steven got on a call with me and two supposed clients of Valiant who both said that, while they weren't yet earning $100,000 per month because their stores were relatively new, they were happy with how Valiant was running their stores. After this initial call I was never able to talk to those references again, nor was I provided their

contact information. I now suspect that at least one of these supposed clients was a Valiant employee because the same person later showed up in Valiant's sales videos.

7.   In addition to these conversations, I also received advertising via email. For example, on October 25, 2019, I received an email that reiterated that I would earn "$100K/month in just 6-12 months with profit margins of 25-50%," explaining "you BRING HOME on average $25,000 to $50,000 per month." The email also claimed Steven had built more than 150 such stores for his friends and family, and assured the reader: "Is it an out-of-this-world promise? Not according to our track record that guarantees out-of-this-world results!" The ad also contained a "100% money-back guarantee." A true and correct copy of this October 25, 2019 email is attached hereto as **Attachment A**. I also saw similar advertising videos that had explicit earnings claims like those made over the phone, including that my store would earn $100,000 per month.

8.   Before signing up, I also received the slides of a presentation that explained Valiant's business model. In one of the opening slides titled "Summary," the opportunity was described like this:

> Are you looking for a professional team to build, automate and manage your Amazon business? We have a team of well-trained experts to manage your business effectively and efficiently. We will build you a 6/7 figure automated Wholesale/FBA Amazon store with 35% average profit margins!

The presentation also explained how quickly we could expect our stores to grow; by Month 2, we should have about $10,000 in sales and by Month 3, we should have $30,000 to $50,000 in sales. A true and correct copy of this presentation is attached hereto as **Attachment B.**

9.   Shortly after contacting Valiant, I received a Non-Disclosure Agreement and Account Management Agreement (the "Contract") to review. According to the Contract, in

exchange for my payment of $30,000, Valiant would manage my Amazon accounts "according to the Automation business model I have been presented with," including "managing and performing functions such as (but not limited to), customer service, product research and order fulfillment." The Contract also included a revenue share provision: I would be invoiced $1,000 for management of my store in the first 60 days that it was active, after which I would be invoiced 30% of the net profit from the store's sales. **Attachment C** is a true and correct copy of the Contract.

10. The Contract also included a "money back guarantee" wherein, after 365 days from the 60-day growth phase, Valiant would buy back my store for the amount paid less any profits earned in the preceding 425 days. The money back guarantee required that I meet certain requirements including, among others, that: (1) the store have a credit card limit "with up to $40,000;" (2) "[a]ll account/store requirements are followed from Valiant Consultants Inc. back office videos;" (3) invoices are paid timely and in full; and (4) my store was not put into vacation mode. **Attachment C.**

11. As a result of my conversations with Valiant and based on the ads and materials I reviewed, I decided to sign the Contract and purchase the business opportunity. On October 25, 2019, I signed the Contract. Steven Mayer signed the Contract as Founder of Valiant Consultants, Inc. **Attachment C.**

12. I never received any document from Valiant with any information backing up its earning and profit claims contained in social media ads, on YouTube, on its website, or over the phone with the sales agent and Steven Mayer. I also never received a document from Valiant telling me whether the company has been subject to legal action or a list of consumers who purchased their services in the past 3 years.

13. On October 25, 2019, I wired $30,000 to a Community Federal Savings Bank bank account owned by Valiant.

14. After I signed the agreement and paid the $30,000, I followed the instructions provided by Valiant to set up my Amazon store. Because I already had an active Amazon seller account and business set up, I was quickly able to get my documents to Valiant and add the necessary permissions to my existing Amazon account. In January 2020, I was invoiced for, and paid, an additional $1,000 management fee. Attached hereto as **Attachment D** is a true and correct copy of that invoice. I was very surprised that my store was not up and running until approximately February 2020—more than 3 months after I contracted with Valiant.

15. Once my store was opened, many aspects of how my account was run were different from what Valiant promised. For example, I had to pay extra fees on my credit card for software from FBA Support (which I would later learn was actually managing my account instead of Steven's Valiant team). Although I was told that I would have a team of five people working on my store, my account was instead assigned to four virtual assistants using Valiant email addresses. I was also told that Valiant had wholesale access to name brand products that I knew would give me a competitive edge in the Amazon seller space. Instead, Valiant was training the virtual assistants to do basic market research to identify arbitrage opportunities—places where a seller can profit from price discrepancies in two different markets. The inventory that was presented to me to purchase for my store was terrible; instead of Nike, Adidas, or other name brands, there was barely anything profitable, recognizable or of sufficient sales volume or quantity to justify a purchase order. The virtual assistants were not leveraging Steven's relationship

with wholesalers to get name brand products like I expected, but instead were ordering from very obscure websites and choosing products anyone had access to so that my store was competing with numerous other sellers. While most of the inventory Valiant put in my store eventually sold, some of those items sold for less than I'd paid for them.

16. Around this same time, I began seeing complaints from Valiant customers popping up on social media. Then, on December 11, 2019, I received an email from Valiant explaining that the Valiant Facebook page was being taken down and being replaced by an unnamed "software solution." In this email, Steven said that he and Valiant were aware that Valiant's clients were starting "side groups" on Facebook and WhatsApp. He "reminded" us that if we started or belonged to one of these groups, it would be "against your agreement" and could result in Valiant ceasing to manage your store. A true and correct copy of this Email is attached as **Attachment E**. To me, this was a big red flag.

17. On January 8, 2020, I received another email from Valiant with the Subject "Important Valiant Update." In that email, Valiant admitted to "kinks in the chain," including that customer support tickets were starting to "pile up," clients weren't "receiving proper communication," and that some clients' stores had experienced "delayed results" because Valiant was "struggling to handle everything." In response, Valiant promised it would be hiring additional "American-based customer service representatives," "building systems and SOPs for communication," and "pausing ALL of our marketing and [] no longer accepting new clients." **Attachment F** is a true and correct copy of Valiant's January 8, 2020 email.

18. By Spring 2020, I was growing increasingly concerned about how Valiant was running my store and its business model, and I began to take more control over managing the

team of virtual assistants. For example, I reviewed purchase orders and encouraged the virtual assistants to use tacticalarbitrage.com, a site that allows users to view wholesale items' profit and sales potential in order to identify arbitrage opportunities.

19. As I began to take on more management of my account, however, I found what looked like errors in my inventory. That lead me to audit my account, and I eventually found out that approximately $1,500 in inventory I'd paid for (out of a total $13,000 in paid inventory—or more than 10%) was not stocked in my store.

20. I reached out to the support line for Valiant, at which point I was connected to Steven Rozenfeld ("Steven R.") from FBA Support. Until this point, I had no idea that the management of my store had been contracted out by Valiant to FBA Support, which I had thought was the software provider.

21. From May through August, 2020, I repeatedly reached out by phone and email to both Valiant and Steven R. at FBA Support in an effort to reconcile the missing inventory in my account. Valiant and FBA Support readily acknowledged that items were missing, and strung me along for months as, for example, they claimed to be searching the warehouse to see if my missing items could be found. While many items were eventually reconciled and stocked into my store, I grew increasingly frustrated with the total mismanagement by Valiant and FBA Support. True and correct copies of several relevant email exchanges are attached as **Attachments G to J**.

22. In July 2020, Steven R. set up a call to "hash out a deal." On that call, Steven R. told me that the missing inventory had been lost due to an operational issue. Steven R. claimed to be running more than 100 stores for Valiant at the time, and he said that they were switching warehouses and my inventory likely ended up in someone else's account.

Instead of replacing the inventory or refunding me for the lost goods, however, Steven R. said that I needed to move on and agree to be paid back from future profits I would earn in my store. During this time, Steven R. continued to pressure me to put additional money into buying inventory even though my account had not been reconciled for the lost goods.

23. I also had several long conversations with Stephanie McDaniel from Valiant. Similar to Steven R., Stephanie told me that I needed to accept this mistake and continue to put in big purchase orders. She told me that Valiant would not continue to service my store if I did not provide more money for inventory, even though my account had not been reconciled. She also told me that, while I could put in a refund request, Valiant was not going to honor it.

24. On September 2, 2020, I received an email from Valiant with the subject "Valiant Consultants Out of Business…" The email claimed to be written to address these "rumors," "untrue lies," and "sensationalist online bullying and fear mongering," which I understood to mean the alarming number of Valiant clients who were now complaining about Valiant's services. Valiant admitted, however, that it had taken down its videos and Facebook page and had disconnected previously working phone numbers. While Valiant claimed clients instead had access to "channels of support that current clients know to reach out to," no alternate methods of communication were provided by the email nor did I have a reliable way to reach Valiant. The email also oddly claimed that the Better Business Bureau (the "BBB") is a "pay to play" website that makes companies pay for positive company reviews to appear on that company's BBB page, and that Valiant supposedly had over 50 positive reviews being held "hostage" by the BBB. A true and correct copy of this email is attached hereto as **Attachment K**.

25. On November 4, 2020, I got another alarming email from Valiant. We were told that the "warehouse and distribution team" was implementing a new $35 monthly fee for storage of goods in the warehouse, adding additional, undisclosed fees for returned inventory, and requiring clients to sign a new vendor agreement. Any client who didn't agree to these new terms could stay with FBA Support, *but only if they agreed to have their account on pause for 1 to 3 months*. A true and correct copy of this email is attached hereto as **Attachment L**.

26. On December 3, 2020, I requested a refund under the money back guarantee. I never got my money back, nor any reason that my refund was denied, and eventually the email addresses that I had for Valiant started bouncing back as undeliverable. A true and correct copy of these emails are attached hereto as **Attachment M**.

27. On May 24, 2021, I received another email from Valiant informing me that it would cease working on my account. I promptly followed up to ask Stephanie about the status of my refund through the money back guarantee. She claimed that she did not have any contact with Legal, who "work on their own discretionary terms" to approve or deny claims, and that I would not have received a reply to my request unless it was approved. A true and correct copy of the email exchange from May 24, 2021, through June 2, 2021, is attached hereto as **Attachment N**.

28. For the majority of the time that my store was run by Valiant, gross sales were in the mere hundreds of dollars. In fact, the highest gross sales my store ever returned was $3,488.48—nowhere close to the promised minimum of $50,000 per month in gross sales I'd been promised. This meant my store was often operating at a loss once the monthly fees and costs of inventory were accounted for. Attached hereto as **Attachment O** is a

profit and loss statement that shows the breakdown of my store's (named Urban Thumb)

gross income, operating expenses, and net income by month from December 2019

through December 2021. As detailed in Attachment O, while it was operational my store

had less than $6,000 in *total* gross sales, all of which were offset by the more than $6,600

in operating expenses. Therefore, I not only never recouped my initial $30,000

investment, but I lost money on my store as well.

I declare under penalty of perjury that the foregoing is true and correct.

_Andrew Easton_

Executed on May 22, 2024 in _Agoura Hills, CA_

# ATTACHMENT A

5/7/24, 11 19 AM                                    VenturelyCo Mail   Your FREE video



                                                                      **Andrew Easton <**████████████████

─────────────────────────────────────────────────────────────

**Your FREE video...**
1 message

─────────────────────────────────────────────────────────────

**Steven Mayer** <contact@valiantconsultants.co>                    Fri, Oct 25, 2019 at 7:56 AM
To: Andrew Easton <████████████████

Thanks for requesting your free video explaining Amazon Automation.

As promised, you can watch it here at this link: [Free Video](Free Video)

Also…

Are you interested in having myself and my team personally build you a $100K/month Amazon store in 6 to 12 months with profit margins of 25-50%?

Using the SAME strategies, we've used to grow over 150 other stores to that level?

Even if the only Amazon you know about is the rainforest...

If so...Head over to the link I gave you above.

After building over 150 stores for friends and family, I wanted to help MORE people.

Therefore, Valiant Consultants was born.

Over time, I have built a massive team that ensure that every store that we do is successful.

I currently have room for a few new clients...

Imagine…

Your store going from $0 - $100K/month in just 6-12 months with profit margins of 25-50%.

That means you BRING HOME on average $25,000 to $50,000 per month.

Now imagine…

Myself and my team building it FOR YOU!

                                    **PX17**                                    **000993**

5/7/24, 11 19 AM                          VenturelyCo Mail    Your FREE video

Is it an out-of-this-world promise?

Not according to our track record that guarantees out-of-this-world results!

P.s. We're so confident in our abilities that we offer a 100% money-back guarantee.

I'm ready - are you?

Click here now to learn more about this opportunity.

See you inside!

Sent to ███████████████

Unsubscribe

Valiant Consultants, 11420 27 Street SE, Calgary T2Z 3R6, Canada

PX17                                                                  000994

# ATTACHMENT B



# WHOLESALE / FBA AUTOMATION

---

# GENERAL SUMMARY

000996



# SUMMARY

Are you looking for a professional team to build, automate and manage your Amazon business? We have a team of well-trained experts to manage your business effectively and efficiently. We will build you a 6/7 figure automated Wholesale/FBA Amazon store with 35% average profit margins!

PX17

000997

# Responsibilities

- It's very important that you set aside money for inventory. Your first inventory investment will be between $10,000 and $50,000. The more inventory you have, the faster we can scale your store! Once sold out, you will be responsible for purchasing more inventory for your store to grow. Other than that, just an EIN# and US Corp. is needed. We do the rest!

# Guarantee

- To ensure client success and to remove as much risk as possible for you, we offer a 100% money back guarantee to all clients.
- If you do not make your original investment back in 12 months, we will purchase your store and inventory back from you! Some conditions apply.

# Considerations

- Once signed up, our team will contact you to get you everything you need to get started.
- You will follow all the rules and processes so that we can build your store efficiently.
- You will allow our team to handle the flow of management with minimal interference.







# Expectations

- The primary mission for us is to build your store to $100,000+ per month. It takes an average of about 6 to 12 months to achieve this milestone. This model has NO limits. If your capital for inventory can handle $500k/mo, we will grow your store to that level.

- We aim for your store to generate profit margins between about 25% - 50%. We are currently seeing averages of 35%.

- For the first two months, we will be focused on vendor setups as well as product testing. During this period, all store profits are 100% yours and you will be sent a monthly invoice of $500.00 USD to cover partial staff expenses.

- After two months, your store automatically switches to a percentage-based payout. Our fee is 30% of store net profits to cover ongoing staffing expenses for your account.

000999

- Products will be brand name already selling well on Amazon and won't lead to any account suspensions

- Your invoice for the 30% store net profit will be sent through wire transfer.

- Management fees will remain locked, meaning that when we raise our rates in the future, your fees will not be affected.

- We are responsible for running all store maintenance: from product research, returns, customer service, inventory management, order processing and resolving cases. All business operations are handled by our team.

- The service is non-refundable. That said, you can choose to remove our management services anytime you want as there are no monthly contracts with our team.

- You can always communicate with our support staff if you have any questions

- We don't have access to private information on your Amazon account. Our team has permissioned accounts with controlled access.



PX17

001000







# Cost

- There's one-time setup payment of $50,000. We also recommend $10,000 - $50,000 in inventory. The more inventory means the faster we can scale you to $100k/mo. The schedule for growth will be as follows:
    - Month 1 = Onboarding & new vendor setup
    - Month 2 = Initial product testing - ~$10k in sales
    - Month 3 = Larger order + reorder stage - ~$30k - $50k in sales
    - Month 4+ = Scaling – depending on your cash flow for inventory is what determines sales.

- You need to have an Amazon USA Professional account that costs $39.99 monthly to sell on the Amazon Platform.

- For the first 2 months we will not be collecting any percentage of sales. During this period, all store profits are 100% yours and you will be sent a monthly invoice of $500.00 USD to cover partial staff expenses.

- After 2 months, your store automatically switches to a percentage-based payout. Our fee is 30% of store net profits to cover ongoing staffing expenses for your account.

001001

# READY TO START?

Reach back out to your assigned sales agent to continue!







001002

# ATTACHMENT C

DocuSign Envelope ID: EAF9E879-940C-49BA-8F1D-7A609363B9BD

## CONFIDENTIALITY & NON-DISCLOSURE AGREEMENT

THE SECRET INFORMATION: From time to time, we (Valiant Consultants Inc., its affiliates and/or related entities), or others on our behalf, may share with you information that we consider valuable and take reasonable steps to keep secret - our confidential information. We are not giving you any rights in it (its all ours), nor are we creating any agency, partnership, joint venture, or other joint relation with this agreement. We also are not making any representations, guarantees or warranties about the information. But we are sharing it, so we also want to protect it.

KEEPING THE INFORMATION SECRET: You agree to keep our confidential information just that. Confidential, and not to share it with others without our written permission. We are sharing the information -- verbally, in writing. Electronically, or otherwise -- only for discussions or possibly to engage you, and you agree not to use our confidential information for any other purpose. Of course, you are free to use information generally available to the public (unless, of course, you caused our confidential information to be publicly available) or that you had or independently create(d) without our confidential information (but be prepared to prove it). You will return our confidential information (and all copies and excerpts from it) within five business days if we ask you to and/or if we stop our discussions indefinitely. At our option, we instead may allow you to destroy the materials and confirm that in writing. Lastly, you agree to take care of our confidential information like you would your own.

