## DECLARATION OF CARLOS ANGELES, III
### Pursuant to 28 U.S.C. § 1746

I, Carlos Angeles, III have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Carlos Angeles, III.  I am over the age of 18 and reside in Livermore, California.

2. I have been an Amazon seller since 2011.  I started my own third-party Amazon store and bought and sold things I found at thrift stores.  I had a hard time finding products and I wanted to expand my business.   In approximately December 2019, I found a company called Valiant Consulting through Facebook ads.  This company said that it managed third-party Amazon stores, researched products for those stores, found the suppliers of those products, managed and performed customer service, and fulfilled customer orders. The company used the Fulfilled By Amazon ("FBA") model which meant that products would be stored by a supplier and then sent to Amazon to fulfill Amazon's customers' orders.  This was exactly what I was looking for.

3. I spoke with Steven Mayer, the owner of Valiant Consulting, multiple times and he was very convincing.  He made the business opportunity sound enticing.  Steven told me that I would start making money after six months and he had other clients who were profitable.  He had snapshots of his clients' accounts on his website and on social media. I remember seeing clients who claimed they were making $100,000 and $200,000 per month.  I knew that this type of revenue was possible because of my own experience with selling on Amazon.  Steven also made me feel very comfortable and I really believed those snapshots on the website and social media posts.

1

4.  As a result of my conversations with Steven and based on the client testimonials of successful clients, I decided to purchase the business opportunity.  On approximately December 31, 2019, I signed a contract with Valiant Consultants and paid $30,000 in a money order to Valiant Consultants, Inc., 1200 Brickell Ave, Suite 1950, Miami, Florida 33131.  According to the contract, Valiant would take 30% of my net profits.  Attached as **Attachment A** is a true and correct copy of the contract.

5.  Steven told me after I signed the contract that he would coordinate with a company called Daily Distro LLC and that company would order the products for my store, package the products, and ship them to Amazon for fulfillment once I made sales.  I was very surprised by this.

6.  I never received any document from Valiant Consulting or Daily Distro LLC with any information backing up its earning and profit claims contained in social media ads, on its website, or over the phone with the sales agent.  I also never received a document from Valiant Consulting or Daily Distro LLC telling me whether the company has been subject to legal action or a list of consumers who purchased their services in the past 3 years.

7.  Valiant contracted with Daily Distro LLC to purchase products for my Company, Shopbox LLC, using my business credit card.  I learned that Daily Distro was a distribution and warehouse company that purchased products from wholesale suppliers and is a subsidiary of an online seller services company called FBA Sales.Support.  I had to sign up for FBA Sales.Support's services for a monthly fee of $99 in addition to my initial fee I paid Valiant.  FBA Sales.Support tracked and managed all online purchases and sales through Amazon for clients who used this software service.  Daily Distro handled and managed all products it ordered, including testing products to determine

2

sales performance on the Amazon platform as well as managed the product procurement and product distribution (including labeling, preparation, and shipment from Daily Distro's NJ/NY warehouse to Amazon fulfillment centers).

8.  I had to provide Daily Distro with my credit card to purchase products wholesale for my store.  All transaction records between my own company, Daily Distro, and Amazon are tracked and managed through FBA Sales.Support.  Attached as **Attachment B** is a true and correct copy of an email regarding sales.support.

9.  In October 2020, Daily Distro purchased $6,820 worth of Goli products directly from Goli Company and invoiced me for the products. Goli makes apple cider vitamin **gummies**. Attached as **Attachment C** is a true and correct copy of the invoice.

10. Steven R was the CEO of Daily Distro LLC and he asked me to switch over to Daily Distro exclusively and leave Valiant.  I told him I could not do that because I had a contract with Valiant.

11. On approximately November 9, 2020, Amazon removed my selling privileges for some unknown reason.  This meant that there would be no sales on my store and Daily Distro would not be able to ship products to my Amazon store until the account was reactivated.

12. On approximately December 2, 2020, more than 30 days since Daily Distro charged me for the Goli products, I asked Daily Distro about the Goli products they procured for my store.  I had some back-and-forth conversations with them about this because I noticed that the products were never originally shipped or posted to my Amazon store. I was not sure if Daily Distro received the Goli products yet, but I asked them to return the items back to Goli because I was not able to sell anything while my store was deactivated, and I wanted to recuperate my money.

3

13. On December 4, 2020, I received a confirmation from one of Daily Distro's warehouse people that they just received the shipment of the Goli products, but the shipment was missing some items.

14. I reached out to Daily Distro to again ask about returning the products. I received emails from Daily Distro stating that they will charge me the shipping fees and restocking fees because Goli charges restocking fees. I called Goli and they confirmed they don't charge any restocking fees. Then, the Daily Distro owner, Steven, called me up to change his initial claim that Goli was charging the restocking fees and instead, it is Daily Distro who wanted to charge me for the restocking fees. He wanted to charge me 30% which I thought was outrageous. Daily Distro also claimed in an email that Goli was not accepting returns, but I showed them Goli's return policy which says the company does accept returns. Attached as **Attachment D** are true and correct copies of email strings regarding the product issue.

15. I tried contacting Daily Distro multiple times but never got a straight answer when someone did reply. That is when I got more suspicious. I started asking Daily Distro to give me a full audit of all the products that they purchased since I signed up with them. I wanted to see not just the Goli products, but all the other products they purchased for my store which I never saw listed in my Amazon store. Daily Distro responded by stating that it is in the process of auditing and reconciling all the missing and/or destroyed products. The company never said whether it would credit back any money I lost for the missing inventory, and I never received any payment or credit from Daily Distro.

16. I decided to follow up with Goli since I was getting nowhere with Daily Distro and found out from Goli that the company does not allow third- party sellers to sell their products on

the Amazon, eBay, and Walmart platforms. Attached as **Attachment E** is a true and correct copy of this email.

17. In fact, the Goli sales agent I spoke to knew about the purchase made by Steven of Daily Distro, but she confirmed that Daily Distro was well aware of the restrictions to sell on Amazon. If Daily Distro had actually listed those products on Amazon, Goli would have eventually found out (since they continually track all Goli sellers in Amazon, Walmart and eBay), and they would have initiated a legal action against me. I realized then that even when my store is reactivated by Amazon, I would never be able to sell the $6,820 worth of Goli products.

18. I again asked Daily Distro to return the products and asked for a full refund. I was stuck with a credit card debt of more than $6,000 at this point.

19. I also asked Daily Distro to provide me a full report of all the unaccounted inventory left in their warehouse, but they never provided that. In fact, my management team at Valiant had a chat with Steven of Daily Distro and Steven claimed that he was filing for bankruptcy after getting evicted from his warehouse which contained all the products that Daily Distro purchased; including mine. He mentioned that he no longer had access to anything in the warehouse since someone put a lien on all the products which belonged to the sellers. He even claimed that he thought his warehouse was cleaned out and all products disposed of. Attached as **Attachment F** is a true and correct copy of this chat.

20. I tried asking Valiant for help, but I was told that I had to talk to Daily Distro. Valiant was supposed to run the store for me and Steven Mayer never really explained why I had to work with Daily Distro myself because Valiant was supposed to do everything. I

never expected that Valiant would ignore all the problems that occurred with their supplier.

21.  I then setup an official conference call with Steven of Daily Distro through the FBA Sales.Support website on January 12, 2021 to discuss these issues because I really was getting anxious about the whereabouts of all my products.  Steven never showed up on the conference call. I believe Steven owned both Daily Distro and FBA Sales.Support.

22. On February 27, 2021, I sent Capital One several letters disputing my payment to Daily Distro for $6,820.  Attached as **Attachment G** are true and correct copies of these letters.

23. Both Valiant and Daily Distro denied any wrongdoing and the bank did not give me my money back.  I filed a letter in appeal of this decision, but I lost.  *See* **Attachment G**.

24. My store sold some additional products, other than Goli, and after Amazon shut the store down, Amazon returned all the products they had in their warehouse for my store to my house.  I had to sell them on ebay to recoup my losses.

25. I was also charged twice for a purchase Daily Distro made with another Company called TopDawg ($4800), but Daily Distro again claimed that some of the inventory was missing when it received the order.  Again, Daily Distro could not provide me proof.

26. Throughout this time, I was having a separate battle with Amazon to get my store reopened.  It took a year to have it reinstated.  Once it got reinstated, I asked Valiant to run the store again so I could try and recoup my initial investment of $30,000.  I was traumatized by this experience, but I wanted to give Valiant the benefit of the doubt. Valiant started to run it again, but then asked for more money.  I told the company that I did not have any more funds to spend, and if they can't help me on the $6,000 I lost in inventory, then I can't shell out more money to them.

6

27. On January 12, 2021, I filed a complaint with the Better Business Bureau ("BBB") against Daily Distro LLC, Long Island City, NY 11106.  I received an email from the BBB on January 13, 2021 letting me know that my complaint was sent to the business.  On February 24, 2021, I received a letter from the BBB letting me know that the BBB had not received a response from Daily Distro.  On March 6, 2021, I received another letter from the BBB saying that the BBB wrote to Daily Distro LLC twice on my behalf with no response from the company.  Attached as **Attachment H** are true and correct copies of my complaint and the BBB letters.

28. On March 9, 2021, Leah Trudel of Goli sent Steven R (steven@dailydistro.com) an email stating that she had received follow up from me that Daily Distro has been unresponsive about facilitating the return of unsold inventory.  She told Steven that he is responsible for ensuring his clients are made aware that Goli cannot be resold on Amazon and Steven signed a contract with Goli that states this.  She also told Steven that she would accept the returned inventory and reimburse him for that.  She can't reimburse me directly because I didn't purchase from her directly; Daily Distro did.  I then reached out to Daily Distro to ask them to return the products and issue a full refund.  Steven then emailed Leah and told her that I already filed a chargeback and was reimbursed by the bank.  This was not true.  Capital One denied my chargeback because Daily Distro fought it.  I thought Steven meant he issued me a refund himself, but that never happened.  Steven constantly switched his excuses and stories.  I then reached out to Valiant to ask for help because Valiant was the company I signed a contract with.  Stephanie at Valiant reached out to Steven R and told him that he is the owner of the warehouse and Daily Distro and had the relationship with the credit card processor and so he/Daily Distro needs to return the

goods and issue the refund. Attached as **Attachment I** are true and correct copies of these emails.

