## DECLARATION OF ELIZABETH ANNE MILES

(Pursuant to 28 U.S.C. § 1746)

I, Elizabeth Anne Miles, hereby state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1.      I am a United States citizen and am over 18 years of age.  I am employed by the Federal Trade Commission ("FTC") as a Data Analyst in the Division of Consumer Response and Operations, Bureau of Consumer Protection.  I have worked at the FTC since December 2005.

2.      My formal education includes a bachelor's degree in Economics and Spanish, a graduate certificate in Geographic Information Sciences, and college courses in Structured Query Language ("SQL") as non-degree career training.

3.      In the course of my duties, I was assigned to the investigation of TheFBAMachine Inc. ("FBA Machine"), Passive Scaling Inc. ("Passive Scaling"), Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistic Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp. d/b/a Wraith & Co, collectively, "FBAM."

4.      During the course of this investigation, I reviewed information provided by Amazon regarding FBAM clients' Amazon.com stores. Information Amazon provided included, among others, clients' store registration dates, aggregated sales, earliest and latest order dates, and secondary user email addresses. The data is organized by merchant_customer_id, which is a unique identifier for a seller. A seller can operate in more than one marketplace, or geographic region, at once, and sometimes the data was broken out into this more granular level.

5.      In "FBA Machine - Secondary User-Client Data.xlsx" Amazon provided information about 650 merchant_customer_ids ("sellers") and FTC counsel asked me to identify

which had any secondary users related to "1HR DELIVERIES INC," "HOURLY RELIEF INC,"

"PASSIVE SCALING INC," "THEFBAMACHINE INC," "3PL LOGISTIC AUTOMATION

INC," "SALES.SUPPORT NEW JERSEY INC," "1800 NE 27TH CORP," "DAILY DISTRO

LLC," "FBASUPPORT LLC," or "CLOSTER GREEN DBA WRAITH CO." The email

domains "hourlyrelief.com," "passivescaling.com," "thefbamachine.com," and "sales.support"

appeared in the column "su_email" in the "Secondary User Activity" tab in "FBA Machine -

Master Subject Worksheet.xlsx" along with the merchant_customer_ids they were related to.

Those same email domains appeared in the column "su_email" in the "Secondary Users" tab in

"FBA Machine - Master Subject Worksheet.xlsx" as did the email domains "dailydistro.com,"

"fba.support," and "wraithco.com" along with the merchant_customer_ids they were related to.

Only one seller in "FBA Machine - Secondary User-Client Data.xlsx" does not have any

secondary users with a relevant email domain, and it was eliminated from further analysis.

      6.     The dates in which the email domains "hourlyrelief.com," "passivescaling.com,"

"thefbamachine.com," "sales.support," "dailydistro.com," "fba.support," and "wraithco.com"

were added as secondary users are reflected in the "date_added" column in the "Secondary User

Activity" and "Secondary Users" tabs. Table 1 shows which email domains were added as a

secondary user before August 1, 2023, and which were added as a secondary user on or after

August 1, 2023. The "date_added" column was blank for the two accounts to which

"fba.support" was added as a secondary user.

Table 1 – Dates Added as Secondary User

| Email Domain | Added before August 1, 2023 | Added on or after August 1, 2023 |
|---|---|---|
| dailydistro | yes | yes |
| fba.support | no | no |
| fbamachine | yes | yes |
| hourlyrelief | yes | yes |

| passivescaling | yes | yes |
|---|---|---|
| sales.support | yes | yes |
| wraithco.com | yes | no |

7.    FTC counsel also asked me to identify sellers that had any marketplaces complete registration with Amazon on or after February 1, 2021. There are 503 sellers that meet this criterion based on the column "registration_completion_day" in the "Subject Seller Account Info" tab of "FBA Machine - Secondary User-Client Data.xlsx." Sellers not meeting this criterion were eliminated from further analysis.

8.    These 503 sellers are the universe of FBAM clients. FTC counsel asked me to consider sellers with any "thefbamachine.com" secondary user accounts to be FBA Machine clients and the rest to be Passive Scaling clients. As such, the universe of 503 sellers is broken into 42 FBA Machine clients and 461 Passive Scaling clients.

9.    Amazon provided aggregate sales in the "Agg Sales" tab of "FBA Machine - Secondary User-Client Data.xlsx" for each seller from 2020 to March 18, 2024. Amazon stated that refunded and canceled orders are not included in this tab. Because some marketplaces are outside the United States, there are aggregate sales in US dollars ("USD"), Canadian dollars ("CAD"), and Mexican pesos. I used spot exchange rates[1] for March 18, 2024, to convert Canadian dollars and Mexican pesos to US dollars.

10.    Table 2 below shows the number and percentage of FBAM's clients at various aggregate sales levels. Tables 3 and 4 below show the same information separately for FBA Machine's clients and Passive Scaling's clients.

---

[1] Spot exchange rates downloaded April 9, 2024 from Federal Reserve at
https://www.federalreserve.gov/datadownload/Download.aspx?rel=H10&series=f19167f61652d7ef06de28f47d4b61f8&filetype=csv&label=include&layout=seriescolumn&from=01/01/2020&to=03/31/2024.

**Table 2 – 503 Relevant Clients' Aggregated Sales Levels**

| Aggregate Sales | # of Clients | % of Clients | Running Total |
|---|---|---|---|
| $0 | 70 | 13.9% | 13.9% |
| $1 - $999 | 25 | 5.0% | 18.9% |
| $1,000 - $4,999 | 42 | 8.3% | 27.2% |
| $5,000 - $9,999 | 27 | 5.4% | 32.6% |
| $10,000 - $14,999 | 34 | 6.8% | 39.4% |
| $15,000 - $19,999 | 37 | 7.4% | 46.7% |
| $20,000 - $29,999 | 42 | 8.3% | 55.1% |
| $30,000 - $39,999 | 44 | 8.7% | 63.8% |
| $40,000 - $49,999 | 34 | 6.8% | 70.6% |
| $50,000 - $59,999 | 35 | 7.0% | 77.5% |
| $60,000 - $69,999 | 26 | 5.2% | 82.7% |
| $70,000 - $79,999 | 12 | 2.4% | 85.1% |
| $80,000 - $89,999 | 8 | 1.6% | 86.7% |
| $90,000 - $99,999 | 8 | 1.6% | 88.3% |
| $100,000 - $149,999 | 16 | 3.2% | 91.5% |
| $150,000 - $199,999 | 13 | 2.6% | 94.0% |
| $200,000 - $299,999 | 12 | 2.4% | 96.4% |
| $300,000 - $499,999 | 4 | 0.8% | 97.2% |
| $500,000 - $999,999 | 4 | 0.8% | 98.0% |
| $1,000,000 and up | 10 | 2.0% | 100.0% |

**Table 3 – 42 FBA Machine Clients' Aggregated Sales Levels**

| Aggregate Sales | # of Clients | % of Clients | Running Total |
|---|---|---|---|
| $0 | 5 | 11.9% | 11.9% |
| $1 - $999 | 8 | 19.0% | 31.0% |
| $1,000 - $4,999 | 13 | 31.0% | 61.9% |
| $5,000 - $9,999 | 7 | 16.7% | 78.6% |
| $10,000 - $14,999 | 3 | 7.1% | 85.7% |
| $15,000 - $19,999 | 1 | 2.4% | 88.1% |
| $20,000 - $29,999 | 1 | 2.4% | 90.5% |
| $30,000 - $39,999 | 0 | 0.0% | 90.5% |
| $40,000 - $49,999 | 0 | 0.0% | 90.5% |
| $50,000 - $59,999 | 1 | 2.4% | 92.9% |
| $60,000 - $69,999 | 0 | 0.0% | 92.9% |
| $70,000 - $79,999 | 0 | 0.0% | 92.9% |
| $80,000 - $89,999 | 0 | 0.0% | 92.9% |

| | | | |
|---|---|---|---|
| $90,000 - $99,999 | 0 | 0.0% | 92.9% |
| $100,000 - $149,999 | 0 | 0.0% | 92.9% |
| $150,000 - $199,999 | 2 | 4.8% | 97.6% |
| $200,000 - $299,999 | 1 | 2.4% | 100.0% |
| $300,000 - $499,999 | 0 | 0.0% | 100.0% |
| $500,000 - $999,999 | 0 | 0.0% | 100.0% |
| $1,000,000 and up | 0 | 0.0% | 100.0% |

