UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   JULIEN XAVIER NEALS, USDJ            Date: 6/3/2024
Court Reporter:   Melissa Mormile              Civil No: 2:24-cv-6635

<u>Title of the Case</u>:

FEDERAL TRADE COMMISSION,
v.
THEFBAMACHINE INC., et al

<u>Appearances:</u>

Frances L. Kern and Colleen Robbins for the Federal Trade Commission

**<u>Nature of Proceedings</u>**:

Oral Argument on the Request for an OTSC and TRO Held

<u>Kimberly Darling, Courtroom Deputy</u>
to the Honorable Julien Xavier Neals, USDJ

Time Commenced:    11:00 am
Time Concluded:    12:20 pm
Total Time:        1 Hour 20 Minutes