Frances L. Kern
Colleen Robbins
Federal Trade Commission
600 Pennsylvania Ave, NW, CC-8543
Washington, DC 20580
(202) 326-2391; fkern@ftc.gov (Kern)
(202) 326-2548; crobbins@ftc.gov (Robbins)
(202) 326-3395 (Fax)

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THEFBAMACHINE INC. et al.,<br><br>Defendants. | Civil Action No. 24-6635 (JXN)(LDW)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF THE 30-PAGE LIMITATION IMPOSED BY LOCAL RULE 7.2**<br><br>**FILED UNDER SEAL** |

Upon consideration of the Federal Trade Commission's ("FTC") *Ex Parte* Application for Leave to File a Memorandum of Law in Excess of the 30-page Limitation Imposed by Local Rule 7.2(d), it is hereby:

**ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the FTC may file its proposed memorandum in excess of 30 pages in support of its Emergent *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction with Other Equitable Relief.

**DATED** this  3rd  day of   June,  2024.

_____
JULIEN XAVIER NEALS
United States District Judge