# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:24-CV-06635-JXN-LDW

Plaintiff: **FEDERAL TRADE COMMISSION**
vs.
Defendant: **THEFMACHINE INC., ET AL**

For:
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue., N.W.
Washington, DC 20580

Received by Lightning Legal Couriers on the 5th day of June, 2024 at 9:15 am to be served on **SALES.SUPPORT NEW JERSEY INC., 16047 COLLINS AVE, APT 602, SUNNY ISLES, FL 33160**

I, DAMIAN A. LOPEZ, do hereby affirm that on the **5th day of June, 2024** at **1:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Civil Cover Sheet, Plaintiff FTC's Ex Parte Application For An Order Temporarily Sealing the Docket and Entire Case File and Memorandum in Support Thereof, [Proposed] Order Granting Plaintiff FTC's Ex Parte Application for an Order Temporarily Sealing the Docket and Entire Case File, Order Granting Plaintiff FTC's Ex Parte Application for an Order Temporarily Sealing the Docket and Entire Case File, Complaint For Permanent Injunction, Monetary Judgment, and Other Relief, Plaintiff FTC's Ex Parte Application for Leave to File Memorandum of Law in Excess of the 30-Page Limitation Imposed by Local Rule 7.2 and Memorandum in Support Thereof, [Proposed] Order Granting Plaintiff FTC's Ex Parte Application for Leave to File Memorandum of Law in Excess of the 30-Page Limitation Imposed by Local Rule 7.2 , Order Granting Plaintiff FTC's Ex Parte Application for Leave to File Memorandum of Law in Excess of the 30-Page Limitation Imposed by Local Rule 7.2M, Plaintiff FTC's Emergent Ex Parte Application for Temporary Restraining Order. Preliminary Injunction, and Other Equitable Relief, Plaintiff FTC's Memorandum of Law In Support of its Emergent Ex Parte Application for Temporary Restraining Order, Preliminary Injunction, and other Equitable Relief, Plaintiff FTC's Exhibits 1-21 to Emergent Ex Parte Application for Temporary Restraining Order, Preliminary Injunction, and other Equitable Relief, [Proposed] Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, Order Granting Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, Certificate of Federal Trade Commission Counsel Frances L. Kern Pursuant to Fed.R.Civ.P. 65(b), Plaintiff FTC's Ex Parte Recommendation for Temporary Receiver and Designation of Agent for Service** with the date and hour of service endorsed thereon by me, to: **BRATISLAV ROZENFELD** as **REGISTERED AGENT** for **SALES.SUPPORT NEW JERSEY INC.**, at the address of: **2125 BISCAYNE BLVD., MIAMI, FL 33137**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

*[signature]*

**DAMIAN A. LOPEZ**
CPS#10084

**Lightning Legal Couriers**
**9280 SW 64 Street**
**Miami, FL 33173**
**(786) 286-4167**

Our Job Serial Number: LTN-2024003992

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**FEDERAL TRADE COMMISSION,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**THEFBAMACHINE INC., ET AL.,**
*Defendant*

CASE NUMBER: 2:24-CV-06635-JXN-LDW *SEALED*

TO: *(Name and address of Defendant):*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



**ISSUED ON 2024-06-03 15:49:32, Clerk USDC NJD**