UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____X   Docket No: 24-6635 (JXN) (LDW)

FEDERAL TRADE COMMISSION

                Plaintiffs,

                                                **NOTICE OF APPEARANCE**

      vs.

THE FBA MACHINE INC., a corporation;
PASSIVE SCALING INC., a corporation;
SALES.SUPPORT NEW JERSEY INC., a corporation;
1 HR DELIVERIES INC., a corporation;
HOURLY RELIEF INC., a corporation;
3PL LOGISTIC AUTOMATION INC, a corporation;
FBA SUPPORT NJ CORP. a corporation;
DAILY DISTRO LLC, a limited liability company;
CLOSTER GREEN CORP., doing business as
WRAITH & CO., a corporation; and
BRATISLAV ROZENFELD, also known
As Steven Rozenfeld and Steven Rozen,
Individually and as an officer or owner of
THE FBA MACHINE INC., PASSIVE SCALING INC.,
SALES.SUPPORT NEW JERSEY INC.;
1 HR DELIVERIES INC.,
HOURLY RELIEF INC.,
3PL LOGISTIC AUTOMATION INC,
FBA SUPPORT NJ CORP.
DAILY DISTRO LLC,
CLOSTER GREEN CORP., doing business as
WRAITH & CO., a corporation

                Defendants
_____X

    I, Alexander Susi, Esq., an attorney duly licensed to practice law before this Honorable

Court herein enter my appearance for the Defendants, in the above-entitled proceedings.

| | |
|---|---|
| Dated: Brooklyn, New York<br>June 6, 2024 | Respectfully Submitted,<br><br>**_/s/ Alexander Susi_**<br>Alexander Susi, Esq.<br>USHER LAW GROUP, P.C.<br>1022 Ave P, 2nd Floor<br>Brooklyn, New York 11223<br>(718) 484-7510<br>(718) 865-8566<br>alexanderesq35@gmail.com |