## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, I served the foregoing Joint Request to Extend TRO and Adjourn Preliminary Injunction Hearing and accompanying Proposed Order Extending TRO and Adjourning Preliminary Injunction Hearing via electronic mail to counsel identified on the service list below:

Mikhail Usher
Usher Law Group
1022 Ave. P
Second Floor
Brooklyn, NY 11223
musheresq@gmail.com

*Counsel for Defendants*
*TheFBAMachine Inc., Passive Scaling, Inc.,*
*Sales.Support New Jersey Inc., 1HR Deliveries*
*Inc., Hourly Relief Inc., 3PL Logistic Automation*
*Inc., FBA Support NJ Corp., Daily Distro LLC,*
*Closter Green Corp., and Bratislav Rozenfeld*

Sari B. Placona
Michele M. Dudas
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Second Floor
Roseland, NJ 07068
SPlacona@msbnj.com (Placona)
MDudas@msbnj.com (Dudas)

*Counsel for Temporary Receiver*
*Anthony Sodono, III*

                                                  /s/ Frances L. Kern
                                                    Frances L. Kern