**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Michele Dudas, Esq. (mdudas@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Receiver*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>THEFBAMACHINE INC., a corporation;<br><br>PASSIVE SCALING INC., a corporation;<br><br>SALES.SUPPORT NEW JERSEY INC., a corporation;<br><br>1HR DELIVERIES INC., a corporation;<br><br>HOURLY RELIEF INC., a corporation;<br><br>3PL LOGISTIC AUTOMATION INC., a corporation;<br><br>FBA SUPPORT NJ CORP., a corporation;<br><br>DAILY DISTRO LLC, a limited liability company;<br><br>CLOSTER GREEN CORP., doing business as WRAITH & CO., a corporation; and<br><br>BRATISLAV ROZENFELD, also known as Steven Rozenfeld and Steven Rozen, individually and as an officer or owner of THEFBAMACHINE INC., PASSIVE SCALINING INC., SALES.SUPPORT NEW JERSEY INC., 1HR DELIVERIES INC., | Civil Action No. 24-6635 (JXN) (LDW)<br><br>**CERTIFICATION OF ANTHONY CALASCIBETTA** |

| |
|---|
| HOURLY RELIEF INC., 3PL LOGISTIC AUTOMATION INC., FBA SUPPORT NJ CORP., DAILY DISTRO LLC, and CLOSTER GREEN CORP., doing business as WRAITH & CO., a corporation, |

        Defendants.

**ANTHONY CALASCIBETTA,** certifies, pursuant to 28 U.S.C. § 1746, as follows:

    1. I am a Certified Public Accountant, licensed in the State of New Jersey. I am a member of the firm of Eisner Advisory Group LLC ("Eisner") having an office located at 111 Wood Avenue South, Iselin, New Jersey 08830.

    2. This certification is submitted in connection with the above-referenced proceeding.

    3. Eisner has been requested to undertake the performance of certain accounting functions for Anthony Sodono, III, Temporary Receiver ("Receiver") for The FBA Machine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistics Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp d/b/a Wraith & Co. and Bratislav Rozen a.k.a. Steven Rozenfeld and Steven Rozen, individually and as an officer of The FBA Machine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistics Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp d/b/a Wraith & Co. (the "Receivership Entities").

    4. The professional services that Eisner will render to the Receiver during the pendency of this case include, but shall not be limited to, prepare and file tax returns; and render such other accounting services as may be required by the Receiver in the ordinary course of his affairs.

    5. Eisner will be compensated for the services for hour rates that range between $195 to $695.

    6. To the best of my knowledge, information and belief, neither I nor any member of Eisner has no adverse interest with the Federal Trade Commission, the Receivership Entities, creditors, or other parties in interest, or their respective attorneys.

    7. I certify that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief.

          <u>/s/ Anthony Calascibetta</u>
          Anthony Calascibetta CPA, CFF, CTP

Dated: June 13, 2024