Frances L. Kern
Colleen Robbins
Federal Trade Commission
600 Pennsylvania Ave, NW, CC-8543
Washington, DC 20580
(202) 326-2391; fkern@ftc.gov (Kern)
(202) 326-2548; crobbins@ftc.gov (Robbins)
(202) 326-3395 (Fax)

*Attorneys for Plaintiff Federal Trade Commission*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THEFBAMACHINE INC. et al., <br><br> Defendants. | NO. 24-CV-6635 <br><br> **UNOPPOSED MOTION TO LIFT TEMPORARY SEAL** |

Plaintiff, the Federal Trade Commission ("FTC"), respectfully moves for an order unsealing the entire docket and file in this matter, including the Complaint, Plaintiff's Emergent *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction with Other Equitable Relief ("TRO Application"), and all other pleadings, motions, exhibits, and other papers and materials filed in support thereof, including this Motion. The Court's June 3, 2024 Order Temporarily Sealing the Docket and Entire Case File (Docket No. 6) provides for the lifting of the temporary seal upon the earlier occurrence of five business days after the Court's entry on the TRO Application or once service has been effected on all defendants.

The FTC has served all of the Defendants in this case, and there is no longer a necessity for the seal.

In support of this unopposed Motion, the FTC states the following:

1. On Wednesday, June 5, 2024, a process server served all the defendants in this matter.

2. Counsel for defendants does not oppose this motion.

                                                      Respectfully submitted,

Dated: June 13, 2024                       /s/ Frances L. Kern
                                                Frances L. Kern
                                                Colleen Robbins
                                                Federal Trade Commission
                                                600 Pennsylvania Ave., NW
                                                Mailstop CC-8528
                                                Washington, DC 20580
                                                (202)326-2391; fkern@ftc.gov
                                                (202) 326-2548; crobbins@ftc.gov

                                                *Attorneys for Plaintiff*
                                                *Federal Trade Commission*