## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2024, I served the foregoing Unopposed Motion to Lift Temporary Seal and accompanying Proposed Order Lifting Seal via electronic mail to counsel identified on the service list below:

Mikhail Usher
Usher Law Group
1022 Ave. P
Second Floor
Brooklyn, NY 11223
musheresq@gmail.com

*Counsel for Defendants*
*TheFBAMachine Inc., Passive Scaling, Inc.,*
*Sales.Support New Jersey Inc., 1HR Deliveries*
*Inc., Hourly Relief Inc., 3PL Logistic Automation*
*Inc., FBA Support NJ Corp., Daily Distro LLC,*
*Closter Green Corp., and Bratislav Rozenfeld*

                                                   /s/ Frances L. Kern
                                                    Frances L. Kern