UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THEFBAMACHINE INC. *et. al.*, <br><br> Defendants. | Civil Action No. 24-6635 (JXN) (LDW) <br><br> **ORDER EXTENDING TRO AND ADJOURNING PRELIMINARY INJUNCTION HEARING** |

**WHEREAS**, on June 3, 2024, the Court issued an *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO") against defendants TheFBAMachine Inc.; Passive Scaling Inc., Sales.Support New Jersey Inc.; 1HR Deliveries Inc.; Hourly Relief Inc.; 3PL Logistic Automation Inc.; FBA Support NJ Corp.; Daily Distro LLC; Closter Green Corp., dba Wraith & Co.; and Bratislav Rozenfeld, aka Steven Rozenfeld and Steven Rozen (collectively, "Defendants");

**WHEREAS**, pursuant to Section XXVIII of the TRO, the TRO is set to expire fourteen (14) days after entry, unless it is extended for an additional period pursuant to Fed. R. Civ. P. 65(b)(2);

**WHEREAS**, pursuant to Section XXVI of the TRO, an order to show cause hearing was scheduled for June 17, 2024, at 9:30 a.m., on whether the Court should issue a preliminary injunction against Defendants;

**WHEREAS** the parties have jointly requested additional time to negotiate, if possible, a stipulated preliminary injunction and allow Defendants' counsel additional time to file a responsive brief;

**THEREFORE**, the TRO is extended by the consent of the parties until the Court has ruled on Plaintiff's application for a preliminary injunction, and an order to show cause hearing on

1

Plaintiff's application is set for **11:00 a.m.** on **July 30, 2024**. Defendants' answering pleadings, affidavits, motions, expert reports or declarations, or legal memoranda must be filed with the Court and served on counsel for Plaintiff by July 15, 2024. Plaintiff's responsive or supplemental pleadings, materials, affidavits, or memoranda must be filed with the Court and served on counsel for Defendants by July 23, 2024. Any motion to permit live testimony at the order to show cause hearing be filed with the Court and served on counsel for the other parties by July 15, 2024.

       **IT IS SO ORDERED**.

**Date**: June 14, 2024

                                                   **JULIAN XAVIER NEALS**
                                                   **United States District Judge**