**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Michele Dudas, Esq. (mdudas@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Receiver*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>  v.<br><br>THEFBAMACHINE INC., a corporation;<br><br>PASSIVE SCALING INC., a corporation;<br><br>SALES.SUPPORT NEW JERSEY INC., a corporation;<br><br>1HR DELIVERIES INC., a corporation;<br><br>HOURLY RELIEF INC., a corporation;<br><br>3PL LOGISTIC AUTOMATION INC., a corporation;<br><br>FBA SUPPORT NJ CORP., a corporation;<br><br>DAILY DISTRO LLC, a limited liability company;<br><br>CLOSTER GREEN CORP., doing business as WRAITH & CO., a corporation; and<br><br>BRATISLAV ROZENFELD, also known as Steven Rozenfeld and Steven Rozen, individually and as an officer or owner of THEFBAMACHINE INC., PASSIVE SCALING INC., SALES.SUPPORT NEW JERSEY INC., 1HR DELIVERIES INC., | Civil Action No. 24-6635 (JXN) (LDW)<br><br>**CERTIFICATION OF SERVICE** |

| |
|---|
| HOURLY RELIEF INC., 3PL LOGISTIC AUTOMATION INC., FBA SUPPORT NJ CORP., DAILY DISTRO LLC, and CLOSTER GREEN CORP., doing business as WRAITH & CO., a corporation, |
| Defendants. |

**MATTHEW KELLY,** of full age, hereby certifies as follows:

1. I am a legal assistant employed by the firm of McManimon, Scotland & Baumann, LLC, proposed counsel for Anthony Sodono, III, Temporary Receiver ("Receiver") for The FBA Machine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistics Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp d/b/a Wraith & Co. and Bratislav Rozen a.k.a. Steven Rozenfeld and Steven Rozen, individually and as an officer of The FBA Machine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistics Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp d/b/a Wraith & Co..

2. On June 14, 2024, I caused copies of the following documents to be served on all parties on the annexed Service List via email and regular mail:

    (a) Application of Anthony Sodono, III, Temporary Receiver, for Entry of an Order Authorizing Retention of (i) McManimon, Scotland & Baumann, LLC as Counsel to Receiver; and (ii) Eisner Advisory Group LLC as Accountants to the Receiver (the "Application")

    (b) Certification of Sari B. Placona, Esq., in Support of the Application;

    (c) Certification of Anthony Calascibetta in Support of the Application; and

    (d) proposed form of Order.

   I hereby certify that the foregoing statements made by me are true.  I am aware if any of the foregoing statements made by me is willfully false, I am subject to punishment.

                 */s/ Matthew Kelly*
                 Matthew Kelly

Dated: June 14, 2024

## Service List

Colleen Robbins
Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-8543
Washington, DC 20580
Crobbins@ftc.gov
*Plaintiffs*

Frances L. Kern
Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-8543
Washington, DC 20580
fkern@ftc.gov
*Plaintiffs*

Mikhail Usher, Esq.
Usher Law Group
1022 Ave P, 2nd Floor
Brooklyn, NY 11223
musheresq@gmail.com
*Counsel for Defendants*