UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THEFBAMACHINE INC. et al.,<br><br>Defendants. | Civil Action No. 24-CV-6635 (JXN) (LDW)<br><br>**ORDER LIFTING SEAL** |

The Federal Trade Commission has provided notice to the Court that all Defendants in this matter have been served. Based on this Notice, and pursuant to its Seal Order (Docket No. 6), the Court LIFTS the Seal. The Clerk of the Court shall place the entire file and docket in this matter, including the Complaint, Plaintiff's Emergent *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction with Other Equitable Relief, and all other pleadings, motions, exhibits, and other papers and materials filed in support thereof, on the publicly accessible docket.

**IT IS SO ORDERED.**

Date: June 18, 2024

_____
JULIAN XAVIER NEALS
United States District Judge

1