Frances L. Kern
Colleen Robbins
Federal Trade Commission
600 Pennsylvania Ave, NW, CC-8543
Washington, DC 20580
(202) 326-2391; fkern@ftc.gov (Kern)
(202) 326-2548; crobbins@ftc.gov (Robbins)
(202) 326-3395 (Fax)

*Attorneys for Plaintiff Federal Trade Commission*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THEFBAMACHINE INC. et al., <br><br> Defendants. | CIVIL ACTION NO. 24-CV-6635 <br><br> **PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT** |

Plaintiff, Federal Trade Commission ("FTC"), hereby provides notice of the filing of its Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(a). The Amended Complaint names Amanda Rozenfeld, also known as Amanda Peremen and Amanada Peremen, as a defendant in the matter and alleges against her violations of the Federal Trade Commission Act (Count I), the Business Opportunity Rule (Counts III–V), and the Consumer Review Fairness Act (Count VIII).

The FTC files the Amended Complaint as a matter of right, as fewer than 21 days have passed since Plaintiff's Complaint was served. *See* Fed. R. Civ. P. 15(a)(1)(A).

                              Respectfully submitted,

Dated: June 14, 2024                /s/ Frances L. Kern
                                        Frances L. Kern
                                        Colleen Robbins
                                        Federal Trade Commission
                                        600 Pennsylvania Ave., NW
                                        Mailstop CC-8528
                                        Washington, DC 20580
                                        (202)326-2391; fkern@ftc.gov
                                        (202) 326-2548; crobbins@ftc.gov

                                        *Attorneys for Plaintiff*
                                        *Federal Trade Commission*