## CERTIFICATE OF SERVICE

 I hereby certify that on June 14, 2024, I served the foregoing Plaintiff's Notice of Filing Amended Complaint via electronic mail to counsel identified on the service list below:

Mikhail Usher
Usher Law Group
1022 Ave. P
Second Floor
Brooklyn, NY 11223
musheresq@gmail.com

*Counsel for Defendants*
*TheFBAMachine Inc., Passive Scaling, Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistic Automation Inc., FBA Support NJ Corp., Daily Distro LLC, Closter Green Corp., and Bratislav Rozenfeld*

           /s/ Frances L. Kern
           Frances L. Kern