**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Michele Dudas, Esq. (mdudas@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THEFBAMACHINE INC., a corporation; <br><br> PASSIVE SCALING INC., a corporation; <br><br> SALES.SUPPORT NEW JERSEY INC., a corporation; <br><br> 1HR DELIVERIES INC., a corporation; <br><br> HOURLY RELIEF INC., a corporation; <br><br> 3PL LOGISTIC AUTOMATION INC., a corporation; <br><br> FBA SUPPORT NJ CORP., a corporation; <br><br> DAILY DISTRO LLC, a limited liability company; <br><br> CLOSTER GREEN CORP., doing business as WRAITH & CO., a corporation; and <br><br> BRATISLAV ROZENFELD, also known as Steven Rozenfeld and Steven Rozen, individually and as an officer or owner of THEFBAMACHINE INC., PASSIVE SCALINING INC., SALES.SUPPORT NEW JERSEY INC., 1HR DELIVERIES INC., HOURLY RELIEF INC., 3PL LOGISTIC | Civil Action No. 24-6635 (JXN) (LDW) |

| |
|---|
| AUTOMATION INC., FBA SUPPORT NJ CORP., DAILY DISTRO LLC, and CLOSTER GREEN CORP., doing business as WRAITH & CO., a corporation, |

                                        Defendants.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Anthony Sodono, III, Temporary Receiver ("Receiver") for The FBA Machine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistics Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp d/b/a Wraith & Co. and Bratislav Rozen a.k.a. Steven Rozenfeld and Steven Rozen, individually and as an officer of The FBA Machine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistics Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp d/b/a Wraith & Co.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Sari B. Placona, Esq.
McManimon Scotland & Baumann, LLC
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
973-622-1800 (phone)
Email:  splacona@msbnj.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                                                    */s/ Sari B. Placona*
                                                    Sari B. Placona

Dated: June 21, 2024

4874-9394-8362, v. 1