**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III, Esq. (asodono@msbnj.com)
Michele Dudas, Esq. (mdudas@msbnj.com)
Sari B. Placona, Esq. (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>THEFBAMACHINE INC., a corporation; PASSIVE SCALING INC., a corporation; SALES.SUPPORT NEW JERSEY INC., a corporation; 1HR DELIVERIES INC., a corporation; HOURLY RELIEF INC., a corporation; 3PL LOGISTIC AUTOMATION INC., a corporation; FBA SUPPORT NJ CORP., a corporation; DAILY DISTRO LLC, a limited liability company; CLOSTER GREEN CORP., doing business as WRAITH & CO., a corporation; BRATISLAV ROZENFELD, also known as Steven Rozenfeld and Steven Rozen, individually and as an officer or owner of THEFBAMACHINE INC., PASSIVE SCALINING INC., SALES.SUPPORT NEW JERSEY INC., 1HR DELIVERIES INC., HOURLY RELIEF INC., 3PL LOGISTIC AUTOMATION INC., FBA SUPPORT NJ CORP., DAILY DISTRO LLC, and CLOSTER GREEN CORP., doing business as WRAITH & CO., a corporation; and AMANDA ROZENFELD, also known as Amanda Peremen and Amanada Peremen, individually,<br><br>       Defendants. | Civil Action No. 24-6635 (JXN) (LDW)<br><br>**ORDER AUTHORIZING ANTHONY SODONO, III, TEMPORARY RECEIVER, TO OPERATE NORTH BERGEN FACILITY FOR THE SOLE PURPOSE OF FULFILLING AND PROCESSING EXISTING CUSTOMER ORDERS AND RETURNS, AND TO PAY EXPENSES INCURRED IN THE ORDINARY COURSE RELATED THERETO** |

**THIS MATTER** having been presented to the Court by Anthony Sodono, III, Temporary Receiver ("Receiver") for the litigation commenced by the Federal Trade Commission ("FTC") on June 3, 2024 ("Filing Date") as against The FBA Machine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistics Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp d/b/a Wraith & Co. and Bratislav Rozen a.k.a. Steven Rozenfeld and Steven Rozen ("Mr. Rozenfeld"), individually and as an officer of The FBA Machine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistics Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp d/b/a Wraith & Co. (the "Receivership Entities"), as amended on June 14, 2024 to name Amanda Rozenfeld, a/k/a Amanda Peremen and Amanada Peremen, individually, upon the emergent request of the Receiver to operate the facility utilized by the Receivership Entities, or any of them, located at 2011 Eighth Street, North Bergen, New Jersey (the "North Bergen Facility") for the sole purpose of processing any existing orders and/or returns of the customers of the Receivership Entities (the "Customers") located at the North Bergen Facility ("Order Fulfillment"), and pay ordinary course expenses outstanding and/or incurred in connection therewith; and the relief requested is appropriate and necessary to prevent harm to the Receivership Entities and their Customers; and the Temporary Receiver having provided notice to counsel to the FTC and the Receivership Entities; and sufficient cause having been shown;

**IT IS** on this _____ day of _____, 2024;

**ORDERED** that the Receiver be and hereby is authorized to fulfill any existing orders and/or returns at the North Bergen Facility, utilizing the six (6) employees that were previously employed by the Receivership Entities as of the Filing Date ("Existing Employees") or, if those employees are unable or unwilling to return to work for the sole and limited purpose of the Order

Fulfillment, by any new employees employed on similar terms and conditions as the Existing Employees, with the oversight and direction of the Receiver utilizing the services of Fulvio DiPaolo, or any of Mr. DiPaolo's representatives (collectively, "Mr. DiPaolo"); and it is further

**ORDERED**, that the Receiver is authorized to pay the Existing Employees any past-due wages, in the estimated amount of $5,000, and incur costs related to the employment of the Existing Employees, any new employees, and Mr. DiPaolo from funds frozen by the FTC in connection with this Court's June 3, 2024 Temporary Restraining Order, as same was extended amended on June 14, 2024 (the "TRO"); and it is further

**ORDERED** that any funds of the Receivership Entities frozen pursuant to the TRO may be transferred to an account established by the Receiver to satisfy amounts due or incurred in connection with the Order Fulfillment; and it is further

**ORDERED**, that the Receiver is authorized to pay any past due shipping fees to YMB Enterprises, an entity which, upon information and belief, is unrelated to the Receivership Entities; in the estimated amount of $8,000, and pay any further shipping fees incurred in connection with the Order Fulfillment; and it is further

**ORDERED**, that unless expressly requested or required by the Receiver and/or Mr. DiPaolo, Mr. Rozenfeld shall have no involvement and shall not interfere in any way with the Receiver's fulfillment of his duties as set forth in this Order; and it is further

**ORDERED** that the Receiver is authorized to reimburse Mr. DiPaolo for any ordinary and necessary expense incurred in connection with this matter.

 

HONORABLE JULIEN XAVIER NEALS
UNITED STATES DISTRICT COURT JUDGE