### DECLARATION OF MANNY BAYO
### Pursuant to 28 U.S.C. § 1746

I, Manny Bayo, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Manny Bayo. I am over the age of 18 and reside in Hackensack, New Jersey.

2. I am a full-time process server and work in northern New Jersey.

3. Around March 2024, I was hired by LawServe LLC to serve legal documents in a New Jersey state court case captioned Genes v. Passive Scaling. I was told the company's registered address was ███████████ in Edgewater, New Jersey.

4. I initially made several attempts to serve the papers at the Edgewater address, which was part of a duplex. But every time I went, the house was dead—there weren't any interior lights on or cars in the driveway, and the trash hadn't been removed. I even saw that some toys in the hallway of the house that were visible through the window of the front door hadn't moved from one week to the next.

5. I often try to talk to neighbors when I've made several unsuccessful attempts to serve documents. On two different attempts, I knocked on the neighbor's door at the other side of the duplex ██████. I could see people in the living room and the TV was on, but they refused to come to the door both times.

6. I called it quits for a week or so and then came back to give it another shot. This time a woman answered the door, and I spoke with her for several minutes.

7. She told me the person I was trying to serve didn't live there anymore and she didn't know where he was. I returned to my car and called my supervisor at LawServe. I explained what had happened and asked him if I should give the woman the papers. He told me that I should, since the address was the company's registered address and, based on information

1

he had received from the plaintiff's lawyer, the woman I spoke with connected to the defendant and likely dodging service.

8. I went back to the house to serve the papers. I gave the woman who answered the door the papers and asked for her first name. She told me it was Samantha.

9. I routinely wear and turn on a body camera when I'm doing my work. I recorded both of my interactions with the woman who answered the door at ████████████. I provided true and correct copies of these videos to the Federal Trade Commission on June 20, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____ June 24 _____, 2024
Hackensack, New Jersey                          Manny Bayo _____

2