## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically filed the foregoing (1) Application for Preliminary Injunction with Other Equitable Relief as to Amanda Rozenfeld, (2) Plaintiff's Memorandum of Law in Support of Its Application for Preliminary Injunction with Other Equitable Relief as to Amanda Rozenfeld, (3) Plaintiff's Exhibit 22, (4) Plaintiff's Exhibit 23, and (5) accompanying Proposed Preliminary Injunction with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to counsel of record identified on the service list below:

| | |
|---|---|
| Mikhail Usher<br>Alexander Susi<br>Usher Law Group<br>1022 Ave. P<br>Second Floor<br>Brooklyn, NY 11223<br>(718) 484-7510<br>musheresq@gmail.com<br>alexanderesq35@gmail.com | Anthony Sodono, III<br>Michele Dudas<br>Sari B. Placona<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, Ste. 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>asodono@msbnj.com<br>mdudas@msbnj.com<br>splacona@msbnj.com |
| *Attorneys for Defendants TheFBAMachine Inc.; Passive Scaling Inc.; Sales.Support New Jersey Inc.; 1HR Deliveries Inc.; Hourly Relief Inc.; 3PL Logistic Automation Inc.; FBA Support NJ Corp.; Daily Distro LLC; Closter Green Corp., d/b/a Wraith & Co.; Bratislav Rozenfeld, a/k/a Steven Rozenfeld and Steven Rozen; and Amanda Rozenfeld, a/k/a Amanda Peremen and Amanada Peremen* | *Attorneys for Receiver Anthony Sodono, III* |

      /s/ Frances L. Kern
      Frances L. Kern