# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THEFBAMACHINE INC. et al., <br><br> Defendants. | CIVIL ACTION NO. 24- 6635 (JXN) (LDW) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ALIGN BRIEFING SCHEDULE AND HEARING FOR APPLICATION FOR PRELIMINARY INJUNCTION AND OTHER EQUITABLE RELIEF AS TO AMANDA ROZENFELD** |

Upon consideration of the FTC's unopposed request to align the briefing schedule and hearing for its Application for Preliminary Injunction with Other Equitable Relief as to Amanda Rozenfeld with the briefing schedule and hearing laid out in the Order Extending TRO and Adjourning Preliminary Injunction Hearing (Docket No. 22), it is hereby:

**ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the hearing for the preliminary injunction ("PI Hearing") with respect to all Defendants is set for July 30, 2024, at 11:00 a.m. Defendants' answering pleadings, affidavits, motions, expert reports or declarations, or legal memoranda must be filed with the Court and served on counsel for Plaintiff by July 15, and Plaintiff's responsive or supplemental pleadings, materials, affidavits, or memoranda must be filed with the Court and served on counsel for Defendants by July 23. Any motion to permit live testimony at the PI Hearing must be filed with the Court and served on counsel for the other parties by July 15.

IT IS SO ORDERED.

Date: _____

_____
The Honorable Julian Xavier Neals
United States District Judge