## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically filed the foregoing (1) Plaintiff's Unopposed Motion for Aligning Briefing Schedule and Hearing on Application for Preliminary Injunction with Other Equitable Relief as to Amanda Rozenfeld with Order Extending TRO and Adjourning Preliminary Injunction Hearing and Memorandum in Support Thereof and (2) accompanying Proposed Order with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to counsel of record identified on the service list below:

| | |
|---|---|
| Mikhail Usher<br>Alexander Susi<br>Usher Law Group<br>1022 Ave. P<br>Second Floor<br>Brooklyn, NY 11223<br>(718) 484-7510<br>musheresq@gmail.com<br>alexanderesq35@gmail.com | Anthony Sodono, III<br>Michele Dudas<br>Sari B. Placona<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, Ste. 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>asodono@msbnj.com<br>mdudas@msbnj.com<br>splacona@msbnj.com |
| *Attorneys for Defendants TheFBAMachine Inc.; Passive Scaling Inc.; Sales.Support New Jersey Inc.; 1HR Deliveries Inc.; Hourly Relief Inc.; 3PL Logistic Automation Inc.; FBA Support NJ Corp.; Daily Distro LLC; Closter Green Corp., d/b/a Wraith & Co.; Bratislav Rozenfeld, a/k/a Steven Rozenfeld and Steven Rozen; and Amanda Rozenfeld, a/k/a Amanda Peremen and Amanada Peremen* | *Attorneys for Receiver Anthony Sodono, III* |

    /s/ Frances L. Kern
Frances L. Kern