Frances L. Kern
Colleen Robbins
Federal Trade Commission
600 Pennsylvania Ave, NW, CC-8543
Washington, DC 20580
(202) 326-2391; fkern@ftc.gov (Kern)
(202) 326-2548; crobbins@ftc.gov (Robbins)
(202) 326-3395 (Fax)

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THEFBAMACHINE INC. et al., <br><br> Defendants. | 2:24-CV-06635 (JXN) (LDW) |

**NOTICE FOR THE USE OF COURTROOM TECHNOLOGY**

Pursuant to the Court's Chambers Procedures (Section VI), the Federal Trade Commission ("FTC") hereby notifies the Court that the FTC intends to use electronic demonstrative evidence at the preliminary injunction hearing scheduled for July 30, 2024. The FTC respectfully requests the opportunity to practice using the technology prior to the hearing, preferably on July 29.

|  | Respectfully submitted, |
|---|---|
| Dated: 7/16/20024 | /s/ Colleen Robbins<br>Frances L. Kern<br>Colleen Robbins<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW<br>Mailstop CC-8528<br>Washington, DC 20580<br>(202)326-2391; fkern@ftc.gov<br>(202) 326-2548; crobbins@ftc.gov<br><br>*Attorneys for Plaintiff*<br>*Federal Trade Commission* |