**TABLE OF EXHIBITS**

| Exhibit | Description | Bates Range |
|---|---|---|
| PX 1 | Declaration of Kirk Bausch | 1–75 |
| PX 2 | Declaration of Eueal Berta | 76–124 |
| PX 3 | Declaration of Michael Hickenlooper | 125–53 |
| PX 4 | Declaration of Giordano Lanuto | 154–77 |
| PX 5 | Declaration of Carlos Angeles, III | 178–222 |
| PX 6 | Declaration of Acacia Chidi | 223–58 |
| PX 7 | Declaration of Alvaro Lizaraso | 259–324 |
| PX 8 | Declaration of Kayleigh Severn | 325–410 |
| PX 9 | Declaration of Pankil Shah | 411–513 |
| PX 10 | Declaration of Shona Killoughery | 514–73 |
| PX 11 | Declaration of Alpesh Patel | 574–630 |
| PX 12 | Declaration of Nichelle Washington | 631–63 |
| PX 13 | Declaration of Lynn Rojas | 664–762 |
| PX 14 | Declaration of Kenny Craig | 763–876 |
| PX 15 | Declaration of Ross Laughter | 877–911 |
| PX 16 | Declaration of Ernest Balenzuela | 912–81 |
| PX 17 | Declaration of Andrew Easton | 982–1073 |
| PX 18 | Declaration of Tyler Broome | 1074–1100 |
| PX 19 | Declaration of Elizabeth Anne Miles | 1101–28 |
| PX 20 | Declaration of Reeve Tyndall | 1129–1503 |
| PX 21 | Declaration of Alison Briginshaw | 1504–31 |
| PX 22 | Declaration of Manny Bayo | 1532–33 |
| PX 23 | Second Declaration of Reeve Tyndall | 1534–57 |
| PX 24 | Declaration of Matthew Genes | 1558–1761 |
| PX 25 | Declaration of Terry Cooke | 1762–64 |
| PX 26 | Declaration of Karen Denny | 1765–67 |
| PX 27 | Declaration of James Deren | 1768–78 |
| PX 28 | Declaration of Mark Ramirez | 1779–82 |
| PX 29 | Declaration of Ian Plocher | 1783–1818 |
| PX 30 | Declaration of Luke Rotta | 1819–1903 |
| PX 31 | Declaration of Benjamin Vafai | 1904–05 |
| PX 32 | Declaration of Jatinder Vij | 1906–07 |
| PX 33 | Declaration of Bryce Wilbanks | 1908–10 |

| Exhibit | Description | Bates Range |
|---------|-------------|-------------|
| PX 34 | Declaration of Richard Kaplan | 1911–2379 |
| PX 35 | Second Declaration of Tyler Broome | 2380–82 |
| PX 36 | Third Declaration of Reeve Tyndall | 2383–2697 |