**DECLARATION OF TERRY COOKE**
**Pursuant to 28 U.S.C. § 1746**

I, Terry Cooke, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Terry Cooke.  I am over the age of 18 and reside in Longboat Key, Florida.

2. In approximately December 2023, I saw an ad online for an opportunity to make money through an e-commerce store and I clicked on the ad.  I then spoke with someone over the phone. The sales agent told me that the company was called FBA Machine and the company would manage an Amazon third-party seller store for me.  I would have some say in the inventory sold in the store, but the company had virtual assistants to help run the store and I would make passive income from the sales generated from the store.  The sales agent told me that I could make $10,000 in revenue in 90 days.  The sales agent also showed me a spreadsheet that projected revenues and profits.  I was told that my store would take time to build, but I would have a profitable store.  During the sales process, I watched a video of a call between someone at FBA Machine and a client.  It was as if the client was called on the spur of the moment and the client said he was hitting $721 per day in sales.  I hoped that I could do better than that, but even those types of sales would have been good.

3. There were two options.  One option cost $6900 and the other option cost $30,000.  Since I wanted to be part of the decision-making process with the inventory, I chose the $6900 option.  I was told that was the only difference between the two options.  I was told that the more expensive option had a higher profit return.

4. In approximately December 2023, I signed up with FBA Machine because I was told they had a lot of success stories, they had been in business for a long time, and if I didn't generate $10,000 in 90 days, I would be able to get my money back. My store opened soon after

that because I already had a business name and tax identification number.  I paid $6900 via Paypal.

5. I never received any document from FBA Machine with any information substantiating their earning and profit claims contained in their profit spreadsheet or over the phone with the sales agent.  I also never received a document from FBA Machine (or any associated companies) telling me whether the company has been subject to legal action or a list of consumers who purchased their services in the past 3 years.

6. After I purchased, I was assigned to someone named Melissa and to a virtual assistant. There was a monthly $200 fee for the virtual assistants and a monthly $99 fee for sales support software that I had to use for my store.  I paid those automatic payments with a credit card.

7. My store opened in January 2024, but the products were not loaded and ready for sale until approximately February 2024.  I bought inventory approximately two times for a total of approximately $2696.  The first purchase included deodorant and mouthwash.  The second purchase included, among other things, soap and gum; however Amazon would not release the gum for sale.

8. I have never hit $10,000 in sales as promised in 90 days or ever.  I also never came close to $721 per day in sales like in the video testimonial.  I do have sales, but it is going slowly. In addition, I don't see how this will ever be profitable because the profit margins are so slim with fees and the cost of inventory.

9. On the sales calls, I was told I could reach 20% profit margins, get live group coaching calls, have one on one calls with Steven, and have access to 8 warehouses.  None of this

has transpired.  I have only made approximately $5,246 in sales between February and May 2024, and I received only $2,400 from Amazon for my sales.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _Jul 2_____, 2024

~~Longboat Key, Florida~~

ST. Louis, MO, 63131

Terry Cooke

_7-2-24_

PX25

001764