## DECLARATION OF KAREN DENNY
### Pursuant to 28 U.S.C. § 1746

I, Karen Denny, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Karen Denny. I am over the age of 18 and reside in Fort Lauderdale, Florida.

2. In approximately September 2023, I found a company online called FBA Machine that could manage a third-party e-commerce store on Amazon for me so that I could make some additional income. I filled out an online form and then I spoke with a salesperson named Wes. He told me about a "Done With You" package FBA Machine offers where I could get personal training with the CEO of the company, Steven. Wes told me there was a guarantee that the company would get my store to about $12,000 in sales within a short amount of time, and he told me that it could become a six-figure income for me if I scaled it. He also told me that I could reasonably expect to make 18% to 20% profit on items I'd sell in my store.

3. Below is an email that Wes sent me during our sales conversations.



4. Under the "Done With You" model, FBA Machine would do all the work running my store, but I would learn how to run a store along the way. Wes told me he was growing his own

Amazon store too. He also tried to refer me to a few financing companies that could give me a no-interest loan, but I was not approved.

5. I decided to purchase the business opportunity using cash and spent $7500 for the initial fee for the "Done With You" program. Before purchasing, I searched online for FBA Machine. The company didn't have any bad reviews, and I saw that a number of other automation companies that did. FBA Machine even had a couple of good reviews, so I thought the company was legitimate.

6. I never received any document from FBA Machine with any information substantiating their earning and profit claims made over the phone with the sales agent. I also never received a document from FBA Machine (or any associated companies) telling me whether the company has been subject to legal action or a list of consumers who purchased their services in the past 3 years.

7. After I purchased, I was assigned a virtual assistant who appeared to be in another time zone, I believe in Asia. The virtual assistant was hard to reach, hardly communicated, and did not speak English very well. I only heard from him when I had to authorize inventory orders for my store. He was unable to answer my questions when I asked about reviewing my inventory and analyzing reports on my store's performance.

8. I also had calls with Jerdonna and Melissa to try to understand what items were being purchased for my store, how much they cost, and how much I could expect to earn in profit from them.

9. FBA Machine signed me up for sales support software which cost me an additional $99 per month. This was supposed to help manage my store. In addition, the company signed me up with a distributor named KeHe, a company that sells food products, and Frontier,

another distributor. KeHe and Frontier would debit my account for inventory. At one point, there was a product on backorder, and KeHe debited my account after several months in the amount of $2500. I had forgotten about those products, and I was upset that I did not receive any notice that my account would be debited.

10. FBA Machine also started harassing me to give my credit card information to subscribe me to 3PL, a service it used to package and ship items to Amazon. I felt like there were a lot of hidden charges I was not informed about before I purchased.

11. I spent approximately $5,000 in addition to my initial fee for vendors, sales support software, and Amazon fees, and yet I had negative income. My store did not make the amount of money I was promised.

12. I never received any training from Steven, even though this was how the model was sold to me.

13. Prior to signing up for FBA Machine, I searched online to see if there were any negative reviews and could find NOTHING.

14. I lost over $12,000 with FBA Machine through May 2024. I was told I would make 18% to 20% profit on items sold in my store, and that never happened.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 9th, 2024
Fort Lauderdale, Florida

Karen Denny