## DECLARATION OF JATINDER VIJ
### Pursuant to 28 U.S.C. § 1746

I, Jatinder Vij, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Jatinder Vij. I am over the age of 18 and reside in Attleboro, Massachusettes.

2. In approximately September 2023, I found a company on the Internet called FBA Machine that could manage a third-party e-commerce store for me on Amazon so that I could make some passive income. I spoke with a sales agent who told me the company manages the store and orders the inventory. FBA Machine would assign me a virtual assistant to work on my store and if my store doesn't make $10,000 in three months, the company will work for free until my store makes that amount. The sales agent also told me that FBA Machine could scale my store.

3. I paid $6500 to FBA Machine with my credit card for the initial fee and signed a contract. I decided to go with FBA Machine because the company said it would work for free if I did not make $10,000 in sales in three months and the company said it had its own warehouse.

4. I never received any document from FBA Machine with any information substantiating their earning and profit claims I received over the phone with the sales agent. I also never received a document from FBA Machine (or any associated companies) telling me whether the company has been subject to legal action or a list of consumers who purchased their services in the past 3 years.

5. After my store opened, I received an invoice for inventory and paid approximately $8,000 for food products from a distributor called KeHe.

6. I also had to pay a monthly $99 fee for software to use on my store. However, I told the company that I am not making any money and I asked why I was being charged a monthly fee when I was not making any money. Ultimately, FBA Machine refunded the payments I made for the software.

7. I received another invoice for approximately $4747 for inventory, but I never received that inventory. I communicated with the virtual assistant over text and email asking about the location of my inventory and the person could not tell me. I still don't know what happened to it.

8. My store received some sales, but I did not make $10,000 in sales as promised and FBA Machine has not performed as it promised.

9. I am out approximately $11,000 and have lost inventory.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/5/2024
Attleboro, Massachusettes

Jatinder Vij