# INTRO

**Hey, this is _____ ??**

**Hey_____, I'm {YOUR NAME HERE}.  I am calling because you scheduled a call for _____Monday 8PM_____ requesting information about starting an amazon business or having an Amazon business managed for you. I am just calling to make sure ___8____PM is still a good time for you ?**

**I just wanted to ask a few questions to make sure its going to be a good use of your time and our program will be helpful for you. Are you currently selling on amazon or are you interested to get started?**

- Yes, I have a store already
    - OK That's great to hear and congrats. Was there anything in particular you were looking for help with since you're already selling?

- No , I don't have a store yet.
    - OK. Why did you want to start one now?

## ESTABLISH PAIN POINTS

- ❖ What made you interested in making money on Amazon?
- ❖ How much profit are you looking to make per month from an Amazon store?
- ❖ Gather pain points - Why this amount for monthly profit? Retired? More time?

Deeper pain points-

- ❖ why this amount would benefit you
- ❖ Why do you want to quit your job?
- ❖ Why do you want to work remote ?

Sounds great, that is easily achievable with Amazon.

Qualify the lead

- ❖ This is a business and it requires capital. Are you working currently or what's your current financial situation?
- ❖ How much funds do you have set aside to get the business started? What's your current financial situation?
- ❖ Based on how much you have available, we can give you an idea of how much you can make based on the returns our stores usually bring.
- ❖ Typically our clients see a 20% return on investment for inventory , which is why we want to understand your situation.

## FUNDING OPTIONS

Under 5k - Not ready for Amazon FBA - Send for Funding REQUIRED


Under 10k - Send for Funding

Do you Have a Business ?
If yes, How much profit do you Show ?
Do you have 2 years tax returns?

If not, Do you have proof of income?
If so , how much ?

What is your Credit Score ?
If NO, GO TO ….NOW
IdentityIQ, CreditKarma, Experian

Do you have any Derogatories ?
Any Late payments, Bankruptcy, open Collections ?
If yes, How long ago? How Much?

What is your Credit Utilization?
How much total credit do you have combined with all credit cards ?
How much do you owe in total for all credit cards ?


Steven has been doing this for over 8 years and managed over 120 million
in lifetime sales. Please check out his youtube before the call starts for
more information on his program and coaching style.
https://youtube.com/@thefbamachine


Keywords for offers

Offers

1. theFBAmachine - Done with you - $7500 [>2500]

    a. Need at least 5-10k for inventory

    b. Hands on - Involved with processes , but still Passive.

    c. Replace my job

    d. Side income

    e. Responsible for your own business

    f. Strategy can be customized as they like.

    g. Coaching

    h. More control of day to day, Categories , purchase orders, etc.

    i. No Profit share - Learn and pay hourly $5

    j. Pay with CC - Deposit to reserve spot

2. theFBAmachine  -> Done For You - $15,000- $40,000

    a. NO OPTIONS FOR LOAN- Must be cash

    b. at least 40,000 working capital

    c. Hands Off - Not involved

    d. Our Process and Systems - No customization

    e. No responsibility

    f. Passive Investment

    g. I don't want to be involved

    h. Very Little or NO Time

    i.  Profit share

3. CoBrands.com  - Brand Acquisition - >$50,000

    a.  Can have 0 money out of pocket.

    b.  Little to NO risk involved.

    c.  Established sales history >24 months

    d.  Already profitable >$4000 a month

    e.  Cost of business is annual profit x3 years

    f.  Secure funding by Stacking bank offers

        1.  One bank is used for downpayment - Up to $200,000

            a.  Credit Requirement

            b.  Proof of income

        2.  Second bank for business acquisition - Up to 4x ( $800,000) $22,000 monthly profit

            a.  No personal Guarantee

            b.  Bank will underwrite the business , not your credit or your income.

        3.  After Loan payments, you will still profit 20%-30% of the monthly cash flow

    g.  Our team will vet, acquire and come with a plan to scale the business to a 50-100% increase to guarantee you full return of your investment within 24 months or money back.

**Pros**
- Minimal Responsibility

**Cons**
- No Control
- Under Non-Compete
- Have To Pay Profit Share
- No Say In How It's Managed
- Possibility Of Contract Cancellation
- No Understanding Of The Business
- Changes In Management/Partnerships
- Have To Pay To Launch Each Additional Store

VS.

**Pros**
- Full Control
- No Profit Share
- No Non-Compete
- Still Passive Business
- Extremely Duplicatable
- Full Understanding Of The Business
- Can Run Your Own Automation Business
- Don't Have To Pay To Launch Additional Stores

**Cons**
- More Responsibility

If a person doesn't want to answer any qualifying questions , ask them :

" We just want to make sure this is going to be a good fit for you since this is a business, not a one time product purchase. How do we know if this is a good fit for you short term or long term? "

no minimum for inventory* for set up we charge a fee but depends on what you are interested in(senior rep)

IF THE PERSON IS UNQUALIFIED…
- GO TO OPTION TO OFFER FINANCE
  - IF INTERESTED , CHECK THEIR CREDIT POTENTIAL. - we work with banks that can offer credit

- ○ IF CREDIT IS GOOD, ADD TO SHEET
- IF CREDIT IS POOR, OFFER CREDIT REPAIR SCRIPT.

IF THE PERSON IS QUALIFIED…

- **So what I recommend for you is** THE STORE SETUP.
- ~~I can send you over a proposal that we can review together. In the proposal, we will be going over our company, the process, ALL COSTS, our refund policy, and our current client testimonials and results.~~
- It would take about 15-20 minutes. Would later be a good time or would you prefer to schedule a zoom call where you'll be in a more comfortable setting?
- set up time with senior associate

# THE OFFER

Well, we are the FBA Machine. Our office is located at #78 John Miller Way, Kearny, New Jersey 07032. We have been in business for over 7 years. Our website is thefbamachine.com and we are on youtube as The FBA Machine. We also have 8 warehouse locations in the US with the main location in Kearny, New Jersey.

- Alright, so we will work with you to open an Amazon seller account. ==(If they already have one that's a plus)==
- After the store is approved by Amazon, we open accounts with suppliers and distributors. ==(In the USA only)==
- We will then integrate your store with our program that's called SALES.SUPPORT. *Sales.support assist in making managing your store much easier and faster. EG. It has a repricer tool to help price your products. Also it will aid in selecting products from a catalog containing thousands of products to suit your budget.*
- Once a purchase order has been created and paid for, those items are then shipped to our warehouse, *(if you have a warehouse that's fine)* we then check them, prep and pack them to be sent to Amazon to sell as FBA items.
- We will assign a virtual assistant to your store who will work with you for a month. *The Virtual Assistant will help with opening vendor accounts, navigating your store, making sure you are making profits, enlisting catalog of items on your store and also work to ungate your store to include multiple different categories, so we will be able to sell a wide variety of items on your store.*

- **Also we will be giving you an Amazon wholesale course. This will give you all the background knowledge you need to efficiently manage your store.**

## CLOSE

<mark>If you can just go down to the page that says NEXT Steps so you can sign and get started right away.</mark>

- If you are interested and want to get started and start building your ecommerce business, The best thing you can do is just take that step, because if you wait you might never get started.
- We have some really good VAs that just became available from other jobs, so the good ones usually get booked quicker. So if you want to start producing profits with Amazon, you wanna just click over to the next steps section.
- You can just click sign and I can then go over to the onboarding team and secure the best VA to help manage your store based on what your specific needs are.

# IF NO CLOSE, LISTEN AND OFFER REBUTTALS

# if you continue to pitch, the client will say

# you're "being pushy". DO NOT BE PUSHY!!!

| Client Says | Issue | Response |
|---|---|---|
| I need to speak to my wife and get back to you. | Client isn't comfortable moving forward right now. | |
| | | If your wife says no, are you still going to go through with this? |
| | | Is your wife going to be involved in the business? If not, then it sounds like you just want to make sure she's ok with it and you would be covered under our refund policy. |
| I need some time to review the document | Not comfortable OR not interested. Explain the product | |

| | | |
|---|---|---|
| then get back to you. | better. | |
| | This line will tell you why they are not ready and you can TALK about that. | Any part in particular do you need time to think about? |
| | | Why did you think this would be a good fit for you initially? |
| | | You said you wanted …. , do you think this can get that for you? |
| How do I know this is not a Scam? | No trust established | |
| | | Go to our social pages - youtube, and Instagram, Let me send you some testimonials. |
| | | We offer a money back refund. That's also protected by VISA on your side but that would cause us harm if you created a dispute, so if you're ever not happy, you just come back to me and I will have your payment refunded. |

| I don't have enough money to pay now. | Funding Issue | |
|---|---|---|
| | | OK. How much do you have to get you started today? |
| | | Collect a deposit to lock in their place. |
| I'm not ready to start now. | Not enough interest. Not comfortable | |
| | | Why were you originally interested in this offer? |
| | | How long do you think you want to think about this? What happens if that time comes and you still haven't made the commitment ? How will that affect you ? |
| | | Why do you need that extra money ? |
| | | If you delay it longer, it might make it harder for you to get started. It's getting harder by the month with amazon as they are adding new restrictions and our offer |

| | | is free of obligations |
|---|---|---|
| I need to read the fine print | | We do not have a fine print. We offer a money back guarantee. We are more interested in long term business relationships, we don't care for your sale when we can work with you long term and provide you resources for years to come, but that's only if you're a good fit which is why we offer money back if you don't get started. |
| I need to get my LLC first before I get started | Not ready to start. Needs more urgency | |

| | | |
|---|---|---|
| | | I would rather see you move forward with this contract because once you do, our team can help you set that up correctly including the resale certificate. If it's not set up correctly, our team may ask you to redo it so that amazon approves your application. There is a certain format you need to have to be verified by amazon. You can still cancel if you end up not moving forward even after we help you with the LLC, but I would really hate to see you have to do it twice because you did something incorrectly the first time. |
| | | Our team has a referral for LLC. It's much cheaper and takes about 1-2 days only. |
| | | We have some really good VAs that just became available from other jobs, so the good ones usually get booked quicker. |
| | | Also, I want to add , if you do get started with this now, the contract is fully refundable because it's via VISA so if anything changes you can just contact me and I will go |

|  |  | ahead and reverse it. |
|---|---|---|
|  |  | It would be in your benefit cause I can lock in a better VA that has more experience, at the same time while you still have time to think about it and cancel if anything changes. |
| I will need to do some research | No trust | That's fine, everything is on the credit card so you still have time to do your research then if you decide not to go forward we could just issue a refund. There is no obligation. |
| How much can I make ? |  | Its based on the ROI you target , and how much funds you have available to start.<br><br>if you calculate your ROI at 25% , it would be 2500 for every $10,000 or 25k for 100k. |
|  |  |  |

Good Afternoon J██████,

It was great speaking with you again.  I look forward to working with you.

You will find your Amazon proposal & payment link here:

https://clients.thefbamachine.co/
UserID: ████████████████████
Password: 1234

Once there, you will see the slide deck that we covered on our original call.  Scroll all the way to the bottom where it says "sign".  Once you click "sign", it will take you to the payment page.  It should reflect the payment that we spoke about.

Congrats and welcome aboard!

Thank you,

they are positioned as the "premium" service , but the buyback is 3 years so I guess its not that great afterall. Why would anyone want to pay 75k and wait 3 years to make their money back ?

theFBAmachine <> Amazon Seller Walk Through, contact.name

Great meeting with you.... Below is a brief summary of what we spoke about:


We will get your store up and running, teach you the ins and outs of the business and plug you into the distribution network and get you onto the software platform.  The software tracks your inventory, sales and ultimately selects the items you will be selling. We will supply you with a virtual assistant who would be your direct store support and be doing the actual listings and any day to day activity that your store requires.  You will basically approve the purchase orders that he or she puts together for you as well as approving pricing.  You will spend ~1 hour a week on the business typically.  There is no profit sharing with this model.  We guarantee to get you to $15,000 in revenue in the first 90 days, or we would continue to work with you for free.  Buy in would be $10k.

**FUNDING STEPS:**

The funding process works like this.  We will take a look at your credit and repair/scrub (if needed).  Once your credit is at a 720 with no derogatories or inquiries, we will be able to guarantee business funding.  To reiterate, this will get you 60k-100k in credit lines.  This is not a loan.  The credit lines will be 0% interest for 12-18 months (depending on the banks we work with for your situation - Chase, BofA, American Express).  There is a funding fee of 5%.  You will use the credit as you need it.  To get started with the funding process, we ask for a $2,000 deposit and that deposit will ultimately go toward the 5% funding fee from the bank.

Let me know if you have any questions.

**SOCIAL PROOF**

**Website:** http://thefbamachine.co

**Main Office**: 2011 8th Street, Suite 103, North Bergen, NJ 07047

**Instagram:** Kingofamzn

**YouTube Channel**: https://www.youtube.com/@thefbamachine

**Facebook:** https://www.facebook.com/TheFBAMachine/

**Testimonial videos:**

https://ippei.com/the-fba-machine/
https://vimeo.com/703041375
https://player.vimeo.com/video/456438581
https://player.vimeo.com/video/441218558
https://player.vimeo.com/video/441515113
https://youtu.be/QmYIjiUvQbQ
https://youtu.be/ZLL_6EKB9M4

Thank you,

EOD
6/5/24
SCHED 7
TAKEN 9
OUTBOUND 10
CLOSE 0
REV 0
a█████ . ██████ - No Show
V███ I P - No Show
E████ - No Show
M██████ ██ - Has a store currently making 2k net.  Also starting a private label account.  Wants our help with the wholesale store and is ready to move in 2 weeks to a month.  Sending him info about the call and following up.  He seemed a little full of crap.  FU meeting already set
P██ B - Pitched 16k accelerator and wants to meet in one week as he is going out of town tomorrow.  Meeting set  Wife is also a business partner (not on call)
K████ S████ - Needed to reschedule for later in the afternoon.  Not sure this guy speaks or understands English
A███████ O█ - I think this is a current client that I signed up.  Same exact name.  No Show

EOD
6/4/24
SCHED 3
TAKEN 3
OUTBOUND 5
CLOSE 0
REV 0
R██ M - No Show
E███ R - No Show
S████ P - FU Meeting.  No Show
S████ R██ - Signing tomorrow 3k payment plan

EOD
6/4/24
SCHED 3
TAKEN 3
OUTBOUND 5
CLOSE
REV

P█████ s██████ - pitched 16k acc he is moving by the 15th
A██████ - he is looking for suppliers only.  Sending sine info
K██ █ - no show
A███ no show
F████ - potential supplier.  He isn't interested but his profit margin not interested.  He is going to send his catalog


EOD
5/31/24
Scheduled 7
Taken 6
Outbound 15
Offers3
Closes2
Revenue: 4500
R███ P██ - Paid 3500
S█████ O███ - Paid 1000
R██ No Show
J██████ C███ - No Show
G█ - Older lead.  Signing Tues Wed 90%
J█ P███ - Spoke and scheduled a call.  No Show
S█████ P- Funding lead.  Needs to find out if she can get out of her current CR company contract.  If she can 2k.  Follow up Mon
Z████ No Show


EOD
5/30/24
Scheduled: 3
Taken: 2
Outbound Calls: 70
Offers: 2
Closes:0
Revenue: 4400
D██ M████ - No Show
M███████ Y██ - No Show
A██ M█ -
R███ P█ - Signing Fri for Cobrands

M████ S██ - Paid 4400 balance due


EOD
5/29/24
Scheduled: 4
Taken: 4
Offers: 0
Closes:0
Revenue: 0
J████ C████ - FU Meeting set for Friday.  He is interested.... walked him through 10k Accelerator... He was burned with another company before by C█████ H██?
C███ F██ - No Show
F███ / F████ O████ - Interested in funding. Walked through Accelerator and funding…. FU Thursday for signing up
M██████████ - No Show from yesterday
R███ R████ - No Show

EOD
5/28/24
Scheduled: 4
Taken: 4
Offers: 1
Closes:0
Revenue: 0
J██ M████ - Declined the meeting.  Called LVM and sent text
A███ ██████ - No Show.  Called LVM and sent autotext
J██ - No Show
G████ B - Interested in funding.  She is getting a credit card by June 2nd that she can use for the $2k funding deposit.  FU sent
L████ D███ - Client from last week only interested in dropshipping and no inventory.  Called and pitched Walmart only.  She doesn't sound like she has the money.  She said she needed to speak to the husband that wasn't home.  FU tomorrow
M█████████ - Wanted a call back later in the day.  Reset appt.  Was not able to connect again (tried mult times).  FU tomorrow

EOD
5/27/24
Scheduled:
Taken:
Offers:

Closes:
Revenue:

J█████L███ - F/U lead.  No show
L███ - no show
R███C███████ - no show
N███W███ - no show
O███B███ - no show

EOD 5/25/24 & 5/26/24
Scheduled:  4
Calls Taken: 4
C███F██ No Show
J███L███ walked through Accelerator very tough to understand … FU Monday
L███D████ No Show
G████B interested in funding.  She only has 10k to invest. Walked through funding
(asked for 2k deposit) she had a tough time understanding…sent her a email summary
and FU Monday
R███M No show

EOD 5/24/24
Scheduled 3
Calls Taken 5
L███D████ - No Show
C███F███ - No Show
J███L███ - Very tough to understand….super thick accent and he was driving at
the time.  Looking to get started for under 20k… We talked about the Accelerator and
sent him some info. Meeting on Monday to review and onboard

EOD 5/22/24
Scheduled 8
Calls Taken 5
Revenue 7900 + 5000 in the morning (contract signed)

M████ - no show
S███ - no show
H██U███ - no show
█████A███ - no show
A███R████ t - no show
K███S███ - no show
W███H██ - no show
S███P███ - Funding lead. Paid for accelerator after funding. (6900 accelerator
plus 1k balance from funding)

G█████ H█████ - paying $5k in the morning for down payment with Accelerator. She signed the contract but I want to do a proper onboarding

EOD 5/21/24
Scheduled 2
Calls Taken 3
Revenue 0
G███ B████ - no show
E█ G - Cancelled the meet due to financial emergency

EOD 5/20/24
Scheduled 5
Calls Taken 4
Revenue 0
F██ P████ - Currently in info gathering stage.  Met with Ecomm and has another meeting.  Pitched 16k Accelerator.  He is going to be out of town until May 28th.  FU set for May 29
A██ A██ - He is a seasoned seller and is looking to get back into it with some help and guidance. 13k min made with his store and 18k a month at the most.  last week of july his training ends....he is tied up until then.  We spoke about the 16 Accelerator to get his store paired with us.  He was happy with that but cannot do anything at the moment because he is in training for his job (12-13hrs a day).  He is wanting Steven's guidance, our suppliers, dist network and wants to be hands on and focus on bstock and retail arbitrage while everything else is on autopilot.  FU set for 8/1 and keeping engaged until then
S██ - Works in software.  Met with Ecomm authority and he is cheap.  He does not like paying money upfront.  We talked about the 10k aAccelerator and funding.  FU set
D██ C██y - triple booked at that time.  Needed to have setter reschedule
J█████ M███ - Answered, did not know who we were and then hung up.  Tried calling and texting no luck

EOD 5/23/24
Scheduled 1
Calls Taken 5
Revenue 6k
L████ D██ - Not interested.  She wanted a model where she did not have to pay for inventory first
G████ H - Paid 6k for accelerator down payment and funding
D██ - No show.  Did not show for the meeting.called back later didnt connect.  Had Setter Reach out for reschedule

**Attachment D**                              **PX36**                              **002554**

EOD 5/17

Scheduled 7

Calls Taken 5

Revenue 5k

A█ █ B - paid 5k for Accelerator

M█ █ - Cancelled

D█ █ - No show.  Did not show for the meeting.called back later didnt connect.  Had
Setter Reach out for reschedule

M█ █ - reschedule

G█ █ - has a website and sells clothing.  Wants to open an Amazon store…. fu
Monday

E█ - reschedule

G█ █ reschedule

K█ █ - no show

- EOD 5/16
- Scheduled calls 5
- Calls taken 4
- Revenue 5k
- Deals Closed 0
- D█ █ B - paid 5k
- R█ █ - Cancelled
- T█ S█ - he is interested in dfy only.  He is also very skeptical.  FU Sat
- N█ S█ █ - LinkedIn lead.  Went very high level as he was new to everything.
  Sent website, testimonials, etc.  FU meeting set for next week
- R█ P  - got 3 friends to want to buy in.  Due to discuss this wknd and have him
  sign.  Going to pitch 20k Accelerator
- A█ █- No show

- 
- EOD 5/15
- Scheduled calls 5
- Calls taken 4
- Revenue 0
- Deals Closed 0
- A█ █ no show
- A█ █ T Cancelled
- A█ █ FU lead.  No Show

- A███ has 10k total.  Discussed accelerator and financing.  He wants to move fwd.  Signing Thursday
- Y████ Needs to meet with his brother.  Discussed 16k Accelerator… FU Thursday
- T██
- E█ G
- E██ B no show
- J██ no show

A█ T no show
R███ thursday

EOD 5/13 & 14
Scheduled calls 11
Calls taken 13
Revenue 5k
Deals Closed 1
V██ C no show
A██ has 10k total.  Discussed accelerator and financing
S██ C no show
T██ he is signing with ecomm authority.  So I pitched him brand acquisition since he has money and wants returns fast.  Need an NDA for him to get started.  FU meeting Friday but also going to ask for deposit
E█ G wants a store and has a goal of 2k a month.  Meeting with him and wife on Tues
E██ B no show
J██ no show
A█ T no show
R███ needs account management for a dog treat business he is going to move fwd by thursday

EOD - 5/10/24 & 5/11/24:
Scheduled Calls: 11
Calls Taken: 13
Outbound Calls:
Offers: 1
Closed Deals: 0
Revenue Generated:

S█████ O███ - Client that already signed up for the Accelerator back in Jan.  Met to discuss funding.  He mentioned that he was lost and did not know where things were with his store.  I let him know to reach out to his VA or Melissa and request a meeting

with Steven so he can provide a roadmap for him.  He was very grateful and excited.
Meeting on Tue/Wed to sign up for funding

J█████ F███ - No Show

A████ - He is only interested in Walmart.  He would like to see what the service
agreement looks like.  Do we have one just for Walmart?

G██ K███n - FU Meeting.  No Show

E████ - Met briefly to discuss DFY.  FU appt set for next Friday

M██████████ - No Show

S████████ - No Show

G███ - FU appt..Needed to reschedule due to a family member being in the hospital

M██ N███ - No Show

S████████ - No Show

B███ -No Show

EOD - 5/9/24:
Scheduled Calls: 5
Calls Taken: 8
Outbound Calls:
Offers: 2
Closed Deals: 1
Revenue Generated: 5k

M███ Y████ - He met with Ecomm authority and will be starting this with his wife.
They take a LONG time to make final decisions.  60 days noted in setter notes....similar
timeline.  Wants to have some facts and due diligence FU meeting set for next week

A████ - Couple is working in the US he and his wife is on a work Visa and they are
looking into passive income as they want to make more money and also transition from
a work visa to a business visa since her visa expires in October.  They are very
interested but have not had time time review us.  Pitched 16k Accelerator.  They saw
the value but need to discuss.  FU set for Wed.

S█████ V█ - She was at the dentist for an emergency extraction.  Meeting reset for
tomorrow

J█████████ - Rescheduled for tomorrow

R███ S█████ - No Show.  Called twice…. He called back…I called back NA.

S████ P - Paid remaining $5k.

