Mark M. Makhail
Ryan Magee
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for Defendant*
*Amanda Rozenfeld*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THEFBAMACHINE INC. et al.,<br><br>Defendants. | Civil Action No. 2:24-cv-06635 (JXN) (LDW)<br><br>**NOTICE OF APPEARANCE OF MARK M. MAKHAIL ON BEHALF OF DEFENDANT AMANDA ROZENFELD** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Defendant Amanda Rozenfeld, and requests to receive Notices of Electronic Filing (NEFs). The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: July 28, 2024

By: /s/ *Mark M. Makhail*

Mark M. Makhail
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Email: mmakhail@mccarter.com

## CERTIFICATION OF SERVICE

I hereby certify that, on July 28, 2024, I caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served upon all counsel of record by operation of the Court's electronic filing system.

By: /s/ *Mark M. Makhail*

Mark M. Makhail
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Email: mmakhail@mccarter.com