

**Mark M. Makhail**
Partner

T. 973-639-2092
F. 973-206-3794

mmakhail@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

July 28, 2024

**VIA ECF**

The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. P.O. & Courthouse
2 Federal Square
Newark, NJ 07102

    **Re:**  **Federal Trade Commission v. Amanda Rozenfeld, et al.**
          **Docket No. 24-cv-6635**

Dear Judge Neals:

This firm represents Amanda Rozenfeld in the above referenced action. We were only recently retained today and are in the process of meeting with our client and preparing a substantive response the Federal Trade Commission's (FTC) Complaint and Motion for Preliminary Injunction on Ms. Rozenfeld's behalf.

Thus, in light of the foregoing, we write to respectfully request a short adjournment of the July 30, 2024 preliminary injunction hearing. (ECF No. 39). Additionally, we respectfully request the Court enter a new deadline by which Ms. Rozenfeld may file a substantive response to the FTC's Complaint and Motion for Preliminary Injunction.

If the request is acceptable to the Court, we respectfully request that Your Honor endorse this letter "So Ordered" and have it entered on the Court's docket.

Respectfully,

*/s/ Mark M. Makhail*

Mark M. Makhail


CC: All counsel (via ECF)


**SO ORDERED**

 

_____
Hon. Julien X. Neals, U.S.D.J.

ME1 49232015v.1