# EXHIBIT "A"

**Michele M. Dudas**

---

| | |
|---|---|
| **From:** | Michele M. Dudas |
| **Sent:** | Wednesday, June 5, 2024 7:07 PM |
| **To:** | 'musheresq@gmail.com' |
| **Cc:** | Anthony Sodono; Sari B. Placona |
| **Subject:** | FTC v. Rozenfeld, et al. |

Michael,

This will confirm that Anthony is meeting Mr. Rozenfeld at 8 a.m. at his office located at 2125 Biscayne Boulevard, Miami, tomorrow, to turn over his computer and provide access to login and other information to access the Defendants' e-mails, servers and the like.

In that regard, in the call we had with Mr. Rozenfeld today at approximately 2:00 p.m., he represented that he only uses one (1) laptop as his only computer device for business-related purposes, and it is a Chromebook. This will confirm that Mr. Rozenfeld represented to us that he does not use his cell for any work related purpose, including calls, texts or e-mails. Based upon this representation, Anthony will not be taking Mr. Rozenfeld's cell phone back with him tomorrow.

If our understanding is inaccurate in any respect, please let us know as soon as possible, as it will be critical to their meeting.

Thank you.

Michele M. Dudas, Partner
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
Direct Dial: 973-721-5021
Email: MDudas@MSBNJ.COM
Website

Connect with MS&B on LinkedIn | Twitter | Instagram

1

# EXHIBIT "B"

| Code | Company | Phone | Email |
|---|---|---|---|
| A8 | Ajinomoto Foods north America | | yuzuru.noda@ajinomotofoods.com |
| F7 | alfau distributor | | Alfau.distributor@gmail.com |
| A3 | ALNA TEXTILE LLC | (646) 260-5981 | DIACK71@GMAIL.COM |
| O18 | ASPIRATIONAL COMMODITY FETISHISM | | tom@[illegible]rayspirits.com |
| E1 | Avanos Tile LLC | | avano...@gmail.com |
| D11 | Bushwick Sounds LLC | (201) 660-2261 | carlo...@...com |
| F6 | CIM Kicks LLC | (201) 218-1139 | cjmkck@gmail.com |
| G6 | COLUMBIA LOGISTICS INC | (908) 625-2284 | cjmkck@gmail.com |
| O14 | COLUMBIA LOGISTICS INC | | gary@columbialogistics.com |
| E4 | DRACKO MERCHANDISING | | gary@columbialogistics.com |
| C5 | ECODIGESTER USA LLC | (855) 372-2566 | monica@dracko.com |
| E2 | ELAN ARTISTS | | ANAS@ECODUSA.COM |
| A9 | Embrava USA Inc. | (973) 800-0699 | ACCOUNTING@ELAIARTISTS.COM |
| F2 | GORLAMI | (212) 439-4773 | tsop=@embrava.com |
| M1 | GREEN MARKET DISTRIBUTOR LLC | (646) 436-87=2 | ...@=SGREENMARKET.COM |
| B1 | HAMILTON PARK ELECTRONICS | | ...HEBEAUTY.COM |
| B3 | HAMILTON PARK ELECTRONICS | | ...GMAIL.COM |
| B2 | JK Merchandise | | |
| GSA | JK Merchandise | | |
| B6 | JK Merchandise | | ...@gmail.com |
| D8 | KARADA | | ...KARADAFASHION.COM |
| D8 | KAZBANOV TECHNOLOGIES INC | | ...JKTECHSERVICE.COM |
| B8 | LIFE MONUMENTS OF NJ | | ...MONUMENTS@GMAIL.COM |
| C7 | Lyrically Correct LLC | | djones@lyricallycorrect.com |
| C4 | Montee De Rose | | Contact@monteederose.com |
| C2 | Must Logistics LLC | | mustlogistics@outlook.com |
| A4 | New moving for you LLC | | haejong0331@gmail.com |
| GSC | Nunez Distributors | | 5800nunezdist@gmail.com |
| B7 | O&Y MASTER SALES CORP | (917) 502-6233 | 1topromotions@gmail.com |
| A5 | ONE TOP PROMOTIONS CORP | (929) 602-6499 | optimustransfer@gmail.com |
| C6 | OPTIMUS TRANSFER SOLUTIONS LLC | (732) 856-2752 | juan@estuniga.com |
| B14 | Ouway LLC | (772) 203-7702 | juan@estuniga.com |
| D7 | Ouway LLC | (772) 203-7702 | |
| G5B | PERGOLA ROOF LLC | | KHALIG@PERGOLAROOF.COM |
| D3 | POPPY GALLERY LLC | | CERGLASS@HOTMAIL.COM |
| B12 | PREPSEALER LLC | | PREPSEALER@GMAIL.COM |
| F4 | Printed Graphics Designer LLC | (718) 812-6631 | printedgraphicsnj@gmail.com |
| G3 | Que Sabor LLC | (919) 441-5379 | jherreranc@hotmail.com |
| D9 | R5 AUTOMOTIVE LLC | | TULKINRAJABOV@GMAIL.COM |
| E5 | R5 AUTOMOTIVE LLC | | TULKINRAJABOV@GMAIL.COM |
| O19 | R5 AUTOMOTIVE LLC | | TULKINRAJABOV@GMAIL.COM |
| F1 | RAFA BUILDINGS SOLUTIONS CORP | | VITOR@RAFABUILDINGS.COM |
| O7 | RASA SUNGLASSES | | INFO@RASASUNGLASSES.COM |
| G5D | Ravasu Ventures LLC | (229) 398-3860 | varun@ravasu.com |
| G2 | RBtec INC | | dori@rbtec.com |
| C9 | RENTANAC LLC | | JIM@RENTANAC.COM |
| O2A | RENTANAC LLC | | JIM@RENTANAC.COM |
| A6 | Rosas A Distribution | (786) 998-1981 | leidiandrade@rosasadistribution.com |
| G4 | SAT BRANDS | (347) 989-5939 | ffathsat@gmail.com |
| B11 | SC IMPORTS LLC | | YELLOWSTONEINC@YAHOO.COM |
| F3 | SC IMPORTS LLC | | YELLOWSTONEINC@YAHOO.COM |
| D5 | Show and Tell | (212) 489-6100 | phil@showandtell.com |
| G1 | SOL CARIBE ENVIOS LLC | | SOLCARIBENVIOS@GMAIL.COM |
| O3 | SORAM INC | | SORAMRESTAURANT@YAHOO.COM |
| B4 | TECHNIKS USA INC | | TECHNIKSINC@GMAIL.COM |
| B10 | That Girl That Did Your Hair LLC | (631) 365-1240 | nina@thatgirlthatdidyourhair.com |
| D10 | Tilest INC | | TOLGA@tilest.com |
| B13 | TUMBAKI TOBACCO LLC | (516) 728-8875 | Edagdagan@gmail.com |
| D6 | Uplift Movers | (212) 547-9811 | mike@upliftmovers.com |
| A1 | Wambi LLC | (805) 702-5050 | rihollia@wambusa.com |
| F5 | Wida Enterprises INC | (815) 791-3026 | wdaenterprises@gmail.com |

