

**Mark M. Makhail**
Partner

T. 973-639-2092
F. 973-206-3794

mmakhail@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

July 28, 2024

**VIA ECF**

The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. P.O. & Courthouse
2 Federal Square
Newark, NJ 07102

    **Re:** **Federal Trade Commission v. TheFBAMachine Inc., et al.**
          **Docket No. 24-cv-6635**

Dear Judge Neals:

This firm represents Defendant Amanda Rozenfeld in the above referenced action. We write in response to the FTC's letter of July 28, 2024, objecting to Ms. Rozenfeld's adjournment request. (ECF No. 43). First, as is evidenced in the Court's docket, to date, Ms. Rozenfeld has not been represented by counsel. Any suggestion to the contrary is simply inaccurate. Additionally, for reasons that will become apparent, Ms. Rozenfeld has not actively participated in this action until today. Thus, she has not had any opportunity to review, let alone object to, any of the parties' submissions, including any consent orders/stipulations executed by Mr. Rozenfeld or the corporate entities.

Lastly, as previously set forth, this firm was just retained today. We have not had any opportunity to review or analyze any of the submissions made to date.

Thus, we once again reiterate our request for a brief adjournment. The additional time will allow us to get up to speed and correct any misunderstandings in short order.

We thank that Court for its consideration and remain available to answer any questions it may have.

Respectfully,

/s/ *Mark M. Makhail*

Mark M. Makhail


CC: All Counsel (via ECF)

ME1 49249837v.1