July 31, 2024

**VIA CM/ECF**

The Honorable Julien Xavier Neals
United States District Judge
District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  *Federal Trade Commission v. TheFBAMachine Inc. et al.*,
     Civ. No. 24-03665 (JXN) (LDW)

Dear Judge Neals,

In accordance with the Court's July 29 order, the parties have conferred and propose the following dates during the week of August 26, 2024, for a preliminary injunction hearing:

- Tuesday, August 27, 2024 (afternoon)
- Wednesday, August 28, 2024 (morning or afternoon)

Sincerely,

| | |
|---|---|
| /s/ Frances L. Kern | /s/ Mark Makhail |
| Frances Kern | Mark Makhail |
| Colleen Robbins | Ryan Magee |
| *Counsel for Plaintiff* | *Counsel for Defendant Amanda Rozenfeld* |
| | |
| /s/ Michele Dudas | /s/ Mikhail Usher |
| Anthony Sodono, III | Mikhail Usher |
| Michele Dudas | Alexander Susi |
| Sari B. Placona | *Counsel for Corporate Defendants* |
| *Counsel for Receiver* | *and Defendant Steven Rozenfeld* |