# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, I electronically filed the foregoing Corrected Stipulated Preliminary Injunction and Attachments A–D with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to counsel of record identified on the service list below:

Mikhail Usher
Alexander Susi
Usher Law Group
1022 Ave. P
Second Floor
Brooklyn, NY 11223
(718) 484-7510
musheresq@gmail.com
alexanderesq35@gmail.com

*Attorneys for Defendants TheFBAMachine Inc.; Passive Scaling Inc.; Sales.Support New Jersey Inc.; 1HR Deliveries Inc.; Hourly Relief Inc.; 3PL Logistic Automation Inc.; FBA Support NJ Corp.; Daily Distro LLC; Closter Green Corp., d/b/a Wraith & Co.; and Bratislav Rozenfeld, a/k/a Steven Rozenfeld and Steven Rozen; and Amanda Rozenfeld, a/k/a Amanda Peremen and Amanada Peremen*

Mark M. Makhail
Ryan Magee
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
mmakhail@mccarter.com
rmagee@mccarter.com

*Attorneys for Defendant Amanda Rozenfeld, a/k/a Amanda Peremen and Amanada Peremen*

Anthony Sodono, III
Michele Dudas
Sari B. Placona
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
(973) 622-1800
asodono@msbnj.com
mdudas@msbnj.com
splacona@msbnj.com

*Attorneys for Receiver Anthony Sodono, III*

                                          /s/ Frances L. Kern
                                          Frances L. Kern