Mark M. Makhail
Ryan M. Magee
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
mmakhail@mccarter.com
rmagee@mccarter.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THEFBAMACHINE INC. et al., <br><br> Defendants. | No. 2:24-cv-6635-JXN-LDW <br><br> **CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANT AMANDA ROZENFELD'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

MARK M. MAKHAIL, ESQ., being of full age and sound mind, hereby certifies as follows:

1.      I am an attorney licensed to practice in the State of New Jersey and a partner at the law firm of McCarter & English, LLP, counsel for Defendant Amanda Rozenfeld ("A. Rozenfeld").  I make this certification in support of A. Rozenfeld's opposition to Plaintiff FTC's Motion for a Preliminary Injunction.

2.     A true and correct copy of A. Rozenfeld's duly executed and notarized Affidavit in support of her opposition to FTC's application for preliminary injunction is annexed hereto as **Exhibit A**.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and accurate.

Dated:  August 12, 2024                    _/s/ Mark M. Makhail_
                                           Mark M. Makhail

ME1 49401517v.1