## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024, I caused a copy of the foregoing Opposition to FTC's Application for Preliminary Injunction, and all attachments and exhibits thereto, to be served on all counsel of record by Operation of the Court's electronic filing system.

*/s/ Mark M. Makhail*