August 16, 2024

**VIA CM/ECF**

The Honorable Julien Xavier Neals
United States District Judge
District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Federal Trade Commission v. TheFBAMachine Inc. et al.*,
      Civ. No. 24-06635 (JXN) (LDW)

Dear Judge Neals,

The FTC and counsel for Amanda Rozenfeld are engaging in discussions that could impact the necessity for a preliminary injunction hearing. As a result, the parties jointly propose postponing the remainder of the briefing schedule and the preliminary injunction hearing. In addition, the parties jointly propose extending the deadline for FTC's motion to strike (currently due on September 3). The parties propose the following:

- Wednesday, September 4, 2024 (FTC's reply brief)
- Week of September 16, 2024 (Hearing)
- Tuesday, September 24, 2024 (FTC's motion to strike)

Should this request be amenable to the Court, we respectfully request that Your Honor endorse this letter "So Ordered" and have it entered on the Court's docket.

Sincerely,

/s/ Colleen Robbins

Frances Kern
Colleen Robbins
*Counsel for Plaintiff Federal Trade Commission*

CC: Counsel of Record (via ECF)


**SO ORDERED.**

_____
The Honorable Julien Xavier Neals
United States District Judge