# Daily Activity Report - June 13, 2023

| | |
|---|---|
| **From:** | Michael M <michael@hourlyrelief.com> |
| **To:** | Steven R <steven@fba.support> |
| **Cc:** | Sina W <sina@sales.support> |
| **Date:** | Thu, 13 Jul 2023 18:01:54 -0400 |

Dear Steve,

Greetings!

Kindly find below my Daily Report.

| TIME | ACTIVITY |
|---|---|
| 9:00 AM - 9:00 AM | IN |
| 9:00 AM - 3:00 PM | - Working on monthly Revshare for the month of June 2023<br>- Downloading Revshare invoices from sales support and uploading them to google drive to check for possible profit |
| 3:00 PM - 4:00 PM | **LUNCH** |
| 4:00 PM- 6:00 PM | - Working on monthly Revshare for the month of June 2023<br>- Downloading Revshare invoices from sales support and uploading them to google drive to check for possible profit |

**CHECKED CLIENTS FOR REVSHARE INVOICES:**

| MARKET PLACE | CLIENT NAME | STORE NAME |
|---|---|---|
| WALMART | ███████ | ███████ |
| ███ | ███ | ███████ |
| ███ | ████ | █████ |
| ███ | ██ | █████ |
| ███ | █████ | █████ |
| ███ | ███ | ████ |
| ███ | ███ | ███ |
| ███ | ███ | ██████ |
| ███ | ████ | ██████ |
| ███ | ████ | █████ |
| ███ | ████ | █████ |
| ███ | ████ | █████ |
| ███ | ████ | ██████ |
| ███ | ████ | ████ |
| ███ | ███ | ████ |
| ███ | █████████ | █████████ 949 |
| ███ | ████ | █████ |



002950



002951



P                                          A                                          002952



P

A



WALMART

Amanda Rozenfeld

TOP OF THE LINE PRODUCTION



002955

Best Regards,

**Michael Belleza**

Account Manager

Account Specialist | Hourly Relief

_____

Michael@hourlyrelief.com

Http://fba.support/

North Bergen, New Jersey

P                                    A                                    002956

# Daily Activity Report - September 5, 2023

| | |
|---|---|
| **From:** | Michael M <michael@hourlyrelief.com> |
| **To:** | Steven R <steven@fba.support> |
| **Cc:** | Sina W <sina@sales.support> |
| **Date:** | Tue, 05 Sep 2023 18:21:41 -0400 |

Dear Steve,
Greetings!

Kindly find below my Daily Report.

| TIME | ACTIVITY |
|---|---|
| 9:00 AM - 9:00 AM | IN |
| 9:00 AM - 3:00 PM | - Checking new BOLs from carriers<br>- Working on monthly Revshare for the month of August 2023 |
| 3:00 PM - 4:00 PM | **LUNCH** |
| 4:00 PM- 6:00 PM | - Working on monthly Revshare for the month of August 2023 |

**CHECKED CLIENTS FOR REVSHARE INVOICES:**

| MARKET PLACE | CLIENT NAME | STORE NAME |
|---|---|---|
| ███ | ███ | ███ |
| ███ | ██ | ███ |
| ███ | ███ | ██ |
| ███ | ███ | ███ |
| ███ | ███ | ██ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ██ |
| ███ | ██ | ██ |
| ███ | ██ | ██ |
| ███ | ██ | ███ |
| ███ | ██ | ██ |
| ███ | ███ | ██ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ██ |
| ███ | ███ | ███ |

002957





Best Regards,

**Michael Belleza**

Account Manager

Account Specialist | Hourly Relief

We are still waiting for your response on Case #: 555879348
Case 2:24-cv-06635-JXN-LDW   Document 58-3   Filed 08/19/24   Page 12 of 156
PageID: 3822

| From: | Intuit Payments <qbo@intuit.com> |
| To: | steven@dailydistro.com |
| Date: | Sun, 20 Dec 2020 17:43:38 -0500 |

Hello AMANDA ROZENFELD,

This is a follow up to case number 555879348 sent on 12/12/2020. As of this notification we have not received a response and this information is critical to supporting your account activity. Please respond by 01/11/2021 to avoid any adverse actions on your account.

Please Click Here to upload your documents.

Thank you,



This message was sent to Email Address, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

P                                    A

| From: | Intuit Payments <qbo@intuit.com> |
|---|---|
| To: | steven@dailydistro.com |
| Date: | Fri, 01 Jan 2021 14:51:21 -0500 |

Hello AMANDA ROZENFELD,

This is a follow up to case number 555879348 sent on 12/24/2020. As of this notification we have not received a response and this information is critical to supporting your account activity. Please respond by 01/23/2021 to avoid any adverse actions on your account.

Please Click Here to upload your documents.

Thank you,



This message was sent to Email Address, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

P                                    A

**From:**       Intuit Payments <qbo@intuit.com>

**To:**         steven@dailydistro.com

**Date:**       Thu, 21 Jan 2021 14:33:42 -0500

Hello AMANDA ROZENFELD,

This is a follow up to case number 555879348 sent on 01/13/2021. As of this notification we have not received a response and this information is critical to supporting your account activity. Please respond by 02/12/2021 to avoid any adverse actions on your account.

Please  Click Here to upload your documents.

Thank you,

This message was sent to Email Address, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

P            A

002962

| | |
|---|---|
| **From:** | Intuit Payments <qbo@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Sat, 22 May 2021 07:21:39 -0400 |



**. This is your last chance to respond**

Hello AMANDA ROZENFELD,
One of your customers is questioning a charge, and their bank needs info from you. We sent you an email on 05/12/2021 to let you know, but haven't heard back from you.

This is your last chance to respond. If you don't, you may not be able to challenge.
**What you need to know**
• Case number: 564142361
• Respond By: 05/21/2021

• Transaction date: 04/29/2021
• Transaction amount: $99.00
• Cardholder number: ████*****7208
• Dispute reason: Other Fraud-Card Absent Environment (Allocation)

**What you need to do**
If you know this customer, you're welcome to contact them. But you still must respond by 05/21/2021.
1. Gather copies of all related documents that help you build a strong case:

- These include receipts, invoices, agreements, etc.

- Was the charge for shipped goods? If so, include Proof of Delivery with the full delivery address.

- Do not include photocopies of the cardholder's ID or credit card.

- Please try to provide PDF files under 2 MB whenever possible, all in portrait or landscape (no mix orientation) for the best quality images.

2. Please Click Here to upload your documents
Once we get your info, we'll send it to your customer's bank. If they need anything else, we'll let you know.

You can also read our Chargebacks FAQ to learn more about how these types of requests work.

Thanks,
The QuickBooks Payments Team

Merchant account: ████ 10757
Business name: DAILY DISTRO LLC
Case number: 564142361

This message was sent to steven@dailydistro.com, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

002963

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

.

**P**                              **A**                              002964

# Fwd: Dispute Chargeback Final Notice

| | |
|---|---|
| **From:** | Steven R <steven@dailydistro.com> |
| **To:** | Sina W <sina@dailydistro.com> |
| **Date:** | Sat, 22 May 2021 07:25:55 -0400 |

---------- Forwarded message ---------
From: **Intuit Payments** <qbo@intuit.com>
Date: Sat, May 22, 2021 at 7:21 AM
Subject: Dispute Chargeback Final Notice
To: <steven@dailydistro.com>



**This is your last chance to respond**

Hello AMANDA ROZENFELD,

One of your customers is questioning a charge, and their bank needs info from you. We sent you an email on 05/12/2021 to let you know, but haven't heard back from you.

This is your last chance to respond. If you don't, you may not be able to challenge.

**What you need to know**

• Case number: 564142361
• Respond By: 05/21/2021

• Transaction date: 04/29/2021
• Transaction amount: $99.00
• Cardholder number: ▇▇▇▇7208
• Dispute reason: Other Fraud-Card Absent Environment (Allocation)

**What you need to do**

If you know this customer, you're welcome to contact them. But you still must respond by 05/21/2021.

1. Gather copies of all related documents that help you build a strong case:

- These include receipts, invoices, agreements, etc.

- Was the charge for shipped goods? If so, include Proof of Delivery with the full delivery address.

- Do not include photocopies of the cardholder's ID or credit card.

- Please try to provide PDF files under 2 MB whenever possible, all in portrait or landscape (no mix orientation) for the best quality images.

2. Please Click Here to upload your documents

**A**

002965

Once we get your info, we'll send it to your customer's bank. If they need anything else, we'll let you know.

You can also read our Chargebacks FAQ to learn more about how these types of requests work.

Thanks,
The QuickBooks Payments Team

Merchant account: ██████████ 10757
Business name: DAILY DISTRO LLC
Case number: 564142361

This message was sent to steven@dailydistro.com, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

P                                    A                                    002966

# Dispute Chargeback Notice (Debit Advice)

| | |
|---|---|
| **From:** | Intuit Payments <qbo@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Tue, 01 Jun 2021 07:46:06 -0400 |



**You have a disputed payment**

Hello AMANDA ROZENFELD,
One of your customers disputed a payment, so their card issuer reversed it. We know that disputes (also called chargebacks) can be painful. That's why we're here to help.

**What you need to know**

• Case number: 565065571
• Respond By: 07/02/2021

• Dispute date: 05/31/2021
• Dispute amount: $36.23
• Dispute reason: No Cardholder Authorization

• Transaction date: 05/05/2021
• Transaction amount: $36.23
• Cardholder number: ██████ ******6786

We're required to debit the transaction amount from your bank account or from any funds we have on hold (plus a fee). But the cardholder got a credit, so you don't need to issue a refund.

*\*\*If this is your 2nd notice - we will not debit your bank account again, however, we will need some additional information to challenge the dispute as your prior response was either incomplete or illegible.*

**What you need to do**
**To accept the dispute:**

There's nothing you need to do. But you'll no longer have the chance to recover the payment.

**To challenge the dispute:**

1. Find the following documents and any related documents that help you build a strong case:

- "Receipts"

- Related documents include invoices, proof of delivery, terms and conditions, and agreements
- Do not include photocopies of the cardholder's ID or credit card
- Please try to provide PDF files under 2 MB whenever possible, all in portrait or landscape (no mix orientation) for the best quality images

2. Please Click Here to upload your documents to challenge the dispute and also review any questions or documents we have provided related to the disputed transaction (if applicable)

P                                                                                                    A                          002967

3. Please take a minute to rate your experience.

We'll send you a confirmation once we receive this info. And we'll keep you informed of the case status until it's settled.

Want to know more about disputed transactions and associated fees? Check out our Chargebacks FAQ.

Discover some tips on how to protect your business against disputes. Read the tips.

Thanks,
The QuickBooks Payments Team

Merchant account:
█████ 10757
Business name: DAILY DISTRO LLC
Case number: 565065571

This message was sent to steven@dailydistro.com, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

P                                    A                          002968

| **From:** | Intuit Payments <qbo@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 11 Jun 2021 07:23:18 -0400 |



. **This is your last chance to respond**

Hello AMANDA ROZENFELD,
One of your customers is questioning a charge, and their bank needs info from you. We sent you an email on 06/01/2021 to let you know, but haven't heard back from you.

This is your last chance to respond. If you don't, you may not be able to challenge.

**What you need to know**
• Case number: 565065569
• Respond By: 07/02/2021

• Transaction date: 03/05/2021
• Transaction amount: $36.23
• Cardholder number: ██████******6786
• Dispute reason: No Cardholder Authorization

**What you need to do**
If you know this customer, you're welcome to contact them. But you still must respond by 07/02/2021.
1. Gather copies of all related documents that help you build a strong case:

- These include receipts, invoices, agreements, etc.

- Was the charge for shipped goods? If so, include Proof of Delivery with the full delivery address.

- Do not include photocopies of the cardholder's ID or credit card.

- Please try to provide PDF files under 2 MB whenever possible, all in portrait or landscape (no mix orientation) for the best quality images.

2. If you have a **QuickBooks Online** subscription, access your case here.
If you don't have a **QuickBooks Online** subscription, access your case here.

Once we get your info, we'll send it to your customer's bank. If they need anything else, we'll let you know.

You can also read our Chargebacks FAQ to learn more about how these types of requests work.

Thanks,
The QuickBooks Payments Team

**P**            **A**           002969

Merchant account: ████████ 10757

Business name: DAILY DISTRO LLC
Case number: 565065569

This message was sent to steven@dailydistro.com, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

**P**                                    **A**

| | |
|---|---|
| **From:** | Intuit Payments <qbo@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 11 Jun 2021 07:46:07 -0400 |



**. This is your last chance to respond**

Hello AMANDA ROZENFELD,
One of your customers is questioning a charge, and their bank needs info from you. We sent you an email on 06/01/2021 to let you know, but haven't heard back from you.

This is your last chance to respond. If you don't, you may not be able to challenge.

**What you need to know**
• Case number: 565065570
• Respond By: 07/02/2021

• Transaction date: 04/05/2021
• Transaction amount: $36.23
• Cardholder number: ███████*****6786
• Dispute reason: No Cardholder Authorization

**What you need to do**
If you know this customer, you're welcome to contact them. But you still must respond by 07/02/2021.
1. Gather copies of all related documents that help you build a strong case:

- These include receipts, invoices, agreements, etc.

- Was the charge for shipped goods? If so, include Proof of Delivery with the full delivery address.

- Do not include photocopies of the cardholder's ID or credit card.

- Please try to provide PDF files under 2 MB whenever possible, all in portrait or landscape (no mix orientation) for the best quality images.

2. If you have a **QuickBooks Online** subscription, access your case here.
If you don't have a **QuickBooks Online** subscription, access your case here.

Once we get your info, we'll send it to your customer's bank. If they need anything else, we'll let you know.

You can also read our Chargebacks FAQ to learn more about how these types of requests work.

Thanks,
The QuickBooks Payments Team

**P**                                        **A**

002971

Merchant account: ███████0757

Business name: DAILY DISTRO LLC
Case number: 565065570

This message was sent to steven@dailydistro.com, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

P                                    A                        002972

**From:** Intuit Payments <qbo@intuit.com>
**To:** steven@dailydistro.com
**Date:** Fri, 11 Jun 2021 07:47:08 -0400



. **This is your last chance to respond**

Hello AMANDA ROZENFELD,
One of your customers is questioning a charge, and their bank needs info from you. We sent you an email on 06/01/2021 to let you know, but haven't heard back from you.

This is your last chance to respond. If you don't, you may not be able to challenge.

**What you need to know**
• Case number: 565065571
• Respond By: 07/02/2021

• Transaction date: 05/05/2021
• Transaction amount: $36.23
• Cardholder number: ██████*****6786
• Dispute reason: No Cardholder Authorization

**What you need to do**
If you know this customer, you're welcome to contact them. But you still must respond by 07/02/2021.
1. Gather copies of all related documents that help you build a strong case:

- These include receipts, invoices, agreements, etc.

- Was the charge for shipped goods? If so, include Proof of Delivery with the full delivery address.

- Do not include photocopies of the cardholder's ID or credit card.

- Please try to provide PDF files under 2 MB whenever possible, all in portrait or landscape (no mix orientation) for the best quality images.

2. If you have a **QuickBooks Online** subscription, access your case here.
If you don't have a **QuickBooks Online** subscription, access your case here.

Once we get your info, we'll send it to your customer's bank. If they need anything else, we'll let you know.

You can also read our Chargebacks FAQ to learn more about how these types of requests work.

Thanks,
The QuickBooks Payments Team

**P**                                    **A**

002973

Merchant account: ██████10757

Business name: DAILY DISTRO LLC
Case number: 565065571

This message was sent to steven@dailydistro.com, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

**P**                                    **A**                              002974

# Fwd: Dispute Chargeback Final Notice

| | |
|---|---|
| **From:** | Steven R <steven@dailydistro.com> |
| **To:** | Sina W <sina@sales.support> |
| **Date:** | Fri, 11 Jun 2021 07:53:15 -0400 |

---------- Forwarded message ---------
From: **Intuit Payments** <<u>qbo@intuit.com</u>>
Date: Fri, Jun 11, 2021 at 7:47 AM
Subject: Dispute Chargeback Final Notice
To: <<u>steven@dailydistro.com</u>>



**This is your last chance to respond**

Hello AMANDA ROZENFELD,

One of your customers is questioning a charge, and their bank needs info from you. We sent you an email on 06/01/2021 to let you know, but haven't heard back from you.

This is your last chance to respond. If you don't, you may not be able to challenge.

**What you need to know**

• Case number: 565065571
• Respond By: 07/02/2021

• Transaction date: 05/05/2021
• Transaction amount: $36.23
• Cardholder number: ██████ *****6786
• Dispute reason: No Cardholder Authorization

**What you need to do**

If you know this customer, you're welcome to contact them. But you still must respond by 07/02/2021.

1. Gather copies of all related documents that help you build a strong case:

- These include receipts, invoices, agreements, etc.

- Was the charge for shipped goods? If so, include Proof of Delivery with the full delivery address.

- Do not include photocopies of the cardholder's ID or credit card.

- Please try to provide PDF files under 2 MB whenever possible, all in portrait or landscape (no mix orientation) for the best quality images.

2. If you have a **QuickBooks Online** subscription, access your case <u>here</u>.

P                                                                                                A

If you don't have a **QuickBooks Online** subscription, access your case here.

Once we get your info, we'll send it to your customer's bank. If they need anything else, we'll let you know.

