**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ  07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THEFBAMACHINE, *et al.*,<br><br>Defendants. | Civil Action No. 24-6635 (JXN)(LDW)<br><br>**Return Date: October 7, 2024** |

**NOTICE OF MOTION OF TEMPORARY RECEIVER TO APPROVE AND AUTHORIZE PAYMENT OF FEES AND EXPENSES THROUGH JULY 31, 2024, TO: (I) McMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL TO TEMPORARY RECEIVER; AND (II) EISNER ADVISORY GROUP LLC, ACCOUNTANTS TO TEMPORARY RECEIVER**

TO:  ALL PARTIES ON ANNEXED SERVICE LIST

**PLEASE TAKE NOTICE** that on October 7, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, Anthony Sodono, III, Court-Appointed Temporary Receiver ("Temporary Receiver"), shall move before the Honorable Julien Xavier Neals, U.S.D.C.J., United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Steet, Newark, New Jersey 07102, for entry of an Order Authorizing and Approving Payment of Fees and Expenses Through July 31, 2024, to: (i) McManimon, Scotland & Baumann, LLC, Counsel to Temporary Receiver; and (ii) Eisner Advisory Group LLC, Accountants to Temporary Receiver ("**Motion**").

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Temporary Receiver submits an application and certifications of Sari B. Placona, Esq., and Anthony Calascibetta, CPA, CFF, CTP.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States District Court in accordance with L. Civ. R. 71(d)(2).

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion shall be deemed uncontested in accordance with L. Civ. R. 78(1)(b), and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that a proposed order granting the relief requested herein is submitted herewith and made part of the Motion.

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Attorneys for Anthony Sodono, III, Temporary Receiver*

Dated: August 27, 2024         By: */s/ Sari B. Placona*
                                    Sari B. Placona

4875-4913-9156, v. 1

**FEDERAL TRADE COMMISSION
vs. THE FBA MACHINE INC., *ET AL.***

**Service List**

| | |
|---|---|
| Frances L. Kern, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW, CC-8543<br>Washington, DC  20580<br>fkern@ftc.gov<br>*Attorneys for Plaintiff, Federal Trade Commission* | Mark M. Makhail, Esq.<br>Ryan Magee, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102<br>mmakhail@mccarter.com<br>rmagee@mccarter.com<br>*Attorneys for Defendant, Amanda Rozenfeld, NOAs* |
| Colleen B. Robbins, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW, CC-8543<br>Washington, DC  20580<br>Crobbins@ftc.gov<br>*Attorneys for Plaintiff, Federal Trade Commission* | |
| Mikhail Usher, Esq.<br>Alex Susi, Esq.<br>Usher Law Group<br>1022 Avenue P, 2nd Fl.<br>Brooklyn, NY 11223<br>musheresq@gmail.com<br>alexanderesq35@gmail.com<br>*Attorneys for Defendants, TheFBAMachine Inc.; Passive Scaling Inc.; Sales.Support New Jersey Inc.; 1Hr Deliveries Inc.; Hourly Relief Inc.; 3PL Logistic Automatic Inc.; FBA Support NJ Corp.; Daily Distro LLC; Closter Green Corp., d/b/a Wraith & Co.; and Bratislav Rozenfeld, a/k/a Steven Rozenfeld and Steven Rozen, individually, and as an officer or owner of The FBAMachine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistic Automatic Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp., d/b/a Wraith & Co.* | |