**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THEFBAMACHINE, *et al.*,<br><br>Defendants. | Civil Action No. 24-6635 (JXN)(LDW)<br><br>**Return Date: October 7, 2024** |

**ORDER APPROVING AND AUTHORIZING PAYMENT OF INTERIM FEES AND EXPENSES THROUGH JULY 31, 2024, TO: (I) McMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL TO TEMPORARY RECEIVER; AND (II) EISNER ADVISORY GROUP LLC, ACCOUNTANTS TO TEMPORARY RECEIVER**

**THIS MATTER** having been presented to the Court by Anthony Sodono, III, Temporary Receiver ("Temporary Receiver") for TheFBAMachine, Inc. ("FBA"); Passive Scaling Inc. ("Passive"); Sales.Support New Jersey Inc. ("Sales.Support"); 1HR Deliveries Inc. ("1HR"); Hourly Relief Inc. ("Hourly"); 3PL Logistic Automation Inc. ("3PL"); FBA Support NJ Corp. ("FBA Support"); Daily Distro, LLC ("Daily Distro"); Closter Green Corp. d/b/a Wraith & Co. ("Wraith") (where appropriate, FBA, Passive, Sales.Support, 1HR, Hourly, 3PL, FBA Support, Daily Distro, and Wraith will be collectively referred to as the "Receivership Entities") and Bratislav Rozenfeld, a/k/a Steven Rozenfeld a/k/a Steven Rozen, individually and as an officer or owner of the Receivership Entities, or any of them ("Rozenfeld"), upon Notice of

Motion to Approve Interim Fees and Expenses through July 31, 2024, to: (i) McManimon, Scotland & Baumann, LLC, Counsel to Temporary Receiver ("MS&B"); and (ii) Eisner Advisory Group LLC ("Eisner"), Accountants to Temporary Receiver (the "Motion"); and the Court having considered the Motion and any opposition thereto, if any; and proper notice of the Motion and proposed entry hereof having been given; and sufficient cause having been shown;

**IT IS** on this _____ day of _____ 2024;

**ORDERED** that interim compensation and expenses for the period through July 31, 2024, are allowed as follows:

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | FEES | EXPENSES |
|---|---|---|
| McManimon, Scotland & Baumann, LLC<br>*Counsel to Anthony Sodono, III, Temporary Receiver* | | |
| Eisner Advisory Group LLC<br>*Accountants to Anthony Sodono, III, Temporary Receiver* | | |

_____
HONORABLE JULIEN XAVIER NEALS
UNITED STATES DISTRICT JUDGE