| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ  07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Attorneys for Anthony Sodono, III, Temporary Receiver* | |
| FEDERAL TRADE COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>THEFBAMACHINE, *et al.*,<br><br>              Defendants.. | Civil Action No. 24-6635 (JXN)(LDW)<br><br>**Hearing Date and Time:**<br>**October 7, 2024 at 10:00 a.m.**<br><br>Honorable Julien Xavier Neals, U.S.D.C.J. |

## CERTIFICATION OF SERVICE

1.  I, **MATTHEW KELLY:**

    ☐ represent _____ in the above-captioned matter.

    ☑ am a secretary/paralegal for McManimon, Scotland & Baumann, LLC, who represents Anthony Sodono, III, Court-Appointed Temporary Receiver ("Temporary Receiver"), in this matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On August 27, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion of Temporary Receiver to Approve and Authorize Payment of Fees and Expenses Through July 31, 2024, to: (I) McManimon, Scotland & Baumann, LLC, Counsel to Temporary Receiver; And (II) Eisner Advisory Group LLC, Accountants to Temporary Receiver (the "Motion");
    - Temporary Receiver's Application in Support of Motion;
    - Certification of Sari B. Placona in Support of Motion;

- Certification of Anthony Calascibetta in Support of Motion; and
- Proposed Order.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 27, 2024                                        /s/ Matthew Kelly
                                                              MATTHEW KELLY

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Frances L. Kern, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW, CC-8543<br>Washington, DC  20580<br>fkern@ftc.gov | *Attorneys for Plaintiff, Federal Trade Commission* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ Other EMail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Colleen B. Robbins, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW, CC-8543<br>Washington, DC  20580<br>Crobbins@ftc.gov | *Attorneys for Plaintiff, Federal Trade Commission* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ Other EMail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mikhail Usher, Esq.<br>Alex Susi, Esq.<br>Usher Law Group<br>1022 Avenue P, 2nd Fl.<br>Brooklyn, NY 11223<br>musheresq@gmail.com<br>alexanderesq35@gmail.com | *Attorneys for Defendants, TheFBAMachine Inc.; Passive Scaling Inc.; Sales.Support New Jersey Inc.; 1Hr Deliveries Inc.; Hourly Relief Inc.; 3PL Logistic Automatic Inc.; FBA Support NJ Corp.; Daily Distro LLC; Closter Green Corp., d/b/a Wraith & Co.; and Bratislav Rozenfeld, a/k/a Steven Rozenfeld and Steven Rozen, individually, and as an officer or owner of The FBAMachine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistic Automatic Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp., d/b/a Wraith & Co.* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ Other EMail (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mark M. Makhail, Esq.<br>Ryan Magee, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102<br>mmakhail@mccarter.com<br>rmagee@mccarter.com | *Attorneys for Defendant, Amanda Rozenfeld, NOAs* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ Other <u>EMail</u> (As authorized by the Court or by rule. Cite the rule if applicable.) |