## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

THEFBAMACHINE INC. et al.,

Defendants.

CIVIL ACTION NO. 2:24-CV-06635 (JXN) (LDW)

**[PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANT BRATISLAV ROZENFELD AND ALL CORPORATE DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF COURT**

Upon consideration of the FTC's Emergency Application for an Order to Show Cause Why Defendant Bratislav Rozenfeld and All Corporate Defendants Should Not Be Held in Contempt of Court, it is hereby:

**ORDERED** that Defendants Bratislav Rozenfeld, TheFBAMachine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistic Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp., dba Wraith & Co. (collectively, "Defendants") shall, within five (5) days of entry of this Order, file with this Court and serve on all parties all evidence, if any, demonstrating why Defendants should not be held in contempt of court for failure to comply with the Temporary Restraining Order (Docket No. 5) and Stipulated Preliminary Injunction (Docket No. 54) entered by this Court on June 3 and August 8, 2024, respectively.

DATED this _____ day of _____, 2024

_____
Julian Xavier Neals
United States District Judge