UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THEFBAMACHINE INC. et al., <br><br> Defendants. | CIVIL ACTION NO. 24-06635 (JXN) (LDW) <br><br> **ORDER TO SHOW CAUSE WHY DEFENDANT BRATISLAV ROZENFELD AND ALL CORPORATE DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF COURT** |

Upon consideration of the FTC's Emergency Application for an Order to Show Cause Why Defendant Bratislav Rozenfeld and All Corporate Defendants Should Not Be Held in Contempt of Court (ECF No. 65), it is hereby:

**ORDERED** that Defendants Bratislav Rozenfeld, TheFBAMachine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistic Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp., dba Wraith & Co. (collectively, "Defendants") shall appear before this Court on the **18th day of September, 2024, at 11:00 a.m.**, to show cause why the Court should not issue an Order holding Defendants in Contempt of Court; and it is further

**ORDERED** that Defendants shall, within five (5) days of entry of this Order, file with this Court and serve on all parties all evidence, if any, demonstrating why Defendants should not be held in contempt of court for failure to comply with the Temporary Restraining Order (Docket No. 5) and Stipulated Preliminary Injunction (Docket No. 54) entered by this Court on June 3 and August 8, 2024, respectively.

**DATED** this 30th day of August, 2024

_____
JULIEN XAVIER NEALS
United States District Judge