**McCarter & English**

**Mark M. Makhail**
Partner

T. 973-639-2092
F. 973-206-3794

mmakhail@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

September 4, 2024

**VIA ECF**

The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. P.O. & Courthouse
2 Federal Square
Newark, NJ 07102

Re:  **Federal Trade Commission v. TheFBAMachine Inc., et al.**
     **Docket No. 24-cv-6635**

Dear Judge Neals:

This firm represents Amanda Rozenfeld ("A. Rozenfeld") in the above referenced action.  We write in connection with Defendant Bratislav Rozenfeld and the Corporate Defendants' ("Defendants") September 4, 2024 letter requesting a five day extension of the deadline to respond to the Order to Show Cause (ECF No. 67).

A. Rozenfeld does not object to the adjournment of the Order to Show Cause. However, A. Rozenfeld seeks to proceed with the hearing on the preliminary injunction as to her, which is scheduled for that same date.

Neither Plaintiff's Order to Show Cause nor Defendants' recent request for an adjournment of same have any bearing on FTC's application for a preliminary injunction against A. Rozenfeld, which is presently scheduled for September 18, 2024.  As set forth in A. Rozenfeld's briefing and accompanying affidavit, Ms. Rozenfeld has no involvement in the fraudulent activities alleged by FTC and therefore hopes to resolve this matter expeditiously.  As such, we would respectfully request that the September 18th preliminary injunction hearing date remain on the Court's calendar.

We thank the Court for its consideration of this request.

Respectfully,

/s/ *Mark M. Makhail*
Mark M. Makhail

cc:  All counsel (via ECF)

ME1 49632403v.1