# USHER LAW GROUP P.C.

YOUR RIGHTS ARE OUR BUSINESS

★★★★★



| **Our Attorneys:** | **Brooklyn Office:** | **Florida Office:** |
|---|---|---|
| Mikhail Usher, Esq ■●○ | 1022 Avenue P, 2nd Floor | 221 W. Hallandale Beach Blvd, |
| Alexander Susi, Esq ■ | Brooklyn, New York 11223 | Suite 117 |
| Vladimir Nikhman, Esq ■○* | (t) (718) 484-7510 | Hallandale Beach, FL 33009 |
| Jason Valentin, Esq ○* | (f) (718) 865-8566 | (t) (754) 231-2330 |
| Thomas Mirigliano, Esq ●* | (e) Musheresq@gmail.com | |
| Admitted in: ■ NY ● NJ ○ FL | | |
| Of Counsel * | | |

September 4, 2024

VIA CM/ECF
The Honorable Julien Xavier Neals
United States District Judge
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**Re: Federal Trade Commission v. TheFBAMachine Inc. et al.,**
**Civ. No. 24-03665 (JXN) (LDW)**

Dear Judge Neals,

    Undersigned counsel represents the Defendant Bratislav Rozenfeld and All Corporate Defendants in the above-captioned matter. Undersigned Counsel was out of the state from August 30, 2024 through September 3, 2024 for the holiday weekend. I had only just made it back to the office this afternoon after dealing with separate criminal court appearances. Mr. Usher was on trial in a separate matter in the last week of August and was only back in the office today as well after the holiday weekend (and is conducting a virtual immigration trial today). As such, we are respectfully requesting an additional five (5) days to respond to the Order to Show Cause. We will not be able to submit a response today. We apologize for the delay.

    Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact our office at any time.

**So ORDERED on 9/5/2024:**

*/s/ Julien Xavier Neals*

**JULIEN XAVIER NEALS**
**United States District Judge**

*Alex Susi*

ALEXANDER SUSI, ESQ.
*Attorney at Law*