**TRAUB LIEBERMAN**

322 Highway 35 | 3rd Floor | Red Bank, NJ 07701
MAIN (732) 985-1000 | FAX (732) 985-2000
Laura M. Faustino | Partner | lfaustino@tlsslaw.com

September 17, 2024

**VIA ECF**                                                                 *DOCUMENT FILED ELECTRONICALLY*

Clerk of the Court
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

  RE: Federal Trade Commission v. The FBA Machine Inc., et al
     Civil Action No.: 24-6635(JXN) (LDW)

Dear Sir or Madam:

  This firm has been retained by non-party, Zoeller Pump Company in connection with the above-noted matter. Zoeller Pump Company is a creditor of one of the Defendants and, therefore, has an interest in the proceedings. As such, the undersigned hereby requests all further notices and copies of pleadings, papers, and other material relevant to this action be directed to and served upon the undersigned, including all electronic notifications in this matter.

  I certify that I am admitted or otherwise authorized to practice in this Court. All of the foregoing statements made by me are true.

  Thank you for your courtesies and consideration.

               Respectfully,

         **TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**

               *Laura M. Faustino*
               Laura M. Faustino

cc: ALL PARTIES OF RECORD (via ECF)
   Jessica Burtnett, Esq. (via email)