# TRAUB LIEBERMAN

322 Highway 35  |  3rd Floor  |  Red Bank, NJ 07701
MAIN (732) 985-1000  |  FAX (732) 985-2000
Laura M. Faustino  |  Partner  |  lfaustino@tlsslaw.com

September 17, 2024

**VIA ECF**　　　　　　　　　　　　　　　　　　　*DOCUMENT FILED ELECTRONICALLY*

The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

　　　　RE:　Federal Trade Commission v. The FBA Machine Inc., et al
　　　　　　　Civil Action No.: 24-6635(JXN) (LDW)

Dear Judge Neals:

　　　　This firm has been retained by non-party, Zoeller Pump Company ("Zoeller"), in connection with the above-referenced Action. Zoeller Pump Company is a creditor of one of the Defendants, Daily Distro. As such, the outcome of this Action and/or its proceedings may affect Zoeller's interests.

　　　　Pursuant to Your Honor's Order of August 30, 2024, a hearing is currently scheduled for September 18, 2024, on an Order to Show Cause as to whether the defendants should be held in contempt of Court for failure to comply with the Temporary Restraining Order and Stipulated Preliminary Injunction.

　　　　Given the foregoing, Zoeller respectfully requests leave for its undersigned counsel to attend the September 18, 2024 hearing, solely for purposes of observing the proceedings. We have obtained the consent of all parties, and await a response from the Receiver, Mr. Sodono.

Civil Action No.: 24-6635(JXN) (LDW)
September 17, 2024
Page 2

Thank you for your courtesies and consideration.

                              Respectfully,

        **TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**

                            Laura M. Faustino

cc:    ALL PARTIES OF RECORD (via ECF)
       Jessica Burtnett, Esq. (via email)