9:21

‹ 164

**EA**

Eric ›

> Kevin never responded to me and also I don't have access to Google because it is suspended and I also locked out of QuickBooks until those things are resolved I won't be able to do anything

Mon, Aug 19 at 9:36 AM

> Hey what's your email ?

> I can give you my email address but I am no longer working for FBA Support I moved on.
> ericgergich@gmail.com

> I understand.
>
> Are you still able to help with the last task you quoted me for ?

> Unfortunately I don't have the time right now to do that sorry man

> Ok. I'll speak to Kevin and see if he has someone that can do it or what to do.

> Sorry I wish I can help

Text Message • SMS







**Kevin Cpa**

| New Contact Name | Update ✕ |
| Kevin Carestia | |

> I think that one is going to have to be redone by Eric

>> Ok. Would it help to talk today to get that going ?

> I got a subpoena in the mail from the plaintiffs attorney

>> Ok. When did you get it ?

> My attorney contacted them and let them know I need more time. The amount of time they were giving me to finish it was unreasonable and they agreed

> Saturday right before I left for vacation

>> Amazing ! Thank you !

Fri, Jul 5 at 12:18 PM

> I tried sending you and Eric an email but it got kicked back. Do you have different emails ?

**Kevin Cpa**

| New Contact Name | | |
|---|---|---|
| Kevin Carestia | Update | ✕ |

...Saturday right before I left for vacation

Amazing ! Thank you !

Fri, Jul 5 at 12:18 PM

I tried sending you and Eric an email but it got kicked back. Do you have different emails ?

My email is slavolalavo@gmail.com

Eric still working for you ?

No one is working for me but I can ask him for help

Steven/Eric,

In your financial statements I noticed "Due to XXXX" and "Due from XXXX" as income and expense items. Are these truly income and expenses or bank transfers from one company to the other?

**Kevin Cpa**

New Contact Name
Kevin Carestia

> Steven/Eric,
>
> In your financial statements I noticed "Due to XXXX" and "Due from XXXX" as income and expense items. Are these truly income and expenses or bank transfers from one company to the other?

3 Replies

> That's email I sent

>> I just texted Eric

> Ok thanks

>> He says ....
>>
>> Those are bank transfers from one company to another the ones that are listed as expenses

> Ok unfortunately the P&Ls are wrong



**Kevin Cpa**

**New Contact Name**
Kevin Carestia

> Ok unfortunately the P&Ls are wrong
>
> Those should not be counted as expense
>
> Or income for the recipient

*You unsent a message*

> **I can ask Eric to work on it**

> Ok
>
> That's for all not just FBA support

*Fri, Jul 12 at 11:23 AM*

> Hi, plaintiffs attorney keeps bothering my attorney asking for documents. I just reached out to Eric and he said he hasn't updated financials to fix errors. Do you have anyone else working on it?

> **They have the quickbooks**
>
> **Can you ask them for access to it so Eric can finish ?**





**Kevin Cpa**

New Contact Name
Kevin Carestia

Update

> Hi, plaintiffs attorney keeps bothering my attorney asking for documents. I just reached out to Eric and he said he hasn't updated financials to fix errors. Do you have anyone else working on it?

They have the quickbooks

Can you ask them for access to it so Eric can finish ?

> The attorneys have it ?
> 1 Reply

I will have my legal team ask them.

> The attorneys have it ?

Yes they locked me out of it

> Yes have legal team get access to it so it can be updated

iMessage



Kevin Cpa

**New Contact Name**
Kevin Carestia

Update

> No
>
> They want completed tax returns
>
> I said I can't complete them until the errors are fixed
>
> I told them I did them but the numbers will change so it won't be accurate

Did they get back to you after that ?

> They just ok
>
> I said I'll let you know when complete and they were ok with that. Didn't give a deadline

Yesterday 2:25 PM

> Steven/Eric,
>
> In your financial statements I noticed "Due to XX…
>
> 3 Replies

Hey Kevin , I got another bookkeeper working. Should I have him solve this question for

iMessage



10:06





164

Kevin Cpa

**New Contact Name**
Kevin Carestia

Update ✕

> I told them I did them but the numbers will change so it won't be accurate

Did they get back to you after that?

> They just ok

> I said I'll let you know when complete and they were ok with that. Didn't give a deadline

Yesterday 2:25 PM

> Steven/Eric,
>
> In your financial statements I noticed "Due to XX...

3 Replies

Hey Kevin, I got another bookkeeper working. Should I have him solve this question for you?

Delivered

> That's the issue we need resolved

> They aren't expenses. They should be balance sheet items

＋ iMessage





**Nadeem Khan** · Last seen 4m ago

> How we can generate this data ?
> 
> Uncategorized asset is wrong account
> 
> this is QB data give me access to QB please
> 
> than we can check everything

10:18 AM

> I dont have the qb accesss anymore

Nadeem, 10:18 AM
> it was QB online ?

10:19 AM
> yeah

Nadeem, 10:19 AM
> when you ended subscription ?

10:19 AM
> I dont have access to it
> 
> the FTC took possession of it

Give me a call when you're back. ☺









Eric

> **Steven/Eric,**
>
> In your financial statements I noticed "Due to XXXX" and "Due from XXXX" as income and expense items. Are these truly income and expenses or bank transfers from one company to the other?

> **Hey Eric,**
>
> Are you able to help me out with something so Kevin can finish filling ?

Those are bank transfers from one company to another the ones that are listed as expenses



Kevin Cpa

**New Contact Name**
Kevin Carestia       Update

He says ....

Those are bank transfers from one company to another the ones that are listed as expenses

Is it possible tfor

**Eric**

> Steve, I don't have the time to do this right now I have a lot going on at home I need to take care of. In order for me to fix everything again it is good to cost you at least 700-$800 because of the time it's going for me to fix everything

> Ok. Not really much option so I'm okay with the fee

> How do you want me to list the transfers because your expenses are going to be much higher and I have to account for those

> Can you do it the way Kevin suggested ?

> But what should I post them as because I can't just not delete them I have to list them somewhere. It's difficult because the accounts are not linked together

> I think you need to ask Kevin

> Can I have his phone number?

Is it possible tfor