UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   JULIEN XAVIER NEALS, USDJ                         Date: 9/18/2024
Court Reporter:   Melissa Mormile                          Civil No: 2:24-cv-6635

Title of the Case:

FEDERAL TRADE COMMISSION
v.
THEFBAMACHINE, INC., et al

Appearances:

Colleen Brennan Robbins and Frances Kern, Counsel for Plaintiff Federal Trade Commission
Mikail Usher and Alex Susi, Counsel for Defendant TheFBAMachine, Inc., Passive Scaling, Inc., Sales Support New Jersey, Inc., 1hr Deliveries, Inc., Hourly Relief, Inc., 3PL Logistic Automation, Inc., FBA Support NJ Corp., Daily Distro, LLC, Closter Green Corp., and Bratisla V. Rozenfeld
Mark M. Makhail and Ryan Magee, Counsel for Defendant Amanda Rozenfeld
Michele M. Dudas and Anthony Sodono, Receiver

**Nature of Proceedings**:

Status Conference Held

                                              Kimberly Darling, Courtroom Deputy
                                              to the Honorable Julien Xavier Neals, USDJ

Time Commenced:   12:00 pm
Time Concluded:   1:00 pm
Total Time:       1 hour