UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THEFBAMACHINE INC. *et al.*,<br><br>Defendants. | Civil Action: 24-06635 (JXN) (LDW)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court upon the application of Plaintiff Federal Trade Commission's ("FTC") for an Order requiring Defendants to Show Cause why Defendants Bratislav Rozenfeld, TheFBAMachine Inc., Passive Scaling Inc., Sales.Support New Jersey Inc., 1HR Deliveries Inc., Hourly Relief Inc., 3PL Logistic Automation Inc., FBA Support NJ Corp., Daily Distro LLC, and Closter Green Corp., *dba* Wraith & Co. (collectively, "Defendants") should not be held in contempt of court (ECF Nos. 65, 66); the Court having considered the submissions of the parties in support thereof and in opposition thereto, together with oral argument on September 18, 2024; for the reasons set forth at the hearing and for other good cause shown:

**IT IS** on this 18th day of September 2024,

**ORDERED** that this Court will **RESERVE** its decision on Plaintiff's application (ECF No. 65) for thirty (30) days to allow Defendants time to comply with the Temporary Restraining Order (ECF No. 5) and Stipulated Preliminary Injunction (ECF No. 54) issued by this Court; it is further

**ORDERED** that on October 30, 2024, at 10:00 a.m., the Court will reconvene the hearing upon its Order to Show Cause (ECF No. 66) why Defendants should not be held in contempt of Court; and it is further

**ORDERED** that by no later than October 25, 2024, the parties shall submit a joint status letter to the Court addressing Defendants' compliance, or lack thereof, with the Temporary Restraining Order (ECF No. 5) and Stipulated Preliminary Injunction (ECF No. 54) issued by this Court.

_____
JULIEN XAVIER NEALS
United States District Judge