

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

**Bureau of Consumer Protection**
**Division of Marketing Practices**

Frances L. Kern
(202) 326-2395
(202) 326-3395 (fax)
fkern@ftc.gov

October 9, 2024

**VIA CM/ECF**

The Honorable Leda Dunn Wettre
United States Magistrate Judge
District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Federal Trade Commission v. TheFBAMachine Inc. et al.*,
No. 2:24-cv-6635 (JXN) (LDW) (D.N.J.)

Dear Judge Wettre:

    In accordance with the Court's September 23, 2024 Order (Docket No. 80), Plaintiff Federal Trade Commission ("Plaintiff") seeks permission to amend its Amended Complaint (Docket No. 27). A copy of the Second Amended Complaint is attached hereto, as is a redline showing how it differs from the Amended Complaint.

    Plaintiff has provided the attached documents to all counsel of record, and no one opposes the amendment.

    Accordingly, Plaintiff respectfully requests leave to file its Second Amended Complaint. If the request is acceptable to the Court, Plaintiff respectfully requests that Your Honor endorse this letter "So Ordered" and have it entered on the Court's docket.

Sincerely,

*Frances L. Kern*
Frances L. Kern
Attorney

Attachments:   Second Amended Complaint
Comparison of Amended Complaint to Second Amended Complaint

cc: counsel of record (via CM/ECF)

SO ORDERED:  10/11/024

\*\* Plaintiff is directed to file the Second Amended Complaint as a standalone document by 10/16/2024.

*Leda Dunn Wettre*
_____
Hon. Leda D. Wettre, U.S. Magistrate Judge