## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I electronically filed the foregoing Second Amended Complaint with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to counsel of record identified on the service list below:

| | |
|---|---|
| Mikhail Usher<br>Alexander Susi<br>Usher Law Group<br>1022 Ave. P<br>Second Floor<br>Brooklyn, NY 11223<br>(718) 484-7510<br>musheresq@gmail.com<br>alexanderesq35@gmail.com | Anthony Sodono, III<br>Michele Dudas<br>Sari B. Placona<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, Ste. 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>asodono@msbnj.com<br>mdudas@msbnj.com<br>splacona@msbnj.com |
| *Attorneys for Defendants TheFBAMachine Inc.; Passive Scaling Inc.; Sales.Support New Jersey Inc.; 1HR Deliveries Inc.; Hourly Relief Inc.; 3PL Logistic Automation Inc.; FBA Support NJ Corp.; Daily Distro LLC; Closter Green Corp., d/b/a Wraith & Co.; and Bratislav Rozenfeld, a/k/a Steven Rozenfeld and Steven Rozen* | *Attorneys for Receiver Anthony Sodono, III* |
| Mark M. Makhail<br>Ryan Magee<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 622-4444<br>mmakhail@mccarter.com<br>rmagee@mccarter.com | |
| *Attorneys for Relief Defendant Amanda Rozenfeld, a/k/a Amanda Peremen and Amanada Peremen* | |

                                                    /s/ Frances L. Kern
                                                  Frances Kern