UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   JULIEN XAVIER NEALS, USDJ   Date: 11/21/2024
Court Reporter:   Melissa Mormile   Civil No: 2:24-cv-6635

Title of the Case:

FEDERAL TRADE COMMISSION
v.
THEFBAMACHINE, INC., et al

Appearances:

Colleen Robbins and Frances Kern, Counsel for Plaintiff Federal Trade Commission

Alex Susi and Mikhail Usher, Counsel for Defendants TheFBAMachine Inc., Passive Scaling, Inc., Sales Support New Jersey, Inc., 1 Hr Deliveries, Inc., Hourly Relief, Inc., 3PL Logistic Automation, Inc., FBA Support NJ Corp., Daily Distro, LLC, Closter Green Corp., and Bratisla V. Rozenfeld

Gregory Baft, Counsel for Defendant Amanda Rozenfeld

Anthony Sodono and Michele Dudas, Receiver

**Nature of Proceedings**:

Oral Argument on the Order to Show Cause [66]

Kimberly Darling, Courtroom Deputy
to the Honorable Julien Xavier Neals, USDJ

Time Commenced:   11:00 am
Time Concluded:   11:30 am
Total Time:        30 Minutes