UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Case No.: 2:24-6635(JXN) (LDW) |
| | : | |
| v. | : | ***NOTICE OF MOTION*** |
| | : | ***TO INTERVENE*** |
| THEFBAMACHINE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

PLEASE TAKE NOTICE that on January 6, 2025, at 9:00 a.m., or as soon thereafter as counsel may be heard, Intervenor Zoeller Pump Company ("Zoeller") will move this Court located at the United States Courthouse, 50 Walnut Street, Room MLK 5D, Newark, New Jersey for an order granting Zoeller's Motion to Intervene, with such other and further relief as this Court may deem just and appropriate.

A proposed form of order is submitted herewith.

TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Attorneys for Movant, Zoeller Pump
Company

Dated:  December 6, 2024

*/s/ Laura Faustino*
Laura Faustino, Esq. (013242008)
322 Highway 35 South
Red Bank, New Jersey 07701
Tel. No.:  732-985-1000
lfaustino@tlsslaw.com