# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | : |
| | : |
| Plaintiff, | : Case No.: 2:24-6635(JXN) (LDW) |
| | : |
| | : **[PROPOSED] ORDER GRANTING** |
| v. | : **ZOELLER PUMP COMPANY'S** |
| | : **MOTION TO INTERVENE** |
| THEFBAMACHINE, INC., et al., | : |
| | : |
| Defendants. | : |

Upon consideration of the motion of Zoeller Pump Company to intervene in the above-referenced matter, due notice having been given, and the Court having considered the papers submitted herein and being fully advised in the premises, it is hereby **ORDERED**:

1. Zoeller Pump Company's motion is granted.
2. Zoeller Pump Company shall file its Complaint in Intervention within 7 days of entry of this Order.
3. Defendants Rozenfeld and Daily Distro LLC shall file their responsive pleadings within 30 days thereafter.

DATED this _____ day of _____ 2025

_____
Julien Xavier Neals
United States District Judge