# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) (LDW) )       Plaintiff, ) ) v. ) ) ) THEFBAMACHINE INC., et al ) )       Defendants. ) | Civil Action No. 2:24-6635(JXN) <br><br> **DECLARATION OF LAURA FAUSTINO, ESQ.** <br><br> <u>**DOCUMENT FILED ELECTRONICALLY**</u> |

I, Laura Faustino, Esq., declare under penalty of perjury, and pursuant to 28 U.S.C. 1746, that the following is true and correct:

1. I am a member in good standing of the Bar of the State of New Jersey and am a partner with the firm of Traub Lieberman Straus & Shrewsberry LLP, counsel for movant, Zoeller Pump Company ("Zoeller").

2. As one of the attorneys assigned to this matter, I am fully familiar with the facts set forth herein.

3. I make this Declaration in support of Zoeller Pump Company's Motion to Intervene pursuant to F.R.C.P. 24.

4. Annexed hereto as **Exhibit "1"** is a true and correct copy of the invoices sent by Zoeller to Daily Distro LLC for orders placed by Daily Distro LLC from March 26, 2024 through June 4, 2024.

5. Annexed hereto as **Exhibit "2"** is a true and correct copy of correspondence dated July 16, 2024 sent to Daily Distro LLC.

6. Annexed hereto as **Exhibit "3"** is a true and correct copy of an email from Jessica K. Burtnett to Anthony Sodono and Michele Dudas dated July 16, 2024.

7. Annexed hereto as **Exhibit "4"** is a true and correct copy of the UCC-1 Lien filed by Zoeller.

8. Annexed hereto as **Exhibit "5"** is a true and correct copy of an email from Michele Dudas to Jessica K. Burtnett dated April 13, 2016, without its attachment.

9. Annexed hereto as **Exhibit "6"** is a true and correct copy of the proposed Complaint in Intervention Zoeller will file if granted leave to do so.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

|  |  |
|---|---|
|  | TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP<br>Attorneys for Movant, Zoeller Pump Company |
| Dated: December 6, 2024 | */s/ Laura Faustino*<br>Laura Faustino, Esq.<br>322 Highway 35 South<br>Red Bank, New Jersey 07701<br>Tel. No.: 732-985-1000<br>lfaustino@tlsslaw.com |