If asked to disclose our confidential information in connection with any legal process, you will first (and promptly) notify us so we can try to protect our information. And no matter what, for such legal process, you will reveal only the specific information legally required and nothing more. Also, we understand that you may need to share our confidential information with your contractors, subcontractors, or agents in connection with our discussions or possible engagement. Before you do that, you will first require those representatives to agree to keep the information confidential, as you are also responsible for any of their actions with our confidential information. Keep in mind that timing for notices and time periods under this agreement matter, or, as our lawyers say, "time is of the essence."

You acknowledge that violating this agreement can irreparably harm us, which means money probably cannot completely fix things. Therefore, to prevent a violation of this agreement, you agree that we can ask a court to get involved and issue an order requiring that you do or not do something related to our confidential information. Our name is also important to us, so you agree not to use our name or logos or issue press releases or tell anyone about our talks without our written permission. Also, you cannot assign this agreement to someone else — we want you to keep this just between us.

TIME FRAMES AND SUCH: The obligations in this agreement start when we disclose(d) confidential information and continue: (i) for trade secrets, as long as it remains a trade secret under applicable law; and (ii) for confidential information that is not a trade secret until five years after it is returned to us (or, at our option, destroyed) or, if sooner until such information no longer qualifies as confidential information under this agreement.

THE LEGAL STUFF: Our lawyers tell us this paragraph contains important language that continues even after this agreement ends. California law governs this agreement (regardless of anything that could apply to change that). If we have a dispute related to this agreement, you agree to the personal jurisdiction of state and federal courts in Contra Costa County, California, and both parties agree to waive all objections and defenses of personal jurisdiction, improper venue, or inconvenient forum. Any waiver must be in writing and signed by the party granting the waiver. Also, any failure or delay in exercising a right does not mean that right is waived, nor does partially exercising rights prevent a party from exercising other rights it has. If a part of this agreement is held invalid or unenforceable, then that part will be enforced as much as possible, or removed, and will not affect the validity or enforceability of the other parts. This agreement can only be changed by a writing signed by both parties. By signing below, you confirm that your execution of this agreement is duly authorized, and that this agreement is a legal, valid, and binding obligation.

ACCEPTED, AGREED, AND SIGNED UNDER SEAL AND DELIVERED AS OF: 10/25/2019

**CLIENT INFORMATION:**
Name in all Caps: Andrew Easton

Principal Address (sorry, no PO boxes):
▉▉▉▉▉▉▉  Oak Park CA ▉▉▉

Signature: _[DocuSigned by signature]_
702FD46198F241E...

**VALIANT CONSULTANTS INC. INFORMATION:**
Name: STEVEN MAYER

Title: Founder

Signature: _Steven Mayer_

DocuSign Envelope ID: EAF9E879-940C-49BA-8F1D-7A609363B9BD

## ACCOUNT MANAGEMENT AGREEMENT

On the __10/25/2019__, I, __Andrew Easton__ agree to the full payment, in the total amount of $30,000 USD, in exchange for the service(s) of having my Amazon account(s) created and/or managed on my behalf according to the Automation business model I have been presented with and have agreed to. I have been informed and agree to the business model and to the way my account(s) will be operated and managed. This will include managing and performing functions such as (but not limited to), customer service, product research and order fulfillment. I fully understand and accept that there are no guarantees for profits or longevity of my account(s). I understand and accept that my account(s) will be will managed as safely and effectively as possible for the benefit of all parties. I understand and accept that there are intangibles that may affect my Amazon account(s) performance in sales and metrics. This can include (but is not limited to) variables that are out of the control of all third-party sellers on Amazon.com, such as fluctuations in Amazon.com site traffic or competition. I understand and accept that I maintain 100% ownership of my Amazon account(s) and Business, which gives me the ability to sell it or take over management duties at any time. I understand and accept that the initial 60 days is a growth phase where I will be invoiced $1000 USD, from 60 days onward 30% of the net profit from the sales of my online Amazon store, will be invoiced to me monthly, and is only for having my account managed for me but does not relinquish any of my ownership. In the scenario that my account is suspended, all parties involved agree that all viable attempts to recover my account will be made. I understand and agree that if my account(s) is suspended because of my own doing (this includes (but is not limited to) any sabotage, intentional manipulation or wrongdoing on my account(s) that could cause a suspension), that I will not be eligible for our services to continue at no upfront cost. All parties agree that the 30% on the net profit that was originally agreed upon and invoiced, will remain the same. All new future accounts will be negotiated independently. I understand and agree that if I decline to pay the invoices for the building phase of my online Amazon store and 30% of net profit of my account(s), the service(s) originally agreed upon, will cease to operate in all capacities that were agreed upon until payment is received. I understand that Valiant Consultants Inc. offers a money back guarantee that's a one-time offer effective 365 days after the 60 day growth phase is completed, which allows them to buy back my Amazon account(s) from me for the same price I paid for their service(s) less any profits made by the store that were earned through the store in the preceding 425 days as long as the following conditions are met: (a) An account(s) suspension due to my error cannot occur. (b) A credit card limit with up to $40,000 USD must be presented for the account(s) (c) The account(s) cannot be put into vacation mode at any time. (d) Account(s) access and required information to allow the account(s) to become active, must be given within 30 days of purchasing the service. (e) All account/store requirements are followed from Valiant Consultants Inc. back office videos. (f) All invoices through the 60- day growth period and the 30% of monthly net profits must be paid by the 5ᵗʰ of each month. (g) No refunds will be made on deposits or full payments. Valiant Consultants Inc. shall buy, on the 425th day the clients account with a notice and written request from the Client. After the 426th day of the initial fee being paid in full, this money back guarantee shall be null and void. I understand that I am signing this document with full understanding and agreement of all its terms and am doing so willingly.

CLIENT INFORMATION:

Name in all Caps: __Andrew Easton__

Signature __702FD46198F241E...__ _____

Date: __10/25/2019__

VALIANT CONSULTANTS INC. INFORMATION:

Name: __STEVEN MAYER__

Title: __Founder__

Signature: _Steven Mayer_

**ATTACHMENT D**

5/7/24, 11 24 AM                           VenturelyCo Mail    Invoice #745 from Valiant Consultants INC  USD



**Andrew Easton <** ██████████████████

---

### Invoice #745 from Valiant Consultants INC. USD
1 message

---

**Valiant Consultants INC. USD** <mailer@waveapps.com>                    Mon, Jan 6, 2020 at 8:23 PM
Reply-To: billing@valiantconsultants.co
To: ████████████████



# Valiant Consultants INC. USD

### Invoice for **$1,000.00** due by **Jan 06, 2020**

## Review & Pay

 Bank Payment (ACH)

Invoice 745
**View Invoice**

**Valiant Consultants INC. USD**
Phone: 1-866-710-0770
www.valiantconsultants.com



© 2010-2019 Wave Financial Inc. All Rights Reserved. Privacy Policy • Terms of Use

PX17                                                                     001007

# ATTACHMENT E

 Gmail

Andrew Easton <████████████████>

---

## Attention ALL Valiant Clients
1 message

---

**Support Line** <wholesale@valiantconsultants.co>                    Wed, Dec 11, 2019 at 8:34 PM
To: colorfulriseofphoenix@gmail.com
Bcc: ████████████████

We want to send a quick update regarding the Facebook groups being taken down along with the side groups that are being formed without our consent.

First, we are releasing a software in the coming weeks that will allow you to submit tickets with any questions you may have. This will all be tracked and attached to your profile if you need to review them at a later date. As we go, we will be adding lots of different features so that everything is all in one place which is why the Facebook groups have been taken down.

Second, it has come to our attention a few times now that side groups are being started by clients on Facebook, Workplace, WhatsApp and a few other programs. We would like to kindly remind everybody that starting or being apart of one of these groups is against your agreement and when we find out, it could result in us stopping the management of your store.

Again, we have removed these groups so that we can start transitioning everybody into the software that will be able to do and track everything so we ask for your cooperation during this transition. This software will make everybody's lives easier and we cannot wait to share it with you all!


Thanks again for your cooperation,

Steven Mayer and the Valiant Team

--
--
Regards,

Stephanie B.
Valiant Support Team



**PX17**                    **001009**

# ATTACHMENT F

5/7/24, 11 24 AM                                    VenturelyCo Mail  *Important Valiant Update*

 Gmail

**Andrew Easton <▋▋▋▋▋▋▋▋▋▋▋**

---

## *Important Valiant Update*
1 message

**Support Line** <wholesale@valiantconsultants.co>                    Wed, Jan 8, 2020 at 9:40 PM
To: Support Line <wholesale@valiantconsultants.co>
Bcc: ▋▋▋▋▋▋▋▋▋▋

Attention Valiant Family,

We want to take a moment to get honest and vulnerable with all of you. This email will be an apology, a reflection, and also a course of action. We promised ourselves we would always be completely honest to show that we respect and value every single one of you.

The last 8 months have been incredible for Valiant however it has led to a number of kinks in the chain due to the explosive amount of growth.

1) Customer Support

As we have exploded in growth, so has the amount of support needed. The problem we are experiencing is that support tickets are starting to pile up which is leading to a delay in response time. Understandably because of this, clients are getting frustrated that they aren't receiving proper communication.

We want to be known for having GREAT customer support which means we need to dive into this problem to make sure all clients are happy, up-to-date on their stores, and feel taken care of.

Solution: Over the next few weeks, we are on-boarding 5-6 American-based customer service representatives that all have experience in providing exceptional customer support. Along with that, we are also launching a timeline system where your AMs will update you EVERY week on what is going on with your store. On the back-end, we will be building systems and SOPs for communication to make sure everything will run as seamless as possible. It's our hope that between all of these, EVERYBODY will be taken care of, updated properly and proud to be a Valiant family member.

2) Results Timeline

A percentage of the issues that have come up have revolved around results and the timelines in which things are getting done. There is concern that we are growing too fast to be able to handle all the clients that we have taken on and made promises to.

Again, we will vulnerably admit that our growth has delayed results in some stores since the structure we have built is struggling to handle everything. We want to fulfill every single promise we have made to all of you and we will not stop until everybody gets the Amazon store that they deserve.

Solution: We have paused ALL of our marketing and are no longer accepting new clients until further notice. We are serious when we say that we care about every single one of you. This time will be spent focusing on EVERY single client store that we currently have and providing the service that we promised. Over the next few weeks, we will be consistently hiring individuals to join our team and get everybody on track to the growth they deserve. We will not stop until every single one of you is proud to be apart of Valiant.

On behalf of Valiant Consultants, we want to extend our sincerest apologies if you've had a negative experience with us at any point. We chose to be vulnerable in this email to show that we truly do care about every single one of you and to share the solutions that we will be doing to resolve these issues.

Thank you for your patience, your trust and mostly, letting us be vulnerable with you.

We love you all,

Valiant Consultants

--
--

PX17                                                                001011



**PX17**                                                      **001012**

# ATTACHMENT G

5/7/24, 11 33 AM                                    VenturelyCo Mail   Orders Placed

 Gmail

**Andrew Easton <**███████████████████

## Orders Placed
1 message

**Joe Brando** <joeb@valiantfamily.co>                         Fri, May 1, 2020 at 12:14 PM
To:██████████████████

Andrew,

Please see attached documents. This is a log we have of what you have paid for versus what has been shipped out. We are coming in on Saturday tomorrow to go through more inventory where we will be updating this list with recovered items from the old warehouse.

https://docs.google.com/spreadsheets/d/1UfmOmLWwP_Zo1PrbyOaCRQM6W_k3B8DCF1lZTpu17BE/edit?usp=sharing

Joe Brando
Valiant Consulting
813-701-9078

**PX17**                                                **001014**

# ATTACHMENT H

5/7/24, 11 36 AM                                VenturelyCo Mail    Inventory Reconciliation



                                                                    **Andrew Easton <**████████████████**>**

---

## Inventory Reconciliation

3 messages

---

**Estellita Sales Support** <estellita@sales.support>                    Tue, Jun 23, 2020 at 5:21 PM
To: Andrew Easton < ███████████████    Stephanie M <stephanie@valiantfamily.co>

Good Evening Andrew,

I just wanted to update you on some items that we have located in the warehouse. We will be shipping them out
tomorrow.

Item: Porcelain Tea Set in Basket
Item #: 8059-8
Quantity: 8 units
Total Value: $158.40
Shipment ID: FBA15M06MDMB (may be changed to new shipment, will update accordingly)

Please look out for more updates from us and do let me know if you received the email with the spreadsheet attachment
containing all of your inventory that has been reconciled as of this evening.

Thank you and goodnight.

---

**Andrew Easton <**████████████**>**                                    Tue, Jun 23, 2020 at 5:30 PM
To: Estellita Sales Support <estellita@sales.support>
Cc: Stephanie M <stephanie@valiantfamily.co>

Estellita,

Yes I did see the sheet come through. So just to confirm, those are items that have actually made it to Amazon. So about
2/3s of the inventory that we purchased previously is missing if that's what I'm interpreting.

Andrew
[Quoted te t hidden]

---

**Estellita Sales Support** <estellita@sales.support>                    Tue, Jun 23, 2020 at 5:56 PM
To: Andrew Easton < ███████████████ >

Great, and yes, that sheet I sent you contains ALL the items that have made it to Amazon.

 I also looked at all your inventory numbers right now and I would say that we just have to double check less than 2/3 of
your total inventory.

Some of it may already be in transit and we just have to wait for Amazon to confirm that they received said items which
can take a couple days.

I will continue revising your reconciled inventory accordingly. Our new reconciliation team is doing everything we can to
get your final numbers before the end of this week so that we can issue any necessary refund/credit. Again, we apologize
for any delay as we are handling requests in the order they come in.

Thank you for working with us as we move to resolve this and have a clearer business plan from here on out.

[Quoted text hidden]

---

**PX17**                                                                **001016**

# ATTACHMENT I

5/7/24, 11 35 AM                                    VenturelyCo Mail   Inventory Reconciled

 Gmail                                                **Andrew Easton <**███████████████**>**

_____

# Inventory Reconciled
7 messages

**Estellita Sales Support (via Google Sheets)** <drive-shares-noreply@google.com>          Tue, Jun 23, 2020 at 5:06 PM
Reply-To: Estellita Sales Support <estellita@sales.support>
To: ████████████████████
Cc: stephanie@valiantfamily.co

> estellita@sales.support has attached the following spreadsheet:
>
> 📗 **Andrew Easton UB: IR**
>
>  Good Evening Andrew,
> Just in case you haven't been updated about your reconciled inventory, I have
> attached a spreadsheet to this email. This particular spreadsheet has every item that
> has made it to Amazon as of 6/23/20 8PM. We will update accordingly and share said
> information with you as it comes in. Have a goodnight.

Google Sheets: Create and edit spreadsheets online.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA           Google™
You have received this email because estellita@sales.support shared a spreadsheet with you from
Google Sheets.

_____

📄 **Andrew Easton UB: IR.pdf**
    61K



**Andrew Easton <**████████████████**>**                               Tue, Jun 23, 2020 at 5:13 PM
To: Estellita Sales Support <estellita@sales.support>
Cc: stephanie@valiantfamily.co

Estellita,

Thanks for compiling this. This is a start, but accounts for only $4,953 of a total of $13,189.52 of actual inventory
purchased to date.

Also, my sales have dropped from $2700 last month to $900 this month and tons of inventory just went into pricing errors.
What is going on with this account?

Andrew
[Quoted te t hidden]

**Estellita Sales Support <estellita@sales.support>**                          Tue, Jun 23, 2020 at 7:31 PM
To: Andrew Easton <████████████████>

I see that no orders have been placed this month which is understandable but may play a part in the sales decline.

**PX17**                                                          **001018**

 In regards to pricing errors, I would have to forward you message about that to our pricing team so they can answer that for you.

The previous reconciliation team did not leave me with a lot of applicable information so I apologize to report that I am not aware of how they operated previously.
[Quoted te t hidden]

---

**Estellita Sales Support** <estellita@sales.support>    Mon, Jun 29, 2020 at 10:28 AM
To: Andrew Easton < ███████████████ >

Good afternoon Andrew,
Just checking in. Have you seen any improvements or corrections done in these past few days? I am hoping for a yes and if not, let me know so I can notify the right teams to get things moving efficiently.
[Quoted text hidden]

---

**Andrew Easton** < ███████████████ >    Tue, Jul 7, 2020 at 6:12 AM
To: Estellita Sales Support <estellita@sales.support>, Stephanie M <stephanie@valiantfamily.co>

Estellita,

No, I believe we are still missing multiple pieces of inventory.