29. I sent a letter to Daily Distro LLC demanding payment on January 26, 2022. I addressed it to Steven Rozenfe at 223 Veterans Blvd, Carlstadt, NJ 07072-2708 and Daily Distro LLC at 36-16 29th Street, Long Island City, NY 11106. I never heard a response. Attached as **Attachment J** is a true and correct copy of this letter.

30. I spent approximately $36,000; $30,000 for the initial fee and over $6,000 for inventory and I was not able to recoup this money. I have been paying the loan for the $30,000 plus interest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February  22  , 2024
Livermore, California

Carlos Angeles, III

8

## ACCOUNT MANAGEMENT AGREEMENT

THE SECRET INFORMATION: From time to time, we (Valiant Consultants Inc., its affiliates and/or related entities), or others on our behalf, may share with you information that we consider valuable and take reasonable steps to keep secret - our confidential information. We are not giving you any rights in it (ifs all ours), nor are we creating any agency, partnership, joint venture, or other joint relation with this agreement. We also are not making any representations, guarantees or warranties about the information. But we are sharing it, so we also want to protect it.

KEEPING THE INFORMATION SECRET: You agree to keep our confidential information just that. Confidential, and not to share it with others without our written permission. We are sharing the information -- verbally, in writing. Electronically, or otherwise — only for discussions or possibly to engage you, and you agree not to use our confidential information for any other purpose. Of course, you are free to use information generally available to the public (unless, of course. you caused our confidential information to be publicly available) or that you had or independently create(d) without our confidential information (but be prepared to prove it). You will return our confidential information (and all copies and excerpts from it) within five business days if we ask you to and/or if we stop our discussions indefinitely. At our option, we instead may allow you to destroy the materials and confirm that in writing. Lastly, you agree to take care of our confidential information like you would your own.

If asked to disclose our confidential information in connection with any legal process, you will first (and promptly) notify us so we can try to protect our information. And no matter what, for such legal process, you will reveal only the specific information legally required and nothing more. Also, we understand that you may need to share our confidential information with your contractors, subcontractors, or agents in connection with our discussions or possible engagement. Before you do that, you will first require those representatives to agree to keep the information confidential, as you are also responsible for any of their actions with our confidential information. Keep in mind that timing for notices and time periods under this agreement matter, or, as our lawyers say, 'time is of the essence."

You acknowledge that violating this agreement can irreparably harm us, which means money probably cannot completely fix things. Therefore, to prevent a violation of this agreement, you agree that we can ask a court to get involved and issue an order requiring that you do or not do something related to our confidential information. Our name is also important to us, so you agree not to use our name or logos or issue press releases or tell anyone about our talks without our written permission. Also, you cannot assign this agreement to someone else — we want you to keep this just between us.

TIME FRAMES AND SUCH: The obligations in this agreement start when we disclose(d) confidential information and continue: (i) for trade secrets, as long as it remains a trade secret under applicable law; and (ii) for confidential information that is not a trade secret until five years after it is returned to us (or, at our option, destroyed) or, if sooner until such information no longer qualifies as confidential information under this agreement.

THE LEGAL STUFF: Our lawyers tell us this paragraph contains important language that continues even after this agreement ends. California law governs this agreement (regardless of anything that could apply to change that). If we have a dispute related to this agreement, you agree to the personal jurisdiction of state and federal courts in Contra Costa County, California, and both parties agree to waive all objections and defenses of personal jurisdiction, improper venue, or inconvenient forum. Any waiver must be in writing and signed by the party granting the waiver. Also, any failure or delay in exercising a right does not mean that right is waived, nor does partially exercising rights prevent a party from exercising other rights it has. If a part of this agreement is held invalid or unenforceable, then that part will be enforced as much as possible, or removed, and will not affect the validity or enforceability of the other parts. This agreement can only be changed by a writing signed by both parties. By signing below, you confirm that your execution of this agreement is duly authorized, and that this agreement is a legal, valid, and binding obligation.

**CLIENT INFORMATION:**

Client Full Name: Carlos Angeles

Title: Client

Date: 12/31/2019

Signature: Carlos Angeles

**VALIANT CONSULTANTS INC. INFORMATION:**

Name: Steven Mayer

Title: Founder

Signature: Steven Mayer

**Attachment A**
**PX5**

000186

**ACCOUNT MANAGEMENT AGREEMENT**

On the ___12/31/2019___, I ___Carlos Angeles___, agree to the full payment, in the total amount of $30,000 USD, in exchange for the service(s) of having my Amazon account(s) created and/or managed on my behalf according to the FBA wholesale automation business model I have been presented with and have agreed to. I have been informed and agree to the business model and to the way my account(s) will be operated and managed. This will include managing and performing functions such as (but not limited to), customer service, product research and order fulfillment. I fully understand and accept that there are no guarantees for profits or longevity of my account(s), and I am fully aware and understand all of the risks associated with this business model and the service(s) provided. I understand and accept that my account(s) will be will managed as safely and effectively as possible for the benefit of all parties. I understand and accept that there are intangibles that may affect my Amazon account(s) performance in sales and metrics. This can include (but is not limited to) variables that are out of the control of all third-party sellers on Amazon.com, such as fluctuations in Amazon.com site traffic or competition. I understand and accept that I maintain 100% ownership of my Amazon account(s) and business, which gives me the ability to sell it or take over management duties at any time. I understand and accept that the initial 60 days is a growth phase where I will be invoiced $500 USD monthly, from 60 days onward 30% of the net profit from the sales of my online Amazon store, will be invoiced to me monthly, and is only for having my account managed for me but does not relinquish any of my ownership. In the scenario that my account is suspended, all parties involved agree that all viable attempts to recover my account will be made. Should any recovery attempts of my suspended amazon account fail, all parties agree that a new account (that I agree to create) will be managed for me, in the same capacity as my previous account, at no upfront charge. I understand and agree that if my account(s) is suspended because of my own doing (this includes (but is not limited to) any sabotage, intentional manipulation or wrongdoing on my account(s) that could cause a suspension), that I will not be eligible for our services to continue at no upfront cost. I understand and agree that my account will require the same growing period that the original account required. All parties agree that the 30% of the net profit that was originally agreed upon and invoiced, will remain the same. This also includes any new account(s) that was created in lieu of any suspension from an existing account(s). All new future accounts will be negotiated independently. I understand and agree that if I decline to pay the invoices for the building phase of my online Amazon store and 30% of net profit of my account(s), the service(s) originally agreed upon, will cease to operate in all capacities that were agreed upon until payment is received. I understand that Valiant Consultants Inc. offers a money back guarantee that's a one-time offer effective 487 days after the 60 day growth phase is completed, which allows them to buy back my Amazon account(s) from me for the same price I paid for their service(s) less any profits made by the store that were earned through the store in the preceding 547 days as long as the following conditions are met: (a) No account(s) suspensions occur resulting in the account(s) being in-active for more than 90 days. (b) An account(s) suspension due to my error cannot occur. (c) A credit card(s) limit or working capital with up to $40,000 USD must be provided for the account(s) in the first 10 months. (d) The account(s) cannot be put into vacation mode at any time. (e) Account(s) access and required information to allow the account(s) to become active, must be given within 30 days of purchasing the service. (f) All account/store requirements are followed from Valiant Consultants Inc. back office videos, and all videos are completed in first 30 days. (g) All invoices through the 60- day growth period and the 30% of monthly net profits must be paid by the 5th of each month. (h) No refunds will be made on deposits or full payments. Valiant Consultants Inc. shall buy, on the 547th day the clients account with a notice and written request from the Client. After the 548th day of the initial fee being paid in full, this money back guarantee shall be null and void. I understand that I am signing this document with full understanding and agreement of all its terms and am doing so willingly.

**CLIENT INFORMATION:**

Client Full Name: ___Carlos Angeles___

Title: <u>Client</u>

Date: ___12/31/2019___

Signature: ___Carlos Angeles___

**VALIANT CONSULTANTS INC. INFORMATION:**

Name: <u>Steven Mayer</u>

Title: <u>Founder</u>

Signature: _Steven Mayer_

**Attachment A**
**PX5**

000187

1/24/2021                                          Gmail - Re: Account Subscription Suspension

 Gmail                                              **Carlos Angeles** < ▉▉▉▉▉▉▉▉ >

---

## Re: Account Subscription Suspension
1 message

**Carlos Angeles** ▉▉▉▉▉▉▉                                   Tue, Dec 1, 2020 at 5:39 AM
To: "Queenie from Sales.Support" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com>

Follow up please confirm someone from your team is working on this.

On Tue, Nov 24, 2020 at 8:42 PM Carlos Angeles ▉▉▉▉▉▉▉▉ > wrote:
  Queenie,

  Attached are the screenshots of the charges against my credit card that shows all the purchases made on my behalf.
  The first page contains the 2 most recent charges amounting to $2562.92 and $6820. The second page contains the
  past charges since April of this year.

  Below is the breakdown of all the charges (total of $23,672.67). Please provide a detailed summary report that shows
  where EACH OF THESE TRANSACTIONS went, broken down as follows:

  1. how much was shipped to Amazon
  2. how much are still in your warehouse
  3. how much is still not received from your vendor
  4. how much is missing and therefore should be credited back to my account

  I am sure you have all the information about all these since you handled my account and used my credit card to
  purchase these items.

  **BREAKDOWN OF CREDIT CARD CHARGES**

  | 11/12/2020 | daily distro    | $ | 2,562.92 |
  |------------|-----------------|---|----------|
  | 10/2/2020  | daily distro    | $ | 6,820.00 |
  | 9/18/2020  | kehe            | $ | 851.32   |
  | 9/10/2020  | altitude living | $ | 1,942.80 |
  | 9/3/2020   | ultra           | $ | 2,650.18 |
  | 5/27/2020  | kehe            | $ | 1,400.22 |
  | 5/13/2020  | leading brands  | $ | 2,455.31 |
  | 4/1/2020   | topdawg         | $ | 2,494.96 |
  | 4/1/2020   | topdawg         | $ | 2,494.96 |

  On Thu, Nov 19, 2020 at 12:28 PM Queenie from Sales.Support <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:
    Hello Carlos,

    Can you provide a copy of these said charges so that I could easily check it here on my end?