**Table 4 – 461 Passive Scaling Clients' Aggregated Sales Levels**

| Aggregate Sales | # of Clients | % of Clients | Running Total |
|---|---|---|---|
| $0 | 65 | 14.1% | 14.1% |
| $1 - $999 | 17 | 3.7% | 17.8% |
| $1,000 - $4,999 | 29 | 6.3% | 24.1% |
| $5,000 - $9,999 | 20 | 4.3% | 28.4% |
| $10,000 - $14,999 | 31 | 6.7% | 35.1% |
| $15,000 - $19,999 | 36 | 7.8% | 43.0% |
| $20,000 - $29,999 | 41 | 8.9% | 51.8% |
| $30,000 - $39,999 | 44 | 9.5% | 61.4% |
| $40,000 - $49,999 | 34 | 7.4% | 68.8% |
| $50,000 - $59,999 | 34 | 7.4% | 76.1% |
| $60,000 - $69,999 | 26 | 5.6% | 81.8% |
| $70,000 - $79,999 | 12 | 2.6% | 84.4% |
| $80,000 - $89,999 | 8 | 1.7% | 86.1% |
| $90,000 - $99,999 | 8 | 1.7% | 87.9% |
| $100,000 - $149,999 | 16 | 3.5% | 91.3% |
| $150,000 - $199,999 | 11 | 2.4% | 93.7% |
| $200,000 - $299,999 | 11 | 2.4% | 96.1% |
| $300,000 - $499,999 | 4 | 0.9% | 97.0% |
| $500,000 - $999,999 | 4 | 0.9% | 97.8% |
| $1,000,000 and up | 10 | 2.2% | 100.0% |

11.    FTC counsel asked me to compare FBAM clients' aggregate sales to sales projections. Amazon provided "earliest_order_day" and "latest_order_day" for most sellers in "FBA Machine - Follow Up 5.2.24.xlsx." I calculated the number of full months between these

dates to roughly capture how long each seller was in operation. I compared aggregate sales to the total projected sales for that number of months.

12.    FTC counsel provided me with screenshots of monthly sales projections for the first twelve months an FBA Machine client is in operation and informed me they were captured in an undercover operation by FTC Investigator Reeve Tyndall. These sales projections are below in Table 5 along with the running total of projected sales a client is calculated to have at each month. When I compared 33 FBA Machine clients that had twelve or fewer full months of sales to the sales projections, I found five (15%) met the sales projections. Each of these five had at most one full month of sales. The projection for the first month is $0. Attachment A shows the comparison of all FBA Machine clients' aggregate sales to projected sales.

**Table 5 – FBA Machine Sales Projections**

| Month | "Gross Revenue - FBA - sales" from Screenshots | Running Total |
|---|---|---|
| 1 | $0.00 | $0.00 |
| 2 | $6,720.00 | $6,720.00 |
| 3 | $15,456.00 | $22,176.00 |
| 4 | $21,436.80 | $43,612.80 |
| 5 | $26,591.04 | $70,203.84 |
| 6 | $46,308.46 | $116,512.30 |
| 7 | $60,778.95 | $177,291.25 |
| 8 | $61,327.37 | $238,618.62 |
| 9 | $67,535.75 | $306,154.37 |
| 10 | $72,117.31 | $378,271.68 |
| 11 | $77,833.82 | $456,105.50 |
| 12 | $83,692.88 | $539,798.38 |

13.    FTC counsel provided me several Passive Scaling sales projections that were provided by consumer declarants. PX1 (Att. E, p. 37), PX2 (Att. A, p. 83), PX3 (Att. A, p. 130), and PX9 (Att. A, p. 419) show projected monthly gross revenue of a single Amazon.com store for the first 24 months the store is in operation. These sales projections are below in Table 6

along with the running total of projected sales a client is calculated to have at each month. Because the projections vary between the consumer declarations, I used the minimum projection for each month to calculate total projected sales. When I compared 326 Passive Scaling clients that had 24 or fewer full months of sales to the sales projections, I found 38 (12%) met the sales projections. Each of these 38 had at most five full months of sales. Attachment B shows the comparison of all Passive Scaling clients' aggregate sales to projected sales.

**Table 6 – Passive Scaling Sales Projections**

| Month | PX1 "Gross Revenue" | PX2 "Gross Revenue" | PX3 "Gross Revenue" | PX9 "Gross Revenue" | Minimum | Running Total |
|---|---|---|---|---|---|---|
| 1 | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | $8,441 | $6,951 | $6,951 | $8,441 | $6,951 | $6,951 |
| 4 | $20,853 | $17,378 | $17,378 | $20,853 | $17,378 | $24,329 |
| 5 | $37,011 | $25,818 | $25,818 | $37,011 | $25,818 | $50,147 |
| 6 | $91,436 | $80,479 | $51,636 | $58,747 | $51,636 | $101,783 |
| 7 | $112,675 | $67,614 | $106,776 | $84,550 | $67,614 | $169,397 |
| 8 | $98,463 | $75,949 | $91,263 | $129,173 | $75,949 | $245,346 |
| 9 | $117,768 | $105,939 | $84,624 | $114,176 | $84,624 | $329,970 |
| 10 | $130,594 | $79,535 | $67,414 | $91,226 | $67,414 | $397,384 |
| 11 | $133,391 | $87,278 | $75,949 | $102,471 | $75,949 | $473,333 |
| 12 | $91,959 | $74,456 | $81,492 | $109,949 | $74,456 | $547,789 |
| 13 | $147,029 | $99,508 | $75,976 | $102,507 | $75,976 | $623,765 |
| 14 | $139,169 | $92,455 | $72,243 | $97,471 | $72,243 | $696,008 |
| 15 | $117,794 | $115,785 | $90,750 | $122,440 | $90,750 | $786,758 |
| 16 | $111,394 | $127,084 | $126,963 | $171,299 | $111,394 | $898,152 |
| 17 | $160,632 | $135,558 | $162,647 | $219,445 | $135,558 | $1,033,710 |
| 18 | $237,596 | $103,202 | $143,130 | $193,111 | $103,202 | $1,136,912 |
| 19 | $152,852 | $107,151 | $159,694 | $215,460 | $107,151 | $1,244,063 |
| 20 | $137,707 | $158,490 | $142,970 | $192,896 | $137,707 | $1,381,770 |
| 21 | $170,755 | $113,290 | $122,002 | $164,606 | $113,290 | $1,495,060 |
| 22 | $192,711 | $126,559 | $92,882 | $125,317 | $92,882 | $1,587,942 |
| 23 | $197,500 | $142,833 | $107,151 | $144,569 | $107,151 | $1,695,093 |
| 24 | $173,800 | $146,382 | $158,490 | $213,836 | $146,382 | $1,841,475 |

14.    Lastly, FTC counsel asked me to search "FBA Machine - Master Subject Worksheet.xlsx" for data related to "Bratislav Rozenfeld," "Closter Green," "Wraith," and "L&M." I found each of these names in the "Seller Name and Email Reg" tab associated with "merchant_customer_id" ███████. Table 7 below shows the relevant records from the "Seller Name and Email Reg" tab.

**Table 7 – Rozenfeld "Seller Name and Email Reg"**

| region_id | marketplace_id | merchant_customer_id | mp_merchant_friendly_name | merchant_legal_name | merchant_customer_name | merchant_customer_lower_email |
|---|---|---|---|---|---|---|
| 1 | █████████ | ██████ | L&M International inc | Closter green corp | bratislav rozenfeld | support@wraithco.com |
| 1 | █████████ | ██████ | Wraith&Co | Closter green corp | bratislav rozenfeld | support@wraithco.com |
| 1 | █████████ | ██████ | Wraith&Co | Closter green corp | bratislav rozenfeld | support@wraithco.com |
| 1 | █████████ | ██████ | Wraith&amp;Co | Closter green corp | bratislav rozenfeld | support@wraithco.com |

15.    The "Subject Seller Account Info" tab shows four registered marketplaces for "merchant_customer_id" ███████, of which three are blocked from selling on Amazon.com. Several columns from this tab are in Attachment C. The "Enforcement Annotations" tab shows that each of the blocked marketplaces were blocked or suspended more than once. There were various reasons listed in the "reason" column, including "restrictedproducts."

16.    The "Secondary User Activity" and "Secondary Users" tabs show secondary user email domains include "sales.support," "wraithco.com," and "fba.machine."

17.    The "Aggregated Sales" tab shows aggregate sales for "merchant_customer_id" ███████ from 2020 to January 16, 2024, of $70,082.47 USD and $134.35 CAD.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this May 17, 2024, in Chicago, IL.