EOD - 5/8/24:
Scheduled Calls: 7
Calls Taken: 7
Outbound Calls:
Offers: 0

Closed Deals: 0
Revenue Generated: 0
R███ ▬ - No Show
N███ - He is shopping for companies. He met with Ecomm and has another meeting
with a diff company. Not excited about putting a lot of money in. He has roughly 20k to
work with. We talked about the accelerator 10k. He has one more meeting  FU set
M███ - No Show
G██ - Has a store already. She is looking at us and a DIY company for 750 bucks. She
does not want to pay 10k
G███ R - older lead. Needs a week to gather funds
N███ r - Makes a lot of money between him and wife. Talked about DFY and brand
acquisition. Need to continue convo with his wife. FU tbd later today


EOD - 5/7/24:
Scheduled Calls: 7
Calls Taken: 7
Outbound Calls:
Offers: 0
Closed Deals: 0
Revenue Generated: 0
S███ - No Answer. Sent text
N██ - No Show, then Reschedule
A█ T██ - Rescheduled for next Monday. His final reschedule
F█ - Meeting was for 6pm EST 5pm CST. Not very tech savy. part owner of of a
financial firm that was bought out. Looking for tax breaks due to the payout from his
company and a solid investment vehicle. Wants to review DFY spreadsheet. Meet
tomorrow 730pm EST
N███ B███ - She signed for funding in Dec and just finished funding. Spoke about
getting her set up with an Amazon business and she said she was pissed about our
service so far and that it took so long….Now she is balking about paying 6900 for the
service. FU meeting set for tomorrow morning
H██ - No Show….he sent a text response back
S███ S███ - Needed to move to Thursday


EOD - 5/6/24:
Scheduled Calls: 10
Calls Taken: 12
Outbound Calls:

Offers: 2
Closed Deals: 0
Revenue Generated: 0
E█████ B██████ - rescheduled for next Monday
H██ U██ - No Show
J████ - Business owner....looking to diversify. He is in the info gathering stage at this point. Sending him our website and testimonials. FU call set

E██ B█████ - Older lead from last week. Meeting again Wed to move fwd
L██ N███ - Looking for DFY only. He wants to spend 20k (including inventory)....Spoke with BNB already and he likes their offer because he wants a company that has skin in the game. Tried to pitch him the accelerator....because he does not have money for 35k or 50k. He is still looking at another company Thursday. FU Thursday evening
R███ - No Show
S███ H████ - He is shopping companies right now. He is going out of town and returning next Tuesday, FU meeting set
Y████ - No Show
S████ O███ - Older lead....signing up for funding Sunday
S███ S███ - He is new to the country and his english is a little tough. Walked through Accelerator and he would like to get started tomorrow Needed to get money ready

EOD - 5/3/24:
Scheduled Calls: 4
Calls Taken: 4
Outbound Calls:
Offers: 0
Closed Deals: 0
Revenue Generated: 0
G████ J███ I-D████ - Shopping for companies. She is in the info gathering stage and is meeting with another company. FU set for next Friday
B██ r B████████ - No Show
Y██████ C████ - No Show
R██████ (R M) - .reschedule
R████ K███ - No Show
R█████ T████ - No Show

EOD - 5/2/24:
Scheduled Calls: 8

Calls Taken: 10
Outbound Calls:
Offers:
Closed Deals:
Revenue Generated:
A▮▮▮ D▮▮ - No Show
E▮▮ - Wants to meet Monday for a final meeting. Had a few questions but needed one more meeting to make a decision
S▮▮ V▮▮ - No Show
R▮▮ (R M) -.Older client Paying Friday
C▮▮ W▮▮ - No Show
R▮▮ K▮▮ - No Show
R▮▮ T▮▮ - No Show
G▮▮ R▮▮ - Rescheduled for Saturday
D▮▮ D▮▮ - No Show

EOD - 5/1/24:
Scheduled Calls: 7
Calls Taken: 10
Outbound Calls:
Offers: 2
Closed Deals: 2
Revenue Generated: 13k

L▮▮ S▮▮ - Paid $8k for $16k Accelerator. Next payment due in 90 days
J▮▮ C▮▮ - No Show
K▮▮ P▮▮ - Paid $5k for Accelerator. Next payment due in 90 days
R▮▮ P▮▮ -.wants to sell a product on Amazon.. getting a product from Nepal
(dogfood). Waiting on packaging. Name of business Dog Chew. Wants account management but not quite ready to start. Walked him through how we can help and FU meeting 2 weeks from now
H▮▮s - No Show
L▮▮ St▮▮ - Funding lead. Wants to start in 2 weeks when he can afford the payment. His mom may do it as well.
W▮▮ Go▮▮ - Older lead. Going to do funding for him and his wife. FU 5/31


EOD - 4/30/24:
Scheduled Calls: 6
Calls Taken: 8

Outbound Calls:
Offers: 0
Closed Deals: 0
Revenue Generated: 0

D█ A█ - Has a shopify store and is looking to maybe push his beard product again.  He is not ready to do anything at this point....he is going through a divorce and working on a hedge fund. Would like to revisit the Amazon topic at the end of May when he has more time
 He wants to revisit this in the next month.
 Talked about account mgmt for his 2 beard products: https://www.gileadsbalm.com/
His current shopify store is on hold until he gets past his current prject.
E█ B█ - General contractor looking to start a store.  Has 10k to invest....he is very religious and part of his requirement is to put his store hold for 24hrs every week due to the Sabbath.  we talked funding....he needs to digest info and take a look at testimonials (which I sent him).  Previously, he wanted to speak to one of our clients who has been with us for a year
R█ P█ -.Rescheduled for tomorrow.
S█ I█ - No Show
A█ T█ - Rescheduled for next Tuesday.  Last minute work conflict
R█ R█ - Wanted a call back in 40min.  Called back and goes straight to vm
W█ G█ - Older lead. Set appt for tomorrow evening
J█ G█ - Older lead. Set appt for tomorrow morning
A█ A█ - No Show.

EOD - 4/29/24:
Scheduled Calls: 6
Calls Taken: 7
Outbound Calls:
Offers:
Closed Deals:
Revenue Generated: 0



M█ E█ - Went with another company after meeting with us. Viral Vamp
A█ D█ - No Show
K█ P█ - FU call.  He wants to put in less money and have a profit sharing model.  I let him know we don't have that option available.
D█ W█ - Older lead.  Wants to move fwd Friday
A█ D█ - No Show.  Called later in the day and he needed to reschedule for tomorrow morning

D███ Z██████ - Spoke with a company a year ago (does not remember who).  He is weighing his options....does not like the idea of spending 50-75k for a business that isnt going to produce for him in the immediate.  Does not like 20% profit margin.  CS 700's FU Thu

Z█ █ - No Show
D██ D██ - Has other investors.  Wants to speak with them and meet next week same time.  FU set.  Sending website and info
R██ P█ - No show….Answered phone wanted a call back in 20min.  NA.
U█████ O███ - No Show
R██ D██ - No Show
A████ K███ - No Show


EOD - 4/26/24 & 4/27/24:
Scheduled Calls: 11
Calls Taken: 5
Outbound Calls:
Offers: 2
Closed Deals: 1
Revenue Generated: 1000

G██ R██ - He is a  well versed investor.  Typically has done a lot of crypto and stock trades.  Big on financials and education. Wants to start a store and potentially work with an investor to purchase a store as well.  He is new to the space and needs some time for due diligence.  We spoke about 10k Accelerator and have a FU meeting set for Thur
O██ LLC / M███ - has a store with 2 other investors (2 were on the call).  They have a store in place already and are looking to focus more on suppliers and less on retail arbitrage.  Talked about the 10k accelerator for vendors.  He wanted to see a list of suppliers Need to review with last investor.  FU set
C██ M██ - Reschedule....when I called, he was at the hospital for a family member
M████ C█ - No Show
B██ J████ - Wants guidance been looking at diff options.  She is looking with her husband...they almost bought a carwash but the financials didnt work out.  They want this to retire.  Husband not on the call and she was driving (called me back after missing appt).  FU set for next week
Z█ M█ - No Show
D██ D██ - Has other investors.  Wants to speak with them and meet next week same time.  FU set.  Sending website and info
R██ P█ - No show….Answered phone wanted a call back in 20min.  NA.
U█████ O███ - No Show
R██ D██ - No Show

A█████K█████- No Show
R█████A - Paid $1,000 for credit repair.  He is due to pay for payment plan on
Accelerator later this week

EOD - 4/25/24:
Scheduled Calls: 5
Calls Taken: 5
Outbound Calls:
Offers: 1
Closed Deals: 0
Revenue Generated: 0

J█████ - No Show.  Not qualified per the notes
A█████M█████/ K█████A█████ - Has a business partner who could not join the call..
Walked through 50k DFY and walked down to $16k accelerator.  FU Meeting next
Friday with his business partner.
A█████F█████ - Older lead.  Kicking tires…was at work.  Sent her our website and
testimonials.  Will follow up tomorrow to see if she is interested in setting an appt with
her husband present
D█████S█████ -  Needed to reschedule
R█████ Needed to reschedule

D██H█████ - She will be ready in May and needed her brother to come in.  I pitched
10k plus funding and recommended to start funding first since it will take a few weeks to
get started
B███M███e - No Show
Y███O███ - No Show. NA Sent text.  Double booked.  Called and text ahead of time
letting them know I will be late to the call. This guy barely speaks English and should not
have been on the calendar.
M█████████- Wants to think until Monday.  FU set. He has gone through a BUNCH
of companies in the last 3 weeks.  Has one more to review. Going to send him a Loom
as well to add some icing to the cake.  Looking to make 10k a month.  Owns a string of
takeout places in Detroit.
S███N█████████ - No Show
B███J█████ - Rescheduled
E███J█████ - Rescheduled
H███ - No Show.  I think because the setter did not have the email in the calendar
invite?  Added the email to the contact in GHL
K███G███r - Funding lead.  Paid $1k for credit repair.

EOD - 4/24/24:

Scheduled Calls: 10
Calls Taken: 11
Outbound Calls:
Offers: 1
Closed Deals: 1
Revenue Generated: 1000

U████ O████ - No Show
A██ █ - Reschedule
S█ F█ - No Show called and sent text. Guy answered and now it is the wrong number. Sent an email. Not sure what else to do?
A█ S███z - rescheduled for tomorrow
D█ H██ - She will be ready in May and needed her brother to come in. I pitched 10k plus funding and recommended to start funding first since it will take a few weeks to get started
B██ M█ - No Show
Y██ O█ - No Show. NA Sent text. Double booked. Called and text ahead of time letting them know I will be late to the call. This guy barely speaks English and should not have been on the calendar.
M██ B████ - Wants to think until Monday. FU set. He has gone through a BUNCH of companies in the last 3 weeks. Has one more to review. Going to send him a Loom as well to add some icing to the cake. Looking to make 10k a month. Owns a string of takeout places in Detroit.
S██ N████ - No Show
B██ J█ - Rescheduled
E████ - Rescheduled
H██ - No Show. I think because the setter did not have the email in the calendar invite? Added the email to the contact in GHL
K███ G█ - Funding lead. Paid $1k for credit repair

S███ D███ -
S██ A███ - Wants to acquire a store. He is very detailed and interested in the process. I mentioned a deposit to start the process…..He was not comfortable with that but is happy to sign an NDA and/or any other document we require. Once the proposal process starts, he will be able to put down a deposit. Need to meet with Steven to go into these calls in more detail. Need a practice call for him to walk Wendy and myself through
S██ N████ - Rescheduled for tomorrow. Difficult to understand. Not sure how we got an appt



M█████ E████ - He is looking to get into Amazon.  First company he has talked to.  Was not familiar with how everything works.  Walked through 10k Accelerator.  FU Meeting set

D██ D██ - Rescheduled for Friday.  Lead thought we were calling at 8pm CST.

T██ A██ - Rescheduled for Thursday

R███ L██ - Wrong Number

S████ S████ - Called to move the meeting due to a call running over.  Sent a text.  No answer.  Called again, no answer

A████ A███████ - walked through the proposal and he needed to go through the service agreement.  FU touchbase today

A███ D███ - Funding lead. No Show

A███ D███ - Rescheduled for next Monday


EOD - 4/23/24:
Scheduled Calls: 9
Calls Taken: 6
Outbound Calls: 24
Offers: 1
Closed Deals: 0
Revenue Generated: 0



A███ C - No Show

T███ r S███ - Rescheduled

C███ C███ - No Show.  He was unqualified ($400 and 500 cs)….updated in GHL.

J███ K███ - No Show.  Sounds like the numbers were switched again

R██████████████ - Does not want to move forward.  He has something go on with his current business and is not ready to invest at this time.

S███ D███ - No Show

S███ A███ - Wants to acquire a store.  He is very detailed and interested in the process.  I mentioned a deposit to start the process…..He was not comfortable with that but is happy to sign an NDA and/or any other document we require.  Once the proposal process starts, he will be able to put down a deposit.  Need to meet with Steven to go into these calls in more detail.  Need a practice call for him to walk Wendy and myself through

S███ N████ - Rescheduled for tomorrow.  Difficult to understand.  Not sure how we got an appt

M███████ E███ - He is looking to get into Amazon.  First company he has talked to.  Was not familiar with how everything works.  Walked through 10k Accelerator.  FU Meeting set

D██ D██ - Rescheduled for Friday.  Lead thought we were calling at 8pm CST.



T█████A███ - Rescheduled for Thursday
R██████L███ - Wrong Number
S███████S███ - Called to move the meeting due to a call running over.  Sent a text.
No answer.  Called again, no answer
A███████A███ - walked through the proposal and he needed to go through the
service agreement.  FU touchbase today
A████D███ - Funding lead. No Show
A████D███ - Rescheduled for next Monday


EOD - 4/22/24:
Scheduled Calls: 10
Calls Taken: 6
Outbound Calls:
Offers: 0
Closed Deals: 0
Revenue Generated: $1000

K████S███ - No Show
A████D███d - Reschedule (noticed from texts).  Was not on my calendar in Google or
GHL.
K████P███ - Needed to reschedule.  At doctor's office with his kid
B████M███ - Met with him and his wife.  They need a day to think about it due to
timing.  She is quitting her job and their daughter has a surgery coming up in a week or
so and they want to make sure they have everything lined up
R██████T███ - Said Wrong Number.  Not Roy
D████B███ - Won. Lead from Thursday.  Wanted to do funding to fund the business.
He is currently applying to different places and has a line of credit he can use in May
and another place that won't fund him until revenue happens.  $$$ Paid 1k for funding
P████O███ - No Show.  Called, picked up and then hung up.  Tried again, no
answer
R████S███ - Funding lead.  No show
T█████A███ - Rescheduled for Thursday
R██████L███ - Wrong Number
S███████S███ - Called to move the meeting due to a call running over.  Sent a text.
No answer.  Called again, no answer
A████A███ - Only interested in DFY.  Pitched and wants to move fwd.  Had an
issue sending the proposal.  Sending in morningand following up
A████D███ - Funding lead. No Show
A████D███ - Rescheduled for next Monday

EOD - 4/19/24 & 4/20/24:
Scheduled Calls: 10
Calls Taken: 6
Outbound Calls:
Offers: 0
Closed Deals: 0
Revenue Generated: $0

C█████ C████ - No Show. NA.  Judging by the notes, this appt shouldnt exist.  $400 to start and a 546 cs
K████ P████- Spoke to 2 other companies.  He does not want to pay money to start…. Said multiple times.  Walked him through the 10k Accelerator.  He wanted to review the info over the wknd…. Fu Monday
A████ K████ - New to the space..has investors he wants to work with (not on call)..works in IT and this will be his first business.  FU Meeting set for Tues to meet with everyone
J████ L████ - No Show.  Was a reschedule from earlier this week.  Needs distributors/supplier help with his current store
B███ M███ - Rescheduled
R██████ S██████ - Funding lead.  No show
T███ A███ - Has a private label product.  Wants to go funding route.  Had questions about product sales and research.  Ask Steven Monday
J██████ D███ - Funding maybe?  He said he doesnt have money until the 7th of May to afford CR.  Adding a task but I doubt anything will come of it.
A████ D████ - Funding lead. No Show
A███ D███ - No Show
J███ D███ - No Show

EOD - 4/18/24:
Scheduled Calls: 9
Calls Taken: 4
Outbound Calls:
Offers:
Closed Deals:
Revenue Generated: $0



A████ █████ - Wanted a reschedule
K███ W████ - No Show

**J██ B██** - NA - Sent text asking for another GM with Steven.  This is for brand acquisition

**D██ B██** - Wanted to do funding to fund the business.  He is currently applying to different places and has a line of credit he can use in May and another place that won't fund him until revenue happens.  Walked through funding.  FU Monday

**J██ C██** - Needed to reschedule.  FU later today

**T██ A██** - Rescheduled for tomorrow

**U██ r K** - No Show

**B██ I M██** - Last min reschedule for tomorrow

**S██ F██** - Does not have a store.  Looking to expand portfolio of investments.  He has a few rental properties but lives in CA and cost pressures are finding him weak on profits.  Has 25k available for launch and inventory.  This was a same day call and he spoked with Ecomm Authority previously.  He wanted to vet us more... He did not see any reviews online or BBB or truspilot.  This is an opportunity for us.  Ecomm is using this as their only ammunition.  WE NEED TO THINK about this and diffuse their script.  FU meeting set

EOD - 4/17/24:
Scheduled Calls: 2
Calls Taken: 4
Outbound Calls: 19
Offers: 0
Closed Deals: 1
Revenue Generated: $10000

**J██ C██** - No Show

**T██ A██** - Tim is the son and the client.  He has a store selling specific "sticky" guitar picks and has the patent on it.  There is a company currently selling on Amazon that is knocking it off.  He has 40k units in inventory and is selling for $6.  Competition is selling for $30.  Walked through cobrands.  He does not have any income so had to pivot and pitched funding.  He is going to use his Dad's credit and is talking with him tonight.  FU meeting set for tomorrow

**S██ P██** - Paying this evening 10k Accelerator

EOD - 4/16/24:
Scheduled Calls: 6
Calls Taken: 3
Outbound Calls: 21
Offers: 1
Closed Deals:



==C===== R===== - Needs FU today.  We spoke briefly and he was not able to hop on the Google Meet.  Scheduled for later yest evening and he no showed==

EOD - 1/10/24 : Wes

Scheduled Calls: 9
Calls Taken: 4
Offers: 3 ?  Truly 1
Closed Deals: 0
Revenue Generated: $0

S===== A===== - Rescheduled
T===== B===== - Disqualified.  He has no job, no money, and poor credit.
D===== B===== - Single mom, lost her job, not working. Not paying her bills. cs 620. Not a lot to do here.  Towards the end of the call she did mention she does have $1k. So, I pitched credit repair and sent her the Identity IQ email
==E===== P===== - Does not have funds at the moment but wants to do credit repair. Sending Identity IQ.  She is good on the timing it will take her to get funded.  She needs to save for the $1k.==
===== N===== - Rescheduled
==R===== G===== - On disability.  Looking to get himself off govt reliance.  Credit Score 615.  He will need to save for the credit repair.  Personally, I'd like to disqualify.==
B== P===== - No Show
P== E===== - No Show
L===== G===== - He was very confused (also a language barrier).  I walked him through everything.  We have a video follow up call for Saturday.  He is needing a LOT of double explaining.

2 warehouses in NJ
3 warehouses CA
1 TX
1 OH
1 KS
Greeting:

Hi _____,

This is Wes calling from The FBA Machine. I saw that you scheduled an appointment to learn more about starting your own Amazon FBA business. Reason for  my call - I need

about 5 minutes to get a better understanding of what you are looking for so we can best assist you.

I am calling to learn a little more about what you are looking for and to see if the program would be a fit for you.

1. I am just curious, what was it about our program or Steven … that attracted your attention?
2. How can we help? What's the reason for reaching out to us?
3. You mentioned passive income (or whatever), how long has this been something you have been seriously thinking about and looking into?
4. Is there a specific reason you haven't secured something up to this point?

5. Is this your first business?

6. How much do you know about the Amazon FBA Wholesale Business Model?

Fantastic. Just to give you a quick recap. Over the past, our founder Steven has made over 8 years has done $150 million in sales using this business model,

How it works - exclusive access to top US brands - brands that are being sold nationwide in major retailers, like Walmart, popular brands that people already know. Domestic only - not buying from China; we buy at wholesale price, ship them to one of our warehouse stocking locations, prepare labels according to Amazon fulfillment policy, shipping to Amazon and we sell to an end customer - and you would keep the profit from the sale.

So, how it works, if you have $10,000 to invest in products / inventory - you would make $2,000 or more per month in profit. The following month you would reinvest that profit, so you would start the month with $12,000 to invest in more inventory.

Basically your profits will start to compound and with average profits of 20-30% each month, you can see how the profits will grow quickly month over month.

So, looking at a 20% profit margin

Month #3 $10,000 - make $2,000
Month #4 $12,000 - make $2,400
Month #5 $14,400 - make $2,880

Month #6 $17,280 - make $3,564

And so on…

The more money you have to invest to start - you can see how your profits can grow quicker and quicker.

Is this the type of business model you were looking for?


Our 90 day accelerator program is designed to fast track you toward $10,000 of revenue in your first 90 days guaranteed. As it is a business, you would need to have some startup capital set aside for inventory and the program. There is a minimum budget of between $7,000-$10,000 to get started. Does that budget sound doable?

Does this sound like the kind of opportunity you would be interested in?

The meeting will be a video conference via Google Meets. Do make sure you are in front of your laptop or PC for the call.

Fantastic. Does the current time scheduled work for your schedule? The call will take 20-30 minutes via Google Meet, so you would need to be in front of your laptop or phone to see the presentation.


**Text scripts**

Hi K███.  Wes from the FBA Machine.  We have reached out via email and sent a few text messages and have not heard back from you.... Where should we go from here?

Hi F███,  It's Wes from The FBA Machine.  I wanted to confirm our scheduled appointment later today to learn more about setting up an Amazon FBA business.. Will you still be able to join? https://thefbamachine.co/

Hi Z███,  It's Wes from The FBA Machine. You scheduled an appointment to learn more about setting up an Amazon FBA business. Just wanted to see if you have 3 minutes to chat? I have some questions to make sure our program will fit your needs. Looking forward to hearing from you! https://thefbamachine.co/

Hi A███,  It's Wes from The FBA Machine. Just tried to reach you. You scheduled an appointment with us on Monday to learn more about starting your own Amazon FBA store. Do you have 3 minutes to connect with me ahead of our meeting? I have a few questions to see if our program fits your personal needs.   https://thefbamachine.co/
'

Missed appointment 2

Hey there! This is Stephanie from The FBA Machine. You had asked us to book an appointment to learn more about starting your own Amazon FBA store. I did try reaching out to you but didn't hear back. I'll be available for a little bit today. Feel free to respond to this text if you have 10-15 minutes to connect.

https://thefbamachine.co/

Hi ,  it's Wes from The FBA Machine. You had expressed interest in learning more about starting your own Amazon FBA store. I just tried to call for our scheduled appointment but missed you. Are you still interested in jumping on a call or do you need to reschedule?  https://thefbamachine.co/

**Email Script**

Hi _____ ,

Stephanie here from The FBA Machine. I hope this message finds you doing well.

I wanted to touch base as I noticed your previous interest in starting your own Amazon FBA business.

Are you still curious about learning more? If the answer is yes, don't hesitate to shoot me a message back and let me know when you have 10-15 minutes to chat. We're excited to connect with you and dive deeper into the program together!

Here are a few resources and testimonials:

Website: https://thefbamachine.co/

Check out our YouTube channel

Student Testimonials:

#1

#2

#3

Looking forward to hearing back from you soon!

All the best,

Stephanie Waring

The FBA Machine

Hi G███, this is Stephanie from The FBA Machine. It was a pleasure meeting you this morning. As per our chat, Wes will join you in just a few minutes at 8:45a (PST). Here is the link for the call: https://meet.google.com/dox-tfah-ndz - We will also share the meeting invite via email. Here is our website so you can get a better idea of what we do, see client testimonials, and access our YouTube content. https://thefbamachine.co/

Confirm Appointment:

WES

Please click here to join the video call with Wes: https://meet.google.com/dox-tfah-ndz

Make sure to attend via your laptop or desktop. Please visit our website to learn more about our programs, see client testimonials, and view our YouTube channel! https://thefbamachine.co/

DAVID

Please click here to join the video call with David:  https://meet.google.com/xnf-gddd-kgw

Make sure to attend via your laptop or desktop. Please visit our website to learn more about our programs, see client testimonials, and view our YouTube channel! https://thefbamachine.co/

WENDY

Please click here to join the video call with Wendy:  https://meet.google.com/yvw-wxdw-dmk

Make sure to attend via your laptop or desktop. Please visit our website to learn more about our programs, see client testimonials, and view our YouTube channel! https://thefbamachine.co/

## Re: Pleasure Meeting With You

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | Bryce Wilbanks ███████████████, Jerdonna P <jerdonna@thefbamachine.com> |
| **Date:** | Mon, 08 Jan 2024 16:18:47 +0000 |

Hi Jerdonna,

Can you please assist Bryce?

Thank you,

Wes

On Mon, Jan 8, 2024 at 10:46 AM Bryce Wilbanks ███████████████> wrote:

> I have my ein number and need to finish set up can you have someone contact me

> On Sun, Dec 31, 2023 at 7:23 PM Bryce Wilbanks <███████████████ wrote:

> How's the start up going? What was the date again to go over everything? Sorry the holidays have been crazy. Thanks man

> On Thu, Dec 21, 2023 at 9:13 PM Bryce Wilbanks <███████████████ wrote:

> Morning whatever time works for you I'll be up. Look forward to it!

> On Thu, Dec 21, 2023 at 4:35 PM Wes W <wes@thefbamachine.com> wrote:

> Hi Bryce,

> Same here.  I am certainly available tomorrow.  Does morning or afternoon work better for you?

> Thank you,

> Wes

> On Thu, Dec 21, 2023 at 4:50 PM Bryce Wilbanks ███████████████> wrote:

> Hey man great talk last night. My brother in law is looking over the agreement and going to let me know this evening and if it checks out how's tomorrow look for us to talk again?

> On Wed, Dec 20, 2023 at 5:40 PM Wes W <wes@thefbamachine.com> wrote:

>> Hi Bryce,
>> Great speaking with you today.  I look forward to meeting with you again tomorrow.  Below is some additional information for you to review.  Let me know if you have any questions between now and then.
>> **Website:** http://thefbamachine.co
>> **Instagram:** Kingofamzn
>> **YouTube Channel:** https://www.youtube.com/@thefbamachine
>> **Facebook:** The FBA Machine | Facebook
>> **Testimonial videos:**
>> https://vimeo.com/703041375
>> https://player.vimeo.com/video/456438581
>> https://player.vimeo.com/video/441218558
>> https://vimeo.com/741976441/9da14307de
>> https://player.vimeo.com/video/441515113
>> https://youtu.be/QmYIjiUvQbQ
>> https://youtu.be/GztCUB1hDhw

**Attachmt E**                    **PX36**                    **002575**

## Re: Pleasure Meeting With You

**From:**     Bryce Wilbanks < ████████████████ >
**To:**       Wes W <wes@thefbamachine.com>
**Date:**     Tue, 09 Jan 2024 16:58:09 +0000

Can someone contact me to finish my store set up

On Wed, Dec 20, 2023 at 5:40 PM Wes W <wes@thefbamachine.com> wrote:

Hi Bryce,

Great speaking with you today.  I look forward to meeting with you again tomorrow.  Below is some additional information for you to review.  Let me know if you have any questions between now and then.

**Website:** http://thefbamachine.co
**Instagram:** Kingofamzn
**YouTube Channel:** https://www.youtube.com/@thefbamachine
**Facebook:** The FBA Machine | Facebook
**Testimonial videos:**
https://vimeo.com/703041375
https://player.vimeo.com/video/456438581
https://player.vimeo.com/video/441218558
https://vimeo.com/741976441/9da14307de
https://player.vimeo.com/video/441515113
https://youtu.be/QmYIjiUvQbQ
https://youtu.be/GztCUB1hDhw
https://youtu.be/lzocofJWm7c
https://youtu.be/ZLL_6EKB9M4   (this one shows the platform)
Thank you,

--
**Wes Waring**
**c. 201** ██████

https://thefbamachine.co/
YouTube.com/@thefbamachine

## Re: Checking in

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | S███ P█ ████████████ |
| **Date:** | Thu, 30 May 2024 23:47:45 +0000 |

Hi Steve,

Thank you for sharing your experience thus far. My recommendation would be this. Please reach out to your current virtual assistant and/or Melissa and request a meeting with Steven (he is our CEO). That way we can create a proper roadmap for you with your current other provider and you can also address the concerns listed below. We can definitely help manage that relationship and that was something that was a big thorn in your side that we discussed initially. I think that will really bring your experience back around to where it should be. Please let me know if there is anything that I can help with on my end.