# EXHIBIT "C"

## Account Statement

Date 6/5/2024

**ReadySpaces - North Bergen**
7001 Anpesil Dr
North Bergen, NJ 07047
(201) 479-2629

Balance: $4,199.20
Rentals:

**WRAITH & CO**
760A UNDERCLIFF AVE
EDGEWATER, NJ 07020

| Date | Description | Charges | Payments/Voids | Balance |
|------|-------------|---------|----------------|---------|
| 10/28/2020 | $63.00 payment by Other:<br>Paid $63.00 of Damage Fee (Drywall and roller door repair charges are $5,120.00. Payment plan: September 1st - $2,575.00, October 1st - 1,287.50, and November 1st - $1,287.50<br>)<br>Message: Winning bid price unit O7 | | $63.00 | $4,199.20 |
| 10/28/2020 | $630.00 payment by Other:<br>Paid $630.00 of Damage Fee (Drywall and roller door repair charges are $5,120.00. Payment plan: September 1st - $2,575.00, October 1st - 1,287.50, and November 1st - $1,287.50<br>)<br>Message: Deposit from unit O7 used for past due rent and fees through auction period. | | $630.00 | $4,262.20 |
| 10/28/2020 | Void:<br>Canceled $630.00 of Unit O7 rent for 1 month period starting 11/1/2020<br>Notes: Moved out on 10/28/2020. | | $630.00<br>VOID | $4,892.20 |
| 10/27/2020 | $5,049.00 payment by Other:<br>Paid $722.75 of Unit M1 rent for 1 month period starting 9/1/2020<br>Paid $4,326.25 of Damage Fee (Drywall and roller door repair charges are $5,120.00. Payment plan: September 1st - $2,575.00, October 1st - 1,287.50, and November 1st - $1,287.50<br>)<br>Notes: Winning bid price unit M1<br>Message: Winning bid price | | $5,049.00 | $5,522.20 |

| Date | Description | Charges | Payments/Voids | Balance |
|------|-------------|---------|----------------|---------|
| 10/27/2020 | $2,650.00 payment by Other:<br>Paid $630.00 of Unit O7 rent for 1 month period starting 9/1/2020<br>Paid $2,020.00 of Unit M1 rent for 1 month period starting 9/1/2020<br>Notes: Deposit from unit M1 used for past due rent and fees through auction period.<br>Message: Credit for deposit paid unit M1 | | $2,650.00 | $10,571.20 |
| 10/27/2020 | Other / Miscellaneous Fees invoiced.<br>Publication Fee | $51.14 | | $13,221.20 |
| 10/27/2020 | Void:<br>Canceled $2,742.75 of Unit M1 rent for 1 month period starting 11/1/2020<br>Notes: Moved out on 10/27/2020. | | $2,742.75<br>VOID | $13,170.06 |
| 10/25/2020 | Rent invoiced.<br>Due date: 11/1/2020<br>Unit M1 rent for 1 month period starting 11/1/2020 | $2,742.75 | | $15,912.81 |
| 10/25/2020 | Rent invoiced.<br>Due date: 11/1/2020<br>Unit O7 rent for 1 month period starting 11/1/2020 | $630.00 | | $13,170.06 |
| 10/11/2020 | Late Payment Fee invoiced.<br>Late Payment Fee for unit O7 rent due on 10/1/2020 | $63.00 | | $12,540.06 |
| 10/11/2020 | Late Payment Fee invoiced.<br>Late Payment Fee for unit M1 rent due on 10/1/2020 | $274.28 | | $12,477.06 |
| 9/24/2020 | Rent invoiced.<br>Due date: 10/1/2020<br>Unit O7 rent for 1 month period starting 10/1/2020 | $630.00 | | $12,202.78 |
| 9/24/2020 | Rent invoiced.<br>Due date: 10/1/2020<br>Unit M1 rent for 1 month period starting 10/1/2020 | $2,742.75 | | $11,572.78 |
| 9/11/2020 | Late Payment Fee invoiced.<br>Late Payment Fee for unit M1 rent due on 9/1/2020 | $274.28 | | $8,830.03 |
| 9/11/2020 | Late Payment Fee invoiced.<br>Late Payment Fee for unit O7 rent due on 9/1/2020 | $63.00 | | $8,555.75 |
| 8/27/2020 | Damage Fee invoiced.<br>Drywall and roller door repair charges are $5,120.00.<br>Payment plan: September 1st - $2,575.00, October 1st - 1,287.50, and November 1st - $1,287.50 | $5,120.00 | | $8,492.75 |
| 8/25/2020 | Rent invoiced.<br>Due date: 9/1/2020<br>Unit M1 rent for 1 month period starting 9/1/2020 | $2,742.75 | | $3,372.75 |
| 8/25/2020 | Rent invoiced.<br>Due date: 9/1/2020<br>Unit O7 rent for 1 month period starting 9/1/2020 | $630.00 | | $630.00 |