You can also read our Chargebacks FAQ to learn more about how these types of requests work.

Thanks,
The QuickBooks Payments Team

Merchant account: ██████████ 0757
Business name: DAILY DISTRO LLC
Case number: 565065571

This message was sent to steven@dailydistro.com, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

P                                          A

| From: | Intuit Payments <qbo@intuit.com> |
|---|---|
| To: | steven@dailydistro.com |
| Date: | Fri, 10 Jun 2022 10:40:09 -0400 |



**This is your last chance to respond**

Hello AMANDA ROZENFELD,
One of your customers is questioning a charge, and their bank needs info from you. We sent you an email on 05/31/2022 to let you know, but haven't heard back from you.

This is your last chance to respond. If you don't, you may not be able to challenge.

**What you need to know**
• Case number: 1582059258
• Respond By: 06/12/2022

• Transaction date: 02/04/2022
• Transaction amount: 99.00
• Cardholder number: ███████ *****1017
• Dispute reason: The charge represents merchandise that has not been received by the Cardholder, We are not able to bill the Cardholder for merchandise not in their possession.

**What you need to do**
If you know this customer, you're welcome to contact them. But you still must respond by 06/12/2022.
1. Gather copies of all related documents that help you build a strong case:

- These include receipts, invoices, agreements, etc.

- Was the charge for shipped goods? If so, include Proof of Delivery with the full delivery address.

- Do not include photocopies of the cardholder's ID or credit card.

- Please try to provide PDF files under 2 MB whenever possible, all in portrait or landscape (no mix orientation) for the best quality images.

2. If you have a **QuickBooks Online** subscription, access your case here.
If you don't have a **QuickBooks Online** subscription, access your case here.

Once we get your info, we'll send it to your customer's bank. If they need anything else, we'll let you know.

You can also read our Chargebacks FAQ to learn more about how these types of requests work.

P

A

002977

Thanks,
The QuickBooks Payments Team

Merchant account: ███████
Business name: DAILY DISTRO LLC
Case number: 1582059258

This message was sent to steven@dailydistro.com, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

P                                              A                                    002978

# Dispute Chargeback Rebuttal Acknowledgement Notice

| | |
|---|---|
| **From:** | qbo <qbo@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 17 Jun 2022 12:42:52 -0400 |



Hello AMANDA ROZENFELD,

Thanks for responding to the notification about the dispute (also called a chargeback) for the following transaction:
• Case number: 1582059261

• Dispute date: 05/28/2022
• Dispute amount: (-$99.00)
• Dispute reason: The charge represents merchandise that has not been received by the Cardholder, We are not able to bill the Cardholder for merchandise not in their possession.

• Transaction date: 04/06/2022
• Transaction amount: $99.00
• Cardholder number: ███*****1017

We sent your response to the card issuer. We'll keep you posted on the outcome of the dispute. It can take up to 50 days, so don't worry if you don't hear back from us right away.

Thanks,
The QuickBooks Payments Team

Merchant account: ███████0757
Business name: DAILY DISTRO LLC
Case number: 1582059261

This message was sent to steven@dailydistro.com, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Security | Privacy Statement

© 2018 Intuit Inc., All rights reserved  Trademarks
2800 E. Commerce Center Place, Tucson, AZ 85706

**P**                                        **A**

# Receipt

№ 1827855629

CONTACT US 24/7 020 7084 18 10

DATE:

23 Feb 2021, 10:05 pm

CUSTOMER #:

235638548

BILL TO:

Amanda Rozenfeld

████████████████████, NJ ██████

████████████ New Jersey ██████

United States

+██████9004

PAYMENT:

Visa •••• 2976                                                          £43.96

| | |
|---|---|
| Previous Balance | £43.96 |
| Received Payment | (£43.96) |

| | |
|---|---|
| **Balance Due (GBP)** | **£0.00** |

| Term | Product | Amount |
|---|---|---|
| 1 yr | .COM Domain Registration<br>passivescaling.com [1] | £10.86 |
| 1 yr | .COM Domain Registration<br>hourlyrelief.com [1] | £10.86 |
| 1 yr | .COM Domain Registration<br>3plautomations.com [1] | £10.86 |
| 1 yr | .COM Domain Registration<br>1hrdelivery.com [1] | £10.86 |

| | |
|---|---|
| **Subtotal** | **£43.44** |
| Taxes | £0.00 |
| Fees | £0.52 |

P                                    A                                    002980

1/2

Total (GBP)                                                                    **£43.96**

---

REFERENCE

Taxes                                                                           £0.00

GoDaddy.com, LLC                                                                £0.00
14455 N. Hayden Rd.,
Suite 219,
Scottsdale, Arizona 85260,
United States

---

Fees                                                                           £0.52

| 1. | ICANN | | £0.52 |
|----|-------|--|------|
| | passivescaling.com | £0.13 | |
| | hourlyrelief.com | £0.13 | |
| | 3plautomations.com | £0.13 | |
| | 1hrdelivery.com | £0.13 | |

Universal Terms of Service

P                                    A                          002981

# One or more of your domains will auto-renew soon.

| | |
|---|---|
| **From:** | GoDaddy Renewals <renewals@godaddy.com> |
| **To:** | steven@fba.support |
| **Date:** | Sat, 18 Feb 2023 08:29:21 -0500 |

24/7 Support:020 7084 1810

Amanda Rozenfeld —Customer Number:235638548

**One or more of your domains will auto-renew soon.**

The good news is you don't need to take any action. We just wanted to let you know what's coming up for automatic renewal since you're the registrant contact for this account. Take a look:

passivescaling.com
Expiration Date: **23/02/2023**

1hrdelivery.com
Expiration Date: **23/02/2023**

hourlyrelief.com
Expiration Date: **23/02/2023**

3plautomations.com
Expiration Date: **23/02/2023**

If you do not renew your domain(s) during the 12-day Renewal Grace Period, you will incur an additional recovery fee in addition to the domain renewal fee. During this time, the domain name(s) will be moved to parked nameservers and any website or email services associated with the domain name(s) will stop working. **Be aware that most domains, including .com, .biz and .net, can only be recovered within a maximum of 30 days after your cancel**

date. For further information about Domain Renewals or the Deletion Agreement.

Case 2:24-cv-06635-JXN-LDW Document 30-3 Filed 08/19/24 Page 35 of 156 PageID: 3845

NOTE: This message confirms that during the checkout process you agreed to the Terms in GoDaddy's Universal Terms of Service Agreement, Privacy Policy, and any other applicable agreements. Your use of these products is governed by the terms of these agreements and policies. If you wish to cancel, please learn more about our Refund Policy. This message also confirms that during the checkout process you agreed to enroll your products in our automatic renewal service. This keeps your products up and running, automatically charging then-current renewal fees to your payment method on file, with no further action on your part.

If you do not wish to continue using our automatic renewal service, you can cancel automatic renewal by visiting the Renewals and Billing page in your GoDaddy account.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2023 GoDaddy Operating Company, LLC. 2155 E. GoDaddy Way, Tempe, AZ 85284 USA. All rights reserved.

5777982710

# These domains are up for renewal.

**From:**  GoDaddy Renewals <renewals@godaddy.com>
**To:**  steven@fba.support
**Date:**  Sat, 03 Feb 2024 05:04:46 -0500



24/7 Support:020 7084 1810
Amanda Rozenfeld —Special Message

**These domains are up for renewal.**

You're the registrant contact for this account, so we wanted to let you know about your expiration and renewal dates. Below you'll see a list of domains — some of them are set to auto-renew and others need to be renewed manually.

walmartapproval.com
Expiration Date: **21/02/2024**

walmartautopilot.com
Expiration Date: **21/02/2024**

passivescaling.com
Expiration Date: **23/02/2024**

1hrdelivery.com
Expiration Date: **23/02/2024**

hourlyrelief.com
Expiration Date: **23/02/2024**

3plautomations.com
Expiration Date: **23/02/2024**

P                                    A

002984

If you do not renew your domain during the 12-day Renewal Grace Period, you will incur an additional recovery fee in addition to the domain renewal fee. During this time, the domain name(s) will be moved to parked nameservers and any website or email services associated with the domain name(s) will stop working. **Be aware that most domains, including .com, .biz and .net, can only be recovered within a maximum of 30 days after your cancel date.** For further information about Domain Renewals or Canceled Domains, review the Domain Registration Agreement.

NOTE: This message confirms that during the checkout process you agreed to the Terms in GoDaddy's Universal Terms of Service Agreement, Privacy Policy, and any other applicable agreements. Your use of these products is governed by the terms of these agreements and policies. If you wish to cancel, please learn more about our Refund Policy. This message also confirms that during the checkout process you agreed to enroll your products in our automatic renewal service. This keeps your products up and running, automatically charging then-current renewal fees to your payment method on file, with no further action on your part.

If you do not wish to continue using our automatic renewal service, you can cancel automatic renewal by visiting the Renewals and Billing page in your GoDaddy account.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 2155 E. GoDaddy Way, Tempe, AZ 85284 USA. All rights reserved.

6178576461

# These domains are up for renewal.

| | |
|---|---|
| **From:** | GoDaddy Renewals <renewals@godaddy.com> |
| **To:** | steven@fba.support |
| **Date:** | Mon, 12 Feb 2024 05:12:27 -0500 |



24/7 Support:020 7084 1810
Amanda Rozenfeld —Special Message

**These domains are up for renewal.**

You're the registrant contact for this account, so we wanted to let you know about your expiration and renewal dates. Below you'll see a list of domains — some of them are set to auto-renew and others need to be renewed manually.

walmartapproval.com
Expiration Date: **21/02/2024**

walmartautopilot.com
Expiration Date: **21/02/2024**

passivescaling.com
Expiration Date: **23/02/2024**

1hrdelivery.com
Expiration Date: **23/02/2024**

hourlyrelief.com
Expiration Date: **23/02/2024**

3plautomations.com
Expiration Date: **23/02/2024**

P                                    A                        002986

If you do not renew your domain(s) during the 12 day Renewal Grace Period, you will incur an additional recovery fee in addition to the domain renewal fee. During this time, the domain name(s) will be moved to parked nameservers and any website or email services associated with the domain name(s) will stop working. **Be aware that most domains, including .com, .biz and .net, can only be recovered within a maximum of 30 days after your cancel date.** For further information about Domain Renewals or Canceled Domains, review the Domain Registration Agreement.

NOTE: This message confirms that during the checkout process you agreed to the Terms in GoDaddy's Universal Terms of Service Agreement, Privacy Policy, and any other applicable agreements. Your use of these products is governed by the terms of these agreements and policies. If you wish to cancel, please learn more about our Refund Policy. This message also confirms that during the checkout process you agreed to enroll your products in our automatic renewal service. This keeps your products up and running, automatically charging then-current renewal fees to your payment method on file, with no further action on your part.

If you do not wish to continue using our automatic renewal service, you can cancel automatic renewal by visiting the Renewals and Billing page in your GoDaddy account.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 2155 E. GoDaddy Way, Tempe, AZ 85284 USA. All rights reserved.

6189457446

# One or more of your domains will auto-renew soon.

| | |
|---|---|
| **From:** | GoDaddy Renewals <renewals@godaddy.com> |
| **To:** | steven@fba.support |
| **Date:** | Sun, 18 Feb 2024 07:46:59 -0500 |



24/7 Support:020 7084 1810
Amanda Rozenfeld —Special Message

**One or more of your domains will auto-renew soon.**

The good news is you don't need to take any action. We just wanted to let you know what's coming up for automatic renewal since you're the registrant contact for this account. Take a look:

passivescaling.com
Expiration Date: **23/02/2024**

1hrdelivery.com
Expiration Date: **23/02/2024**

hourlyrelief.com
Expiration Date: **23/02/2024**

3plautomations.com
Expiration Date: **23/02/2024**

If you do not renew your domain(s) during the 12-day Renewal Grace Period, you will incur an additional recovery fee in addition to the domain renewal fee. During this time, the domain name(s) will be moved to parked nameservers and any website or email services associated with the domain name(s) will stop working. **Be aware that most domains, including .com, .biz and .net, can only be recovered within a maximum of 30 days after your cancel**

NOTE: This message confirms that during the checkout process you agreed to the Terms in GoDaddy's Universal Terms of Service Agreement, Privacy Policy, and any other applicable agreements. Your use of these products is governed by the terms of these agreements and policies. If you wish to cancel, please learn more about our Refund Policy. This message also confirms that during the checkout process you agreed to enroll your products in our automatic renewal service. This keeps your products up and running, automatically charging then-current renewal fees to your payment method on file, with no further action on your part.

If you do not wish to continue using our automatic renewal service, you can cancel automatic renewal by visiting the Renewals and Billing page in your GoDaddy account.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 2155 E. GoDaddy Way, Tempe, AZ 85284 USA. All rights reserved.

6196869956

P                                   A                          002989

# Your LinkedIn Order 6450915303

| | |
|---|---|
| **From:** | billing-noreply@linkedin.com |
| **To:** | Steven Rozenfeld <steven@wraithco.com> |
| **Date:** | Thu, 27 May 2021 15:20:43 -0400 |

Order ID:
6450915303

LinkedIn Corporation
1000 W. Maude Avenue, Sunnyvale, CA 94085 USA
Federal Tax ID: 47-0912023

| **Billed To:** | Amanda Rozenfeld | **Date:** | 5/27/2021 |
|---|---|---|---|
| | 07072 | **Order Total:** | $0.00 |
| | United States | **Payment Method:** | VISA....5356 |
| | | **Receipt #:** | 1535500363 |

| Item | Description | Qty | Rate | Price |
|---|---|---|---|---|
| 1 | Job Posting | | | $0.00 |
| | • Job Title: Executive Sales Representative | | | |
| | • FBA Support NJ Corp - New Jersey, United States | | | |
| | • Daily Budget: $12.00 | | | |
| 2 | InMail 5 | | | $0.00 |

| | |
|---|---|
| Total Purchases: | $0.00 |
| Sales Tax (0%): | $0.00 |
| Order Total: | $0.00 |
| Payment: | $0.00 |
| **Balance:** | **$0.00** |

Notes:   1 You will spend no more than your daily budget on any given day.

P                                    A

This email was intended for Steven Rozenfeld (FBA.support CTO | Brand Manager | Digital Strategist | Driving Brand Awareness | Amazon Ecommerce Specialist). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

.

P                                    A                                    002991

# Your LinkedIn Order 6450955393

| | |
|---|---|
| **From:** | billing-noreply@linkedin.com |
| **To:** | Steven Rozenfeld <steven@wraithco.com> |
| **Date:** | Thu, 27 May 2021 15:34:41 -0400 |

Order ID:
6450955393

LinkedIn Corporation
1000 W. Maude Avenue, Sunnyvale, CA 94085 USA
Federal Tax ID: 47-0912023

| **Billed To:** | Amanda Rozenfeld | **Date:** | 5/27/2021 |
|---|---|---|---|
| | | **Order Total:** | $0.00 |
| | 07072 | **Payment Method:** | VISA....5356 |
| | United States | **Receipt #:** | 1535508533 |

| Item | Description | Qty | Rate | Price |
|---|---|---|---|---|
| 1 | Job Posting | | | $0.00 |
| | • Job Title: Inside Sales Representative | | | |
| | • FBA Support NJ Corp - New Jersey, United States | | | |
| | • Daily Budget: $11.00 | | | |
| 2 | InMail 5 | | | $0.00 |

| | |
|---|---|
| Total Purchases: | $0.00 |
| Sales Tax (0%): | $0.00 |
| Order Total: | $0.00 |
| Payment: | $0.00 |
| **Balance:** | **$0.00** |

Notes:   1 You will spend no more than your daily budget on any given day.

This email was intended for Steven Rozenfeld (FBA.support CTO | Brand Manager | Digital Strategist | Driving Brand Awareness | Amazon Ecommerce Specialist). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

.

**P**                                    **A**                          002993

| | |
|---|---|
| **From:** | billing-noreply@linkedin.com |
| **To:** | Steven Rozenfeld <steven@wraithco.com> |
| **Date:** | Sat, 12 Jun 2021 07:57:13 -0400 |

Order ID:
6505044793

LinkedIn Corporation
1000 W. Maude Avenue, Sunnyvale, CA 94085 USA
Federal Tax ID: 47-0912023

| **Billed To:** | Amanda Rozenfeld | **Date:** | 6/12/2021 |
|---|---|---|---|
| | 07072 | **Order Total:** | $511.68 |
| | United States | **Payment Method:** | VISA....5356 |
| | | **Receipt #:** | 1550690083 |

| Item | Description | Qty | Rate | Price |
|---|---|---|---|---|
| 1 | Job Views | | | $171.41 |
| | &bull; Job Title: Inside Sales Representative | | | |
| | &bull; Sales.Support - New Jersey, United States | | | |
| | &bull; Job Id: 2563674475 | | | |
| | &bull; From May 27, 2021 To June 11, 2021 | | | |
| 2 | Job Views | | | $340.27 |
| | &bull; Job Title: Executive Sales Representative | | | |
| | &bull; FBA Support NJ Corp - New Jersey, United States | | | |
| | &bull; Job Id: 2563661639 | | | |
| | &bull; From May 27, 2021 To June 11, 2021 | | | |

| | | |
|---|---|---|
| Total Purchases: | | $511.68 |
| Sales Tax (0%): | | $0.00 |
| Order Total: | | $511.68 |
| Payment: | | -$511.68 |
| **Balance:** | 002994 | **$0.00** |

**PX 37**      **Attachment A**

Notes:  1 Charges may continue until the job post is closed or paused
2 Charges may continue until the job post is closed or paused

Customer Service | Purchase History | Terms of Sale

This email was intended for Steven Rozenfeld (FBA.support CTO | Brand Manager | Digital Strategist | Driving Brand Awareness | Amazon Ecommerce Specialist). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

.