There is also a stranded set of inventory that is due to be removed automatically in 2 days. Please address this promptly as I'm not sure the account is setup to return the inventory to the correct location, therefore we'll lose another set of products.

Can we please start to process a reimbursement for inventory that has been lost? It's been almost 3 months now going back and forth on this and I haven't seen much improvement in my account.

Andrew
[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>    Tue, Jul 7, 2020 at 6:12 AM
To: ███████████████



## Address not found

Your message wasn't delivered to **estellita@sales.support** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

**PX17**                                                **001019**

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. Learn more at
https://support.google.com/mail/?p=NoSuchUser p4sor12767962qkg.62 - gsmtp
```

Final-Recipient: rfc822; estellita@sales.support
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. Learn more at
 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser p4sor12767962qkg.62 - gsmtp
Last-Attempt-Date: Tue, 07 Jul 2020 06:12:14 -0700 (PDT)


---------- Forwarded message ----------
From: Andrew Easton <█████████████>
To: Estellita Sales Support <estellita@sales.support>, Stephanie M <stephanie@valiantfamily.co>
Cc:
Bcc:
Date: Tue, 7 Jul 2020 06:12:02 -0700
Subject: Re: Inventory Reconciled
Estellita,

No, I believe we are still missing multiple pieces of inventory.

There is also a stranded set of inventory that is due to be removed automatically in 2 days. Please address this promptly
as I'm not sure the account is setup to return the inventory to the correct location, therefore we'll lose another set of
products.

Can we please start to process a reimbursement for inventory that has been lost? It's been almost 3 months now going
back and forth on this and I haven't seen much improvement in my account.

Andrew

On Mon, Jun 29, 2020 at 10:29 AM Estellita Sales Support <estellita@sales.support> wrote:
<blockquote class="gmail_quote" style="margin:0px 0 ----- Message truncated -----

---

**Andrew Easton** <█████████████████>                                    Tue, Jul 7, 2020 at 6:13 AM
To: Stephanie M <stephanie@valiantfamily.co>, Steven R <steven@fba.support>

Stephanie,

I just got a kickback on Estellita's email, what is going on here? I really need someone to get a hold of my account
consistently.

Andrew
[Quoted text hidden]

https //mail google com/mail/u/3/?ik  c7683a819f&view  pt&search  all&permthid  thread f 1670336698863594720&simpl  msg f 16703366988635947        3/3

PX17                                          001020

001021

# ATTACHMENT J

5/7/24, 11 27 AM                              VenturelyCo Mail    URGENT MISSING GOODS

 Gmail                                                      **Andrew Easton <**▓▓▓▓▓▓▓▓▓▓▓▓▓

---

## URGENT MISSING GOODS

49 messages

---

**Andrew Easton <**▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                  Wed, Aug 12, 2020 at 2:33 PM
To: paris@valiantconsultants.co
Cc: Support Line <wholesale@valiantconsultants.co>, Steven R <steven@fba.support>, Arielle <amfersht@gmail.com>

All,

After working with Paris yesterday on our missing goods resolution, she informed us that the head of support will be overseeing a clear resolution for the ~$10k in missing goods. As mentioned, Steven has confirmed that these goods are missing and was not authorized to reimburse. This is not acceptable and we look forward to working with you for a fair resolution.

Thank you.

Andrew

---

**Steven R <steven@fba.support>**                                  Wed, Aug 12, 2020 at 2:44 PM
To: Andrew Easton <▓▓▓▓▓▓▓▓▓▓▓▓▓
Cc: paris@valiantconsultants.co, Support Line <wholesale@valiantconsultants.co>, Arielle <amfersht@gmail.com>

Hey Andrew,

Just a heads up, there has been shipments since we spoke for gated products so that number is no longer accurate.

Thank you, Steven
FBA.support

[Quoted te  t hidden]

---

**Andrew Easton <**▓▓▓▓▓▓▓▓▓▓▓▓▓                                  Wed, Aug 12, 2020 at 2:46 PM
To: Steven R <steven@fba.support>
Cc: paris@valiantconsultants.co, Support Line <wholesale@valiantconsultants.co>, Arielle <amfersht@gmail.com>

Steven,

Thanks. Can you provide a breakdown of the remaining amount lost?

Andrew
[Quoted te  t hidden]

---

**Steven R <steven@fba.support>**                                  Wed, Aug 12, 2020 at 3:30 PM
To: Andrew Easton <▓▓▓▓▓▓▓▓▓▓▓▓▓
Cc: paris@valiantconsultants.co, Support Line <wholesale@valiantconsultants.co>, Arielle <amfersht@gmail.com>

Sure. I will put in a request for update the recon status.

Thank you, Steven
FBA.support

[Quoted text hidden]

---

**Andrew Easton** <████████████████>                              Fri, Aug 14, 2020 at 4:17 PM
To: Steven R <steven@fba.support>, Support Line <wholesale@valiantconsultants.co>, paris@valiantconsultants.co
Cc: Arielle <amfersht@gmail.com>

    Steven, Paris, and Head of Support,

    I would like to set up a call to discuss the following:

        1. As Steven indicated, there have been a couple shipments since we last spoke. I do not have capacity to do a
           detailed reconciliation, but a quick review shows that roughly $1-2K of inventory may have been shipped in. I did
           not confirm that these were products actually purchased by VenturelyCo yet. Steven indicated that our inventory
           was lost so I am unclear on where this inventory is coming from. Note that Sales.Support My Orders report does
           not match our PO Invoices so we know from a quick glance that there is inaccurate data for a reconciliation in the
           system.
        2. Valiant is a great model. I was excited to be part of this journey. However, ~$10K of $15K in inventory purchases
           has been mismanaged and lost and there is simply no cash flow, no trust, and continued mismanagement. We
           need to figure out how we can both exit this deal in a fair way. At this point (as I expressed to Steven) the most
           reasonable path forward is to: a) reimburse for lost goods and b) determine what part of the initial service fee
           ($30K) should be reimbursed given extreme mismanagement.

    Paris - please note that I have not heard from anyone at Valiant yet. Let me know if there is a number I can call to reach
    the Head of Support as promised. Appreciate your help in guiding me through this issue.

    Best,
    Andrew
    [Quoted te  t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                        Mon, Aug 17, 2020 at 10:57 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████>
Cc: amfersht@gmail.com, paris@valiantconsultants.co, steven@fba.support, wholesale@valiantconsultants.co,
sina@sales.support

    Hey Andrew!
    I have been working behind the scenes here to get an updated reconciliation done for you.
    This is what has been put together right now. This is NOT FINAL, and it is being given here just to show you progress and
    that we are are working toward a final resolution .

    We are awaiting final word on all the shipments and items missing at amazon that were sent but never received, and a
    final look at what is missing in the warehouse and if it's really missing or can be found.

    It does look  right now as though much more was OVER received and delivered to Amazon (that you never actually paid
    for) than is missing from what you actually purchased.

    If you see anything that pops out at you please reply back and let me know, otherwise I truly hope to have a final reply to
    you about this by the end of the week.

    Thanks so much for your patience.

    And if you could send over screenshots of all transactions that have been charged on your card for any and all goods that
    would help us ensure we have covered all your charges here in this report when we finalize it.

    https://docs.google.com/spreadsheets/d/1chRqsEHpZA9alN2qh4xRvrG7UlsbCknfqAqVJQmHM5k/edit?usp=sharing


    Stephanie--
    Wholesale@valiantconsultants.co

    On Friday, August 14th 2020, 7:18:10 PM ████████████████  <████████████████  wrote:

        Steven, Paris, and Head of Support,

        I would like to set up a call to discuss the following:

**PX17**                                                                      **001024**

5/7/24, 11 27 AM                         VenturelyCo Mail   URGENT MISSING GOODS

1. As Steven indicated, there have been a couple shipments since we last spoke. I do not have capacity to do a detailed reconciliation, but a quick review shows that roughly $1-2K of inventory may have been shipped in. I did not confirm that these were products actually purchased by VenturelyCo yet. Steven indicated that our inventory was lost so I am unclear on where this inventory is coming from. Note that Sales.Support My Orders report does not match our PO Invoices so we know from a quick glance that there is inaccurate data for a reconciliation in the system.

2. Valiant is a great model. I was excited to be part of this journey. However, ~$10K of $15K in inventory purchases has been mismanaged and lost and there is simply no cash flow, no trust, and continued mismanagement. We need to figure out how we can both exit this deal in a fair way. At this point (as I expressed to Steven) the most reasonable path forward is to: a) reimburse for lost goods and b) determine what part of the initial service fee ($30K) should be reimbursed given extreme mismanagement.

Paris - please note that I have not heard from anyone at Valiant yet. Let me know if there is a number I can call to reach the Head of Support as promised. Appreciate your help in guiding me through this issue.

Best,
Andrew

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                          Thu, Aug 20, 2020 at 11:08 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛>
Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support, wholesale@valiantconsultants.co

Hey Andrew, any chance you could send over the credit card charges please?  This will greatly improve the accuracy of our reconciliation. Thank you so much.

Stephanie--
Wholesale@valiantconsultants.co
[Quoted text hidden]
[Quoted te  t hidden]

---

**Andrew Easton** <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛>                          Thu, Aug 20, 2020 at 12:54 PM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: Arielle <amfersht@gmail.com>, paris@valiantconsultants.co, sina@sales.support, Steven R <steven@fba.support>, Support Line <wholesale@valiantconsultants.co>

Stephanie,

This is what I had provided back on May 9th that had raised the initial concern about missing products. This is only the charges up through April:

| | |
|---|---|
| 15-Feb Daily Distro | $1,412.59 |
| 20-Feb Starwest botanicals | $700.22 |
| 20-Feb Lee Mar Pet | $233.88 |
| 25-Feb Frankel & Frankel | $1,130.03 |
| 10-Mar Primitives by Kathy | $220.07 |
| 12-Mar Frontier Coop | $224.44 |
| 16-Mar M&J Toys | $1,110.10 |
| 12-Mar NORPRO Inc | $1,111.00 |
| 19-Mar Colonial Tin Works | $840.54 |
| 23-Mar DELTON Products | $825.15 |
| 30-Mar DELTON Products | $136.40 |

**PX17**                                                                      **001025**

5/7/24, 11 27 AM                    VenturelyCo Mail   URGENT MISSING GOODS

| | |
|---|---|
| 25-Mar Lotus Light | $801.30 |
| 25-Mar Simple Cell | $228.79 |
| 14-Apr Leading Brands | $6,840 |
| 16-Apr Leading Brands | ($2,624.99) |
| **Total** | **$13,189.52** |

Are you the Head of Support Stephanie? Trying to understand who my main point of contact should be during this time (per Paris).

Couple other key items to note:

- Not clear how over sending of units is part of discussion -- just further iterates mismanagement
- The buy bux win rate on the account is 2%. Nothing right now is priced to win and inventory is piling up with no cash flow.

As you can see through this process, there is a clear lack of trust and mismanagement (proven through inventory and reconciliation issues and poor account management). I need to have the Valiant team propose a resolution for a path forward. The money back guarantee is due in 4 months. Seems like it makes more sense for both parties to come up with a plan now so no more time or money is wasted for all parties.

Andrew

[Quoted text hidden]

---

**Steven R** <steven@fba.support>                                    Thu, Aug 20, 2020 at 8:13 PM
To: Andrew Easton <███████████████>
Cc: Arielle <amfersht@gmail.com>, Support Line <Wholesale@valiantconsultants.co>, paris@valiantconsultants.co, sina@sales.support

Andrew,

The account was put on hold as you were concerned about missing inventory but you can see now it's a matter goods being received by amazon.

It's a logistics business and often times vendors are short but even more they over ship and those still go to your account if they are on the same pallet.

[Quoted te t hidden]
--
Thank you, Steven
FBA.support

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>              Fri, Aug 21, 2020 at 4:52 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <███████████████>
Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support, wholesale@valiantconsultants.co

Thank you Andrew, We do actually need a screenshot of the charges on your card statements though. If you have provided that directly to someone else please let me know so I can refer to them and save you the trouble. However if not please do send them my way.

Yes, I'll be your point of contact through this as this is an escalated matter. If you can please include me in any back and forth (preferably have me be the only point of contact) that will help me not miss any important details as we sort you out.

Product reconciliation ensures we know where all items you purchased or that went to your store are, and the value of them. If you have not received the value you paid for, then we make it right. The numbers right now indicate that you indeed have not paid for the amount of inventory that has been provided to your actual store. Which means no credit is owed as more product made its way to your store than you paid for. We will cross reference your credit card statement images to ensure this is accurate though. So please send those as soon as possible.

The goal as always is to provide you with a profitable store. I would suggest we continue on that same goal :) I do see an order to STOP orders on your account, however. With this in place we can neither work toward more profits for you nor fulfill the contract as agreed upon. I understand the frustration to this point and wanting to see where your paid for inventory is before buying more - and that is the goal of product reconciliation - but allowing us to move forward will be the next step in us working toward that main goal of success with your store.

I look forward to receiving your credit card statements so that we can settle the reconciliation.

Stephanie--
Wholesale@valiantconsultants.co

On Thursday, August 20th 2020, 11:13:51 PM steven@fba.support <steven@fba.support> wrote:

> Andrew,
>
> The account was put on hold as you were concerned about missing inventory but you can see now it's a matter goods being received by amazon.
>
> It's a logistics business and often times vendors are short but even more they over ship and those still go to your account if they are on the same pallet.
>
>
> --

**Andrew Easton <​████████████████>**                                    Fri, Aug 21, 2020 at 5:23 PM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: Arielle <amfersht@gmail.com>

Stephanie,

I will work on getting those screenshots of the charges to you.

Please note that we are not comfortable placing more POs based on the mismanagement of the inventory. However, additional POs (last one was July 31) were placed after our conversations with Steven. This means no STOP was actually put on the account and the contract from our end was and is still being fulfilled. The STOP should not be on the account, it should be a pause on inventory purchases until the mismanagement of our current purchases is resolved. Thank you for recognizing (in your previous email) the frustration we have and the need to pause and resolve an issue before continuing to purchase.

Current mismanagement and lack of contract fulfillment from Valiant includes but is not limited to:

- Mismanagement of inventory: lost/misplaced inventory of purchased goods
- Mismanagement of account: There is a ton of inventory that needs to be sold and even some that continues to be stranded (with a set that I believe was removed and sent back to the warehouse... who covers those costs??)

In terms of "moving forward" and "provide a profitable store", can you please lay out the steps once the reconciliation is complete so we are aligned. My assumption is:

1. Reconcile inventory and reimburse for goods purchased that were not received in Amazon
2. Concurrently, manage account to sell goods received in Amazon and fix issues with stranded inventory/low sell through
3. Determine if money back guarantee of service should be executed. If not, will our account continue to be managed by the current team? Paris has mentioned that "Nick" was the only performing party of the three service providers, which leads us to believe that we have not been receiving the level of service guaranteed.

We'd really like to find a good resolution with Valiant consultants and see them fulfill the promise of integrity (above results).

5/7/24, 11 27 AM                    VenturelyCo Mail   URGENT MISSING GOODS

Andrew
[Quoted te t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>              Mon, Aug 24, 2020 at 5:43 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton < ███████████████ >
Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support,
wholesale@valiantconsultants.co

Hello Andrew,

I don't see any July PO's listed in the list you sent last week. I am looking into that to see what that charge was. When
was your call with Steven?

And to clarify, Nick is a person involved in managing Dropshipping stores. Are you discussing moving to dropshipping at
this point?

Stephanie--
Wholesale@valiantconsultants.co

On Friday, August 21st 2020, 8:24:07 PM ██████████████ < ██████████████ > wrote:

Stephanie,

I will work on getting those screenshots of the charges to you.

Please note that we are not comfortable placing more POs based on the mismanagement of the inventory.
However, additional POs (last one was July 31) were placed after our conversations with Steven. This
means no STOP was actually put on the account and the contract from our end was and is still being
fulfilled. The STOP should not be on the account, it should be a pause on inventory purchases until the
mismanagement of our current purchases is resolved. Thank you for recognizing (in your previous email)
the frustration we have and the need to pause and resolve an issue before continuing to purchase.

Current mismanagement and lack of contract fulfillment from Valiant includes but is not limited to:

- Mismanagement of inventory: lost/misplaced inventory of purchased goods
- Mismanagement of account: There is a ton of inventory that needs to be sold and even some that
  continues to be stranded (with a set that I believe was removed and sent back to the warehouse...
  who covers those costs??)

In terms of "moving forward" and "provide a profitable store", can you please lay out the steps once the
reconciliation is complete so we are aligned. My assumption is:

1. Reconcile inventory and reimburse for goods purchased that were not received in Amazon
2. Concurrently, manage account to sell goods received in Amazon and fix issues with stranded
   inventory/low sell through
3. Determine if money back guarantee of service should be executed. If not, will our account continue
   to be managed by the current team? Paris has mentioned that "Nick" was the only performing party
   of the three service providers, which leads us to believe that we have not been receiving the level of
   service guaranteed.

We'd really like to find a good resolution with Valiant consultants and see them fulfill the promise of integrity
(above results).

Andrew

---

**Andrew Easton** < ██████████████ >                              Mon, Aug 24, 2020 at 1:01 PM
To: Support Line <Wholesale@valiantconsultants.co>

**PX17**                                                                    **001028**

5/7/24, 11 27 AM                              VenturelyCo Mail    URGENT MISSING GOODS

Cc: Arielle <amfersht@gmail.com>, paris@valiantconsultants.co, sina@sales.support, Steven R <steven@fba.support>, Support Line <wholesale@valiantconsultants.co>

Stephanie,

Please see attached all of the credit card receipts for invoices placed to date as well as the updated tracker.

We must have misheard about Nick's role then, please ignore.

Re: the call with Steven, I want to frame up a bit more of the timeline of events so we are all clear. I also want to emphasize that a big challenge for me beyond the mismanagement and trust issues are that invoices need to match inventory sent in to Amazon in order for my bookkeeping team and accountant to properly track and prepare my financials and taxes.

**Timeline:**
May 9th - Requested details of inventory status as the first $13,189.52 of inventory had been purchased and my bookkeeping team was requesting the invoices + COGS (additional charges that FBA.Support adds for prep, packing, etc) for the previous months.