    Thanks!

     **Queenie** from Sales.Support

**Attachment B**



Powered by **Intercom**

On Thu, Nov 19, 2020 at 03:01 PM, "Carlos Angeles" <███████████████> wrote:

Hi Queenie,

I see that there are high charges made against my credit card one from Oct 2 ($6820) and the latest is on Nov 12 ($2562.92).

Can you please tell me where these inventories are right now? Have they been delivered yet to your warehouse or were they already shipped to Amazon? I would like to see the breakdown.

Thanks

Carlos

On Wed, Nov 11, 2020 at 05:05 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:

No worries, Carlos.

If you have some concerns or clarifications, please don't hesitate to message us. We are happy to help!

Thank you and have a nice day!

On Wed, Nov 11, 2020 at 05:03 PM, "Carlos Angeles" <███████████████> wrote:

thanks Queenie! :)

have a great day!

Sonny

On Wed, Nov 11, 2020 at 04:57 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:

Yes.

On Wed, Nov 11, 2020 at 04:30 PM, "Carlos Angeles" <███████████████> wrote:

unsubscribe and come back later and I would still be able to access my old records later when I come back, correct?

On Wed, Nov 11, 2020 at 04:09 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:

Hello Carlos,

As per our support department, you can be able to unsubscribe for now.

**Attachment B**

Thanks and have a nice day!

On Wed, Nov 11, 2020 at 03:38 PM, "Carlos Angeles" <████████████> wrote:
Thanks a lot Queenie! I really need your help because it was very unfortunate this happened to my account.

I just want to get back on track but I am pressured to limit my expenses because I am not and will not be getting any sales until my account is reinstated.

On Wed, Nov 11, 2020 at 03:31 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:
Hello Carlos,

Let me ask our support department about your concern and once I have an update, I will let you know.

On Wed, Nov 11, 2020 at 03:17 PM, "Carlos Angeles" <████████████> wrote:
that's why i asked if you can do this temporarily because i will come back later and i still want to see my past reports.

On Wed, Nov 11, 2020 at 03:08 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:
Hello Carlos,

Once you cancel your subscription, you wont be able to see all your past data on sales.support.

On Wed, Nov 11, 2020 at 02:05 PM, "Carlos Angeles" <████████████> wrote:
If I cancel from there, will my account still be active and would I still be able to see all my past records/transactions/sales, etc.?

I want to make sure that when I go back online, I can go back and login to this same Sales.Support account.

On Wed, Nov 11, 2020 at 01:55 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:
Hello Carlos,

You can go to the settings page on sales.support then go to payment. That should cancel your monthly subscription.

Thanks!

On Wed, Nov 11, 2020 at 01:47 PM, "Carlos Angeles" <████████████> wrote:
Queenie,

Would you be able to suspend my monthly subscription temporarily?

**Attachment B**

I have an issue with my Amazon account and I am working with Amazon to get it reactivated.

Until then, I don't want to get charged for a monthly subscription.

Thanks

Carlos



**Daily Distro**
3616 29TH ST
ASTORIA, NY 11106-3206
United States
(347) 586-0271
Sales@da.tydistro.com

**INVOICE**

10/3/2020

INVOICE_DD818GL

Payment: Paid by xxxx - xxxx - xxxx - 8691

BILL TO
Shopbox LLC

SHIP TO
Shopbox LLC
223 Veterans Blvd., Carlstadt, NJ 07072

| Item No. | DESCRIPTION | Brand | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| Car_-216 | World's First Apple Cider Vinegar Gummy Vitamins by Goli Nutrition - Immunity, Detox & Weight (3 Pack, 180 Count, w th The Mother, Gluten-Free, Vegan, Vitamin B9, B12, Beetroot, Pomegranate) | Goli | 450 | $12.40 | $ 5,580.00 |
| Car_-217 | World's First Apple Cider Vinegar Gummy Vitamins by Goli Nutrition - Immunity, Detox & Weight (5 Pack, 300 Count, w th The Mother, Gluten-Free, Vegan, Vitamin B9, B12, Beetroot, Pomegranate) | Goli | 100 | $12.40 | $ 1,240.00 |

Remarks / Payment Instructions: VISA

| | | |
|---|---|---|
| SUB O AL | $ | 6,820.00 |
| DISCOUN | $ | - |
| SUB O AL LESS DISCOUN | $ | 6,820.00 |
| AX RA E | $ | - |
| O AL AX | $ | - |
| SHIPPING/HANDLING | $ | - |
| **Balance Due** | **$** | **6,820.00** |

3/19/2021                                        Gmail - We have received your inquiry

 Gmail                                                **Carlos Angeles** ████████████ >

## We have received your inquiry

1 me   age

**wholesale** <Wholesale@valiantconsultants.co>                        Wed, Dec 9, 2020 at 8:54 AM
To: Carlos Angeles ████████████ >

Hi Carlo ！

Thank you so much for writing in. This email is to notify you that we have received your inquiry. An agent will get back to you within the week.

Thank you for being a valued part of the Valiant Family.

Valiant Consultants

On Wed, Dec 9 09:54:33 MST 2020 Carlos Angeles ████████████ > wrote:
Hi Stephanie,

Would you mind assisting me with pushing warehouse to return the Goli shipment so I can get a full refund amounting to $6,000+? The shipment was delayed by 2 months. Goli has a 30-day return policy but customer will pay shipment. Queenie and Steven of SalesSupport told me I need to pay 15% of the total amount for shipping. I am not sure if that is a valid and legal   hipping charge but can you plea  e  confirm? Al  o, the  hipment wa   mi   ing 18 bo  e   I believe but Goli still charged me the full amount.

Thanks in advance for your help

Carlos

---------- Forwarded message ---------
From  **Carlo  Angele** ████████████
Date: Wed, Dec 9, 2020 at 7:07 AM
Subject: Re: Hi, When will you be shipping all these removed but sellable items ...
To: Queenie from Sales.Support <queenie.c@salessupport-4b70eab0e993.intercom-mail.com>

Queenie,

I need thi   taken care of a  ap plea  e  We are running out of time

Please start processing return. Take note that there were 18 items missing from delivery but I was still charged the full amount.

On Tue, Dec 8, 2020 at 10:10 AM Carlos Angeles ████████████ > wrote:
Follow up thi   plea  e  I have not received any call   yet

On Mon, Dec 7, 2020 at 11 29 AM Queenie from Sale   Support    queenie c@  ale    upport 4b70eab0e993 intercom  mail.com> wrote:
Hello Carlo  ,

Will forward this to Steven.

Thank you!

**Attachment D**

https://mail.google.com/mail/u/6?ik=812903618e&view=pt&search=all&permthid=thread-f%3A1685620392617841320%7Cmsg-f%3A1685620392617…     1/5

**PX5**                                                                              **000193**

3/19/2021                                    Gmail - We have received your inquiry

Reply in our Messenger

You may need to sign in to Sales.Support again.

You can also reply directly to this email.

**Queenie** from Sale  Support

Powered by **Intercom**

On Mon, Dec 7, 2020 at 02:13 PM, "Carlos Angeles" ███████████████████ > wrote:

> 925-980-8665....call me at 11:30AM PST

> On Mon, Dec 7, 2020 at 02:08 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:

>> Hello Carlos,

>> Can I have your contact number so that Steven will explain this further to you?

>> Thank you!

>> On Mon, Dec 7, 2020 at 02 07 PM, "Carlo  Angele  " ████████████████ wrote

>>> I need to know how big the box is and its weight and I will inquire with a shipping company for the cost. I am not accepting 15%.

>>> On Mon, Dec 7, 2020 at 02 03 PM, "Carlo  Angele  " ████████████████ wrote

>>>> HOW DID YOU COME UP WITH 15%??? SHIPPING COST IS DEPENDENT ON SIZE AND WEIGHT. FIRST TIME I HEARD ABOUT THIS!

>>>> WHAT SHIPPING COMPANY ARE YOU USING?

>>>> On Mon, Dec 7, 2020 at 01:56 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:

>>>>> Hello Carlos,

>>>>> Its going to be 15% of the total order.

>>>>> On Mon, Dec 7, 2020 at 01:43 PM, "Carlos Angeles" ████████████████ > wrote:

>>>>>> Yes sure. but please send me the shipping invoice from the shipment company. I know you've been doing an audit on my inventories so if I am getting any credits from your company, you could simply deduct the shipment cost from the credits.

>>>>>> On Mon, Dec 7, 2020 at 01:16 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:

>>>>>>> Hello Carlos,

>>>>>>> With that you have to pay the return shipping.

>>>>>>> Thank you!

>>>>>>> On Mon, Dec 7, 2020 at 11:38 AM, "Carlos Angeles" ████████████████ > wrote:

**Attachment D**

**PX5**                                                    **000194**

THIS IS THEIR RETURN POLICY SO PLEASE CONTACT THEM AND RETURN THE ITEMS ASAP AND GET MY REFUND PLEASE  YOU HAVE THE PO, INVOICE, RECEIPT AND THE PACKAGE FROM GOLI SO YOU NEED TO RETURN THEM

**"We think that you're going to love our products but in case you don't, we offer a 30-day money-back guarantee on both opened and unopened bottles. Please contact our support team at hello@goli.com within 30 days of your received order for an RMA. Our customers are responsible for paying for the shipping cost to send back returning product."**

📎 image.png

On Mon, Dec 7, 2020 at 11:19 AM, "Queenie C <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:

> Hello Carlos,
>
> The vendor is not accepting any returns at the moment and the products were ordered specific for you.
>
> Thank  !
>
> On Mon, Dec 7, 2020 at 10:43 AM, "Carlos Angeles" ███████████████> wrote:
>
>> Queenie,
>>
>>
>> Since it has been over 2 months since you ordered the Goli gummies, please cancel and return the products to the sender. I want my money back as soon as possible and credited back to my credit card.
>>
>> On Thu, Dec 3, 2020 at 10:07 AM, "Carlos Angeles" ███████████████> wrote:
>>
>>> When Will I expect this to be completed?
>>>
>>> On Wed, Dec 2, 2020 at 03:05 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:
>>>
>>>> Hi Carlos,
>>>>
>>>> We are organizing all those missing purchases that we will credit you. Still waiting for a confirmation.
>>>>
>>>> On Wed, Dec 2, 2020 at 02 41 PM, "Carlo  Angele  " ██████████████  wrote
>>>>
>>>>> what do you mean "organizing the credits"
>>>>>
>>>>> Are you referring to a refund for all the above mentioned good  ?
>>>>>
>>>>> On Wed, Dec 2, 2020 at 02:37 PM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:
>>>>>
>>>>>> Hello Carlo  ,

**Attachment D**

**PX5**                                        **000195**

3/19/2021                                    Gmail - We have received your inquiry

We are still organizing the credits. Rest assured we will inform you once its completed.