_____
  Elizabeth Anne Miles

Attachment A - FBA Machine Clients' Aggregate Sales vs. Sales Projections

| merchant_customer_id | aggregate sales | earliest_order_day | latest_order_day | full months of sales | projection | met projection |
|---|---|---|---|---|---|---|
| | $409.16 | 3/17/2023 | 3/24/2023 | 0 | $0.00 | yes |
| | $218.25 | 3/3/2024 | 4/22/2024 | 1 | $0.00 | yes |
| | $78.00 | 3/7/2024 | 4/22/2024 | 1 | $0.00 | yes |
| | $14.00 | 3/4/2024 | 4/4/2024 | 1 | $0.00 | yes |
| | $0.00 | 3/28/2024 | 4/21/2024 | 0 | $0.00 | yes |
| | $217,484.67 | 5/16/2023 | 4/22/2024 | 11 | $456,105.50 | no |
| | $11,725.90 | 7/21/2023 | 4/22/2024 | 9 | $306,154.37 | no |
| | $8,320.38 | 6/29/2023 | 4/22/2024 | 9 | $306,154.37 | no |
| | $8,033.08 | 6/30/2023 | 4/22/2024 | 9 | $306,154.37 | no |
| | $23,482.61 | 8/16/2023 | 4/22/2024 | 8 | $238,618.62 | no |
| | $16,316.52 | 7/31/2023 | 4/22/2024 | 8 | $238,618.62 | no |
| | $5,889.90 | 7/27/2023 | 4/22/2024 | 8 | $238,618.62 | no |
| | $11,470.89 | 9/2/2023 | 4/11/2024 | 7 | $177,291.25 | no |
| | $5,726.13 | 10/13/2023 | 4/8/2024 | 5 | $70,203.84 | no |
| | $5,422.81 | 11/15/2023 | 4/22/2024 | 5 | $70,203.84 | no |
| | $4,408.88 | 11/21/2023 | 4/22/2024 | 5 | $70,203.84 | no |
| | $1,576.79 | 7/6/2023 | 1/4/2024 | 5 | $70,203.84 | no |
| | $380.70 | 11/7/2023 | 4/21/2024 | 5 | $70,203.84 | no |
| | $5,633.35 | 12/7/2023 | 4/22/2024 | 4 | $43,612.80 | no |
| | $5,150.08 | 12/18/2023 | 4/22/2024 | 4 | $43,612.80 | no |
| | $2,189.14 | 12/17/2023 | 4/20/2024 | 4 | $43,612.80 | no |
| | $1,714.57 | 12/10/2023 | 4/21/2024 | 4 | $43,612.80 | no |
| | $2,585.38 | 12/2/2023 | 3/26/2024 | 3 | $22,176.00 | no |
| | $2,107.27 | 1/10/2024 | 4/22/2024 | 3 | $22,176.00 | no |
| | $1,726.40 | 1/5/2024 | 4/13/2024 | 3 | $22,176.00 | no |

**Attachment A**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | $1,173.55 | 1/3/2024 | 4/20/2024 | 3 | $22,176.00 | no |
| | | $2,109.11 | 10/30/2023 | 1/4/2024 | 2 | $6,720.00 | no |
| | | $2,046.32 | 1/26/2024 | 4/17/2024 | 2 | $6,720.00 | no |
| | | $1,525.25 | 11/23/2023 | 2/4/2024 | 2 | $6,720.00 | no |
| | | $1,276.38 | 2/13/2024 | 4/22/2024 | 2 | $6,720.00 | no |
| | | $731.99 | 2/2/2024 | 4/22/2024 | 2 | $6,720.00 | no |
| | | $707.30 | 1/29/2024 | 4/21/2024 | 2 | $6,720.00 | no |
| | | $163.59 | 2/21/2024 | 4/21/2024 | 2 | $6,720.00 | no |
| | | $182,047.51 | 9/15/2019 | 1/30/2024 | 52 | n\a - more than 12 months |
| | | $156,482.38 | 2/13/2022 | 4/22/2024 | 26 | n\a - more than 12 months |
| | | $51,255.26 | 11/14/2022 | 4/19/2024 | 17 | n\a - more than 12 months |
| | | $10,121.28 | 8/21/2022 | 4/11/2024 | 19 | n\a - more than 12 months |
| | | $1,717.49 | 2/22/2023 | 4/14/2024 | 13 | n\a - more than 12 months |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |

**Attachment A**

**PX19**                                                                        **001111**

Attachment B - Passive Scaling Clients' Aggregate Sales vs. Sales Projections

| merchant_customer_id | aggregate sales | earliest_order_day | latest_order_day | full months of sales | projection | met projection |
|---|---|---|---|---|---|---|
| | $67,885.03 | 6/29/2022 | 9/13/2022 | 2 | $0.00 | yes |
| | $64,995.26 | 6/14/2022 | 10/3/2022 | 3 | $6,951.00 | yes |
| | $50,412.86 | 5/24/2023 | 11/19/2023 | 5 | $50,147.00 | yes |
| | $50,354.16 | 4/15/2022 | 10/7/2022 | 5 | $50,147.00 | yes |
| | $47,977.81 | 7/4/2023 | 11/19/2023 | 4 | $24,329.00 | yes |
| | $29,393.91 | 8/4/2022 | 9/29/2022 | 1 | $0.00 | yes |
| | $23,246.19 | 7/5/2022 | 10/3/2022 | 2 | $0.00 | yes |
| | $19,779.86 | 7/7/2022 | 10/13/2022 | 3 | $6,951.00 | yes |
| | $19,703.91 | 6/22/2023 | 9/23/2023 | 3 | $6,951.00 | yes |
| | $15,307.04 | 5/28/2022 | 8/31/2022 | 3 | $6,951.00 | yes |
| | $13,829.80 | 6/23/2022 | 10/3/2022 | 3 | $6,951.00 | yes |
| | $12,975.60 | 3/10/2022 | 7/9/2022 | 3 | $6,951.00 | yes |
| | $12,642.51 | 11/24/2023 | 3/23/2024 | 3 | $6,951.00 | yes |
| | $12,136.83 | 12/29/2023 | 1/30/2024 | 1 | $0.00 | yes |
| | $10,914.58 | 6/13/2022 | 9/26/2022 | 3 | $6,951.00 | yes |
| | $8,618.68 | 6/28/2022 | 10/9/2022 | 3 | $6,951.00 | yes |
| | $8,611.44 | 4/9/2022 | 7/8/2022 | 2 | $0.00 | yes |
| | $5,259.16 | 7/26/2023 | 10/18/2023 | 2 | $0.00 | yes |
| | $4,237.74 | 10/29/2021 | 1/6/2022 | 2 | $0.00 | yes |
| | $3,695.07 | 9/26/2022 | 11/14/2022 | 1 | $0.00 | yes |
| | $3,196.05 | 7/30/2022 | 8/28/2022 | 0 | $0.00 | yes |
| | $2,478.67 | 1/9/2023 | 1/17/2023 | 0 | $0.00 | yes |
| | $1,923.69 | 2/5/2022 | 5/4/2022 | 2 | $0.00 | yes |
| | $1,865.34 | 10/14/2022 | 12/1/2022 | 1 | $0.00 | yes |
| | $1,550.05 | 2/15/2022 | 3/20/2022 | 1 | $0.00 | yes |