Thank you,

Wes

On Thu, May 30, 2024 at 7:39 PM S███ P█ ████████████ > wrote:

> Wes,
>
> I hope all is well.
>
> I wanted to share my experience so far working with The FBA Machine.
>
> First, the positive. I really appreciated the onboarding experience and the attention I received from Melissa, Tatiana, and Erika. There were a few hiccups, but overall, I thought it started well.
>
> However, that is where the positives ended. The rest of my experience has left me standing and waiting for things to happen. I completed my first PO; however, the PO was for a smaller amount than I expected, and then it became even smaller due to several items being 'out-of-stock' from the distributor, which I would have thought would have been verified previously. As a result, I don't think I've sold anything yet. I was under the expectation that we could get the products purchased and in the warehouses within a couple of weeks. I'm starting to think it will be impossible to reach the $15k sales target within the first 90 days, as indicated in the contract.
>
> You also indicated that I would have support managing my other FBA provider that I'm trying to move away from. They currently have over $30k set aside for inventory that they refuse to return to me unless it's used specifically for product, so I've instructed them to use it as soon as possible. That's all I can do if I still want to leverage those funds, but I was hoping to have The FBA Machine help me manage expectations with the supplier. What happened?
>
> It seems as if once I signed on the dotted line, all support disappeared, which is very disappointing and makes me question my decision to move forward with you.
>
> Can you please provide me with an explanation and help me understand where we go from here?
>
> Thanks,
> Steve
>
> On Thu, Apr 18, 2024 at 11:51 AM Wes W <wes@thefbamachine.com> wrote:
>
>> Hi S██,
>>
>> Glad to hear it. We will get this turned around for you.
>>
>> Thank you,
>>
>> Wes

On Thu, Apr 18, 2024 at 1:50 PM S███ P██ <███████████████> wrote:

Thanks again for your help. I'm all signed up and paid. Onboarding is tomorrow.

Hoping for big things :)

On Wed, Apr 17, 2024 at 1:01 PM Wes W <wes@thefbamachine.com> wrote:

Sounds good.  Chat again soon.

On Wed, Apr 17, 2024 at 2:53 PM S███e P██k <s███████████████> wrote:

Thanks, Wes. I appreciate it.

If everything goes well, I can guarantee a testimonial. I will also be a great referral source as well :)

I'm currently working and have a pretty full day, but I'll take care of everything tonight at some point. I'll hit you back if I need anything.

Thanks again!

Steve

On Wed, Apr 17, 2024 at 12:48 PM Wes W <wes@thefbamachine.com> wrote:

Hi S████ ,

Happy to hear it.  Your situation has been a topic of conversation for a few of us over here for the last week or so.  There is no obligation you have to abide by with having Steven audit and oversee the other company.  He is happy to help offer his time when we have these scenarios.  I think our ask will be for a testimonial once we have things moving and you are happy with our performance.

Let me know if you have any trouble with the previous link that was sent over....I can always process things on my end and have the onboarding team & Steven reach out shortly.. I will be working until late tonight (Wednesdays are is my late day)

Thank you,

Wes

On Wed, Apr 17, 2024 at 2:40 PM S███ P██ <███████████████████> wrote:

Hi Wes,
My wife and I have been chatting and we're both in agreement that we'd like to move forward, but we did have one lingering question. Is there any obligation we'd have to abide by to have Steven manage my other provider?

We both appreciate the willingness to help. Sincerely, we do but time is the ultimate currency. We're wondering what sort of time commitment this might be for him and if there is something he'd need from us for that time.

On Tue, Apr 16, 2024 at 7:01 PM Wes W <wes@thefbamachine.com> wrote:

Hi S███ ,
Just wanted to check in and see how things went earlier.  Apologies, it has been a long day so it has taken me some time to follow up with clients today.  Let me know.

Thank you,

Wes

**Attachmt E**                          **PX36**                          **002578**

## Re: Invitation: Ray Reeder and Tatiana S @ Fri Apr 12, 2024 9:30am - 10am (MDT)

| | |
|---|---|
| **From:** | Tatiana S <tatiana@sales.support> |
| **To:** | R█ R█████████ |
| **Cc:** | steven@thefbamachine.com, wes@thefbamachine.com |
| **Date:** | Wed, 05 Jun 2024 18:53:18 +0000 |

Hi Ray,

Yes, this is automatically listed by Walmart.



On Wed, Jun 5, 2024 at 8:48 PM Ray Reeder ██████████████████> wrote:

Yes, I went on to the Walmart account and I see that we answered some people but it says my name under one of them versus clever. Carter said R█ R███ responded not clevercart was under Christine. It shows my name saying the email to her

On Wed, Jun 5, 2024, 12:44 PM Tatiana S <tatiana@sales.support> wrote:

Hey R█,

Can you give me more details?

On Wed, Jun 5, 2024 at 8:29 PM R█ R█████ <████████████████> wrote:

Also I see on Walmart for Christine alwhite I see the response Wes my name not clever-kart

On Wed, Jun 5, 2024, 11:41 AM Tatiana S <tatiana@sales.support> wrote:

Hi R███,
We want to get your store up and running as well.

However, we are unable to do so until we verify the Amazon Business Prime account.

They are not providing a reason for shutting it down, it can happen with the new accounts, and we just have to keep trying.

Please reach out to me if you have any questions or concerns.

I will keep you posted.

On Wed, Jun 5, 2024 at 7:38 PM R█ R█████ ████████████████> wrote:

Like I said I just want to get this up and running. Hopefully they quit shutting us down. Is there a reason why they keep doing that

On Wed, Jun 5, 2024, 11:36 AM Tatiana S <tatiana@sales.support> wrote:

Awesome, thank you so much!

On Wed, Jun 5, 2024 at 7:35 PM R█ R█████ <████████████████████> wrote:

Ok that should be good now

On Wed, Jun 5, 2024, 11:16 AM Tatiana S <tatiana@sales.support> wrote:

It's a service bill from a water company. Please resend it when you get a chance.

On Wed, Jun 5, 2024 at 7:14 PM R██ R█████ ██████████████████ wrote:

I sent a statement hopefully it's the right one.  If not let me know when I get home I'll send it

On Wed, Jun 5, 2024, 11:07 AM Tatiana S <tatiana@sales.support> wrote:

Hi R██,
I have received the invitation, can you please send me the billing statement for the Discover credit card ending in 4726?

Kind regards,
Tatiana S.

On Wed, Jun 5, 2024 at 7:03 PM R██ R█████ ████████████████ > wrote:

Okay I resent it but I'll also send you a link on this email but you should be able to log into it
https://www.amazon.com/ab/invitations/accept/2024103XL-zC3pKQ2qkbUJ5BF8K1q?ref_=b2b_eam_inv_lnk

On Wed, Jun 5, 2024, 10:58 AM Tatiana S <tatiana@sales.support> wrote:

Hi R██,
I did not get that invite, can you try to resend it?

On Wed, Jun 5, 2024 at 6:36 PM R██ R█████ ████████████ wrote:

Tatiana, did you get that one for office  – R██ at clevercart.com

On Wed, Jun 5, 2024, 10:01 AM Tatiana S <tatiana@sales.support> wrote:

Hi R██,
I cannot accept the invites sent to my email address.

Please send it to office-ray@clever-kart.com

Kind regards,
Tatiana S.

On Wed, Jun 5, 2024 at 5:39 PM R██ R█████ ████████████████ wrote:

Okay I've done it. Sent you an invite to tatiana@support.com and also one at the one you gave me the the ray or
office – Ray at clevercart.com so I sent you two of them so let's try to get this done

On Wed, Jun 5, 2024, 9:36 AM Tatiana S <tatiana@sales.support> wrote:

Hi Ray,
Please check the steps below:

Log in: https://business.amazon.com/

Go to Business Settings: Click on "People" under "Members"

Add People: Click on " Add People" and then "Invite by Email"

Enter Emails: office-ray@clever-kart.com

Set Permissions: Administrator + Buyer.

Send Invites: Click "Invite People"

Let me know if you have any questions or issues.

On Wed, Jun 5, 2024 at 5:28 PM R█ R█████ ███████████████████ > wrote:

Okay so what do I need to do? Walk me through the process so I can get that done today

On Wed, Jun 5, 2024, 9:25 AM Tatiana S <tatiana@sales.support> wrote:

Hi R██,
It's pretty normal when you are dropshipping to have some returns, negative orders, or mismatched listings.

So far, we have completed one return, not seven.

Please let me know when you can resend the invitation from the Amazon Business Prime account, so we can
retry to verify it and resume selling.



On Wed, Jun 5, 2024 at 5:19 PM R█ R█████ <███████████████████ wrote:

You have to be with the egg sales and seven being returned.

On Wed, Jun 5, 2024, 9:17 AM Tatiana S <tatiana@sales.support> wrote:

Hi Ray,
Amazon Business Prime is our main supplier for the Walmart store, which is different from the Amazon Seller
account.

On Wed, Jun 5, 2024 at 5:15 PM R█ R█████ ███████████████ wrote:

Tatiana, I wasn't after the Amazon. I'm asking about the Walmart.

On Wed, Jun 5, 2024, 9:08 AM Tatiana S <tatiana@sales.support> wrote:

Hi R██,
I texted you 2 days ago that they have closed the account. This is something we cannot control.
It's up to Amazon and they are not providing any specific reason.

As I suggested, the only thing we can do at this point is to re-create the Amazon Business sub-user, place one
test order, and resume selling if everything is working properly, or if you have an operational Amazon Business
Prime account, we can take it over and resume selling today,

We are not facing any issues with Walmart directly, it's Amazon Business Prime (supplier) that is slowing us down.

Another supplier will be operational in about 2 weeks, so we can start working with them.

I will cc Steve and Wes on this email to avoid multiple emails about the same issue.



Tatiana S <tatiana@sales.support>
to Ray ▾

Hey R█

We won't be purchasing any inventory upfront for the Walmart store.

However, we've run into some issues with the Amazon Business Prime account.
They've closed ray@clever-kart.com, so we need to resend the invitation to a different email: office-ray@clever-kart.com.

Please inform me if you encounter any issues.

Best regards,
Tatiana S.

On Wed, Jun 5, 2024 at 3:46 PM R█ R█████ █████████████████ > wrote:

Sorry, what that was to say is you know not a great start for us turning up and running and I realize we're running into problems but we need to get this thing going. Every time we turn around we run into issues with Amazon and Walmart. Now I realize that we're new but we definitely need to get this thing up and running again. I'm going to start running this like a real business. I need to talk to Steve I guess and see what we need to do to make this right because this is a joke on our end. You know we were almost 120 days. It's now June. We were up and running. They sent out all the wrong products I was saying return you know let's just get it up and running. That's all I'm saying

On Wed, Jun 5, 2024, 6:54 AM Tatiana S <tatiana@sales.support> wrote:

Hi R██,
We've run into some issues with the Amazon Business Prime account.
They've closed ray@clever-kart.com, so we need to resend the invitation to a different email: office-ray@clever-kart.com.

We can try to fix this or wait a week or two for the other supplier to be setup so we can work on it.

Please let me know how you'd like to proceed.

Kind regards,
Tatiana S.

On Wed, Jun 5, 2024 at 4:33 AM R█ R█████ █████████████████ > wrote:

Tatiana
   Real quick. We're just wondering why we're not getting any sales on the Walmart website. We had to eight and then we had everything returned but one item we're just kind of wondering why there's no sales or is there anything we do to boost sale?

On Mon, Jun 3, 2024, 10:07 AM R█ R█████ r█████████████████ > wrote:

That works! Tatiana, do we have an idea about how soon that purchase will go through?

On Mon, Jun 3, 2024, 9:37 AM Tatiana S <tatiana@sales.support> wrote:

Hey R█

We won't be purchasing any inventory upfront for the Walmart store.

However, we've run into some issues with the Amazon Business Prime account.
They've closed ray@clever-kart.com, so we need to resend the invitation to a different email: office-ray@clever-kart.com.

Please inform me if you encounter any issues.

Best regards,
Tatiana S.

On Mon, Jun 3, 2024 at 4:12 PM R█ R█████████████████ > wrote:

Tatiana
   Just want to check and see if our Amazon product has been ordered and if it's ready to go into the store. Can you please give us an update

On Thu, Apr 11, 2024, 1:29 PM R█ R█████████████████ > wrote:

Tatiana, can you please send me the link to where we're going to meet tomorrow? Just so I have it before the meeting
Thank you

On Thu, Apr 11, 2024, 12:55 PM Tatiana S <tatiana@sales.support> wrote:

---

Event Name: 30 Minute Meeting

Please share anything that will help prepare for our meeting.: Finish set up

Which marketplace is this regarding?: Walmart

Need to make changes to this event?
Cancel: https://calendly.com/cancellations/9243cf93-20be-437e-b8a7-5c260014817a
Reschedule: https://calendly.com/reschedulings/9243cf93-20be-437e-b8a7-5c260014817a

Powered by Calendly.com

**When**

Friday Apr 12, 2024 · 9:30am – 10am (Mountain Time - Denver)

**Guests**

Tatiana S - organizer

██████████████████

View all guest info

---

**Reply** for ▮▮▮▮▮▮▮▮

| Yes | No | Maybe |
|-----|-----|-------|
| More options | | |

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

## Fwd: Progress?

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | S███ R <████████████████████> |
| **Date:** | Mon, 06 May 2024 20:54:26 +0000 |

---------- Forwarded message ---------
From: Z██ Ba████████████████████
Date: Mon, May 6, 2024 at 4:43 PM
Subject: Progress?
To: kim@thefbamachine.com <kim@thefbamachine.com>, Wes W <wes@thefbamachine.com>, Melissa H <melissa@thefbamachine.com>, info@fbamachine.com <info@fbamachine.com>, Paul Barnett ████████████████>, P█
B████████████████████>

I hope this message finds you well. I'm writing to express our concerns regarding the lack of progress we've observed in sourcing new vendors and leads.

As of late, we haven't received any new leads from our virtual assistant (VA) in over a week, nor have we been informed about any potential new vendors beyond the original three. Our expectation was that the VA would regularly provide us with products from our established vendors, ideally on a daily or at least bi-weekly basis. However, this hasn't been the case, and it's left us feeling stagnant in our efforts.

This stagnation is precisely what we aimed to avoid when initiating this collaboration. It's clear that we need to address this issue promptly to ensure the success of our partnership. Perhaps it's time for all stakeholders to convene for a discussion to realign our expectations and strategies moving forward.

At present, we feel unsupported in our efforts to make this collaboration fruitful. We had high hopes for our partnership, but unfortunately, we've yet to see the desired results.

I propose that we schedule a meeting at your earliest convenience to discuss these concerns openly and explore effective solutions together. Our collective goal remains to establish a mutually beneficial partnership and drive positive outcomes for all involved.

Looking forward to your prompt response and action on this matter.


Z█ B███████
Barnett workz LLC
███████████


--
**Wes Waring**
c. 201████



https://thefbamachine.co/
YouTube.com/@thefbamachine

## Re: Pleasure Meeting With You Both

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | L███ C█████ ███████████████ > |
| **Date:** | Thu, 06 Jun 2024 17:44:45 +0000 |

Hi Louis,

That is perfectly fine.  In order for me to lock you in with the Walmart store that we talked about, we will require a $1k refundable deposit.  If you decided to back out, we would simply refund you the deposit.  I would strongly recommend it, as the Walmart store is basically free money.

If you would like us to lock that in for you, please use the link below in order for us to hold it for you.

https://buy.stripe.com/00g6rI87K0aV6Gc5kw

*Please take a screenshot or picture of the confirmation page so that we can link it to your account.*

Let me know if you have any questions or concerns.

Thank you,

Wes

On Thu, Jun 6, 2024 at 1:18 PM L███ C█████ ███████████████ > wrote:

> Wes,
>
> I want to take this up with you at the beginning of next week, sounds good? Thanks really looking forward on seeing where this can go.
>
> Thanks!

On Thu, Jun 6, 2024 at 11:29 AM Wes W <wes@thefbamachine.com> wrote:

> Hi L████ & J█████,
>
> Great meeting with both of you.... Below is a brief summary of what we spoke about:
>
> We will get your store up and running, teach you the ins and outs of the business and plug you into the distribution network and get you onto the software platform.  The software tracks your inventory, sales and ultimately selects the items you will be selling.  We will supply you with a virtual assistant who would be your direct store support and be doing the actual listings and any day to day activity that your store requires.  You will basically approve the purchase orders that he or she puts together for you as well as approving pricing.  You will spend ~1 hour a week on the business typically.  There is not a profit sharing model; this is 100% your business.  We work with you to get you to $20,000 in revenue in the first 90 days.  If for some reason we did not achieve that, we would continue to work with you for free.  Buy in is $16k. If you are ready to move forward in the next 24 hours, we will also include a Walmart store.  The best part of the Walmart store is that you do not need to purchase inventory ahead of time.  We handle all the fulfillment on your behalf.  We will manage everything with the Walmart store and split the profit.  Profit split is 65(you) /35(us) and again, you do not need to purchase inventory ahead of time.  Walmart stores typically yield between $2-$4k for you in the first couple of months.  Granted, they do take a few months to gain traction as they are a little slower than Amazon in terms of their program.  That said, it is a great way to add an additional stream of income from a completely different avenue.
> **FUNDING STEPS (optional, not required):**

**Attachmt E**                                    **PX36**                                    **002586**

The funding process works like this. We will take a look at your credit and repair/scrub (if needed). Once your credit is at a 720 with no derogatories or inquiries, we will be able to guarantee business funding. To reiterate, this will get you 60k-100k in credit lines. This is not a loan. The credit lines will be 0% interest for 12-18 months (depending on the banks we work with for your situation - Chase, BofA, American Express). There is a funding fee of 5%. You will use the credit as you need it. To get started with the funding process, we ask for a $2,000 deposit and that deposit will ultimately go toward the 5% funding fee from the bank.

**Sales Forecast Sheet**:
https://docs.google.com/spreadsheets/d/1rsob3QrW4CD6Mmr8OVxdMw7lEGqBFXCppbEJ29RfpwE/edit?usp=sharing


This sheet was designed for our DONE FOR YOU program, as it has our profit split included in Row 35. If you want to calculate sales using the DONE WITH YOU (the program we discussed), simply add Row 35 and Row 36 as your profit. Also, keep in mind, the sheet is taking a ONE time investment versus the ability to keep adding capital for your inventory.

Let me know if you have any questions.
**SOCIAL PROOF**
**Website:** http://thefbamachine.co
**Main Office**: 2011 8th Street, Suite 103, North Bergen, NJ 07047
**Instagram:** Kingofamzn
**YouTube Channel**: https://www.youtube.com/@thefbamachine
**Facebook:** https://www.facebook.com/TheFBAMachine/
**Testimonial videos:**
https://ippei.com/the-fba-machine/
https://vimeo.com/703041375
https://player.vimeo.com/video/456438581
https://player.vimeo.com/video/441218558
https://player.vimeo.com/video/441515113
https://youtu.be/QmYIjiUvQbQ
https://youtu.be/ZLL_6EKB9M4


Thank you,


--
**Wes Waring**
**c. 201**

https://thefbamachine.co/
YouTube.com/@thefbamachine

--
**Wes Waring**
**c. 201-**

https://thefbamachine.co/
YouTube.com/@thefbamachine

## Fwd: the message from Ensheng Lin

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | Reece F <reece@thefbamachine.com>, Steven R <steven@thefbamachine.com> |
| **Date:** | Wed, 24 Apr 2024 14:31:13 +0000 |

I am not sure who Taylor is or what to do with this..... I do not do anything with refunds...  Thoughts?  Could he not get financed?

---------- Forwarded message ---------
From: E████ L████████████>
Date: Tue, Apr 23, 2024 at 12:16 PM
Subject: Re: the message from E█████ L████
To: Wes W <wes@thefbamachine.com>

Hi Wes

Good Morning, Taylor told me send you the denial letter from the bank to get the refund, so I requested credit card denial letter from the bank and sent it to Reece, but Reece refused to refund me money after 2 weeks of postponing, could you please approve the refund as you told me so? and attached is the denial letter from the Chase bank, thank you Wes

Best Regards,


---

**From:** E████████ L████████████
**Sent:** Tuesday, March 19, 2024 2:41 PM
**To:** Wes W <wes@thefbamachine.com>
**Subject:** Re: the message from E████████

sorry, I didn't read your message carefully, I will contact Reece, thank you, Wes

---

**From:** E████ L████████████
**Sent:** Tuesday, March 19, 2024 2:33 PM
**To:** Wes W <wes@thefbamachine.com>
**Subject:** Re: the message from E█████ L███

Hi Wes

Reece lied to me last time when we had the second attempt of applying for the credit card through another bank, which made me missed my important appointment and stayed on waiting in vain. so I'm not going to work with her anymore. and you guys don't really have customer service, when I had a question I had no where to ask, I'm so in regret that I'm made a terrible mistake.

And when we were talking on the video call, you said that if applying for the funding was not successful, I will get the $1000 back, and that's what it meant by "deposit" which is always refundable, you made $2500 from me already, my saving is low I need this $1000 back, so I can move on. thank you and i'm appreciate your help.

Best
Ensheng

---

**From:** Wes W <wes@thefbamachine.com>

**Sent:** Tuesday, March 19, 2024 2:00 PM
**To:** E█████g L █  < █████████████████
**Subject:** Re: the message from Ensheng Lin

Hi Ensheng,

You most certainly can still apply for funding through us, even though you left the Amazon side.  I don't handle refunds....that would be something Reece would issue.  I would recommend reaching out to her anyway....as she can help you get the funding you are going to need anyway.....even if you did this on your own.

Wes

On Mon, Mar 18, 2024 at 7:15 PM E████ L█ █████████████> wrote:

> Hi Wes
>
> the problem is I'm not partnering with you guys anymore, I don't want to keep paying $99/M+$200 Virtual assistance, + the FBA Machine shipping fee of about 12% or more, I was charged $203 out of $1610 merchandise, and this is the part you didn't tell me before.
>
> If I sell all the products on amazon without these fees I can have $3000 revenue and only have breakeven profit, with these fees I will take a few hundred dollars loss every month. I was misguided that's why I thought prep center was necessary,  right now I realized this is not true since then I joined Algo online course, I'm taking all the courses and trying to do it all myself now.
>
> The reason I joined FBA machine was because the upfront fee was relatively cheaper comparing to others, but it's actually not necessary to pay that money. And the virtual assistants introduced me some of the worse selling products on amazon, selling only about a few hundred pieces a month. they won't have my best interest in their heart and I have to receive the consequences of their mistakes. This kind of business model is not good to hire any virtual assistants.
>
> So I left your company, certainly I can't apply for credit card through your company, you have already made $2500 from me, please refund me $1000, thank you so much Wes
>
> Most Sincerely,
> 

---

**From:** Wes W <wes@thefbamachine.com>
**Sent:** Monday, March 18, 2024 9:32 PM
**To:** E█████ L █████████████
**Subject:** Re: the message from E████ L█

Hi Ensheng,

I can understand about the one bank.  We work with 3 banks.  I would recommend reaching out to Reece about the other banks we work with.  That way you can complete the process and get approved.

Thank you,

Wes

On Mon, Mar 18, 2024 at 12:28 PM E██████ L██████████████ > wrote:

**Attachmt E**                         **PX36**                         **002589**

Hi Wes

I have called the chase bank, they said I applied a little too many credit cards in the last 6 months, they told me to wait for a couple months to apply again, that's why I was denied, so can I have that deposit back? thank you Wes

Best
E███████

---

**From:** Wes W <wes@thefbamachine.com>
**Sent:** Monday, March 18, 2024 4:01 PM
**To:** E███████ L███████████████████
**Subject:** Re: the message from E█████████i

Hi E███████

I am confused.... Why couldn't you go through the funding process?

Thank you,

Wes

On Fri, Mar 15, 2024 at 10:17 AM E███████ L█████████████████ wrote:

Hi Wes
Good Morning, sorry to say that I need learn to do everything by myself on doing FBA business, otherwise better to put money into stock market earning dividends, and I have found a way to learn the program from A to Z so far, so I have to quit FBA Machine.

probably I can't get the deposit of $2500 back by now, and I couldn't go through approval of getting the credit card funding, can I have $1000 back? since that's what you promised, If I can't get the fund I can get my money back? is it okay?  the last 4 digits of my credit card is 5053. thank you so much Wes

Best Regards,
E██████

--
**Wes Waring**
c. 201-███


https://thefbamachine.co/
YouTube.com/@thefbamachine

--
**Wes Waring**
c. 201-███

https://thefbamachine.co/
YouTube.com/@thefbamachine

--

# Re: Pleasure Meeting With You

**From:**　　　　Wes W <wes@thefbamachine.com>
**To:**　　　　　████ P██ ████████
**Date:**　　　　Tue, 16 Apr 2024 15:14:09 +0000

Sounds good.  Call you then

On Tue, Apr 16, 2024 at 10:33 AM S███ P██ ████████████> wrote:

I could do 11:30.

On Tue, Apr 16, 2024 at 8:25 AM Wes W <wes@thefbamachine.com> wrote:

I have a call coming up at that time but I can call after that?  Somewhere in the 11-1130 range.  Does that work?

On Tue, Apr 16, 2024 at 10:20 AM S███ P██ <████████████wrote:

I can chat in a few minutes. Say 10:30a ET?

On Tue, Apr 16, 2024 at 8:09 AM Wes W <wes@thefbamachine.com> wrote:

Hi ████
When would be a good time for a quick call?

Thanks,

Wes

On Mon, Apr 15, 2024 at 5:15 PM S███ P██ ████████████> wrote:

Sounds good, thank you!

On Mon, Apr 15, 2024 at 2:38 PM Wes W <wes@thefbamachine.com> wrote:

Hey S████,
That is actually good news.  Let me send this to Steven and team to formulate the best move for moving forward.  Hang in there, I will get you a response shortly.

Thanks,

Wes

On Mon, Apr 15, 2024 at 4:27 PM S███ P██ <████████████> wrote:

Wes,
I was able to confirm that the Champion agreement is no longer valid since the sale; however, they are stating that they have a non-refundable policy for inventory purchases as depicted on the invoice.

The surprising part is that there is an unused balance of over $30k in my account, which is prompting this decision to move on.

**Attachmt E**　　　　　　　　**PX36**　　　　　　　　**002591**



**Question. Is it possible to have two separate managers manage the same store?**

I'm wondering if I can push them to purchase the remaining balance in inventory, and once it's all in the Amazon fulfillment center, then officially move over.