| Date | Description | Charges | Payments/Voids | Balance |
|------|-------------|---------|----------------|---------|
| 8/14/2020 | $3,377.75 payment by ACH Account ending in 4856: Paid $630.00 of Unit O7 rent for 1 month period starting 8/1/2020 Paid $2,742.75 of Unit M1 rent for 1 month period starting 8/1/2020 Paid $5.00 of Late Payment Fee waived approved by JS. Message: Approved | | $3,377.75 | $0.00 |
| 8/14/2020 | $3,377.75 payment by ACH Account ending in 9593: Message: ERROR E325: Payments are currently restricted from that account | | $3,377.75 FAILED | $3,377.75 |
| 8/11/2020 | Late Payment Fee invoiced. Late Payment Fee waived approved by JS. | $0.00 | | $3,377.75 |
| 8/11/2020 | Late Payment Fee invoiced. Late Payment Fee waived approved by JS. | $5.00 | | $3,377.75 |
| 7/27/2020 | $3,280.00 payment by ACH Account ending in 5679: Paid $2,650.00 of Unit M1 rent for 1 month period starting 7/1/2020 Paid $630.00 of Unit O7 rent for 1 month period starting 7/1/2020 Message: Approved | | $3,280.00 | $3,372.75 |
| 7/25/2020 | $3,280.00 payment by American Express Credit Card ending in 2021: Message: ERROR E1025: Credit card declined | | $3,280.00 FAILED | $6,652.75 |
| 7/25/2020 | Rent invoiced. Due date: 8/1/2020 Unit M1 rent for 1 month period starting 8/1/2020 | $2,742.75 | | $6,652.75 |
| 7/25/2020 | Rent invoiced. Due date: 8/1/2020 Unit O7 rent for 1 month period starting 8/1/2020 | $630.00 | | $3,910.00 |
| 7/11/2020 | Late Payment Fee invoiced. Late Payment Fee due to COVID-19. | $0.00 | | $3,280.00 |
| 7/11/2020 | Late Payment Fee invoiced. Late Payment Fee due to COVID-19. | $0.00 | | $3,280.00 |
| 6/24/2020 | Rent invoiced. Due date: 7/1/2020 Unit O7 rent for 1 month period starting 7/1/2020 | $630.00 | | $3,280.00 |
| 6/24/2020 | Rent invoiced. Due date: 7/1/2020 Unit M1 rent for 1 month period starting 7/1/2020 | $2,650.00 | | $2,650.00 |
| 6/10/2020 | $4,391.40 payment by ACH Account ending in 4856: Paid $598.35 of Damage Fee (Roller door repair cost - 3/26/2020) Paid $513.05 of Damage Fee (Roller door repair cost - 4/1/2020) Paid $2,650.00 of Unit M1 rent for 1 month period starting 6/1/2020 Paid $630.00 of Unit O7 rent for 1 month period starting 6/1/2020 Message: Approved | | $4,391.40 | $0.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 5/25/2020 | Rent invoiced.<br>Due date: 6/1/2020<br>Unit O7 rent for 1 month period starting 6/1/2020 | $630.00 | | $4,391.40 |
| 5/25/2020 | Rent invoiced.<br>Due date: 6/1/2020<br>Unit M1 rent for 1 month period starting 6/1/2020 | $2,650.00 | | $3,761.40 |
| 5/1/2020 | $3,280.00 payment by American Express Credit Card ending in 2021:<br>Paid $630.00 of Unit O7 rent for 1 month period starting 5/1/2020<br>Paid $2,650.00 of Unit M1 rent for 1 month period starting 5/1/2020<br>Message: Approved | | $3,280.00 | $1,111.40 |
| 4/28/2020 | Void:<br>Canceled $500.00 of Unit M2 rent for 1 month period starting 5/1/2020<br>Notes: Moved out on 4/25/2020. | | $500.00 VOID | $4,391.40 |
| 4/24/2020 | Rent invoiced.<br>Due date: 5/1/2020<br>Unit M1 rent for 1 month period starting 5/1/2020 | $2,650.00 | | $4,891.40 |
| 4/24/2020 | Rent invoiced.<br>Due date: 5/1/2020<br>Unit M2 rent for 1 month period starting 5/1/2020 | $500.00 | | $2,241.40 |
| 4/24/2020 | Rent invoiced.<br>Due date: 5/1/2020<br>Unit O7 rent for 1 month period starting 5/1/2020 | $630.00 | | $1,741.40 |
| 4/20/2020 | Damage Fee invoiced.<br>Roller door repair cost - 4/1/2020 | $513.05 | | $1,111.40 |
| 4/2/2020 | Damage Fee invoiced.<br>Roller door repair cost - 3/26/2020 | $598.35 | | $598.35 |

| Date | Description | Charges | Payments/Voids | Balance |
|---|---|---|---|---|
| 6/1/2020 | $3,280.00 payment by American Express Credit Card ending in 2021:<br>Message: ERROR E1050: The property does not accept that card type | | $3,280.00 FAILED | $4,391.40 |
| 6/1/2020 | $4,391.40 payment by American Express Credit Card ending in 2021:<br>Message: ERROR E1050: The property does not accept that card type | | $4,391.40 FAILED | $4,391.40 |
| 5/30/2020 | $1,111.40 payment by American Express Credit Card ending in 2021:<br>Message: ERROR E1050: The property does not accept that card type | | $1,111.40 FAILED | $4,391.40 |

# EXHIBIT "D"







← Back to search    ≡ Zillow    ♡ Save    ⬆ Share    ⊘ Hide    ○○○

View owner dashboard

Report problem with listing



For sale









⊞ See all 61 photos

## $1,599,000

(Undisclosed Address), Pompano Beach, FL 33062

**5** beds    **3** baths    **2,327** sqft

Est.: **$10,087/mo**  ✏ **Get pre-qualified**

🏢 Single Family Residence, Residential

🔨 Built in 1955

⚖ 0.25 Acres lot

📈 $-- Zestimate®

$687/sqft

🤲 $-- HOA

# What's special

MODERN BATHROOMS    HOT TUB    PRIVATE BEACH ACCESS    SUN-DRENCHED INDOORS

QUARTZ COUNTERTOPS    CUSTOM MADE FIRE PIT    OPEN-CONCEPT SPACE

# EXHIBIT "E"

**Michele M. Dudas**

| | |
|---|---|
| **From:** | Anthony Sodono |
| **Sent:** | Saturday, June 22, 2024 10:52 AM |
| **To:** | musheresq@gmail.com; slavolalavo@gmail.com |
| **Cc:** | Michele M. Dudas; Sari B. Placona; Diane Perrotta; Stacy L. Lipstein |
| **Subject:** | Business Operations |

Dear Mr. Rozenfeld and Mr. Usher:

Good Morning.  As you know, as Receiver I am charged with determining whether the business can operate legally and profitably.  Moreover, there are certain requirements under the Temporary Restraining Order and Asset Freeze that I have not received. Namely, (i) a sworn statement under Article IV (we received a "chart of accounts" but this does not comply with the directive), (ii) financial statements for each defendant under Article V ( received but is incomplete), (iii) IRS Form 4506 (or tax returns) (have not received tax returns), and (iv) Report of New Business Activity under Article X (this needs to be complete).  Moreover, need general ledgers and other supporting documents to determine profitability of each defendant company.  I have received certain information and Mr. Rozenfeld has been cooperative which I appreciate.  Notwithstanding same, I have concerns about business operations and I am not allowing the business to operate.