# Your LinkedIn Order 6542709103

| | |
|---|---|
| **From:** | billing-noreply@linkedin.com |
| **To:** | Steven Rozenfeld <steven@wraithco.com> |
| **Date:** | Wed, 23 Jun 2021 07:57:13 -0400 |

Order ID:
6542709103

LinkedIn Corporation
1000 W. Maude Avenue, Sunnyvale, CA 94085 USA
Federal Tax ID: 47-0912023

| **Billed To:** | Amanda Rozenfeld | **Date:** | 6/23/2021 |
|---|---|---|---|
| | | **Order Total:** | $550.05 |
| | 07072 | **Payment Method:** | VISA....5356 |
| | United States | **Receipt #:** | 1561135683 |

| Item | Description | Qty | Rate | Price |
|---|---|---|---|---|
| 1 | Job Views | | | $104.50 |
| | • Job Title: Inside Sales Representative<br>• Sales.Support - New Jersey, United States<br>• Job Id: 2563674475<br>• From June 12, 2021 To June 22, 2021 | | | |
| 2 | Job Views | | | $445.55 |
| | • Job Title: Executive Sales Representative<br>• FBA Support NJ Corp - New Jersey, United States<br>• Job Id: 2563661639<br>• From June 12, 2021 To June 22, 2021 | | | |

| | |
|---|---|
| Total Purchases: | $550.05 |
| Sales Tax (0%): | $0.00 |
| Order Total: | $550.05 |
| Payment: | -$550.05 |
| **Balance:** | **$0.00** |

**PX 37**                **Attachment A**                002996

Notes: ₁ Charges may continue until the job post is closed or paused
₂ Charges may continue until the job post is closed or paused

Case 2:24-cv-06635-JXN-LDW    Document 58-3    Filed 08/19/24    Page 49 of 156
PageID: 3859

Customer Service | Purchase History | Terms of Sale

This email was intended for Steven Rozenfeld (FBA.support CTO | Brand Manager | Digital Strategist | Driving Brand Awareness | Amazon Ecommerce Specialist). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

.

# Your LinkedIn Order 6573351923

**From:** billing-noreply@linkedin.com
**To:** Steven Rozenfeld <steven@wraithco.com>
**Date:** Thu, 01 Jul 2021 13:58:36 -0400

Order ID:
6573351923

LinkedIn Corporation
1000 W. Maude Avenue, Sunnyvale, CA 94085 USA
Federal Tax ID: 47-0912023

| Billed To: | Amanda Rozenfeld | Date: | 7/1/2021 |
|---|---|---|---|
| | 07072 | Order Total: | $0.00 |
| | United States | Payment Method: | VISA....5356 |
| | | Receipt #: | 1569707653 |

| Item | Description | Qty | Rate | Price |
|---|---|---|---|---|
| 1 | Job Posting | | | $0.00 |
| | • Job Title: Data Analyst | | | |
| | • Sales Support - Milltown, New Jersey, United States | | | |
| | • Daily Budget: $20.00 | | | |
| 2 | InMail 5 | | | $0.00 |

| | |
|---|---|
| Total Purchases: | $0.00 |
| Sales Tax (0%): | $0.00 |
| Order Total: | $0.00 |
| Payment: | $0.00 |
| **Balance:** | **$0.00** |

Notes:  1 You will spend no more than your daily budget on any given day.

**PX 37**          **Attachment A**          002998

This email was intended for Steven Rozenfeld (FBA.support CTO | Brand Manager | Digital Strategist | Driving Brand Awareness | Amazon Ecommerce Specialist). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

.

**PX 37**                              **Attachment A**                              002999

# Your LinkedIn Order 6577459403

Case 2:24-cv-06635-JXN-LDW    Document 58-3    Filed 08/19/24    Page 52 of 156
PageID: 3862

| | |
|---|---|
| **From:** | billing-noreply@linkedin.com |
| **To:** | Steven Rozenfeld <steven@wraithco.com> |
| **Date:** | Fri, 02 Jul 2021 13:56:49 -0400 |

Order ID:
6577459403

LinkedIn Corporation
1000 W. Maude Avenue, Sunnyvale, CA 94085 USA
Federal Tax ID: 47-0912023

| **Billed To:** | Amanda Rozenfeld | **Date:** | 7/2/2021 |
|---|---|---|---|
| | | **Order Total:** | $0.00 |
| | 07072 | **Payment Method:** | VISA....5356 |
| | United States | **Receipt #:** | 1570791423 |

| Item | Description | Qty | Rate | Price |
|---|---|---|---|---|
| 1 | Job Posting | | | $0.00 |
| | • Job Title: Videographer | | | |
| | • Sales Support - Jersey City, New Jersey, United States | | | |
| | • Daily Budget: $20.00 | | | |
| 2 | InMail 5 | | | $0.00 |

| | |
|---|---|
| Total Purchases: | $0.00 |
| Sales Tax (0%): | $0.00 |
| Order Total: | $0.00 |
| Payment: | $0.00 |
| **Balance:** | **$0.00** |

Notes:    1 You will spend no more than your daily budget on any given day.

**PX 37**          **Attachment A**          003000

This email was intended for Steven Rozenfeld (FBA.support CTO | Brand Manager | Digital Strategist | Driving Brand Awareness | Amazon Ecommerce Specialist). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

.

**PX 37**                    **Attachment A**                    003001

# Your LinkedIn Order 6584890273

| | |
|---|---|
| **From:** | billing-noreply@linkedin.com |
| **To:** | Steven Rozenfeld <steven@wraithco.com> |
| **Date:** | Mon, 05 Jul 2021 10:03:13 -0400 |

Order ID:
6584890273

LinkedIn Corporation
1000 W. Maude Avenue, Sunnyvale, CA 94085 USA
Federal Tax ID: 47-0912023

| **Billed To:** | Amanda Rozenfeld | **Date:** | 7/5/2021 |
|---|---|---|---|
| | | **Order Total:** | $0.00 |
| | 07072 | **Payment Method:** | VISA....5356 |
| | United States | **Receipt #:** | 1572883623 |

| Item | Description | Qty | Rate | Price |
|---|---|---|---|---|
| 1 | Job Posting | | | $0.00 |
| | • Job Title: Social Media Manager | | | |
| | • Sales Support - Jersey City, New Jersey, United States | | | |
| | • Daily Budget: $20.00 | | | |
| 2 | InMail 5 | | | $0.00 |

| | | |
|---|---|---|
| | Total Purchases: | $0.00 |
| | Sales Tax (0%): | $0.00 |
| | Order Total: | $0.00 |
| | Payment: | $0.00 |
| | **Balance:** | **$0.00** |

Notes:    1 You will spend no more than your daily budget on any given day.

**PX 37**    **Attachment A**    003002

This email was intended for Steven Rozenfeld (FBA.support CTO | Brand Manager | Digital Strategist | Driving Brand Awareness | Amazon Ecommerce Specialist). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

.

**PX 37**                          **Attachment A**

# Your LinkedIn Order 6584917373

**From:** billing-noreply@linkedin.com
**To:** Steven Rozenfeld <steven@wraithco.com>
**Date:** Mon, 05 Jul 2021 10:08:47 -0400

Order ID:
6584917373

LinkedIn Corporation
1000 W. Maude Avenue, Sunnyvale, CA 94085 USA
Federal Tax ID: 47-0912023

| Billed To: | Amanda Rozenfeld | Date: | 7/5/2021 |
|---|---|---|---|
| | 07072 | Order Total: | $0.00 |
| | United States | Payment Method: | VISA....5356 |
| | | Receipt #: | 1572889683 |

| Item | Description | Qty | Rate | Price |
|---|---|---|---|---|
| 1 | Job Posting | | | $0.00 |
| | · Job Title: Social Media Manager | | | |
| | · Sales Support - Jersey City, New Jersey, United States | | | |
| | · Daily Budget: $20.00 | | | |
| 2 | InMail 5 | | | $0.00 |

| | | |
|---|---|---|
| | Total Purchases: | $0.00 |
| | Sales Tax (0%): | $0.00 |
| | Order Total: | $0.00 |
| | Payment: | $0.00 |
| | **Balance:** | **$0.00** |

Notes:   ₁ You will spend no more than your daily budget on any given day.

**PX 37**    **Attachment A**    003004

This email was intended for Steven Rozenfeld (FBA.support CTO | Brand Manager | Digital Strategist | Driving Brand Awareness | Amazon Ecommerce Specialist). Learn why we included this.
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2021 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

.

**PX 37**                          **Attachment A**                          003005

**Payroll direct deposit receipt for DAILY DISTRO LLC.**

| From: | QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com> |
|---|---|
| To: | steven@dailydistro.com |
| Date: | Thu, 18 Mar 2021 23:04:40 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) will be withdrawn from your bank account 03/19/2021 and paid on 03/19/2021.

**Total amount**

# $2303.82

| | |
|---|---|
| **Withdrawn on** | 03/19/2021 |
| **Paid On** | 03/19/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | e4e5d0c37836e80e01784671bb1b58e9 |

**To Employees**

Amanda Rozenfeld
Anant V. Prashar

No transfer fees or taxes apply

Intuit Payments Inc.

2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to **Attachment A** Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-

**PX 37**

003006

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe              |    Security              |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

**PX 37**                        **Attachment A**                        003007

# Payroll direct deposit receipt for DAILY DISTRO LLC.

**From:** QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com>
**To:** steven@dailydistro.com
**Date:** Thu, 25 Mar 2021 23:45:07 -0400



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 03/26/2021 and paid on 03/26/2021.

**Total amount**

# $536.97

| | |
|---|---|
| **Withdrawn on** | 03/26/2021 |
| **Paid On** | 03/26/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | e4fbca90784be6c001786a8e9cf825b3 |

**To Employees**

Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**Illinois residents:** RIGHT TO REFUND: You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you

within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe           |    Security           |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

.

**Payroll direct deposit receipt for DAILY DISTRO LLC.**

| | |
|---|---|
| **From:** | QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 02 Apr 2021 00:40:11 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 04/02/2021 and paid on 04/02/2021.

**Total amount**

# $2714.56

| | |
|---|---|
| **Withdrawn on** | 04/02/2021 |
| **Paid On** | 04/02/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | e4f1f2037889235c01788e9a6bcf459e |

**To Employees**

Amanda Rozenfeld
Anant V. Prashar
Anant V. Prashar

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**PX 37**                    **Attachment A**                    003010

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe          |     Security          |     Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

# Payroll direct deposit receipt for DAILY DISTRO LLC.

**From:**  QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com>

**To:**  steven@dailydistro.com

**Date:**  Fri, 16 Apr 2021 00:21:13 -0400



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 04/16/2021 and paid on 04/16/2021.

**Total amount**

# $2437.59

| | |
|---|---|
| **Withdrawn on** | 04/16/2021 |
| **Paid On** | 04/16/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | e4e1360578b97fd80178d660f9792ebf |

**To Employees**

Anant V. Prashar
Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please
visit https://www.intuit.com/legal/licenses/payment-licenses/

**PX 37**  **Attachment A**  003012

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to

be transmitted if Intuit Payments Inc. does not forward the money received from you within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe           |    Security           |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

# Payroll direct deposit receipt for DAILY DISTRO LLC.

**From:** QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com>
**To:** steven@dailydistro.com
**Date:** Fri, 30 Apr 2021 00:36:42 -0400



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 04/30/2021 and paid on 04/30/2021.

**Total amount**

# $2437.59

| | |
|---|---|
| **Withdrawn on** | 04/30/2021 |
| **Paid On** | 04/30/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | e4f9418578f0467901791ec3eb427829 |

**To Employees**

Anant V. Prashar
Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please
visit https://www.intuit.com/legal/licenses/payment-licenses/

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to

be transmitted if Intuit Payments Inc. does not forward the money received from you within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe          |     Security          |     Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

.

PX 37                          **Attachment A**                          003015

**Payroll direct deposit receipt for DAILY DISTRO LLC.**

| | |
|---|---|
| **From:** | QuickBooks Online Payroll <qbopayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 06 May 2022 00:49:30 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 05/06/2022 and paid on 05/06/2022.

**Total amount**

# $763.90

| | |
|---|---|
| **Withdrawn on** | 05/06/2022 |
| **Paid On** | 05/06/2022 |
| **From account ending** | ....0981 |
| **Transaction ID** | 8aa2f699808637610180950334046745 |

**To Employees**

Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**Illinois residents:** RIGHT TO REFUND: You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you

PX 37          **Attachment A**          003016

within 3 business days of the date of its receipt. If you want a refund, you must mail
or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue,
Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-
4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud
can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report
fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money
to be transmitted if Intuit Payments Inc. does not forward the money received from
you within 10 business days of the date of its receipt. If you want a refund, you must
mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue,
Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-
4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and
regulated by the New York State Department of Financial Services. If you have a
complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved
consumer complaints may be mailed to the New York State Department of Financial
Services, Consumer Services Division, One Commerce Plaza, Albany, NY




This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your
email preferences. If you have chosen not to receive marketing messages, you will continue to
receive business communications about your selected Intuit product(s), which may either affect your
service or software, your account, or which may be legally required. If you receive a suspicious email,
please report it by forwarding the email to spoof@intuit.com.

Unsubscribe            |    Security            |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

.

# Payroll direct deposit receipt for DAILY DISTRO LLC.

| | |
|---|---|
| **From:** | QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 21 May 2021 02:56:28 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 05/21/2021 and paid on 05/21/2021.

**Total amount**

# $670.73

| | |
|---|---|
| **Withdrawn on** | 05/21/2021 |
| **Paid On** | 05/21/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | e4ee12037986d92b01798ae3b7931f5e |

**To Employees**

Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**PX 37**    Illinois residents: RIGHT TO REFUND: You are entitled to a refund of the money to    003018
**Attachment A** be transmitted if Intuit Payments Inc. does not forward the money received from you

within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe        |    Security        |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

**Payroll direct deposit receipt for DAILY DISTRO LLC.**

**From:**     QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com>

**To:**     steven@dailydistro.com

**Date:**     Fri, 28 May 2021 03:15:33 -0400



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 05/28/2021 and paid on 05/28/2021.

**Total amount**

# $2729.32

| | |
|---|---|
| **Withdrawn on** | 05/28/2021 |
| **Paid On** | 05/28/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | e4fc9ebd79a9c77e0179ae64a97c2acc |

**To Employees**

Anant V. Prashar
Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to

be transmitted if Intuit Payments Inc. does not forward the money received from you within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe            |    Security            |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

**Payroll direct deposit receipt for DAILY DISTRO LLC.**

| | |
|---|---|
| **From:** | QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 04 Jun 2021 00:58:28 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 06/04/2021 and paid on 06/04/2021.

**Total amount**

# $670.72

| | |
|---|---|
| **Withdrawn on** | 06/04/2021 |
| **Paid On** | 06/04/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | e4f8d94d79cf86560179d3464a123d9f |

**To Employees**

Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**PX 37**    Illinois residents: RIGHT TO REFUND. You are entitled to a refund of the money to    003022
**Attachment A**
be transmitted if Intuit Payments Inc. does not forward the money received from you

within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe    |    Security    |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

.

# Payroll direct deposit receipt for DAILY DISTRO LLC.

| | |
|---|---|
| **From:** | QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 11 Jun 2021 01:05:48 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 06/11/2021 and paid on 06/11/2021.

**Total amount**

# $2729.32

| | |
|---|---|
| **Withdrawn on** | 06/11/2021 |
| **Paid On** | 06/11/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | 8aa2f04679edda760179f71b4276233c |

**To Employees**

Anant V. Prashar
Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to

be transmitted if Intuit Payments Inc. does not forward the money received from you within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY




This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe            |    Security            |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

PX 37                          **Attachment A**                          003025

**Payroll direct deposit receipt for DAILY DISTRO LLC.**

| | |
|---|---|
| **From:** | QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Thu, 17 Jun 2021 23:10:40 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 06/18/2021 and paid on 06/18/2021.

**Total amount**

## $670.73

| | |
|---|---|
| **Withdrawn on** | 06/18/2021 |
| **Paid On** | 06/18/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | 8aa2f7b87a0e28d0017a1b34733a5eab |

**To Employees**

Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**PX 37**    **Illinois residents:** RIGHT TO REFUND: You are entitled to a refund of the money to    003026
be transmitted if Intuit Payments Inc. does not forward the money received from you

**Attachment A**

within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe    |    Security    |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

.

**PX 37**                    **Attachment A**                    003027

**Payroll direct deposit receipt for DAILY DISTRO LLC.**

| | |
|---|---|
| **From:** | QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Thu, 22 Apr 2021 22:41:30 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 04/23/2021 and paid on 04/23/2021.

**Total amount**

# $670.73

| | |
|---|---|
| **Withdrawn on** | 04/23/2021 |
| **Paid On** | 04/23/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | e4fc1c3278f042670178faf0c5cc4911 |

**To Employees**

Amanda Rozenfeld

---

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**PX 37**    **Attachment A**    003028

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you

within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe          |   Security          |   Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

.