June 15th - After a month of research, I had not received the details requested, but specifically wrote an email that my account SHOULD continue to process POs while waiting for this reconciliation. No STOP order had been requested, but no POs had been placed in May or June which was concerning.
June 23rd - The first reconciliation was received that only showed ~$5k of inventory being accounted for.
July 7th - After receiving no more updates, I raised the alarm that there was extreme mismanagement and we needed an immediate resolution by the end of July. This is when we scheduled a call with Steven to discuss our options (July 21st).

Additional POs were placed in July, but we are heading into September with no clear resolution on path forward. I was advised to start with processing a claim with the BBB if we don't have a resolution by the end of the month. From there we will escalate as needed, but I'm hoping we can agree on a better resolution by the end of month. You have all the information you need to see the mismanagement of this account by Valiant and the breach of contract. Please clearly outline your next steps and we look forward to a resolution.

Andrew
[Quoted text hidden]

---

**2 attachments**

 **Valiant Consultants Inventory Tracker - August 2020.xlsx**
13K

 **Credit Card Invoices for Valiant Consultants.zip**
752K

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                          Tue, Aug 25, 2020 at 2:14 PM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████████>
Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support, wholesale@valiantconsultants.co

Thank you, let me get these sorted and compare with the reconciliation report. With this we will ensure ALL items purchased or delivered to your store are accounted for in that record. We should be able to have a reconciliation report by end of month as that gives us 5 business days to complete that  (Barring anything we must wait on like response from vendor or response from Amazon to get all relevant information, Please allow for this possibility as we cannot control their response time and this may delay complete reconciliation depending).

With that you should have a record for your accountant and bookkeeping.

That will be the first step. Beyond that then we would discuss orders and a plan moving forward.

Stephanie--
Wholesale@valiantconsultants.co

On Monday, August 24th 2020, 4:02:01 PM ██████████████████ <██████████████████> wrote:

**PX17**                                                              **001029**

5/7/24, 11 27 AM                                        VenturelyCo Mail    URGENT MISSING GOODS

Stephanie,

Please see attached all of the credit card receipts for invoices placed to date as well as the updated tracker.

We must have misheard about Nick's role then, please ignore.

Re: the call with Steven, I want to frame up a bit more of the timeline of events so we are all clear. I also want to emphasize that a big challenge for me beyond the mismanagement and trust issues are that invoices need to match inventory sent in to Amazon in order for my bookkeeping team and accountant to properly track and prepare my financials and taxes.

**Timeline -**
May 9th - Requested details of inventory status as the first $13,189.52 of inventory had been purchased and my bookkeeping team was requesting the invoices + COGS (additional charges that FBA.Support adds for prep, packing, etc) for the previous months.
June 15th - After a month of research, I had not received the details requested, but specifically wrote an email that my account SHOULD continue to process POs while waiting for this reconciliation. No STOP order had been requested, but no POs had been placed in May or June which was concerning.
June 23rd - The first reconciliation was received that only showed ~$5k of inventory being accounted for.
July 7th - After receiving no more updates, I raised the alarm that there was extreme mismanagement and we needed an immediate resolution by the end of July. This is when we scheduled a call with Steven to discuss our options (July 21st).

Additional POs were placed in July, but we are heading into September with no clear resolution on path forward. I was advised to start with processing a claim with the BBB if we don't have a resolution by the end of the month. From there we will escalate as needed, but I'm hoping we can agree on a better resolution by the end of month. You have all the information you need to see the mismanagement of this account by Valiant and the breach of contract. Please clearly outline your next steps and we look forward to a resolution.


Andrew

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                    Fri, Aug 28, 2020 at 5:48 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████████>
Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support, wholesale@valiantconsultants.co

Good Morning Andrew, The recon team has incorporated the Credit cards into the sheet now (Same link as before if you want to look it over)

I am asking for clarification on a few points but then will write back with a summary.

If you have questions after looking at it in the mean time please don't hesitate to write back and ask.

Stephanie--
Wholesale@valiantconsultants.co
[Quoted text hidden]
[Quoted te t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                    Fri, Aug 28, 2020 at 11:07 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████████>
Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support, wholesale@valiantconsultants.co

https //mail google com/mail/u/3/?ik  c7683a819f&view  pt&search  all&permthid  thread a r 4440123655885921396&simpl  msg a r3131721977952        8/25

PX17                                                001030

5/7/24, 11 27 AM                    VenturelyCo Mail    URGENT MISSING GOODS

Alright Andrew, Let me summarize the findings of the Reconciliation. Again, if you have any questions or concerns after reviewing this please do not hesitate to reply back to this email.

Here is the link for easy access:
https://docs.google.com/spreadsheets/d/1chRqsEHpZA9alN2qh4xRvrG7UIsbCknfqAqVJQmHM5k/edit?usp=sharing

**You will see in Column AX Row 271 the total due  currently. This total amounts to $910.23. However we need to wait until some appeals are completed with Amazon before we finalize this number. I explain this more below.**

We came to the above number by totaling the amount spend per your credit card slips and our records ($15,868.04) The totaling the dollar value amount of what arrived at Amazon ($14312.04)

This gave us the difference of $1556

*(Please note that we actually SHIPPED $19028.59 worth of goods to Amazon for your store However they did not all arrive)*

Given the real difference between what you paid and what arrived in Amazon ($1556) we had already began appealing to Amazon for the goods they lost during the receiving process.

The number noted in column AX row 270 ($645.77) is the amount Amazon already credited back to you during appeals already completed.

**The remaining $910.23 noted in column AZ & AX row 271 will most likely change in the coming weeks as we are awaiting the ability to appeal the remainder of the goods misplaced by Amazon during receiving that we cannot complete at the time being sue to Amazons rules on that.**

For now that is where reconciliation is at until we receive the answers from the remaining appeals to Amazon. For your accountant they can also view an item by item account of every ASIN purchased by you and every ASIN sent to your store (whether you were charged or not - please keep in mind you are not to be charged in the future for items sent in that were not on the paid for transaction already, and there are still items in receiving so more units will end up in stock in your store from what is represented here, so you very well may end up at a surplus compared to what your card was actually charged for).

I hope this helps clear some things up. Have an amazing weekend!


Stephanie--
Wholesale@valiantconsultants.co
[Quoted text hidden]
[Quoted te  t hidden]

---

**Andrew Easton** <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>                    Wed, Sep 2, 2020 at 5:29 PM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: Arielle <amfersht@gmail.com>, paris@valiantconsultants.co, sina@sales.support, Steven R <steven@fba.support>,
Support Line <wholesale@valiantconsultants.co>

Stephanie,

Thank you for this, I went through the sheet and need to clarify some items with you. Can we jump on a call tomorrow to go through this?

Andrew

[Quoted te  t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                    Thu, Sep 3, 2020 at 6:59 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

PX17                                                                            001031

5/7/24, 11 27 AM                VenturelyCo Mail  URGENT MISSING GOODS

Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support, wholesale@valiantconsultants.co

Yes, let's set a time. Can you give me a preview of your questions though so that if it is something I need to verify with another party, I am better prepared to give you answers on the spot vs making you wait? Or are these questions just general clarification to sort through what you are seeing?

Stephanie--
Wholesale@valiantconsultants.co

On Wednesday, September 2nd 2020, 8:29:55 PM ███████████ < ████████████ wrote:

Stephanie,

Thank you for this, I went through the sheet and need to clarify some items with you. Can we jump on a call tomorrow to go through this?

Andrew

---

**Andrew Easton** <███████████>                                Thu, Sep 3, 2020 at 9:57 PM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: Arielle <amfersht@gmail.com>, paris@valiantconsultants.co, sina@sales.support, Steven R <steven@fba.support>, Support Line <wholesale@valiantconsultants.co>

Stephanie,

Great, let me know when you are available. I want to clarify the columns and understand some rows that don't seem to line up correctly.

Andrew
[Quoted te t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>            Fri, Sep 4, 2020 at 5:48 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <███████████>
Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support, wholesale@valiantconsultants.co

I should be available around 10:30AM EDT. Does that work for you? Approximately 2 hours from now. You sent your reply at what would be midnight my time so it's possible you won't see this in time.

Reply back with your preferred phone number. If I don't hear back in time we can decide on another time :)

Stephanie--
Wholesale@valiantconsultants.co

On Friday, September 4th 2020, 12:57:38 AM ███████████ < ████████████ wrote:

Stephanie,

Great, let me know when you are available. I want to clarify the columns and understand some rows that don't seem to line up correctly.

Andrew

**PX17**                                                                  **001032**

5/7/24, 11 27 AM                                    VenturelyCo Mail   URGENT MISSING GOODS

---

**Andrew Easton** < ████████████ >                              Fri, Sep 4, 2020 at 7:06 AM
To: Wholesale@valiantconsultants.co
Cc: Arielle <amfersht@gmail.com>, paris@valiantconsultants.co, sina@sales.support, steven@fba.support,
wholesale@valiantconsultants.co

Stephanie,

10:30EST works, please give me a call at ████████   Thank you!

Andrew
[Quoted te t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>              Fri, Sep 4, 2020 at 10:46 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton < ████████████ >
Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support,
wholesale@valiantconsultants.co

Hey Andrew and Arielle (I hope I got the spelling correct, please tell me if not),

It was lovely to "meet" you over the phone today. Thank you again for so much of your time when I know you most
certainly would have preferred to spend it with you lovely children

As Promised here is a RECAP of notes from today. Please feel free to add in details as you see fit or add in list items if
you feel I forgot something:

**Concern #1:** The presented reconciliation needs another look.
The Bilo and Kinray items specifically are of concern as those were invoiced on a daily distro bill and not directly with the
vendor so let's make sure those are notated correctly and accounted for
**Action step: I will review it with the reconciliation lead and get back to you on this with any revisions so that we
can come up with your final reconciliation credit due and decide on how you'd like to be paid back for that.**

Additionally - How do you reconcile for your own accounting was another big concern. I walked you through sales.support
and showed you how we do it, but there really is no easy button, it takes a bit of leg work even with the new exports. I
suggested you could wait a 45-60 day period AFTER the orders finalized and export the reports from the PO's section as
these SHOULD show received to Amazon as well.. though there would still be some leg work to verify shipments etc.

**Concern #2:** Items not being managed or selling that are in stock and the need to get items sold in order to get money
back to reinvest.
I looked through your Bqool and noted with you that these are indeed being managed to lower the price on items that are
not selling quickly. However, lowering the price does not guarantee a sale. So I suggest we try a new tactic I have ben
testing with Bqool whereby we ad in a rule that all items be INCREASED to the max overnight, and allowed to slowly
compete back down to the min or the buy box through the day based on the existing competitive rules. I don't know
exactly why this is working but for some other accounts I have seen SOME of the stagnant items suddenly sell after a
month of  no action when implementing this. At the very least it gives ALL items the change to sell above the min each
and every day more than they would otherwise.
**Action Step: I have already asked the repricing team to work on installing this new rule to your items.**

**Concern #3:** Some items were removed back to the warehouse unsold, due to not being ungated .
**Action step: I will see which item this is and if it is possible to account for paying you back in this recon.  No
promises though. Otherwise the general actions in this case are to continue working to ungate and then reship
them in to sell once that is completed.**

**Concern#4**: How do we move forward?
We discussed me reviewing your contract once you send it to me, and also _**explicitly reviewed and confirmed  that I
am in no way a legal representative of Valiant and any feedback or views  on the contract provided by myself
would be more of an opinion so that I can move forward with a better understanding of the rules of your specific**_

**PX17**                                                                          **001033**

5/7/24, 11 27 AM                                  VenturelyCo Mail    URGENT MISSING GOODS

_contract and would not and should not be taken as a true and complete representation of the content therein._

With the contract reviewed we can discuss the game plan for the near future but the first step is to complete reconciliation and come to an agreement on the repayment of any debt found to be outstanding afterward. Then, we discussed the possibility of simply limiting purchase orders to the amount of SALES generated in the store the previous mont
Ex: In August Total sales look to be about $3400. So in this scenario, in September the buyer would know not to exceed $3400 in total new orders unless notified by you otherwise

**Action steps: I will await your contract being sent and will look over it. I will facilitate the completion of the reconciliation (Also in Concern #1). And we will continue being in contact so as to hopefully both work to move us forward into a happy and profitable partnership This may or may not at some point include completely reassigning your fulfillment team. At that point would chose this for a long term desired success with the understanding that any transition may cause SOME short term delays :)**

I believe that covers most of it. I hope you have a lovely weekend, and if you simply reply back to this thread any replies should come directly to me.

Stephanie--
Wholesale@valiantconsultants.co

On Friday, September 4th 2020, 10:08:06 AM ██████████ <██████████████████ wrote:

Stephanie,

10:30EST works, please give me a call at (310) ████████  Thank you!

Andrew

---

Andrew Easton <██████████████████                                    Thu, Sep 10, 2020 at 4:51 PM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: Arielle <amfersht@gmail.com>, paris@valiantconsultants.co, sina@sales.support, Steven R <steven@fba.support>,
Support Line <wholesale@valiantconsultants.co>

Stephanie,

Thank you for the thorough support and apologies for the delay in getting back to you. Please see attached our original contract with Steven for your review. Understood that there is the legal piece that sits with a different team.

Looking forward to the final reconciliation pieces so we can get our books in order and move forward with our plan!

Andrew
[Quoted te  t hidden]

📄 **WHOLESALENEW-Valiant_-_NDA_Agreement_($25K)-converted_(1).pdf**
243K

---

Stephanie McDaniel <Wholesale@valiantconsultants.co>                   Fri, Sep 11, 2020 at 8:54 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████████
Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support,
wholesale@valiantconsultants.co

It is great to hear back from you :)
To me the highlighted section of the contract in the image below is the part you are most wanting some feedback on.

The credit limit of $40,000 is important to note. As I assumed, we would need you to allow us access to spending that amount of funds each and every month, so limiting the buyers to only using the sales from the previous month may break that part of the agreement. I believe asking any of the team to pause placing orders would be considered an infringement on this clause as well.

**PX17**                                                          **001034**

Also the time frame is important to note. It is 365 days from the date after the growth period. It is noted that the growth period is 60 days, however I am unsure if technically this would be considered extended due to the unforeseen issues regarding the pandemic etc. I cannot speak to that with any confidence unfortunately.

But, if we assume the time is exactly as noted which is 60 days plus 365 from the literal date of you signing as seen on this contract, that would put you around the end of December, so about 4 months from now when you'd be able to entertain the idea of pursuing this buyback clause.

---

DocuSign Envelope ID: EAF9E879-940C-49BA-8F1D-7A609363B9BD

**ACCOUNT MANAGEMENT AGREEMENT**

On the _____ 10/25/2019 _____, I, _____ Andrew Easton _____ agree to the full payment, in the total amount of $30,000 USD, in exchange for the service(s) of having my Amazon account(s) created and/or managed on my behalf according to the Automation business model I have been presented with and have agreed to. I have been informed and agree to the business model and to the way my account(s) will be operated and managed. This will include managing and performing functions such as (but not limited to), customer service, product research and order fulfillment. I fully understand and accept that there are no guarantees for profits or longevity of my account(s). I understand and accept that my account(s) will be will managed as safely and effectively as possible for the benefit of all parties. I understand and accept that there are intangibles that may affect my Amazon account(s) performance in sales and metrics. This can include (but is not limited to) variables that are out of the control of all third-party sellers on Amazon.com, such as fluctuations in Amazon.com site traffic or competition. I understand and accept that I maintain 100% ownership of my Amazon account(s) and Business, which gives me the ability to sell it or take over management duties at any time. I understand and accept that the initial 60 days is a growth phase where I will be invoiced $1000 USD, from 60 days onward 30% of the net profit from the sales of my online Amazon store, will be invoiced to me monthly, and is only for having my account managed for me but does not relinquish any of my ownership. In the scenario that my account is suspended, all parties involved agree that all viable attempts to recover my account will be made. I understand and agree that if my account(s) is suspended because of my own doing (this includes (but is not limited to) any sabotage, intentional manipulation or wrongdoing on my account(s) that could cause a suspension), that I will not be eligible for our services to continue at no upfront cost. All parties agree that the 30% of the net profit that was originally agreed upon and invoiced, will remain the same. All new future accounts will be negotiated independently. I understand and agree that if I decline to pay the invoices for the building phase of my online Amazon store and 30% of net profit of my account(s), the service(s) originally agreed upon, will cease to operate in all capacities that were agreed upon until payment is received. ==I understand that Valiant Consultants Inc. offers a money back guarantee that's a one-time offer effective 365 days after the 60 day growth phase is completed, which allows them to buy back my Amazon account(s) from me for the same price I paid for their service(s) less any profits made by the store that were earned through the store in the preceding 425 days as long as the following conditions are met: (a) An account(s) suspension due to my error cannot occur. (b) A credit card limit with up to $40,000 USD must be presented for the account(s) (c) The account(s) cannot be put into vacation mode at any time. (d) Account(s) access and required information to allow the account(s) to become active, must be given within 30 days of purchasing the service. (e) All account/store requirements are followed from Valiant Consultants Inc. back office videos. (f) All invoices through the 60- day growth period and the 30% of monthly net profits must be paid by the 5th of each month. (g) No refunds will be made on deposits or full payments. Valiant Consultants Inc. shall buy, on the 425th day the clients account with a notice and written request from the Client. After the 426th day of the initial fee being paid in full, this money back guarantee shall be null and void. I understand that I am signing this document with full understanding and agreement of all its terms and am doing so willingly.==