Thank you for your patience.

On Wed, Dec 2, 2020 at 02:31 PM, "Carlos Angeles" <███████████> wrote:



Also where is my inventory for this PO for Goli? I paid for it over 2 month ago and it is not yet there?

Please cancel this order and have my card refunded.





On Wed, Dec 2, 2020 at 02:31 PM, "Sales.Support" <preppack@salessupport-4b70eab0e993.intercom-mail.com> wrote:

**Attachment D**

**PX5**                                                                            **000196**

3/19/2021                                    Gmail - We have received your inquiry

You'll get replies here and in your email:

✉️ ████████████████

Our usual reply time

🕐 **A few hours**

Thanks! The team will reply as soon as they can.

On Wed, Dec 2, 2020 at 02:31 PM, "Carlos Angeles"

████████████████ > wrote:

Hi, When will you be shipping all these removed but sellable items that are in your warehouse back to my store?



**PX5**                                    **000197**

1/12/2021                                  Gmail - Re: i got status of the GOLI invoice stating that you already received ...

 **Gmail**                                        **Carlos Angeles <​███████████████>**

## Re: i got status of the GOLI invoice stating that you already received ...

1 message

**Queenie from Sales.Support** <queenie.c@salessupport-4b70eab0e993.intercom-mail.com>    Mon, Dec 7, 2020 at 10:21 AM
Reply-To: "Queenie from Sales.Support" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com>
To: ████████████████

Hello Carlos,

With that, you have to pay the return shipping cost.

Thank you!

Reply in our Messenger

You may need to sign in to Sales.Support again.

You can also reply directly to this email.

Queenie **Queenie** from Sales.Support

Powered by **Intercom**

On Mon, Dec 7, 2020 at 08:17 AM, "Carlos" ████████████████> wrote:
> Like I said, please return it and Refund me the money. I dont want to sell this that's 2 months old.

>> On Mon, Dec 7, 2020 at 07:49 AM, "Queenie C" <queenie.c@salessupport-4b70eab0e993.intercom-mail.com> wrote:
>> Hello Carlos,

>> We can hold it until your account is back or ship it to your home.

>> Thank you!

>> On Fri, Dec 4, 2020 at 03:11 PM, "Sales.Support" <preppack@salessupport-4b70eab0e993.intercom-mail.com>
>> wrote:
>>> You'll get replies here and in your email:

>>> ████████████████

>>> Our usual reply time
>>> 🕐 **A few hours**

>>> Thanks! The team will reply as soon as they can.

>>> On Fri, Dec 4, 2020 at 03:11 PM, "Carlos" ████████████████> wrote:
>>>> i got status of the GOLI invoice stating that you already received the Products this morning. And there are
>>>> missing items. Can you please return the items to Goli and cancel transaction so I can get my money back. At

**Attachment D**

this time, my Amazon account is still deactivated. I don't want additional transactions on my credit card and I don't want any more products shipped to Amazon until my account is fixed.

**Attachment D**

**PX5**

**000199**

 Gmail                                                   **Carlos Angeles** ▮▮▮▮▮▮▮

## Welcome to Goli!

1 message

**Shane Edelman** <shane@goli.com>                              Mon, Jan 11, 2021 at 10:50 PM
To: ▮▮▮▮▮▮▮
Cc: Distribution <distribution@goli.com>

Hi Carlos,

I see that you have registered for a wholesale account at Goli. Welcome! We look forward to working with you and we are confident that you will achieve strong sales as an official distributor of Goli in Livermore, California!

As an introduction to our wholesale program:

- Please kindly share with us your company profile and expected initial order quantity. We will be happy to offer you our best possible pricing!
- Our **MRP (Minimum Retail Price)** is **$19 USD/bottle.** We do not allow any of our distributors to sell Goli below this price.
- **All marketplace efforts (including Amazon, Ebay and Walmart.com) are managed internally.** We do not allow third party sellers on these platforms.
- Please note that **with every bottle sold, a child in need receives a 6-month vitamin grant** through our partnership with "Vitamin Angels".

I would love to assist you with your first wholesale order. Please let me know if you have any questions.

In the meantime, for more information about Goli, please view our brand deck here.

Kind regards,
Shane



**Shane**

Goli Nutrition Inc. | Account Executive, B2B & Distribution

*T: 1(438) 368-7516 | E: shane@goli.com*

Taste the **Apple.** Not the **Vinegar.**

*Watch Ellen Talk About Goli, on "The Ellen Show" Here!*

*See Goli Featured by Kathy Ireland on Modern Living Here!*

*Watch the Fittest Woman on Earth promote Goli on National TV Here!*



**Steven R**  Jan 4, 1:17 PM

Weve also been evicted from the old warehouse

so we dont have access to anything there

I think likely will be filling bankrupcy



**Stephanie McDaniel**  Jan 4, 4:56 PM

Well, I am truly sorry to hear that.

I will appreciate you keeping me in the loop in regard to any progress on releasing client owed funds from the merchant processor as well as reclaiming goods that the clients owned that were in the warehouse at the time of seizing.

I am sure whoever is in charge of that process with you was made aware that the goods there were not sales.support/daily distro or wraith co's personal possession but the property of other businesses and they will be legally obligated to release them to those parties?



**Steven R**  Jan 4, 4:57 PM

They put a lien on all the products

TUESDAY, JAN 5



**Stephanie McDaniel**  Jan 5, 10:01 AM

Are they aware you do not own those products that the clients own?



**Steven R**  Jan 5, 11:08 AM

They are.

To be honest I think they cleaned out the warehouse months ago and disposed of it

Let me follow up w them



**Stephanie McDaniel**  Jan 5, 1:10 PM

So they have had control of the warehouse for months?

**Attachment F**

**PX5**                                                         **000201**




February 27, 2021

Dear Capital One,

This letter is in regard to CASE Number: 10004784088710. Merchant's name is DAILY DISTRO. Date of Transaction: 10/1/2020.

Disputed Amount: $6,820.00.

**DISPUTE DETAILS and TIMELINE**

Daily Distro LLC (https://dailydistro.com) is a distribution and warehouse company that purchases products from wholesale suppliers. Daily Distro LLC is a subsidiary of an online seller services company called "FBA Sales.Support". I signed up for their full services for a monthly fee (see email attachment ("FBA Sales Support – Trial…").

"FBA Sales.Support" (https://www.sales.support)tracks and manages all online purchases and sales they conduct with Amazon. They handle and manage all products that they order, including testing the products first (to determine Product sales performance or how fast they sell on the Amazon platform). Daily Distro LLC manages the product procurement, distribution (including preparation, labelling and shipment of these products from their NY/NJ warehouse to Amazon Fulfillment Centers across the US. When Daily Distro purchases products for me, they use my company credit card. All transaction records between my Company, Daily Distro and Amazon are tracked and managed through "FBA.Sales.Support".

On October 3rd of 2020, they invoiced me for $6,820 worth of Goli products (see invoice attached). Goli manufactures and sells Apple Cider Vitamin Gummies. On Nov 9, 2020, Amazon removed my selling privileges for some unknown, unjustifiable reason. This means we would not be able to ship and sell any products in Amazon until the account is reactivated. On December 2nd, more than 30 days since they charged me for $6,820, I asked Daily Distro about the whereabouts of the Goli products they procured for my store. Because I wasn't getting any responses and because my Amazon account was deactivated, I asked Daily Distro to return the Goli products immediately so I can recuperate my money back. We initially had a few back and forth emails about asking them where my products were since it had been 2 months since I purchased them, and when I pulled my Amazon account, they have never been shipped nor posted on my Amazon store since that time. On Dec 4th, I also got a confirmation from one of Daily Distro's warehouse people that they just received the shipment of the Goli products, but it was incomplete, meaning there were items missing. I sent daily Distro an email about it (see attached emails) but they never confirmed nor checked, nor did they resolve those missing items.

There were emails also from Daily Distro (see attached emails) stating that they will charge me the shipping fees and restocking me because Goli charges restocking fee. I called Goli and they confirmed they don't charge any restocking fees. Then later on, the Daily Distro owner, Steven, called me up to change their initial claim that Goli is charging the restocking fees and instead, it is Daily Distro who wants to charge me for the restocking fees. He wanted to charge me 30% which I thought was outrageous. They also claimed on the email that Goli was not accepting returns, but I showed them Goli's return policy.

**Attachment G**

I have tried contacting Daily Distro multiple times since December, by phone, email and through their website, but I never got any responses from them. That's when I got more suspicious. I started asking them to give me a full audit of all the products that they purchased since I signed up with them, not just the Goli products but all the other products they purchased for my store which I have not seen in listed in my Amazon store. They responded by stating that they are in the process of auditing and reconciling all the missing and/or destroyed products. They even confirmed that after reconciling, they will credit back the money lost for the missing purchases (see attached emails). But up to now, I have not received anything from them nor have I received any reconciliation file or credit back from that audit.

I then did more investigation by calling up Goli myself and that's when I found out that Goli DOES NOT allow third-party sellers to sell their products on the Amazon, eBay, and Walmart platforms (see email from Goli about not allowing 3rd party sellers). The Goli Sales Agent I spoke to knew about the purchase made by Steven of Daily Distro, but she confirmed that Daily Distro was well aware of the restrictions to sell on Amazon. If Daily Distro listed these products on Amazon, Goli would have eventually found out (since they continually track all Goli sellers in Amazon, Walmart and eBay, and they would have initiated legal actions against the seller. That would put me and my store at risk, so it was a good thing I found out about it sooner. Therefore, there is no way for me to sell this $6,820 worth of Goli products anymore. This was the third reason why I wanted the products returned and asked for a full refund. I was stuck having a credit card debt of more than $6K. I have also asked them to provide me a full report of all the unaccounted inventory left in their warehouse, but they have not provided that up to now. Please see all email correspondences in the attachment.