**Attachment B**

| | | $1,039.69 | 7/11/2022 | 9/21/2022 | 2 | $0.00 | yes |
|---|---|---|---|---|---|---|---|
| | | $894.61 | 10/16/2022 | 1/8/2023 | 2 | $0.00 | yes |
| | | $810.59 | 11/23/2021 | 1/4/2022 | 1 | $0.00 | yes |
| | | $573.58 | 10/25/2021 | 11/9/2021 | 0 | $0.00 | yes |
| | | $559.77 | 8/30/2022 | 10/18/2022 | 1 | $0.00 | yes |
| | | $537.60 | 8/10/2023 | 9/1/2023 | 0 | $0.00 | yes |
| | | $295.40 | 12/30/2023 | 1/10/2024 | 0 | $0.00 | yes |
| | | $286.65 | 3/17/2022 | 5/11/2022 | 1 | $0.00 | yes |
| | | $176.28 | 3/10/2023 | 3/12/2023 | 0 | $0.00 | yes |
| | | $101.03 | 4/27/2021 | 5/24/2021 | 0 | $0.00 | yes |
| | | $24.38 | 7/3/2022 | 7/3/2022 | 0 | $0.00 | yes |
| | | $0.00 | 8/23/2022 | 9/24/2022 | 1 | $0.00 | yes |
| | | $0.00 | 4/8/2024 | 4/18/2024 | 0 | $0.00 | yes |
| | | $335,586.09 | 4/27/2023 | 4/22/2024 | 11 | $473,333.00 | no |
| | | $298,158.99 | 3/26/2020 | 4/14/2021 | 12 | $547,789.00 | no |
| | | $278,549.71 | 5/1/2023 | 4/22/2024 | 11 | $473,333.00 | no |
| | | $277,558.86 | 4/7/2022 | 4/22/2024 | 24 | $1,841,475.00 | no |
| | | $262,825.31 | 8/21/2022 | 4/22/2024 | 20 | $1,381,770.00 | no |
| | | $259,461.34 | 1/6/2023 | 4/22/2024 | 15 | $786,758.00 | no |
| | | $224,890.74 | 3/23/2023 | 3/27/2024 | 12 | $547,789.00 | no |
| | | $173,075.69 | 1/1/2023 | 4/22/2024 | 15 | $786,758.00 | no |
| | | $167,777.75 | 12/6/2021 | 8/26/2022 | 8 | $245,346.00 | no |
| | | $164,729.40 | 3/21/2022 | 3/30/2024 | 24 | $1,841,475.00 | no |
| | | $157,502.28 | 12/19/2022 | 4/22/2024 | 16 | $898,152.00 | no |
| | | $156,934.23 | 7/26/2022 | 4/21/2024 | 20 | $1,381,770.00 | no |
| | | $132,367.42 | 10/28/2021 | 9/23/2023 | 22 | $1,587,942.00 | no |
| | | $130,771.29 | 7/25/2021 | 1/10/2023 | 17 | $1,033,710.00 | no |
| | | $129,386.08 | 6/28/2022 | 12/27/2023 | 17 | $1,033,710.00 | no |
| | | $117,793.48 | 4/3/2022 | 3/17/2024 | 23 | $1,695,093.00 | no |
| | | $116,962.99 | 2/21/2022 | 1/8/2023 | 10 | $397,384.00 | no |

**Attachment B**

| | | $115,990.37 | 5/17/2022 | 3/10/2024 | 21 | $1,495,060.00 | no |
|---|---|---|---|---|---|---|---|
| | | $114,004.07 | 6/5/2021 | 6/3/2022 | 11 | $473,333.00 | no |
| | | $106,976.53 | 2/19/2023 | 4/22/2024 | 14 | $696,008.00 | no |
| | | $106,529.62 | 6/15/2021 | 12/11/2022 | 17 | $1,033,710.00 | no |
| | | $105,410.76 | 7/28/2023 | 4/22/2024 | 8 | $245,346.00 | no |
| | | $97,561.33 | 7/24/2021 | 6/2/2022 | 10 | $397,384.00 | no |
| | | $95,936.80 | 11/12/2021 | 1/26/2023 | 14 | $696,008.00 | no |
| | | $95,894.71 | 4/19/2022 | 11/19/2023 | 19 | $1,244,063.00 | no |
| | | $94,447.23 | 5/3/2022 | 10/26/2023 | 17 | $1,033,710.00 | no |
| | | $92,177.50 | 2/18/2023 | 4/22/2024 | 14 | $696,008.00 | no |
| | | $90,198.46 | 3/17/2023 | 3/30/2024 | 12 | $547,789.00 | no |
| | | $89,139.75 | 10/18/2021 | 10/25/2023 | 24 | $1,841,475.00 | no |
| | | $86,539.87 | 11/26/2021 | 12/23/2022 | 12 | $547,789.00 | no |
| | | $86,253.01 | 3/12/2022 | 12/1/2023 | 20 | $1,381,770.00 | no |
| | | $82,424.31 | 10/23/2021 | 3/1/2023 | 16 | $898,152.00 | no |
| | | $82,159.07 | 4/21/2022 | 4/12/2024 | 23 | $1,695,093.00 | no |
| | | $79,799.77 | 2/20/2022 | 1/12/2023 | 10 | $397,384.00 | no |
| | | $78,039.53 | 5/17/2022 | 4/22/2024 | 23 | $1,695,093.00 | no |
| | | $77,751.91 | 3/31/2022 | 11/10/2023 | 19 | $1,244,063.00 | no |
| | | $76,342.09 | 6/15/2021 | 12/9/2022 | 17 | $1,033,710.00 | no |
| | | $73,212.56 | 10/21/2021 | 12/11/2022 | 13 | $623,765.00 | no |
| | | $72,687.58 | 7/24/2023 | 3/10/2024 | 7 | $169,397.00 | no |
| | | $72,398.10 | 7/12/2021 | 3/13/2022 | 8 | $245,346.00 | no |
| | | $72,331.34 | 2/24/2023 | 4/22/2024 | 13 | $623,765.00 | no |
| | | $70,848.12 | 5/23/2021 | 10/17/2022 | 16 | $898,152.00 | no |
| | | $70,656.87 | 8/13/2021 | 2/22/2023 | 18 | $1,136,912.00 | no |
| | | $69,908.08 | 5/17/2022 | 10/11/2023 | 16 | $898,152.00 | no |
| | | $69,733.34 | 12/12/2021 | 7/12/2023 | 19 | $1,244,063.00 | no |
| | | $69,503.37 | 7/18/2021 | 6/3/2022 | 10 | $397,384.00 | no |
| | | $67,703.50 | 5/9/2022 | 11/16/2023 | 18 | $1,136,912.00 | no |

**Attachment B**

| | | $66,642.97 | 5/10/2022 | 4/22/2024 | 23 | $1,695,093.00 | no |
|---|---|---|---|---|---|---|---|
| | | $66,629.74 | 7/17/2022 | 2/1/2024 | 18 | $1,136,912.00 | no |
| | | $66,234.76 | 6/12/2022 | 12/10/2023 | 17 | $1,033,710.00 | no |
| | | $64,745.78 | 4/16/2022 | 4/22/2024 | 24 | $1,841,475.00 | no |
| | | $63,903.85 | 11/23/2021 | 2/26/2023 | 15 | $786,758.00 | no |
| | | $63,767.54 | 2/17/2023 | 4/22/2024 | 14 | $696,008.00 | no |
| | | $63,399.00 | 3/17/2021 | 5/31/2022 | 14 | $696,008.00 | no |
| | | $62,592.56 | 1/4/2022 | 1/4/2024 | 24 | $1,841,475.00 | no |
| | | $62,282.78 | 8/19/2023 | 4/22/2024 | 8 | $245,346.00 | no |
| | | $61,329.44 | 3/21/2022 | 11/19/2023 | 19 | $1,244,063.00 | no |
| | | $60,811.93 | 5/23/2022 | 12/8/2023 | 18 | $1,136,912.00 | no |
| | | $60,565.93 | 12/8/2022 | 4/8/2024 | 16 | $898,152.00 | no |
| | | $57,923.43 | 5/3/2023 | 4/22/2024 | 11 | $473,333.00 | no |
| | | $57,391.50 | 3/30/2022 | 11/16/2023 | 19 | $1,244,063.00 | no |
| | | $57,383.97 | 8/28/2022 | 4/22/2024 | 19 | $1,244,063.00 | no |
| | | $57,056.81 | 7/5/2023 | 4/22/2024 | 9 | $329,970.00 | no |
| | | $56,580.30 | 7/21/2023 | 4/22/2024 | 9 | $329,970.00 | no |
| | | $56,222.04 | 3/2/2023 | 4/22/2024 | 13 | $623,765.00 | no |
| | | $55,520.59 | 5/11/2022 | 10/11/2023 | 17 | $1,033,710.00 | no |
| | | $55,072.49 | 5/15/2022 | 1/9/2024 | 19 | $1,244,063.00 | no |
| | | $54,940.00 | 3/22/2022 | 10/29/2022 | 7 | $169,397.00 | no |
| | | $54,679.40 | 5/12/2022 | 11/20/2023 | 18 | $1,136,912.00 | no |
| | | $54,542.63 | 5/16/2022 | 3/11/2024 | 21 | $1,495,060.00 | no |
| | | $54,434.98 | 3/4/2022 | 10/6/2023 | 19 | $1,244,063.00 | no |
| | | $53,493.85 | 2/20/2022 | 12/11/2023 | 21 | $1,495,060.00 | no |
| | | $53,159.91 | 8/25/2022 | 11/29/2023 | 15 | $786,758.00 | no |
| | | $53,079.31 | 4/29/2022 | 2/10/2024 | 21 | $1,495,060.00 | no |
| | | $53,035.91 | 7/24/2021 | 11/11/2022 | 15 | $786,758.00 | no |
| | | $52,918.57 | 1/29/2023 | 4/19/2024 | 14 | $696,008.00 | no |
| | | $52,003.32 | 8/20/2021 | 7/15/2022 | 10 | $397,384.00 | no |