Thoughts?

On Mon, Apr 15, 2024 at 9:57 AM ███ P██████████████ wrote:

Hi Wes,
Attached is the contract I signed in Nov 2022; however, the company I started with sold my contract to Digital Guidance/DOHA last June, so I'm not sure if I'm under the same obligations I was with Champion E-Comm LLC.

I've also attached the email informing me of the change of management.

Based on what I'm seeing I'm not sure I'm able to get out of this contract until at least Nov.

Let me know what your team thinks.

Thanks,



On Mon, Apr 15, 2024 at 7:55 AM Wes W <wes@thefbamachine.com> wrote:

Hi S███

Happy to.  Typically, the burdon of the obligation is on their side.  Would you mind sending us a copy of the contract for the team to review (please add any context you see as appropriate)?

Thank you,

Wes

On Sat, Apr 13, 2024 at 6:16 PM S███ P███ ██████████████ wrote:

Wes,
Can you chat with your legal team? My current 3PL has informed me that I still have $30k left for inventory and it is non-refundable if I walk away. That is ridiculous and I cannot walk away from that sort of cash, so this prevents me from moving forward until I know what the path forward looks like.

Let me know your thoughts.

Thanks,

S███

On Fri, Apr 12, 2024 at 2:17 PM Wes W <wes@thefbamachine.com> wrote:

Hi S███,

Regarding the Walmart piece....  We use a 2 step dropship method...which is pretty standard for Walmart.  The process works like this.  We act as an intermediary warehouse, tapping into our wholesale network (basically a middleman between your supplier) and your end customer. This warehouse performs two key functions:

• Receives inventory from your supplier: This allows us to purchase items in bulk and potentially negotiate lower prices.  This is how we are able to acquire inventory without adding additional funding.
• Repackage and ship orders to your customers: This removes any branding or invoices from the supplier, ensuring compliance with Walmart's drop shipping policies.

We then start scaling your store, which makes your store more money, which leads to additional revenue for us as well.

Hope that helps.  I also included our service agreement (attached).  Let me know if you have any additional questions.

Thank you,

Wes

On Fri, Apr 12, 2024 at 3:40 PM S███ P███ ██████████████ wrote:

I'm sorry I have to be somewhere at 6:30p ET. Any earlier times? I'm wide open until then.

On Fri, Apr 12, 2024 at 1:34 PM Wes W <wes@thefbamachine.com> wrote:

Hey S███

All great questions.  I am happy to hop on a call later today to walk you through all these.  Do you have any availability at 6pm EST by chance?

Thanks,

Wes

On Fri, Apr 12, 2024 at 3:21 PM S█████ F██ ██████████████ > wrote:

Hi Wes,
Thank you for the email and the time yesterday. I appreciate the opportunity and the information you provided. Before I make any decisions, could you provide me with more information about a few things that I've been thinking through since our call?

1. Do you have a listing on the BBB and can you provide an FTC Disclosure?
2. Can you help me understand the "what's in it for you" surrounding the FBA model? You've kindly explained that there is a way for me to keep 100% of the net profits minus the VA and software fees. You've also told me that some of your clients enroll in a complete "all-done-for-you" model, which clearly demonstrates a positive revenue model for The FBA Machine. Outside of that, what's in it for The FBA Machine if I were to go down the path of working my store with a VA on my own? Do you have royalty agreements in place with your distributors or do you get anything from Amazon directly? Is your end goal to sell more software subscriptions? Do you try to encourage more clients to have THe FBA Machine run everything for them? Just curious. I like knowing how everyone benefits from a business arrangement.
3. The virtual assistant that will be supporting the store, is his/her cost just $200 after the initial 3 months? I heard in some videos that some paid VAs $65/day but also said they were working full-time. Do the VAs only dedicate a certain amount of hours to us per month?
4. I would also like to know more about the software platform. Is everything run through it? I'm specifically curious about inventory purchases and tax calculations. How is that done?
5. I'm really intrigued by the Walmart store that you mentioned but I'm still a little confused about how the model works. I realize it's a 65/35 split between us but how do you get inventory if we don't provide that funding for you? Do you acquire all the inventory and just need more stores to fulfill more orders? I'm just stuck on how we can just earn $2-4k net profits ongoing w/o any additional investment. Seems too good to be true, so any guidance would be greatly appreciated.

Let me know, and I'm happy to jump on another call to talk further if that's easiest for you.

Thank you,
S███

On Thu, Apr 11, 2024 at 5:04 PM Wes W <wes@thefbamachine.com> wrote:

Hi S

Great meeting with you.  Here is a brief summary of what we spoke about:

We will get your store up and running again, teach you the ins and outs of the business and plug you into the distribution network and get you onto the software platform.  The software tracks your inventory, sales and ultimately selects the items you will be selling.  We will supply you with a virtual assistant who would be your direct store support and be doing the actual listings and any day to day activity that your store requires.  You will basically approve the purchase orders that he or she puts together for you as well as approving pricing.  You will spend 1-2 hours a week on the business typically.  There is no profit sharing here.  We guarantee to get you to 15k in revenue in the first 90 days.  Buy in would be $10k.  This also includes a Walmart store free of charge, The Walmart store is completely passive income and they initially typically net $2-4k a month once they are open. This will give you two sources of income from different platforms, which will be extremely helpful for you to recoup your initial investment.

Let me know if you have any questions.

Thank you,
--
**Wes Waring**

## Fwd: Welcome Aboard

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | Steven R <steven@thefbamachine.com> |
| **Date:** | Fri, 29 Mar 2024 15:31:47 +0000 |

---------- Forwarded message ---------
From: R███ R█████ ████████████████
Date: Fri, Mar 29, 2024 at 11:24 AM
Subject: Re: Welcome Aboard
To: Wes W <wes@thefbamachine.com>

Hello Wes
I hope are well. We spoke at the end of last year about having FBA Machine set up our store and run the store through Sales.Support and the virtual assistants.

I just wanted to see if you could help put me in touch with someone I can speak with as our experience over the last few months has not been good, to say the least.

We have had 3 virtual assistants, the first who failed to respond for over 2 weeks while we had an error on our barcodes. 17 of the received products from your warehouse were found incorrect and I had to go in rectify the situation after our Amazon Seller Score tanked and Amazon threatened to suspend the account, and we now have a problem rate 17.62%

We have placed two PO's and both times only half of the PO was filled because the distributor did not have the products the VA's quoted in the PO.

The program said $10k in sales in 3 months, and we have sold $700 going on 4 months.

Also, we were told we would have access to a client portal and training videos? We have not received any of that access since we started.

We were hoping for better results so far? And more attention to some of these missed details. Is there anyone you can put me in touch with to discuss these issues and see if we cannot come up with a better plan moving forward? We were ready to invest a substantial amount of money but after seeing the start we are not so sure that is the direction we will go moving forward.

Thanks



On Nov 11, 2023, at 9:59 AM, Wes W <wes@thefbamachine.com> wrote:


Hi R████
No worries.  Welcome sir.  I will get things moving on our end.  Have a great weekend and let me know if you need anything along the way.  Please keep in mind the first month will be a bit boring.

Thank you,

Wes

On Fri, Nov 10, 2023 at 4:50 PM ████ n R█████ <████████████████> wrote:

Hi Wes

Sorry for missing your call. I just submitted the payment.

Here is a picture of the confirmation

<image0.jpeg>

On Nov 9, 2023, at 8:45 PM, Wes W <wes@thefbamachine.com> wrote:

Absolutely R█████  Have a good evening and chat tomorrow

On Thu, Nov 9, 2023 at 9:08 PM █████ R████ ████████████████ > wrote:

Hi Wes
Thanks again for taking the time later than I am sure you would have liked.

Cliff's information
C██████R█ 
█████████

Thanks again and I will have a screen shot to you tomorrow once I go through the payment

Thanks again

R█ 

On Nov 9, 2023, at 7:15 PM, Wes W <wes@thefbamachine.com> wrote:

Hi R███
Great meeting with you again.  Here is the link to get started:

https://buy.stripe.com/3csbM2co05vffcIcMU

Shoot me a screenshot of the confirmation and we will get you both started ASAP.

Also, please pass ████ info over to me as well so we can update our system.

Any questions along the way, let me know sir.  Congrats again...

Thank you,

--
**Wes Waring**
c. 201█████ 
https://thefbamachine.co/
YouTube.com/@thefbamachine

# Fwd: REFUND CARLOS CHAVEZ

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | Steven R <steven@thefbamachine.com> |
| **Date:** | Tue, 26 Dec 2023 20:05:39 +0000 |

O███ CH███ wants a refund.  This guy seriously.... He is straight up silly.  I never billed for him because he was very moody after Reece told him 4 months to remove his inquiries (when she meant his collections)

---------- Forwarded message ---------
From: O██ s C. ████████████████████
Date: Fri, Dec 22, 2023 at 5:24 PM
Subject: Re: Next Steps - Amazon Store
To: Wes W <wes@thefbamachine.com>


Wes,

I decided not to proceed at time. I would need my refund processed. Thank you.


On Fri, Dec 22, 2023 at 11:51 AM Wes W <wes@thefbamachine.com> wrote:

> Hi O███,
>
> I have not heard back from you on this.  Please let us know how you would like to proceed.  I want to make sure we are taking care of you properly.
>
> Thank you,
>
> Wes
>
> On Mon, Dec 18, 2023 at 2:42 PM Wes W <wes@thefbamachine.com> wrote:
>
> Hi O███,
>
> Unfortunately, not everyone works over the weekend.  I did mention that worst case scenario, I would have something for you by Monday morning.  I would hate for you not to do this just because you have experienced scams in the past.  We are really just talking about the difference between putting $1k down for the store versus $2500.  This will get you to $10k in revenue within 90 days... I would say that would be faster for you since you do have a store already in place.  We pride ourselves in being the "anti-scammers" in this space and could not have survived this long if we weren't.  We would love the opportunity to help your situation and your store be successful.  Let me know what you think Carlos...
>
> Thank you,
>
> Wes
>
> On Mon, Dec 18, 2023 at 2:15 PM O███ C. ██████████████████ wrote:
>
> Wes,
> I appreciate you trying, however, I was hoping to hear from you Saturday since I did not know what to hear from you/your team, so I decided not to proceed with the program at this time. Thank you.
>
> On Mon, Dec 18, 2023 at 7:00 AM Wes W <wes@thefbamachine.com> wrote:
>
> Good Morning O███,

**Attachmt E**                    **PX36**                    **002597**

I hope you had a great weekend.  I wanted to get back to you regarding the start price to get your store plugged into our system as soon as possible.  The lowest we can start with is $2500.  That allows us to pay for the work that needs to be done with our team to get you ungated in as many product categories as possible and linked with our distributors asap.  This will help get your store turned around in the fastest way possible.  You could always pay the balance when funding comes through.  Let me know if you have any questions.  Chat soon!

Thank you,

--
**Wes Waring**
**c. 201-**▮▮▮



https://thefbamachine.co/
YouTube.com/@thefbamachine

--
**Wes Waring**
**c. 201**▮▮▮▮



https://thefbamachine.co/
YouTube.com/@thefbamachine

--
**Wes Waring**
**c. 201-**▮▮▮



https://thefbamachine.co/
YouTube.com/@thefbamachine

--
**Wes Waring**
**c. 201-**▮▮▮



https://thefbamachine.co/
YouTube.com/@thefbamachine

## Fwd: Cc payment

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | Steven R <steven@thefbamachine.com> |
| **Date:** | Tue, 19 Dec 2023 19:24:22 +0000 |

Can you address sir?

---------- Forwarded message ---------
From: j█ █████████████
Date: Tue, Dec 19, 2023 at 1:43 PM
Subject: Re: Cc payment
To: Wes W <wes@thefbamachine.com>

Good afternoon. Wes. I know we spoke about and i really thought that my amazon store should have been open and selling already. Its been more than 3 months. Im wondering if it would be ready by end of this week. Also just to let know that my credit line has not been approved. I know you mentioned that it got approved for 70k. But i have not received any confirmation on taht. Also my wallmart store applicatio got denied . Let me know if anything is needed on my end... thanks

On Fri, Nov 17, 2023, 4:09 PM Wes W <wes@thefbamachine.com> wrote:

Here you go sir. I will get in touch with the funding team and they will be in touch. Have a great weekend and let me know if you need anything.



On Fri, Nov 17, 2023 at 3:13 PM j█████ <███████████████> wrote:

--
**Wes Waring**
**c. 201**████████
https://thefbamachine.co/
YouTube.com/@thefbamachine

--
**Wes Waring**
**c. 201-**██████
https://thefbamachine.co/
YouTube.com/@thefbamachine

## Fwd: PPC Management Stratedgy

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | Steven R <steven@thefbamachine.com> |
| **Date:** | Thu, 30 Nov 2023 13:13:28 +0000 |

Hey Steven,

I reached out to B███ and mentioned the DFY might be better for what he is trying to accomplish.  He was not happy with the idea of the 30k invest and said that was never mentioned previously (which is garbage).  He said they could not afford to drop another 30k and of course, tried to wheel and deal.  He wanted to negotiate having that price come down and we meet in the middle.  I let him know that that was the price but maybe we could do something like a Walmart store.  He then said he had some questions about the purchasing and my response was that I need to go back to the team and speak with the team and you.  I asked him if he could shoot me an email with the list of questions..... and this is what he sent.

---------- Forwarded message ---------
From: B███ W███
Date: Thu, Nov 30, 2023 at 1:01 AM
Subject: PPC Management Stratedgy
To: <wes@thefbamachine.com>

We are having concerns with the amount of purchase orders being too small for our store. We have 20-50k ready to buy inventory. Also can we get more details regarding the mentioned points in our agreement and timelines on how soon it could be delivered ?

Establish Amazon storefront ● Establish vendors ● Get the store ungated on Amazon to sell with specified brands ● Merging listings to variations (developed in accordance with Business) ● Create a specialized PPC management strategy ● Spearhead listing price research and optimization

Our goal is to get a better understanding of the list of vendors and how we can start using our credit to take advantage of scaling the business as fast as possible.

--
**Wes Waring**
c. 201 ███

https://thefbamachine.co/
YouTube.com/@thefbamachine

## Re: Pleasure Meeting with You

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | ▇▇ r▇▇▇ ▇▇▇▇▇▇▇ |
| **Date:** | Tue, 24 Oct 2023 21:59:26 +0000 |

Hi D▇▇,

No worries.  I am glad you came to that conclusion, because we really pride ourselves on being the "anti-scam" in this space.  There are a lot of scammers trying to get people to drop 40, 50, 60k on day one.  That is definitely not the way we work.  Let us know when you are ready, and we will take care of you for sure.  Have a good one!

Thanks,

Wes

On Tue, Oct 24, 2023 at 12:18 AM d▇▇ r▇▇▇ ▇▇▇▇▇▇▇> wrote:

> Ok sorry it just sounded to good to be true man I'm just a bit taken back by all this. But the more I thought about it the more I realized you didn't act like a scammer. You weren't trying to get my money like right away and even when I mentioned my brother you didn't jump all over it like a scammer would. It's just like I've been looking for this solution for so long and I just can't believe I found it.
>
> Sent from my iPhone
>
>
> On Oct 23, 2023, at 2:43 PM, Wes W <wes@thefbamachine.com> wrote:
>
>
> > Hi D▇▇,
> > We are definitely not a scam. Here is our social proof and the testimonials I mentioned in our meeting:
> > **Website:** http://thefbamachine.co
> > **Instagram:** Kingofamzn
> > **YouTube Channel:** https://www.youtube.com/@thefbamachine
> > **Some Testimonial videos:**
> > https://player.vimeo.com/video/456438581
> > https://player.vimeo.com/video/441218558
> > https://vimeo.com/741976441/9da14307de
> > https://player.vimeo.com/video/441515113
> > https://youtu.be/QmYIjiUvQbQ
> > https://youtu.be/GztCUB1hDhw
> > https://youtu.be/lzocofJWm7c
> > https://youtu.be/ZLL_6EKB9M4  (this one shows the platform)
> >
> > Thank you,
>
> On Mon, Oct 23, 2023 at 5:40 PM d▇▇ r▇▇▇ ▇▇▇▇▇▇▇ wrote:
>
> > I'm just having trouble finding solid reviews or even any information at all about you guys online besides your website. I just really don't want this to be a scam in any way at all man
> >
> > Sent from my iPhone
>
> On Oct 23, 2023, at 1:46 PM, Wes W <wes@thefbamachine.com> wrote:

Hey D█████

It was great meeting with you.  Attached is the deck we went through.  Let me know if you have any questions sir.  I look forward to seeing your business grow.  Have a good one.

Thank you,

--
**Wes Waring**
**c. 561** ███████



https://thefbamachine.co/
YouTube.com/@thefbamachine
<Accelerator Program - FBA Machine.pptx>

--
**Wes Waring**
**c. 561** ███████



https://thefbamachine.co/
YouTube.com/@thefbamachine

--
**Wes Waring**
**c. 561-**███████



https://thefbamachine.co/
YouTube.com/@thefbamachine

## Re: Credit Repair Discussion

| | |
|---|---|
| **From:** | A███ B███████████████████ |
| **To:** | Wes W <wes@thefbamachine.com> |
| **Date:** | Sat, 30 Sep 2023 21:36:45 +0000 |

Hi Wes I am so sorry for asking however if you were you would not even tell me LOL right I'm sorry you know when you get hurt when you get burned but I do you called me and I trust you and thank you for that so I did go on them on on that other side and I'm ready to go for Thursday payment thank you so very much talk soon

On Sat, Sep 30, 2023, 5:32 PM Wes W <wes@thefbamachine.com> wrote:

Hi A██

This is definitely not a scam.  You can Google us....Steven (our CEO)...I am on all social platforms.  Our company is on all platforms....  We are real.  I love that you asked though.... I understand.

Thank you,

Wes

On Sat, Sep 30, 2023, 5:28 PM A████ B███████████████ wrote:

Hi Wes I have to ask this is not a scam right.
Ok I got now I'm getting paid on Wednesday and I will do this on Thursday and maybe like you said we can talk on Thursday....

Thank you
A██████ B███

On Sat, Sep 30, 2023, 4:03 PM Wes W <wes@thefbamachine.com> wrote:

Hi A██
It was great speaking with you today.  As discussed, you will need to have funds set aside in order to fund your Amazon FBA Business.  Our in-house credit repair team will be seeking to repair and boost your credit so that we can get you approved for a minimum of $60k in funding guaranteed. As I mentioned on the call, the credit repair does require a deposit of $1,000.  If we are unable to repair your credit to obtain the funding, we would simply return your deposit.  Once the credit is repaired and you are able to get funding, you would use the $1,000 towards payment for the funding....which would make the credit repair essentially free.

Here is the link to get started:  https://pfnl.co/7oxax2r

Let me know when you would like to meet up on Wed/Thu.  I'd be happy to walk you through more of the Amazon business piece in more detail.

Enjoy the rest of your weekend !

Thank you,

--
**Wes Waring**
**c. 561**███████



**https://thefbamachine.co/**
YouTube.com/@thefbamachine

## Fwd: FINALIZED: TheFBAMachine Amazon Agreement 20k + Walmart

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | Steven R <steve@wraithco.com> |
| **Date:** | Mon, 23 Oct 2023 20:51:53 +0000 |
| **Attachments:** | TheFBAMachine Amazon Agreement 20k + Walmart.pdf (203.95 kB) |



---------- Forwarded message ---------
From: **Wes W via DocHub** <no-reply@dochub.com>
Date: Mon, Oct 23, 2023 at 4:51 PM
Subject: FINALIZED: TheFBAMachine Amazon Agreement 20k + Walmart
To: Wes W <wes@thefbamachine.com>

All parties have finalized the document TheFBAMachine Amazon Agreement 20k + Walmart.

**View Document**

Wes W

wes@thefbamachine.com

ALL PARTIES FINALIZED AT

Oct 23, 2023 @ 4:51 PM EDT

**Signers:**

[Signer]

COMPLETED

Oct 23, 2023 @ 1:30 PM PDT

Wes W

wes@thefbamachine.com

**COMPLETED**

Oct 23, 2023 @ 4:51 PM EDT

Download

Audit Trail

File Verification Hash (SHA256)

5df1a6371449a46ea5be9aa15299da84d16bed8712435bd0e3886625ec31ebb2

**Do not share this email.** This message contains a secure link to DocHub and once used, will remain active for 1 day. Please, do not share this email or link with others.

Sent by Wes W (wes@thefbamachine.com, IP: 8.34.7.178).

Powered by DocHub.com - View, edit and sign PDFs in your web browser

Copyright © 2023 DocHub LLC

--
**Wes Waring**
**c. 561-**████

**https://thefbamachine.co/**
YouTube.com/@thefbamachine

## Pleasure Meeting With You

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | ████████████████ |
| **Date:** | Mon, 06 May 2024 21:25:23 +0000 |
| **Attachments:** | Accelerator Program - The FBA Machine 16000.pptx (8.56 MB) |

Hi Steve,

Great meeting with you.... Below is a brief summary of what we spoke about:

We will get your store up and running, teach you the ins and outs of the business and plug you into the distribution network and get you onto the software platform. The software tracks your inventory, sales and ultimately selects the items you will be selling. We will supply you with a virtual assistant who would be your direct store support and be doing the actual listings and any day to day activity that your store requires. You will basically approve the purchase orders that he or she puts together for you as well as approving pricing. You will spend ~1 hour a week on the business typically. There is no profit sharing with this model. We guarantee to get you to 20k in revenue in the first 90 days, or we would continue to work with you for free. Buy in would be $16k.

Here is a client you can reach out to:

S███████████  (please text first)


Let me know if you have any questions.
**SOCIAL PROOF**
**Website:** http://thefbamachine.co
**Main Office**: 2011 8th Street, Suite 103, North Bergen, NJ 07047
**Instagram:** Kingofamzn
**YouTube Channel**: https://www.youtube.com/@thefbamachine
**Facebook:** https://www.facebook.com/TheFBAMachine/
**Testimonial videos**:

https://ippei.com/the-fba-machine/
https://vimeo.com/703041375
https://player.vimeo.com/video/456438581
https://player.vimeo.com/video/441218558
https://player.vimeo.com/video/441515113
https://youtu.be/QrnYIjiUvQbQ
https://youtu.be/ZLL_6EKB9M4
Thank you,

--
**Wes Waring**
**c. 201**████████


**https://thefbamachine.co/**
**YouTube.com/@thefbamachine**

## Fwd: Payment Link To Get Started- Congrats & Welcome Aboard!

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | Melisa H <melissa@thefbamachine.com>, Jerdonna P <jerdonna@thefbamachine.com> |
| **Date:** | Tue, 28 May 2024 17:47:53 +0000 |

Just wanted to send this both your way.....Not sure how valid it is....but, she is saying she booked an appt and wasnt able to get a hold of anyone

---------- Forwarded message ---------
From: m███ s███████
Date: Tue, May 28, 2024 at 1:42 PM
Subject: Re: Payment Link To Get Started- Congrats & Welcome Aboard!
To: Melissa H <melissa@thefbamachine.com>
Cc: Jerdonna P <jerdonna@thefbamachine.com>, Wes W <wes@thefbamachine.com>

No call and I set up the appointment and sent text messages no response

On Tue, May 14, 2024 at 6:34 PM Melissa H <melissa@thefbamachine.com> wrote:

> Hi Wes, sure thing. Let me reach out to M████ to book a time for her to start as soon as possible.
>
> Thanks!
>
> Melissa H.
> c. (201 ███████
>
> 
>
> https://thefbamachine.co/
> YouTube.com/@thefbamachine

---

 Libre de virus.www.avast.com

On Tue, May 14, 2024 at 2:55 PM Wes W <wes@thefbamachine.com> wrote:

> Hi Melissa,
> Can you help M████ out since Jerdonna is out of the office?  She started back in September and had a few things happen which did not allow her to participate for the last 7 months.  She is looking to get her store up and moving.....
>
> Thank you,
>
> Wes
>
> On Tue, May 14, 2024 at 1:18 PM m█████ s███████████████ wrote:
>
>> Still no response from her
>>
>> On Mon, May 6, 2024 at 8:51 AM Wes W <wes@thefbamachine.com> wrote:
>>
>>> Good Morning M██████
>>>
>>> We have confirmation of your payment.  We are happy to assist.
>>>
>>> Jerdonna,

Are you working with M█████?

Thanks

Wes

On Sun, May 5, 2024, 1:10 PM m████ ████ ███████████████> wrote:

Good afternoon Wes, I don't know what's going on but I need to retrieve my money so I can get with another company because my deposit was sent to you and I have proof from my bank exactly and the link I received from the lady who you sent me her information is not acceptable and she never returned my calls I reached out to other company that does not operate like this one. Please just refund the funds please and thank you.

On Fri, May 3, 2024 at 1:55 AM Wes W <wes@thefbamachine.com> wrote:

Hi Jerdonna & M█████,

Jerdonna....M█████ paid her initial payment to get her store started but then went through some circumstances that prevented her from focusing on the business.  Please help her through the initial set up with the Amazon store.  She did pay back in Sept.  Please let me know if there are any questions or concerns.

Thank you,

Wes

On Thu, May 2, 2024 at 6:40 PM m████ ███ f███████████████> wrote:

Yes you said she will handle the account

On Thu, May 2, 2024 at 2:34 PM Wes W <wes@thefbamachine.com> wrote:

Hey M█████,

I am sorry to hear that.  Who are you working with?  Is it Jerdonna?

Thank you,

Wes

On Thu, May 2, 2024 at 2:30 PM m████ s█ ████████████████████ wrote:

Good afternoon Wes, I know it's been awhile and unfortunate things happen that we have no control of. I spoke with the other agent about getting things done and going forward but she sent me an link that doesn't specify what i am paying for it's like I am sending money to someone somewhere I don't understand.

On Wed, Feb 21, 2024 at 6:51 PM m████ s█ ████████████████████ wrote:

Thanks

On Wed, Feb 21, 2024 at 6:01 PM Wes W <wes@thefbamachine.com> wrote:

Hi M█████

I am so sorry to hear that.  All you would need to do is contact Jerdonna.  She can get everything moving for you again.  She can be reached at: jerdonna@thefbamachine.com or phone/text at (201) 734-3414.