We have interviewed many clients of both Passive Scaling and FBA Machine.  As admitted by Mr. Rozenfeld, Passive Scaling's business model needed to be changed and he created FBA Machine.  FBA Machine, however, appears to be only a new iteration of Passive Scaling albeit the initial fee has been reduced (except for at least one customer who paid a large fee similar to Passive).   By way of example of a client complaint (name deleted for privacy concerns) sent by email on June 17th, the following is typical:

> "I lost over $12,000 with this FBA Machine company through May 2024.  I was sold on the "Done With You" model of business in September 2023.  I was supposed to get training personally with Steven on how the business model worked.  They wanted me to use a credit card "for the training".  A guy by the name of Wes who lived in West Palm Beach, FL contacted me by phone and sold me on the business after I sent out a feeler for information on the business. I attached a screenshot of Wes' contact information to this email below. Wes supposedly also was growing his own Amazon business. Wes attempted to refer me to a couple financing companies that FBA Machine was partnering with that had an introductory no interest period.  I applied but unbeknownst to Wes (allegedly) they were in the process of severing ties with the finance company so I was not approved. I decided to use cash instead. It cost $7,500 for the "Done With You" model.  I was told that I would start making profits within 6 months.  It never happened.
>
> I was assigned a virtual assistant who appeared to be in another time zone like in Asia, but there were others who may have been in this country that I communicated with on occasion.  The virtual assistant was hard to reach, hardly communicated, and didn't speak very good English. I only heard from him to authorize the ordering of goods for my Amazon store. He was unable to answer my questions regarding how and when I would get reports to see how the items were performing.  All they did was get my bank account and credit card information for the vendors, Amazon, and sales.support.  They signed me up with Ke-he who debited my account after months of not being able to get the product.  That threw me for a loop because I forgot the order after 2 months, then all of a sudden I saw a debit to my account for over $2500  that I was not expecting.  Once Kehe and another vendor finally shipped the product, the people at FBA started harassing me for my credit card to subscribe to 3PL for everything they packaged and shipped to Amazon. Prior to even receiving that order, I was getting hit with a $99 service fee every month from sales.support.  They harassed me when it was time to

1

order products for my store. I ended up spending over $5000 including to pay vendors, sales.support, and Amazon just to have a negative income.

I never received any training from Steven although this was how the model was sold to me. I would like to join any existing or pending lawsuits as an injured party from business dealings with FBA Machine.  Prior to signing on to doing business with this company, I searched to see if there were any negative reviews and could find NOTHING. All those other companies listed in the complaint I have never heard of prior to reading the complaint.  I am devastated. I thought this was a legitimate business opportunity and it is heartbreaking to learn that I was scammed out of my hard earned money."


In addition to still requiring production of the above information ((i) – (iv)) and the customer complaints, I have the following concerns regarding the operation of the defendants' businesses as follows:

- Earning Claims are deceptive and inflated.  According to certain Amazon data as set forth in the FTC's package as Exhibit PX-19, it is alleged that 86% of customers of FBA Machine show *gross* sales of less than $15,000.  Assuming a promised 15% to 20% "net profit," a client should realize approximately $1,500 to $3,000.  Assuming a client reaches those amounts (which has not been shown), the client has still not recovered its initial average $6,900 investment.  Thus, most customers have not realized a net profit despite promises of "earnings."  If you dispute these findings please provide written evidence.
- Only FBA Machine and related defendants appear to make money through the initial fee, monthly "virtual assistant" fees, and packing/warehousing/shipping fees.  Further, based on the above cited Amazon data, 12% of FBA's clients have not realized any sales.  This is also consistent with the feedback from several customers we spoke with.   There are a few customers that have allegedly made money but very few as far as we have determined.
- FBA Machine's claims have caused customers to be misled by unfulfilled earnings and other promises through Mr. Rozenfeld's You Tube videos showing yachts, luxurious lifestyle representations, luxury vehicles and other claims of a wealthy life style meant to induce clients to pay, among other charges, a fee to be part of the FBA Machine business.  The clients detrimentally relied on the videos and promises of wealth to their detriment.  In fact, Mr. Rozenfeld admitted that he did not own the high-end vehicles, yachts or traveled the world based on generating money from his businesses.
- Passive Scaling was sued at least 7 times and some clients received judgments.  Notwithstanding same, neither Passive or Mr. Rozenfeld have addressed these judgments or appeared in court to explain their deficiencies.   Such failure to address these allegations in court may be intentional to avoid addressing the allegations with the court.  As noted, FBA Machine appears to be a smaller version of Passive Scaling.  FBA Machine continues to make money from client fees and the other defendants (depending on the business) receive monthly fees and/or packing/shipping/warehousing fees.   In short, it appears as if  Passive was repackaged into FBA Machine.


Accordingly, as a result of the above and more specifically, client interviews, I am not allowing the business to operate.  As you know, my authority is only temporary and you have an opportunity to address my decision with the court on July 30, 2024.  All of your rights are reserved.  I will be sending an email to all active Passive Scaling and FBA Machine customers asking if they want their products at the North Bergen warehouse returned to them or sent to Amazon.  Moreover, I will require the services of the employees at the North Bergen location headed by Michelle Domingez.  They will be paid their normal rate from funds that are currently on hand and frozen if the court allows the release of such funds to an account that I open.  I will require their assistance until all or substantially all of the product in the warehouse is emptied.

You are no longer authorized to participate in the business or contact employees unless I provide authority to do so.  We will interface with Ms. Domingez to commence the shipping of products.  I am also concerned about your representations on several occasions that you do not conduct any business on your cell phone including phone calls or texts.  On a few occasions we have witnessed employees speaking to you on your cell phone and many customers we interviewed provided your cell phone as their contact information.  Therefore, I ask again whether you have done any business whatsoever on your cell phone. If so, immediately send your phone via federal express to my attention below with the appropriate tracking number and let me know when sent.

Please be guided accordingly.  I want to thank you in advance for your continued cooperation.

Anthony Sodono, III, Member/Partner
Chair, Bankruptcy & Restructuring Group
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5038
**Mobile:** 732-236-9268
**Email:** **ASodono@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

# EXHIBIT "F"

**Michele M. Dudas**

| | |
|---|---|
| **From:** | ██████████████████████ |
| **Sent:** | Wednesday, June 26, 2024 4:51 PM |
| **To:** | Michele M. Dudas |
| **Subject:** | Fwd: Invoice for May 2024 Revshare |
| **Attachments:** | Invoice - ████████ May.pdf; W█████████████-May_2024_3888 ████████@gmail.com__Amazon.xlsx |

---------- Forwarded message ---------
From: **Gee B** <Gee@hourlyrelief.com>
Date: Tue, Jun 25, 2024 at 8:31 PM
Subject: Invoice for May 2024 Revshare
To: <████████████████>
CC: Steven R <steven@wraithco.com>, Zell M <zell@hourlyrelief.com>

Dear Customer,

Attached is your Invoice for $█████ for the month of May Revshare.
Please remit payment at your earliest convenience.

Please use the Bank details below for payment.
**Bank Details:**
**Bank name:** Bank of the Philippine Islands
**Bank Address:** Apokon Road, Tagum City
**Swift code:** BOPIPHMMXXX
**Account Name: Infitel BPO Services**
**Checking Account Number:** ██████0466
**Company Address:** 2F Manteza Building Sobrecary St, Tagum City 8100

Let me know if you have any questions.
Your Business is greatly appreciated.
Thank you!