**Payroll direct deposit receipt for DAILY DISTRO LLC.**

| | |
|---|---|
| **From:** | QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 25 Jun 2021 02:29:57 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 06/25/2021 and paid on 06/25/2021.

**Total amount**

# $2729.32

| | |
|---|---|
| **Withdrawn on** | 06/25/2021 |
| **Paid On** | 06/25/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | 8aa2f5e37a34c8de017a3f52d8685413 |

**To Employees**

Anant V. Prashar
Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please
visit https://www.intuit.com/legal/licenses/payment-licenses/

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to

be transmitted if Intuit Payments Inc. does not forward the money received from you within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

  

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe            |    Security            |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

.

| | |
|---|---|
| **From:** | QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 02 Jul 2021 02:41:23 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 07/02/2021 and paid on 07/02/2021.

**Total amount**

# $670.72

| | |
|---|---|
| **Withdrawn on** | 07/02/2021 |
| **Paid On** | 07/02/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | 8aa2f6af7a5b2977017a63611bd83867 |

**To Employees**

Amanda Rozenfeld

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**PX 37**    **Attachment A**

Illinois residents: RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you

003032

within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe    |    Security    |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

| | |
|---|---|
| **From:** | QuickBooks Full Service Payroll <qbfspayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Wed, 07 Jul 2021 23:35:18 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 07/08/2021 and paid on 07/08/2021.

**Total amount**

# $3395.29

| | |
|---|---|
| **Withdrawn on** | 07/08/2021 |
| **Paid On** | 07/08/2021 |
| **From account ending** | ....0981 |
| **Transaction ID** | 8aa2f7947a6874a2017a81ec0eb44d7c |

**To Employees**

Amanda Rozenfeld
Anant V. Prashar
sasha henya kay

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/

**PX 37**          **Attachment A**          003034

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe                    |    Security                    |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

**PX 37**                              **Attachment A**                              003035

| From: | QuickBooks Online Payroll <qbopayrollnoreply@intuit.com> |
|---|---|
| To: | steven@dailydistro.com |
| Date: | Fri, 13 May 2022 01:50:53 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 05/13/2022 and paid on 05/13/2022.

**Total amount**

# $6988.12

| | |
|---|---|
| **Withdrawn on** | 05/13/2022 |
| **Paid On** | 05/13/2022 |
| **From account ending** | ....0981 |
| **Transaction ID** | 8aa2f699808637610180b8ed12c23f6c |

**To Employees**

Sophia C. Dumasig
Amanda Rozenfeld
Mihir B. Desai
Abhishek Pratap Singh

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819
For more information about Intuit Payments money transmission licenses, please

**PX 37**          **Attachment A**          003036

visit https://www.intuit.com/legal/licenses/payment-licenses/

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe            |    Security            |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706

| | |
|---|---|
| **From:** | QuickBooks Online Payroll <qbopayrollnoreply@intuit.com> |
| **To:** | steven@dailydistro.com |
| **Date:** | Fri, 27 May 2022 00:48:21 -0400 |



# Payroll direct deposit receipt

Your payroll direct deposit(s) from DAILY DISTRO LLC. will be withdrawn from your bank account 05/27/2022 and paid on 05/27/2022.

**Total amount**

# $8164.82

| | |
|---|---|
| **Withdrawn on** | 05/27/2022 |
| **Paid On** | 05/27/2022 |
| **From account ending** | ....0981 |
| **Transaction ID** | 8aa2f73380d32362018100ac47a107f5 |

**To Employees**

Abhishek Pratap Singh
Amanda Rozenfeld
Amanda Rozenfeld
Mihir B. Desai
Sophia C. Dumasig

No transfer fees or taxes apply

Direct deposit services brought to you by:
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

**PX 37**              **Attachment A**              003038

For more information about Intuit Payments money transmission licenses, please visit https://www.intuit.com/legal/payment-licenses/

**Illinois residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 3 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801.

**Minnesota residents:** Consumer Fraud Warning: Consumers are warned that fraud can and does occur. Please call Intuit Payments Inc. at 1-888-536-4801 to report fraud or if you suspect fraud.

**New York residents:** RIGHT TO REFUND. You are entitled to a refund of the money to be transmitted if Intuit Payments Inc. does not forward the money received from you within 10 business days of the date of its receipt. If you want a refund, you must mail or deliver your written request to Intuit Payments Inc., 2700 Coast Avenue, Mountain View, CA 94043 or by calling the Customer Service Center at 1-888-536-4801. Intuit Payments Inc. is licensed under the Transmitters of Money Act and regulated by the New York State Department of Financial Services. If you have a complaint, first contact Intuit Payments Inc. at 1-888-536-4801. Unresolved consumer complaints may be mailed to the New York State Department of Financial Services, Consumer Services Division, One Commerce Plaza, Albany, NY

 

This message was sent to steven@dailydistro.com none, as an Intuit customer, consistent with your email preferences. If you have chosen not to receive marketing messages, you will continue to receive business communications about your selected Intuit product(s), which may either affect your service or software, your account, or which may be legally required. If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Unsubscribe            |    Security            |    Privacy statement

© 2019 Intuit Inc., Trademarks.

2800 E. Commerce Center Place, Tucson, AZ 85706



intuit
**quickbooks.**

daily distro llc
amanda  rozenfeld
223 Veterans Blvd
Carlstadt, NJ  07072

**STATEMENT PERIOD**
Mar. 02, 2021 to Apr. 01, 2021

**ACCOUNT NUMBER**
████████████████81

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Mar. 02, 2021 | $100,488.84 |
| Credits | + $80,481.48 |
| Debits | - $20,104.78 |
| Ending Balance on Apr. 01, 2021 | **$160,865.54** |

## INTEREST

| | |
|---|---|
| Days in Statement Period (03/02/2021 to 04/01/2021) | 31 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 1.00% |
| Average Daily Balance this Period | $115221.78 |
| Interest Earned this Period | $97.41 |
| Interest Paid Year to Date | $77.51 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $6,918.41 |
| 03/02/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $68.18 |
| 03/02/2021 | Interest Earned Credit | + $47.12 |
| 03/03/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $198.00 |
| 03/03/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $7.24 |
| 03/03/2021 | ALEX BECKER/H-COM<br>Purchase<br>HTTPSMARKETHE TX | - $2,500.02 |
| 03/03/2021 | ALEX BECKER/H-COM<br>Purchase<br>HTTPSMARKETHE TX | - $2,500.02 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



**daily distro llc**
amanda rozenfeld
223 Veterans Blvd
Carlstadt, NJ 07072

| STATEMENT PERIOD | ACCOUNT NUMBER |
|---|---|
| Mar. 02, 2021 to Apr. 01, 2021 | ███████ 81 |

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $499.00 |
| 03/04/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $17.72 |
| 03/04/2021 | CHEF CRAFT CORP<br>Purchase<br>262-3470860 WI | - $1,017.60 |
| 03/05/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $1,109.38 |
| 03/05/2021 | PAYROLL-TAX<br>Debit | - $117.49 |
| 03/05/2021 | PAYROLL-PAYROLL<br>Debit | - $253.88 |
| 03/05/2021 | PAYROLL-PAYROLL<br>Debit | - $352.22 |
| 03/05/2021 | PAYROLL-PAYROLL<br>Debit | - $414.03 |
| 03/05/2021 | PAYROLL-PAYROLL<br>Debit | - $436.98 |
| 03/05/2021 | PAYROLL-PAYROLL<br>Debit | - $496.65 |
| 03/05/2021 | PAYROLL-PAYROLL<br>Debit | - $1,766.85 |
| 03/05/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $34.67 |
| 03/05/2021 | INTUIT *PAYROLL<br>Purchase<br>888-537-7794 CA | - $26.50 |
| 03/05/2021 | INT*QuickBooks Online<br>Purchase<br>800-446-8848 CA | - $76.21 |
| 03/05/2021 | INT*QuickBooks Online<br>Purchase<br>800-446-8848 CA | - $35.00 |
| 03/05/2021 | INT*QuickBooks Online | - $35.00 |

Banking services provided by Green Dot Bank, Member FDIC



daily distro llc
amanda rozenfeld
223 Veterans Blvd
Carlstadt, NJ 07072

**STATEMENT PERIOD**
Mar. 02, 2021 to Apr. 01, 2021

**ACCOUNT NUMBER**
▊▊▊▊81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Purchase<br>800-446-8848 CA | |
| 03/05/2021 | INT*QuickBooks Online<br>Purchase<br>800-446-8848 CA | - $35.00 |
| 03/05/2021 | INT*QuickBooks Online<br>Purchase<br>800-446-8848 CA | - $35.00 |
| 03/08/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $1,585.00 |
| 03/08/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $222.24 |
| 03/08/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $396.00 |
| 03/08/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $44.67 |
| 03/08/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $8.05 |
| 03/08/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $14.48 |
| 03/08/2021 | SITEGROUND HOSTING<br>Purchase<br>SITEGROUND.CO VA | - $110.00 |
| 03/09/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $408.09 |
| 03/09/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $14.38 |
| 03/09/2021 | WIX*Wix.Com, Inc.<br>Purchase<br>415-4499034 CA | - $18.00 |
| 03/09/2021 | WIX*Wix.Com, Inc.<br>Purchase<br>415-4499034 CA | - $18.00 |
| 03/10/2021 | IRS-USATAXPYMT<br>Debit | - $641.89 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



**intuit quickbooks.**

| | | |
|---|---|---|
| daily distro llc<br>amanda rozenfeld<br>223 Veterans Blvd<br>Carlstadt, NJ 07072 | **STATEMENT PERIOD**<br>Mar. 02, 2021 to Apr. 01, 2021 | **ACCOUNT NUMBER**<br>▇▇▇▇▇81 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/11/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $2,765.68 |
| 03/11/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $98.81 |
| 03/11/2021 | Upwork -366425985Connects<br>Purchase<br>165-08534100 CA | - $12.00 |
| 03/11/2021 | Upwork -366425902Membersh<br>Purchase<br>165-08534100 CA | - $20.00 |
| 03/11/2021 | ADOBE ACROPRO TRIAL<br>Purchase<br>408-536-6000 CA | - $15.98 |
| 03/12/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $484.80 |
| 03/12/2021 | PAYROLL-PAYROLL<br>Debit | - $405.54 |
| 03/12/2021 | PAYROLL-PAYROLL<br>Debit | - $423.42 |
| 03/12/2021 | PAYROLL-PAYROLL<br>Debit | - $444.31 |
| 03/12/2021 | PAYROLL-PAYROLL<br>Debit | - $496.65 |
| 03/12/2021 | PAYROLL-PAYROLL<br>Debit | - $497.76 |
| 03/12/2021 | PAYROLL-PAYROLL<br>Debit | - $536.97 |
| 03/12/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $10.11 |
| 03/13/2021 | SHOPIFY* 103573427<br>Purchase<br>HTTPSSHOPIFY. IL | - $312.00 |
| 03/13/2021 | CRAIGSLIST.ORG<br>Purchase<br>415-399-5200 CA | - $35.00 |

Banking services provided by Green Dot Bank, Member FDIC


## quickbooks.

daily distro llc
amanda rozenfeld
223 Veterans Blvd
Carlstadt, NJ 07072

| STATEMENT PERIOD | ACCOUNT NUMBER |
|---|---|
| Mar. 02, 2021 to Apr. 01, 2021 | ███████81 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $3,043.48 |
| 03/15/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $495.00 |
| 03/15/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $2,051.42 |
| 03/15/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $34.42 |
| 03/15/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $18.10 |
| 03/15/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $72.24 |
| 03/16/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $1,898.74 |
| 03/16/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $19.84 |
| 03/16/2021 | Upwork -367889218Connects<br>Purchase<br>165-08534100 CA | - $12.00 |
| 03/17/2021 | CLICKFUNNE* TRIAL OVER<br>Purchase<br>HTTPSCLICKFUN ID | - $97.00 |
| 03/17/2021 | IRS-USATAXPYMT<br>Debit | - $655.45 |
| 03/17/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $2,764.17 |
| 03/17/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $82.21 |
| 03/19/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $7,979.47 |
| 03/19/2021 | PAYROLL-PAYROLL<br>Debit | - $536.97 |
| 03/19/2021 | PAYROLL-PAYROLL<br>Debit | - $1,766.85 |

Banking services provided by Green Dot Bank, Member FDIC

**intuit**
**qb quickbooks.**

daily distro llc
amanda rozenfeld
228 Veterans Blvd
Carlstadt, NJ 07072

**STATEMENT PERIOD**
Mar. 02, 2021 to Apr. 01, 2021

**ACCOUNT NUMBER**
81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/19/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $22.03 |
| 03/19/2021 | Upwork -368437874Connects<br>Purchase<br>165-08534100 CA | - $12.00 |
| 03/22/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $2,302.61 |
| 03/22/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $99.00 |
| 03/22/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $82.79 |
| 03/22/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $3.62 |
| 03/23/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $3,453.40 |
| 03/23/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $17.43 |
| 03/23/2021 | Upwork -369602721Connects<br>Purchase<br>165-08534100 CA | - $12.00 |
| 03/24/2021 | IRS-USATAXPYMT<br>Debit | - $266.22 |
| 03/24/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $1,833.22 |
| 03/24/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $20.93 |
| 03/25/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $2,961.50 |
| 03/25/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $25.72 |
| 03/25/2021 | Upwork -369940842Connects<br>Purchase<br>165-08534100 CA | - $12.00 |
| 03/25/2021 | KAJABI BASIC MONTHLY<br>Purchase | - $149.00 |

Banking services provided by Green Dot Bank, Member FDIC


**quickbooks.**

daily distro llc
amanda rozenfeld
223 Veterans Blvd
Carlstadt, NJ 07072

**STATEMENT PERIOD**
Mar. 02, 2021 to Apr. 01, 2021

**ACCOUNT NUMBER**
⬛⬛⬛⬛ 81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | HTTPSWWW.KAJA CA | |
| 03/25/2021 | UATTEND.COM<br>Purchase<br>800-5188925 CA | - $70.77 |
| 03/26/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $1,950.16 |
| 03/26/2021 | PAYROLL-PAYROLL<br>Debit | - $536.97 |
| 03/26/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $42.58 |
| 03/26/2021 | SHOPIFY* 104767249<br>Purchase<br>HTTPSSHOPIFY. IL | - $29.00 |
| 03/29/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $6,468.10 |
| 03/29/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $1,055.50 |
| 03/29/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $3,954.40 |
| 03/29/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $89.11 |
| 03/29/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $38.63 |
| 03/29/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $138.21 |
| 03/29/2021 | SHOPIFY* 105024968<br>Purchase<br>HTTPSSHOPIFY. IL | - $31.16 |
| 03/29/2021 | Upwork -371062946Connects<br>Purchase<br>165-08534100 CA | - $12.00 |
| 03/30/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $21,222.46 |
| 03/30/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $80.76 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**    **Attachment A**



intuit **quickbooks**.

daily distro llc
amanda rozenfeld
228 Veterans Blvd
Carlstadt, NJ 07072

**STATEMENT PERIOD**
Mar. 02, 2021 to Apr. 01, 2021

**ACCOUNT NUMBER**
█████████81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/30/2021 | KEHE DISTRIBUTORS, LLC<br>Purchase<br>904-807-1819 IL | - $295.80 |
| 03/30/2021 | PAYPAL *OAXRAY LLC<br>Purchase<br>402-935-7733 AL | - $99.00 |
| 03/31/2021 | IRS-USATAXPYMT<br>Debit | - $91.80 |
| 03/31/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $1,924.92 |
| 03/31/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $13.62 |
| 03/31/2021 | INT*QuickBooks Online<br>Purchase<br>800-446-8848 CA | - $40.00 |
| 03/31/2021 | INTUIT *PAYROLL<br>Purchase<br>888-537-7794 CA | - $99.00 |
| 03/31/2021 | Upwork -371571441Connects<br>Purchase<br>165-08534100 CA | - $12.00 |
| 04/01/2021 | Upwork -371636144Connects<br>Purchase<br>165-08534100 CA | - $12.00 |
| 04/01/2021 | INTUIT PYMT SOLN-DEPOSIT<br>Deposit | + $390.21 |
| 04/01/2021 | INTUIT PYMT SOLN-TRAN FEE<br>Debit | - $14.27 |
| 04/01/2021 | CRAIGSLIST.ORG<br>Purchase<br>415-399-5200 CA | - $35.00 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



daily distro llc
amanda  rozenfeld
10 Milltown Ct
Union, NJ  07083

**STATEMENT PERIOD**
Dec. 02, 2021 to Jan. 01, 2022

**ACCOUNT NUMBER**
██████████81

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Dec. 02, 2021 | $35,066.87 |
| Credits | + $105,245.92 |
| Debits | - $66,442.29 |
| **Ending Balance on Jan. 01, 2022** | **$73,870.50** |