**CLIENT INFORMATION:**

Name in all Caps: _____ Andrew Easton _____

Signature _____ [signature] _____
702FD46199F241E...

Date: _____ 10/25/2019 _____

**VALIANT CONSULTANTS INC. INFORMATION:**

Name: STEVEN MAYER

Title: Founder

Signature: _Steven Mayer_

---

Other than that, the overnight price increase rule is in effect, I have the recon team looking into your concerns on the report (I do not have a reply yet but I remind them daily).

I know you are balancing which route makes the most sense for you right now. And I hope to continue to be of service to

aid in your decision. My  goal would be to work together to get you the store you desire. But I know you have many factors you are considering. Please keep me in the loop of what you'd like to do regarding further any potential orders :)

I hope you enjoy your weekend!

Stephanie--
Wholesale@valiantconsultants.co

On Thursday, September 10th 2020, 7:52:27 PM ████████████████ <████████████████████ wrote:

> Stephanie,
>
> Thank you for the thorough support and apologies for the delay in getting back to you. Please see attached our original contract with Steven for your review. Understood that there is the legal piece that sits with a different team.
>
> Looking forward to the final reconciliation pieces so we can get our books in order and move forward with our plan!
>
> Andrew

---

**Andrew Easton <**████████████████**>**                                    Tue, Sep 15, 2020 at 9:00 AM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: Arielle <amfersht@gmail.com>, paris@valiantconsultants.co, sina@sales.support, Steven R <steven@fba.support>, Support Line <wholesale@valiantconsultants.co>

Stephanie,

Thanks for taking a closer look at the contract with us. See my thoughts below:

Please note that I believe the contract has been breached by Valiant based on Valiant's obligation to operate and manage the Amazon account -- based on my prior emails, there was failure to properly purchase, inventory, and sell our products (e.g. POs do not match inventory in Amazon). A "reasonable person" (the language provided by my lawyer) would agree with this claim.

Regardless of the above, I am trying to find a good and reasonable middle ground for the time being. The focus of your team should be to get our account in order before proceeding (ie. find lost inventory, finish reconciliation, issue credit for mismanagement of lost inventory). We want to confirm that this is not reducing the credit limit (which we've stated to be $175k in the past), but rather setting up proper business processes and fulfilling current obligations.

If you think that our approach to fix our current account before moving forward will be viewed as breaching the contract from our side, I would like to set up a call with your legal team to discuss.

Let me know how we should proceed.

Andrew
[Quoted text hidden]

---

**Andrew Easton <**████████████████**>**                                    Wed, Sep 16, 2020 at 10:43 AM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: Arielle <amfersht@gmail.com>, paris@valiantconsultants.co, sina@sales.support, Steven R <steven@fba.support>, Support Line <wholesale@valiantconsultants.co>

Stephanie,

FYI, I think the Amazon repricer is causing issues with BQool, we have 14 units that are de-activated due to high pricing errors. Please let them team know and ask them to remove any amazon repricing if they are also using bqool for pricing.

5/7/24, 11 27 AM                          VenturelyCo Mail    URGENT MISSING GOODS

Andrew
[Quoted te t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                    Fri, Sep 18, 2020 at 7:38 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <██████████████████>
Cc: amfersht@gmail.com, paris@valiantconsultants.co, sina@sales.support, steven@fba.support,
wholesale@valiantconsultants.co

Good Morning and Happy Friday!

I wanted to share that it is confirmed that the large daily distro/ sales.support invoice you noticed on our call last week, the
one you  wanted to conform had been properly included on the reconciliation, was in fact covered on the reconciliation
order.
I shot a video here of how I checked for every item noted on that invoice:
https://www.loom.com/share/3976e1864e114ab38a716ad9b32954f0

And for ease, here is the reconciliation sheet again for your reference: https://docs.google.com/spreadsheets/d/
1chRqsEHpZA9alN2qh4xRvrG7UlsbCknfqAqVJQmHM5k/edit#gid=1512928361

The invoice in question can be found where shown on the video but is also attached to this email.
I hope this answers your question, if I misunderstood your concern with this invoice please let me know.

*** I am still awaiting 100% confirmation on if the removed gated items can be considered on this recon or not. I will keep
you updated.

**In light of this (aside from the potential but unlikely gated item credit) it does seem the final reconciliation credit
owed to you is $910.23.**

We will waive your valiant profit share until the credit is paid back. At which point the agreed upon profit share would
resume.

For now I will tell our Billing team your above outstanding balance so that any current or soon invoices for profit share
take that into account, and for any future updates  or additions tot hat credit I will also make them aware.

For the repricing errors: Amazon is throwing a LOT of pricing errors out lately. Our team is aware and fixing them as
quickly as possible, however many are illogical ("high pricing error" when items are the lowest on the listing for example) .
This is happening across the Amazon community, not just Valiant clients. We are working to navigate it and price goods to
avoid future delistings due to pricing errors.

If you wish to pursue trying to contact the Valiant legal team in regards to your contract I will pass this to our associate
that handles legal team requests, as that is not my department.

Please reply and let me know if that is a step you'd like to take at this moment and I will hand this thread over.

I hope you have a lovely weekend!

Stephanie--
Wholesale@valiantconsultants.co

On Wednesday, September 16th 2020, 1:43:34 PM ████████████████ <████████████████ wrote:

Stephanie,

FYI, I think the Amazon repricer is causing issues with BQool, we have 14 units that are de-activated due to
high pricing errors. Please let them team know and ask them to remove any amazon repricing if they are
also using bqool for pricing.

https //mail google com/mail/u/3/?ik  c7683a819f&view  pt&search  all&permthid  thread a r 4440123655885921396&simpl  msg a r313172197795          15/25

PX17                                                                                          001037

5/7/24, 11 27 AM                                  VenturelyCo Mail   URGENT MISSING GOODS



---

📄 **02152020_ANDREW (6).pdf**
183K

---

**Andrew Easton** <███████████████████>                              Sat, Oct 3, 2020 at 8:00 AM
To: Wholesale@valiantconsultants.co
Cc: Arielle <amfersht@gmail.com>, paris@valiantconsultants.co, sina@sales.support, steven@fba.support,
wholesale@valiantconsultants.co

Stephanie,

Sorry about the delay, are you available to connect this week? I did want to discuss moving to a new warehouse and I
received a request for updating my account details for Daily Distro that I have a question about. Thank you!

Andrew
[Quoted te t hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                Sat, Oct 3, 2020 at 8:00 AM
To: ███████████████████

    ## Address not found

Your message wasn't delivered to
**paris@valiantconsultants.co** because the address couldn't be
found, or is unable to receive mail.

**LEARN MORE**

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. Learn more at
https://support.google.com/mail/?p=NoSuchUser j125sor1714925qkd.52 - gsmtp

Final-Recipient: rfc822; paris@valiantconsultants.co
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. Learn more at
 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser j125sor1714925qkd.52 - gsmtp

**PX17**                                                                **001038**

Last-Attempt-Date: Sat, 03 Oct 2020 08:00:35 -0700 (PDT)

---------- Forwarded message ----------
From: Andrew Easton <█████████████████>
To: Wholesale@valiantconsultants.co
Cc: Arielle <amfersht@gmail.com>, paris@valiantconsultants.co, sina@sales.support, steven@fba.support
Bcc:
Date: Sat, 3 Oct 2020 08:00:23 -0700
Subject: Re: URGENT MISSING GOODS
----- Message truncated -----

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>          Mon, Oct 5, 2020 at 7:54 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████>
Cc: wholesale@valiantconsultants.co

Hello Andrew, No worries on the delay.

I would be available Wednesday around 11:30am EDT. Does that work for you?

Stephanie--
Wholesale@valiantconsultants.co

On Saturday, October 3rd 2020, 4:45:47 PM steven@sales.support <steven@sales.support> wrote:

> Hey Stephanie,
>
> I just wanted to remind you of the open balance from this customer.
>
> I believe before you move them to a new warehouse, it would be fair for us to have any open balance settled.
>
> It wouldn't make sense to only charge us for liabilities but not reimburse us before moving clients to new warehouses.

---

**Andrew Easton** <████████████████>          Mon, Oct 5, 2020 at 3:56 PM
To: Support Line <Wholesale@valiantconsultants.co>, Arielle <amfersht@gmail.com>

Stephanie,

I have a call at that time, let me know if another time works for you.

Andrew
[Quoted text hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>          Tue, Oct 6, 2020 at 11:10 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████>
Cc: amfersht@gmail.com, wholesale@valiantconsultants.co

Could you do 10AM EDT tomorrow? That time slot was full but is now open :)

Stephanie--
Wholesale@valiantconsultants.co

On Monday, October 5th 2020, 6:56:45 PM ████████████████ <████████████████> wrote:

5/7/24, 11 27 AM                         VenturelyCo Mail   URGENT MISSING GOODS

Stephanie,

I have a call at that time, let me know if another time works for you.

Andrew

---

**Andrew Easton** <​███████████████>                      Tue, Oct 6, 2020 at 4:09 PM
To: Support Line <Support Line <wholesale@valiantconsultants.co>
Cc: Arielle <amfersht@gmail.com>, Support Line <wholesale@valiantconsultants.co>

Stephanie,

If possible, let's connect Thursday or Friday when you are available. Tomorrow morning won't work for me. Thank you!

Andrew
[Quoted te t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>      Wed, Oct 7, 2020 at 6:10 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <​███████████████>
Cc: amfersht@gmail.com, wholesale@valiantconsultants.co

Sorry about that Andrew! Would Thursday at the 10am EDT time slot work?

Stephanie--
Wholesale@valiantconsultants.co

On Tuesday, October 6th 2020, 7:09:18 PM ██████████████ <​███████████████> wrote:

Stephanie,

If possible, let's connect Thursday or Friday when you are available. Tomorrow morning won't work for me. Thank you!

Andrew

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>      Wed, Oct 7, 2020 at 1:52 PM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <​███████████████>
Cc: amfersht@gmail.com, wholesale@valiantconsultants.co

Hey Andrew, just checking in, will Thursday (tomorrow) 10am work?

Stephanie--
Wholesale@valiantconsultants.co
[Quoted text hidden]
[Quoted te t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>      Thu, Oct 8, 2020 at 6:07 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <​███████████████>

**PX17**                                                        **001040**

5/7/24, 11 27 AM                     VenturelyCo Mail    URGENT MISSING GOODS

Cc: amfersht@gmail.com, wholesale@valiantconsultants.co

It seems today is not the day for you. I'll wait to hear back. Hope you all are ok!

Stephanie--
Wholesale@valiantconsultants.co
[Quoted text hidden]
[Quoted te t hidden]

---

**Andrew Easton** <███████████████████>                              Thu, Oct 8, 2020 at 6:48 AM
To: Wholesale@valiantconsultants.co
Cc: Arielle <amfersht@gmail.com>, Support Line <wholesale@valiantconsultants.co>

Stephanie,

Sorry, I'm pacific time so 7am doesn't work as I'm getting the kids ready for their day. Let me know if you have any times
available after 11am EST.

Andrew
[Quoted te t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>            Thu, Oct 8, 2020 at 8:56 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <█████████████████>
Cc: amfersht@gmail.com, wholesale@valiantconsultants.co

Right! Sorry about that. What about Friday 11am EDT?

Stephanie--
Wholesale@valiantconsultants.co

On Thursday, October 8th 2020, 9:49:15 AM ████████████████ <██████████████████> wrote:

    Stephanie,

    Sorry, I'm pacific time so 7am doesn't work as I'm getting the kids ready for their day. Let me know if you
    have any times available after 11am EST.

    Andrew

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>            Fri, Oct 9, 2020 at 6:08 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <█████████████████>
Cc: amfersht@gmail.com, wholesale@valiantconsultants.co

I am thinking today is a no-go as well as I have not heard back. I have canceled todays suggested morning meeting in my
calendar.

Let's plan ahead for Next Thursday, it is my only next opening. I think an afternoon time might work better?

Please let me know if next Thursday, October 15th, 3pm EDT works for you :)

Stephanie--
Wholesale@valiantconsultants.co
[Quoted te t hidden]

PX17                                                              001041

5/7/24, 11 27 AM                    VenturelyCo Mail   URGENT MISSING GOODS

[Quoted te t hidden]

---

**Andrew Easton** <███████████████████>                    Fri, Oct 9, 2020 at 6:55 AM
To: Wholesale@valiantconsultants.co
Cc: Arielle <amfersht@gmail.com>, Support Line <wholesale@valiantconsultants.co>

Stephanie,

Sorry I had an unfinished email back to you, I'm still good to connect at 8am PST today. You can call me directly at ███
████ .

Andrew

[Quoted te t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                    Fri, Oct 9, 2020 at 10:15 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <███████████████████>
Cc: amfersht@gmail.com, wholesale@valiantconsultants.co

Hey Andrew an Arielle!

Thanks again for your time this morning, sorry my voice got froggy there at the end.

Here is the Valiant client portal login url:
https://valiant-consultants.mykajabi.com/library
The email you have registered with there is:
████████████████████

Price Alerts: I am still awaiting the update to see for myself that this has been handled for you.

You  mentioned you did not receive the last email blast about the updates and addressing the rumors going around so I
will paste that at the BOTTOM of this email so you have it :) It speaks to why the marketing materials were taken own etc.

I am looking at the reconciliation again and the Gated items were already considered in the recon total as it is. They never
made it to Amazon so they are already considered in the "MISSING" goods cost. So the total remains $910.23

As for who to email on the 425th day to contact us about a buy back, they say email legal@valiantconsultants.co  but I'd
also email us here should you take that path just to cover your bases.

Here is the info about the new team that you asked for:
Like all vendors and product providers that our teams work with, this is not owned by valiant.

**Distribution Website**: https://novadistributiongroup.com/

**Main warehouse info they use:**
PRIORITY PREP WAREHOUSE

Address / 20042 Hwy 69 South, Unit K-4
City / Tyler
State / Texas
Zip Code / 75703
Phone Delivery / 903-883-7737

I am told they are indeed insured (However I don't have their insurance policy in front of me for more specific details than
that)

I truly hope you have a restful weekend, an I am appreciative of your continue desire to move forward positively with us
here. Please let me know how you feel about changing to the new distribution team once you've looked into everything.

5/7/24, 11 27 AM                    VenturelyCo Mail    URGENT MISSING GOODS

The alternative would be to sign the new distribution agreement Steve R's team sent for the daily distro warehouse and continue with them.

---

Hey everybody,

We've been hearing rumors lately that "Valiant is out of business," and based on the many emails our Customer Success team has replied to on this topic.. you have likely heard them as well.   We wanted to personally reassure you, we are STILL HERE and working hard to produce amazing results on your store. We didn't address these rumors at first because, well, they were ludicrous and we assumed everyone would see that. But we now realize that a skilled slander artist can convince even the most discerning among us if nobody points out the faults in their argument.

So,  instead of leaving you to hear professionally orchestrated slander campaigns against us that others around the internet want you to blindly believe, we are providing you with some simple and irrefutable facts to help you sort through what's real based on proof and evidence, vs what is sensationalist story telling, online bullying, and fear mongering.

1)  The BBB listing is Deleted
The main argument we've been hearing is that the BBB says we are out of business. If you pay closer attention, you will see that the Canadian BBB division was shut down but that USA one wasn't, and isn't. So immediately people saw this and spun it to make a closed BBB listing on a website seem as if it were irrefutable evidence that we fully went out of business.
**Here are the facts:** we operate out of the USA so we don't need to have the Canadian BBB anymore. So, the Canadian BBB listing has been closed. This is not tied to an actual business closure, it is simply a listing on an external website that no longer applied so it was shut down.
On this topic, the BBB is a "Pay to Play" website meaning that they will immediately post negative (and unverified) reviews however keep your positive reviews hostage until you pay them. We have over 50 of these reviews that they will not post until we pay them and we will not participate in this sham. (

2)  Deleted Videos/Pages
Another argument is that many of our videos and pages have been taken down "so Valiant must no longer exist as a company".
**Here are the Facts:** While it is true that we have taken down many of our *marketing pages and videos,* this does not indicate that we are no longer a functional business. URL's come and go over the life of a business depending on their focus. Our Focus is 100% on our existing client base!

We have no use for marketing at this time because we aren't taking on anymore clients.  All of our efforts and attention are solely on fulfilling the stores of our current client base. So while our external marketing links and materials are deactivated, our Client Member Portal is still up and active... *go log in, you'll see this is true.* Our current clients are our family and we are working tirelessly to get each and every one of them the results they individually are looking for. We will not stop until these results are there, and we are removing all distractions in that pursuit. (Note for those of you still enthusiastically referring your friends and family to us becasue you have been thrilled with your store's progress: Thank you so much! Your referral means the world to us, but we apologize, they will have to wait.)

3)  Disconnected Phones Numbers
The final argument given as "proof that Valiant has shut down" is that the phone numbers don't work that are listed on our website.
**Here are the Facts:** The inbound phone number that once existed indeed has indeed been disconnected. *This is not because we are closed, however.* As you know we are constantly seeking ways to improve our services to our Members. We have created channels of support over the past months that outsiders grasping at anything to use against us would know nothing about. Current clients are well informed how to reach out to us, however, and it does not include an outdated inbound call center line. That mode of communication proved to be cold and unspecific for our clients. Instead we have in place a more direct connection via email where clients can chat with someone more familiar with their account than someone at the end of a call center line.

All in all, we appreciate you taking the time to read this email.  For those who skip to the end, the three points above are worth a once-over but receiving this email in and of itself should reassure you that **we are clearly not out of business so you have nothing to worry about.** We have not disappeared and in fact we are working harder than ever on stores to ensure current client happiness.