Then on January 4, another blow to the case occurred which validated my dispute case against daily Distro. My management team was able to chat with the Steven of Daily Distro (see attached chat snapshot for reference). In that chat thread, Steven, admitted that he was filing bankruptcy after getting evicted from their warehouse which contained all the products that they purchased, including mine. He mentioned that he no longer has access to anything in their warehouse since they put a lien on all the products which belong to the sellers. He even admitted that he thinks his warehouse was cleaned out and disposed of all the products. I then tried to setup an official conference call with Steven on Jan 12, 2021 to discuss these issues because I really was getting anxious about the whereabouts of all my products, but he never showed up on the conference call – I did not receive any calls nor voicemails (see attached schedule conference call that I set up online through their FBA.Sales Support website. Unfortunately, I could not reach out to them anymore as well. If they truly had the Goli products and the rest of the products they purchased, they should show me proof that they still have them, and then they should return them.

The invoice alone does not provide evidence that they have my products in their warehouse, nor it provides evidence that they truly procured the right quantity as stated in the invoice.

In summary, these are main reasons why I kept asking Daily Distro to return the products, refund my money and why I filed this dispute (along with 3 other disputes):

1. This is a serious violation of FTC law protecting consumers by stopping unfair, deceptive or fraudulent practices in the marketplace.

2. I asked for the products to be returned but they did not. I do not know where these products are, and they are definitely NOT in my possession, nor in any Amazon warehouse and they are definitely not listed in my Amazon store.

3. The Goli products cannot be sold in Amazon because Goli does not allow third-party sellers and daily Distro knew that before they purchased the products from Goli.

**Attachment G**

**PX5**

**000203**

4. FBA.Sales Support, an affiliate of Daily Distro handling the product packaging, labeling, shipment to Amazon and Amazon sales tracking cannot be fulfilled for these products anymore because my Amazon account is already deactivated.

5. Daily Distro confirmed through the owner's chat records that he was filing bankruptcy and that all products in his warehouse is gone.I did not get a full report of where all my products are that they purchased. I asked for a full accountability and reconciliation, but they did not provide that. This is the reason why I also filed a dispute for 3 other purchases that they did in the past. They can show us the invoices but that does not mean that they have all the products. They either don't have the products or if they do, they may not have purchased the full quantity shown on the invoices. I strongly believe that this company has committed fraud and since they could not account for all the products that they purchased; I demand a full credit to my account.

6. It is not my fault if they could not return the products anymore to their sources at this time. I don't have any business relations with their sources. I have fully expressed my intention to return the merchandise and get a refund, but I did not receive any resolutions from them nor did they show interest in resolving my claims by not responding to my emails, chat calls and phone calls.

7. I am not sure if this FTC rule applies to my case, but I thought it's worth mentioning that this could be a serious violation of the FTC "Mail, Internet, or Telephone Order Rule" which states:

*"The Rule requires that when you advertise merchandise, you must have a reasonable basis for stating or implying that you can ship within a certain time. If you make no shipment statement, you must have a reasonable basis for believing that you can ship within 30 days. That is why direct marketers sometimes call this the "30-day Rule."*
*If, after taking the customer's order, you learn that you cannot ship within the time you stated or within 30 days, you must seek the customer's consent to the delayed shipment. If you cannot obtain the customer's consent to the delay -- either because it is not a situation in which you are permitted to treat the customer's silence as consent and the customer has not expressly consented to the delay, or because the customer has expressly refused to consent -- you must, without being asked, promptly refund all the money the customer paid you for the unshipped merchandise."*

Sincerely,

2/27/2021

Carlos Angeles III
Owner, ShopBox LLC

**Attachment G**





February 27, 2021

Dear Capital One,

This letter is in regard to CASE Number: 10004784088710. Merchant's name is DAILY DISTRO. Date of Transaction: 10/1/2020.

Disputed Amount: $6,820.00.

Please find attached letters from Batter Business Bureau (BBB) informing me about their failure to contact Daily Distro and Daily Distro's disregard of my complaints.

I am also attaching a copy of my complaint to FTC, copies of my emails to Goli stating that 3rd party sellers are not allowed, and they are pursuing those sellers in Amazon for legal action. Also attached is a copy of the email conversation I had with Goli about returning the products and advising me to contact Daily Distro directly instead.

Sincerely,

Carlos Angeles III
Owner, ShopBox LLC

**Attachment G**

**PX5**                                                                **000205**

 ShopBox LLC

████████████

February 27, 2021

Dear Capital One,

This letter is in regard to CASE Number: 10004784088710. Merchant's name is DAILY DISTRO. Date of Transaction: 10/1/2020.

Disputed Amount: $6,820.00.

I would like to update this dispute case by stating that ever since I paid for the invoice for the purchase of these products (itemized below), Daily Distro has not provided any proof or documentation to confirm that they truly have the products and the right quantity of products in their warehouse as stated on their invoice. If daily Distro is claiming the merchandise is in their warehouse, I would like to ask CapitalOne to obtain full documentation to validate that Daily Distro truly has them; and ask Daily Distro to communicate with me and my management team, Valiant Consultants, to come up with a resolution asap (either by issuing a full refund or ship the items to a location of my choosing).

Up to now, we have not been able to contact Daily Distro nor have they reached out to me in order to resolve this issue.

With CapitalOne closing the case, I don't feel like CapitalOne has thoroughly reviewed my first letter and all supporting documents to validate my claim. I have clearly stated, with emails and docs to back them up, that I have numerously asked for the items to be returned and from the email responses from Daily Distro, that they do accept returns; but unfortunately, they stopped communicating.

In this regard, I would like to ask CapitalOne to reopen the case, investigate this company for fraud and reconsider the appeal above.

| item-name | QTY | Brand | Unit Price | Total |
|---|---|---|---|---|
| World's First Apple Cider Vinegar Gummy Vitamins by Goli Nutrition - Immunity, Detox & Weight (3 Pack, 180 Count | 450 | Goli | $        12.40 | $        5,580.00 |
| World's First Apple Cider Vinegar Gummy Vitamins by Goli Nutrition - Immunity, Detox & Weight (5 Pack, 300 Count | 150 | Goli | $        12.40 | $        1,240.00 |

Sincerely,

Carlos Angeles III
Owner, ShopBox LLC

████████████

**Attachment G**

 **ShopBox LLC**

February 27, 2021

Dear Capital One,

This letter is in regard to CASE Number: 10004784088710. Merchant's name is DAILY DISTRO. Date of Transaction: 10/1/2020.

Disputed Amount: $6,820.00.

I would like to update this dispute by attaching a second opinion letter from Goli, Inc. Sales Executive asking daily Distro about the products that my Company, being a third-party seller, are not allowed to sell on Amazon. It also confirms the fact that daily Distro was informed about it and that they should have notified me about it, since Daily Distro is responsible for ensuring their distribution customers are made aware of Goli, Inc.'s policies (as made clear in Daily Distro's executed distribution agreement). Goli also made it clear in the letter that they will consider returning/reimbursing unopened inventory from Daily Distro.

Like I stated previously, ever since I paid for the invoice for the purchase of these products (itemized below), Daily Distro has not provided any proof or documentation to confirm that they truly have the products and the right quantity of products in their warehouse as stated on their invoice. Because Daily Distro has no use for those products anyway, because, first,  they cannot sell them on Amazon and second, my store is closed; they should have initiated to return those products either to Goli or to ship them all me since those products are mine in the first place. Up to now, they have not initiated any action to either return those products or ship them to me.

In this regard, I would like to ask CapitalOne to reopen the case, investigate this company for fraud and reconsider the appeal above.

| item-name | QTY | Brand | Unit Price | Total |
|---|---|---|---|---|
| World's First Apple Cider Vinegar Gummy Vitamins by Goli Nutrition - Immunity, Detox & Weight (3 Pack, 180 Count | 450 | Goli | $              12.40 | $        5,580.00 |
| World's First Apple Cider Vinegar Gummy Vitamins by Goli Nutrition - Immunity, Detox & Weight (5 Pack, 300 Count | 150 | Goli | $              12.40 | $        1,240.00 |

Sincerely,

Carlos Angeles III
Owner, ShopBox LLC

**Attachment G**

**PX5**                                                         **000207**

 

March 11, 2021

Dear Capital One,

This letter is in regard to CASE Number: 10004784088710. Merchant's name is DAILY DISTRO. Date of Transaction: 10/1/2020.

Disputed Amount: $6,820.00.


Please find attached email communication I just had with Daily Distro this morning where they are confirming that they've issued me a full refund through my CapitalOne credit card.

Please process that refund and credit me back the full amount so we can close this case.


Sincerely,

Carlos Angeles III
Owner, ShopBox LLC

**Attachment G**

**PX5**                    **000208**



March 17, 2021

Dear Capital One,

This letter is in regard to CASE Number: 10004784088710. Merchant's name is DAILY DISTRO. Date of Transaction: 10/1/2020.

Disputed Amount: $6,820.00.

I would like to get the full details of your investigation with regard to my dispute case. It really seemed strange at how quickly my case was decided by CapitalOne Dispute Team without any valid justification as to why it was denied. I've asked for documents presented by the merchant to prove that the purchase was valid but I was never provided with the documents.

I was told by a CapitalOne Dispute Manager that the only proof the merchant provided was a response to the dispute stating that the purchase was valid. I provided multiple documents and emails proving otherwise and yet, the decision was made in the merchant's favor. I felt this decision was unfair and lacking due process. I even had a conference call with both the CapitalOne Manager and the Daily Distro Manager today. The daily Distro Manager admitted that the purchase was INVALID.

Bottomline is: I DO NOT HAVE THE PRODUCTS I PURCHASED AND THEREFORE I DESERVE A FULL REFUND!

I would like to reappeal the case, escalate the issue with CapitalOne Management Team. Otherwise, I will resort to other legal means to the extent of filing a lawsuit to get my money back.