**Attachment B**

| | | $51,966.99 | 4/26/2022 | 3/13/2024 | 22 | $1,587,942.00 | no |
|---|---|---|---|---|---|---|---|
| | | $51,593.66 | 5/20/2022 | 4/22/2024 | 23 | $1,695,093.00 | no |
| | | $51,335.30 | 5/13/2022 | 11/30/2023 | 18 | $1,136,912.00 | no |
| | | $51,200.41 | 10/22/2021 | 3/9/2023 | 16 | $898,152.00 | no |
| | | $50,479.81 | 3/23/2022 | 3/18/2024 | 23 | $1,695,093.00 | no |
| | | $50,390.90 | 3/26/2022 | 12/8/2023 | 20 | $1,381,770.00 | no |
| | | $49,906.96 | 4/12/2022 | 7/7/2023 | 14 | $696,008.00 | no |
| | | $49,770.41 | 4/1/2022 | 10/14/2023 | 18 | $1,136,912.00 | no |
| | | $49,626.95 | 2/19/2023 | 4/22/2024 | 14 | $696,008.00 | no |
| | | $49,410.26 | 4/6/2022 | 11/22/2023 | 19 | $1,244,063.00 | no |
| | | $48,720.60 | 4/4/2022 | 6/1/2023 | 13 | $623,765.00 | no |
| | | $46,229.17 | 4/19/2022 | 2/2/2024 | 21 | $1,495,060.00 | no |
| | | $45,947.17 | 8/10/2022 | 10/26/2023 | 14 | $696,008.00 | no |
| | | $45,774.24 | 5/24/2021 | 7/18/2022 | 13 | $623,765.00 | no |
| | | $45,668.80 | 4/1/2022 | 4/22/2024 | 24 | $1,841,475.00 | no |
| | | $45,549.08 | 7/23/2023 | 1/12/2024 | 5 | $50,147.00 | no |
| | | $44,839.76 | 7/23/2021 | 3/6/2023 | 19 | $1,244,063.00 | no |
| | | $44,740.54 | 4/30/2022 | 11/21/2023 | 18 | $1,136,912.00 | no |
| | | $44,616.75 | 3/12/2022 | 10/9/2022 | 6 | $101,783.00 | no |
| | | $44,546.88 | 11/16/2021 | 3/10/2023 | 15 | $786,758.00 | no |
| | | $43,848.06 | 4/21/2022 | 12/17/2023 | 19 | $1,244,063.00 | no |
| | | $43,587.54 | 5/20/2023 | 3/27/2024 | 10 | $397,384.00 | no |
| | | $43,562.53 | 4/27/2022 | 3/16/2024 | 22 | $1,587,942.00 | no |
| | | $42,944.72 | 10/27/2022 | 2/28/2024 | 16 | $898,152.00 | no |
| | | $42,442.34 | 10/13/2022 | 12/8/2023 | 13 | $623,765.00 | no |
| | | $41,916.55 | 4/2/2022 | 7/16/2023 | 15 | $786,758.00 | no |
| | | $40,813.61 | 6/18/2022 | 4/18/2024 | 22 | $1,587,942.00 | no |
| | | $40,728.72 | 2/15/2022 | 10/28/2022 | 8 | $245,346.00 | no |
| | | $40,125.85 | 4/23/2022 | 4/22/2024 | 23 | $1,695,093.00 | no |
| | | $39,587.39 | 10/7/2021 | 5/4/2022 | 6 | $101,783.00 | no |

**Attachment B**

**PX19**

| | | $39,508.98 | 4/20/2023 | 4/22/2024 | 12 | $547,789.00 | no |
| | | $39,424.66 | 10/15/2022 | 11/18/2023 | 13 | $623,765.00 | no |
| | | $38,975.84 | 1/19/2022 | 12/28/2023 | 23 | $1,695,093.00 | no |
| | | $38,878.43 | 3/19/2022 | 8/12/2023 | 16 | $898,152.00 | no |
| | | $38,574.95 | 3/8/2022 | 5/15/2023 | 14 | $696,008.00 | no |
| | | $38,316.90 | 3/19/2023 | 4/22/2024 | 13 | $623,765.00 | no |
| | | $38,155.28 | 5/4/2022 | 3/28/2024 | 22 | $1,587,942.00 | no |
| | | $38,143.12 | 4/26/2022 | 3/17/2023 | 10 | $397,384.00 | no |
| | | $37,762.55 | 5/30/2021 | 6/3/2022 | 12 | $547,789.00 | no |
| | | $37,525.42 | 10/2/2022 | 3/25/2024 | 17 | $1,033,710.00 | no |
| | | $37,223.22 | 10/17/2022 | 4/19/2024 | 18 | $1,136,912.00 | no |
| | | $37,122.72 | 11/2/2021 | 1/12/2023 | 14 | $696,008.00 | no |
| | | $36,711.96 | 10/21/2022 | 3/1/2024 | 16 | $898,152.00 | no |
| | | $36,656.96 | 6/21/2022 | 4/11/2024 | 21 | $1,495,060.00 | no |
| | | $36,335.41 | 6/5/2021 | 5/21/2022 | 11 | $473,333.00 | no |
| | | $36,319.82 | 6/9/2022 | 1/1/2024 | 18 | $1,136,912.00 | no |
| | | $36,215.11 | 5/9/2022 | 10/24/2022 | 5 | $50,147.00 | no |
| | | $36,197.44 | 4/24/2022 | 6/13/2023 | 13 | $623,765.00 | no |
| | | $35,660.11 | 5/5/2022 | 7/22/2023 | 14 | $696,008.00 | no |
| | | $35,569.14 | 2/26/2022 | 1/14/2023 | 10 | $397,384.00 | no |
| | | $35,249.73 | 3/21/2022 | 2/4/2024 | 22 | $1,587,942.00 | no |
| | | $35,080.99 | 1/21/2022 | 9/5/2023 | 19 | $1,244,063.00 | no |
| | | $34,986.08 | 2/22/2022 | 11/13/2022 | 8 | $245,346.00 | no |
| | | $34,455.48 | 4/26/2021 | 5/26/2022 | 13 | $623,765.00 | no |
| | | $34,299.53 | 5/7/2022 | 2/27/2024 | 21 | $1,495,060.00 | no |
| | | $34,037.72 | 4/26/2022 | 1/3/2023 | 8 | $245,346.00 | no |
| | | $33,304.21 | 4/4/2022 | 12/3/2022 | 7 | $169,397.00 | no |
| | | $33,006.50 | 2/16/2022 | 12/28/2022 | 10 | $397,384.00 | no |
| | | $32,757.37 | 12/4/2021 | 8/17/2023 | 20 | $1,381,770.00 | no |
| | | $32,668.42 | 11/28/2021 | 6/2/2023 | 18 | $1,136,912.00 | no |