I know we talked about getting you approved for business credit as well.  I can walk you through that process if you like... I know it has been quite some time, but it has helped a TON of clients... It is 0% interest for 12-15 months.  Let me

**Attachmt E**                    **PX36**                    **002608**

know if you are interested and we can schedule a call.

Any questions at all, please let me know.  I am glad you are doing ok and are able to get this thing moving forward.

Have a good evening.

Wes

On Wed, Feb 21, 2024 at 5:47 PM m████ s█████████████████> wrote:

Good afternoon Wes M█████ here, I just wanted to touch base to see when can we get things moving again, I had surgery and lost of love ones and I think I'm ok to move forward please advise.

On Mon, Dec 18, 2023 at 12:02 PM Wes W < wes@thefbamachine.com> wrote:

Hi M█████,

That's great..let's do this.  I am not sure where you are in the process.  Below is a link to schedule a meeting with Jerdonna, who is your main point of contact.  She can help you with next steps and what is needed.  Please book an appointment with your preferred time here: https://onboarding.thefbamachine.co/

You can also reach her directly at (201)████████ or jerdonna@thefbamachine.com
Thank you,

Wes

On Mon, Dec 18, 2023 at 11:12 AM m████ s█████████████████> wrote:

Yes, I am still interested. And my phone number is the same.

On Sat, Dec 16, 2023 at 12:55 PM Wes W < wes@thefbamachine.com> wrote:

Hi M█████,

We are still here.  I know we haven't heard back from you since November.  Is everything ok?  Did you have a phone number change?  Let us know how we can help M█████.

Thank you,

Wes

On Sat, Dec 16, 2023 at 12:10 PM m████ s█████████████████> wrote:

Good morning Wes, M█████ S█ here I have been trying to reach you for the longest time now, I could be calling the wrong number I guess I have to search my email and found contact information please call me thank you.

On Thu, Sep 21, 2023 at 2:34 PM Wes W < wes@thefbamachine.com> wrote:

Hi M█████
Below is the payment link to get started.  Once you make that first payment, we will start getting to work for you and schedule your onboarding.  If you need anything or have any questions along the way, please let me know.  We look forward to working with you and seeing your progression as you launch this business!

https://buy.stripe.com/fZe2bsco08Hr3u0cMO

Thank you,

Wes
The FBA Machine
561████████ cell

**Attachmt E**                                **PX36**                                **002609**

## Re: Pleasure Meeting With You

| | |
|---|---|
| **From:** | Wes W <wes@thefbamachine.com> |
| **To:** | S███ P███ ████████ |
| **Date:** | Fri, 12 Apr 2024 20:17:46 +0000 |
| **Attachments:** | TheFBAMachine Amazon Agreement 15k for 10k + Walmart.pdf (92.05 kB) |

Hi S███,

Regarding the Walmart piece....  We use a 2 step dropship method...which is pretty standard for Walmart.  The process works like this. We act as an intermediary warehouse, tapping into our wholesale network (basically a middleman between your supplier) and your end customer. This warehouse performs two key functions:

- • Receives inventory from your supplier: This allows us to purchase items in bulk and potentially negotiate lower prices.  This is how we are able to acquire inventory without adding additional funding.
- • Repackage and ship orders to your customers: This removes any branding or invoices from the supplier, ensuring compliance with Walmart's drop shipping policies.

We then start scaling your store, which makes your store more money, which leads to additional revenue for us as well.

Hope that helps.  I also included our service agreement (attached).  Let me know if you have any additional questions.

Thank you,

Wes

On Fri, Apr 12, 2024 at 3:40 PM S███ P███ ████████ > wrote:

I'm sorry I have to be somewhere at 6:30p ET. Any earlier times? I'm wide open until then.

On Fri, Apr 12, 2024 at 1:34 PM Wes W <wes@thefbamachine.com> wrote:

Hey S███

All great questions.  I am happy to hop on a call later today to walk you through all these.  Do you have any availability at 6pm EST by chance?

Thanks,

Wes

On Fri, Apr 12, 2024 at 3:21 PM S███ P███ ████████ > wrote:

Hi Wes,
Thank you for the email and the time yesterday. I appreciate the opportunity and the information you provided. Before I make any decisions, could you provide me with more information about a few things that I've been thinking through since our call?

1. Do you have a listing on the BBB and can you provide an FTC Disclosure?
2. Can you help me understand the "what's in it for you" surrounding the FBA model? You've kindly explained that there is a way for me to keep 100% of the net profits minus the VA and software fees. You've also told me that some of your clients enroll in a complete "all-done-for-you" model, which clearly demonstrates a positive revenue model for The FBA Machine. Outside of that, what's in it for The FBA Machine if I were to go down the path of working my store with a VA on my own? Do you have royalty agreements in place with your distributors or do you get anything from Amazon directly? Is your end goal to sell more software subscriptions? Do you try to encourage more clients to have THe FBA Machine run everything for them? Just curious. I like knowing how everyone benefits from a business arrangement.
3. The virtual assistant that will be supporting the store, is his/her cost just $200 after the initial 3 months? I heard in

some videos that some paid VAs $65/day but also said they were working full-time. Do the VAs only dedicate a certain amount of hours to us per month?

4. I would also like to know more about the software platform. Is everything run through it? I'm specifically curious about inventory purchases and tax calculations. How is that done?

5. I'm really intrigued by the Walmart store that you mentioned but I'm still a little confused about how the model works. I realize it's a 65/35 split between us but how do you get inventory if we don't provide that funding for you? Do you acquire all the inventory and just need more stores to fulfill more orders? I'm just stuck on how we can just earn $2-4k net profits ongoing w/o any additional investment. Seems too good to be true, so any guidance would be greatly appreciated.

Let me know, and I'm happy to jump on another call to talk further if that's easiest for you.

Thank you,
S

On Thu, Apr 11, 2024 at 5:04 PM Wes W <wes@thefbamachine.com> wrote:

Hi S

Great meeting with you.  Here is a brief summary of what we spoke about:

We will get your store up and running again, teach you the ins and outs of the business and plug you into the distribution network and get you onto the software platform.  The software tracks your inventory, sales and ultimately selects the items you will be selling.  We will supply you with a virtual assistant who would be your direct store support and be doing the actual listings and any day to day activity that your store requires.  You will basically approve the purchase orders that he or she puts together for you as well as approving pricing.  You will spend 1-2 hours a week on the business typically.  There is no profit sharing here.  We guarantee to get you to 15k in revenue in the first 90 days.  Buy in would be $10k. This also includes a Walmart store free of charge, The Walmart store is completely passive income and they initially typically net $2-4k a month once they are open. This will give you two sources of income from different platforms, which will be extremely helpful for you to recoup your initial investment.

Let me know if you have any questions.

Thank you,
--
**Wes Waring**
**c. 201**

https://thefbamachine.co/
YouTube.com/@thefbamachine

--
S

--
**Wes Waring**
**c. 201**

https://thefbamachine.co/
YouTube.com/@thefbamachine




Hey Amy,

Here at Passive Scaling & TheFBAMachine, we have a **Done-For-You** and a **Done-With-You** option. They cover a wide variety of needs when managing an Amazon business. We can help you set up and manage an Amazon store with you or we can build a fully automated and profitable store for you.

We use our own powerful sales.support software that has every tool that you need on a single dashboard such as vendor CRM, Catalogue analyzer, Repricer tool, Inventory lab, Purchase Order and Invoice management, Integration for warehouse and store management, just to name a few.

Our Done-For-You program covers a wide range of elements including finding products for your store, listing products on your store, shipping products on your store, updating tracking, Handling your store's customer service emails, handling returns if there is any, and creating your 2D barcode for easy shipping just to name a few. There isn't anything we do not do for your store.

Our Done-With-You service includes but is not limited to elements such as:

- Setting up your Amazon store
- Access to our exclusive list of profitable suppliers and distributors
- Product research and selection
- Pairing you with a virtual assistants to help opening vendor accounts, creating your purchase order, listing inventory on your store and teaching you how to effectively use sales.support software
- Sales.Support software for store integration, repricer tool and Catalog Analyzer
- Getting your Account ungated
- Amazon Wholesale Course
- Teaching you how to ship products to Amazon

We have warehouse locations in California, New Jersey, Delaware, Texas, Ohio, Florida and New York currently. We are working on adding additional ones soon to expand our available shipping regions.

Book your call now with one of our consultants to see which one is right for you:

**Schedule a call now!**

Copyright © 2023  TheFBAMachine, All rights reserved.

**Our mailing address is:**
#78 John Miller Way, Kearny, New Jersey 07032

Want to change how you receive these emails?
You can unsubscribe from this list.

| Name | Body | Attachments | Type | |
|---|---|---|---|---|
| A - 1st attempt Confirm appt | Hey {{contact.first_name}} we are reaching out to confirm your appointment, to make sure it's a good fit, so we don't waste your time. Would you happen to have min to talk? If we can't get a hold of you, we're going to cancel and schedule for another time. Fair enough? | | text | |
| A - 2nd attempt Confirm appt | Hey {{contact.first_name}} this is our 2nd attempt to confirm your appointment, to make sure it's a good fit, so we don't waste your time. Would you happen to have min to talk. If we can't get a hold of you, we're going to cancel and schedule for another time. Fair enough? | | text | |
| A - 3rd attempt Confirm appt | Hey {{contact.first_name}} this is our last attempt to try and help you build your Amazon empire and to make sure it's a good fit, so we don't waste your time. Would you happen to have min to talk. If we can't get a hold of you, we're going to have to say good bye for now. Fair enough? | | text | |
| A - Stripe Payment Link | body{font-family: sans-serif;}body{font-family: sans-serif;}Hey {{contact.first_name}}, Here's the link below to process the payment:https://buy.stripe.com/00g6rI87K0aV6Gc5kwRegards,The FBA Machine | | email | |
| Campaign - SMS 1 | If an Amazon business that generates at least $10k monthly revenue is not too small for you, then check out TheFBAMachine.co We're helping qualified people earn passive income from the largest marketplace in the world. Visit our website for more details https://thefbamachine.co/ Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 10 | If you find yourself thinking about how to own an e-commerce business every day, worry less. We have a special program that can make you a store on Autopilot. This program already made us $120M. It is perfect for you if you want to tap into the world of e-commerce business. Click this to learn more: https://thefbamachine.co/booking-page/ Please reply STOP to unsubscribe. | | text | |

| Name | Body | Attachments | Type | |
|---|---|---|---|---|
| Campaign - SMS 11 | We get asked all the time…will TheFBAMachine open, manage, and grow my Amazon store for me? Yes, we will. If you really want to do this e-commerce thing without wasting time, energy, and money, we can help. Just click the link here to know if we're the right team for you: https://thefbamachine.co/booking-page/ Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 12 | Want to see behind-the-scenes of a store we scaled for a client? I'm sure it will inspire you to take action and see what you can achieve with the right team. Of course, it took a while but a net profit of $14,846.77 in just a month? It can't be more realer. Have a closer look here: https://www.youtube.com/watch?v=x4MUWA4ukCw Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 13 | Hey! What's better than a testimonial? More testimonials! Check out another account we scaled for a client. This account is much more realistic for the average person.The store started slow but later hit a home run. Check it out here https://www.youtube.com/watch?v=x4MUWA4ukCw Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 14 | Do you want to unlock the kind of success that allows you to live life on your terms? Well, TheFBAMachine has unlocked a new Amazon income stream for qualified people. Don't waste another day in a struggle when TheFBAMachine can save you the trouble. We can make you a successful Amazon. Learn more here https://thefbamachine.co/booking-page/ Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 15 | With absolute certainty, you can make as much money as you want on Amazon without the need to do the heavy lifting. TheFBAMachine has all the secret sauce to help you make more money on Amazon. Our testimonials speak for themselves. You can learn more here https://thefbamachine.co/ Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 16 | We're looking for 8-10 ambitious entrepreneurs for an intensive, focused, and 100% done-for-you Amazon automation program. This might be for you if you're ready to | | text | |

| Name | Body | Attachments | Type | |
|---|---|---|---|---|
| | take a massive step in your e-commerce journey. Book a call to learn more https://thefbamachine.co/booking-page/ Please reply STOP to unsubscribe. | | | |
| Campaign - SMS 17 | A dream comes through for Peter who is now making $75K on Amazon. And to think that he had a nasty experience with an agency before meeting us made his story inspiring. Watch Peter explain his experience with us here https://www.youtube.com/watch?v=GztCUB1hDhw Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 18 | When Steven heard that it only takes 4 steps to launch a successful Amazon store, he was skeptical. But after a couple of months, his store made around $70K in just a month and that's why he dropped this testimonial for us. Watch his testimonial here https://www.youtube.com/watch?v=GztCUB1hDhw Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 19 | TheFBAMachine has again opened the spots for qualified clients who want to earn passive income from Amazon. We want to guide, support, and help you make a fortune on Amazon. If you want "the one" team that can help you achieve final success on Amazon, you might just be a click away. Click here to learn more. Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 2 | You're getting this text because you showed interest in our Amazon automation service. If you don't remember, it's about how you can own a profitable Amazon store without doing all the hard work. We use our years of experience to open, manage, and grow your store for you. To learn more, visit our website https://thefbamachine.co Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 20 | A passive income is now a necessity with the new economic realities. Let us help you unlock a secure, passive, and automated cash flow business on Amazon. We do all the hard work while you earn monthly. Sounds too good to be true? See for yourself what | | text | |

| Name | Body | Attachments | Type | |
|------|------|-------------|------|---|
| | our clients are saying https://thefbamachine.co/booking-page/ Please reply STOP to unsubscribe. | | | |
| Campaign - SMS 3 | Just because you don't know how Amazon wholesale works doesn't mean you can't earn with it. In fact, here's how Steven made $70k in a month with the help of TheFBAMachine. Watch his story https://www.youtube.com/watch?v=lzocofJWm7c Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 4 | We have been in this Amazon wholesale business since 2015, with more than $120m in sales. We have a YouTube channel where we usually share our experience with Amazon wholesale and how to start one. Visit our YouTube channel here https://www.youtube.com/@thefbamachine Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 5 | It's not your fault if you haven't discovered that you can make money on Amazon even with your busy schedule. With TheFBAMachine, you can own a thriving Amazon store minus the complexity. We help people like you make money on Amazon. Learn more here https://thefbamachine.co/booking-page/ Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 6 | Even with all the crazy stuff going on right now. We want to remind you that there are always opportunities to move closer to the life you dream of. Look at this testimonial a client just dropped. I hope it inspires you to take action https://www.youtube.com/watch?v=lzocofJWm7c. Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 7 | Instead of complaining about inflation and how much it costs to fill the gas tank, Peter is setting himself up for $70K in revenue on Amazon monthly. And the fact that he was on the edge of giving up made his story touching. Here's what Peter said about his experience with TheFBAMachine. https://www.youtube.com/watch?v=GztCUB1hDhw Please reply STOP to unsubscribe. | | text | |

| Name | Body | Attachments | Type | |
|---|---|---|---|---|
| Campaign - SMS 8 | You can build serious wealth with an "average salary". Most sellers start with a few bucks and before you know it, they are completing purchase orders worth celebrating. All you need is the right team and you're set for success. Don't sleep on this. Click here to see how it works: https://thefbamachine.co/booking-page/ Please reply STOP to unsubscribe. | | text | |
| Campaign - SMS 9 | Frustrated with living paycheck to paycheck What if we told you that people like you are making money on Amazon from the comfort of their homes? We know it's hard to believe that's why we have compiled testimonials from our clients to show you what's achievable with the right team; https://thefbamachine.co/ Please reply STOP to unsubscribe. | | text | |
| Funding Option | Hi {{contact.first_name}}. We also have funding options available....so that most people can get started without any money out of pocket. Does that sound like something you would be interested in learning more about? | | text | |
| Social Media and Website | Hi {{contact.first_name}}, Here is the link to our website https://thefbamachine.co. Also check out our youtube channel: https://www.youtube.com/@thefbamachine. | | text | |
| Text one - k | What's up {{contact.first_name}}, I hear you wanna make some extra $$ ??? Well, my team is doing calls all week to learn how we can help you reach your financial goals with Amazon FBA. https://calendar.thefbamachine.co/ Talk soon. -Steven | | text | |
| Weekend chat | Hey {{contact.first_name}}, I'm {{user.first_name}} with TheFBAMachine. Our hours of operation are Mondays to Fridays 9am to 7pm EST. However, I will be more than happy to answer any questions you have about selling on Amazon via text or email during the weekends. You can email us at {{user.email}} or info@thefbamachine.com. | | text | |

| Name | Body | Attachments | Type | |
|---|---|---|---|---|
| What makes us special | {{contact.first_name}}, this is Steven from the FBA Machine. How would an extra 10k/month help you out financially? If that's something that could help you, book a call with my team below to learn more. https://calendar.thefbamachine.co/ Talk soon :) | | text | |
| this about you | Hey, founder of The FBA Machine here. Just wanted to let you in on a little secret. (We will work with you until you succeed) No quit, and through any failures or problems that come up. We want the best for YOU. Book a call with my team below to learn more. https://calendar.thefbamachine.co/ -Steven | | text | |



Hi Mike,

Great meeting with you.... Below is a brief summary of what we spoke about:

**<u>DONE WITH YOU</u>**
We will get your store up and running, teach you the ins and outs of the business and plug you into the distribution network and get you onto the software platform.  The software tracks your inventory, sales and ultimately selects the items you will be selling.  We will supply you with a virtual assistant who would be your direct store support and be doing the actual listings and any day to day activity that your store requires.  You will basically approve the purchase orders that he or she puts together for you as well as approving pricing.  You will spend ~1 hour a week on the business typically.  Again, this is not a profit sharing model.  We guarantee to get you to 20k in revenue in the first 90 days.  Buy in would be $16k.


We will also include a Walmart store.  We will manage everything with the Walmart store and split the profit.  Profit split is 65/35 and you do not need to purchase inventory ahead of time.  We handle all fulfillment.  Walmart stores typically yield between $2-$4k for you in the first couple of months.  It is a great way to add an additional stream of income from a completely different avenue.

**<u>DONE FOR YOU</u>**

You can also do a profit sharing model which basically includes all the above except it will not require any time or effort on your part. The buy in is $50k (minus the $16k buy in initially). The profit split will be 65/35 and you will want to have at least $40k in liquid capital available for inventory.

**FUNDING STEPS:**

The funding process works like this.  We will take a look at your credit and repair/scrub (if needed).  Once your credit is at a 720 with no derogatories or inquiries, we will be able to guarantee business funding.  To reiterate, this will get you 60k-100k in credit lines.  This is not a loan.  The credit lines will be 0% interest for 12-18 months (depending on the banks we work with for your situation - Chase, BofA, American Express).  There is a funding fee of 5%.  You will use the credit as you need it.  To get started with the funding process, we ask for a $2,000 deposit and that deposit will ultimately go toward the 5% funding fee from the bank.

**SOCIAL PROOF**

**Website:** http://thefbamachine.co

**Main Office**: 2011 8th Street, Suite 103, North Bergen, NJ 07047

**Instagram:** Kingofamzn

**YouTube Channel**: https://www.youtube.com/@thefbamachine

**Facebook:** https://www.facebook.com/TheFBAMachine/

**Testimonial videos:**

https://ippei.com/the-fba-machine/
https://vimeo.com/703041375
https://player.vimeo.com/video/456438581
https://player.vimeo.com/video/441218558
https://player.vimeo.com/video/441515113
https://youtu.be/QmYIjiUvQbQ
https://youtu.be/ZLL_6EKB9M4

Thank you,

# BRAND ACQUISITION

## What is the price for buying an established brand?

- The rate for the store goes for 3x
- 36 months of the average monthly profit
- Ex: If the business is making 10k a month in profit, you are buying for 360k (10k x 36)
- Ex: if it's making 100k a month profit, you are buying it for 3.6 million
- 30/70 on Cobrands
  We only buy a business that we find an opportunity for

## How long does it take?

- Each Deal is specific , we look for good businesses daily and often send out 3-5 offers a week on new businesses. For this reason , it can take 90-180 days because we don't want to rush and buy something out of desperation.

- We want something that's going to make us money , not a headache for the life of the company.
- Vetting process = 30 days
- Negotiating process = 30 days
- Due diligence = 30 days

# What is included aside from buying the business?

- We don't just help you buy a business, anybody can help you buy a business.
- ***It's a matter of identifying a business we can increase- we know what we can increase really quickly—-we find business that have an opportunity—***
  - *if a business has 10 items, we look for brands where we can add an additional 10 items and utilize the same foundation– that allows us to quickly quickly grow the product- we can see doubling the profit but just expanding the catalog—we have a WHOLE team working on it— you own it, but you're not on the working side- that is being handled for you.*
- **Opportunities to add additional variations under an existing well reviewed product.**

# Program Guarantee:

- We put together a plan and increase profits by 30% and you'll make your money back in two years, 24 months or else we pay you the difference and let you exit.
- That's our promise. If that doesn't happen, we'll buy out the business and take over for you.

# What do you pay us?

- Nothing
- We take 30% of the monthly profit once the business is acquired
- We are managing the store for you, we are adding products, sourcing new products, pretty much everything to increase the business

Here are some Decks of existing businesses we recently considered for sale or purchased
- <u>66735 - MADTOOLS Product Sales Projection</u> good brand, lots of room to add more variations
- <u>Synergee - CoBrands Product Sales Projection</u> this is a BIG business 4 million , it was reserved for family offices and accredited investors
- <u>TcaFmac - 66363 Product Sales Projection</u> This is a great listing because of the number of reviews and already existing variations so room to add even more. Look at the reviews

**SBA Loan (small business administration) Requirements:**
Just need experience in business or in this space
10% down
Additional 5% for post sale (so business can operate)
Over 670 is good for SBA.
You can get a business for 500k
You can't have any corporations that are losing money
2-3 months

Let me know if you have any questions

Thank you,
--
**Wes Waring**
**c. 201**█████████



https://thefbamachine.co/
YouTube.com/@thefbamachine

**MANAGEMENT SERVICES AGREEMENT**

This Services Agreement (this "Agreement") is effective as of the "Effective Date") by and between theFBAmachine INC, a Corporation located in Wilmington, Delaware, ("TheFBAmachine") and a Corporation with an address of ("Business"). TheFBAmachine and Business may each be referred to as a "Party" and collectively as the "Parties.

In consideration of the mutual covenants and agreements herein, and for other good and valuable consideration, the receipt and sufficiency of which are acknowledged, the Parties agree as follows:

1. **Term:** This Agreement shall commence on the Effective Date and stay in full force and effect until the Business or TheFBAmachine terminated pursuant to the terms herein,.

2. **TheFBAmachine's Services and Compensation**: TheFBAmachine is being hired to establish, manage and operate the Business's Amazon Storefront. Further, TheFBAmachine shall provide the Services described on the Schedule of Services attached hereto as "Schedule A". As consideration for the Services, TheFBAmachine shall be paid in accordance with the compensation schedule outlined in "Schedule A".

3. **Termination:** In the event of early termination by Business, theFBAmachine shall be entitled to retain all payments made by Business obligated under this Agreement. TheFBAmachine may terminate this Agreement at any time by providing a minimum of two weeks prior written notice to Business. If theFBAmachine terminates this Agreement early, they shall remit a prorated amount to Business for services not yet rendered, unless the Business commits a material breach of the terms of this Agreement.

4. **Work-For-Hire, Property Inventions and Patents**: Except to the extent expressly set forth on the applicable Schedule of Services, any Services and Work Products rendered will be the sole property of Business and, to the extent permitted by law, shall be considered works-made-for-hire. Without further compensation, TheFBAmachine agrees to promptly disclose to Business, and assign and agree to assign to Business or its designee, their respective entire right, title, and interest in and to all Work Product (a) which TheFBAmachine or any subcontractors, as applicable, may solely or jointly develop or reduce to practice in connection with or arising out of the Services, (b) which are aided by the use of time, material or facilities of Business, whether or not during working hours, or (c) which relate to any of the work of TheFBAmachine or any Professional, as applicable, during the Term.

5. **TheFBAmachine Representations and Indemnification:** TheFBAmachine represents and warrants the following: (a) TheFBAmachine will personally perform the Services; (b) TheFBAmachine will defend, indemnify, and hold harmless Business and Business's directors, employees, officers, and assigns harmless from and against any loss, damage, liability, claim demand, suit, proceeding, and expenses (including reasonable attorneys' fees and costs) resulting from any third party claim or any portion thereof infringes the copyright, patent, trade secret or other intellectual property of such third party. TheFBAmachine further indemnifies, agrees to defend and hold harmless Business for any third party or subcontractor claim for damages for personal injury and or property damage arising from the negligence or willful misconduct of TheFBAmachine.

6. **Nondisclosure and Nonuse of Confidential Information**: Parties acknowledge that: (a) the Confidential Information (as hereinafter defined) is a valuable, special, and unique asset, the unauthorized disclosure or use of which could cause substantial injury and loss of profits and goodwill to the other Party; (b) by reason of the delivery of the Services, the Parties will have access to the Confidential Information. Parties therefore, acknowledges that it is in each Parties legitimate business interest to restrict each other's disclosure or use of Confidential Information for any purpose other than in connection with their performance hereunder, and to limit any potential misappropriation of such Confidential Information by the other Party.

7.1 Business will not disclose or use at any time, either during the Term or thereafter, any Confidential Information (as hereinafter defined) of which Business is or becomes aware, whether or not such information is developed by Business, except to the extent that such disclosure or use is directly related to and required by Business's performance in good faith or has been expressly authorized by TheFBAmachine; provided, however, that this

sentence shall not be deemed to prohibit Business from complying with any subpoena, order, judgment, or decree of a court or governmental or regulatory body of competent jurisdiction (an "Order"); provided, further, however, that (a) Business agrees to provide TheFBAmachine with prompt written notice of any such Order and to assist TheFBAmachine, at CoBrand's expense, in asserting any legal challenges to or appeals of such Order that TheFBAmachine in its sole discretion pursues, and (b) in complying with any such Order, Business shall
limit any disclosure only to the Confidential Information that is expressly required to be disclosed by such Order. Business will take all appropriate steps to safeguard Confidential Information and to protect it against disclosure, misuse, espionage, loss, and theft..