Best Regards,
Gee

# EXHIBIT "G"

## Michele M. Dudas

| | |
|---|---|
| **From:** | Michele M. Dudas |
| **Sent:** | Tuesday, July 9, 2024 5:15 PM |
| **To:** | Anthony Sodono |
| **Cc:** | Sari B. Placona |
| **Subject:** | Passive Scaling Inc. |

This firm represents Anthony Sodono, III, Esq., the Temporary Receiver ("Temporary Receiver") appointed in the matter filed by the Federal Trade Commission ("FTC") in the United States District Court for the District of New Jersey on June 3, 2024, at Case No. 24-6635 (JX) as against TheFBAMachine, Inc. ("FBA"), Passive Scaling, Inc. ("Passive"), Sales.Support New Jersey, Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistic Automation Inc., FBA Support NJ Corp., Daily Distro, LLC, Closter Green Corp. d/b/a Wraith Co. and Bratislav Rozenfeld, a/k/a Steven Rozenfeld a/k/a Steven Rozen (collectively, "Defendants"), pursuant to a Temporary Restraining Order entered on June 3, 2024. The Temporary Receiver is a Court-appointed fiduciary, and one of his duties is to determine whether the businesses can be continued to be operated legally and profitably. The Temporary Receiver shut down operations on June 5, 2024 and has been investigating the Defendants' business operations and interviewing customers.

We are writing to you because you have been identified as a customer of Passive. At this time, the Temporary Receiver is not authorizing the Defendants to continue to operate. Some Passive customers have inventory or returns which need to be processed at the Defendants' North Bergen, New Jersey warehouse. While not accepting new orders or shipments of inventory, the Temporary Receiver intends to fulfill all orders and process returns which were made through the present date. Please advise if you want your products returned to you, if you will make arrangements to pick them up, or if they should be sent to Amazon.

Please note that YOU SHOULD NOT ORDER ANY ADDITIONAL INVENTORY AT THIS TIME. Only pending orders will be fulfilled.

The Temporary Receiver reserves the right to modify the intended course of action. It is also important to note that at this stage, these are allegations by the FTC and the Defendants can move to have the restraints lifted. If no action is taken, the next hearing scheduled in the litigation is currently set for July 30, 2024.

We request your immediate response to this e-mail, as the Temporary Receiver intends to begin to fulfill the orders and process returns starting on or about Thursday, July 11, 2024.

While we have spoken to some customers, if there is any information that you would like the Temporary Receiver to consider, please do not hesitate to contact us.

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email:** MDudas@MSBNJ.COM
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

**Michele M. Dudas**

---

| | |
|---|---|
| **From:** | Michele M. Dudas |
| **Sent:** | Tuesday, July 9, 2024 5:16 PM |
| **To:** | Anthony Sodono |
| **Cc:** | Sari B. Placona |
| **Subject:** | TheFBAMachine |

This firm represents Anthony Sodono, III, Esq., the Temporary Receiver ("Temporary Receiver") appointed in the matter filed by the Federal Trade Commission ("FTC") in the United States District Court for the District of New Jersey on June 3, 2024, at Case No. 24-6635 (JX) as against TheFBAMachine, Inc. ("FBA"), Passive Scaling, Inc., Sales.Support New Jersey, Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistic Automation Inc., FBA Support NJ Corp., Daily Distro, LLC, Closter Green Corp. d/b/a Wraith Co. and Bratislav Rozenfeld, a/k/a Steven Rozenfeld a/k/a Steven Rozen (collectively, "Defendants"), pursuant to a Temporary Restraining Order entered on June 3, 2024. The Temporary Receiver is a Court-appointed fiduciary, and one of his duties is to determine whether the businesses can be continued to be operated legally and profitably. The Temporary Receiver shut down operations on June 5, 2024 and has been investigating the Defendants' business operations and interviewing customers.

We are writing to you because you have been identified as a customer of FBA. At this time, the Temporary Receiver is not authorizing the Defendants to continue to operate. Some FBA customers have inventory or returns which need to be processed at the Defendants' North Bergen, New Jersey warehouse. While not accepting new orders or shipments of inventory, the Temporary Receiver intends to fulfill all orders and process returns which were made through the present date. Please advise if you want your products returned to you, if you will make arrangements to pick them up, or if they should be sent to Amazon.

Please note that YOU SHOULD NOT ORDER ANY ADDITIONAL INVENTORY AT THIS TIME. Only pending orders will be fulfilled.

The Temporary Receiver reserves the right to modify the intended course of action. It is also important to note that at this stage, these are allegations by the FTC and the Defendants can move to have the restraints lifted. If no action is taken, the next hearing scheduled in the litigation is currently set for July 30, 2024.

We request your immediate response to this e-mail, as the Temporary Receiver intends to begin to fulfill the orders and process returns starting on or about Thursday, July 11, 2024.

While we have spoken with some of you already, if there is any information that you would like the Temporary Receiver to consider, please do not hesitate to contact us.

Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email:** MDudas@MSBNJ.COM
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

1

# EXHIBIT "H"

Dock=N=Load

Please provide the following information to complete account setup
;

Legal Business Name: Sales support New Jersey inc

Billing Contact: Sadia

Billing Address: 78 john miller ave suite 2111

Billing Phone Number: 917▮▮▮0040

Billing Email Address: Sadia@sales.support

# EXHIBIT "I"

**Michele M. Dudas**

| | |
|---|---|
| **From:** | Michele M. Dudas |
| **Sent:** | Thursday, July 18, 2024 12:31 PM |
| **To:** | musheresq@gmail.com; 'mikeusher@usherlegal.com'; alexanderesq35@gmail.com |
| **Cc:** | Anthony Sodono |
| **Subject:** | FTC v. TheFBAMachine, et al. | Case No. 24-6635 (JXN) |
| **Importance:** | High |

Mr. Usher,

As you know, this firm represents Anthony Sodono, III, the Temporary Receiver appointed in the above-referenced matter.  Since the Temporary Receiver's initial conversations with Defendant Steven Rozenfeld on June 5, 2024, and again at their in person meeting in Miami on June 6, 2024, and continuing on several occasions thereafter, Mr. Rozenfeld made repeated representations that he never used his cell phone, (917) ████ 9040,  for business purposes and, based upon these repeated representations, it was not imaged.  During the Temporary Receiver's investigation as to all Defendants' business practices, we have come to learn that this is a false representation by Mr. Rozenfeld.  Demand is hereby made that the cell phone be immediately overnighted to my attention for imaging such that it is received in our office by tomorrow, July 19, 2024.  Upon completion of the imaging, it will be returned to Mr. Rozenfeld.

Please be guided accordingly.  We urge your client to comply with this demand.

Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email:** MDudas@MSBNJ.COM
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

# EXHIBIT "J"

**Michele M. Dudas**

| | |
|---|---|
| **From:** | Mike Usher <musheresq@gmail.com> |
| **Sent:** | Thursday, July 11, 2024 9:21 AM |
| **To:** | Michele M. Dudas |
| **Cc:** | Anthony Sodono; Sari B. Placona |
| **Subject:** | Re: FTC v. FBA Machine et al. Request |

We can be available to speak after the 15th. I will follow up with my client again, to put together what you are requesting from him.

Best Regards,

Mikhail Usher, Esq.
Usher Law Group
1022 Ave P, 2nd Fl.
Brooklyn, NY 11223
Ph: (718)-484-7510
Fx: (718) 865-8566
UsherLegal.com

On Wed, Jul 10, 2024 at 12:59 PM Michele M. Dudas <MDudas@msbnj.com> wrote:

> Mr. Usher,
>
>
> We have not had any response from you in nearly two weeks. We requested a call with you and your client and the Receiver's accountants for Thursday, at 1:00 p.m. So we all know whether or not we need to hold the spot on our calendars, the professional courtesy of a response one way or the other is greatly appreciated.
>
>
>
> Thank you in advance.
>
>
>
> Michele M. Dudas, Partner
> **McManimon, Scotland & Baumann, LLC**
> 75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
> **Direct Dial:** 973-721-5021
> **Email:** MDudas@MSBNJ.COM
> Website
>
> **Connect with MS&B on** LinkedIn | Twitter | Instagram

**From:** Michele M. Dudas
**Sent:** Monday, July 8, 2024 2:48 PM

**To:** 'Mike Usher' <musheresq@gmail.com>; Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>
**Subject:** RE: FTC v. FBA Machine et al. Request


Michael,


It is disappointing that we have not received any additional documentation from your client since our June 27, 2024 call.


That said, we would like to set up a call with you and your client for Thursday, July 11, 2024, at 1:00 p.m. with the accountants from Eisner Ampner to review documentation previously produced, and hopefully any additional overdue information received prior to the call.


Thank you in advance.


Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

**From:** Michele M. Dudas
**Sent:** Monday, July 1, 2024 2:55 PM
**To:** 'Mike Usher' <musheresq@gmail.com>; Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>
**Subject:** RE: FTC v. FBA Machine et al. Request


Hi Mike,


Since we do not have any additional financial information from the Defendants, we would like to reschedule our call for later this week. please let us know when the missing corporate Financial Statements, Consent to Repatriate and any other forms will be received and we can coordinate a new date and time for this short holiday week.

Thank you.


**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email:** **MDudas@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

---

**From:** Mike Usher <musheresq@gmail.com>
**Sent:** Friday, June 28, 2024 3:43 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Michele M. Dudas <MDudas@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>
**Subject:** Re: FTC v. FBA Machine et al. Request


Shoot me the link.



Best Regards,



Mikhail Usher, Esq.

Usher Law Group

1022 Ave P, 2nd Fl.

Brooklyn, NY 11223

Ph: (718)-484-7510

Fx: (718) 865-8566

UsherLegal.com




On Fri, Jun 28, 2024 at 2:11 PM Sari B. Placona <SPlacona@msbnj.com> wrote:

4:00 Monday should be ok

Thanks

Have a nice weekend


From Sari B. Placona, Esq.

Sent from my iPhone


On Jun 28, 2024, at 2:07 PM, Mike Usher <musheresq@gmail.com> wrote:


How's 4:00 PM


Best Regards,



Mikhail Usher, Esq.

Usher Law Group

1022 Ave P, 2nd Fl.

Brooklyn, NY 11223

Ph: (718)-484-7510

Fx: (718) 865-8566

UsherLegal.com



On Fri, Jun 28, 2024 at 2:06 PM Sari B. Placona <SPlacona@msbnj.com> wrote:

Michael

We are unable to do 2:30 today. What time are you and steven free on Monday?

Thank you

From Sari B. Placona, Esq.

Sent from my iPhone

On Jun 27, 2024, at 10:38 AM, Mike Usher <musheresq@gmail.com> wrote:

I will do my best to get you what you need by that time.

Best Regards,

Mikhail Usher, Esq.

Usher Law Group

1022 Ave P, 2nd Fl.

Brooklyn, NY 11223

Ph: (718)-484-7510

Fx: (718) 865-8566

UsherLegal.com

On Thu, Jun 27, 2024 at 8:58 AM Sari B. Placona <SPlacona@msbnj.com> wrote:

How is 5:00 pm today?

**Sari B. Placona**
Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial: 973-721-5030**
**Email:** **SPlacona@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

---

**From:** Mike Usher <musheresq@gmail.com>
**Sent:** Wednesday, June 26, 2024 6:41 PM
**To:** Michele M. Dudas <MDudas@MSBNJ.COM>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Sari B. Placona <SPlacona@MSBNJ.COM>
**Subject:** Re: FTC v. FBA Machine et al. Request

I do not believer that I will have a chance to speak with my client until tomorrow. So I would appreciate until the end of the day to provide any missing information. Additionally, we should have time to speak, I just need to speak to my client first and coordinate the same back with your office. Please send me your availability so I can coordinate appropriately.

Best Regards,

Mikhail Usher, Esq.

Usher Law Group

1022 Ave P, 2nd Fl.

Brooklyn, NY 11223

Ph: (718)-484-7510

Fx: (718) 865-8566

UsherLegal.com

On Wed, Jun 26, 2024 at 6:38 PM Michele M. Dudas <MDudas@msbnj.com> wrote:

Mr. Usher,

Please note that we also need an answer on the missing corporate Financial Statements, and also we are informed that he has not completed the Consent to Repatriate.

Also, Mr. Rozenfeld said that the GoHighLevel login was through Google.  We are informed by GoHighLevel, that we need his actual login credentials to fully access the information.  We request that he provide that information by tomorrow morning.

Finally, do you and your client have time for a call tomorrow?

Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
Direct Dial: 973-721-5021
Email: **MDudas@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

**From:** Mike Usher <musheresq@gmail.com>
**Sent:** Wednesday, June 26, 2024 6:28 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>; Michele M. Dudas <MDudas@MSBNJ.COM>; Kern, Frances <fkern@ftc.gov>; Robbins, Colleen B. <CROBBINS@ftc.gov>
**Subject:** Re: FTC v. FBA Machine et al. Request

I apologize for the late response, I'm a bit short staffed this week - my associate is out for the week and I have several of my other people out. I am scheduled to speak to my client tomorrow and will circle back with you after that.

Best Regards,

Mikhail Usher, Esq.