## INTEREST

| | |
|---|---|
| Days in Statement Period (12/02/2021 to 01/01/2022) | 31 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 1.00% |
| Average Daily Balance this Period | $46636.71 |
| Interest Earned this Period | $39.43 |
| Interest Paid Year to Date | $0.00 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02/2021 | Interest Earned Credit | + $23.06 |
| 12/02/2021 | INTUIT 02555045-DEPOSIT<br>Deposit | + $3,925.68 |
| 12/02/2021 | INTUIT 50492275-TRAN FEE<br>Debit | - $20.86 |
| 12/03/2021 | INTUIT 16865595-DEPOSIT<br>Deposit | + $4,420.50 |
| 12/03/2021 | PAYROLL-PAYROLL<br>Debit | - $67.30 |
| 12/03/2021 | INTUIT 64801055-TRAN FEE<br>Debit | - $29.50 |
| 12/03/2021 | PAYROLL-PAYROLL<br>Debit | - $670.72 |
| 12/06/2021 | INTUIT 51913415-DEPOSIT<br>Deposit | + $511.25 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**


**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Dec. 02, 2021 to Jan. 01, 2022

**ACCOUNT NUMBER**
81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/06/2021 | INTUIT 63191245-DEPOSIT<br>Deposit | + $7,211.90 |
| 12/06/2021 | INTUIT 59030565-DEPOSIT<br>Deposit | + $99.00 |
| 12/06/2021 | INTUIT 02101035-TRAN FEE<br>Debit | - $18.64 |
| 12/06/2021 | INTUIT 13479665-TRAN FEE<br>Debit | - $259.32 |
| 12/06/2021 | INTUIT 09226715-TRAN FEE<br>Debit | - $3.62 |
| 12/07/2021 | INTUIT 67596355-DEPOSIT<br>Deposit | + $3,661.17 |
| 12/07/2021 | INTUIT 17771085-TRAN FEE<br>Debit | - $129.28 |
| 12/07/2021 | PAYROLL-TAX<br>Debit | - $583.15 |
| 12/07/2021 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $10,000.00 |
| 12/08/2021 | IRS-USATAXPYMT<br>Debit | - $126.24 |
| 12/08/2021 | INTUIT PYMT SOLN-INTUITPMTS<br>Deposit | + $209.53 |
| 12/08/2021 | INTUIT 73406415-DEPOSIT<br>Deposit | + $539.22 |
| 12/08/2021 | INTUIT PYMT SOLN-INTUITPMTS<br>Deposit | + $45.42 |
| 12/08/2021 | INTUIT 23960315-TRAN FEE<br>Debit | - $19.85 |
| 12/08/2021 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $10,000.00 |
| 12/09/2021 | INTUIT 48549525-DEPOSIT<br>Deposit | + $7,660.40 |
| 12/09/2021 | PAYROLL-PAYROLL<br>Debit | - $2,058.58 |

Banking services provided by Green Dot Bank, Member FDIC



**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Dec. 02, 2021 to Jan. 01, 2022

**ACCOUNT NUMBER**
81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/09/2021 | PAYROLL-PAYROLL<br>Debit | - $1,961.90 |
| 12/09/2021 | PAYROLL-PAYROLL<br>Debit | - $669.87 |
| 12/09/2021 | PAYROLL-PAYROLL<br>Debit | - $606.38 |
| 12/09/2021 | PAYROLL-PAYROLL<br>Debit | - $670.74 |
| 12/09/2021 | PAYROLL-PAYROLL<br>Debit | - $2,237.12 |
| 12/09/2021 | INTUIT 98930825-TRAN FEE<br>Debit | - $101.58 |
| 12/10/2021 | INTUIT 57488265-DEPOSIT<br>Deposit | + $8,558.96 |
| 12/10/2021 | INTUIT 07778325-TRAN FEE<br>Debit | - $112.65 |
| 12/13/2021 | INTUIT 01254735-DEPOSIT<br>Deposit | + $4,379.82 |
| 12/13/2021 | INTUIT 97522805-DEPOSIT<br>Deposit | + $396.00 |
| 12/13/2021 | INTUIT 91045835-DEPOSIT<br>Deposit | + $548.78 |
| 12/13/2021 | INTUIT 41620585-TRAN FEE<br>Debit | - $20.18 |
| 12/13/2021 | INTUIT 51881735-TRAN FEE<br>Debit | - $155.95 |
| 12/13/2021 | INTUIT 48081585-TRAN FEE<br>Debit | - $14.48 |
| 12/13/2021 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $20,000.00 |
| 12/14/2021 | INTUIT 73738725-DEPOSIT<br>Deposit | + $5,809.00 |
| 12/14/2021 | INTUIT 24276235-TRAN FEE<br>Debit | - $135.78 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**                    003050


**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Dec. 02, 2021 to Jan. 01, 2022

**ACCOUNT NUMBER**
█████████ 81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/15/2021 | IRS-USATAXPYMT<br>Debit | - $1,531.88 |
| 12/15/2021 | INTUIT 84741285-DEPOSIT<br>Deposit | + $2,256.00 |
| 12/15/2021 | INTUIT 35297025-TRAN FEE<br>Debit | - $38.96 |
| 12/16/2021 | INTUIT 15841525-DEPOSIT<br>Deposit | + $1,245.49 |
| 12/16/2021 | INTUIT 66606425-TRAN FEE<br>Debit | - $59.34 |
| 12/17/2021 | INTUIT 23253445-DEPOSIT<br>Deposit | + $99.00 |
| 12/17/2021 | PAYROLL-PAYROLL<br>Debit | - $670.73 |
| 12/17/2021 | INTUIT 73890065-TRAN FEE<br>Debit | - $3.62 |
| 12/20/2021 | INTUIT 39192625-DEPOSIT<br>Deposit | + $5,536.37 |
| 12/20/2021 | INTUIT 35026125-DEPOSIT<br>Deposit | + $6,696.83 |
| 12/20/2021 | INTUIT 85813225-TRAN FEE<br>Debit | - $234.98 |
| 12/20/2021 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 12/20/2021 | INTUIT 90031175-TRAN FEE<br>Debit | - $200.37 |
| 12/20/2021 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 12/20/2021 | INTUIT 79976815-TRAN FEE<br>Debit | - $36.20 |
| 12/21/2021 | INTUIT 42930295-DEPOSIT<br>Deposit | + $983.94 |
| 12/21/2021 | INTUIT 93674725-TRAN FEE<br>Debit | - $35.99 |

Banking services provided by Green Dot Bank, Member FDIC



**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Dec. 02, 2021 to Jan. 01, 2022

**ACCOUNT NUMBER**
81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/22/2021 | IRS-USATAXPYMT<br>Debit | - $114.76 |
| 12/22/2021 | INTUIT 16094635-DEPOSIT<br>Deposit | + $1,959.00 |
| 12/22/2021 | PAYROLL-PAYROLL<br>Debit | - $2,058.58 |
| 12/22/2021 | PAYROLL-PAYROLL<br>Debit | - $782.13 |
| 12/22/2021 | PAYROLL-PAYROLL<br>Debit | - $1,714.22 |
| 12/22/2021 | PAYROLL-PAYROLL<br>Debit | - $2,237.12 |
| 12/22/2021 | INTUIT 66847635-TRAN FEE<br>Debit | - $38.00 |
| 12/22/2021 | PAYROLL-PAYROLL<br>Debit | - $670.74 |
| 12/22/2021 | PAYROLL-PAYROLL<br>Debit | - $1,961.91 |
| 12/23/2021 | INTUIT 23483535-DEPOSIT<br>Deposit | + $17,115.80 |
| 12/23/2021 | INTUIT 74131655-TRAN FEE<br>Debit | - $181.56 |
| 12/24/2021 | INTUIT 60379475-DEPOSIT<br>Deposit | + $1,484.77 |
| 12/24/2021 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 12/24/2021 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 12/24/2021 | INTUIT 11242185-TRAN FEE<br>Debit | - $54.03 |
| 12/27/2021 | INTUIT 72798185-DEPOSIT<br>Deposit | + $3,683.33 |
| 12/27/2021 | INTUIT 70395715-DEPOSIT<br>Deposit | + $485.40 |

Banking services provided by Green Dot Bank, Member FDIC



daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Dec. 02, 2021 to Jan. 01, 2022

**ACCOUNT NUMBER**
81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/27/2021 | INTUIT 66063465-DEPOSIT<br>Deposit | + $2,059.99 |
| 12/27/2021 | INTUIT 16954805-TRAN FEE<br>Debit | - $72.32 |
| 12/27/2021 | INTUIT 21293465-TRAN FEE<br>Debit | - $17.26 |
| 12/27/2021 | INTUIT 24174385-TRAN FEE<br>Debit | - $129.50 |
| 12/28/2021 | INTUIT 44002235-DEPOSIT<br>Deposit | + $3,017.69 |
| 12/28/2021 | INTUIT 94435045-TRAN FEE<br>Debit | - $47.86 |
| 12/29/2021 | IRS-USATAXPYMT<br>Debit | - $2,226.36 |
| 12/29/2021 | INTUIT 28835005-TRAN FEE<br>Debit | - $72.21 |
| 12/29/2021 | INTUIT 77192375-DEPOSIT<br>Debit | - $5.39 |
| 12/30/2021 | INTUIT 54852795-DEPOSIT<br>Deposit | + $6,329.80 |
| 12/30/2021 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 12/30/2021 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 12/30/2021 | INTUIT 05711625-TRAN FEE<br>Debit | - $140.64 |
| 12/31/2021 | INTUIT 65417195-DEPOSIT<br>Deposit | + $4,292.82 |
| 12/31/2021 | INTUIT 16344935-TRAN FEE<br>Debit | - $59.94 |

Banking services provided by Green Dot Bank, Member FDIC

# intuit quickbooks.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Jan. 02, 2022 to Feb. 01, 2022

**ACCOUNT NUMBER**
81

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Jan. 02, 2022 | $73,870.50 |
| Credits | + $86,894.40 |
| Debits | - $109,549.75 |
| Ending Balance on Feb. 01, 2022 | **$51,215.15** |

## INTEREST

| | |
|---|---|
| Days in Statement Period (01/02/2022 to 02/01/2022) | 31 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 1.00% |
| Average Daily Balance this Period | $44081.06 |
| Interest Earned this Period | $37.27 |
| Interest Paid Year to Date | $39.43 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02/2022 | Interest Earned Credit | + $39.43 |
| 01/03/2022 | INTUIT 91751055-DEPOSIT<br>Deposit | + $594.00 |
| 01/03/2022 | INTUIT 03327205-DEPOSIT<br>Deposit | + $4,799.62 |
| 01/03/2022 | INTUIT 96108715-DEPOSIT<br>Deposit | + $297.00 |
| 01/03/2022 | INTUIT 56581545-TRAN FEE<br>Debit | - $170.21 |
| 01/03/2022 | INTUIT 47624855-TRAN FEE<br>Debit | - $10.86 |
| 01/03/2022 | INTUIT 43218015-TRAN FEE<br>Debit | - $21.72 |
| 01/04/2022 | INTUIT 77519135-DEPOSIT<br>Deposit | + $7,559.06 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**                    003054



**intuit quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Jan. 02, 2022 to Feb. 01, 2022

**ACCOUNT NUMBER**
                              81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/04/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 01/04/2022 | INTUIT 29148635-TRAN FEE<br>Debit | - $57.50 |
| 01/04/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 01/04/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $146.56 |
| 01/04/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 01/05/2022 | INTUIT 11886175-DEPOSIT<br>Deposit | + $1,080.37 |
| 01/05/2022 | INTUIT 65550715-TRAN FEE<br>Debit | - $38.49 |
| 01/06/2022 | INTUIT 18225905-DEPOSIT<br>Deposit | + $3,305.09 |
| 01/06/2022 | PAYROLL-PAYROLL<br>Debit | - $674.25 |
| 01/06/2022 | PAYROLL-PAYROLL<br>Debit | - $1,981.62 |
| 01/06/2022 | AMEX EPAYMENT-ACH PMT<br>Debit | - $25,356.01 |
| 01/06/2022 | PAYROLL-PAYROLL<br>Debit | - $2,067.02 |
| 01/06/2022 | PAYROLL-PAYROLL<br>Debit | - $1,078.58 |
| 01/06/2022 | PAYROLL-PAYROLL<br>Debit | - $1,756.54 |
| 01/06/2022 | PAYROLL-PAYROLL<br>Debit | - $2,258.22 |
| 01/06/2022 | INTUIT 71793635-TRAN FEE<br>Debit | - $119.99 |
| 01/07/2022 | INTUIT 24754205-DEPOSIT<br>Deposit | + $594.00 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                **Attachment A**

**intuit**
**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Jan. 02, 2022 to Feb. 01, 2022

**ACCOUNT NUMBER**
 81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/07/2022 | INTUIT 78343915-TRAN FEE<br>Debit | - $21.72 |
| 01/10/2022 | INTUIT 30090965-DEPOSIT<br>Deposit | + $495.00 |
| 01/10/2022 | INTUIT 35343675-DEPOSIT<br>Deposit | + $792.00 |
| 01/10/2022 | INTUIT 38249935-DEPOSIT<br>Deposit | + $8,273.49 |
| 01/10/2022 | INTUIT 92154865-TRAN FEE<br>Debit | - $290.31 |
| 01/10/2022 | INTUIT 83779215-TRAN FEE<br>Debit | - $32.58 |
| 01/10/2022 | INTUIT 89074335-TRAN FEE<br>Debit | - $28.96 |
| 01/10/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $35,000.00 |
| 01/11/2022 | INTUIT 41012935-DEPOSIT<br>Deposit | + $594.00 |
| 01/11/2022 | INTUIT 94914785-TRAN FEE<br>Debit | - $21.72 |
| 01/12/2022 | IRS-USATAXPYMT<br>Debit | - $2,295.53 |
| 01/12/2022 | INTUIT 45943495-DEPOSIT<br>Deposit | + $2,139.54 |
| 01/12/2022 | INTUIT 00020135-TRAN FEE<br>Debit | - $126.14 |
| 01/13/2022 | INTUIT 50978865-DEPOSIT<br>Deposit | + $1,402.09 |
| 01/13/2022 | PAYROLL-PAYROLL<br>Debit | - $674.26 |
| 01/13/2022 | INTUIT 04961725-TRAN FEE<br>Debit | - $50.96 |
| 01/14/2022 | INTUIT 56125945-DEPOSIT<br>Deposit | + $1,386.00 |

Banking services provided by Green Dot Bank, Member FDIC

# intuit quickbooks.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Jan. 02, 2022 to Feb. 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/14/2022 | INTUIT 10125315-TRAN FEE<br>Debit | - $50.68 |
| 01/18/2022 | INTUIT 70483425-DEPOSIT<br>Deposit | + $2,088.63 |
| 01/18/2022 | INTUIT 60870305-DEPOSIT<br>Deposit | + $1,237.93 |
| 01/18/2022 | INTUIT 66150385-DEPOSIT<br>Deposit | + $1,045.40 |
| 01/18/2022 | INTUIT 73249395-DEPOSIT<br>Deposit | + $594.00 |
| 01/18/2022 | INTUIT 20202085-TRAN FEE<br>Debit | - $38.07 |
| 01/18/2022 | PAYROLL-TAX<br>Debit | - $2,321.98 |
| 01/18/2022 | INTUIT 14918685-TRAN FEE<br>Debit | - $44.87 |
| 01/18/2022 | INTUIT 27374115-TRAN FEE<br>Debit | - $21.72 |
| 01/18/2022 | INTUIT 24523915-TRAN FEE<br>Debit | - $73.28 |
| 01/18/2022 | PAYROLL-TAX<br>Debit | - $639.87 |
| 01/19/2022 | IRS-USATAXPYMT<br>Debit | - $282.07 |
| 01/19/2022 | INTUIT 77406365-DEPOSIT<br>Deposit | + $594.00 |
| 01/19/2022 | INTUIT 31773555-TRAN FEE<br>Debit | - $28.96 |
| 01/20/2022 | IRS-USATAXPYMT<br>Debit | - $114.74 |
| 01/20/2022 | INTUIT 82222055-DEPOSIT<br>Deposit | + $4,812.87 |
| 01/20/2022 | PAYROLL-PAYROLL<br>Debit | - $2,258.22 |

Banking services provided by Green Dot Bank, Member FDIC



**intuit quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Jan. 02, 2022 to Feb. 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/20/2022 | PAYROLL-PAYROLL<br>Debit | - $766.46 |
| 01/20/2022 | PAYROLL-PAYROLL<br>Debit | - $1,756.57 |
| 01/20/2022 | PAYROLL-PAYROLL<br>Debit | - $468.72 |
| 01/20/2022 | INTUIT 36462735-TRAN FEE<br>Debit | - $174.03 |
| 01/20/2022 | PAYROLL-PAYROLL<br>Debit | - $674.26 |
| 01/20/2022 | PAYROLL-PAYROLL<br>Debit | - $1,981.66 |
| 01/21/2022 | INTUIT 56329365-DEPOSIT<br>Deposit | + $2,009.72 |
| 01/21/2022 | INTUIT 10339385-TRAN FEE<br>Debit | - $56.82 |
| 01/24/2022 | INTUIT 92331265-DEPOSIT<br>Deposit | + $1,993.82 |
| 01/24/2022 | INTUIT 00400495-DEPOSIT<br>Deposit | + $2,418.52 |
| 01/24/2022 | INTUIT 97524415-DEPOSIT<br>Deposit | + $1,089.00 |
| 01/24/2022 | INTUIT 54835635-TRAN FEE<br>Debit | - $87.29 |
| 01/24/2022 | INTUIT 46616135-TRAN FEE<br>Debit | - $71.33 |
| 01/24/2022 | INTUIT 51849145-TRAN FEE<br>Debit | - $39.82 |
| 01/25/2022 | INTUIT 77708915-DEPOSIT<br>Deposit | + $4,382.14 |
| 01/25/2022 | INTUIT 32063525-TRAN FEE<br>Debit | - $45.76 |
| 01/26/2022 | IRS-USATAXPYMT<br>Debit | - $1,872.97 |