We appreciate that everybody has the right to exercise free speech, and they do so in wild ways sometimes, especially on the internet. We are upset that someone is preying on our client base for their own profit and benefit by using fear tactics

5/7/24, 11 27 AM                    VenturelyCo Mail  URGENT MISSING GOODS

and misleading campaigns. We know that given a chance to look past the flashy accusations you'll better be able to make up your own mind based on actual facts rather than be left to the influence of a skilled slander artist. We hope that this email has provided you that balance and opportunity for clarity.

As for us, we will continue working on building your successful store as we have been,

Valiant Consultants


Stephanie--
Wholesale@valiantconsultants.co

On Friday, October 9th 2020, 9:55:30 AM ██████████████ <████████████████ wrote:

Stephanie,

Sorry I had an unfinished email back to you, I'm still good to connect at 8am PST today. You can call me directly at ██████████.

Andrew

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                    Tue, Oct 13, 2020 at 4:18 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████
Cc: amfersht@gmail.com, wholesale@valiantconsultants.co

Hey there, checking in to see if you' like to be transferred with this current batch of clients to the new team? Or if you need more time to think.
Please let me know either way :)

Stephanie--
Wholesale@valiantconsultants.co
[Quoted te t hidden]
[Quoted text hidden]

---

**Andrew Easton** <████████████████                    Tue, Oct 13, 2020 at 1:44 PM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: Arielle <amfersht@gmail.com>, Support Line <wholesale@valiantconsultants.co>

Stephanie,

I took a look at Nova, my concern here is that the company is brand new (founded in June of this year). So that's a pretty big red flat to be sending wire payments to a brand new distribution company with no history of success. Can you help explain who runs that company and what qualifies them to source products for your clients?

If I stay with FBA.support team, I also need to address the credit card form that was sent. There is a request in there to acknowledge personal liability for charges, which doesn't make any sense for an LLC that specifically limits liability to the company itself.

Are there any other distribution companies you are working with that have a history of success in sourcing products?

Andrew
[Quoted te t hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                    Tue, Oct 13, 2020 at 5:35 PM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████

https //mail google com/mail/u/3/?ik  c7683a819f&view   pt&search   all&permthid  thread a r 4440123655885921396&simpl  msg a r313172197795          22/25

Cc: amfersht@gmail.com, wholesale@valiantconsultants.co

Thanks for your reply Andrew!

For the sales.support form, it is unfortunately how it will be. I have addressed the many issues I see with it directly with the distribution head and they sent it out as you see it anyway.

As much as we may have disagreements or concerns with it, I do not see a future in which bringing these concerns up again to the will change the form to something more agreeable. Additionally, they won't fulfill any orders unless it is filled out. This is why we are working har to provide other options for everyone to switch to a new distribution team.

For Nova, The distribution company itself is newer, but those managing it have a longer track record of success with Amazon stores. They chose to form a distribution for the same reasons as sales.support is. It is a more efficient way to run the business and source and distribute products for stores with as much volume as it takes to support our clients.

I cannot disclose much but what I am seeing is their results are showing 20% or ore returns (and since there are multiple ways this can be translate this is what I mean, If someones net profits are $2000 then their total sales are $10,000. And I took $2000/$10000 =.20 = 20% )
Some are above, some a re below, but that is the average for last month .

Stephanie--
Wholesale@valiantconsultants.co

On Tuesday, October 13th 2020, 4:45:00 PM ██████████████ <███████████████████ wrote:

Stephanie,

I took a look at Nova, my concern here is that the company is brand new (founded in June of this year). So that's a pretty big red flat to be sending wire payments to a brand new distribution company with no history of success. Can you help explain who runs that company and what qualifies them to source products for your clients?

If I stay with FBA.support team, I also need to address the credit card form that was sent. There is a request in there to acknowledge personal liability for charges, which doesn't make any sense for an LLC that specifically limits liability to the company itself.

Are there any other distribution companies you are working with that have a history of success in sourcing products?

Andrew

---

Stephanie McDaniel <Wholesale@valiantconsultants.co>                    Fri, Oct 16, 2020 at 6:14 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <██████████████
Cc: amfersht@gmail.com, wholesale@valiantconsultants.co

Hey there! I know this is a tough decision, but I wanted to check in again and see what you were thinking now in terms of staying with the Daily Distro team or moving to Nova.

I feel urgency for you  (Which you do not also need to feel) Because we are transferring a group right now to the new team and they are estimating that as long as they receive user permission access and there are no large issues with the store, they should be able to provide more product purchases within a month and work to get that stock in the store before the holidays (all depending on how quickly Amazon checks them in).

I do not know what sort of delay we will experience for the next group moving over.

So I want to give you all the details so you can make the best choice for you.

5/7/24, 11 27 AM                              VenturelyCo Mail   URGENT MISSING GOODS

I know your big question is, "is it worth it to invest more or just leave the program and cut our losses?"

Please let me know if you have any new questions that have popped up or if I can be of help as a sounding board. There are a lot of moving pieces to your decision. So please let me know if I can help in any way.

Stephanie--
Wholesale@valiantconsultants.co
[Quoted text hidden]
[Quoted te  t hidden]

---

**Andrew Easton** <████████████████>                              Mon, Oct 19, 2020 at 2:40 PM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: Arielle <amfersht@gmail.com>, Support Line <wholesale@valiantconsultants.co>

Hi Stephanie,

I am going to reach out to Legal as I do not see a good path forward.

Option 1: sign contract with personal liability with low performing distribution company

Option 2: wire transfer payment option to new company with potentially short history of success

My original contract is with Valiant and does not require me to sign subcontractor agreements. Therefore, I am not obligated legally to move forward with either of these distribution contracts that I am not comfortable with.

I will include you on my email to legal. Hopefully legal can help figure out a reasonable path forward. Thanks for all of your efforts in working through these options.

Andrew
[Quoted text hidden]

---

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>                              Tue, Oct 20, 2020 at 6:02 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████>

Thank you for keeping me in the loop Andrew. For now I will just maintain your status as OK to order with your current team.

Stephanie--
Wholesale@valiantconsultants.co

On Monday, October 19th 2020, 5:40:59 PM ████████████████ <████████████████> wrote:

Hi Stephanie,

I am going to reach out to Legal as I do not see a good path forward.

Option 1: sign contract with personal liability with low performing distribution company

Option 2: wire transfer payment option to new company with potentially short history of success

My original contract is with Valiant and does not require me to sign subcontractor agreements. Therefore, I am not obligated legally to move forward with either of these distribution contracts that I am not comfortable with.

I will include you on my email to legal. Hopefully legal can help figure out a reasonable path forward. Thanks for all of your efforts in working through these options.

Andrew

PX17                                                                              001046

5/7/24, 11 27 AM                    VenturelyCo Mail   URGENT MISSING GOODS

**Andrew Easton** <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>                  Tue, Oct 20, 2020 at 8:35 AM
To: Support Line <Wholesale@valiantconsultants.co>, Arielle <amfersht@gmail.com>

Stephanie,

Yes please, and can we get an update on the current inventory issues? They are still stranded with pricing issues and sales are still at zero this month.

Also do you have the contract for the new distributor that I can review? I still didn't have any information on who they are, qualifications, terms, etc.

Andrew

[Quoted te t hidden]

**Stephanie McDaniel** <Wholesale@valiantconsultants.co>              Fri, Oct 23, 2020 at 8:12 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
Cc: amfersht@gmail.com

Hey Andrew, I ensured pricing errors were fixed the other day, New ones happen daily right now with Amazon, thanks for your patience as we try to keep up with them. Amazon doesn't give a definitely way to fix them completely so a lot of times it is trial and error to price it so they won't trigger an error.

There is no contract for distribution teams generally. What your current team is doing is quite out of the ordinary. So there is nothing to provide on that matter for the new team you could switch to. Your agreement with Valiant is your agreement with Valiant. That won't change by choosing to transition at this point.

Stephanie--
Wholesale@valiantconsultants.co

On Tuesday, October 20th 2020, 11:36:06 AM ▮▮▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Stephanie,

Yes please, and can we get an update on the current inventory issues? They are still stranded with pricing issues and sales are still at zero this month.

Also do you have the contract for the new distributor that I can review? I still didn't have any information on who they are, qualifications, terms, etc.

Andrew

PX17                                                                001047

# ATTACHMENT K

5/7/24, 11 27 AM                                    VenturelyCo Mail   Valiant Consultants Out Of Business

 Gmail

**Andrew Easton <** ▉▉▉▉▉▉▉▉▉▉▉▉

---

## Valiant Consultants Out Of Business....
1 message

**Valiant Consultants** <contact@valiantconsultants.co>                    Wed, Sep 2, 2020 at 6:47 AM
To: Valiant Consultants <contact@valiantconsultants.co>
Bcc: ▉▉▉▉▉▉▉▉▉▉▉▉

Hey everybody,

We've been hearing rumors lately that "Valiant is out of business," and based on the many emails our Customer Success team has replied to on this topic.. you have likely heard them as well.  We wanted to personally reassure you, we are STILL HERE and working hard to produce amazing results on your store.

So,  instead of leaving you to hear untrue lies that others around the internet want you to blindly believe, we are providing you with  some facts to help you sort through what's real based on proof and evidence, and what is sensationalist online bullying and fear mongering.

1)  The BBB
     The main argument we've been hearing is that the BBB says we are out of business. If you pay closer attention, you will see that the Canadian BBB division was shut down but that USA one wasn't and isn't. So immediately people saw this and spun it to seem as if we fully went out of business. The real reason is because we operate out of the USA so we don't need to have the Canadian BBB anymore. On this topic, the BBB is a "Pay to Play" website meaning that they will immediately post negative (and unverified) reviews however keep your positive reviews hostage until you pay them. We have over 50 of these reviews that they will not post until we pay them and we will not participate in this sham.

2)  The Videos/Pages
     Another argument is that videos and pages have been taken down. This argument is true! We have taken down pages and videos but this is because we aren't taking on anymore clients so that we can focus on the current ones. Our current clients are our family and we are working tirelessly to get the results they are looking for. We will not stop until these results are there and new clients takes that full focus away.

3)  Phones Numbers
     The final argument  is that the phone numbers don't work on our website. This is also correct but because we have channels of support that current clients know to reach out to. We aren't a big enough company to have a full call center nor would we want to provide that cold style of customer service.

All in all, we appreciate you taking the time to read this email and to reiterate that we are not out of business so you have nothing to worry about. We have not disappeared and in fact we are working harder than ever on stores to ensure current client happiness.

We appreciate that everybody has an opinion and we respect that but we also want you to hear it from our side. We appreciate you allowing us to explain our side and thank you for seeing both sides.

Working on building your successful store,

Valiant Consultants

--



**Support Line**

Valiant Consultants INC.

**E:** contact@valiantconsultants.co

**W:** http://valiantconsultants.co

**PLEASE NOTE:**

The information contained in this e-mail is privileged and confidential, intened solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately delete all copies or send a reply e-mail to notify the sender of the mistaken transmission.

# ATTACHMENT L

5/7/24, 11 28 AM                                    VenturelyCo Mail  Reply Needed



**Andrew Easton <**▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

---

## Reply Needed
1 message

**VA Desk** <Wholesale@valiantconsultants.co>                    Wed, Nov 4, 2020 at 6:46 PM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <▇▇▇▇▇▇▇▇▇▇▇▇

Hey, just making sure you saw this notice we sent the other week. Please give us your reply as soon as possible.

We want to make you aware of some changes that we see happening with the distribution team that is working on your account and some choices you have moving forward.

The warehouse and distribution team that your account has been fulfilled with up to this point is beginning to implement some new fees and changes to how they process payments for orders. These changes are outlined below and you may have already seen some notices come through about them.

**Change with your current team #1** - Additional Fees for storage of goods in the warehouse.

The warehouse your fulfillment team has used to this point will now begin charging storage fees for goods that stay there. This looks to be about $35/month /pallet

**Change with your current team #2** - Additional Return shipment fees

From time to time Amazon demands the removal of goods that are in their warehouse. This could be that the items have expired. The item was bought and returned damaged. It could be that you have more than you are allowed to have in their warehouse due to changing rules.
Regardless of the reason, when these items land in the warehouse, it takes working hours, space, new packaging etc. to process them and hold them until Amazon accepts them again.
Due to this the current warehouse is now charging an appropriate fee when this occurs.
They have not disclosed their entire fee schedule for what might be charged in various situations.

**Change with your current team #3** - New distribution agreement form.
As the current warehouse prepares to evolve beyond the basic warehouse and into a direct distributor of the goods you purchase for your Amazon store, it requires a new vendor agreement before they can process payments on your behalf. Many of you have received a copy of this directly from them and expressed concern over the form looking less than secure or asking for information you do not feel comfortable providing.

We understand this concern and are giving you an option to continue forward without needing to complete that form but need to be clear that for the current team to continue ordering and progressing your store, this form does need to be completed and returned.

<u>The Choices:</u>

**Choice 1) Change Distribution Teams** and let us know your new cash spending limit for products!
We know that having new fees and completing a form that you do not want to complete are unappealing changes. We have tried to negotiate away from this with your current distribution team but they are moving forward regardless. Because of this, we want to inform you of the option to opt-in to switching fulfillment teams. We have multiple sets of teams who work constantly on our client stores, and while choosing to switch to a new team is not an option normally, we want to extend this offer to you at this time to move to a new fulfillment team that is not requiring these same changes at this time.


This one time offer to switch Valiant FBA fulfillment teams will be provided at no cost to you.

This option to switch fulfillment teams does however involve a transition period. So in making this choice, you would also be willingly placing your store on what could be a pause in progress while we transition you to another team.

**PX17**                                                    **001052**

We would estimate the time required to do this to be potentially up to 1-3 months. Obviously we will work as swiftly as possible to ensure you have as much down time as possible. However, we must ensure you are aware that in choosing this option, your store time frames would be willingly extended and you would knowingly enter a down-time with your store where you would not expect any new product orders until you are fully transitioned to the new team.

Additionally, like all distribution centers are moving toward, this distribution center is already functioning with Vendors who strictly accept CASH payments for goods. Meaning all invoices moving forward will be emailed to you with payment instructions and you must initiate payment of those goods with a liquid cash source.

You can see more about how you can turn credit limits into cash for payments here in your Valiant Client Portal: https://valiant-consultants.mykajabi.com/products/amazon-automation-1/categories/2275466/posts/12062240?cid= 921f4756-4403-468c-8821-3f1f1234e7fd

This is an industry change (Not a Valiant Change) that we have notified you about before, and the team you'd transition to is already fully working in that mode. Credit cards will no longer be directly accepted by vendors. If you do not have liquid funds in a bank account at this time, you can simply use a tool such as Plastiq to convert your credit card funds into cash payments to vendors and continue on as usual.

*If you choose this option to switch teams, please also let us know your spending limits with this new requirement in mind.*

**Choice 2: Stay with the team you have now.**

You of course may let us know that you desire to stay with your current fulfillment team for now and continue progress as you have been experiencing. However the above noted changes WILL apply and the new distribution agreement will need to be completed if you choose this option.

Please consider this choice and reply back with which Option you choose as quickly as you can so that we can continue to serve you.

Valiant Consultants


VA--
Wholesale@valiantconsultants.co

# ATTACHMENT M



**Andrew Easton** <███████████████████

---

## Execution of Money Back Guarantee
18 messages

---

**Andrew Easton** <████████████████          Thu, Dec 3, 2020 at 1:14 PM
To: legal@valiantconsultants.co
Cc: Stephanie M <stephanie@valiantfamily.co>, Support Line <wholesale@valiantconsultants.co>
Bcc: Arielle <amfersht@gmail.com>

Valiant Legal Team,

Per the terms of our contract, we are writing to you to execute the money back guarantee as our store has not reached profitability after the time period stated in the contract.

Please confirm receipt of this email and let us know whom to work with on the refund to our bank. We have been working closely with Stephanie on our account reconciliation as we are also owed **$910.23** due to lost inventory issues with our warehouse.

Andrew

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>        Thu, Dec 3, 2020 at 1:14 PM
To: ██████████████████



### Address not found

Your message wasn't delivered to **stephanie@valiantfamily.co** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. Learn more at
https://support.google.com/mail/?p=NoSuchUser p7sor1283262qkd.129 - gsmtp
```