Sincerely,

Carlos Angeles III
Owner, ShopBox LLC

**Attachment G**

**PX5**                                                    **000209**

1/24/2021                                         BBB: Complaint Case ID #15111401

 # BBB Complaint ID #15111401

## Complaint Information

**Complaint ID:** 15111401

**Date Filed:** 1/12/2021

**Filed with:** BBB
30 East 33rd Street
New York, NY 10016
**Phone:** (212) 533-6200
**Email:** Inquiry@newyork.bbb.org
**URL:** http://www.bbb.org/new-york-city

## Consumer Information

**Name:** Mr. Carlos Angeles III
**Address:**

**Daytime Phone:**
**Evening Phone:**
**Fax:**
**Email:**

## Business Information

**Business Name:** Daily Distro LLC
**Address:** Long Is City, NY 11106
**Phone:** (888) 885-7333

## Complaint Details

Daily Distro LLC was contracted to purchase products for my Company, Shopbox LLC (using my business credit card), to be sold on the Amazon platform. In October of last year, they purchased $6,820 worth of Goli products directly from Goli Company. Goli makes those apple cider vitamin gummies. 1. My Amazon Seller account got suspended for some unknown, unjustifiable reason back in November. 2. I asked Daily Distri to return the Goli products back to Goli so I can recuperate my money back since my Amazon is suspended. 3. Daily Distro suggested not to return the Goli merchandise but the manager (Steven) told me that if I still wanted to return, he will charge me a restocking fee of 30%, which I thought was outrageous. 4. I thought about it for a few days, but later decided that returning the Goli products would be the best course of action. However, I have tried contacting Daily Distro multiple times since last month, by phone, email and through their website, but I never got any responses from them. 5. I found out directly from Goli, that Goli Company DOES NOT allow third-party sellers to sell their products on the Amazon, eBay, and Walmart platforms. Goli Sales Agent knew about the purchase made by Daily Distro but she confirmed that Daily Distro knew about the restrictions to sell on Amazon. If Daily Distro listed these products on Amazon, Goli would have eventually found out and they would have initiated legal actions against me. This puts me and my store at risk so it was a good thing I found out sooner. 5. There is no way for me to sell these $6k worth of Goli products anymore. So I am stuck having a credit card debt of more than $6K. 6. I have also asked them to provide me a full report of all the unaccounted inventory left in their warehouse but they have not provided that up to now. 7. I was also charged twice for a purchase they made with another Company called TopDawg ($4800) but they claimed they did not receive half of the orders but they could not provide me shipment proof.

## Desired Outcome/Settlement

**Desired Settlement:** Refund

I would like to ask BBB to step-in, mediate and contact them to settle these issues, please. I want a full refund from Daily Distro for the total cost of the product plus any interests incurred on my credit card. I want them to provide a full account of what other products are sitting in their warehouse and provide a resolution on what to do with those and reconcile all records. I want them to settle the duplicate invoice with TopDawg and give me back my $2400.

## Complaint Details

**Nature of Complaint:** Refund / Exchange Issues
**Date Problem Occured:** 11/3/2020 12:00:00 AM
**Date(s) Complained:** 11/12/2020 12:00:00 AM
**Purchase Date:** 10/1/2020 12:00:00 AM
**Salesperson:** *None Provided* , Steven

## Complaint Details (cont.)

**Product/Service:** Goli Apple Cider Vinegar Gummy Vitamins b

**Attachment H**

**PX5**                                                                  **000210**

1/24/2021                    BBB: Complaint Case ID #15111401

|  |  |
|---:|:---|
| **Model #:** | UPC: 852386008466 |
| **Account #:** | *None Provided* |
| **Order #:** | PO #: GE52T6 |
| **Purchase Price:** | 6820.0000 |
| **Payment:** | *None Provided* Credit Card |
| **Disputed Amount:** | 7109.0000 |

| Attached/Related File(s) | Date |
|---|---:|
| 27840182_GOLI-10000.pdf | 01/13/2021 |

## Communication / Message History

### Complaint Details

Daily Distro LLC was contracted to purchase products for my Company, Shopbox LLC (using my business credit card), to be sold on the Amazon platform. In October of last year, they purchased $6,820 worth of Goli products directly from Goli Company. Goli makes those apple cider vitamin gummies. 1. My Amazon Seller account got suspended for some unknown, unjustifiable reason back in November. 2. I asked Daily Distri to return the Goli products back to Goli so I can recuperate my money back since my Amazon is suspended. 3. Daily Distro suggested not to return the Goli merchandise but the manager (Steven) told me that if I still wanted to return, he will charge me a restocking fee of 30%, which I thought was outrageous. 4. I thought about it for a few days, but later decided that returning the Goli products would be the best course of action. However, I have tried contacting Daily Distro multiple times since last month, by phone, email and through their website, but I never got any responses from them. 5. I found out directly from Goli, that Goli Company DOES NOT allow third-party sellers to sell their products on the Amazon, eBay, and Walmart platforms. Goli Sales Agent knew about the purchase made by Daily Distro but she confirmed that Daily Distro knew about the restrictions to sell on Amazon. If Daily Distro listed these products on Amazon, Goli would have eventually found out and they would have initiated legal actions against me. This puts me and my store at risk so it was a good thing I found out sooner. 5. There is no way for me to sell these $6k worth of Goli products anymore. So I am stuck having a credit card debt of more than $6K. 6. I have also asked them to provide me a full report of all the unaccounted inventory left in their warehouse but they have not provided that up to now. 7. I was also charged twice for a purchase they made with another Company called TopDawg ($4800) but they claimed they did not receive half of the orders but they could not provide me shipment proof.

### Desired Outcome/Settlement

**Desired Settlement:** Refund

I would like to ask BBB to step-in, mediate and contact them to settle these issues, please. I want a full refund from Daily Distro for the total cost of the product plus any interests incurred on my credit card. I want them to provide a full account of what other products are sitting in their warehouse and provide a resolution on what to do with those and reconcile all records. I want them to settle the duplicate invoice with TopDawg and give me back my $2400.

**Attachment H**

1/13/2021                              Complaint has been sent to the business.



The Better Business Bureau Serving Metropolitan New York
30 East 33rd Street – 12th Floor
New York, NY 10016
Phone: 212-533-7500 | Fax: 212-477-4912

1/13/2021

Carlos Angeles Iii



Dear Carlos Angeles Iii:

This is in reference to your complaint against Daily Distro LLC.  Your complaint was assigned ID #15111401 .

Your complaint has been sent to the business for their response. Once they have responded to the BBB, we will contact you again. Please note that most businesses have been affected by the COVID-19 pandemic; many employees are working remotely with reduced resources and some businesses may have suspended operations. Because of these unprecedented circumstances, BBB is allowing additional time for the complaint process.

In the meantime, if you have further communication directly with the business that results in a resolution, please send us a message through this link or via email to complaints@newyork.bbb.org to let us know. No other action is needed at this time, unless your complaint has been resolved. Please do not send postal mail to us right now. BBB staff is working remotely and we do not know when we will be able to retrieve anything that is mailed to us. If you are unable to email us, please correspond by sending a fax to the fax number in this letterhead. Please be sure to include ID #15111401 in all correspondence and voicemail messages.

Please note: if the complaint you filed is about COVID-19 related price gouging, BBB urges you to also file complaints with one of the following government agencies (depending on where the seller is located):

In New York City: The New York City Department of Consumer and Worker Protection (DCWP) has a temporary declaration in place regarding excessive prices charged for face masks, hand sanitizer, and disinfectant wipes. DCWP encourages consumers who are overcharged to file a complaint at nyc.gov/dcwp or by contacting 311 and saying "overcharge."

In Nassau County: The County Executive is encouraging residents to report any instance of price gouging they find – whether online or locally – to the Nassau County Department of Consumer Affairs at pricegouging@nassaucountyny.gov.

New York State (outside of NYC): For information on items covered by New York State's price gouging statute and to file a complaint about Coronavirus-related overcharging, please go to: https://ag.ny.gov/price-gouging-complaint-form.

Your statement of your complaint [and your final response to any replies from the business] may be made public in the BBB Business Profile for this business on newyork.bbb.org.  Please be careful to make statements that are correct and not likely to create liability for you when they are published.
Sincerely,

Seymur Angarita
Complaint Analyst
Phone: (212) 358-2882

**THE TEXT OF YOUR COMPLAINT WILL BE PUBLICLY POSTED ON THE BBB WEB SITE** (BBB reserves the right to not post in accordance with BBB policy). PLEASE DO NOT INCLUDE ANY UNNECESSARY PERSONALLY IDENTIFIABLE INFORMATION (such as social security numbers, birth dates, etc.)  IN DESCRIBING THE NATURE OF YOUR COMPLAINT. BY SUBMITTING YOUR COMPLAINT, YOU ARE REPRESENTING THAT IT IS A TRUTHFUL ACCOUNT OF YOUR EXPERIENCE WITH THE BUSINESS. BBB MAY EDIT YOUR COMPLAINT TO PROTECT PRIVACY RIGHTS AND TO REMOVE INAPPROPRIATE LANGUAGE.

**Attachment H**

3/6/2021                    Please confirm whether the business has contacted you regarding your complaint.



The Better Business Bureau Serving Metropolitan New York
30 East 33rd Street – 12th Floor
New York, NY 10016
Phone: 212-533-7500 | Fax: 212-477-4912

2/24/2021

Carlos Angeles Iii



Dear Carlos Angeles Iii:

This is in reference to your complaint against Daily Distro LLC.  Your complaint was assigned ID 15111401 .

We are sending you this communication because we have not received a response from the business to the complaint you filed.

Please let us know whether or not the company has contacted you directly about your complaint.  In order for us to accurately reflect your complaint in our records, we ask that you let us know electronically or by written correspondence within 5 days whether you have heard from the company.

Your statement of your complaint [and your final response to any replies from the business] may be made public in the BBB Business Profile for this business on newyork.bbb.org.  Please be careful to make statements that are correct and not likely to create liability for you when they are published.

If you have any questions, please do not hesitate to contact us.

Thank you.