**Attachment B**

**PX19**

| | | $32,664.92 | 5/3/2022 | 1/21/2024 | 20 | $1,381,770.00 | no |
|---|---|---|---|---|---|---|---|
| | | $32,397.54 | 2/27/2021 | 9/18/2021 | 6 | $101,783.00 | no |
| | | $32,085.13 | 4/27/2022 | 4/22/2024 | 23 | $1,695,093.00 | no |
| | | $32,079.24 | 3/17/2022 | 4/27/2023 | 13 | $623,765.00 | no |
| | | $31,957.74 | 5/4/2022 | 11/14/2023 | 18 | $1,136,912.00 | no |
| | | $31,870.04 | 11/1/2021 | 6/3/2022 | 7 | $169,397.00 | no |
| | | $31,754.44 | 2/9/2023 | 1/8/2023 | 10 | $397,384.00 | no |
| | | $31,705.49 | 4/20/2022 | 11/17/2023 | 18 | $1,136,912.00 | no |
| | | $31,426.81 | 7/26/2021 | 2/9/2023 | 18 | $1,136,912.00 | no |
| | | $30,843.27 | 4/19/2022 | 1/22/2024 | 21 | $1,495,060.00 | no |
| | | $30,816.58 | 3/17/2022 | 8/21/2023 | 17 | $1,033,710.00 | no |
| | | $30,352.25 | 5/11/2022 | 2/22/2024 | 21 | $1,495,060.00 | no |
| | | $29,836.47 | 10/19/2023 | 4/21/2024 | 6 | $101,783.00 | no |
| | | $29,663.65 | 1/12/2023 | 8/20/2023 | 7 | $169,397.00 | no |
| | | $29,218.21 | 4/20/2021 | 6/9/2022 | 13 | $623,765.00 | no |
| | | $28,915.79 | 5/21/2021 | 5/17/2022 | 11 | $473,333.00 | no |
| | | $28,862.08 | 3/19/2023 | 4/7/2024 | 12 | $547,789.00 | no |
| | | $28,503.30 | 7/15/2022 | 4/22/2024 | 21 | $1,495,060.00 | no |
| | | $28,183.64 | 7/11/2022 | 4/18/2024 | 21 | $1,495,060.00 | no |
| | | $28,107.02 | 11/28/2021 | 7/24/2022 | 7 | $169,397.00 | no |
| | | $27,897.10 | 5/19/2022 | 9/4/2023 | 15 | $786,758.00 | no |
| | | $27,847.98 | 6/23/2021 | 12/23/2022 | 18 | $1,136,912.00 | no |
| | | $27,626.83 | 3/11/2022 | 8/28/2023 | 17 | $1,033,710.00 | no |
| | | $27,591.34 | 5/16/2022 | 1/9/2023 | 7 | $169,397.00 | no |
| | | $26,881.55 | 5/24/2022 | 3/27/2024 | 22 | $1,587,942.00 | no |
| | | $26,460.00 | 5/21/2021 | 2/24/2022 | 9 | $329,970.00 | no |
| | | $26,045.82 | 4/29/2023 | 4/22/2024 | 11 | $473,333.00 | no |
| | | $26,004.45 | 5/6/2022 | 6/27/2023 | 13 | $623,765.00 | no |
| | | $25,610.46 | 3/27/2022 | 9/28/2022 | 6 | $101,783.00 | no |
| | | $25,206.07 | 2/14/2022 | 7/26/2023 | 17 | $1,033,710.00 | no |

**Attachment B**

| | | $25,183.11 | 4/18/2022 | 10/10/2023 | 17 | $1,033,710.00 | no |
|---|---|---|---|---|---|---|---|
| | | $25,004.39 | 5/6/2022 | 11/5/2023 | 17 | $1,033,710.00 | no |
| | | $24,922.87 | 6/14/2022 | 2/2/2024 | 19 | $1,244,063.00 | no |
| | | $24,876.96 | 7/22/2022 | 1/20/2024 | 17 | $1,033,710.00 | no |
| | | $24,871.92 | 5/12/2022 | 11/23/2023 | 18 | $1,136,912.00 | no |
| | | $24,636.10 | 12/5/2021 | 12/2/2023 | 23 | $1,695,093.00 | no |
| | | $24,613.48 | 7/12/2022 | 8/30/2023 | 13 | $623,765.00 | no |
| | | $23,870.63 | 10/27/2022 | 1/10/2024 | 14 | $696,008.00 | no |
| | | $23,714.16 | 4/2/2022 | 7/3/2023 | 15 | $786,758.00 | no |
| | | $23,653.80 | 4/3/2023 | 12/12/2023 | 8 | $245,346.00 | no |
| | | $23,288.88 | 4/6/2023 | 12/8/2023 | 8 | $245,346.00 | no |
| | | $22,599.00 | 11/9/2022 | 11/18/2023 | 12 | $547,789.00 | no |
| | | $22,220.57 | 10/15/2022 | 4/21/2024 | 18 | $1,136,912.00 | no |
| | | $21,972.88 | 4/3/2022 | 12/3/2022 | 8 | $245,346.00 | no |
| | | $21,831.09 | 11/7/2022 | 1/18/2024 | 14 | $696,008.00 | no |
| | | $20,854.61 | 3/19/2022 | 1/9/2024 | 21 | $1,495,060.00 | no |
| | | $20,289.03 | 8/24/2023 | 4/22/2024 | 7 | $169,397.00 | no |
| | | $20,213.44 | 11/20/2022 | 4/22/2024 | 17 | $1,033,710.00 | no |
| | | $20,090.30 | 3/21/2022 | 4/18/2024 | 24 | $1,841,475.00 | no |
| | | $19,743.52 | 12/31/2022 | 3/24/2024 | 14 | $696,008.00 | no |
| | | $19,580.18 | 4/27/2022 | 10/17/2023 | 17 | $1,033,710.00 | no |
| | | $19,394.27 | 10/31/2021 | 6/3/2022 | 7 | $169,397.00 | no |
| | | $19,251.53 | 10/31/2022 | 12/11/2023 | 13 | $623,765.00 | no |
| | | $18,832.39 | 10/16/2022 | 3/21/2024 | 17 | $1,033,710.00 | no |
| | | $18,667.88 | 3/15/2022 | 3/2/2024 | 23 | $1,695,093.00 | no |
| | | $18,632.30 | 8/31/2022 | 4/28/2023 | 7 | $169,397.00 | no |
| | | $18,594.19 | 12/14/2021 | 7/15/2022 | 7 | $169,397.00 | no |
| | | $18,566.21 | 12/30/2022 | 12/1/2023 | 11 | $473,333.00 | no |
| | | $18,498.98 | 3/27/2023 | 3/9/2024 | 11 | $473,333.00 | no |
| | | $18,033.85 | 3/1/2022 | 3/30/2023 | 12 | $547,789.00 | no |

**Attachment B**

| | | $18,005.61 | 4/26/2022 | 6/7/2023 | 13 | $623,765.00 | no |
|---|---|---|---|---|---|---|---|
| | | $17,945.62 | 1/27/2023 | 4/20/2024 | 14 | $696,008.00 | no |
| | | $17,932.73 | 4/4/2022 | 1/15/2024 | 21 | $1,495,060.00 | no |
| | | $17,806.82 | 4/13/2022 | 1/26/2023 | 9 | $329,970.00 | no |
| | | $17,539.30 | 6/7/2021 | 11/24/2022 | 17 | $1,033,710.00 | no |
| | | $17,492.16 | 10/28/2022 | 9/16/2023 | 10 | $397,384.00 | no |
| | | $17,154.87 | 4/26/2022 | 10/27/2022 | 6 | $101,783.00 | no |
| | | $17,070.08 | 8/12/2022 | 4/20/2024 | 20 | $1,381,770.00 | no |
| | | $17,006.33 | 3/21/2023 | 4/4/2024 | 12 | $547,789.00 | no |
| | | $16,874.81 | 3/25/2022 | 2/2/2024 | 22 | $1,587,942.00 | no |
| | | $16,874.47 | 12/17/2021 | 7/15/2022 | 6 | $101,783.00 | no |
| | | $16,628.54 | 4/29/2022 | 1/25/2024 | 20 | $1,381,770.00 | no |
| | | $16,590.80 | 2/19/2023 | 4/22/2024 | 14 | $696,008.00 | no |
| | | $16,544.97 | 3/29/2022 | 4/17/2023 | 12 | $547,789.00 | no |
| | | $15,815.29 | 4/1/2022 | 11/20/2022 | 7 | $169,397.00 | no |
| | | $15,680.19 | 3/9/2023 | 4/22/2024 | 13 | $623,765.00 | no |
| | | $15,559.90 | 10/30/2021 | 10/28/2022 | 11 | $473,333.00 | no |
| | | $15,364.08 | 3/12/2022 | 2/24/2023 | 11 | $473,333.00 | no |
| | | $15,258.61 | 3/7/2022 | 3/9/2023 | 12 | $547,789.00 | no |
| | | $15,252.65 | 10/29/2021 | 6/4/2022 | 7 | $169,397.00 | no |
| | | $15,141.16 | 6/10/2022 | 10/10/2023 | 16 | $898,152.00 | no |
| | | $14,743.01 | 4/12/2022 | 6/4/2023 | 13 | $623,765.00 | no |
| | | $14,577.08 | 10/31/2021 | 12/17/2022 | 13 | $623,765.00 | no |
| | | $14,573.08 | 10/12/2022 | 3/18/2024 | 17 | $1,033,710.00 | no |
| | | $14,484.66 | 4/29/2022 | 1/17/2024 | 20 | $1,381,770.00 | no |
| | | $13,962.25 | 1/22/2023 | 4/22/2024 | 15 | $786,758.00 | no |
| | | $13,437.48 | 11/9/2022 | 4/1/2024 | 16 | $898,152.00 | no |
| | | $13,248.04 | 3/24/2022 | 8/11/2022 | 4 | $24,329.00 | no |
| | | $13,217.05 | 5/14/2022 | 6/9/2023 | 12 | $547,789.00 | no |
| | | $13,159.14 | 10/26/2021 | 1/26/2023 | 15 | $786,758.00 | no |