7.2 As used in this Agreement, the term "Confidential Information" means information that is not generally known to the public (including the existence and content of this Agreement) and that is used, developed, or obtained by Business in connection with its business, including, but not limited to, information, observations, and data obtained by TheFBAmachine while engaged by Business or any predecessors thereof (including those obtained prior to the date of this Agreement) concerning (a) the business or affairs of Business (or such predecessors), (b) products or services, (c) fees, costs and pricing structures, (d) designs, (e) analyses, (f) drawings, photographs and reports, (g) computer software and hardware, including operating systems, applications and program listings, (h) flow charts, manuals and documentation, (i) databases and data, (j) accounting and business methods, (k) inventions, devices, new developments, methods, and processes, whether patentable or unpatentable and whether or not reduced to practice, (l) customers and clients (and all information with respect to such persons) and customer or client lists, (m) suppliers (and all information with respect to such persons) or supplier lists, (n) other copyrightable works, (o) all production methods, processes, technology, and trade secrets, and (p) all similar and related information in whatever form.

7. **Independent Contractor**: TheFBAmachine will perform all Services as an independent Contractor and not as an employee or agent of Business and will supervise TheFBAmachine's own work as well as that of its approved subcontractors. TheFBAmachine will be responsible for payment of all applicable Federal, state and local income tax, and the Business will not withhold or pay any such tax on TheFBAmachine's behalf. TheFBAmachine is an independent Contractor and shall in no event be considered an employee of Business. TheFBAmachine has no authority to bind Business or incur any obligation or liability on its behalf and shall not state or imply such authority. TheFBAmachine shall not be entitled to or eligible for benefits or programs offered by Business solely to its employees and shall pay all required taxes with respect to TheFBAmachine's fees and compensation.

8. **No Waiver**: No waiver by any Party of any of the provisions hereof will be effective unless explicitly set forth in writing and signed by the Party so waiving. Except as otherwise set forth in this Agreement, (a) no failure to exercise, or delay in exercising, any rights, remedy, power, or privilege arising from this Agreement will operate or be construed as a waiver thereof and (b) no single or partial exercise of any right, remedy, power, or privilege hereunder will preclude any other or further exercise thereof or the exercise of any other right, remedy, power, or privilege.

9. **Force Majeure**: TheFBAmachine shall not be liable for any delay or failure to perform its obligations due to circumstances beyond TheFBAmachine's control, such circumstances including without limitation natural disasters, terrorism, labor disputes, war, declaration of governments, transportation delays, computer and/or network failures, acts of civil or military authorities, interruptions in third-party telecommunications or internet equipment or service.

10. **Assignment & Successors**: Business may not assign this Agreement or any of its rights or obligations hereunder without TheFBAmachine express written consent. Any purported assignment or delegation in violation of this Section will be null and void. TheFBAmachine may assign this Agreement and the rights herein without Business's prior consent.

11. **Severability**: If any provision of this Agreement is invalid, illegal, or unenforceable in any jurisdiction, such invalidity, illegality, or unenforceability will not affect any other term or provision of this Agreement or invalidate or render unenforceable such term or provision in any other jurisdiction. Upon such determination that any term or other provision is invalid, illegal, or unenforceable, the Parties shall negotiate in good faith to modify this Agreement to affect their original intent as closely as possible in a mutually acceptable manner in order that the transactions contemplated.

12. **Assurances**: Each Party represents and warrants to the other Party that they may enter into and fully perform all of their obligations under this Agreement and without breaching, violating, or conflicting with (a) any judgment, order, writ, decree, or injunction of any court, arbitrator, government contractor , or other tribunal that applies to said party or (b) any agreement, contract, obligation, or understanding to which said party is a party or may be bound.

13. **Arbitration, Jurisdiction, and Choice of Law**: (a) To the maximum extent permitted by applicable law, any dispute or claim arising out of or in connection with this Agreement shall be resolved exclusively by confidential and binding arbitration in Delaware administered by JAMS pursuant to its Streamlined Arbitration Rules and Procedures, or if applicable, its JAMS Employment Arbitration Rules and Procedures ("JAMS Rules"), a copy of which can be found by following this link: http://www.jamsadr.com/rules-employment-arbitration/. Notwithstanding the foregoing, to the maximum extent permitted by law, either Party may apply for and obtain temporary or preliminary injunctive or other equitable relief from a court of competent jurisdiction pending arbitration, and such action shall not be a waiver of this agreement to arbitrate any disputed
matter. Judgment upon any award rendered by the arbitrator may be entered by any court having jurisdiction. BY SIGNING THIS AGREEMENT, THEFBAMACHINE ACKNOWLEDGES THAT IT IS AGREEING TO ARBITRATE ALL CLAIMS AND AM WAIVING ITS RIGHT TO A JURY TRIAL.

17.1 This Agreement has been entered into in the State of Delaware, and its validity, construction, interpretation and legal effect shall be governed by the laws and judicial decisions of the State of Delaware applicable to contracts entered into and performed entirely within said state (without reference to any conflicts-of-law principles). Any legal action or proceeding between the Parties relating to this Agreement may be commenced only in the state or federal courts in State of Delaware, and each of the Parties hereto agrees to submit to the jurisdiction and not to object to the venue, of such courts with respect to any such legal action or proceeding. Any process in any action or proceeding commenced in such courts may, among other methods, be served upon by delivering or mailing the same (via registered or certified mail) at the address set forth below my signature. Any such delivery or mail service shall be deemed to have the same force and effect as personal service within the State of Delaware. If any action, suit or proceeding arising from or based upon this Agreement is brought by either Party hereto against the other, the prevailing Party shall be entitled to recover from the other its reasonable attorneys' fees in connection therewith in addition to the costs of such action, suit or proceeding.

14. **Entire Agreement:** This Agreement constitutes the entire agreement between the Parties and supersedes all prior agreements and understandings, whether written or oral, relating to the subject matter of this Agreement. This Agreement may be amended or modified only by a written instrument executed by both Parties herein.

**ACCEPTED AND AGREED TO BY:**

       **THEFBAMACHINE BUSINESS**

By: By:

Name: Name:

Title: Title:

**SCHEDULE A**
**SCOPE OF SERVICES**

**Services**

TheFBAmachine has been hired to establish and manage an Amazon storefront. TheFBAmachine's "Services" shall consist of those services customarily rendered by a management service for an Amazon storefront.

TheFBAmachine shall provide the following Services:

- Establish Amazon storefront

- Establish vendors

- Get the store ungated on Amazon to sell with specified brands

- Merging listings to variations (developed in accordance with Business)

- Create a specialized PPC management strategy

- Spearhead listing price research and optimization


TheFBAmachine will require to utilize Businesses budget starting at $50,000.00 for procurement of inventory for their Amazon.com Seller Account within the Term of the Agreement. TheFBAmachine will continue to perform this task on a monthly basis moving forward only if budget is provided by Businesses.

**Compensation**

For the Services rendered, TheFBAmachine shall receive the following payments:

$50,000 Due at contract signing

35% of any reported Profits by theFBAmachine on a monthly basis

Business agrees to pay TheFBAmachine in accordance with its normal processes and procedures within

**Attachment H**                    **PX36**                    **002626**

five (5) days of receipt of TheFBAmachine invoice. Any dispute or claim arising out of invoice amounts and services rendered shall be negotiated in good faith. Business shall not be required to pay any amounts in dispute while the dispute is pending. In the event a dispute cannot be resolved, Parties agree to follow the arbitration procedures outlined in this Agreement.

In performing the Services, TheFBAmachine shall adhere to the following guidelines:

1. TheFBAmachine agrees to devote as much productive time, energy and ability to the performance of their duties hereunder as may be necessary to provide the required Services in a timely and productive manner and to the timeframe specified in this Agreement.

2. TheFBAmachine agrees to perform with at least industry standard efforts, energies, and skill the duties and responsibilities attributable to the Services and, except as set forth herein, agrees to devote professional time and attention to the delivery and performance of the Services.

3. TheFBAmachine agrees to perform the Services in a workmanlike manner and with professional diligence and skill, as a fully trained, skilled, competent, and experienced personnel.

4. TheFBAmachine shall provide Services that are satisfactory and acceptable to Business and free of defects.

5. TheFBAmachine shall communicate and meet with Business regularly regarding progress it has made with respect to the deliverables and Services.

Payment Instructions :

**THEFBAMACHINE INC**
Full Account and Routing
Number: Account number-
███████████Routing number-
████████ TD BANK

Produced as a digital file

PX 36, Att. I

Provided to the Clerk of Court via flash drive (sent via
Federal Express)

Provided to counsel of record via secure FTP

Produced as a digital file

PX 36, Att. J

Provided to the Clerk of Court via flash drive (sent via
Federal Express)

Provided to counsel of record via secure FTP

Produced as a digital file

PX 36, Att. K

Provided to the Clerk of Court via flash drive (sent via
Federal Express)

Provided to counsel of record via secure FTP

Jun 5th, 2024



Ok I'll see what I can do

08:05 AM



Hi, ▮▮▮▮ Yes sure just let me know.

09:02 AM



12:49 PM



12:49 PM



Hi Amazon emailed me this

12:49 PM

**Attachment L**                    **PX36**                    **002631**

CG I know these are not the best pictures but
I cannot find this issue on the laptop
amazon

12:50 PM

CG 

12:50 PM

CG Deleted and abandon shipments ???

12:50 PM

CG Something about defects?

12:51 PM

CG I clicked on resolve and it wants me to
agree with the terms to solve the issue in
some ways

12:53 PM

CG Something about shopping products to
Amazon?

12:54 PM



Please let me know what you see and know thanks

01:06 PM

I think this is from the one product they talked about before with the headaches of it previously

01:06 PM



Hey, ▮ I'll check this one.

02:04 PM

Thank you

02:04 PM



Hi, ▮ I have examined the shipment ID and the email you received regarding the fee imposed by Amazon for problematic shipments. Fortunately, you will not incur any charges for this month. The positive aspect of this situation is that we now have a better understanding of how to address it.

02:47 PM

CG

Ok what do I need to do

02:50 PM

CG

Do I check on the agreement box

02:50 PM

CG

To resolve the issues

02:51 PM

CG



02:52 PM

CG

Here is another one I think it's the same issue

02:52 PM



Yes, ████, There are two shipment ID and I already resolved the issue.

02:59 PM

CG

Ok great 👍

02:59 PM

Jun 7th, 2024



07:23 AM

It shows some of my products as inactive
why so?

07:23 AM

I understand some are inactive due to
being sold out but this one is not

07:23 AM



Hi, ▊ Good morning.

09:19 AM

Good morning

09:34 AM

Will we still be able to sell these products
?

09:34 AM



Due to inactivity



Hi, this is The FBA Machine Clients, we saw that we just missed your call how can we help?

01:48 PM



Someone called me if you need to talk please call me again if not than that fine have a good day

01:49 PM

Jun 17th, 2024



Hi I see something have been selling great are we getting g low on inventory and should we be buying anything more or are more items on the way

02:36 PM



Thank you

02:36 PM

Hey ███, we are currently undergoing an FTC investigation and experiencing a shortage of staff. In the meantime, we are unable to purchase products to restock. Your understanding is greatly appreciated! Please be assured that we are actively working in your best interest. We thank you for your patience as we work to resolve this matter and once we get an update, we can reach out to you. Thank you!

CG  Ohhhh wow ok

04:54 PM

Jun 18th, 2024

CG  I talked to Steve about the situation and I
will call the ftc to give me experience

04:21 AM

Thanks Chris, we appreciate it!  MH

12:39 PM

Jun 19th, 2024

CG  I did talk to the lawyer today and gave a
great review for you guys and the FBA
machine

11:28 AM

Jul 9th, 2024

CG  Can we have a conference call maybe
tomorrow. I would like to talk about a few
things since FBA machine is basically
down

10:18 PM

CG  Maybe like 12 pm

10:22 PM



Jun 5th, 2024

Good Morning ████ this is Shun, can you send to us the documents that you have so we can now open an account on KEHE. Thank you so much.

09:27 AM

Good morning! Sure let me know which ones you need

11:42 AM

Its the Resale certificate and business license ████ f you could send it to my email, it would be great.
shundryle@thefbamachine.com

01:09 PM

████ **Business License Info** - Hello, Here's a copy of what I have for ████ , LLC. Let me know if I need more. Thanks Sent from my T-Mobil... 📎 ⋮

2:27 PM

Jun 7th, 2024

Good morning ████ thank you for this, we also need your EIN and LLC. Please, thank you.

10:11 AM

Good morning. The EIN# ████
Thanks!

11:17 AM

Can you download the documents and send them to my email, please. We need to submit it to the vendor to create your account. Thank you.

11:26 AM

Ok

11:41 AM

Copy emailed

12:16 PM

S████ P█ Copy of EIN - Here you go. S████ Sent from my T-Mobile 4G LTE Device

12:16 PM

Thank you, do you have resale certificate and business license ████ can you also send them to me, thanks.

12:43 PM

I don't have those. Do you know if I get those off of the tax.illinois website?

01:08 PM

I think Jerdonna is the best person that could help you regarding the documents ████ you could reach out to her about that matter.

01:13 PM



Tax Certificate - Sent from my T-Mobile 4G LTE Device

1:39 PM

Ok I went online and found them. I emailed them to you. Illinois doesn't print and mail them anymore.  Thanks

01:39 PM

Jun 12th, 2024

Hi Shun just checking in to make sure the documents were received. Thanks!

12:22 PM

Jun 13th, 2024

Hi ▌ , i will have your VA follow up with on by Tuesday of next week

02:04 PM

Ok thanks

02:42 PM

Jun 26th, 2024

Hi Jerdonna any update?

07:15 PM

**Attachment M**                    PX36                              002640

May 27th, 2024

Hi ████, Good day! Some of the items on our last purchase were active now and we can see some were added to the cart already. Hopefully, we can see some sales and we are planning to add more items, I'll keep you posted.

09:41 AM

May 29th, 2024

📞 Outbound Call    JP

▶ 00:00    00:03    🔊    x1    ⬇

02:19 PM

Hi ████ we do have a PO ready for you for our next purchase. Tell me what is the best time to call you.

02:21 PM

May 30th, 2024

📞 Outbound Call    JP

▶ 00:00    00:07    🔊    x1    ⬇

09:59 AM

Hi ████ Good day! I would like to follow up on what would be the best time to call you, please.

10:02 AM

Jun 5th, 2024

Hi , I hope you're doing well. To ensure we keep your Amazon catalogue up-to-date and running smoothly, could you kindly provide an estimated timeframe for when we should plan to purchase new items? This information is important for us to coordinate and manage the addition of these items efficiently.

Your guidance on this matter is greatly appreciated. Please let us know at your earliest convenience.

09:36 AM

Honestly I'm not sure yet. I've invested over 2k and haven't seen 1$ deposited yet. So I'm a little concerned about the process. I think once I move some product I'll invest more.

06:15 PM

Jun 6th, 2024

This is noted will keep you posted on our sales. Thank you,

09:12 AM

Jun 7th, 2024



Jun 7th, 2024



Hi ████ Good day! We already can see
some improvement on your store as we are
having some sales. Its not that much but
hopefully we can have more for the next
following days.

11:03 AM



Good news for sure. Thank you for the
update!

04:23 PM

Jul 9th, 2024



Hey are you free for a phone call?

05:33 PM

**Attachment N**                    **PX36**                    **002643**

## DECLARATION OF FORMER PASSIVE SCALING EMPLOYEE
### Pursuant to 28 U.S.C. § 1746

I, Former Passive Scaling Employee, have personal knowledge of the facts and matters set forth below.

1. I am over the age of 18.

2. I started working at Passive Scaling in December 2021. I heard about the job from my sister, who'd joined the company before I did. I worked from Jamaica, where I lived at the time.

3. I started out as an onboarding assistant. My job was to get new Passive Scaling clients onboarded to Amazon.com so the clients could open and run their stores. Around the time when I was hired, Walmart had terminated a huge number of Passive Scaling stores, so Passive Scaling had temporarily paused onboarding stores for Walmart.

4. I later moved to the Amazon Customer Service Department at Passive Scaling as an agent, where I was a customer service representative. I communicated with Passive Scaling clients and with other Passive Scaling personnel who were managing the clients' stores.

5. I was later promoted without additional pay to be a client success manager. I basically continued the work I did as an agent, but then I also managed a group of about ten to eighteen people. These people were managing Passive Scaling client Amazon stores and sourcing inventory, and they lived in the Philippines. I was the go-between between Passive Scaling clients and these account buyers. I had about 100 active Passive Scaling clients that I worked with, along with about 20 accounts per month waiting to be onboarded.

6. I thought Passive Scaling was legitimate at first. But I learned that Passive Scaling was telling prospective clients that they could make lots of money with Passive Scaling—outrageous amounts of money. But the reality was the opposite—people didn't make

1

money and lost money. I also learned that Passive Scaling was telling people that they had a wide variety of vendors that provided lots of products with high profit margins, but that wasn't the case—the products had low profit margins. The company used several different vendors, like KeHE (mostly food) and Aurora.

7. Passive Scaling had a call center in the Philippines, a physical location I think Steven Rozenfeld, Passive Scaling's Chief Executive Officer, had rented. I think Steven really exploited the workers at the call center—they weren't paid much and were treated poorly. (For example, one agent I spoke with told me she was paid $1 U.S. per day. If she worked consistently throughout the month, she could earn $200 per month.) Passive Scaling also had a warehouse in New Jersey, and I think 1HR Deliveries is also based in New Jersey.

8. Passive Scaling told its clients that it would use both FBA, or "Fulfilled by Amazon," and FBM, which stands for "Fulfilled by Merchant." With the Fulfilled by Merchant model, when a customer ordered an item from a client's Amazon store, Passive Scaling would order the product from another merchant, repackage it, and send it to the customer. But Steven hired unskilled people in the FBM department and had them source items mostly from Walmart. But inventory with Walmart packaging would end up at Amazon customer's stores, and Amazon prohibits that. When this happened, the Passive Scaling client's store associated with the inventory could be suspended or terminated.

9. When I worked as an agent and client success manager at Passive Scaling, I received complaints from clients about Passive Scaling every day, multiple times a day—it was non-stop. There were five client success managers who each had over 100 active clients at any given time.

2

10. As a client success manager, my calendar was booked two weeks out with appointments with clients who were trying to understand why their stores weren't making the money they were supposed to. Every day clients complained to me about problems with their stores, including that they had issues with orders, their stores were deactivated or suspended, they weren't being told about what was happening with their stores, prohibited items were being sold on their stores, they weren't making any profits despite being patient and waiting a long time, and they were losing money. The only happy clients were people who were being onboarded. But as soon as those clients got a few months in, the endless chaos started.

11. Amazon suspended, terminated, or deactivated a lot of Passive Scaling clients' stores.

12. Steven (I didn't know Steven's real name isn't Steven until I'd left Passive Scaling) and Martin Trajkovski, Passive Scaling's Chief Operating Officer, held meetings with me and other client success managers every day. When we told them—every single day—about the issues company clients were experiencing and their complaints, Steven would promise to fix them but then never do anything. All they would do was keep taking people's money.

13. I had one client who spent close to $100,000 on four stores, and all four of her stores were shut down because of Passive Scaling's failures. Steven told her she wouldn't get a refund.

14. Steven and Martin used me and the other client success managers as a buffer to avoid Passive Scaling clients. When clients would tell me about a problem, I would reach out to management—Steven and Martin—and ask them what to do or say. Steven would use different tactics to stall the clients, including clients who were threatening lawsuits. For example, instead of giving them a refund, he'd tell me to say that the client could get inventory credits with 1HR Deliveries instead. But then Steven would never give those

credits. And inventory Steven was supposedly using for "credit" often wasn't his or Passive

Scaling's—it was inventory that belonged to other Passive Scaling clients.

15. Missing inventory was also an issue. A client would spend a certain amount on inventory—

say, $25,000—but the Sales.Support computer software would only show $10,000 worth

of inventory, and we didn't know where the rest went. And the other information in the

Sales.Support software usually wasn't accurate.

16. Steven took clients' inventory and sold it himself. When Amazon deactivated or suspended

a client's account, it would send the client's inventory back to the warehouse it came from.

Then 1HR Deliveries would take the items and resell them. I'm not sure who at 1HR

Deliveries was doing this, but it's Steven's company, and he's a micromanager.

17. The credit card information of Passive Scaling's clients was accessible to many people,

and if I hadn't been honest, I could've easily taken many clients' credit card information.

I know of a number of instances of dishonest personnel at Passive Scaling using clients'

credit cards for their own purchases.

18. There were a few stores at Passive Scaling that were successful—Steven talked about those

stores a lot, but I don't remember their names. One store was very profitable and had one

person, a guy named Paulo in the Philippines, dedicated to working on it. Steven also had

his own store on Amazon.

19. When I got paid for my work at Passive Scaling, my payment would come from different

companies—usually 1HR Deliveries or Daily Distro. Payoneer, the platform Steven used

to pay me, terminated my account because Steven gave me a bogus employer identification

number for the company.

4

20. I am not aware of any "legal department" or "legal team" at Passive Scaling. I know that Steven, a worker named Jerdonna Palmer, and another worker named Tatiana handled all of the refund requests. Jerdonna was also located in Jamaica and worked really closely with Steven. I don't know of anyone who ever got full refunds from Jerdonna, Steven, or anyone else.

21. One of the Passive Scaling clients I worked a lot with was Matthew Genes; I was his client success manager. He booked a lot of meetings. One day, I stopped the recording of the meeting and then spoke frankly to him. I told him he'd made a bad investment and that no one at the company was going to help him.

22. Working at Passive Scaling weighed really heavily on me once I realized what the company was doing. I had so much anxiety, and I didn't like having to give people false promises and false hope. I left Passive Scaling in July 2022 because I didn't know what to tell the clients anymore and I couldn't lie to them. I gave my resignation letter to Martin.

23. After I left Passive Scaling, I messaged Matthew Genes because I knew he had hired an attorney and was working on a lawsuit against the company to get his money back. I told him I'd been fired because I wanted him to keep me out of his lawsuit against Steven. I sent him a client sheet—the document that everybody worked from that I hoped could help him in his lawsuit. The client sheet showed that his experience was typical of Passive Scaling—most stores were not making any money.

24. I still have Passive Scaling clients who reach out to me on Facebook. Some have lost homes and marriages because of Passive Scaling's scam. Hundreds of clients have been negatively affected, and I am aware that there were a lot of lawsuits against Passive Scaling.

5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____, 2024
From outside the United States

6

| | |
|---|---|
| **From:** | Karen Denny |
| **To:** | Kern, Frances; Robbins, Colleen B. |
| **Subject:** | Fwd: theFBAmachine Client Status UPDATE: FORM ATTACHED |
| **Date:** | Wednesday, July 10, 2024 2:23:26 PM |
| **Attachments:** | FBA Machine Questionaire (1) (1).docx |

Fran and Colleen - Please read email chain below.

Funny how I could never get the coaching I paid for and was told I would receive from Steven Rosen, only to now have him offer it now his operation has been halted by the FTC….

---------- Forwarded message ---------
From: **Steven Rozenfeld** <steverozenfba@gmail.com>
Date: Wed, Jul 10, 2024 at 2:14 PM
Subject: theFBAmachine Client Status UPDATE: FORM ATTACHED
To: Steven Rozenfeld <steverozenfba@gmail.com>

Dear Valued Clients,

I hope this message finds you well. I am writing to inform you about a recent development that has affected our business operations. Unfortunately, the FTC has shut down theFBAmachine Inc., and as a result, we are no longer able to provide the services you paid for to help you open and run your Amazon store.

I deeply regret any inconvenience this has caused and want to personally apologize for the disruption to your business plans. I understand how much trust you placed in us, and it is disheartening to know that we have not been able to fulfill our promises to you.

Despite the restrictions placed upon me, my commitment to your success remains unwavering. While I am not allowed to work or offer our paid services, I'm offering to personally schedule a time to help you transition your business as it's currently left in the air to the extend that I am allowed. In addition, I want to continue offering one-on-one coaching sessions free of charge. This is my way of showing my dedication to your success and ensuring that you still receive the support you need to reach your business goals.

Please feel free to contact me directly if you need any assistance, advice, or guidance on setting up and running your Amazon store. I am here to help, and it is my goal to see you succeed despite these challenging circumstances.

Additionally, Our legal team has prepared a survey to help us present our case to the court to help present our case. If you would be kind enough to fill it out, and notarize the form to better inform the courts of any inventory you may have in the warehouse and feedback.

Thank you for your understanding and patience during this difficult time. I truly appreciate your support and trust. Together, we can work towards making your business aspirations a reality.

Sincerely,

Steven Rozenfeld

## AFFIDAVIT AND QUESTIONNAIRE

In June 2024, the FTC filed an action against the FBA Machine and Steven Rozenfeld, causing a temporary shutdown of operations. If your Amazon store has been impacted by this shutdown, please fill out this questionnaire and provide as much detail as possible.

The FBA Machine would like to provide responses from these questionnaires to the Court, to show why it is necessary for it to restart its operations. If you are willing to have the FBA Machine provide your testimony to the Court, please sign the document at the end and have it notarized.

1. Please state your name and state of residence.

2. How did you find out about the FBA Machine?

3. When did you sign a contract with the FBA Machine?

4. What services were provided to you by the FBA Machine?

5. Describe the coaching services provided to you by the FBA Machine and Steven Rozenfeld.

6. How has the FBA Machine helped the growth of your store?

7. On June 3, 2024, the Federal District Court in the State of New Jersey issued an Order that ceased all operations at the FBA Machine. Has your Amazon store been impacted by the shutdown?

8. How has the shutdown affected your profit and sales? Please provide exact information and feel free to attach any documents necessary to explain the issues.

9. Has the shutdown caused any financial losses?

10. Would you prefer to have the FBA Machine operate and continue to provide services for your Amazon Store?

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing

statements is willfully false, I am subject to punishment.


Name:

Subscribed and sworn to before me this

_____day of _____, 2024.


NOTARY PUBLIC

| | |
|---|---|
| **From:** | Karen Denny |
| **To:** | Kern, Frances; Robbins, Colleen B. |
| **Subject:** | Fwd: Resumption - VA / Account Managers |
| **Date:** | Wednesday, July 10, 2024 10:22:51 PM |

Not sure what this is but it sounds crazy to me. I just want my money back at this point. Please see email chain. These people should be punished.