Usher Law Group

1022 Ave P, 2nd Fl.

Brooklyn, NY 11223

Ph: (718)-484-7510

Fx: (718) 865-8566

[UsherLegal.com](UsherLegal.com)

On Wed, Jun 26, 2024 at 6:17 PM Sari B. Placona <[SPlacona@msbnj.com](mailto:SPlacona@msbnj.com)> wrote:

MR Usher

I am following up again.

I can only assume you are not going to produce this info without a subpoena. Please let me know otherwise I will get you a subpoena.

Thank you

From Sari B. Placona, Esq.

Sent from my iPhone

On Jun 24, 2024, at 5:50 PM, Sari B. Placona <[SPlacona@msbnj.com](mailto:SPlacona@msbnj.com)> wrote:

Mr. Usher

In an effort to avoid having to serve you or your clients with a subpoena, the Temporary Receiver is requesting the following for all Receivership Defendants:

1. Breakout of projected revenues and operating expenses by type.

2. Copies of supporting assumptions, components, calculations and supporting documentation and analyses that support projected revenues and operating expenses.

3. Copies of prior years (2020 through 2023) and current fiscal year 2024 financial statements including balance sheets and statements of profits and losses.

4. Copies of Federal and State tax returns for 2020 through 2023 or latest years filed.

5. Copies of general ledgers for the January 1, 2020, through May 2024.

Please get back to me by tomorrow at 5pm if you intend to produce those documents, otherwise, I will send you a subpoena.

Thanks for your anticipated cooperation.

Sari B. Placona
Partner
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068

**Direct Dial:** 973-721-5030
**Email: SPlacona@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

---

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.

---

# EXHIBIT "K"

7/27/24, 12:38 PM   Case 2:24-cv-06635-JXN-LDW   Document 44-1   Detail by Entity Name   Filed 07/28/24   Page 38 of 49 PageID: 3292

DIVISION OF CORPORATIONS



# Detail by Entity Name

Florida Profit Corporation
1800 NE 27TH CORP.

**Filing Information**

| | |
|---|---|
| **Document Number** | P21000096132 |
| **FEI/EIN Number** | 88-0553086 |
| **Date Filed** | 11/12/2021 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/22/2023 |
| **Event Effective Date** | NONE |

**Principal Address**

1800 NE 27th Ave
Pompano, FL 33062

Changed: 02/16/2022

**Mailing Address**

1800 NE 27th Ave
Pompano, FL 33062

Changed: 02/16/2022

**Registered Agent Name & Address**

NRAI SERVICES, INC.
1200 S PINE ISLAND RD
PLANTATION, FL 33324

**Officer/Director Detail**

**Name & Address**

Title O

ROZENFELD, BRATISLAV
757A UNDERCLIFF AVE
EDGEWATER, NJ 07020

Title D

ROZENFELD, BRATISLAV
757A UNDERCLIFF AVE
EDGEWATER, NJ 07020

**Annual Reports**

| Report Year | Filed Date |
|-------------|------------|
| 2022        | 02/16/2022 |

**Document Images**

| | |
|---|---|
| 02/16/2022 -- ANNUAL REPORT | View image in PDF format |
| 11/12/2021 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# EXHIBIT "L"

```
Status Report For:      OGAMZPL21 INC
Report Date:            7/27/2024
Confirmation Number:    242093418947
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:     0450740548
Business Type:          DOMESTIC PROFIT CORPORATION
Status:                 REVOKED FOR NOT FILING ANNUAL REPORT FOR 2
                        CONSECUTIVE YEARS
Original Filing Date:   12/14/2021
Stock Amount:           200
Home Jurisdiction:      NJ
Status Change Date:     NOT APPLICABLE
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start    07-16-2024
Date:
DOR Suspension End      N/A
Date:
Tax Suspension Start    N/A
Date:
Tax Suspension End      N/A
Date:
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:    DECEMBER
Last Annual Report      N/A
Filed:
Year:                   N/A
```

**AGENT/SERVICE OF PROCESS (SOP)INFORMATION**

```
Agent:                  NATIONAL REGISTERED AGENTS, INC.
Agent/SOP Address:      820 BEAR TAVERN ROAD ,WEST TRENTON,NJ,08628
Address Status:         DELIVERABLE
Main Business Address:  78 JOHN MILLER WAY, SUITE 2111, KEARNY, NJ,
                        07032
Principal Business      N/A
Address:
```