Banking services provided by Green Dot Bank, Member FDIC



**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Jan. 02, 2022 to Feb. 01, 2022

**ACCOUNT NUMBER**
                    81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/26/2022 | INTUIT 85070605-DEPOSIT<br>Deposit | + $2,805.52 |
| 01/26/2022 | INTUIT 39470795-TRAN FEE<br>Debit | - $73.07 |
| 01/27/2022 | INTUIT 87538745-DEPOSIT<br>Deposit | + $11,254.58 |
| 01/27/2022 | INTUIT 41788415-TRAN FEE<br>Debit | - $215.17 |
| 01/27/2022 | PAYROLL-PAYROLL<br>Debit | - $674.26 |
| 01/27/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $20,000.00 |
| 01/28/2022 | INTUIT 17427605-DEPOSIT<br>Deposit | + $1,480.46 |
| 01/28/2022 | INTUIT 71969425-TRAN FEE<br>Debit | - $53.63 |
| 01/31/2022 | INTUIT 27791095-DEPOSIT<br>Deposit | + $1,167.53 |
| 01/31/2022 | INTUIT 22433955-DEPOSIT<br>Deposit | + $3,044.79 |
| 01/31/2022 | INTUIT 31155635-DEPOSIT<br>Deposit | + $804.96 |
| 01/31/2022 | INTUIT 85792835-TRAN FEE<br>Debit | - $29.65 |
| 01/31/2022 | INTUIT 76992905-TRAN FEE<br>Debit | - $107.76 |
| 01/31/2022 | INTUIT 82345305-TRAN FEE<br>Debit | - $41.97 |
| 02/01/2022 | INTUIT 10844385-DEPOSIT<br>Deposit | + $10,719.84 |
| 02/01/2022 | INTUIT 65457295-TRAN FEE<br>Debit | - $55.34 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**


**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Feb. 02, 2022 to Mar. 01, 2022

**ACCOUNT NUMBER**
81

# ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Feb. 02, 2022 | $51,215.15 |
| Credits | + $143,591.29 |
| Debits | - $129,963.74 |
| Ending Balance on Mar. 01, 2022 | **$64,842.70** |

# INTEREST

| | |
|---|---|
| Days in Statement Period (02/02/2022 to 03/01/2022) | 28 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 1.00% |
| Average Daily Balance this Period | $54152.31 |
| Interest Earned this Period | $41.35 |
| Interest Paid Year to Date | $76.70 |

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02/2022 | IRS-USATAXPYMT<br>Debit | - $114.74 |
| 02/02/2022 | INTUIT 17003165-DEPOSIT<br>Deposit | + $4,078.39 |
| 02/02/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/02/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 02/02/2022 | INTUIT 71571825-TRAN FEE<br>Debit | - $85.10 |
| 02/02/2022 | Interest Earned Credit | + $37.27 |
| 02/02/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $20,000.00 |
| 02/03/2022 | INTUIT 21902845-DEPOSIT<br>Deposit | + $4,378.79 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**          **Attachment A**



**intuit**
# quickbooks.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Feb. 02, 2022 to Mar. 01, 2022

**ACCOUNT NUMBER**
81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/03/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/03/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 02/03/2022 | PAYROLL-PAYROLL<br>Debit | - $1,981.62 |
| 02/03/2022 | PAYROLL-PAYROLL<br>Debit | - $674.25 |
| 02/03/2022 | PAYROLL-PAYROLL<br>Debit | - $2,258.21 |
| 02/03/2022 | INTUIT 76498285-TRAN FEE<br>Debit | - $90.00 |
| 02/03/2022 | PAYROLL-PAYROLL<br>Debit | - $1,756.53 |
| 02/04/2022 | INTUIT 26179595-DEPOSIT<br>Deposit | + $16,562.91 |
| 02/04/2022 | INTUIT 80844705-TRAN FEE<br>Debit | - $278.92 |
| 02/07/2022 | INTUIT 69220415-DEPOSIT<br>Deposit | + $8,702.25 |
| 02/07/2022 | INTUIT 73269505-DEPOSIT<br>Deposit | + $792.00 |
| 02/07/2022 | INTUIT 36597275-DEPOSIT<br>Deposit | + $10,343.57 |
| 02/07/2022 | AMEX EPAYMENT-ACH PMT<br>Debit | - $5,000.00 |
| 02/07/2022 | PAYROLL-TAX<br>Debit | - $647.23 |
| 02/07/2022 | INTUIT 25997075-TRAN FEE<br>Debit | - $313.72 |
| 02/07/2022 | INTUIT 91572645-TRAN FEE<br>Debit | - $316.79 |
| 02/07/2022 | INTUIT 30112565-TRAN FEE<br>Debit | - $28.96 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**                    003061



**intuit**
**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Feb. 02, 2022 to Mar. 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/08/2022 | INTUIT 76380945-DEPOSIT<br>Deposit | + $792.00 |
| 02/08/2022 | INTUIT 33145635-TRAN FEE<br>Debit | - $28.96 |
| 02/09/2022 | IRS-USATAXPYMT<br>Debit | - $1,759.57 |
| 02/09/2022 | INTUIT 81606995-DEPOSIT<br>Deposit | + $5,083.15 |
| 02/09/2022 | INTUIT 38588245-TRAN FEE<br>Debit | - $182.09 |
| 02/09/2022 | fba support NJ,JPMORGAN CHASE BANK, NA (*****5073)<br>Transfer | - $6,500.00 |
| 02/09/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $25,000.00 |
| 02/10/2022 | INTUIT 62867205-DEPOSIT<br>Deposit | + $7,501.82 |
| 02/10/2022 | INTUIT 19603315-TRAN FEE<br>Debit | - $188.00 |
| 02/11/2022 | INTUIT 92617835-DEPOSIT<br>Deposit | + $3,268.07 |
| 02/11/2022 | PAYROLL-PAYROLL<br>Debit | - $674.26 |
| 02/11/2022 | INTUIT 49548425-TRAN FEE<br>Debit | - $148.12 |
| 02/14/2022 | INTUIT 07814945-DEPOSIT<br>Deposit | + $2,634.27 |
| 02/14/2022 | INTUIT 98435795-DEPOSIT<br>Deposit | + $2,655.49 |
| 02/14/2022 | INTUIT 04064315-DEPOSIT<br>Deposit | + $5,469.61 |
| 02/14/2022 | INTUIT 61068785-TRAN FEE<br>Debit | - $199.54 |
| 02/14/2022 | INTUIT 55397705-TRAN FEE<br>Debit | - $100.10 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



**intuit**
# quickbooks.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Feb. 02, 2022 to Mar. 01, 2022

**ACCOUNT NUMBER**
81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/14/2022 | INTUIT 64881745-TRAN FEE<br>Debit | - $98.84 |
| 02/15/2022 | INTUIT 11095365-DEPOSIT<br>Deposit | + $1,959.79 |
| 02/15/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $20.93 |
| 02/15/2022 | INTUIT 68123095-TRAN FEE<br>Debit | - $85.65 |
| 02/15/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $7.65 |
| 02/15/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $7.68 |
| 02/15/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $13.35 |
| 02/16/2022 | IRS-USATAXPYMT<br>Debit | - $114.74 |
| 02/16/2022 | INTUIT 89736935-DEPOSIT<br>Deposit | + $3,858.47 |
| 02/16/2022 | INTUIT 46243935-TRAN FEE<br>Debit | - $129.80 |
| 02/17/2022 | AMEX EPAYMENT-ACH PMT<br>Debit | - $4,500.00 |
| 02/17/2022 | INTUIT 98414445-DEPOSIT<br>Deposit | + $4,936.17 |
| 02/17/2022 | PAYROLL-PAYROLL<br>Debit | - $1,981.66 |
| 02/17/2022 | PAYROLL-PAYROLL<br>Debit | - $674.26 |
| 02/17/2022 | PAYROLL-PAYROLL<br>Debit | - $2,258.22 |
| 02/17/2022 | INTUIT 55377405-TRAN FEE<br>Debit | - $162.47 |
| 02/17/2022 | PAYROLL-PAYROLL<br>Debit | - $1,756.56 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



# quickbooks.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Feb. 02, 2022 to Mar. 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/18/2022 | INTUIT 28047825-DEPOSIT<br>Deposit | + $4,512.82 |
| 02/18/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $7.65 |
| 02/18/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/18/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/18/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.60 |
| 02/18/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $179.39 |
| 02/18/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $92.80 |
| 02/18/2022 | INTUIT 85348065-TRAN FEE<br>Debit | - $163.48 |
| 02/22/2022 | INTUIT 38696205-DEPOSIT<br>Deposit | + $8,881.71 |
| 02/22/2022 | INTUIT 42271725-DEPOSIT<br>Deposit | + $3,450.32 |
| 02/22/2022 | INTUIT 45643785-DEPOSIT<br>Deposit | + $1,897.27 |
| 02/22/2022 | INTUIT 33861845-DEPOSIT<br>Deposit | + $2,948.24 |
| 02/22/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $55.18 |
| 02/22/2022 | INTUIT 02957235-TRAN FEE<br>Debit | - $70.08 |
| 02/22/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/22/2022 | INTUIT 99676085-TRAN FEE<br>Debit | - $124.61 |
| 02/22/2022 | INTUIT 91194875-TRAN FEE<br>Debit | - $107.74 |

Banking services provided by Green Dot Bank, Member FDIC



**intuit**
# qb quickbooks.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Feb. 02, 2022 to Mar. 01, 2022

**ACCOUNT NUMBER**
⬛⬛⬛⬛⬛⬛ 81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/22/2022 | INTUIT 96064475-TRAN FEE<br>Debit | - $323.13 |
| 02/23/2022 | INTUIT 50092455-DEPOSIT<br>Deposit | + $7,204.27 |
| 02/23/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/23/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 02/23/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $211.64 |
| 02/23/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 02/23/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/23/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/23/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $20.58 |
| 02/23/2022 | WELLS FARGO CARD-CCPYMT-90154503498834<br>Debit | - $7,500.00 |
| 02/23/2022 | INTUIT 07686605-TRAN FEE<br>Debit | - $258.02 |
| 02/23/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 02/23/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/23/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/23/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $20,000.00 |
| 02/24/2022 | IRS-USATAXPYMT<br>Debit | - $1,759.49 |
| 02/24/2022 | INTUIT 24675975-DEPOSIT<br>Deposit | + $4,516.04 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



# quickbooks.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Feb. 02, 2022 to Mar. 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/24/2022 | INTUIT 81424675-TRAN FEE<br>Debit | - $20.00 |
| 02/24/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $107.73 |
| 02/24/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/25/2022 | INTUIT 60785025-DEPOSIT<br>Deposit | + $8,526.30 |
| 02/25/2022 | INTUIT 18337085-TRAN FEE<br>Debit | - $304.98 |
| 02/25/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $90.50 |
| 02/25/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/28/2022 | INTUIT 71855005-DEPOSIT<br>Deposit | + $9,468.84 |
| 02/28/2022 | INTUIT 75777515-DEPOSIT<br>Deposit | + $1,174.23 |
| 02/28/2022 | INTUIT 66424555-DEPOSIT<br>Deposit | + $5,006.42 |
| 02/28/2022 | INTUIT 23974515-TRAN FEE<br>Debit | - $181.28 |
| 02/28/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 02/28/2022 | CHASE CREDIT CRD-EPAY-5803618638<br>Debit | - $8,153.81 |
| 02/28/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 02/28/2022 | INTUIT 33422045-TRAN FEE<br>Debit | - $43.71 |
| 02/28/2022 | INTUIT 29407765-TRAN FEE<br>Debit | - $314.14 |
| 02/28/2022 | PAYROLL-PAYROLL<br>Debit | - $674.26 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**          **Attachment A**          003066

**intuit quickbooks.**

daily distro llc
amanda. rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Feb. 02, 2022 to Mar. 01, 2022

**ACCOUNT NUMBER**
 81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/01/2022 | CHASE CREDIT CRD-EPAY-5808836918 Debit | - $7,912.83 |
| 03/01/2022 | INTUIT 78955965-DEPOSIT Deposit | + $2,950.81 |
| 03/01/2022 | INTUIT 36524135-TRAN FEE Debit | - $104.59 |
| 03/01/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $99.00 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**


intuit
**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Mar. 02, 2022 to Apr. 01, 2022

**ACCOUNT NUMBER**
▮▮▮▮▮81

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Mar. 02, 2022 | $64,842.70 |
| Credits | + $138,887.62 |
| Debits | - $158,191.27 |
| Ending Balance on Apr. 01, 2022 | **$45,539.05** |

## INTEREST

| | |
|---|---|
| Days in Statement Period (03/02/2022 to 04/01/2022) | 31 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 1.00% |
| Average Daily Balance this Period | $44284.24 |
| Interest Earned this Period | $37.44 |
| Interest Paid Year to Date | $118.05 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02/2022 | IRS-USATAXPYMT<br>Debit | - $114.74 |
| 03/02/2022 | Interest Earned Credit | + $41.35 |
| 03/02/2022 | INTUIT 55885945-DEPOSIT<br>Deposit | + $8,353.84 |
| 03/02/2022 | INTUIT 13324485-TRAN FEE<br>Debit | - $223.42 |
| 03/02/2022 | fba support NJ,JPMORGAN CHASE BANK, NA (*****5073)<br>Transfer | - $8,000.00 |
| 03/03/2022 | INTUIT 97727135-DEPOSIT<br>Deposit | + $7,922.70 |
| 03/03/2022 | PAYROLL-PAYROLL<br>Debit | - $1,981.63 |
| 03/03/2022 | PAYROLL-PAYROLL<br>Debit | - $674.25 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**    **Attachment A**



daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Mar. 02, 2022 to Apr. 01, 2022

**ACCOUNT NUMBER**
 81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03/2022 | INTUIT 56951595-TRAN FEE<br>Debit | - $282.14 |
| 03/03/2022 | PAYROLL-PAYROLL<br>Debit | - $2,258.22 |
| 03/03/2022 | PAYROLL-PAYROLL<br>Debit | - $1,756.54 |
| 03/04/2022 | INTUIT 05310335-DEPOSIT<br>Deposit | + $7,530.71 |
| 03/04/2022 | INTUIT 64854305-TRAN FEE<br>Debit | - $273.34 |
| 03/04/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 03/04/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $147.84 |
| 03/07/2022 | INTUIT 18834905-DEPOSIT<br>Deposit | + $2,602.90 |
| 03/07/2022 | INTUIT 23484745-DEPOSIT<br>Deposit | + $1,052.36 |
| 03/07/2022 | INTUIT 12143795-DEPOSIT<br>Deposit | + $943.41 |
| 03/07/2022 | INTUIT 71738025-TRAN FEE<br>Debit | - $35.34 |
| 03/07/2022 | PAYROLL-PAYROLL<br>Debit | - $1,984.38 |
| 03/07/2022 | INTUIT 83194725-TRAN FEE<br>Debit | - $38.32 |
| 03/07/2022 | INTUIT 78455455-TRAN FEE<br>Debit | - $104.46 |
| 03/07/2022 | PAYROLL-TAX<br>Debit | - $523.20 |
| 03/07/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $20,000.00 |
| 03/08/2022 | INTUIT 27022325-DEPOSIT<br>Deposit | + $1,810.84 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**

# intuit **quickbooks**.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Mar. 02, 2022 to Apr. 01, 2022

**ACCOUNT NUMBER**
 81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/08/2022 | INTUIT 86707095-TRAN FEE<br>Debit | - $64.58 |
| 03/08/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 03/08/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 03/08/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 03/08/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 03/08/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $20,000.00 |
| 03/09/2022 | IRS-USATAXPYMT<br>Debit | - $174.48 |
| 03/09/2022 | IRS-USATAXPYMT<br>Debit | - $1,989.09 |
| 03/09/2022 | INTUIT 32780755-DEPOSIT<br>Deposit | + $7,017.21 |
| 03/09/2022 | INTUIT 92720765-TRAN FEE<br>Debit | - $254.72 |
| 03/09/2022 | fba support NJ,JPMORGAN CHASE BANK, NA (*****5073)<br>Transfer | - $9,000.00 |
| 03/10/2022 | INTUIT 38772315-DEPOSIT<br>Deposit | + $6,974.52 |
| 03/10/2022 | INTUIT 98631565-TRAN FEE<br>Debit | - $250.41 |
| 03/11/2022 | INTUIT 44975855-DEPOSIT<br>Deposit | + $710.21 |
| 03/11/2022 | PAYROLL-PAYROLL<br>Debit | - $674.26 |
| 03/11/2022 | INTUIT 04851935-TRAN FEE<br>Debit | - $29.14 |
| 03/14/2022 | CHASE CREDIT CRD-EPAY-5831313817<br>Debit | - $4,497.60 |