Final-Recipient: rfc822; stephanie@valiantfamily.co
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or

5/7/24, 11 29 AM                          VenturelyCo Mail    Execution of Money Back Guarantee

550-5.1.1 unnecessary spaces. Learn more at
550 5.1.1  https://support.google.com/mail/?p=NoSuchUser  p7sor1283262qkd.129 - gsmtp
Last-Attempt-Date: Thu, 03 Dec 2020 13:14:42 -0800 (PST)


---------- Forwarded message ----------
From: Andrew Easton <█████████████████████>
To: legal@valiantconsultants.co
Cc: Stephanie M <stephanie@valiantfamily.co>, Support Line <wholesale@valiantconsultants.co>
Bcc:
Date: Thu, 3 Dec 2020 13:14:30 -0800
Subject: Execution of Money Back Guarantee
Valiant Legal Team,

Per the terms of our contract, we are writing to you to execute the money back guarantee as our store has not reached
profitability after the time period stated in the contract.

Please confirm receipt of this email and let us know whom to work with on the refund to our bank. We have been working
closely with Stephanie on our account reconciliation as we are also owed **$910.23** due to lost inventory issues with our
warehouse.

Andrew

---

**Rodolie Maranion** <Wholesale@valiantconsultants.co>                        Fri, Dec 4, 2020 at 11:04 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <█████████████████████>
Cc: legal@valiantconsultants.co, stephanie@valiantfamily.co, wholesale@valiantconsultants.co

Hi Andrew,
    Pease send this to legal directly.

Thank you,

Rodolie--
Wholesale@valiantconsultants.co
[Quoted te  t hidden]

---

**Andrew Easton** <█████████████████████>                        Fri, Dec 4, 2020 at 11:05 AM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: legal@valiantconsultants.co, Stephanie M <stephanie@valiantfamily.co>, Support Line
<wholesale@valiantconsultants.co>

Rodolie,

I believe I have, legal@valiantconsultant.co is on this email chain. Please let me know if there is another channel to reach
them.

Andrew
[Quoted te  t hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                        Fri, Dec 4, 2020 at 11:05 AM
To: █████████████████

**PX17**                                                                    **001056**

5/7/24, 11 29 AM                        VenturelyCo Mail   Execution of Money Back Guarantee



## Address not found

Your message wasn't delivered to **stephanie@valiantfamily.co** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser i24sor6446566qtv.51 - gsmtp

Final-Recipient: rfc822; stephanie@valiantfamily.co
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. Learn more at
 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser i24sor6446566qtv.51 - gsmtp
Last-Attempt-Date: Fri, 04 Dec 2020 11:05:50 -0800 (PST)

---------- Forwarded message ----------
From: Andrew Easton <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
To: Support Line <Wholesale@valiantconsultants.co>
Cc: legal@valiantconsultants.co, Stephanie M <stephanie@valiantfamily.co>
Bcc:
Date: Fri, 4 Dec 2020 11:05:39 -0800
Subject: Re: Execution of Money Back Guarantee
Rodolie,

I believe I have, legal@valiantconsultant.co is on this email chain. Please let me know if there is another channel to reach them.

Andrew

On Fri, Dec 4, 2020 at 11:04 AM Rodolie Maranion <Wholesale@valiantconsultants.co> wrote:
  Hi Andrew,
    Pease send this to legal directly.

  Thank you,

  Rodolie--
  Wholesale@valiantconsultants.co

  On Thursday, December 3rd 2020, 3:14:47 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

**PX17**                                                          **001057**

Valiant Legal Team,

Per the terms of our contract, we are writing to you to execute the money back guarantee as our store has not reached profitability after the time period stated in the contract.

Please confirm receipt of this email and let us know whom to work with on the refund to our bank. We have been working closely with Stephanie on our account reconciliation as we are also owed **$910.23** due to lost inventory issues with our warehouse.

Andrew

---

**Rodolie Maranion** <Wholesale@valiantconsultants.co>                    Fri, Dec 4, 2020 at 3:17 PM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
Cc: legal@valiantconsultants.co, stephanie@valiantfamily.co, wholesale@valiantconsultants.co

That's channel I have to connect to them.   Please send them a follow-up.

legal@valiantconsultants.co

Thanks,

Rodolie--
Wholesale@valiantconsultants.co

On Friday, December 4th 2020, 1:05:56 PM ▮▮▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮ wrote:

Rodolie,

I believe I have, legal@valiantconsultant.co is on this email chain. Please let me know if there is another channel to reach them.

Andrew

---

**Andrew Easton** <▮▮▮▮▮▮▮▮▮▮▮▮>                    Mon, Dec 14, 2020 at 9:56 AM
To: Support Line <Wholesale@valiantconsultants.co>, legal@valiantconsultants.co
Bcc: Arielle <amfersht@gmail.com>

Valiant Team,

This request has not been addressed as agreed in our contract. I require an immediate response per the terms of our contract to invoke the Money Back Guarantee.

Andrew
[Quoted text hidden]

---

**Rodolie Maranion** <Wholesale@valiantconsultants.co>                    Mon, Dec 14, 2020 at 3:54 PM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <▮▮▮▮▮▮▮▮▮▮>
Cc: legal@valiantconsultants.co, stephanie@valiantfamily.co, wholesale@valiantconsultants.co

Hi Andrew,

Only legal can review your contract and approve of any refunds if any.
If you are due for a refund, they will reply back to you.

Thanks,

Rodolie--
Wholesale@valiantconsultants.co

On Monday, December 14th 2020, 11:56:30 AM ████████████ < ████████████ wrote:

Valiant Team,

This request has not been addressed as agreed in our contract. I require an immediate response per the terms of our contract to invoke the Money Back Guarantee.

Andrew

---

**Andrew Easton** < ████████████                          Tue, Dec 22, 2020 at 10:09 AM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: legal@valiantconsultants.co

Greetings,

I have not received a response to this request. Today is the 425th day from the signing of the contract and we are officially requesting the execution of the money back guarantee. Failure to reply to this request will result in legal action against the company. Please respond immediately.

Andrew
[Quoted te  t hidden]

---

**Rodolie Maranion** <Wholesale@valiantconsultants.co>                   Tue, Dec 22, 2020 at 10:56 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton < ████████████
Cc: legal@valiantconsultants.co, stephanie@valiantfamily.co, wholesale@valiantconsultants.co

Hi Andrew,
   Please send this directly to legal, if you are qualified for the refund legal will reply back otherwise they will not if you have not met all requirements for money back guarantee.

Thanks,

Rodolie--
Wholesale@valiantconsultants.co

On Tuesday, December 22nd 2020, 12:09:29 PM ████████████ < ████████████ wrote:

Greetings,

I have not received a response to this request. Today is the 425th day from the signing of the contract and we are officially requesting the execution of the money back guarantee. Failure to reply to this request will result in legal action against the company. Please respond immediately.

Andrew

**PX17**                                                               **001059**

**Andrew Easton** <span style="background:black">        </span>              Tue, Dec 22, 2020 at 3:49 PM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: legal@valiantconsultants.co, Stephanie M <stephanie@valiantfamily.co>, Support Line <wholesale@valiantconsultants.co>

Rodolie,

I have included legal on this email chain, but they have not responded to any emails. I will request that you follow up with that as today is the official 425th day of our contract.

Andrew

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>      Tue, Dec 22, 2020 at 3:49 PM
To: <span style="background:black">          </span>



## Address not found

Your message wasn't delivered to **stephanie@valiantfamily.co** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. Learn more at
https://support.google.com/mail/?p=NoSuchUser j16sor38906990qvp.59 - gsmtp
```

Final-Recipient: rfc822; stephanie@valiantfamily.co
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. Learn more at
 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser j16sor38906990qvp.59 - gsmtp
Last-Attempt-Date: Tue, 22 Dec 2020 15:49:12 -0800 (PST)

---------- Forwarded message ----------
From: Andrew Easton <span style="background:black">        </span>
To: Support Line <Wholesale@valiantconsultants.co>
Cc: legal@valiantconsultants.co, Stephanie M <stephanie@valiantfamily.co>
Bcc:
Date: Tue, 22 Dec 2020 15:49:00 -0800
Subject: Re: Execution of Money Back Guarantee
Rodolie,

I have included legal on this email chain, but they have not responded to any emails. I will request that you follow up with that as today is the official 425th day of our contract.

Andrew

On Tue, Dec 22, 2020 at 10:56 AM Rodolie Maranion <Wholesale@valiantconsultants.co> wrote:

> Hi Andrew,
>   Please send this directly to legal, if you are qualified for the refund legal will reply back otherwise they will not if you have not met all requirements for money back guarantee.
>
> Thanks,
>
> Rodolie--
> Wholesale@valiantconsultants.co
>
>> On Tuesday, December 22nd 2020, 12:09:29 PM ███████████████ <██████████████ wrote:
>>
>> Greetings,
>>
>> I have not received a response to this request. Today is the 425th day from the signing of the contract and we are officially requesting the execution of the money back guarantee. Failure to reply to this request will result in legal action against the company. Please respond immediately.
>>
>> Andrew

---

**Rodolie Maranion** <Wholesale@valiantconsultants.co>                    Wed, Dec 23, 2020 at 10:01 AM
Reply-To: Wholesale@valiantconsultants.co
To: Andrew Easton <████████████████████
Cc: legal@valiantconsultants.co, stephanie@valiantfamily.co, wholesale@valiantconsultants.co

Hi Andrew,
  I am not part of legal but you have this email chain to show you have followed-up with them so please continue to reach out to them.
Also, if you are not qualified for the refund and requirements are not met, they will not reply back and I normally say to have a legal advisor review your contract and have him reach out to legal to make sure the money back guarantee is met if any.

Thanks,

Rodolie--
Wholesale@valiantconsultants.co

> On Tuesday, December 22nd 2020, 5:49:18 PM ██████████████████ <██████████████████ wrote:
>
> Rodolie,
>
> I have included legal on this email chain, but they have not responded to any emails. I will request that you follow up with that as today is the official 425th day of our contract.
>
> Andrew

---

Andrew Easton <████████████████████                                      Mon, May 17, 2021 at 1:33 PM

5/7/24, 11 29 AM                    VenturelyCo Mail   Execution of Money Back Guarantee

To: "Michael E. Adler" <meadler@gwtllp.com>

Michael,

This is the first email I sent to their "legal" team. I followed up with additional emails leading up to December 22nd which I believe was the 425th day as listed in the contract.

Andrew

[Quoted text hidden]

---

**Andrew Easton** <‎███████████████‎>                    Tue, Jun 20, 2023 at 7:35 PM
To: legal@valiantconsultants.co
Cc: Stephanie M <stephanie@valiantfamily.co>, Support Line <wholesale@valiantconsultants.co>

Greetings,

Steven posted a youtube video that he is working on refunds for his clients and working on a new system. We require our contract to be fulfilled as promised as we submitted this request on time after what Steven is admitting to is a failure on his part.

Andrew

[Quoted te t hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Tue, Jun 20, 2023 at 7:35 PM
To: ‎█████████████‎



## Address not found

Your message wasn't delivered to **legal@valiantconsultants.co** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. Learn more at
https://support.google.com/mail/?p=NoSuchUser bq39-20020a05620a46a700b0076240128233sor2137262qkb.16 -
gsmtp
```

Final-Recipient: rfc822; legal@valiantconsultants.co
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. Learn more at

5/7/24, 11 29 AM                    VenturelyCo Mail   Execution of Money Back Guarantee

550 5.1.1  https://support.google.com/mail/?p=NoSuchUser  bq39-20020a05620a46a700b00762401282
33sor2137262qkb.16 - gsmtp
Last-Attempt-Date: Tue, 20 Jun 2023 19:35:51 -0700 (PDT)


---------- Forwarded message ----------
From: Andrew Easton <███████████████>
To: legal@valiantconsultants.co
Cc: Stephanie M <stephanie@valiantfamily.co>, Support Line <wholesale@valiantconsultants.co>
Bcc:
Date: Tue, 20 Jun 2023 19:35:40 -0700
Subject: Re: Execution of Money Back Guarantee
Greetings,

Steven posted a youtube video that he is working on refunds for his clients and working on a new system. We require our
contract to be fulfilled as promised as we submitted this request on time after what Steven is admitting to is a failure on
his part.

Andrew


On Thu, Dec 3, 2020 at 1:14 PM Andrew Easton <███████████████> wrote:
Valiant Legal Team,

Per the terms of our contract, we are writing to you to execute the money back guarantee as our store has not reached
profitability after the time period stated in the contract.

Please confirm receipt of this email and let us know whom to work with on the refund to our bank. We have been
working closely with Stephanie on our account reconciliation as we are also owed **$910.23** due to lost inventory issues
with our warehouse.

Andrew

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                        Tue, Jun 20, 2023 at 7:35 PM
To: ███████████████



### Address not found

Your message wasn't delivered to
**wholesale@valiantconsultants.co** because the address
couldn't be found, or is unable to receive mail.