Sincerely,

Seymur Angarita
Complaint Analyst
Phone: (212) 358-2882

**THE TEXT OF YOUR COMPLAINT WILL BE PUBLICLY POSTED ON THE BBB WEB SITE** (BBB reserves the right to not post in accordance with BBB policy). PLEASE DO NOT INCLUDE ANY UNNECESSARY PERSONALLY IDENTIFIABLE INFORMATION (such as social security numbers, birth dates, etc.)  IN DESCRIBING THE NATURE OF YOUR COMPLAINT. BY SUBMITTING YOUR COMPLAINT, YOU ARE REPRESENTING THAT IT IS A TRUTHFUL ACCOUNT OF YOUR EXPERIENCE WITH THE BUSINESS. BBB MAY EDIT YOUR COMPLAINT TO PROTECT PRIVACY RIGHTS AND TO REMOVE INAPPROPRIATE LANGUAGE.

**Attachment H**

**PX5**                                        **000213**

3/6/2021                    The business has not replied, so the BBB has closed this complaint.



The Better Business Bureau Serving Metropolitan New York
30 East 33rd Street – 12th Floor
New York, NY 10016
Phone: 212-533-7500 | Fax: 212-477-4912

3/6/2021

Carlos Angeles Iii



Dear Carlos Angeles Iii:

This is in reference to your complaint against Daily Distro LLC.  Your complaint was assigned ID 15111401.

Your BBB has tried to present your complaint to Daily Distro LLC in an attempt to resolve this matter to your mutual satisfaction.  Unfortunately, despite our efforts, we have received no response to your complaint.  We attempted to contact Daily Distro LLC through written correspondence twice on your behalf, but we must now close this matter in our files.  This does not minimize the importance of your concerns, nor is it any reflection on the validity of your dispute.

You may now want to pursue this matter through an alternative resource. To view a list of agencies you may wish to contact for additional assistance, please visit: http://www.bbb.org/new-york-city/public/Agency/.

Your BBB helps settle many marketplace disputes between consumers and businesses, but please understand that we are not an enforcement agency and we cannot compel a business to settle your complaint in a particular way, nor can we compel them to respond.  BBB mediation is a voluntary process requiring the good faith and willing participation of both parties to a dispute.

**The firm's failure to respond to your complaint will be reflected in its BBB record.**  A firm's rating may be affected by its failure to answer even one complaint.  Your experience may, therefore, alert other inquirers seeking information through the BBB.

Please feel free to contact us with any further questions.

Sincerely,

Seymur Angarita
Complaint Analyst
Phone: (212) 358-2882


**THE TEXT OF YOUR COMPLAINT WILL BE PUBLICLY POSTED ON THE BBB WEB SITE** (BBB reserves the right to not post in accordance with BBB policy). PLEASE DO NOT INCLUDE ANY UNNECESSARY PERSONALLY IDENTIFIABLE INFORMATION (such as social security numbers, birth dates, etc.)  IN DESCRIBING THE NATURE OF YOUR COMPLAINT. BY SUBMITTING YOUR COMPLAINT, YOU ARE REPRESENTING THAT IT IS A TRUTHFUL ACCOUNT OF YOUR EXPERIENCE WITH THE BUSINESS. BBB MAY EDIT YOUR COMPLAINT TO PROTECT PRIVACY RIGHTS AND TO REMOVE INAPPROPRIATE LANGUAGE.

**Attachment H**

3/11/2021                    Gmail - Re: Return of Goli Shipment (CUSTOMER CODE: 1197 : PO #: GE52T6)

 Gmail

Carlos Angeles <​███████████████​>

## Re: Return of Goli Shipment (CUSTOMER CODE: 1197 : PO #: GE52T6)

1 message

**Steven R** <steven@dailydistro.com>                                          Thu, Mar 11, 2021 at 12:01 PM
Reply-To: steven@dailydistro.com
To: Carlos Angeles █████████████████

Sure thing.

Best of luck !

On Thu, Mar 11, 2021 at 3:00 PM Carlos Angeles ███████████████> wrote:
> Okay.  If you are saying that you've already issued a full refund, I will take your word for it.

I just spoke to CapitalOne and they said they still don't see it in their system so I am not sure when you issued it but it could just maybe timing issue.

CapitalOne also asked me to upload this email conversation we are having so they can use it as proof to close the case in the hopes of finalizing the full refund to my account.

I am looking forward to that credit refund so the case can close.

Thank you.

> On Thu, Mar 11, 2021 at 11:38 AM Steven R <steven@dailydistro.com> wrote:
>> Yes. When you filled a dispute with your credit card then they issued you a credit.

At this time you need to speak to your credit card company.

Thanks, Steven

> On Thu, Mar 11, 2021 at 2:34 PM Carlos Angeles ███████████████> wrote:
>> What do you mean by wire payment from me?

My credit card has not issued a refund.  Did you already issue a refund through my credit card?

> On Thu, Mar 11, 2021 at 11:25 AM Steven R <steven@dailydistro.com> wrote:
>> Hey Leah,

The customer has already filled a chargeback with their credit card company and was reimbursed in full.

Carlos,

In order to issue a refund, we would need to have a wire payment from you this time.

Thanks

> On Thu, Mar 11, 2021 at 2:22 PM Carlos Angeles <​███████████████​> wrote:
>> Daily Distro,

Please fulfill the return process as instructed and issue a full refund for this invalid purchase (as stated by Leah in her email).

## Attachment I
https://mail.google.com/mail/u/6?ik=812903618e&view=pt&search=all&permthid=thread-a%3Ar-3184495050052444441%7Cmsg-f%3A169396707186…    1/3

**PX5**                                                                                   **000215**

I have communicated the intent to return this merchandise with a refund via multiple emails since November of last year but I have not received any confirmation responses ever since.

Again, please return items and issue a FULL REFUND. I am not taking anything less than the full invoice amount, since the purchase was invalid due to a violation of Goli policies regarding selling in Amazon.

On Tue, Mar 9, 2021 at 7:41 AM Leah Trudel <leah@goli.com> wrote:
Hello Steven,

I hope you are well! I received another follow-up from ShopBox stating Daily Distro has been unresponsive about facilitating the return of unsold inventory. Carlos states that he was not informed of Goli's marketplace policy, and I am unable to accept/reimburse a return from an indirect customer. You state that he was informed; however, by a quick Google search, ShopBox is clearly an Amazon reseller. Kindly work with this customer to resolve this issue as you are responsible for ensuring your distribution customers are made aware of our policies (as made clear in your executed distribution agreement). Goli will consider returning/reimbursing unopened inventory from Daily Distro.

Best wishes,



**Leah Carpenter**

Goli Nutrition Inc. | Sales Executive, B2B & Distribution

*T: 1(514)880-4654 | E: leah@goli.com*

Taste the **Apple.** Not the **Vinegar.**

*Watch Ellen Talk About Goli on "The Ellen Show" here!*
*See Goli Featured by Kathy Ireland on Modern Living here!*
*Watch the Fittest Woman on Earth promote Goli on National TV here!*

*Celebrities including Miley Cyrus & Tony Hawk talk about Goli here.*

On Thu, Dec 10, 2020 at 4:02 PM Leah Trudel <leah@goli.com> wrote:
Hello Carlos,

I hope you are well, and thank you for reaching out. Please work directly with Daily Distro to facilitate your product return.

Best wishes,



**Leah Carpenter**

Goli Nutrition Inc. | Sales Executive, B2B & Distribution

*T: 1(514)880-4654 | E: leah@goli.com*

Taste the **Apple.** Not the **Vinegar.**

*Watch Ellen Talk About Goli on "The Ellen Show" here!*
*See Goli Featured by Kathy Ireland on Modern Living here!*
*Watch the Fittest Woman on Earth promote Goli on National TV here!*

*Celebrities including Miley Cyrus & Tony Hawk talk about Goli here.*

**Attachment I**

On Thu, Dec 10, 2020 at 2:55 PM Carlos Angeles <​                    ​> wrote:
Goli,

This is in reference to  CUSTOMER CODE: 1197 PO #:

I would like to return these products that we purchased over 2 months ago. The shipment was delayed for 2 months and I could not accept that much of a delay.

Attached invoice. Daily Distro is telling me that the shipment was also missing 18 boxes and yet I got charged for the full quantity.

Please call me back asap to discuss and let me know how much it would cost me to return this shipment back.

--
Regards,

Carlos Sonny Angeles
Shopbox LLC

--
Regards,

Carlos Sonny Angeles
Shopbox LLC

--
Regards,

Carlos Sonny Angeles
Shopbox LLC

**Attachment I**

**PX5**                    **000217**

3/28/2021                           Gmail - Re: Return of Goli Shipment (CUSTOMER CODE: 1197 : PO #: GE52T6)

 Gmail                                                        **Carlos Angeles** ██████████████

---

### Re: Return of Goli Shipment (CUSTOMER CODE: 1197 : PO #: GE52T6)
1 message

**Carlos Angeles** ████████                                              Fri, Mar 19, 2021 at 11:13 AM
To: Support Line <Wholesale@valiantconsultants.co>
Cc: Steven R <steven@dailydistro.com>, Leah Trudel <leah@goli.com>

Thanks Stephanie!

Steven,

You were clearly lying when you told me about the deal with Stripe and the warehouse! Fortunately for me, CapitalOne recorded all our conversations that day so I have proof to present to Court. This is clearly theft and fraud!

You purchased the products that were invalid and cannot be sold on Amazon, you kept those products, you charged me for those products that I don't have, you refuse to issue a refund, and clearly making excuses about Stripe and the warehouse. That is clearly THEFT and FRAUD.

On our call the other day, you also asked me if I want those Goli products shipped to my Amazon store. That clearly tells me that you still have those merchandise. Then when I asked you again about the whereabouts of those products, you said you don't have them because they are in the warehouse that Valiant controls. INCONSISTENT RESPONSE!