**Attachment B**

**PX19**

| | | $13,097.58 | 6/19/2022 | 11/1/2022 | 4 | $24,329.00 | no |
| | | $13,001.27 | 5/4/2022 | 11/16/2022 | 6 | $101,783.00 | no |
| | | $12,836.63 | 4/3/2022 | 11/30/2023 | 19 | $1,244,063.00 | no |
| | | $12,745.46 | 10/28/2021 | 2/4/2023 | 15 | $786,758.00 | no |
| | | $12,191.19 | 5/29/2022 | 10/9/2022 | 4 | $24,329.00 | no |
| | | $12,180.01 | 5/4/2022 | 12/12/2022 | 7 | $169,397.00 | no |
| | | $11,863.53 | 3/11/2022 | 12/14/2022 | 9 | $329,970.00 | no |
| | | $11,654.21 | 4/2/2022 | 3/12/2023 | 11 | $473,333.00 | no |
| | | $11,513.94 | 10/18/2022 | 3/2/2023 | 4 | $24,329.00 | no |
| | | $11,352.46 | 1/25/2022 | 7/26/2022 | 6 | $101,783.00 | no |
| | | $11,232.48 | 10/13/2022 | 4/12/2023 | 5 | $50,147.00 | no |
| | | $10,754.33 | 9/11/2023 | 4/7/2024 | 6 | $101,783.00 | no |
| | | $10,320.54 | 8/27/2023 | 4/11/2024 | 7 | $169,397.00 | no |
| | | $10,270.93 | 5/24/2023 | 12/28/2023 | 7 | $169,397.00 | no |
| | | $10,156.27 | 10/14/2022 | 12/10/2023 | 13 | $623,765.00 | no |
| | | $10,012.54 | 7/28/2022 | 3/10/2023 | 7 | $169,397.00 | no |
| | | $9,944.06 | 4/27/2022 | 6/27/2023 | 14 | $696,008.00 | no |
| | | $9,933.39 | 5/18/2023 | 10/10/2023 | 4 | $24,329.00 | no |
| | | $9,858.45 | 9/30/2022 | 2/4/2023 | 4 | $24,329.00 | no |
| | | $9,063.13 | 8/30/2023 | 4/22/2024 | 7 | $169,397.00 | no |
| | | $8,611.89 | 2/11/2023 | 11/16/2023 | 9 | $329,970.00 | no |
| | | $8,164.88 | 5/3/2022 | 4/7/2023 | 11 | $473,333.00 | no |
| | | $7,932.28 | 5/31/2022 | 7/1/2023 | 13 | $623,765.00 | no |
| | | $7,854.71 | 4/19/2022 | 10/19/2023 | 18 | $1,136,912.00 | no |
| | | $7,819.70 | 3/26/2023 | 3/19/2024 | 11 | $473,333.00 | no |
| | | $7,708.27 | 5/28/2022 | 12/6/2022 | 6 | $101,783.00 | no |
| | | $6,484.00 | 10/30/2023 | 4/21/2024 | 5 | $50,147.00 | no |
| | | $6,477.31 | 9/17/2023 | 3/25/2024 | 6 | $101,783.00 | no |
| | | $6,183.63 | 3/24/2023 | 10/28/2023 | 7 | $169,397.00 | no |
| | | $6,134.19 | 11/1/2022 | 4/21/2023 | 5 | $50,147.00 | no |

**Attachment B**

| | | $5,803.64 | 8/11/2022 | 1/13/2023 | 5 | $50,147.00 | no |
|---|---|---|---|---|---|---|---|
| | | $5,646.63 | 6/9/2022 | 2/18/2023 | 8 | $245,346.00 | no |
| | | $5,057.03 | 10/26/2021 | 9/15/2022 | 10 | $397,384.00 | no |
| | | $4,925.17 | 6/9/2022 | 3/8/2023 | 8 | $245,346.00 | no |
| | | $4,804.30 | 3/11/2022 | 6/16/2023 | 15 | $786,758.00 | no |
| | | $4,753.33 | 12/17/2022 | 6/13/2023 | 5 | $50,147.00 | no |
| | | $4,724.04 | 5/24/2022 | 10/30/2022 | 5 | $50,147.00 | no |
| | | $4,698.47 | 4/28/2023 | 12/1/2023 | 7 | $169,397.00 | no |
| | | $4,648.62 | 5/2/2022 | 11/28/2022 | 6 | $101,783.00 | no |
| | | $4,446.98 | 6/28/2023 | 1/26/2024 | 6 | $101,783.00 | no |
| | | $4,309.47 | 7/9/2022 | 10/3/2023 | 14 | $696,008.00 | no |
| | | $4,275.95 | 8/26/2022 | 12/10/2023 | 15 | $786,758.00 | no |
| | | $3,975.90 | 6/9/2022 | 12/11/2022 | 6 | $101,783.00 | no |
| | | $3,955.17 | 8/16/2023 | 4/14/2024 | 7 | $169,397.00 | no |
| | | $3,890.89 | 3/5/2022 | 10/9/2022 | 7 | $169,397.00 | no |
| | | $3,501.01 | 6/14/2022 | 5/9/2023 | 10 | $397,384.00 | no |
| | | $2,292.42 | 10/30/2022 | 12/1/2023 | 13 | $623,765.00 | no |
| | | $2,245.49 | 4/1/2023 | 4/12/2024 | 12 | $547,789.00 | no |
| | | $2,117.97 | 10/13/2021 | 4/5/2022 | 5 | $50,147.00 | no |
| | | $2,029.14 | 3/25/2022 | 2/28/2023 | 11 | $473,333.00 | no |
| | | $1,750.70 | 2/23/2022 | 9/22/2022 | 6 | $101,783.00 | no |
| | | $1,672.17 | 4/19/2022 | 9/1/2022 | 4 | $24,329.00 | no |
| | | $1,573.46 | 10/9/2022 | 1/22/2023 | 3 | $6,951.00 | no |
| | | $1,540.00 | 11/12/2022 | 3/22/2023 | 4 | $24,329.00 | no |
| | | $852.43 | 12/14/2021 | 5/28/2022 | 5 | $50,147.00 | no |
| | | $759.84 | 1/18/2023 | 8/1/2023 | 6 | $101,783.00 | no |
| | | $609.50 | 11/11/2022 | 7/17/2023 | 8 | $245,346.00 | no |
| | | $497.04 | 7/13/2022 | 12/22/2022 | 5 | $50,147.00 | no |
| | | $446.72 | 7/31/2022 | 2/9/2023 | 6 | $101,783.00 | no |
| | | $200.83 | 1/15/2023 | 5/7/2023 | 3 | $6,951.00 | no |