---------- Forwarded message ---------
From: **Infitel BPO** <infitelbpo.cnter@gmail.com>
Date: Wed, Jul 10, 2024 at 12:03 PM
Subject: Resumption - VA / Account Managers
To: ███████████████████████
CC: infitel.paolojerome29@gmail.com <infitel.paolojerome29@gmail.com>

Good day!

We hope that this email finds you well.

Firstly, we would like to apologize for the previous weeks that we have been inactive and unreachable. Steven's warehouse in North Bergen, NJ has been shut down by the Federal Trade Commission (FTC) for investigation. This warehouse is what we're using to fulfill our orders and be sent to Amazon. On top of that, our Gmail workspace has been suspended as well the more reason that we were not able to reach out to you and inform you of what's been going on.

A new warehouse is now up to fulfill new orders. The VAs or Account Managers that have been on stand by for quite a while now are ready to continue working for your store.

However, for this to work out, there will be some minor changes that we should implement. As you may not know, along with the FTC shutting down Steven's warehouse, they also froze his bank accounts, the reason that he is not able to send salaries to the VAs/Account Managers who are working for your store. In line with this, we would like to propose to you that you pay your VA's salary of $100 every 15th of month and that would be deducted to your profit revshare payment every end of the month.

We understand that it's already almost halfway through July and generating enough profit to cover the $100 of what you're paying your VA would be unlikely. However, we would like to view this as an investment as your VA resumes to work on scaling the store moving forward.

If ever you had any inventories stuck in North Bergen warehouse before it was shut down, the FTC is working on it to be processed and be delivered to Amazon starting Thursday of this week.

If you have any questions and clarifications, please do not hesitate to let us know.

Thank you and we hope to hear from you soon!

Best Regards,

**Gladys "Gee" Bautista**
Senior Operations Manager
Infitel Business Process Outsourcing Services
Skype: █████████
Whatsapp: █████████



Louis M. Gerbino, Esq.
Attorney ID No.: 196862016
SEKAS LAW GROUP, LLC
530 Sylvan Avenue
Englewood Cliffs, NJ 07632
(201) 816-1333
Our File No.: 20-12639
*Attorneys for Plaintiff, Pantelis Bournias*

| | |
|---|---|
| PANTELIS BOURNAIS,<br><br>                    Plaintiff,<br><br>v.<br><br>STEVEN   ROZENFELD   and   AMANDA<br>ROZENFELD,<br><br>                    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION:BERGEN COUNTY<br><br>SPECIAL CIVIL PART<br><br>DOCKET NO.: BER-DC-<br><br>**CIVIL ACTION**<br><br>**COMPLAINT** |

Plaintiff, PANTELIS BOURNIAS, by and through his attorney against the Defendants, STEVEN ROZENFELD and AMANDA ROZENFELD, hereby alleges and says:

**PARTIES**

1.      At all relevant times herein, Plaintiff, PANTELIS BOURNIAS, is an individual and the owner of the property located at ███████████████, Unit █, Township of Edgewater, County of Bergen and State of New Jersey and had rented such premises to Defendants.

2.      At all relevant times herein and upon information and belief, Defendant, STEVEN ROZENFELD, is an individual currently residing at ███████████, Unit █, Township of Edgewater, County of Bergen and State of New Jersey and was a tenant at the aforementioned premises.

3.      At all relevant times herein and upon information and belief, Defendant, AMANDA ROZENFELD, is an individual currently residing at ███████████, Unit █,

Township of Edgewater, County of Bergen and State of New Jersey and was a tenant at the aforementioned premises.

## JURISDICTION & VENUE

4.      Jurisdiction is proper in this matter pursuant to R. 6:1-2 as Plaintiff has been damaged in a sum of money not exceeding $15,000.00.

5.      Venue is proper pursuant to R. 6:1-3, as Defendants are residents of Bergen County, New Jersey.

## ALLEGATIONS COMMON TO ALL COUNTS

6.      The Plaintiff is the owner of the aforementioned premises and entered into a residential lease agreement (hereinafter "Lease Agreement") with Defendants on or about July 1, 2019 for use of the aforementioned premises for a period of one year.

7.      As part of the Lease Agreement, Defendants paid Plaintiff the amount of $8,250.00 reflecting a Security Deposit for the premises.

8.      On or about June 16, 2020, the parties entered into a lease extension (hereinafter "Lease Extension") which renewed the parties obligations for an additional year and set rental payments at $5,500.00 per month.

9.      Starting in September 2020, Defendants failed to pay rent as agreed to in the Lease Agreement and Lease Extension. A demand was made to Defendants on or about October 6, 2020 for the rental arrears, then amounting to $11,000.00.

10.     In lieu of proceeding with an eviction action, Defendants offered to voluntarily vacate and to use the Security Deposit, in the amount mentioned above, towards some of the rental arrears.

11.     Defendants eventually vacated the premises on or about October 17, 2020.

**Attachment Q**                **PX36**                **002657**

12.     Following Defendants vacating the premises, Plaintiff performed an inspection of the rental property and discovered, among other items, that Defendants had damaged floor tiles, had left holes, scratches and scuffs on the walls and had damaged the trim on a door frame. As a direct and proximate result of this damage, Plaintiff was forced to expend thousands of dollars to repair the damage done by Defendants.

13.     On or about November 9, 2020, we wrote Defendants on Plaintiff's behalf in accordance with N.J.S.A. §48:8-21.1 indicating their Security Deposit had been exhausted and demanded payment for the remaining rental arrears and for repairs done to correct the damage to the rental premises.

14.     As of the date of this Complaint, there remains outstanding the amount of $6,245.00 which reflects $2,750.00 in remaining rental arrears and $3,495.00 in repair costs. This amount does not include attorney's fees and costs for bringing the present action, which Plaintiff is entitled to recover in accordance with the terms of the Lease Agreement and Lease Extension.

15.     Since sending the aforementioned letter on November 9, 2020, Defendants have not contacted Plaintiff nor made any efforts to resolve their outstanding debt and obligations under the Lease Agreement and Lease Extension.

## FIRST COUNT
## BREACH OF CONTRACT

16.     Plaintiff repeats and re-alleges all previous counts of the Complaint as if set forth verbatim herein.

17.     Plaintiff and Defendants entered into a valid and enforceable contract, as set forth more fully above, whereby Plaintiff provided Defendants the use of his premises and Defendants

agreed to rental payment as set forth therein and to pay for damages to said premises beyond normal wear and tear.

18.     Plaintiff provided possession of the aforementioned premises and/or otherwise performed under the aforementioned contract.

19.     By failing to make rental payments as agreed to in the Lease Agreement and extensions thereof, and failing to provide payment for damages to the rental premises, and for the reasons more fully set forth in the allegations above, Defendants have breached the aforementioned contract with Plaintiff.

20.     As a result of the aforementioned breach, Plaintiff has been damaged in a sum of money as provided for in the Lease Agreement and extensions thereof and as agreed to between the parties.

**WHEREFORE**, Plaintiff demands judgment against the Defendants, jointly and severally, for:

      A.      Damages;

      B.      Pre-judgment and post judgment interest;

      C.      Attorney's fees;

      E.      Costs of suit; and

      D.      Any other relief the Court deems just and proper.

### SECOND COUNT
### ATTORNEY'S FEES

21.     Plaintiff repeats and re-alleges all previous counts of the Complaint as if set forth verbatim herein.

22.     The Lease Agreement, as aforementioned, contains a provision whereby Plaintiff, as Landlord, may charge, as additional rent, the reasonable attorney's fees and costs for

enforcing the terms of the Lease Agreement in the event that Defendants, as Tenants have breached said contract.

23.     Given that Defendants have breached the Lease Agreement, as aforementioned, Plaintiff is therefore entitled to an award of reasonable attorney's fees and costs.

**WHEREFORE**, Plaintiff demands judgment against the Defendants, jointly and severally, for:

      A.      Damages;

      B.      Pre-judgment and post judgment interest;

      C.      Attorney's fees;

      E.      Costs of suit; and

      D.      Any other relief the Court deems just and proper.

**SEKAS LAW GROUP, LLC**
*Attorneys for Plaintiff*

Dated: November 12, 2020

Louis M. Gerbino, Esq.

**Attachment Q**                    **PX36**                    **002660**

## CERTIFICATION

I hereby certify that this matter is not the subject of any other action or arbitration proceeding and no such action or arbitration proceeding is contemplated by this party at the time. There are no other known parties who should be joined. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with <u>R.</u> 1:38-7(b).

**SEKAS LAW GROUP, LLC**
*Attorneys for Plaintiff*

Dated: November 12, 2020

Louis M. Gerbino, Esq.

## DESIGNATION OF TRIAL COUNSEL

Please take notice that pursuant to the Rule of the Court, Nicholas G. Sekas, Esq. is hereby designated trial counsel.

**SEKAS LAW GROUP, LLC**
*Attorneys for Plaintiff*

Dated: November 12, 2020

Louis M. Gerbino, Esq.

6

**Attachment Q**          **PX36**          **002661**

|  Court's Address and Phone Number:<br>BERGEN Special Civil Part<br>10 MAIN STREET, ROOM 427<br>HACKENSACK, NJ 07601-0000<br><br>201-221-0700 | **Superior Court of New Jersey**<br>**Law Division, Special Civil Part**<br>**BERGEN**  County<br>Docket No: **BER-DC-012822-20**<br><br>**Civil Action**<br>**CONTRACT DISPUTE** |
|---|---|

## YOU ARE BEING SUED!

| **Person or Business Suing You (_Plaintiff_)**<br>Pantelis Bournias<br>See Page 3 for additional Plaintiff list<br><br>**Plaintiff's Attorney Information**<br>LOUIS M GERBINO<br>SEKAS LAW GROUP, LLC<br>530 SYLVAN AVE STE 201<br>ENGLEWOOD CLIFFS, NJ 07632-0000<br>201-816-1333 | **Person or Business Being Sued (_Defendant_)**<br>Steven Rozenfeld<br>See Page 3 for additional Defendant list<br><br>**The Person or Business Suing You Claims You Owe the Following:** |
|---|---|

| | |
|---|---|
| Demand Amount | $6245.00 |
| Filing Fee | $80.00 |
| Service Fee | $14.00 |
| Attorney's Fees | $2000.00 |
| **TOTAL** | **$8339.00** |

### FOR JUDICIARY USE ONLY

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe.  **If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs.  You have 35 days from the date of service to file your answer or a signed agreement.**  If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment.  The judgment is valid for 20 years.

**IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE 12/24/2020, OR THE COURT MAY RULE AGAINST YOU.  IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:**

1. **_Answer the complaint_**.  An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov under the section for Forms.  If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: **_Treasurer, State of New Jersey_**.  Include **BER-DC-012822-20** (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney.  If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail.  This MUST be done at the same time you file your Answer with the court on or before **12/24/2020**.

2. **_Resolve the dispute._**  Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute.  The plaintiff may agree to accept payment arrangements.  If you reach an agreement, mail or hand deliver the **SIGNED** agreement to the court's address listed above on or before **12/24/2020**.

**Please Note - You may wish to get an attorney to represent you.**  If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at 201-487-2166. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at 201-488-0044. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

_/s/ Michelle M. Smith_

Clerk of the Superior Court

| | |
|---|---|
|  Dirección y teléfono del tribunal<br>Parte Civil Especial de BERGEN<br>10 MAIN STREET, ROOM 427<br>HACKENSACK, NJ 07601-0000<br>201-221-0700 | **El Tribunal Superior de Nueva Jersey**<br>**División de Derecho, Parte Civil Especial**<br>Condado de **BERGEN**<br>Número del expediente **BER-DC-012822-20**<br>**Demanda de Acción Civil**<br>NOTIFICACIÓN DE DEMANDA<br>CONTRACT DISPUTE |

## ¡LE ESTÁN DEMANDANDO!

| **Persona o entidad comercial que le está demandando** (*el demandante*) | **Persona o comercial ser demandada** (*el demandado*) | | |
|---|---|---|---|
| Pantelis Bournias<br><br>See Page 3 for additional Plaintiff list<br>**Información sobre el abogado del demandante**<br>LOUIS M GERBINO<br>SEKAS LAW GROUP, LLC<br>530 SYLVAN AVE STE 201<br>ENGLEWOOD CLIFFS, NJ 07632-0000<br>201-816-1333 | Steven Rozenfeld<br><br>See Page 3 for additional Defendant list<br>**La persona o comercial que le está demandando afirma que usted le debe lo siguiente:** | | |
| | Cantidad a la vista | | $6245.00 |
| | Tasa judicial | | $80.00 |
| | Cargo del emplazamiento | | $14.00 |
| | Honorarios del abogado | | $2000.00 |
| | **TOTAL** | | **$8339.00** |

### PARA USO EXCLUSIVO DEL PODER JUDICIAL

En la demanda adjunta la persona o entidad comercial que le está demandando le informa brevemente al juez su versión de los hechos de la causa y la suma de dinero que afirma que usted le debe. **Si usted no responde a la demanda puede perder la causa automáticamente y el juez puede dar al demandante lo que está pidiendo más intereses y los costos legales.** Usted tiene 35 días a partir de la fecha del emplazamiento para presentar su respuesta o un acuerdo firmado. Si se dicta un fallo en su contra, un Oficial de la Parte Civil Especial puede embargar su dinero, sueldo o sus bienes muebles (personales) para pagar todo el fallo o una parte del mismo. El fallo es válido por 20 años.

**SI USTED NO ESTÁ DE ACUERDO** CON LAS ALEGACIONES DEL DEMANDANTE, EL TRIBUNAL TIENE QUE RECIBIR **UNA RESPUESTA POR ESCRITO O UN ACUERDO FIRMADO PARA EL 12/24/2020 O ANTES DE ESA FECHA, O EL JUEZ PUEDE EMITIR UN FALLO EN SU CONTRA. SI USTED <u>NO ESTÁ DE ACUERDO</u> CON EL DEMANDANTE, DEBE HACER <u>UNA</u> DE LAS SIGUIENTES COSAS <u>O LAS DOS</u>:**

1. *Responder a la demanda*. Un formulario de respuesta que le explicará cómo responder a la demanda está disponible en cualquiera de las Oficinas de la Parte Civil Especial de Nueva Jersey o en el sitio Internet del Poder Judicial njcourts.gov bajo la sección de formularios (Forms). Si usted decide presentar una respuesta a la demanda que se hizo en su contra:
   - Llene el formulario de Respuesta Y pague la tasa judicial de presentación que corresponda mediante un cheque o giro bancario o postal acreditable al: "***Treasurer, State of New Jersey***" (Tesorero del Estado de Nueva Jersey). Incluya **BER-DC-012822-20** (el número de su expediente) en el cheque.
   - Envíe por correo el formulario de Repuesta llenado y el cheque o giro bancario o postal a la dirección del tribunal que figura más arriba, o entréguelos personalmente en dicha dirección.
   - Entregue personalmente o envíe por correo común una copia del formulario de Repuesta llenado al abogado del demandante. Si el demandante no tiene abogado, envíe su formulario de respuesta llenado al demandante por correo común y por correo certificado. Esto SE TIENE que hacer al mismo tiempo que presente su Respuesta al tribunal a más tardar el **12/24/2020.**

2. *Resolver la disputa*. Comuníquese con el abogado del demandante, o con el demandante si éste no tiene abogado, para resolver esta disputa. El demandante puede estar de acuerdo con aceptar arreglos de pago. **Si llegara a un acuerdo, envíe por correo o entregar personalmente el acuerdo FIRMADO** a la dirección del tribunal que figura más arriba, o entréguelo personalmente en dicha dirección a más tardar el **12/24/2020.**

**Nota – Puede que usted quiera conseguir que un abogado para que lo represente.** Si usted no puede pagar a un abogado, podría obtener consejos legales gratuitos si se comunica con Legal Services (Servicios Legales) llamando al 201-487-2166. Si usted puede pagar a un abogado, pero no conoce a ninguno, puede llamar al Lawyer Referral Services (Servicios de Recomendación de Abogados) del Colegio de Abogados (Bar Association) de su condado local al 201-488-0044. Notifique al tribunal ahora si usted necesita un intérprete o un arreglo por una discapacidad para cualquier comparecencia futura en el tribunal.

/s/ **Michelle M. Smith**

Subsecretario(a) del Tribunal Superior

| | Superior Court of New Jersey |
|---|---|
| Court's Address and Phone Number:<br>BERGEN Special Civil Part<br>10 MAIN STREET, ROOM 427<br>HACKENSACK, NJ 07601-0000<br><br><br>201-221-0700 | **Law Division, Special Civil Part**<br>**BERGEN** County<br>Docket No: **BER-DC-012822-20**<br>**Civil Action**<br>**SUMMONS**<br>CONTRACT DISPUTE |
| **Additional Plaintiffs/demandantes adicionales** | **Additional Defendants/demandados adicionales**<br>Amanda Rozenfeld |

**Attachment Q**                    **PX36**                    **002664**

Stelios Stoupakis, Esq.
Attorney ID No.: 038352004
SEKAS LAW GROUP, LLC
530 Sylvan Avenue
Englewood Cliffs, NJ 07632
(201) 816-1333
Our File No.: 20-12639
*Attorneys for Plaintiff, Pantelis Bournias*

| | |
|---|---|
| PANTELIS BOURNAIS, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION:BERGEN COUNTY |
| Plaintiff, | |
| | SPECIAL CIVIL PART |
| v. | |
| | DOCKET NO.: BER-DC-012822-20 |
| STEVEN ROZENFELD and AMANDA ROZENFELD, | **CIVIL ACTION** |
| | |
| Defendants. | **WARRANT      TO      SATISFY JUDGMENT** |

**WHEREAS** Judgment was entered in the above entitled action in favor of Plaintiff, Pantelis Bournias, against Defendants, Steven Rozenfeld and Amanda Rozenfel, in the amount of Eleven Thousand Dollars ($11,000.00) by the record thereof bearing Docket No. BER-DC-012822-20.

**NOW THEREFORE** this is your warrant and authority to enter on the aforesaid record, this satisfaction of judgment against Defendants, Steven Rozenfeld and Amanda Rozenfel.

                                      **SEKAS LAW GROUP, LLC**

Dated: November 18, 2021

                                      Stelios Stoupakis, Esq.
                                      *Attorneys for Plaintiff Pantelis Bournias*

1

I certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

SEKAS LAW GROUP, LLC

Dated: November 18, 2021

_____
Stelios Stoupakis, Esq.
*Attorneys for Plaintiff Pantelis Bournias*

2

_____BOURNIAS PANTELIS_____     **SUPERIOR COURT OF NEW JERSEY**

*PLAINTIFF*     **LAW DIVISION – SPECIAL CIVIL PART**

v.     BERGEN COUNTY CIVIL DIVISION
10 MAIN STREET, HACKENSACK, N.J. 07601
(201)-221-0700

*DEFENDANT*

_____STEVEN ROSENFELD_____     SPECIAL CIVIL PART ACTION
ORDER OF DISPOSITION

DOCKET NO.  DC-012822-20

It is on this __20th_____ day  of _____April_____, 2021, **ORDERED** that this matter is hereby dismissed/disposed due to the following:

☐ SETTLED PRIOR TO TRIAL           ✓TRIED WITHOUT JURY

☐ SETTLED DURING/CALL              ☐ TRIED WITH A JURY

☐ SETTLED BY JUDGE                 ☐ JUDGMENT OF POSSESSION

☐ SETTLED BY MEDIATION             ☐ DEFAULT

☐ DISMISSED BY JUDGE                    o   CERTS FILED
    o   WITH PREJUDICE                   o   NO CERTS FILED
    o   WITHOUT PREJUDICE          ☐ TRANSFERRED

☐ N/A BY PLAINTIFF                 ☐ BANKRUPTCY – ORDER TO BE

☐ N/A BY ALL PARTIES                  SUBMITTED

☐ VOLUNTARY DISMISSAL

It is further **ORDERED** that the plaintiff/defendant shall serve a copy of the ORDER on the plaintiff/defendant within (10) days of the above date.

COMMENTS: Judgment after trial in favor of plaintiff, Bournias Pantelis, in the amount of $11,000.00.

/s/ *Mary F. Thurber*
_____

Mary F. Thurber, J.S.C.

**Attachment Q**                    **PX36**                    **002668**

1

Vladimir Istomin, Esq.
Attorney At Law
755 Anderson Ave. 2F
Cliffside Park, NJ 07010
Phone: 718-213-0799
Fax: 551-234-2974
Email: istominesq@gmail.com
Attorney ID: 325062019
Attorney for the Defendant

SUPERIOR COURT OF NEW JERSEY
SPECIAL CIVIL PART
BERGEN COUNTY
DOCKET NO.: BER-DC-12822-20

PANTELIS BOURNAIS
PLAINTIFF'S NAME,

                                Plaintiff,

vs.

STEVEN AND AMANDA ROZENFIELD
DEFENDANT'S NAME,

                                Defendant.

Civil Action

**Submission of Additional Evidence**

Your Honor,

With this letter we submit additional evidence that we intend to use during the trial:

**1. Statement by Defendants**

Statement by Defendants that there was an oral agreement between Plaintiff and
Defendants per which the landlord asked Defendants to move out of the apartment
voluntarily because he did not want to fix the heat and hot water for the winter and
conduct other necessary repairs. The landlord kept a one and a half month deposit
($8250) and an additional payment of $4250 for the scratched floor and all rent payments
as the final settlement. In return for keeping the deposit and an additional payment, the
landlord orally agreed that this agreement would be final and payment in full. Later on,
however, the landlord conspired to claim a duplicate payment, fabricated fake damages,
and initiated this baseless claim.

2

**2. Copy of the settlement check**

Copy of the final check given to Plaintiff by Defendants as proof that an oral modification existed. Awarding a duplicate payment to the Plaintiff would constitute an unjust enrichment of the landlord because he was already paid for everything and agreed to release the defendants of any further liability. Also, the *promissory estoppel* applies to this situation as Defendants relied on Plaintiff's position to keep the oral agreement to their detriment.  There are two witnesses to the oral agreement, Amanda and Steven Rozenfield, versus only one witness, Mr. Bournais, who denies the oral agreement.

**3. Photos of the apartment showing that the apartment was given to Defendants in a very poor condition and that Plaintiff conducted various repairs during the lease which caused further damages**

Defendants state that most of the property damages were caused by the landlord himself because the apartment was given to them in very poor condition.  The landlord failed to conduct any necessary repairs during the lease and was also engaged in various construction projects on the premises during the lease which caused further damages to the apartment. There was also a flood that caused substantial damages. There is no evidence presented by Plaintiff that the damages were caused by Defendant. Attached, please find photos of water coming out from the ceiling, holes in the ceilings and walls, open pipes, and cracked walls. Defendant failed to produce any evidence to demonstrate that any of the damages to the rented property were caused by Plaintiffs, not Defendant himself. All of his evidence presented just shows that the landlord recently conducted various repairs on the property and no evidence at all that any of these damages were caused by Defendants.

**4. Proof of false statements by Plaintiff**

Plaintiff also asks this court to consider that Plaintiff has very questionable credibility and his statements should be regarded with doubt. Plaintiff stated in his certification for the Summary Motion that Defendants refused to make any settlement offers recently. This statement is false as Defendants made another settlement offer on 3/17/201. This should indicate to the court that Plaintiff has questionable credibility.  Attached, is the Plaintiff's statement where he claims that no offers were made and a copy of the offer that was made right before his statement by the Defendant's attorney.

Filing Attorney for the Plaintiff
Vladimir Istomin, Esq.
04.12.2021

Vladimir Istomin, Esq.
Attorney At Law
755 Anderson Ave. 2F
Cliffside Park, NJ 07010
Phone: 718-213-0799
Fax: 551-234-2974
Email: istominesq@gmail.com
Attorney ID: 325062019
Attorney for the Defendants

              SUPERIOR COURT OF NEW JERSEY
              SPECIAL CIVIL PART
              BERGEN COUNTY
              DOCKET NO.: BER-DC-12822-20

PANTELIS BOURNAIS
PLAINTIFF'S NAME,
        Plaintiff,

vs.

STEVEN AND AMANDA ROZENFIELD
DEFENDANT'S NAME,
        Defendant.

Civil Action

**STATEMENT BY DEFENDANTS.**

We STEVEN AND AMANDA ROZENFIELD, defendants in this action certify as follows:

We were tenants at ████████ Unit █ Edgewater, NJ. This property was given to us in very poor condition. The landlord failed to conduct any necessary repairs during the lease and was also engaged in various construction projects on the premises during the lease which caused further damages to the apartment. There was also a flood of the property during the lease because of the fault of the landlord himself.  The flood and lack of proper maintenance caused further damages to this apartment (Exhibit 1). Most of the property damages were caused by the landlord himself. There is no evidence presented by the landlord that showed that we caused any of these damages, but the only evidence that the landlord conducted various repair projects recently.

The landlord asked us to vacate the apartment during the winter because he did not want to fix the heat and hot water and other necessary repairs. We made an oral agreement with the landlord to move out early and paid a one and a half month deposit ($8250) and an additional payment of $4250 (partial rent) for the scratched floor and all rent payments (Exhibit 2). This was a full payment for everything, rent, and floor damages. We did not cause any other damages to the apartment.

We admit that there was a lease agreement between Plaintiff and us, but this agreement was modified by an oral agreement. We deny that we owe any additional rent to Plaintiff because he was paid in full following the oral agreement. We deny that we caused any other damages to the property except the scratched floors for which we already paid to Plaintiff.  We deny that we owe any legal fees to Plaintiff because we acted in good faith and per the oral agreement. Plaintiff is the one who is engaged in the fabrication of false claims as he was fully paid for the rent and floor damages and now asks for a duplicate payment and for the damages that we did not cause. We relied on the landlord's oral promise to relieve us of any liability and paid additional money when we moved out based on his promise.

We also would like to bring to the court's attention that the landlord's testimony is not credible because he already made a false statement to the court in his certification for the summary motion that we refused to make any offers recently to settle this matter that he made on 3/19/2021. (Exhibit 3). This statement is false as our attorney made another settlement offer on 3/17/2021 (Exhibit 7). These should indicate to the court that the landlord has questionable credibility and his entire claim is a fabrication.