**ASSOCIATED NAMES**

```
Associated Name:        N/A
Type:                   N/A
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

|         |                                                            |
|---------|------------------------------------------------------------|
| Title:  | OTHER                                                       |
| Name:   | BRATISLAV ROZENFELD,                                       |
| Address:| 78 JOHN MILLER WAY, SUITE 2111, KEARNY, NJ, 07032          |

## FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

|                                      |      |
|--------------------------------------|------|
| Original Filing (Certificate)Date:   | 2021 |

Changes and Amendments to the Original Certificate:

| Filing Type                           | Year Filed |
|---------------------------------------|------------|
| REVOKED FOR FAILURE TO PAY ANNUAL REPORTS | 2024   |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.

# EXHIBIT "M"



**STATEMENT**

Statement Date: 6/13/2024
Salesperson: Edwards, Platt & Deely

**3649 Cane Run Road**
**Louisville KY 40211-1961**
**UNITED STATES**
**502-778-2731**          Fax:

B
I    Daily Distro LLC
L    10 Milltown Court
L    Unit B
T    Union NJ 07083
O    UNITED STATES

1131893

| References | Type | Apply To Invoice | PO # | Invoice Date | Due Date | Original Inv Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1357598 | Invoice | | zo0527 | 6/4/24 | 7/5/24 | 75,388.48 | 75,388.48 |
| 1354883 | Invoice | | ZO0404 | 5/20/24 | 6/20/24 | 66,587.40 | 66,587.40 |
| 1353902 | Invoice | | ZO0418 | 5/14/24 | 6/14/24 | 8,640.56 | 8,640.56 |
| 1352239 | Invoice | | ZO0404 | 5/6/24 | 6/6/24 | 7,403.62 | 7,403.62 |
| 1350155 | Invoice | | ZO0418 | 4/23/24 | 5/24/24 | 41,288.92 | 41,288.92 |
| 1349771 | Invoice | | ZO0404 | 4/22/24 | 5/23/24 | 3,001.57 | 3,001.57 |
| 1347721 | Invoice | | ZO0219 | 4/10/24 | 5/11/24 | 72,506.28 | 72,506.28 |
| 1345213 | Invoice | | ZO0219 | 3/26/24 | 4/26/24 | 55,409.75 | 55,409.75 |
| 1343526 | Invoice | | ZO0129 | 3/15/24 | 4/15/24 | 1,163.71 | 1,163.71 |
| 1334301 | Invoice | | ZO0108 | 1/18/24 | 2/18/24 | 124,547.29 | 6,227.36 |
| 1331236 | Invoice | | ZO0812 | 12/20/23 | 1/20/24 | 29,817.56 | 1,490.88 |
| 1327810 | Invoice | | tjihwe | 11/22/23 | 12/23/23 | 71,789.48 | 3,517.59 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 | Total |
|---|---|---|---|---|---|
| 150,616.44 | 51,694.11 | 129,079.74 | 0.00 | 11,235.83 | 342,626.12 |

* = PROMO Terms

# EXHIBIT "N"

**Michele M. Dudas**

---

| | |
|---|---|
| **From:** | Michele M. Dudas |
| **Sent:** | Tuesday, June 25, 2024 1:24 PM |
| **To:** | 'accounting@ymbenterpriseinc.com' |
| **Cc:** | Anthony Sodono; Sari B. Placona |
| **Subject:** | Sales.Support |

Dear Faigy,

Thank you for speaking with me today.  As explained, I represent Anthony Sodono, III, the Court-appointed Temporary Receiver for the lawsuit filed by the Federal Trade Commission on June 3, 2024, in the United States District Court for the District of New Jersey against Sales.Support and other entities owned and operated by Steven Rozenfeld including, TheFBAMachine, Inc., Passive Scaling, 1HR Deliveries Inc., Hourly Relief, Inc., 3PL Logistic Automation, FBA Support NJ Corp., Daily Distro, LLC, Closter Green d/b/a Wraith & Co.

Operations at their North Bergen, New Jersey warehouse were shut down on June 5, 2024.  It is my understanding that YMB Enterprise is the company's primary third-party shipper.  Per our call, I was informed that YMB is currently owed $7,083 for May 2024 and one invoice dated June 4, 2024.  The Temporary Receiver has requested from the District Court that all pending orders and returns at the North Bergen warehouse be fulfilled and, if we obtain that authority from the Court, we will need YMB's services.  The past due balance will be satisfied if we obtain that approval and are able to start shipping.

Until we obtain approval from the Court, there is nothing we can do in terms of paying any creditors and we can only agree to pay YMB in order to start shipping again.

I will let you know if and when there is anything to report.  I can be reached on this e-mail or on my cell phone at (201) ███████.

Thank you.

Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email:** MDudas@MSBNJ.COM
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

1

# EXHIBIT "O"

Mixed Use LLC
1764 51st Street
Brooklyn, New York 11204

| STATEMENT DETAILS | |
| --- | --- |
| Generated on | 7/23/2024 |
| Period | Full History |
| Property | 2011 8th Street |
| Unit | 102 |

sales support steven rozenfeld
2011 8th Street, 102
North Bergen, New Jersey 07047

| Date | Description | Amount |
| --- | --- | --- |
| | Beginning balance | 0.00 |
| 4/1/2024 | April Monthly Rent | 5,150.00 |
| 4/1/2024 | Monthly Electric & Gas Charges | 94.93 |
| 4/1/2024 | Monthly Water & Sewer Charges | 35.20 |
| 5/1/2024 | May Monthly Rent | 5,150.00 |
| 5/1/2024 | Monthly Electric & Gas Charges | 94.93 |
| 5/1/2024 | Monthly Water & Sewer Charges | 35.20 |
| 5/15/2024 | Late Payment Fee May 2024 | 250.00 |
| 6/1/2024 | June Monthly Rent | 5,150.00 |
| 6/1/2024 | Monthly Electric & Gas Charges | 94.93 |
| 6/1/2024 | Monthly Water & Sewer Charges | 35.20 |
| 6/15/2024 | Late Payment Fee June 2024 | 250.00 |
| 7/1/2024 | July Monthly Rent | 5,150.00 |
| 7/1/2024 | Monthly Electric & Gas Charges | 94.93 |
| 7/1/2024 | Late Payment Fee July 2024 | 250.00 |
| 7/1/2024 | Monthly Water & Sewer Charges | 35.20 |
| **Individual Balance** | | **21,870.52** |
| **TOTAL BALANCE DUE** | | **21,870.52** |

| REGISTRATION PROCESS |
| --- |
| Scan QR code for registration or proceed to following link for registration: https://alleyproperty.managego.com/Tenant/account?bqr=KTS5YULOH5UWEDPNIHL You should use following registration codes: **sales support steven rozenfeld  503972** |



PLEASE RETURN WITH YOUR PAYMENT

sales support steven rozenfeld
2011 8th Street, 102
North Bergen, New Jersey 07047

**REMITTANCE SECTION**

| | |
| --- | --- |
| Bill Date | 7/23/2024 |
| Balance Due | 21,870.52 |

AMOUNT ENCLOSED

**REMITTANCE ADDRESS**

**Mixed Use LLC**
**1764 51st Street**
Brooklyn, New York 11204

0000004818400000000229389

Mixed Use LLC
1764 51st Street
Brooklyn, New York 11204

| STATEMENT DETAILS | |
|---|---|
| Generated on | 7/23/2024 |
| Period | Full History |
| Property | 2011 8th Street |
| Unit | B2 |

sales support steven rozenfeld
2011 8th Street, B2
North Bergen, New Jersey 07047

| Date | Description | Amount |
|---|---|---|
| | Beginning balance | 0.00 |
| 5/15/2024 | Tenant Balance Import | 16,048.13 |
| 5/17/2024 | Payment | -5,250.00 |
| 6/1/2024 | Rent item | 5,250.00 |
| 6/1/2024 | Monthly Electric & Gas Charges | 124.49 |
| 6/1/2024 | Monthly Water & Sewer Charges | 46.17 |
| 7/1/2024 | Rent July 2024 | 5,250.00 |
| 7/1/2024 | Monthly Electric & Gas Charges | 124.49 |
| 7/1/2024 | Monthly Water & Sewer Charges | 46.17 |
| 7/10/2024 | Late fee June | 250.00 |
| 7/10/2024 | Late fee July | 250.00 |
| **Individual Balance** | | **22,139.45** |
| **TOTAL BALANCE DUE** | | **22,139.45** |

| REGISTRATION PROCESS |
|---|
| Scan QR code for registration or proceed to following link for registration: https://alleyproperty.managego.com/Tenant/account?bqr=BZXMLBDETPENSL2GFON You should use following registration codes: **sales support steven rozenfeld  503972** |



PLEASE RETURN WITH YOUR PAYMENT

sales support steven rozenfeld
2011 8th Street, B2
North Bergen, New Jersey 07047

### REMITTANCE SECTION

| | |
|---|---|
| **Bill Date** | 7/23/2024 |
| **Balance Due** | 22,139.45 |
| AMOUNT ENCLOSED | |

### REMITTANCE ADDRESS

**Mixed Use LLC**
**1764 51st Street**
Brooklyn, New York 11204

0000004818470000002229407