Banking services provided by Green Dot Bank, Member FDIC



**intuit quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Mar. 02, 2022 to Apr. 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/14/2022 | INTUIT 60523455-DEPOSIT<br>Deposit | + $198.00 |
| 03/14/2022 | INTUIT 56619775-DEPOSIT<br>Deposit | + $7,101.58 |
| 03/14/2022 | INTUIT 54211275-DEPOSIT<br>Deposit | + $24.50 |
| 03/14/2022 | INTUIT 16553775-TRAN FEE<br>Debit | - $255.32 |
| 03/14/2022 | INTUIT 14297555-TRAN FEE<br>Debit | - $60.97 |
| 03/14/2022 | INTUIT 20538575-TRAN FEE<br>Debit | - $7.24 |
| 03/15/2022 | INTUIT 63617365-DEPOSIT<br>Deposit | + $1,839.35 |
| 03/15/2022 | INTUIT 23654085-TRAN FEE<br>Debit | - $67.36 |
| 03/16/2022 | IRS-USATAXPYMT<br>Debit | - $114.74 |
| 03/16/2022 | INTUIT 68680215-DEPOSIT<br>Deposit | + $7,963.70 |
| 03/16/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 03/16/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $137.72 |
| 03/16/2022 | INTUIT 28896825-TRAN FEE<br>Debit | - $287.82 |
| 03/17/2022 | INTUIT 75799775-DEPOSIT<br>Deposit | + $2,282.38 |
| 03/17/2022 | PAYROLL-PAYROLL<br>Debit | - $2,258.22 |
| 03/17/2022 | PAYROLL-PAYROLL<br>Debit | - $1,981.65 |
| 03/17/2022 | INTUIT 35760955-TRAN FEE<br>Debit | - $111.33 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



**intuit**
**quickbooks.**

daily distro llc
amanda  rozenfeld
10 Milltown Ct
Union, NJ  07083

**STATEMENT PERIOD**
Mar. 02, 2022 to Apr. 01, 2022

**ACCOUNT NUMBER**
81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/17/2022 | PAYROLL-PAYROLL<br>Debit | - $1,984.38 |
| 03/17/2022 | PAYROLL-PAYROLL<br>Debit | - $674.26 |
| 03/17/2022 | PAYROLL-PAYROLL<br>Debit | - $1,756.55 |
| 03/17/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $10,000.00 |
| 03/18/2022 | INTUIT 54895165-DEPOSIT<br>Deposit | + $13,915.02 |
| 03/18/2022 | INTUIT 14940565-TRAN FEE<br>Debit | - $309.76 |
| 03/18/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 03/18/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $98.00 |
| 03/21/2022 | INTUIT 93554615-DEPOSIT<br>Deposit | + $2,330.62 |
| 03/21/2022 | INTUIT 97522655-DEPOSIT<br>Deposit | + $604.86 |
| 03/21/2022 | INTUIT 87700245-DEPOSIT<br>Deposit | + $4,692.03 |
| 03/21/2022 | INTUIT 57711855-TRAN FEE<br>Debit | - $22.34 |
| 03/21/2022 | INTUIT 53689405-TRAN FEE<br>Debit | - $87.04 |
| 03/21/2022 | INTUIT 47781495-TRAN FEE<br>Debit | - $171.57 |
| 03/22/2022 | INTUIT 01004215-DEPOSIT<br>Deposit | + $1,119.98 |
| 03/22/2022 | INTUIT 61147505-TRAN FEE<br>Debit | - $39.58 |
| 03/22/2022 | WELLS FARGO CARD-CCPYMT-90154503498834<br>Debit | - $5,000.00 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



**intuit**
**qb quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Mar. 02, 2022 to Apr. 01, 2022

**ACCOUNT NUMBER**
⬛⬛⬛⬛⬛⬛⬛81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/22/2022 | fba support NJ,JPMORGAN CHASE BANK, NA (*****5073)<br>Transfer | - $8,000.00 |
| 03/22/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $10,000.00 |
| 03/23/2022 | IRS-USATAXPYMT<br>Debit | - $1,989.05 |
| 03/23/2022 | INTUIT 80247445-DEPOSIT<br>Deposit | + $10,158.15 |
| 03/23/2022 | INTUIT 40404805-TRAN FEE<br>Debit | - $343.74 |
| 03/24/2022 | INTUIT 12136495-DEPOSIT<br>Deposit | + $12,406.04 |
| 03/24/2022 | INTUIT 72477295-TRAN FEE<br>Debit | - $440.60 |
| 03/24/2022 | WELLS FARGO CARD-CCPYMT-90154503498834<br>Debit | - $15,318.83 |
| 03/24/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $10,000.00 |
| 03/25/2022 | INTUIT 17765545-DEPOSIT<br>Deposit | + $834.77 |
| 03/25/2022 | INTUIT 78125905-TRAN FEE<br>Debit | - $33.37 |
| 03/25/2022 | PAYROLL-PAYROLL<br>Debit | - $763.90 |
| 03/28/2022 | INTUIT 33499165-DEPOSIT<br>Deposit | + $2,795.48 |
| 03/28/2022 | INTUIT 04664165-DEPOSIT<br>Deposit | + $3,254.57 |
| 03/28/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $55.77 |
| 03/28/2022 | INTUIT 65200735-TRAN FEE<br>Debit | - $93.20 |
| 03/28/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**              **Attachment A**



**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Mar. 02, 2022 to Apr. 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/28/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 03/28/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 03/28/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $99.00 |
| 03/28/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $99.00 |
| 03/28/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $99.00 |
| 03/28/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 03/28/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 03/28/2022 | INTUIT 93945025-TRAN FEE Debit | - $100.38 |
| 03/28/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 03/29/2022 | INTUIT 37002535-DEPOSIT Deposit | + $2,990.20 |
| 03/29/2022 | INTUIT 97405355-TRAN FEE Debit | - $106.19 |
| 03/30/2022 | IRS-USATAXPYMT Debit | - $130.04 |
| 03/30/2022 | INTUIT 14215215-DEPOSIT Deposit | + $7,185.59 |
| 03/30/2022 | INTUIT 74073895-TRAN FEE Debit | - $170.08 |
| 03/31/2022 | INTUIT 17796025-DEPOSIT Deposit | + $7,293.77 |
| 03/31/2022 | PAYROLL-PAYROLL Debit | - $1,981.63 |
| 03/31/2022 | PAYROLL-PAYROLL Debit | - $1,984.39 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**

# intuit quickbooks.

daily distro llc
amanda. rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Mar. 02, 2022 to Apr. 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/2022 | INTUIT 78155005-TRAN FEE<br>Debit | - $222.70 |
| 03/31/2022 | PAYROLL-PAYROLL<br>Debit | - $2,258.23 |
| 03/31/2022 | PAYROLL-PAYROLL<br>Debit | - $1,756.55 |
| 04/01/2022 | INTUIT 28493675-DEPOSIT<br>Deposit | + $4,936.98 |
| 04/01/2022 | INTUIT 88947695-TRAN FEE<br>Debit | - $76.77 |
| 04/01/2022 | PAYROLL-PAYROLL<br>Debit | - $763.90 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



## quickbooks.

| | |
|---|---|
| daily distro llc<br>amanda rozenfeld<br>10 Milltown Ct<br>Union, NJ 07083 | **STATEMENT PERIOD**<br>Apr. 02, 2022 to May 01, 2022     **ACCOUNT NUMBER** ▮▮▮81 |

## ACCOUNT SUMMARY

| | |
|---|---:|
| Beginning Balance on Apr. 02, 2022 | $45,539.05 |
| Credits | + $97,119.53 |
| Debits | - $121,529.93 |
| **Ending Balance on May 01, 2022** | **$21,128.65** |

## INTEREST

| | |
|---|---:|
| Days in Statement Period (04/02/2022 to 05/01/2022) | 30 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 1.00% |
| Average Daily Balance this Period | $30888.64 |
| Interest Earned this Period | $25.27 |
| Interest Paid Year to Date | $155.49 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/02/2022 | Interest Earned Credit | + $37.44 |
| 04/04/2022 | INTUIT 79245115-DEPOSIT<br>Deposit | + $1,448.37 |
| 04/04/2022 | INTUIT 41833625-DEPOSIT<br>Deposit | + $10,791.41 |
| 04/04/2022 | INTUIT 74701085-DEPOSIT<br>Deposit | + $612.41 |
| 04/04/2022 | INTUIT 02564605-TRAN FEE<br>Debit | - $111.71 |
| 04/04/2022 | INTUIT 41765435-TRAN FEE<br>Debit | - $52.29 |
| 04/04/2022 | INTUIT 36800785-TRAN FEE<br>Debit | - $24.82 |
| 04/04/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**         **Attachment A**         003076



**intuit quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Apr. 02, 2022 to May 01, 2022

**ACCOUNT NUMBER**
81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/04/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $124.20 |
| 04/04/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $20,000.00 |
| 04/05/2022 | IRS-USATAXPYMT<br>Debit | - $1,874.35 |
| 04/05/2022 | INTUIT 44957555-DEPOSIT<br>Deposit | + $2,076.91 |
| 04/05/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $98.99 |
| 04/05/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/05/2022 | INTUIT 05757105-TRAN FEE<br>Debit | - $71.44 |
| 04/06/2022 | IRS-USATAXPYMT<br>Debit | - $130.06 |
| 04/06/2022 | INTUIT 90295265-DEPOSIT<br>Deposit | + $11,737.21 |
| 04/06/2022 | INTUIT 53057945-TRAN FEE<br>Debit | - $412.33 |
| 04/06/2022 | fba support NJ,JPMORGAN CHASE BANK, NA (*****5073)<br>Transfer | - $9,000.00 |
| 04/06/2022 | fba support NJ,JPMORGAN CHASE BANK, NA (*****5073)<br>Transfer | - $2,500.00 |
| 04/07/2022 | INTUIT 54729505-DEPOSIT<br>Deposit | + $4,619.41 |
| 04/07/2022 | INTUIT 15310705-TRAN FEE<br>Debit | - $146.43 |
| 04/08/2022 | INTUIT 04482775-DEPOSIT<br>Deposit | + $1,609.12 |
| 04/08/2022 | INTUIT 67159515-TRAN FEE<br>Debit | - $60.70 |
| 04/08/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**


## quickbooks.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Apr. 02, 2022 to May 01, 2022

**ACCOUNT NUMBER**
81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/08/2022 | PAYROLL-PAYROLL<br>Debit | - $763.90 |
| 04/08/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 04/08/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $10,000.00 |
| 04/11/2022 | INTUIT 17402265-DEPOSIT<br>Deposit | + $694.50 |
| 04/11/2022 | INTUIT 11286175-DEPOSIT<br>Deposit | + $6,320.96 |
| 04/11/2022 | INTUIT 21692305-DEPOSIT<br>Deposit | + $297.00 |
| 04/11/2022 | INTUIT 84488935-TRAN FEE<br>Debit | - $10.86 |
| 04/11/2022 | INTUIT 73973465-TRAN FEE<br>Debit | - $233.09 |
| 04/11/2022 | INTUIT 80143545-TRAN FEE<br>Debit | - $27.12 |
| 04/12/2022 | INTUIT 25580135-DEPOSIT<br>Deposit | + $396.00 |
| 04/12/2022 | INTUIT 88345405-TRAN FEE<br>Debit | - $14.48 |
| 04/12/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $10,000.00 |
| 04/13/2022 | IRS-USATAXPYMT<br>Debit | - $130.04 |
| 04/13/2022 | INTUIT 31436935-DEPOSIT<br>Deposit | + $5,570.58 |
| 04/13/2022 | INTUIT 94471195-TRAN FEE<br>Debit | - $202.99 |
| 04/13/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/13/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**          **Attachment A**

**intuit quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Apr. 02, 2022 to May 01, 2022

**ACCOUNT NUMBER**
 81

# TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/14/2022 | INTUIT 37748875-DEPOSIT<br>Deposit | + $11,026.64 |
| 04/14/2022 | PAYROLL-PAYROLL<br>Debit | - $1,984.38 |
| 04/14/2022 | PAYROLL-PAYROLL<br>Debit | - $2,258.22 |
| 04/14/2022 | PAYROLL-PAYROLL<br>Debit | - $1,756.55 |
| 04/14/2022 | INTUIT 00658505-TRAN FEE<br>Debit | - $392.91 |
| 04/14/2022 | PAYROLL-PAYROLL<br>Debit | - $1,981.62 |
| 04/15/2022 | INTUIT 43968875-DEPOSIT<br>Deposit | + $6,572.27 |
| 04/15/2022 | INTUIT 06894155-TRAN FEE<br>Debit | - $238.27 |
| 04/15/2022 | PAYROLL-PAYROLL<br>Debit | - $763.90 |
| 04/18/2022 | INTUIT 29660575-DEPOSIT<br>Deposit | + $4,395.50 |
| 04/18/2022 | INTUIT 57748085-DEPOSIT<br>Deposit | + $2,463.24 |
| 04/18/2022 | INTUIT 62203455-DEPOSIT<br>Deposit | + $1,485.00 |
| 04/18/2022 | INTUIT 20578795-TRAN FEE<br>Debit | - $94.54 |
| 04/18/2022 | INTUIT 25171165-TRAN FEE<br>Debit | - $54.30 |
| 04/18/2022 | INTUIT 92801235-TRAN FEE<br>Debit | - $197.83 |
| 04/18/2022 | AMEX EPAYMENT-ACH PMT<br>Debit | - $10,000.00 |
| 04/18/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $5,000.00 |

Banking services provided by Green Dot Bank, Member FDIC


**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Apr. 02, 2022 to May 01, 2022

**ACCOUNT NUMBER**
⬛⬛⬛⬛⬛⬛81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Deposit | + $99.00 |
| 04/19/2022 | INTUIT 65552245-DEPOSIT<br>Deposit | + $1,386.00 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $82.18 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 04/19/2022 | PAYROLL-TAX<br>Debit | - $2,932.38 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $278.50 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/19/2022 | INTUIT 28567845-TRAN FEE<br>Debit | - $50.68 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $353.35 |
| 04/19/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/19/2022 | PAYROLL-TAX<br>Debit | - $993.14 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



**qb intuit quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Apr. 02, 2022 to May 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/19/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $5,000.00 |
| 04/20/2022 | IRS-USATAXPYMT<br>Debit | - $2,004.37 |
| 04/20/2022 | INTUIT 70635965-DEPOSIT<br>Deposit | + $3,193.01 |
| 04/20/2022 | INTUIT 34129675-TRAN FEE<br>Debit | - $117.35 |
| 04/20/2022 | fba support NJ,JPMORGAN CHASE BANK, NA (*****5073)<br>Transfer | - $13,000.00 |
| 04/21/2022 | INTUIT 76594875-DEPOSIT<br>Deposit | + $1,473.56 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $10.86 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $10.86 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $28.49 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $78.79 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $7.74 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.52 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $29.59 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $13.42 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $36.69 |

Banking services provided by Green Dot Bank, Member FDIC



quickbooks.

| | | |
|---|---|---|
| daily distro llc | | |
| amanda rozenfeld | **STATEMENT PERIOD** | **ACCOUNT NUMBER** |
| 10 Milltown Ct | Apr. 02, 2022 to May 01, 2022 | 81 |
| Union, NJ 07083 | | |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $128.21 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $30.52 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $9.86 |
| 04/21/2022 | INTUIT 39775865-TRAN FEE Debit | - $57.64 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $18.74 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $44.16 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $99.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $99.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS Debit | - $35.51 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



intuit
# quickbooks.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Apr. 02, 2022 to May 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $17.24 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $17.28 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $23.78 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $167.61 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $67.98 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $16.23 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/21/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/22/2022 | PAYROLL-PAYROLL<br>Debit | - $763.91 |
| 04/22/2022 | INTUIT 82717695-DEPOSIT<br>Debit | - $44.20 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Apr. 02, 2022 to May 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 04/22/2022 | INTUIT 45911055-TRAN FEE<br>Debit | - $49.91 |
| 04/25/2022 | INTUIT 98513395-DEPOSIT<br>Deposit | + $553.31 |
| 04/25/2022 | INTUIT 94547635-DEPOSIT<br>Deposit | + $753.96 |
| 04/25/2022 | INTUIT 88966355-DEPOSIT<br>Deposit | + $5,449.00 |
| 04/25/2022 | INTUIT 61774495-TRAN FEE<br>Debit | - $19.82 |
| 04/25/2022 | INTUIT 52176265-TRAN FEE<br>Debit | - $198.22 |
| 04/25/2022 | INTUIT 57775465-TRAN FEE<br>Debit | - $27.15 |
| 04/26/2022 | INTUIT 02175475-DEPOSIT<br>Deposit | + $2,079.00 |
| 04/26/2022 | INTUIT 65382415-TRAN FEE<br>Debit | - $76.02 |
| 04/26/2022 | daily distro llc,LENDINGCLUB BANK, NA (********7801)<br>Transfer | - $3,500.00 |
| 04/27/2022 | IRS-USATAXPYMT<br>Debit | - $130.04 |
| 04/27/2022 | INTUIT 80867155-DEPOSIT<br>Deposit | + $9,978.72 |
| 04/27/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/27/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $147.20 |
| 04/27/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 04/27/2022 | INTUIT 44175315-TRAN FEE<br>Debit | - $143.28 |
| 04/27/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $127.74 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



**intuit quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Apr. 02, 2022 to May 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/29/2022 | PAYROLL-PAYROLL Debit | - $1,297.29 |
| 04/29/2022 | PAYROLL-PAYROLL Debit | - $2,258.22 |
| 04/29/2022 | PAYROLL-PAYROLL Debit | - $1,981.66 |
| 04/29/2022 | PAYROLL-PAYROLL Debit | - $1,984.38 |
| 04/29/2022 | PAYROLL-PAYROLL Debit | - $763.90 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