**LEARN MORE**


The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. Learn more at
```

**PX17**                                                                                          **001063**

https://support.google.com/mail/?p=NoSuchUser **t189-20020ae9dfc6000000b0076220eba1cbsor2144239qkf.15 - gsmtp**

Final-Recipient: rfc822; wholesale@valiantconsultants.co
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. Learn more at
 550 5.1.1  https://support.google.com/mail/?p=NoSuchUser t189-20020ae9dfc6000000b0076220eba1
cbsor2144239qkf.15 - gsmtp
Last-Attempt-Date: Tue, 20 Jun 2023 19:35:51 -0700 (PDT)

---------- Forwarded message ----------
From: Andrew Easton <███████████████████>
To: legal@valiantconsultants.co
Cc: Stephanie M <stephanie@valiantfamily.co>, Support Line <wholesale@valiantconsultants.co>
Bcc:
Date: Tue, 20 Jun 2023 19:35:40 -0700
Subject: Re: Execution of Money Back Guarantee
Greetings,

Steven posted a youtube video that he is working on refunds for his clients and working on a new system. We require our contract to be fulfilled as promised as we submitted this request on time after what Steven is admitting to is a failure on his part.

Andrew

On Thu, Dec 3, 2020 at 1:14 PM Andrew Easton <████████████████████> wrote:
 Valiant Legal Team,

 Per the terms of our contract, we are writing to you to execute the money back guarantee as our store has not reached profitability after the time period stated in the contract.

 Please confirm receipt of this email and let us know whom to work with on the refund to our bank. We have been working closely with Stephanie on our account reconciliation as we are also owed **$910.23** due to lost inventory issues with our warehouse.

 Andrew

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                     Tue, Jun 20, 2023 at 7:35 PM
To: ███████████████████



## Address not found

Your message wasn't delivered to **stephanie@valiantfamily.co** because the address couldn't be found, or is unable to receive mail.

**PX17**                                                              **001064**

**LEARN MORE**

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser j5-20020a378705000000b007620a4e8cfasor2225293qkd.1 - gsmtp

Final-Recipient: rfc822; stephanie@valiantfamily.co
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. Learn more at
 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser j5-20020a378705000000b007620a4e8cfasor2225293qkd.1 - gsmtp
Last-Attempt-Date: Tue, 20 Jun 2023 19:35:51 -0700 (PDT)

---------- Forwarded message ----------
From: Andrew Easton <████████████████████>
To: legal@valiantconsultants.co
Cc: Stephanie M <stephanie@valiantfamily.co>, Support Line <wholesale@valiantconsultants.co>
Bcc:
Date: Tue, 20 Jun 2023 19:35:40 -0700
Subject: Re: Execution of Money Back Guarantee
Greetings,

Steven posted a youtube video that he is working on refunds for his clients and working on a new system. We require our contract to be fulfilled as promised as we submitted this request on time after what Steven is admitting to is a failure on his part.

Andrew

On Thu, Dec 3, 2020 at 1:14 PM Andrew Easton <████████████████████> wrote:
  Valiant Legal Team,

  Per the terms of our contract, we are writing to you to execute the money back guarantee as our store has not reached profitability after the time period stated in the contract.

  Please confirm receipt of this email and let us know whom to work with on the refund to our bank. We have been working closely with Stephanie on our account reconciliation as we are also owed **$910.23** due to lost inventory issues with our warehouse.

  Andrew

# ATTACHMENT N

5/7/24, 11 29 AM                    VenturelyCo Mail    We are sorry to see you go

![Gmail logo] Gmail                                                 **Andrew Easton <**▬▬▬▬▬▬▬▬**>**

---

### We are sorry to see you go

9 messages

---

**Stephanie M** <accountmanager@teammk.co>                              Mon, May 24, 2021 at 8:40 AM
Reply-To: accountmanager@teammk.co
To: Andrew Easton <▬▬▬▬▬▬▬>

Hi there,

We have made many attempts at contacting you about several obligations you have in regard to participating in the
Valiant Amazon FBA management program.

We have not heard back, *and we do not have critical access to your Required Softwares*

Due to extended lack of reply and lack of access to your account we must notify you that we officially are moving ahead
under the understanding that you have removed yourself willingly and permanently from this program.

**As of this moment we will cease any and all activity on your account.**
**Please reply within the next 48 hours if this is a mistake and let us know you you have come up to date with all**
**required access and aspects of this program so that we may continue.**

We wish you all the best!


Stephanie
--

---

**Andrew Easton <**▬▬▬▬▬▬▬**>**                              Mon, May 24, 2021 at 9:59 AM
To: accountmanager@teammk.co

Stephanie,

Good to hear from you, hope you are doing well. Could we find a time to connect and discuss? I've sent a few email
requests out with no responses.

Andrew
[Quoted text hidden]

---

**Stephanie M** <accountmanager@teammk.co>                              Mon, May 24, 2021 at 10:44 AM
Reply-To: accountmanager@teammk.co
To: Andrew Easton <▬▬▬▬▬▬▬>

Sure thing Andrew, Can you tell me what email you have sent in emails to that was not garnering replies? And which
email you have been sending from?


Stephanie
--

accountmanager@teammk.co

https //mail google com/mail/u/3/?ik  c7683a819f&view  pt&search  all&permthid  thread f 1700654812329499015&simpl  msg f 17006548123294990    1/4

PX17                                        001067

5/7/24, 11 29 AM                                    VenturelyCo Mail   We are sorry to see you go

On Monday, May 24th 2021, 12:59:49 PM ▇▇▇▇▇▇▇▇▇▇ <▇▇▇▇▇▇▇▇▇▇▇ wrote:

Stephanie,

Good to hear from you, hope you are doing well. Could we find a time to connect and discuss? I've sent a few email requests out with no responses.

Andrew

---

**Andrew Easton** <▇▇▇▇▇▇▇▇▇▇                                    Thu, May 27, 2021 at 10:57 AM
To: accountmanager@teammk.co

Stephanie,

I have sent several emails to legal@valiantconsultants.co to request the money back guarantee that was part of my contract and have not received a response.

I've also sent similar requests back through to this email (the teammk.co email).

If my account is being closed down with Valiant, then we need to resolve the guarantee piece of it.

Andrew

[Quoted text hidden]

---

**Stephanie M** <accountmanager@teammk.co>                      Thu, May 27, 2021 at 11:10 AM
Reply-To: accountmanager@teammk.co
To: Andrew Easton <▇▇▇▇▇▇▇▇▇▇

Hi Andrew,
I unfortunately do not have any communication with Legal. They work on their own discretionary terms to decide if a claim that comes in via email is legitimate or not based on what is presented in the email.
I have not been told this, but it would seem if adequate proof of claim is not presented, you will not receive a reply.

The teammk email (Now our main line) also has this same non access or insight into this team and would have looked to see your prior history of saying you'd reached out to legal so they would have not responded for that reason, as our only real response is to email legal, which you have already done.

For our emails from the fulfillment side that we are sending out now, we are simply doing a sweep of accounts and seeing who intends to be active and who does not. Without full access to the store or a budget to work with, the fulfillment team would not be able to work on your account.

It has been decided that if any client is not allowing us to manage their store then they are by default opting out, or if they reply with a need for a temporary pause only but do intend to have fulfillment service done in the future then we note as temporary pause.

But the team will not be reaching out, looking for user permissions or logging in to anything at all on stores that are no longer fully active.

In addition unfortunately in your case, there is also an unpaid management fee noted which further disqualifies you from service unless it is cleared up.

Those reasons would be why we are communicating the stop of all work done on your account from this moment forward.

None of what I am saying here is from the legal department and I cannot speak on that separate action of requesting a buyback clause to be enacted or honored. That truly does have to go through legal. I am so sorry I couldn't be of more help on that matter.

**PX17**                                                        **001068**

5/7/24, 11 29 AM                    VenturelyCo Mail    We are sorry to see you go

Stephanie

--

accountmanager@teammk.co

On Thursday, May 27th 2021, 1:57:25 PM ████████████ < ████████████ > wrote:

Stephanie,

I have sent several emails to legal@valiantconsultants.co to request the money back guarantee that was part of my contract and have not received a response.

I've also sent similar requests back through to this email (the teammk.co email).

If my account is being closed down with Valiant, then we need to resolve the guarantee piece of it.

Andrew

**Andrew Easton** < ████████████ >                    Thu, May 27, 2021 at 11:24 AM
To: accountmanager@teammk.co

Stephanie,

Could you explain what the unpaid management fee is? As far as I know, I was still owed approx $900 of missing inventory that wasn't reimbursed.

Otherwise, the account hasn't made profits, so no fees would have been paid from a management standpoint, so I'm not sure what management fees you are referring to.

Andrew
[Quoted text hidden]

**Stephanie M** <accountmanager@teammk.co>                    Fri, May 28, 2021 at 6:02 AM
Reply-To: accountmanager@teammk.co
To: Andrew Easton < ████████████ >

I don't have complete notes, Just a note about unpaid fees. Let me find out more details and I will get back to you with specifics.

Stephanie

--

accountmanager@teammk.co

On Thursday, May 27th 2021, 2:24:50 PM ████████████ < ████████████ > wrote:

Stephanie,

Could you explain what the unpaid management fee is? As far as I know, I was still owed approx $900 of missing inventory that wasn't reimbursed.

Otherwise, the account hasn't made profits, so no fees would have been paid from a management standpoint, so I'm not sure what management fees you are referring to.

Andrew

**PX17**                                                      **001069**

VenturelyCo Mail   We are sorry to see you go

---

**Stephanie M** <accountmanager@teammk.co>                                    Mon, May 31, 2021 at 5:50 AM
Reply-To: accountmanager@teammk.co
To: Andrew Easton < ███████████████ >

Hi Andrew we are still looking into it it. The recon credit has been located in the records so they are cross checking to see
if the owed invoice based on net profit of sales in specific months was deleted due to the credit covering it or if there truly
is anything due.

Thanks for your patience here!

Stephanie

--

accountmanager@teammk.co
[Quoted text hidden]
[Quoted te t hidden]

---

**Stephanie M** <accountmanager@teammk.co>                                    Wed, Jun 2, 2021 at 7:13 AM
Reply-To: accountmanager@teammk.co
To: Andrew Easton < ███████████████ >

Hi Andrew,

My notes have now been updated with the information including credits owed to you. The management fees were in fact
covered by the credits.

Are you still wanting to not move forward with fulfillment because you are working with legal?

Stephanie

--

accountmanager@teammk.co
[Quoted te t hidden]
[Quoted text hidden]

---

# ATTACHMENT O

## Income Statement (Profit and Loss)
VenturelyCo, LLC
For the month ended December 31, 2021

Company Division is Urban Thumb.

| Account | Dec 2021 | Nov 2021 | Oct 2021 | Sep 2021 | Aug 2021 | Jul 2021 | Jun 2021 | May 2021 | Apr 2021 | Mar 2021 | Feb 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | |
| AMZ Product Charges | 37.66 | 166.18 | 34.05 | 0.00 | 16.00 | 209.79 | 195.93 | 12.36 | 132.53 | 355.21 | 144.53 |
| AMZ Promo Rebates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4.45) | 0.00 | 0.00 | 0.00 | (20.78) | (6.02) |
| AMZ Other (Shipping/Gift Wrap Credits) | 0.00 | 0.00 | 0.00 | 0.00 | 4.39 | 4.45 | 0.00 | 0.00 | 0.00 | 20.78 | 6.02 |
| AMZ Other Transactions | 18.94 | 13.40 | 0.00 | 0.00 | 2.65 | 73.68 | 0.00 | 18.18 | 0.00 | 0.00 | 5.44 |
| AMZ Refund Other (Shipping/Gift Wrap Credits) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMZ Refund Product Charges | (37.66) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6.00) | 0.00 |
| AMZ Refund Promo Rebates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | **18.94** | **179.58** | **34.05** | **0.00** | **23.04** | **283.47** | **195.93** | **30.54** | **132.53** | **349.21** | **149.97** |
| | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | |
| AMZ FBA Fees | 5.75 | 15.79 | 20.67 | 4.32 | 5.13 | 43.31 | 21.22 | 42.82 | 21.70 | 20.57 | 15.12 |
| AMZ Fees | 15.54 | 86.23 | 17.35 | 0.00 | 15.57 | 135.56 | 115.17 | 7.65 | 66.42 | 277.42 | 120.91 |
| AMZ Refund Fees | (4.52) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (0.72) | 0.00 |
| AMZ Subscriptions | 0.00 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 |
| Cost of Goods Sold | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | **16.77** | **142.01** | **78.01** | **44.31** | **60.69** | **218.86** | **176.38** | **90.46** | **128.11** | **337.26** | **176.02** |
| | | | | | | | | | | | |
| **Gross Profit** | **2.17** | **37.57** | **(43.96)** | **(44.31)** | **(37.65)** | **64.61** | **19.55** | **(59.92)** | **4.42** | **11.95** | **(26.05)** |
| | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | |
| Bank Service Charges | 0.36 | 0.36 | 0.37 | 0.37 | 12.00 | 12.00 | 12.00 | 12.00 | 0.37 | 0.37 | 0.38 |
| Commission | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Training/Education | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.76 | 2.77 | 0.00 |
| Travel | 67.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Web Hosting/Software Fees | 130.41 | 130.34 | 130.78 | 130.71 | 112.73 | 99.00 | 99.00 | 99.00 | 130.88 | 130.73 | 131.17 |
| **Total Operating Expenses** | **197.97** | **130.70** | **131.15** | **131.08** | **124.73** | **111.00** | **111.00** | **111.00** | **133.01** | **133.87** | **131.55** |
| | | | | | | | | | | | |
| **Operating Income** | **(195.80)** | **(93.13)** | **(175.11)** | **(175.39)** | **(162.38)** | **(46.39)** | **(91.45)** | **(170.92)** | **(128.59)** | **(121.92)** | **(157.60)** |
| | | | | | | | | | | | |
| **Net Income** | **(195.80)** | **(93.13)** | **(175.11)** | **(175.39)** | **(162.38)** | **(46.39)** | **(91.45)** | **(170.92)** | **(128.59)** | **(121.92)** | **(157.60)** |

| Jan 2021 | Dec 2020 | Nov 2020 | Oct 2020 | Sep 2020 | Aug 2020 | Jul 2020 | Jun 2020 | May 2020 | Apr 2020 | Mar 2020 | Feb 2020 | Jan 2020 | Dec 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 806.23 | 3,801.94 | 421.89 | 182.97 | 1,615.90 | 3,512.82 | 3,215.38 | 1,911.29 | 3,391.76 | 529.66 | 192.38 | 1,651.89 | 33.90 | 135.60 |
| (18.40) | (26.82) | 0.00 | 0.00 | (21.70) | (39.95) | (25.27) | (6.24) | (63.03) | (3.14) | (0.75) | (14.32) | 0.00 | 0.00 |
| 18.40 | 51.56 | 0.00 | 0.00 | 21.70 | 74.94 | 37.57 | 17.71 | 81.27 | 3.14 | 0.75 | 24.83 | 0.00 | 0.00 |
| 57.32 | (0.08) | 7.66 | 224.88 | 336.25 | 121.90 | 378.73 | 496.46 | 119.02 | 182.68 | 0.00 | 31.04 | 0.00 | 10.39 |
| 0.00 | (3.42) | 0.00 | 0.00 | 0.00 | (12.49) | (3.00) | 0.00 | (6.21) | 0.00 | 0.00 | (4.27) | 0.00 | 0.00 |
| (130.61) | (54.40) | 0.00 | (13.65) | (87.89) | (101.49) | (117.93) | (167.06) | (220.12) | 0.00 | 0.00 | (143.42) | (33.90) | (16.95) |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **732.94** | **3,768.78** | **429.55** | **394.20** | **1,864.26** | **3,555.73** | **3,488.48** | **2,252.16** | **3,302.69** | **712.34** | **192.38** | **1,545.75** | **0.00** | **129.04** |
| 83.88 | 194.42 | 253.81 | 165.37 | 272.82 | 137.45 | 47.87 | 61.71 | 14.22 | 0.62 | 2.03 | 280.40 | 298.46 | 15.94 |
| 349.98 | 1,991.88 | 175.31 | 80.36 | 778.83 | 1,520.55 | 1,291.18 | 817.91 | 1,308.64 | 189.15 | 70.66 | 590.11 | 13.12 | 52.48 |
| (15.25) | (9.96) | 0.00 | (0.87) | (10.54) | (24.11) | (13.65) | (20.08) | (32.07) | 0.00 | 0.00 | (21.48) | (4.60) | (2.30) |
| 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 39.99 | 79.98 | 0.00 | 39.99 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,678.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **458.60** | **2,216.33** | **469.11** | **284.85** | **1,081.10** | **1,673.88** | **4,043.93** | **899.53** | **1,330.78** | **229.76** | **112.68** | **929.01** | **306.98** | **106.11** |
| **274.34** | **1,552.45** | **(39.56)** | **109.35** | **783.16** | **1,881.85** | **(555.45)** | **1,352.63** | **1,971.91** | **482.58** | **79.70** | **616.74** | **(306.98)** | **22.93** |
| 0.37 | 0.36 | 0.36 | 0.35 | 0.34 | 0.35 | 0.34 | 0.33 | 15.32 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 |
| 0.00 | 99.00 | 112.38 | 99.00 | 99.00 | 99.00 | 99.00 | 99.00 | 109.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 130.71 | 0.00 | 74.99 | 74.99 | 364.20 | 353.28 | 790.01 | 177.01 | 736.24 | 74.99 | 74.99 | 1,682.59 | 0.00 | 0.00 |
| **131.08** | **99.36** | **187.73** | **174.34** | **463.54** | **452.63** | **889.35** | **276.34** | **860.56** | **89.99** | **74.99** | **2,682.59** | **1,000.00** | **0.00** |
| **143.26** | **1,453.09** | **(227.29)** | **(64.99)** | **319.62** | **1,429.22** | **(1,444.80)** | **1,076.29** | **1,111.35** | **392.59** | **4.71** | **(2,065.85)** | **(1,306.98)** | **22.93** |
| **143.26** | **1,453.09** | **(227.29)** | **(64.99)** | **319.62** | **1,429.22** | **(1,444.80)** | **1,076.29** | **1,111.35** | **392.59** | **4.71** | **(2,065.85)** | **(1,306.98)** | **22.93** |