On Fri, Mar 19, 2021 at 10:16 AM Stephanie M <Wholesale@valiantconsultants.co> wrote:
> Hi Steven,
>
> As you know the Stipe (Which is a credit card and payment processor), and the warehouse as well as the ownership of Daily Distro was all under your control for your own company.
>
> The goods purchased from Goli by Daily Distro, then sold to Carlos through your company, Daily Distro, were never were supplied to him.
>
> Carlos cannot get a refund from Goli as he didn't buy them from Goli.  He bought them from you via Daily Distro. So any rectification would need to come through you as you not only accepted his payment from your own company and payment processor, but also received the goods and then did not send them on to our client Carlos.
>
> The warehouse you shipped them to was your warehouse in New Jersey that you physically worked at.
>
> Please give this client final and accurate information about the existence of his goods in your warehouse and if you are willing and able to rectify this for him, or not so that he may move forward and either know finally that you will or will not correct it, as no other party can take any sort of action considering you controlled the money, and the goods for this transaction.
>
> So please, are you (as the owner of Daily Distro, the company that received funds from this client in exchange for goods never sent to this client) or are you not willing and able to return the goods you received from Goli, and then reimburse this client for the goods you sold them that you never delivered to them?
>
> We look forward to your prompt reply.
>
>
>
> Stephanie--
> Wholesale@valiantconsultants.co
> On Thursday, March 18th 2021, 2:04:54 PM ██████████ <shopboxll ██████████> wrote:
>
>> Steven and Stephanie,
>>
>> I would like both of you to talk together to settle my finances and all my missing inventory. For me, the problem is simple: I paid for these products, I don't have these products, they are no in Amazon store. So I need a full refund. I don't care what internal issued you both have with each other. You are both responsible for this problem. The biggest so far is the Goli invoice amounting to $6820 that you (through DD) charged me for purchasing the Goli products. The Goli invoice was determined as an invalid purchase as confirmed by Goli in below email. I cannot sell those on Amazon and therefore, I don't need those products. I am only accepting a full refund and nothing else. I am giving you until end of this month to settle this matter before I take legal action starting in April.
>>
>> Steven,
>> You kept insisting that you cannot provide a refund because of his issues with Valiant and another company called STRIPE that he said Valiant contracted for payment services. You also mentioned that all my missing inventory is in a warehouse that Valiant manages. At this point, I seriously don't know anymore who's lying. CapitalOne's billing statement shows Daily Distro therefore it was Daily Distro who got paid, then you should have my funds. I really don't understand why you kept bringing up STRIPE into the conversation. If you think you can get away with this, you're not. You are as much as involved as Valiant on this.
>>
>> Stephanie,
>> Please complete reconciling my inventory with Amazon and Daily Distro ASAP because as I said, I am missing a huge amount of items costing me close to $12,000!
>>
>> You keep saying Steven is uncooperative but I just spoke to him twice this week already and we even spoke to my credit card company CapitalOne. Unfortunately, CapitalOne cannot intervene anymore.

**Attachment I**

https://mail.google.com/mail/u/5?ik=812903618e&view=pt&search=all&permthid=thread-a%3Ar-318449505005244441%7Cmsg-a%3Ar-7946587550...    1/4

**PX5**                                                                          **000218**

3/28/2021                           Gmail - Re: Return of Goli Shipment (CUSTOMER CODE: 1197 : PO #: GE52T6)

At this point, I am asking that you handle this issue with Steven of Daily Distro to settle my finances and refund my money back. Please do not ask me again to settle this with Daily Distro. This should be Valiant's responsibility.  I need a full refund of $6820 plus the rest of the inventory that is missing totaling ~$12K. I am not taking anything less.

The bottom line is: I paid for products that I don't have in my possession and they are neither in any Amazon warehouse. Therefore, I want my money back.

--------------------------------------------------------------------------------

On Thu, Mar 11, 2021 at 12:01 PM Steven R <steven@dailydistro.com> wrote:
> Sure thing.

Best of luck !

On Thu, Mar 11, 2021 at 3:00 PM Carlos Angeles <███████████> wrote:
> Okay.  If you are saying that you've already issued a full refund, I will take your word for it.

I just spoke to CapitalOne and they said they still don't see it in their system so I am not sure when you issued it but it could just maybe timing issue.

CapitalOne also asked me to upload this email conversation we are having so they can use it as proof to close the case in the hopes of finalizing the full refund to my account.

I am looking forward to that credit refund so the case can close.

Thank you.


On Thu, Mar 11, 2021 at 11:38 AM Steven R <steven@dailydistro.com> wrote:
> Yes. When you filled a dispute with your credit card then they issued you a credit.

At this time you need to speak to your credit card company.

Thanks, Steven

On Thu, Mar 11, 2021 at 2:34 PM Carlos Angeles <███████████ wrote:
> What do you mean by wire payment from me?

My credit card has not issued a refund.  Did you already issue a refund through my credit card?


On Thu, Mar 11, 2021 at 11:25 AM Steven R <steven@dailydistro.com> wrote:
> Hey Leah,

The customer has already filled a chargeback with their credit card company and was reimbursed in full.

Carlos,

In order to issue a refund, we would need to have a wire payment from you this time.

Thanks

On Thu, Mar 11, 2021 at 2:22 PM Carlos Angeles ███████████> wrote:
> Daily Distro,

Please fulfill the return process as instructed and issue a full refund for this invalid purchase (as stated by Leah in her email).

I have communicated the intent to return this merchandise with a refund via multiple emails since November of last year but I have not received any confirmation responses ever since.

Again, please return items and issue a FULL REFUND. I am not taking anything less than the full invoice amount, since the purchase was invalid due to a violation of Goli policies regarding selling in Amazon.


On Tue, Mar 9, 2021 at 7:41 AM Leah Trudel <leah@goli.com> wrote:
> Hello Steven,

I hope you are well! I received another follow-up from ShopBox stating Daily Distro has been unresponsive about facilitating the return of unsold inventory. Carlos states that he was not informed of Goli's marketplace policy, and I am unable to accept/reimburse a return from an indirect customer. You state that he was informed; however, by a quick Google search, ShopBox is clearly an Amazon reseller. Kindly work with this customer to resolve this issue as you are responsible for ensuring your distribution customers are made aware of our policies (as made clear in your executed distribution agreement). Goli will consider returning/reimbursing unopened inventory from Daily Distro.

Best wishes,

**Attachment I**

**PX5**                                                          **000219**

3/28/2021                                Gmail - Re: Return of Goli Shipment (CUSTOMER CODE: 1197 : PO #: GE52T6)

**Leah Carpenter**

Goli Nutrition Inc. | Sales Executive, B2B & Distribution

*T: 1(514)880-4654 | E: leah@goli.com*

Taste the **Apple**. Not the **Vinegar**.

*Watch Ellen Talk About Goli on "The Ellen Show" here!*
*See Goli Featured by Kathy Ireland on Modern Living here!*
*Watch the Fittest Woman on Earth promote Goli on National TV here!*

*Celebrities including Miley Cyrus & Tony Hawk talk about Goli here.*

On Thu, Dec 10, 2020 at 4:02 PM Leah Trudel <leah@goli.com> wrote:

Hello Carlos,

I hope you are well, and thank you for reaching out. Please work directly with Daily Distro to facilitate your product return.

Best wishes,

**Leah Carpenter**

Goli Nutrition Inc. | Sales Executive, B2B & Distribution

*T: 1(514)880-4654 | E: leah@goli.com*

Taste the **Apple**. Not the **Vinegar**.

*Watch Ellen Talk About Goli on "The Ellen Show" here!*
*See Goli Featured by Kathy Ireland on Modern Living here!*
*Watch the Fittest Woman on Earth promote Goli on National TV here!*

*Celebrities including Miley Cyrus & Tony Hawk talk about Goli here.*

On Thu, Dec 10, 2020 at 2:55 PM Carlos Angeles ███████████ > wrote:

Goli,

This is in reference to  CUSTOMER CODE: 1197 PO #: GE52T6.

I would like to return these products that we purchased over 2 months ago. The shipment was delayed for 2 months and I could not accept that much of a delay.

Attached invoice. Daily Distro is telling me that the shipment was also missing 18 boxes and yet I got charged for the full quantity.

Please call me back asap to discuss and let me know how much it would cost me to return this shipment back.

--
Regards,

Carlos Sonny Angeles
Shopbox LLC
████████

--
Regards,

Carlos Sonny Angeles
Shopbox LLC
████████

--
Regards,

Carlos Sonny Angeles
Shopbox LLC
████████

--
Regards,

Carlos Sonny Angeles

**Attachment I**

**PX5**                                                                         **000220**

Shopbox LLC

Carlos Sonny Angeles
Shopbox LLC

PX5                                                                            000221

01/26/2022
Via USPS Priority Mail

Business:
Daily Distro LLC
36-16 29TH STREET
LONG ISLAND CITY, NY 11106

Business Representative:
Steven Rozenfe
223 VETERANS BLVD
CARLSTADT, NJ 07072-2708

**RE: Demand for Payment**

To Daily Distro LLC,

Please be advised that you, Daily Distro LLC, owe me, ShopBox LLC c/o CARLOS ANGELES III a sum of $6,820.00.

This is the total invoice amount for the purchase of Goli products. On October 3rd of 2020, Daily Distro LLC invoiced ShopBox LLC for $6,820 worth of Goli products to be sold on the Amazon platform. ShopBox LLC paid the amount through the CapitalOne business credit card but eventually, the Sales Executive at Goli Nutrition, Inc. confirmed that any third-party sellers are not allowed to sell any of their Goli products on Amazon. Goli confirmed that they were willing to work with Daily Distro LLC for the return of the products and for the issuance of a full refund to ShopBox LLC. However, Daily Distro LLC has refused to return the product back to either Goli Nutrition, Inc. or to ShopBox LLC and issue a full refund back to ShopBox LLC.

This will be your only chance to settle this matter before I file suit in small claims court. Please contact me on or before 02/09/2022 for the purpose of settling this matter. If I do not hear from you before 02/09/2022, I will file a lawsuit against you without further notice. It is in your best interest to settle this matter before a lawsuit is filed. If a judgment is obtained against you, you may be ordered to pay my court fees, and interest due to delays in my payment.


The foregoing is not intended to be a complete recitation of all applicable law and/or facts, and shall not be deemed to constitute a waiver of any of my rights or remedies, whether legal or equitable, all of which are hereby expressly reserved, including but not limited to any court fees, processing fees, or attorneys' fees or interest that I incur in resolving this dispute. This letter serves as evidence that I have attempted to resolve this matter out of court.

Sincerely,

ShopBox LLC c/o CARLOS ANGELES III



This letter has been prepared with assistance from Dispute and sent by priority mail with tracking. Dispute is an online service that helps people file small claims court cases. We strongly support out of court settlements. You can learn more at https://getdispute.com.   **Attachment J**