**Attachment B**

**PX19**

| | | $189.00 | 9/17/2022 | 9/28/2023 | 12 | $547,789.00 | no |
|---|---|---|---|---|---|---|---|
| | | $3,706,716.32 | 9/11/2020 | 4/22/2024 | 43 | n\a - more than 24 months | |
| | | $3,013,115.14 | 10/8/2021 | 4/22/2024 | 30 | n\a - more than 24 months | |
| | | $1,680,854.01 | 10/3/2020 | 4/22/2024 | 42 | n\a - more than 24 months | |
| | | $1,580,262.59 | 4/2/2020 | 4/22/2024 | 48 | n\a - more than 24 months | |
| | | $1,359,900.64 | 4/1/2020 | 4/22/2024 | 48 | n\a - more than 24 months | |
| | | $1,300,915.05 | 4/28/2020 | 4/22/2024 | 47 | n\a - more than 24 months | |
| | | $1,291,428.53 | 4/24/2018 | 4/22/2024 | 71 | n\a - more than 24 months | |
| | | $1,175,247.13 | 1/27/2022 | 4/22/2024 | 26 | n\a - more than 24 months | |
| | | $824,449.33 | 10/29/2021 | 4/22/2024 | 29 | n\a - more than 24 months | |
| | | $805,549.86 | 7/6/2018 | 4/22/2024 | 69 | n\a - more than 24 months | |
| | | $717,371.21 | 2/26/2022 | 4/22/2024 | 25 | n\a - more than 24 months | |
| | | $568,992.31 | 8/14/2018 | 4/22/2024 | 68 | n\a - more than 24 months | |
| | | $417,805.79 | 11/1/2021 | 4/22/2024 | 29 | n\a - more than 24 months | |
| | | $377,873.89 | 12/14/2021 | 4/22/2024 | 28 | n\a - more than 24 months | |
| | | $322,096.95 | 2/22/2022 | 4/22/2024 | 26 | n\a - more than 24 months | |
| | | $272,427.21 | 8/12/2021 | 2/16/2024 | 30 | n\a - more than 24 months | |
| | | $267,126.04 | 12/8/2017 | 4/22/2024 | 76 | n\a - more than 24 months | |
| | | $227,999.75 | 12/14/2021 | 4/4/2024 | 27 | n\a - more than 24 months | |
| | | $218,404.66 | 2/19/2022 | 4/21/2024 | 26 | n\a - more than 24 months | |
| | | $203,243.61 | 10/8/2021 | 4/16/2024 | 30 | n\a - more than 24 months | |
| | | $193,088.47 | 10/10/2021 | 4/18/2024 | 30 | n\a - more than 24 months | |
| | | $190,409.56 | 3/18/2022 | 4/22/2024 | 25 | n\a - more than 24 months | |
| | | $186,533.69 | 3/2/2013 | 4/19/2024 | 133 | n\a - more than 24 months | |
| | | $161,948.75 | 10/4/2021 | 11/25/2023 | 25 | n\a - more than 24 months | |
| | | $160,998.58 | 2/19/2022 | 4/22/2024 | 26 | n\a - more than 24 months | |
| | | $156,033.92 | 4/20/2021 | 4/15/2024 | 35 | n\a - more than 24 months | |
| | | $145,733.02 | 11/23/2021 | 4/21/2024 | 28 | n\a - more than 24 months | |
| | | $135,200.59 | 4/29/2021 | 9/13/2023 | 28 | n\a - more than 24 months | |
| | | $133,232.98 | 7/1/2021 | 11/17/2023 | 28 | n\a - more than 24 months | |

**Attachment B**

**PX19**                                                      **001123**

| | | $131,216.10 | 3/21/2022 | 4/22/2024 | 25 | n\a - more than 24 months |
|---|---|---|---|---|---|---|
| | | $112,191.82 | 11/19/2021 | 4/22/2024 | 29 | n\a - more than 24 months |
| | | $101,952.66 | 10/9/2021 | 12/2/2023 | 25 | n\a - more than 24 months |
| | | $99,405.81 | 5/30/2021 | 9/23/2023 | 27 | n\a - more than 24 months |
| | | $98,334.82 | 2/11/2022 | 4/22/2024 | 26 | n\a - more than 24 months |
| | | $89,818.66 | 11/6/2021 | 1/9/2024 | 26 | n\a - more than 24 months |
| | | $82,001.53 | 8/29/2021 | 4/5/2024 | 31 | n\a - more than 24 months |
| | | $73,138.23 | 11/16/2020 | 2/19/2024 | 39 | n\a - more than 24 months |
| | | $70,683.54 | 2/20/2022 | 4/6/2024 | 25 | n\a - more than 24 months |
| | | $68,936.38 | 12/21/2019 | 5/29/2023 | 41 | n\a - more than 24 months |
| | | $68,818.87 | 2/20/2022 | 4/9/2024 | 25 | n\a - more than 24 months |
| | | $68,305.89 | 6/19/2017 | 3/10/2024 | 80 | n\a - more than 24 months |
| | | $65,681.02 | 7/12/2021 | 8/23/2023 | 25 | n\a - more than 24 months |
| | | $64,937.20 | 11/11/2021 | 4/22/2024 | 29 | n\a - more than 24 months |
| | | $64,127.26 | 2/21/2022 | 4/3/2024 | 25 | n\a - more than 24 months |
| | | $62,446.08 | 2/6/2022 | 4/15/2024 | 26 | n\a - more than 24 months |
| | | $59,610.22 | 1/29/2022 | 4/20/2024 | 26 | n\a - more than 24 months |
| | | $58,183.29 | 10/11/2021 | 2/26/2024 | 28 | n\a - more than 24 months |
| | | $57,539.15 | 4/22/2021 | 4/17/2024 | 35 | n\a - more than 24 months |
| | | $57,285.35 | 10/28/2021 | 3/26/2024 | 28 | n\a - more than 24 months |
| | | $53,064.23 | 2/20/2022 | 4/21/2024 | 26 | n\a - more than 24 months |
| | | $52,721.72 | 5/7/2021 | 4/1/2024 | 34 | n\a - more than 24 months |
| | | $52,530.56 | 6/12/2021 | 1/6/2024 | 30 | n\a - more than 24 months |
| | | $50,459.17 | 5/23/2020 | 7/4/2023 | 37 | n\a - more than 24 months |
| | | $49,121.22 | 11/18/2021 | 4/20/2024 | 29 | n\a - more than 24 months |
| | | $47,431.77 | 5/20/2021 | 1/20/2024 | 32 | n\a - more than 24 months |
| | | $47,122.02 | 1/2/2022 | 3/12/2024 | 26 | n\a - more than 24 months |
| | | $47,042.02 | 10/31/2021 | 2/6/2024 | 27 | n\a - more than 24 months |
| | | $46,445.44 | 11/11/2018 | 4/22/2024 | 65 | n\a - more than 24 months |
| | | $46,376.21 | 12/21/2021 | 2/12/2024 | 25 | n\a - more than 24 months |

**Attachment B**

**PX19**                                                                 **001124**

| | | | | | |
|---|---|---|---|---|---|
| | | $44,324.71 | 3/15/2022 | 4/20/2024 | 25 | n\a - more than 24 months |
| | | $43,905.07 | 2/24/2022 | 3/25/2024 | 25 | n\a - more than 24 months |
| | | $43,770.62 | 3/9/2022 | 4/21/2024 | 25 | n\a - more than 24 months |
| | | $40,046.53 | 7/14/2021 | 12/26/2023 | 29 | n\a - more than 24 months |
| | | $32,555.19 | 11/23/2021 | 4/10/2024 | 28 | n\a - more than 24 months |
| | | $28,190.81 | 5/28/2020 | 1/2/2024 | 43 | n\a - more than 24 months |
| | | $23,726.99 | 3/19/2022 | 4/22/2024 | 25 | n\a - more than 24 months |
| | | $18,426.51 | 7/13/2020 | 9/13/2023 | 38 | n\a - more than 24 months |
| | | $14,949.18 | 4/25/2020 | 3/10/2024 | 46 | n\a - more than 24 months |
| | | $83,465.39 | 11/15/2018 | 2/27/2020 | 15 | n\a - orders out of range |
| | | $6,842,709.76 | | | | n\a - order dates missing |
| | | $3,478,892.64 | | | | n\a - order dates missing |
| | | $66,456.43 | | | | n\a - order dates missing |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |

**Attachment B**

**PX19**

| | | $0.00 | | | | n\a - no sales |
|---|---|---|---|---|---|---|
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |

**Attachment B**

**PX19**

| | | $0.00 | | | | n\a - no sales |
|---|---|---|---|---|---|---|
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |
| | | $0.00 | | | | n\a - no sales |

**Attachment B**

**PX19**

Attachment C - Rozenfeld "Subject Seller Account Info"

| merchant_customer_id | mp_merchant_friendly_name | marketplace_id | is_active | registration_completion_day | merch_mkt_status_description | fraud_status | merch_mkt_curr_status_date_utc |
|---|---|---|---|---|---|---|---|
| | L&M International inc | 1 | N | 2015-06-23 00:00:00 | Locked by fraud | BlockedStatus | 2022-08-20 08:50:12 |
| | Wraith&Co | 7 | N | 2015-06-23 00:00:00 | Locked by fraud | BlockedStatus | 2022-04-05 18:19:26 |
| | Wraith&Co | 771770 | N | 2018-01-11 00:00:00 | Locked by fraud | BlockedStatus | 2022-04-05 18:19:26 |
| | Wraith&amp;Co | 640750 | Y | 2018-07-12 00:00:00 | Normal/Active | NormalStatus | 2022-04-05 18:19:27 |

**Attachment C**

**PX19**                                                    **001128**