STEVEN ROZENFIELD _____

Dated:

AMANDA ROZENFIELD _____

Dated:





















**Attachment Q**                    **PX36**                    **002681**

BER-DC-012822-20   03/19/2021 4:05:40 PM  Pg 4 of 4 Trans ID: SCP2021500404

9.    I sincerely had hoped to avoid bringing this action against the Defendants, unfortunately their complete lack of transparency and communication had left me no choice. Notwithstanding, I have still not been offered any justification for failing to pay the rental arrears as well as the damages to the property. It is also my understanding that Defendants are now completely refusing to make any offer to resolve this matter without the Court's intervention, despite our numerous efforts to do so, particularly recently. In light of these circumstances, I respectfully request that a judgment be entered in my favor.

I hereby certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are false, I am subject to punishment.

Dated: 3/19/21

Pantelis Bournias

*False Statement by Plantiff — see a copy of an offer on the next page on 03.17.2021*

**Attachment Q**          **PX36**          **002682**

4/12/2021                                      Yahoo Mail - Re: Bournias v. Rozenfeld

Re: Bournias v. Rozenfeld

From:   istominesq@gmail.com (istominesq@gmail.com)

To:     lgerbino@sekaslaw.com

Date:   Wednesday, March 17, 2021, 09:41 PM EDT

Louis, My client can offer ▓▓▓▓ to settle and this is only because he is stressed with this case. Our position is that the case has no merits and we are going to present additional evidence of this to the court. Thank you.

*an offer was made on 03.17.2021*

**WELTMAN, WEINBERG & REIS CO., L.P.A.**
A LEGAL PROFESSIONAL ASSOCIATION
FORMED IN THE STATE OF OHIO
BY: SCOTT J. BEST, ESQUIRE                    **ATTORNEY FOR PLAINTIFF(S)**
NJ I.D. NO. 03509-2004
170 S. INDEPENDENCE MALL W SUITE 874W
PHILADELPHIA, PA 19106
PHONE: 800-589-8516
FAX: 215-599-1505
EMAIL: PHILAW@WELTMAN.COM
WWR# 040760993

| | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC assignee of SYNCHRONY BANK - PAYPAL | SUPERIOR COURT OF NEW JERSEY BERGEN COUNTY SPECIAL CIVIL PART |
| PLAINTIFF | DOCKET NO.: |
| vs. | CIVIL ACTION |
| AMANDA PEREMEN | COMPLAINT |
| DEFENDANT | |

NOW COMES PORTFOLIO RECOVERY ASSOCIATES, LLC by and through their attorneys, by way of complaint against Defendant hereby states:

1. Defendant, AMANDA PEREMEN, reside(s) in BERGEN County, whose social security number(s) end(s) in XXX-XX-X189 and is subject to this court's jurisdiction.

2. Defendant entered into an agreement for a credit account and/or loan agreement with SYNCHRONY BANK - PAYPAL, account number XXXXXXXXXXXX2542.

3. Plaintiff is the purchaser and current owner of Defendant's account with SYNCHRONY BANK - PAYPAL with said account and all rights as owner of the account having been assigned to Plaintiff. See Exhibit "A" attached hereto and incorporated herein.

4. Defendant failed to pay the balance due as set forth on the account statements. See Exhibit "A" attached hereto and incorporated herein.

5. The amount currently due and owing on the account is $1,246.60.

**Attachment R**                        **PX36**                        **002684**

6.   Plaintiff has made demand upon the Defendant for payment of the amount due and Defendant has failed to pay the amount claimed.

WHEREFORE, Plaintiff demands judgment against the Defendant AMANDA PEREMEN, in the sum of $1,246.60, and court costs.

## CERTIFICATION PURSUANT TO RULE 4:5-1

Plaintiff, by their attorney, hereby certifies that the matter in controversy is not the subject of any other pending or contemplated judicial or arbitration proceeding.  Plaintiff is not currently aware of any other parties which should be joined in this action

## CERTIFICATION PURSUANT TO RULE 1:38-7(b)

I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).  I understand that if any of the foregoing statements made by me are willfully false I am subject to punishment.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4 SCOTT J. BEST, Esq. is hereby designated as trial counsel for Plaintiff in this matter.

Weltman, Weinberg & Reis Co., L.P.A.

s/ SCOTT J. BEST
SCOTT J. BEST, Esquire
Attorneys for Plaintiff

**Attachment R**                    **PX36**                    **002685**

AMANDA PEREMEN
Account Number ██████ 2542

Visit us at www.paypal.com
PayPal Credit Services:
1-866-437-2914

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,220.01 |
| + Interest Charges | $26.59 |
| **New Balance** | **$1,246.60** |
| | |
| Credit Limit | $1,040.00 |
| Available Credit | $0.00 |
| Cash Limit | $208.00 |
| Available Cash | $0.00 |
| Statement Closing Date | 06/14/2019 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $1,246.60 |
| Amount Past Due | $362.00 |
| Total Minimum Payment Due | $402.00 |
| Overlimit Amount | $206.60 |
| Payment Due Date | 07/07/2019 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $38.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 3 years | $1,674.00 |

If you would like information about **credit counseling services**, call 1-877-302-8775.

## PayPal Extras Rewards Program

| | |
|---|---|
| Previous Reward Point Balance | 0 |
| + Points Earned This Period | 0 |
| - Points Redeemed | 0 |
| = Current Reward Point Balance | 0 |

## Rewards Information

Earn 3x points at gas stations & restaurants, 2x points at PayPal & eBay, and 1x point everywhere else Mastercard is accepted! Redeem for rewards starting at 800 Points. Points expire after 24 months.



| | | | | |
|---|---|---|---|---|
| 0 | 3,000 | 6,000 | 9,000 | 12,000+ |

PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.

NOTICE: We may convert your payment into an electronic debit. See reverse for details, Billing Rights Information and other important information.

8640      YBG     1   7 12 190614      E X PAGE 1 of 3      1192  1000  P302  01CW8640

Detach and mail this portion with your check. Do not include any correspondence with your check.

Account Number: ██████ 2542

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | Overlimit Amount | New Balance |
|---|---|---|---|---|
| $402.00 | $362.00 | 07/07/2019 | $206.60 | $1,246.60 |

Payment Enclosed: Please use blue or black ink. Save a stamp, pay on-line at www.paypal.com

$ ☐ ☐ ☐ ☐ ☐ . ☐ ☐

New address or email? Print changes on back.

AMANDA PEREMEN
760A UNDERCLIFF AVE
EDGEWATER NJ 07020-1594

Make Payment to: PAYPAL CREDIT SVCS/SYNCB
PO BOX 960080
ORLANDO, FL 32896-0080

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **FEES** | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| | | | **INTEREST CHARGED** | |
| 06/14 | 06/14 | | INTEREST CHARGE ON PURCHASES | $26.59 |
| 06/14 | 06/14 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$26.59** |

| 2019 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2019 | $149.00 |
| Total Interest Charged in 2019 | $145.48 |
| Total Interest Paid in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | N/A | 26.24% (v) | $1,232.81 | $26.59 |
| Cash Advances | N/A | 29.24% (v) | $0.00 | $0.00 |

(v) = Variable Rate

## Cardholder News and Information

YOUR ACCOUNT IS PAST DUE. PLEASE PAY THE MINIMUM PAYMENT DUE OR
CONTACT THIS OFFICE AT THE PHONE NUMBER LISTED ON YOUR STATEMENT.

Your PayPal Mastercard wil no longer come with certain insurance benefits. The cancellation of your insurance benefits under the following policies will be effective July 1, 2019, at 12:00 am (EDT) ("Effective Date of Cancellation"):

(1) Extended Warranty - Policy No. 84161537-03/One Year Extended Warranty or 84161537-04/Two Year Extended Warranty and (2) Price Protection - Policy No. 84161539-02. Your coverage cancellation is due to changes in the Mastercard credit card program. If coverage under any of the above-referenced policies attaches to a purchase made with your Mastercard prior to the Effective Date of Cancellation, benefits will be provided for that purchase pursuant to the policy terms in effect at the time of coverage attachment,notwithstanding your coverage cancellation. For more information about your coverage, please refer to your card's Guide to Benefits. To view your Guide to Benefits, please visit www.mycardbenefits.com.The policies are issued by New Hampshire Insurance Company, an AIG Company.

8640       YBG      1    7  12  190614        E X PAGE 2 of 3        1192  1000  P302  O1CW8640

8640        YBG        1    7  12  190614        E X PAGE 3 of 3        1192  1000  P302  01CW8640



synchrony
4500 Munson St NW
Canton OH 44718, U S

**BILL of SALE**

**PRA (PRFS) – PLCC Fresh – August 2019 - g5559649.dl**

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Accounts Purchase Agreement (the "Agreement"), dated as of this 16ᵗʰ day of August, 2019 by and between Synchrony Bank formerly known as GE Capital Retail Bank, RFS Holding, L L C , Synchrony Card Funding, LLC and Retail Finance Credit Services, LLC , ( "Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on or about August 22, 2019, and as further described in the Agreement

Synchrony Bank

By *Lynne Fisher*
~~Lynne Fisher (Mar 2, 2020)~~
Lynne Fisher
Title  SVP Recovery Operations

RFS Holding LLC

By *Lynne Fisher*
~~Lynne Fisher (Mar 2, 2020)~~
Lynne Fisher
Title  Duly Authorized Signatory

Synchrony Card Funding, LLC

By *Lynne Fisher*
~~Lynne Fisher (Mar 2, 2020)~~
Lynne Fisher
Title  Duly Authorized Signatory

Retail Finance Credit Services, LLC

By *Lynne Fisher*
~~Lynne Fisher (Mar 2, 2020)~~
Lynne Fisher
Title  Vice President

**Attachment R**                    **PX36**                    **002689**



| Court's Address and Phone Number:<br>BERGEN Special Civil Part<br>10 MAIN STREET, ROOM 427<br>HACKENSACK, NJ 07601-0000<br><br>201-221-0700 | **Superior Court of New Jersey**<br>**Law Division, Special Civil Part**<br>**BERGEN**  County<br>Docket No: **BER-DC-007165-21**<br><br>**Civil Action**<br><br>CONTRACT DISPUTE |
|---|---|

<table>
<tr><td colspan="2" align="center">

## YOU ARE BEING SUED!
</td></tr>
<tr>
<td>

**Person or Business Suing You (*Plaintiff*)**
PORTFOLIO RECOVERY ASSOCIATES, LLC


**Plaintiff's Attorney Information**
SCOTT J BEST
WELTMAN WEINBERG & REIS CO LPA
170 S INDEPENDENCE MALL W STE 874W
PHILADELPHIA, PA 19106-0000
215-599-1500
</td>
<td>

**Person or Business Being Sued (*Defendant*)**
AMANDA PEREMEN


**The Person or Business Suing You Claims You Owe the Following:**

| | |
|---|---:|
| Demand Amount | $1246.60 |
| Filing Fee | $50.00 |
| Service Fee | $7.00 |
| Attorney's Fees | $0.00 |
| **TOTAL** | **$1303.60** |
</td>
</tr>
</table>

**FOR JUDICIARY USE ONLY**

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe.  **If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs.  You have 35 days from the date of service to file your answer or a signed agreement.**  If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment.  The judgment is valid for 20 years.

**IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE 07/02/2021, OR THE COURT MAY RULE AGAINST YOU.  IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:**

1. ***Answer the complaint***.  An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov under the section for Forms.  If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: ***Treasurer, State of New Jersey***.  Include **BER-DC-007165-21** (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney.  If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail.  This MUST be done at the same time you file your Answer with the court on or before **07/02/2021**.

2. ***Resolve the dispute.***  Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute.  The plaintiff may agree to accept payment arrangements.  If you reach an agreement, mail or hand deliver the **SIGNED** agreement to the court's address listed above on or before **07/02/2021**.

**Please Note - You may wish to get an attorney to represent you.**  If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at 201-487-2166. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at 201-488-0044. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

**/s/ Michelle M. Smith**

Clerk of the Superior Court



| Dirección y teléfono del tribunal | El Tribunal Superior de Nueva Jersey |
|---|---|
| Parte Civil Especial de BERGEN<br>10 MAIN STREET, ROOM 427<br>HACKENSACK, NJ 07601-0000<br>201-221-0700 | **División de Derecho, Parte Civil Especial**<br>Condado de **BERGEN**<br>Número del expediente **BER-DC-007165-21**<br>**Demanda de Acción Civil**<br>NOTIFICACIÓN DE DEMANDA<br>CONTRACT DISPUTE |

## ¡LE ESTÁN DEMANDANDO!

| Persona o entidad comercial que le está demandando (*el demandante*) | Persona o comercial ser demandada (*el demandado*) |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC | AMANDA PEREMEN |

**Información sobre el abogado del demandante**

SCOTT J BEST
WELTMAN WEINBERG & REIS CO LPA
170 S INDEPENDENCE MALL W STE 874W
PHILADELPHIA, PA 19106-0000
215-599-1500

**La persona o comercial que le está demandando afirma que usted le debe lo siguiente:**

| | |
|---|---|
| Cantidad a la vista | $1246.60 |
| Tasa judicial | $50.00 |
| Cargo del emplazamiento | $7.00 |
| Honorarios del abogado | $0.00 |
| **TOTAL** | **$1303.60** |

### PARA USO EXCLUSIVO DEL PODER JUDICIAL

En la demanda adjunta la persona o entidad comercial que le está demandando le informa brevemente al juez su versión de los hechos de la causa y la suma de dinero que afirma que usted le debe.  **Si usted no responde a la demanda puede perder la causa automáticamente y el juez puede dar al demandante lo que está pidiendo más intereses y los costos legales.  Usted tiene 35 días a partir de la fecha del emplazamiento para presentar su respuesta o un acuerdo firmado.**  Si se dicta un fallo en su contra, un Oficial de la Parte Civil Especial puede embargar su dinero, sueldo o sus bienes muebles (personales) para pagar todo el fallo o una parte del mismo.  El fallo es válido por 20 años.

**SI USTED NO ESTÁ DE ACUERDO CON LAS ALEGACIONES DEL DEMANDANTE, EL TRIBUNAL TIENE QUE RECIBIR UNA RESPUESTA POR ESCRITO O UN ACUERDO FIRMADO PARA EL 07/02/2021 O ANTES DE ESA FECHA, O EL JUEZ PUEDE EMITIR UN FALLO EN SU CONTRA.  SI USTED NO ESTÁ DE ACUERDO CON EL DEMANDANTE, DEBE HACER UNA DE LAS SIGUIENTES COSAS O LAS DOS:**

1. *Responder a la demanda*.  Un formulario de respuesta que le explicará cómo responder a la demanda está disponible en cualquiera de las Oficinas de la Parte Civil Especial de Nueva Jersey o en el sitio Internet del Poder Judicial njcourts.gov bajo la sección de formularios (Forms).  Si usted decide presentar una respuesta a la demanda que se hizo en su contra:
   - Llene el formulario de Respuesta Y pague la tasa judicial de presentación que corresponda mediante  un cheque o giro bancario o postal acreditable al: "***Treasurer, State of New Jersey***" (Tesorero del Estado de Nueva Jersey).  Incluya **BER-DC-007165-21** (el número de su expediente) en el cheque.
   - Envíe por correo el formulario de Repuesta llenado y el cheque o giro bancario o postal a la dirección del tribunal que figura más arriba, o entréguelos personalmente en dicha dirección.
   - Entregue personalmente o envíe por correo común una copia del formulario de Repuesta llenado al abogado del demandante.  Si el demandante no tiene abogado, envíe su formulario de respuesta llenado al demandante por correo común y por correo certificado.  Esto SE TIENE que hacer al mismo tiempo que presente su Respuesta al tribunal a más tardar el **07/02/2021**.

2. *Resolver la disputa*.  Comuníquese con el abogado del demandante, o con el demandante si éste no tiene abogado, para resolver esta disputa.  El demandante puede estar de acuerdo con aceptar arreglos de pago.  **Si llegara a un acuerdo, envíe por correo o entregue personalmente el acuerdo FIRMADO** a la dirección del tribunal que figura más arriba, o entréguelo personalmente en dicha dirección a más tardar el **07/02/2021**.

**Nota - Puede que usted quiera conseguir que un abogado para que lo represente.**  Si usted no puede pagar a un abogado, podría obtener consejos legales gratuitos si se comunica con Legal Services (Servicios Legales) llamando al 201-487-2166.  Si usted puede pagar a un abogado, pero no conoce a ninguno, puede llamar al Lawyer Referral Services (Servicios de Recomendación de Abogados) del Colegio de Abogados (Bar Association) de su condado local al 201-488-0044.  Notifique al tribunal ahora si usted necesita un intérprete o un arreglo por una discapacidad para cualquier comparecencia futura en el tribunal.

**/s/ Michelle M. Smith**

Subsecretario(a) del Tribunal Superior

```
BERGEN SPECIAL CIVIL PART          :
BERGEN COUNTY COURTHOUSE           :
BERGEN COUNTY JUSTICE CENTER       :
HACKENSACK NJ 07601-7680           :
(201) 221-0700                     :
                     CV0285 : NOVEMBER 29, 2022

CASE NUMBER:
  BER DC-007165-21                 :
CREDITOR(S): PORTFOLIO RECOVER :
DEBTORS(S):  PEREMEN A             : SCOTT J BEST
VJ NUMBER:   009279-22             : WELTMAN WEINBERG & REIS CO
EFFECTIVE DATE: 11/28/2022         : 170 S INDEPENDENCE MALL W
AMOUNT:         $ 1246.60          : STE 874W
COST:              82.00           : PHILADELPHIA PA
ATTORNEY FEE:       0.00           :
OTHER COST:         0.00           :            19106
CREDITS:            0.00           :
JUDGMENT TOTAL: $ 1328.60          :
                                   :
                                   :
                                   :
                                   :
                                   :
                                   :
```

## Fwd: Worldline: Confirmation of your order placed with REST.TOUR EIFFEL

| | |
|---|---|
| **From:** | Amanda Peremen ██████████████ |
| **To:** | Bratislav Rozenfeld <steven@sales.support> |
| **Date:** | Tue, 22 Aug 2023 13:56:18 -0400 |

Sent from my iPhone

Begin forwarded message:

**From:** no-reply@global.ingenico.com
**Date:** August 22, 2023 at 8:27:01 AM GMT+2
**To:** ████████████████████
**Subject: Worldline: Confirmation of your order placed with REST.TOUR EIFFEL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* Your order has been accepted.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please retain this receipt for your records.

This e-mail confirms your order placed with REST.TOUR EIFFEL.

Payment data
------------

Beneficiary : REST.TOUR EIFFEL
Address : 6 Avenue Gustave Eiffel

 FR-75007    PARIS
Website address : https://www.restaurants-toureiffel.com/fr/r
General conditions : https://www.restaurants-toureiffel.com/fr/madame-brasserie/CGV-CGU.html

Order date : 22/08/2023 7:21:43
Order reference : MB000083041
Worldline Payment reference : 7500986803

Total : 456.40 EUR

Charging method : American Express XXXXXXXXXXX1006

Status : Payment accepted
Authorization code : ██████

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* Notice
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email was generated automatically. A direct reply to this email will not be processed.
Print or save this e-mail for further reference.
The payment is processed by Worldline.

## Re: Amazon & Walmart Forecast

| | |
|---|---|
| **From:** | Steven R <steven@sales.support> |
| **To:** | Christopher O'Byrne <christopher@optimyzedigital.com> |
| **Cc:** | Justin Jeffers <justin@optimyzedigital.com>, Asante Monadjemi <asante@optimyzedigital.com> |
| **Date:** | Mon, 22 Mar 2021 16:27:01 -0400 |

Yes the the forecast looks good.
Have any customers signed the contracts yet?

On Mon, Mar 22, 2021 at 3:56 PM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

> Attached is the final forecast for your approval.  We also have quite a few contracts that need you to sign.  Best way to process the contracts is to sign them as they are created so you don't have to find the customer later.
> Thanks,
>
> Christopher
>
> On Mon, Mar 22, 2021 at 11:17 AM Steven R <steven@sales.support> wrote:
>
>> Hey ,
>> If month 1 means the day they actually gave us everything on the onboarding form , then all looks good. I would just add a month in the start as a buffer. So month 1 = $0 and then second month is where you have month one.
>>
>> On Mon, Mar 22, 2021 at 2:04 PM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:
>>
>>> Steven,  Any feedback on the forecast?  Our clients are asking for what would be expected in general.  If you approve this forecast or send it back with adjustments we can then use that on a go forward bases.
>>> Thanks,
>>>
>>> Christopher
>>>
>>> On Sat, Mar 20, 2021 at 1:48 AM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:
>>>
>>>> Steven,  Does this forecast seem inline with your expectations or internal forecast?  Also is Yes,  Please approve and we will use these figures when we have discussions with prospective clients.  If No, Please provide a forecast that you feel comfortable with sharing with clients.
>>>> Thanks,
>>>>
>>>> Christopher
>>>>
>>>> On Thu, Mar 18, 2021 at 6:38 PM Steven R <steven@sales.support> wrote:
>>>>
>>>>> Got it.
>>>>>
>>>>> On Thu, Mar 18, 2021 at 9:32 PM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:
>>>>>
>>>>>> Steven, I made one slight adjustment.  So just use this version.
>>>>>> Thanks,
>>>>>>
>>>>>> Christopher
>>>>>>
>>>>>> On Thu, Mar 18, 2021 at 5:49 PM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:
>>>>>>
>>>>>>> We put a quick 24 month financial forecast together for the Amazon & Walmart combination.  This forecast would be for clients that have a 15k credit line availability.  Do you feel comfortable with this forecast?  If not, do you have an internal forecast for this program.
>>>>>>> Thanks,

**Attachment T**                    **PX36**                    **002694**

# Re: Amazon & Walmart Forecast

| | |
|---|---|
| **From:** | Christopher O'Byrne <christopher@optimyzedigital.com> |
| **To:** | Steven R <steven@sales.support>, Justin Jeffers <justin@optimyzedigital.com>, Asante Monadjemi <asante@optimyzedigital.com> |
| **Date:** | Mon, 22 Mar 2021 15:56:34 -0400 |
| **Attachments:** | Passive Scaling 24 month forecast.xlsx (13.42 kB) |

Attached is the final forecast for your approval.  We also have quite a few contracts that need you to sign.  Best way to process the contracts is to sign them as they are created so you don't have to find the customer later.
Thanks,

Christopher

On Mon, Mar 22, 2021 at 11:17 AM Steven R <steven@sales.support> wrote:

Hey ,
If month 1 means the day they actually gave us everything on the onboarding form , then all looks good. I would just add a month in the start as a buffer. So month 1 = $0 and then second month is where you have month one.

On Mon, Mar 22, 2021 at 2:04 PM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

Steven,  Any feedback on the forecast?  Our clients are asking for what would be expected in general.  If you approve this forecast or send it back with adjustments we can then use that on a go forward bases.
Thanks,

Christopher

On Sat, Mar 20, 2021 at 1:48 AM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

Steven,  Does this forecast seem inline with your expectations or internal forecast?  Also is Yes,  Please approve and we will use these figures when we have discussions with prospective clients.  If No, Please provide a forecast that you feel comfortable with sharing with clients.
Thanks,

Christopher

On Thu, Mar 18, 2021 at 6:38 PM Steven R <steven@sales.support> wrote:

Got it.

On Thu, Mar 18, 2021 at 9:32 PM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

Steven, I made one slight adjustment.  So just use this version.
Thanks,

Christopher

On Thu, Mar 18, 2021 at 5:49 PM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

We put a quick 24 month financial forecast together for the Amazon & Walmart combination.  This forecast would be for clients that have a 15k credit line availability.  Do you feel comfortable with this forecast?  If not, do you have an internal forecast for this program.
Thanks,

Christopher

**Attachment T**                    **PX36**                    **002695**

## Re: Large Client

| | |
|---|---|
| **From:** | Steven R <steven@sales.support> |
| **To:** | Christopher O'Byrne <christopher@optimyzedigital.com> |
| **Date:** | Fri, 28 May 2021 13:12:18 -0400 |

There is. That's why we always start wholesale on amazon.

No gating on Walmart.

On Fri, May 28, 2021 at 12:10 PM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

One last question.  With dropshipping there is no Gating correct?

On Fri, May 28, 2021 at 10:06 AM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

Perfect thanks,

On Fri, May 28, 2021 at 10:04 AM Steven R <steven@sales.support> wrote:

13 is on the conservative side.
25-30 per  month so ..

month 1. 30k
month 2.60k
month 3.90k

On Fri, May 28, 2021 at 11:59 AM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

So this would be more realistic 1 month 10k  month 2 15k and month 3 25K with maybe about 10% growth from that month
on?  Is his 13% net margin too low or realistic since he wants to scale?

On Fri, May 28, 2021 at 9:54 AM Steven R <steven@sales.support> wrote:

Prob more like 25-30k a month in growth.

On Fri, May 28, 2021 at 10:05 AM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

Would the ramp look more like.  Month 1 = $15k. Month 2 25k and Month 3 50k  with about a 13% net margin before the
65/35 split.  After month 3 he can scale large as the automation should be finished?  On the Amazon side you could scale to
100k in sales with 2 months.  Really dependant on the wholesale inventory deliveries.

On Thursday, May 27, 2021, Steven R <steven@sales.support> wrote:

Sales.
Sent thanks

On Fri, May 28, 2021 at 12:25 AM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

Also on the $100k is that sales or profit?  Can you also send Asante and myself the credentials for the P&L's. That is the
last thing holding up a few sales.
Thanks,

Christopher

On Thursday, May 27, 2021, Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

How fast can you scale a Walmart store.  To recover the $30k cost of the store with $100k of credit line?  Also he has a 13% profit margin is that about right when scaling this fast.

On Thursday, May 27, 2021, Steven R <steven@sales.support> wrote:

We can't scale Walmart that fast because the account takes time to season and win buybox eligibility. Plus if metrics are off we lose 2 day shipping and it's even harder to scale.

We can do something for him on FBA side.

It would look like 100k in 3-4 months.

On Thu, May 27, 2021 at 10:00 PM Christopher O'Byrne <christopher@optimyzedigital.com> wrote:

Steven, we have a call with a CFO tomorrow morning to discuss the scaling of the first store he wants to test.  He wants to put $100K into working capital the first month and another 500K the second month.  If he has $600K in working capital in the second month and recouped his $30K investment within a few months he will scale into a much larger package.  Does his scaling and profit projection look reasonable with the working capital listed above.
Thanks,

Christopher