**intuit**
# quickbooks.

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
May 02, 2022 to Jun. 01, 2022

**ACCOUNT NUMBER**
81

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on May 02, 2022 | $21,128.65 |
| Credits | + $41,722.04 |
| Debits | - $30,094.17 |
| **Ending Balance on Jun. 01, 2022** | **$32,756.52** |

## INTEREST

| | |
|---|---|
| Days in Statement Period (05/02/2022 to 06/01/2022) | 31 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 0.81% |
| Average Daily Balance this Period | $14746.87 |
| Interest Earned this Period | $10.05 |
| Interest Paid Year to Date | $180.76 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02/2022 | Interest Earned Credit | + $25.27 |
| 05/04/2022 | IRS-USATAXPYMT<br>Debit | - $1,718.92 |
| 05/04/2022 | JPMorgan Chase-Auth Crdt<br>Deposit | + $0.16 |
| 05/04/2022 | JPMorgan Chase-Auth Crdt<br>Deposit | + $0.12 |
| 05/04/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $98.99 |
| 05/04/2022 | JPMorgan Chase-Auth Debit<br>Debit | - $0.28 |
| 05/04/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 05/06/2022 | PAYROLL-TAX<br>Debit | - $656.24 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**

**Attachment A**



daily disto llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
May 02, 2022 to Jun. 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 05/06/2022 | PAYROLL-PAYROLL<br>Debit | - $763.90 |
| 05/11/2022 | IRS-USATAXPYMT<br>Debit | - $130.04 |
| 05/11/2022 | WELLS FARGO CARD-CCPYMT-90496412802682<br>Debit | - $3,425.55 |
| 05/11/2022 | CHASE CREDIT CRD-EPAY-5948001381<br>Debit | - $7,503.50 |
| 05/13/2022 | PAYROLL-PAYROLL<br>Debit | - $1,984.39 |
| 05/13/2022 | PAYROLL-PAYROLL<br>Debit | - $763.90 |
| 05/13/2022 | PAYROLL-PAYROLL<br>Debit | - $2,258.21 |
| 05/17/2022 | PAYROLL-PAYROLL<br>Debit | - $100.00 |
| 05/17/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 05/17/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 05/18/2022 | IRS-USATAXPYMT<br>Debit | - $1,215.32 |
| 05/18/2022 | INTUIT 33954705-DEPOSIT<br>Deposit | + $99.00 |
| 05/18/2022 | INTUIT 43853055-DEPOSIT<br>Deposit | + $99.00 |
| 05/18/2022 | INTUIT 09838645-TRAN FEE<br>Debit | - $3.62 |
| 05/18/2022 | INTUIT 00242615-TRAN FEE<br>Debit | - $3.62 |
| 05/19/2022 | INTUIT 10508635-DEPOSIT<br>Deposit | + $13,536.90 |
| 05/19/2022 | INTUIT 76264965-TRAN FEE<br>Debit | - $24.48 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**

Page 2 of 4
003087



**intuit**
**quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
May 02, 2022 to Jun. 01, 2022

**ACCOUNT NUMBER**
81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/20/2022 | INTUIT 50394905-DEPOSIT<br>Deposit | + $7,821.00 |
| 05/20/2022 | INTUIT 16374795-TRAN FEE<br>Debit | - $285.98 |
| 05/23/2022 | INTUIT 67779705-DEPOSIT<br>Deposit | + $99.00 |
| 05/23/2022 | INTUIT 62905065-DEPOSIT<br>Deposit | + $99.00 |
| 05/23/2022 | INTUIT 28928975-TRAN FEE<br>Debit | - $3.62 |
| 05/23/2022 | INTUIT 33587015-TRAN FEE<br>Debit | - $3.62 |
| 05/24/2022 | INTUIT 71148075-DEPOSIT<br>Deposit | + $99.00 |
| 05/24/2022 | INTUIT 36997015-TRAN FEE<br>Debit | - $3.62 |
| 05/25/2022 | INTUIT 79503695-DEPOSIT<br>Deposit | + $198.00 |
| 05/25/2022 | INTUIT 42752055-TRAN FEE<br>Debit | - $7.24 |
| 05/25/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $25.00 |
| 05/25/2022 | INTUIT PYMT SOLN-INTUITPMTS<br>Debit | - $99.00 |
| 05/26/2022 | INTUIT 82749925-DEPOSIT<br>Deposit | + $8,826.87 |
| 05/26/2022 | INTUIT 45797375-TRAN FEE<br>Debit | - $322.93 |
| 05/27/2022 | INTUIT 88783505-DEPOSIT<br>Deposit | + $10,818.72 |
| 05/27/2022 | PAYROLL-PAYROLL<br>Debit | - $2,024.65 |
| 05/27/2022 | INTUIT 51841365-TRAN FEE<br>Debit | - $378.38 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**               **Attachment A**

Page 3 of 4
003088



intuit
**quickbooks.**

daily distro llc
amanda. rozenfeld
10 Milltown Ct
Union, NJ  07083

**STATEMENT PERIOD**
May 02, 2022 to Jun. 01, 2022

**ACCOUNT NUMBER**
⬛⬛⬛⬛⬛⬛81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/27/2022 | PAYROLL-PAYROLL Debit | - $763.90 |
| 05/27/2022 | PAYROLL-PAYROLL Debit | - $2,258.22 |
| 05/27/2022 | PAYROLL-PAYROLL Debit | - $763.91 |
| 05/27/2022 | PAYROLL-PAYROLL Debit | - $2,354.14 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**



**intuit quickbooks.**

daily distro llc
amanda. rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Jun. 02, 2022 to Jul. 01, 2022

**ACCOUNT NUMBER**
81

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Jun. 02, 2022 | $32,756.52 |
| Credits | + $10.05 |
| Debits | - $0.00 |
| **Ending Balance on Jul. 01, 2022** | **$32,766.57** |

## INTEREST

| | |
|---|---|
| Days in Statement Period (06/02/2022 to 07/01/2022) | 30 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 0.03% |
| Average Daily Balance this Period | $32766.57 |
| Interest Earned this Period | $0.89 |
| Interest Paid Year to Date | $190.81 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02/2022 | Interest Earned Credit | + $10.05 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    **Attachment A**

Page 1 of 1
003090

**intuit quickbooks.**

daily distro llc
amanda. rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Jul. 02, 2022 to Aug. 01, 2022

**ACCOUNT NUMBER**
 81

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Jul. 02, 2022 | $32,766.57 |
| Credits | + $0.89 |
| Debits | - $0.00 |
| **Ending Balance on Aug. 01, 2022** | **$32,767.46** |

## INTEREST

| | |
|---|---|
| Days in Statement Period (07/02/2022 to 08/01/2022) | 31 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 0.26% |
| Average Daily Balance this Period | $32767.46 |
| Interest Earned this Period | $7.15 |
| Interest Paid Year to Date | $191.70 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02/2022 | Interest Earned Credit | + $0.89 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**  **Attachment A**

Page 1 of 1
003091

intuit **quickbooks**.

daily distro llc
amanda rozenfeld
10 Milltown Ct.
Union, NJ 07083

**STATEMENT PERIOD**
Aug. 02, 2022 to Sep. 01, 2022

**ACCOUNT NUMBER**
81

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Aug. 02, 2022 | $32,767.46 |
| Credits | + $7.15 |
| Debits | - $32,252.86 |
| Ending Balance on Sep. 01, 2022 | **$521.75** |

## INTEREST

| | |
|---|---|
| Days in Statement Period (08/02/2022 to 09/01/2022) | 31 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 1.00% |
| Average Daily Balance this Period | $7755.25 |
| Interest Earned this Period | $6.56 |
| Interest Paid Year to Date | $198.85 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02/2022 | AMEX EPAYMENT-ACH PMT Debit | - $3,000.00 |
| 08/03/2022 | AMEX EPAYMENT-ACH PMT Debit | - $6,752.86 |
| 08/04/2022 | CAPITAL ONE-ONLINE PMT Debit | - $2,000.00 |
| 08/04/2022 | Interest Earned Credit | + $7.15 |
| 08/08/2022 | AMEX EPAYMENT-ACH PMT Debit | - $4,000.00 |
| 08/10/2022 | AMEX EPAYMENT-ACH PMT Debit | - $2,000.00 |
| 08/10/2022 | AMEX EPAYMENT-ACH PMT Debit | - $2,000.00 |
| 08/11/2022 | AMEX EPAYMENT-ACH PMT Debit | - $5,000.00 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**    **Attachment A**



**intuit quickbooks.**

daily distro llc
amanda  rozenfeld
10 Milltown Ct
Union, NJ  07083

**STATEMENT PERIOD**
Aug. 02, 2022 to Sep. 01, 2022

**ACCOUNT NUMBER**
████████ 81

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/17/2022 | AMEX EPAYMENT-ACH PMT Debit | - $7,500.00 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**            **Attachment A**            003093



**intuit quickbooks.**

daily distro llc
amanda rozenfeld
10 Milltown Ct
Union, NJ 07083

**STATEMENT PERIOD**
Sep. 02, 2022 to Oct. 01, 2022

**ACCOUNT NUMBER**
81

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Sep. 02, 2022 | $521.75 |
| Credits | + $6.56 |
| Debits | - $521.00 |
| **Ending Balance on Oct. 01, 2022** | **$7.31** |

## INTEREST

| | |
|---|---|
| Days in Statement Period (09/02/2022 to 10/01/2022) | 30 |
| Interest Rate | 1.00% |
| Annual Percentage Yield Earned | 0.00% |
| Average Daily Balance this Period | $7.31 |
| Interest Earned this Period | $0.00 |
| Interest Paid Year to Date | $205.41 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02/2022 | AMEX EPAYMENT-ACH PMT<br>Debit | - $521.00 |
| 09/02/2022 | Interest Earned Credit | + $6.56 |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                **Attachment A**

# intuit quickbooks.



daily distro llc
amanda. rozenfeld
10 Milltown Ct
Union, NJ 07083

| STATEMENT PERIOD | ACCOUNT NUMBER |
|---|---|
| Oct. 02, 2022 to Nov. 01, 2022 | ██████████31 |

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Oct. 02, 2022 | $7.31 |
| Credits | + $0.00 |
| Debits | - $0.00 |
| Ending Balance on Nov. 01, 2022 | **$7.31** |

## INTEREST

| | |
|---|---|
| Days in Statement Period ( to ) | 0 |
| Interest Rate | N/A |
| Annual Percentage Yield Earned | N/A |
| Average Daily Balance this Period | N/A |
| Interest Earned this Period | N/A |
| Interest Paid Year to Date | $205.41 |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | No Transactions | |

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    Attachment A                    003095

# intuit quickbooks.

daily distro llc
amanda. rozenfeld
10 Milltown Ct
Union, NJ  07083

**STATEMENT PERIOD**
Nov. 02, 2022 to Dec. 01, 2022

**ACCOUNT NUMBER**
 31

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance on Nov. 02, 2022 | $7.31 |
| Credits | + $0.00 |
| Debits | - $0.00 |
| Ending Balance on Dec. 01, 2022 | **$7.31** |

## TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

No Transactions

Banking services provided by Green Dot Bank, Member FDIC

**PX 37**                    Attachment A

003096

**Your Payroll Bill for Apr 2021**

| | |
|---|---|
| **From:** | qbfspayrollnoreply@intuit.com |
| **To:** | steven@dailydistro.com |
| **Date:** | Mon, 05 Apr 2021 12:36:18 -0400 |



# Here's your billing statement

Thanks for using Intuit's QuickBooks Payroll.

**DAILY DISTRO LLC.**  Apr 03, 2021 - May 03, 2021

| | |
|---|---|
| Service Charge*: | $22.50 |
| Employee Surcharge**: | $8.00 |
| Multistate Support Surcharge***: | $0.00 |
| **Total amount billed to card ending in ....5356** | **$30.50** |

**Payroll Processing Details:**

| | |
|---|---|
| Number of Active Employees | 2 |
| - Amanda Rozenfeld | |
| - Anant Prashar | |
| Number of Additional Filing States | 0 |

Questions? We're here to help.

*There is a monthly surcharge of $4 for each active employee or contractor.
**The base price includes filing support for the primary state. There is a $12 monthly fee for each state with a filing obligation other than the primary state.

**PX 37**    **Attachment A**    003097

For customers using QuickBooks Enhanced Payroll and QuickBooks Full Service Payroll, the employee / contractor surcharge applies to any contractor paid via direct deposit in the previous month

This notification is being sent to inform you of a critical matter concerning your current service, software or billing  Please note that if you previously opted out of receiving marketing materials from Intuit, you may continue to receive notifications similar to this communication  DO NOT REPLY to this email, this inbox is not monitored for replies

Intuit respects your privacy. To learn more, read our **Privacy Statement.**
If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.
Visit **Security** to find out more.
© 2018 Intuit Inc., All rights reserved. **Trademarks.**
2800 E. Commerce Center Place, Tucson, AZ 85706

PBS-15275547_335795600_84221e5d-2948-4715-b625-3dfcf62d459c

| From: | qbfspayrollnoreply@intuit.com |
| To: | steven@dailydistro.com |
| Date: | Mon, 03 May 2021 09:51:19 -0400 |



# Here's your billing statement

Thanks for using Intuit's QuickBooks Payroll.

**DAILY DISTRO LLC.**  May 03, 2021 - Jun 03, 2021

| | |
|---|---|
| Service Charge*: | $45.00 |
| Employee Surcharge**: | $8.00 |
| Multistate Support Surcharge***: | $0.00 |
| **Total amount billed to card ending in ....5356** | **$53.00** |

**Payroll Processing Details:**

| | |
|---|---|
| Number of Active Employees | 2 |
| - Amanda Rozenfeld | |
| - Anant Prashar | |
| Number of Additional Filing States | 0 |

Questions? We're here to <u>help</u>.

*There is a monthly surcharge of $4 for each active employee or contractor.
**The base price includes filing support for the primary state. There is a $12 monthly fee for each state with a filing obligation other than the primary state.

**Attachment A**

003099

For customers using QuickBooks Enhanced Payroll and QuickBooks Full Service Payroll, the employee / contractor surcharge applies to any contractor paid via direct deposit in the previous month

This notification is being sent to inform you of a critical matter concerning your current service, software or billing  Please note that if you previously opted out of receiving marketing materials from Intuit, you may continue to receive notifications similar to this communication  DO NOT REPLY to this email, this inbox is not monitored for replies

Intuit respects your privacy. To learn more, read our **Privacy Statement.**

If you receive a suspicious email, please report it by forwarding the email to spoof@intuit.com.

Visit **Security** to find out more.

© 2018 Intuit Inc., All rights reserved. **Trademarks.**

2800 E. Commerce Center Place, Tucson, AZ 85706

.

PBS-15275547_337715668_83adba1e-5cbc-4548-b2af-86f90244d755

# How did we do?

| | |
|---|---|
| **From:** | Intuit QuickBooks Customer Service <noreply@qemailserver.com> |
| **To:** | AMANDA ROZENFELD <steven@dailydistro.com> |
| **Date:** | Tue, 23 Mar 2021 11:02:35 -0400 |



Hello AMANDA,

Thank you for contacting **QuickBooks Customer Care.** We'd like to hear from you.

Your feedback helps us grow and get better. So please take a few minutes and tell us how we did. We'll use your response to create a better help experience for everyone.

Based on this interaction, how likely are you to recommend QuickBooks to a friend, colleague or family member?

Not at all likely                                                          Extremely Likely

| | | | | | 5 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Why did I get this?**

This survey relates to the customer care contact regarding case 560987405.

    **Questions or concerns? Visit customer support.**

You have received this business communication as part of our efforts to fulfill your request or service your account. You will receive this and other business communications from us even if you have opted out of marketing messages.

Read Intuit's Legal notice.
Intuit respects your privacy. To learn more, read our Privacy Statement.
If you receive a suspicious email, please Report it. Visit Security to find out more.

© 2015 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

PX 37                                              **Attachment A**                         003101

.

# How did we do?

**From:** Intuit QuickBooks Customer Service <noreply@qemailserver.com>

**To:** AMANDA ROZENFELD <steven@dailydistro.com>

**Date:** Wed, 14 Apr 2021 21:24:51 -0400



Hello AMANDA,

Thank you for contacting **QuickBooks Customer Care.** We'd like to hear from you.

Your feedback helps us grow and get better. So please take a few minutes and tell us how we did. We'll use your response to create a better help experience for everyone.

Based on this interaction, how likely are you to recommend QuickBooks to a friend, colleague or family member?

Not at all likely                                                                                      Extremely Likely

|   |   |   |   |   | 5 |   |   |   |   |   |

**Why did I get this?**

This survey relates to the customer care contact regarding case 562010337.

   **Questions or concerns? Visit customer support.**

You have received this business communication as part of our efforts to fulfill your request or service your account. You will receive this and other business communications from us even if you have opted out of marketing messages.

Read Intuit's Legal notice.
Intuit respects your privacy. To learn more, read our Privacy Statement.
If you receive a suspicious email, please Report it. Visit Security to find out more.

© 2015 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

PX 37                                           **Attachment A**                                    003103

.