# EXHIBIT 1



**Remit To:** Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number: 1357598
Invoice Date: 06/04/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

Order Number: Z001212813
Warehouse: MAIN

| BILL TO | SOLD TO | SHIP TO |
|---------|---------|---------|
| Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
| 1131893-0 | 1131893-0 | 1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING | | |
|---|---|---|---|---|
| zo0527 | J&J / Truckload | | | |
| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
| | 2% 30 Days, Net 31 Days | Prepaid | 10,782.00 | M10WSS |
| SALES: | Edwards, Platt & Deely | | | |

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|------|----------|------------------|------|------|-------------|----------|-------|------------|
| 1 | 150.00 | 150.00 | 0.00 | 267-0001 | M267 115V/1Ph/cCSAus | 671.00 | 0.5016 | 50,486.04 |
| 2 | 100.00 | 100.00 | 0.00 | 63-0001 | M63 115V/1Ph/cCSAus | 415.00 | 0.5016 | 20,816.40 |
| 4 | 10.00 | 10.00 | 0.00 | 42-0007 | N42 115V/1Ph/9'Cd/cCSAus | 251.00 | 0.5016 | 1,259.02 |
| 5 | 10.00 | 10.00 | 0.00 | 10-0689 | Weight Asm,(1) Weight Only/<br>(Flt Switch) | 42.00 | 0.5016 | 210.67 |
| 6 | 8.00 | 8.00 | 0.00 | 266-0001 | M266 115V/1Ph/cCSAus | 652.00 | 0.5016 | 2,616.35 |

| | | |
|---|---|---|
| | **Sales Amount:** | $75,388.48 |
| Discounts: | **Percentage:** 0.00 | $0.00 |
| Miscellaneous | **Total Adjustment:** | $0.00 |
| Adjustments: | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |
| You may deduct 1,507.77 if paid by 7/4/2024. | Invoice Due Date: 07/05/2024    Currency: USD    **Total:** | $75,388.48 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



INVOICE

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

**Invoice Number:** 1354883
**Invoice Date:** 05/20/2024
**Page:** 1 of 1

**Phone:** 502-778-2731
**Fax:** 502-774-3624
**Entered By: Judy Rhodes**

**Order Number:** Z001206921
**Warehouse:** MAIN

zoeller.com

| B I L L T O | Daily Distro LLC 10 Milltown Court Unit B Union NJ 07083 UNITED STATES | S O L D T O | Daily Distro LLC 10 Milltown Court Unit B Union NJ 07083 UNITED STATES | S H I P T O | Daily Distro 2011 8th Street Unit 102 North Bergen NJ 07047 UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER ZO0404 | SHIP VIA PITD / Standard LTL | PRO BILL/ TRACKING 0070328970 | | |
|---|---|---|---|---|
| CORP. CR APPROVAL | CREDIT TERMS 2% 30 Days, Net 31 Days | FREIGHT TERMS Prepaid | FREIGHT WEIGHT 746.00 | END USER TYPE M10WSS |
| SALES: Edwards, Platt & Deely | | | | |

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 450.00 | 450.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 66,587.40 |

| | | | | | Sales Amount: | $66,587.40 |
|---|---|---|---|---|---|---|
| Discounts: | | | | Percentage: 0.00 | | $0.00 |
| Miscellaneous Adjustments: | | | | Total Adjustment: | | $0.00 |
| | | | | Freight: | | $0.00 |
| | | | | Tax ID: | | $0.00 |
| | | | | Prepaid Amount: | | $0.00 |
| You may deduct 1,331.75 if paid by 6/19/2024. | | Invoice Due Date: 06/20/2024 | Currency: USD | Total: | | $66,587.40 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To:  Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number:  1353902
Invoice Date:  05/14/2024
Page:  1  of  1

Phone:  502-778-2731
Fax:  502-774-3624
Entered By: Todd Young

zoeller.com

Order Number:  Z001208619
Warehouse:  MAIN

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES<br><br>1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0418 | PITD / Standard LTL | 0070328931 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 856.00 | M10WSS |

SALES:  Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 8 | 12.00 | 12.00 | 0.00 | 508-0007 | 508 with M98 Preassembled Sys ProPak "Aq | 1,233.00 | 0.5016 | 7,421.67 |
| 9 | 5.00 | 5.00 | 0.00 | 98-0005 | BN98 115V/1Ph/Pb15'/cCSAus | 486.00 | 0.5016 | 1,218.89 |

| | | |
|---|---|---|
| | Sales Amount: | $8,640.56 |
| Discounts: | Percentage:  0.00 | $0.00 |
| Miscellaneous | Total Adjustment: | $0.00 |
| Adjustments: | Freight: | $0.00 |
| | Tax ID: | $0.00 |
| | Prepaid Amount: | $0.00 |

You may deduct 172.81 if paid by 6/13/2024.    Invoice Due Date: 06/14/2024    Currency: USD    Total:  $8,640.56

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

zoeller.com

| | |
|---|---|
| Invoice Number: | 1352239 |
| Invoice Date: | 05/06/2024 |
| Page: | 1 of 1 |

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Judy Rhodes

Order Number: Z001206921
Warehouse: MAIN

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES<br><br>1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0404 | PITD / Standard LTL | 0070328899 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 746.00 | M10WSS |

SALES: Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 2 | 10.00 | 10.00 | 0.00 | 508-0007 | 508 with M98 Preassembled Sys ProPak "Aq | 1,233.00 | 0.5016 | 6,184.73 |
| 3 | 5.00 | 5.00 | 0.00 | 98-0005 | BN98 115V/1Ph/Pb15'/cCSAus | 486.00 | 0.5016 | 1,218.89 |

| | | |
|---|---|---|
| | **Sales Amount:** | $7,403.62 |
| **Discounts:** | **Percentage:** 0.00 | $0.00 |
| **Miscellaneous** | **Total Adjustment:** | $0.00 |
| **Adjustments:** | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |
| You may deduct 148.07 if paid by 6/5/2024. | Invoice Due Date: 06/06/2024 | Currency: USD    **Total:** | $7,403.62 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



INVOICE

**Remit To:** Zoeller Pump Company
Department 8036
Carol Stream IL 60122

**Invoice Number:** 1350155
**Invoice Date:** 04/23/2024
**Page:** 1 of 1

zoeller.com

**Phone:** 502-778-2731
**Fax:** 502-774-3624
**Entered By:** Todd Young

**Order Number:** Z001208619
**Warehouse:** MAIN

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER<br>ZO0418 | SHIP VIA<br>PITD / Standard LTL | PRO BILL/ TRACKING<br>0070328868 | | |
|---|---|---|---|---|
| CORP. CR APPROVAL | CREDIT TERMS<br>2% 30 Days, Net 31 Days | FREIGHT TERMS<br>Prepaid | FREIGHT WEIGHT<br>4,239.40 | END USER TYPE<br>M10WSS |
| SALES: Edwards, Platt & Deely | | | | |

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 2 | 150.00 | 150.00 | 0.00 | 004892 | Switch Asm Rack Pack"50/90" Ah | 52.00 | 0.6000 | 4,680.00 |
| 3 | 130.00 | 130.00 | 0.00 | 30-0238 | Valve,Check/1.5 InLine/Vertical/SS Clamp | 22.00 | 0.5016 | 1,434.58 |
| 4 | 100.00 | 100.00 | 0.00 | 105-0001 | Drain Pump 105/M53 115V/1Ph/cCSAus | 455.00 | 0.5016 | 22,822.80 |
| 5 | 60.00 | 60.00 | 0.00 | 004705 | Switch Asm "50" | 51.00 | 0.6000 | 1,836.00 |
| 6 | 20.00 | 20.00 | 0.00 | 540-0005 | Pump,Ejector-Water Powered/Model 540 | 296.00 | 0.5016 | 2,969.47 |
| 7 | 15.00 | 15.00 | 0.00 | 108-0001 | Crawl Space Sump W/M53 Pump/25'Cd | 620.00 | 0.5016 | 4,664.88 |
| 10 | 3.00 | 3.00 | 0.00 | 803-0001 | M803 115V/1Ph/cCSAus | 1,496.00 | 0.5016 | 2,251.18 |
| 11 | 2.00 | 2.00 | 0.00 | 131-0001 | Drain Pump 131 M98/115V/1Ph/cCSAus | 628.00 | 0.5016 | 630.01 |

| | | | |
|---|---|---|---|
| | | Sales Amount: | $41,288.92 |
| Discounts: | Percentage: 0.00 | | $0.00 |
| Miscellaneous | | Total Adjustment: | $0.00 |
| Adjustments: | | Freight: | $0.00 |
| | | Tax ID: | $0.00 |
| | | Prepaid Amount: | $0.00 |
| You may deduct 825.78 if paid by 5/23/2024. | Invoice Due Date: 05/24/2024 | Currency: USD    Total: | $41,288.92 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Judy Rhodes

Invoice Number: 1349771
Invoice Date: 04/22/2024
Page: 1 of 1

Order Number: Z001206921
Warehouse: MAIN

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES<br><br>1131893-2 |
|---|---|---|---|---|---|

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0404 | RNLO / Standard LTL | 695053773 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 301.00 | M10WSS |

| SALES: | Edwards, Platt & Deely |
|---|---|

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 4 | 4.00 | 4.00 | 0.00 | 803-0001 | M803 115V/1Ph/cCSAus | 1,496.00 | 0.5016 | 3,001.57 |

| | | | | |
|---|---|---|---|---|
| | | Sales Amount: | | $3,001.57 |
| Discounts: | | Percentage: | 0.00 | $0.00 |
| Miscellaneous | | Total Adjustment: | | $0.00 |
| Adjustments: | | Freight: | | $0.00 |
| | | Tax ID: | | $0.00 |
| | | Prepaid Amount: | | $0.00 |
| You may deduct 60.03 if paid by 5/22/2024. | Invoice Due Date: 05/23/2024 | Currency: USD | Total: | $3,001.57 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To:  Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number: 1347721
Invoice Date: 04/10/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

Order Number: Z001202878
Warehouse: MAIN

zoeller.com

| BILL TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SOLD TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SHIP TO | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0219 | PITD / Standard LTL | 0070328821 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 6,555.00 | M10WSS |

**SALES:** Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 16 | 40.00 | 40.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 5,918.88 |
| 17 | 450.00 | 450.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 66,587.40 |

| | | | |
|---|---|---|---|
| | | Sales Amount: | $72,506.28 |
| Discounts: | Percentage: 0.00 | Total Adjustment: | $0.00 |
| Miscellaneous | | | $0.00 |
| Adjustments: | | Freight: | $0.00 |
| | | Tax ID: | $0.00 |
| | | Prepaid Amount: | $0.00 |
| You may deduct 1,450.13 if paid by 5/10/2024. | Invoice Due Date: 05/11/2024 | Currency: USD Total: | $72,506.28 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

REPRINT



zoeller.com

**INVOICE**

| | |
|---|---|
| Invoice Number: | 1345213 |
| Invoice Date: | 03/26/2024 |
| Page: | 1 of 1 |
| Order Number: | Z001202878 |
| Warehouse: | MAIN |

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER | SHIP VIA | PRO BILL/TRACKING | | |
|---|---|---|---|---|
| ZO0219 | PITD / Standard LTL | 0070328790 | | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | Prepaid | 6,555.00 | M10WSS |

SALES: Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 9 | 8.00 | 8.00 | 0.00 | 266-0001 | M266 115V/1Ph/cCSAus | 652.00 | 0.5016 | 2,616.35 |
| 15 | 40.00 | 40.00 | 0.00 | 508-0006 | 508 with M53 Preassembled Sys ProPak "Aq | 1,080.00 | 0.5016 | 21,669.12 |
| 18 | 20.00 | 20.00 | 0.00 | 53-0016 | M53 25'Cd/115V/1Ph/cCSAus | 345.00 | 0.5016 | 3,461.04 |
| 21 | 100.00 | 100.00 | 0.00 | 63-0001 | M63 115V/1Ph/cCSAus | 415.00 | 0.5016 | 20,816.40 |
| 23 | 30.00 | 30.00 | 0.00 | 98-0001 | M98 115V/1Ph/cCSAus | 455.00 | 0.5016 | 6,846.84 |

| | | | |
|---|---|---|---|
| | | Sales Amount: | $55,409.75 |
| Discounts: | Percentage: 0.00 | Total Adjustment: | $0.00 |
| Miscellaneous Adjustments: | | Freight: | $0.00 |
| | | Tax ID: | $0.00 |
| | | Prepaid Amount: | $0.00 |
| You may deduct 1,108.20 if paid by 4/25/2024. | Invoice Due Date: 04/26/2024 | Currency: USD  Total: | $55,409.75 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**

# EXHIBIT 2

# **TRAUB** LIEBERMAN

71 S. Wacker Drive | Suite 2110 | Chicago, IL 60606
DIRECT (312) 275-3032 | MAIN (312) 332-3900 | FAX (312) 332-3908
Jessica K. Burtnett  | Partner | jburtnett@tlsslaw.com

July 16, 2024

**VIA CERTIFIED MAIL**
**9589071052701236540343**
Daily Distro LLC
10 Milltown Court, Unit B
Union, NJ 07083

**9589071052701236540350**
Daily Distro LLC
78 John Miller Way, Suite 2111
Kearny, NJ 07032
**9589071052701236540367**
Steven Rozen
429 Jefferson Ave.
Staten Island, NY 10306
steven@dailydistro.com

Re:    Outstanding invoices from Zoeller Pump Company

Dear Mr. Rozen:

My firm has been retained by Zoeller Pump Company ("Zoeller") to pursue recovery of moneys owed it by Daily Distro LLC. Specifically, as of today's date, Zoeller is owed **$342,626.12**. Enclosed please find a list of all outstanding invoices. Zoeller hereby makes a demand for payment in full for all outstanding invoices. Upon receipt of this correspondence, please contact me so that we can discuss payment terms. Please note that, should Daily Distro LLC fail to may payment, Zoeller is prepared to file suit seeking all available remedies, including attorney's fees.

I look forward to hearing from you.

Very truly yours,

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**

Jessica K. Burtnett

Enclosure

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
www.traublieberman.com    CONNECTICUT



# STATEMENT

zoeller.com

**Statement Date:** 6/13/2024
**Salesperson:** Edwards, Platt & Deely

**3649 Cane Run Road**
**Louisville KY 40211-1961**
**UNITED STATES**
**502-778-2731**          **Fax:**

B
I
L  Daily Distro LLC
L  10 Milltown Court
T  Unit B
O  Union NJ 07083
   UNITED STATES

1131893

| References | Type | Apply To Invoice | PO # | Invoice Date | Due Date | Original Inv Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1357598 | Invoice | | zo0527 | 6/4/24 | 7/5/24 | 75,388.48 | 75,388.48 |
| 1354883 | Invoice | | ZO0404 | 5/20/24 | 6/20/24 | 66,587.40 | 66,587.40 |
| 1353902 | Invoice | | ZO0418 | 5/14/24 | 6/14/24 | 8,640.56 | 8,640.56 |
| 1352239 | Invoice | | ZO0404 | 5/6/24 | 6/6/24 | 7,403.62 | 7,403.62 |
| 1350155 | Invoice | | ZO0418 | 4/23/24 | 5/24/24 | 41,288.92 | 41,288.92 |
| 1349771 | Invoice | | ZO0404 | 4/22/24 | 5/23/24 | 3,001.57 | 3,001.57 |
| 1347721 | Invoice | | ZO0219 | 4/10/24 | 5/11/24 | 72,506.28 | 72,506.28 |
| 1345213 | Invoice | | ZO0219 | 3/26/24 | 4/26/24 | 55,409.75 | 55,409.75 |
| 1343526 | Invoice | | ZO0129 | 3/15/24 | 4/15/24 | 1,163.71 | 1,163.71 |
| 1334301 | Invoice | | ZO0108 | 1/18/24 | 2/18/24 | 124,547.29 | 6,227.36 |
| 1331236 | Invoice | | ZO0812 | 12/20/23 | 1/20/24 | 29,817.56 | 1,490.88 |
| 1327810 | Invoice | | tjihwe | 11/22/23 | 12/23/23 | 71,789.48 | 3,517.59 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 | Total |
|---|---|---|---|---|---|
| 150,616.44 | 51,694.11 | 129,079.74 | 0.00 | 11,235.83 | 342,626.12 |

* = PROMO Terms

# EXHIBIT 3

**Christina Dwan**

---

| | |
|---|---|
| **From:** | Jessica Burtnett <JBurtnett@tlsslaw.com> |
| **Sent:** | Wednesday, July 17, 2024 10:36 AM |
| **To:** | asodono@msbnj.com |
| **Cc:** | mdudas@msbnj.com; Michael Logan; Laura Faustino |
| **Subject:** | FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company) |
| **Attachments:** | Daily Distro Statement.pdf |

Anthony and Michelle:

I've been retained to represent Zoeller Pump Company in relation to an outstanding debt owed by Daily Distro LLC.  Prior attempts to contact Steven Rozen were unsuccessful, as we can now see why.  I've taken the liberty of attaching the outstanding balance owed to Zoeller and would like to discuss with you the possibility of resolution. It's my understanding that many of the pumps which have not yet been paid for were at the facility and recently seized as part of the above-referenced action.  I'm generally available this week, just let me know when would be a good time to talk.

Thank you,
Jessica

**JESSICA K. BURTNETT**
PARTNER

**TRAUB** LIEBERMAN

71 S. Wacker Drive | Suite 2110 | Chicago, IL 60606
MAIN (312) 332-3900 | DIRECT (312) 275-3032 | CELL (773) 490 – 0324 | FAX (312) 332-3908
jburtnett@tlsslaw.com
Bio | vCard
**www.traublieberman.com**

*Admitted in Illinois, Michigan, and Wisconsin

If you have any difficulty, or if the transmission was incomplete, please advise. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail, and delete the electronic version of the message from your system. Thank you.

1



# STATEMENT

**Statement Date:** 6/13/2024
**Salesperson:** Edwards, Platt & Deely

zoeller.com

**3649 Cane Run Road**
**Louisville KY 40211-1961**
**UNITED STATES**
**502-778-2731**          **Fax:**

B
I  Daily Distro LLC
L  10 Milltown Court
L  Unit B
T  Union NJ 07083
O  UNITED STATES

1131893

| References | Type | Apply To Invoice | PO # | Invoice Date | Due Date | Original Inv Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1357598 | Invoice | | zo0527 | 6/4/24 | 7/5/24 | 75,388.48 | 75,388.48 |
| 1354883 | Invoice | | ZO0404 | 5/20/24 | 6/20/24 | 66,587.40 | 66,587.40 |
| 1353902 | Invoice | | ZO0418 | 5/14/24 | 6/14/24 | 8,640.56 | 8,640.56 |
| 1352239 | Invoice | | ZO0404 | 5/6/24 | 6/6/24 | 7,403.62 | 7,403.62 |
| 1350155 | Invoice | | ZO0418 | 4/23/24 | 5/24/24 | 41,288.92 | 41,288.92 |
| 1349771 | Invoice | | ZO0404 | 4/22/24 | 5/23/24 | 3,001.57 | 3,001.57 |
| 1347721 | Invoice | | ZO0219 | 4/10/24 | 5/11/24 | 72,506.28 | 72,506.28 |
| 1345213 | Invoice | | ZO0219 | 3/26/24 | 4/26/24 | 55,409.75 | 55,409.75 |
| 1343526 | Invoice | | ZO0129 | 3/15/24 | 4/15/24 | 1,163.71 | 1,163.71 |
| 1334301 | Invoice | | ZO0108 | 1/18/24 | 2/18/24 | 124,547.29 | 6,227.36 |
| 1331236 | Invoice | | ZO0812 | 12/20/23 | 1/20/24 | 29,817.56 | 1,490.88 |
| 1327810 | Invoice | | tjihwe | 11/22/23 | 12/23/23 | 71,789.48 | 3,517.59 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 | Total |
|---|---|---|---|---|---|
| 150,616.44 | 51,694.11 | 129,079.74 | 0.00 | 11,235.83 | 342,626.12 |

* = PROMO Terms

# EXHIBIT 4

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Jessica Burtnett/Traub Lieberman     3122753032

**B. E-MAIL CONTACT AT FILER** (optional)
jburtnett@tlsslaw.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Jessica Burtnett/Traub Lieberman
71 South Wacker Drive
Suite 2110
Chicago, IL 60606
US

State of New Jersey
Department of the Treasury
Division of Revenue & Enterprise Services
UCC Section
Filed

Filing Number:57316651

07/25/24 9:21:01

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | Rozen | Steven | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 429 Jefferson Ave. | Staten Island | NY | 10306 | US |

2. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Daily Distro LLC | | | | |
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2011 8th Street, Unit 102 | North Bergen | NJ | 07047 | US |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Zoeller Pump Company | | | | |
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3649 Cane Run Rd | Louisville | KY | 40211 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:

See attachment.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | | | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☒ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

## UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | 9a. ORGANIZATION'S NAME |
| --- | --- |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | Rozen |
| | FIRST PERSONAL NAME |
| | Steven |
| | ADDITIONAL NAME(S)/INITIAL(S) · SUFFIX |

State of New Jersey
Department of the Treasury
Division of Revenue & Enterprise Services
UCC Section
Filed

Filing Number:57316651

07/25/24 9:21:01

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  <u>or</u>  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE · POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**
The filer attests that the Collateral set forth in this Financing Statement is within the scope of the New Jersey Uniform Commercial Code-Secured Transactions pursuant to N.J.S.A. 12A:9-102 and N.J.S.A. 12A:9-109, as required by N.J.S.A. 12A:9-502.

UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

DAILY DISTRO LLC

## New Customer Checklist

**Credit Application**    ☒

**Resale Certificate**    ☑

**Trade Reference (1)**    ☐

**Trade Reference (2)**    ☐

**Trade Reference (3)**    ☐

**Trade Reference (4)**    ☐

**A/P Contact Email**    ☒

**Send Banking Information**    ☐

Trusted. Tested. Tough.™



**ZOELLER**®
**PUMP COMPANY**

FM0520
0712
Supersedes
0907

Product information presented here reflects conditions at time of publication. Consult factory regarding discrepancies or inconsistencies.

*MAIL TO:* P.O. BOX 16347 • Louisville, KY 40256-0347
*SHIP TO:* 3649 Cane Run Road • Louisville, KY 40211-1961
*TEL:* (502) 778-2731 • 1 (800) 928-PUMP • *FAX:* (502) 774-3624

*Visit our web site:*
*zoellerpumps.com*

# CREDIT APPLICATION

Line of Credit Requested: $ _100,000.00_    Present Balance: $ _0_    Date: _July 11, 2022_

Business Name: _Daily Distro LLC_    Phone (w/Area Code): _3474749870_

Address (Street/City/State/Zip Code): _10 Milltown Court, Union, NJ, 07083_    For Past _7_ Years

Shipping Address (Street/City/State/Zip Code): _10 Milltown Court, Union, NJ, 07083_

D/B/A: _Daily Distro LLC_    Federal Tax I.D. Number: _83-2384718_

Former Business Address (If Applicable): _____

Type of Business: _LLC_    Date Established: _01-25-2016_    How Long in Business: _7 years_

Does State, County or City Require a License? If Yes, License Number: _970-097-382_

Ownership:    ☒ Sole Ownership    ☐ Partnership    ☐ Corporation

| | Name | Title | SS# | Home Address |
|---|---|---|---|---|
| Principal: | _Steven Rozen_ | _CEO_ | _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_ | _429 Jefferson Ave. , Staten Island, NY 10306_ |
| Principal: | | | | |
| Principal: | | | | |
| Principal: | | | | |

Trade References:    (Name of Suppliers of Major Products and Services)

| Name | | Address/Phone and Fax (w/Area Code) | |
|---|---|---|---|
| _Tropic Isle Living_ | _829 Pickens Industrial Drive Suite 1, Marietta GA 30062_ | _(770) 837-3236_ | |
| _Ateco_ | _36 Sea Cliff Avenue, Glen Cove, NY 11542_ | _800-645-7170_ | |
| _Innovacion Natural_ | _10910 Long Beach Blvd. Suite 103-402, Lynwood, CA, 90262_ | _877-592-0029_ | |

Bank Reference:    ☒ Checking    ☐ Loan    ☐ Savings

| Name | Address | Account Number | Contact |
|---|---|---|---|
| _Signature Bank_ | _9003 Third Ave, Brooklyn, NY 11209_ | _001502305480_ | _Karen David & Kelly Santiago_ |
| | | | _718-210-5640_ |

Number of Employees: _100+_    Estimated Annual Sales: $ _21Millions +_    Sales Area: _US_

Has the Firm or Any of Its Principals Ever Been Bankrupt? If Yes, Explain: _____

**Please attach authorization letter for releasing of bank information.**

Over

© Copyright 2012 Zoeller Co. All rights reserved.

Mortgage Holder/Landlord: ___Daily Distro LLC_____

Address (Street/City State/Zip Code): _10 Milltown Court, Union, NJ 07083_____

Other Business Debts:

| Name | Address | Balance Due |
|------|---------|-------------|
| | | |
| | | |
| | | |

Person to Contact About Account: _____Tatiana Stone_____Senior Procurement Manager_____

                                           (Name)                                  (Title)

| Type of Credit Agreement |
|---|
| |

Applicant agrees to pay any collection costs incurred to collect the amount balance, including reasonable attorney's fees.

The Undersigned Will/Will Not Submit A Financial Statement.

The undersigned, as an inducement to grant credit, warrants that the information submitted is true and correct.  You are authorized to investigate the credit references listed above.

| _Steven Rozen_ | _CEO_ | | |
|---|---|---|---|
| (Name) | (Title) | (Name) | (Title) |
| (Name) | (Title) | (Name) | (Title) |

## PERSONAL GUARANTEE

In consideration of credit being extended by ___Daily Distro LLC_____ to the above named applicant for merchandise to be purchased whether applicant be individual or individuals, a proprietorship, a partnership, a corporation or other entity, the undersigned guarantor or guarantors each hereby contract and guarantee to _____ the faithful payment, when due, of all accounts of said applicant for purchase made within five years next after the date of this application.  The maximum aggregate liability of the guarantor there under shall be _____ .  The undersigned guarantor or guarantors each hereby expressly waive all notice of acceptance of this guarantee, notice of extension of credit to applicant, presentment, and demand for payment on applicant, protest and notice to undersigned guarantor or guarantors of dishonor or default by applicant or with respect to any security held by _____ , extension of time of payment to applicant, acceptance of partial payment or partial compromise, all other notices to which the undersigned guarantor or guarantors might otherwise be entitled and demand for payment under this guarantee.  Any revocation of this guarantee shall be in writing and delivered to _____ .

| _Steven Rozen_ | |
|---|---|
| Signature | Signature |
| | |
| Signature | Signature |

CREDIT DEPARTMENT USE ONLY

Date Line of Credit Approved: _____

Date Line of Credit Denied: _____

COMMENTS: _____

© Copyright 2012 Zoeller Co. All rights reserved.

ST-3 (11-99, R-10)

**State of New Jersey**
DIVISION OF TAXATION

**SALES TAX**
**FORM ST-3**

The seller must collect the tax on a sale of taxable property or services unless the purchaser gives him a properly completed New Jersey exemption certificate.

PURCHASER'S NEW JERSEY CERTIFICATE OF AUTHORITY NUMBER

970-097-382

**RESALE CERTIFICATE**

To be completed by purchaser and given to and retained by seller. See instructions on back.
Seller should read and comply with the instructions given on both sides of an exemption certificate.

TO  Daily Distro LLC                                Date  7/20/2022
(Name of Seller)

10 Milltown Court          Union          NJ          07083
Address                    City          State         Zip

The undersigned certifies that:

(1) He holds a valid Certificate of Authority (number shown above) to collect State of New Jersey Sales and Use Tax.

(2) He is principally engaged in the sale of (indicate nature of merchandise or service sold):
Wholesale Distributor

(3) The merchandise or services being herein purchased are described as follows:
we carry groceries, health and beauty items, pet supplies, and other necessities

(4) The **merchandise** described in (3) above is being purchased: *(check one or more of the blocks which apply)*
(a) [x] For resale in its present form.
(b) [x] For resale as converted into or as a component part of a product produced by the undersigned.
(c) [x] For use in the performance of a taxable service on personal property, where the property which is the subject of this Certificate becomes part of the property being serviced or is later transferred to the purchaser of the service in conjunction with the performance of the service.

(5) The services described in (3) above are being purchased: *(check the block which applies)*
(a) [x] By a vendor who will either collect the tax or will resell the services.
(b) [x] To be performed on personal property held for sale.

I, the undersigned purchaser, have read and complied with the instructions and rules promulgated pursuant to the New Jersey Sales and Use Tax Act with respect to the use of the Resale Certificate, and it is my belief that the seller named herein is not required to collect the sales or use tax on the transaction or transactions covered by this Certificate. The undersigned purchaser hereby swears (under the penalties for perjury and false swearing) that all of the information shown in this Certificate is true.

Tatiana Stone

NAME OF PURCHASER                    (as registered with the New Jersey Division of Taxation)
10 Milltown Court, Union, NJ 07083
(Address of Purchaser)

By                                   Senior Procurement Manager
(Signature of owner, partner, officer of corporation, etc.)          (Title)

**MAY BE REPRODUCED**
(Front & Back Required)

## INSTRUCTIONS FOR USE OF RESALE CERTIFICATES - ST-3

1. **Good Faith** - In general, a seller or lessor who accepts an exemption certificate in "good faith" is relieved of liability for collection or payment of tax upon transaction covered by the certificate. The question of "good faith" is one of fact and depends upon a consideration of all the conditions surrounding the transaction. A vendor is presumed to be familiar with the law and the regulations pertinent to the business in which he deals.

   In order for "good faith" to be established, the following conditions must be met:

   (a) The certificate must contain no statement or entry which the seller or lessor knows, or has reason to know, is false or misleading.

   (b) The certificate must be an officially promulgated certificate form or a substantial and proper reproduction thereof.

   (c) The certificate must be dated and executed in accordance with the published instructions, and must be complete and regular in every respect.

   The vendor may, therefore, accept this "good faith" Resale Certificate as a basis for exempting sales to the signatory purchaser provided that:

   (d) The purchaser's Certificate of Authority number, indicating that the purchaser is registered with the New Jersey Division of Taxation, is entered on the face of the Certificate.

   (e) The purchaser has entered all other information required on the form.

   (f) The vendor has no reason to believe that the property to be purchased is of a type not ordinarily used in the purchaser's business for the purpose described in this Certificate.

2. **Improper Certificate** - Sales transactions which are not supported by properly executed exemption certificates are deemed to be taxable retail sales. The burden of proof that the tax was not required to be collected is upon the seller.

3. **Correction of Certificate** - In general, sellers have 60 days after date of sale to obtain a corrected certificate where the original certificate lacked material information required to be set forth in said certificate or where such information is incorrectly stated.

4. **Additional Purchases by Same Purchaser -** This certificate will serve to cover additional purchases by the same purchaser of the same general type of property. However, each subsequent sales slip or purchase invoice based on this Certificate must show the purchaser's name, address and New Jersey Certificate of Authority number for purpose of verification.

5. **Retention of Certificates -** Certificates must be retained by the seller for a period of not less than three years from the date of the last sale covered by the certificate. Certificates must be in the physical possession of the vendor and available for inspection on or before the 60th day following the date of the transaction to which the certificate relates.

## EXAMPLES OF PROPER USE OF RESALE CERTIFICATE

a. A retail household appliance store owner issues a Resale Certificate when purchasing household appliances from a supplier for resale.

b. A furniture manufacturer issues a Resale Certificate to cover the purchase of lumber to be used in manufacturing furniture for sale.

c. An automobile service station operator issues a Resale Certificate to cover the purchase of auto parts to be used in repairing customer cars.

## EXAMPLES OF IMPROPER USE OF RESALE CERTIFICATE

In the examples below, the vendor should not accept Resale Certificates, but should insist upon payment of the sales tax.

a. A lumber dealer can not accept a Resale Certificate from a tire dealer who is purchasing lumber for use in altering his premises.

b. A distributor may not issue a Resale Certificate on purchases of cleaning supplies and other materials for his own office maintenance, even though he is in the business of distributing such supplies.

c. A retailer may not issue a Resale Certificate on purchases of office equipment for his own use, even though he is in the business of selling office equipment.

d. A supplier can not accept a Resale Certificate from a service station owner who purchases tools and testing equipment for use in his business.

REPRODUCTION OF RESALE CERTIFICATE FORMS: Private reproduction of both sides of Resale Certificates may be made without the prior permission of the Division of Taxation.

Have a question? Write:

**Division of Taxation, Technical Services, Taxpayer Services Branch/OCE, PO Box 281, Trenton, NJ 08695-0281**

**ST-3**  (11-99, R-10)



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

**ZOELLER®**
PUMP COMPANY

zoeller.com

| | |
|---|---|
| Invoice Number: | 1327810 |
| Invoice Date: | 11/22/2023 |
| Page: | 1 of 1 |

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

Order Number: Z001191007
Warehouse: MAIN

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
| 1131893-0 | 1131893-0 | 1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| tjihwe | PITD / Standard LTL | 0070281441 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 10,016.70 | M10WSS |

**SALES:** Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 120.00 | 120.00 | 0.00 | 267-0001 | M267 115V/1Ph/cCSAus | 671.00 | 0.5016 | 40,388.83 |
| 2 | 120.00 | 120.00 | 0.00 | 30-0238 | Valve,Check/1.5 InLine/Vertical/SS Clamp | 22.00 | 0.5016 | 1,324.22 |
| 3 | 60.00 | 60.00 | 0.00 | 57-0001 | M57 115V/1Ph/cCSAus | 335.00 | 0.5016 | 10,082.16 |
| 4 | 30.00 | 30.00 | 0.00 | 105-0001 | Drain Pump 105/M53 115V/1Ph/cCSAus | 455.00 | 0.5016 | 6,846.84 |
| 5 | 20.00 | 20.00 | 0.00 | 10-0763 | Alarm,Flood Alert 4.5Vdc"Aquanot"/Zco | 42.00 | 0.5016 | 421.34 |
| 6 | 20.00 | 20.00 | 0.00 | 540-0005 | Pump,Ejector-Water Powered/Model 540 | 296.00 | 0.5016 | 2,969.47 |
| 7 | 15.00 | 15.00 | 0.00 | 95-0001 | M95 115V/1Ph/.5Hp/cCSAus | 621.00 | 0.5016 | 4,672.40 |
| 8 | 8.00 | 8.00 | 0.00 | 53-0002 | N53 115V/1Ph/cCSAus | 285.00 | 0.5016 | 1,143.65 |
| 9 | 6.00 | 6.00 | 0.00 | 108-0001 | Crawl Space Sump W/M53 Pump/25'Cd | 620.00 | 0.5016 | 1,865.95 |
| 10 | 5.00 | 5.00 | 0.00 | 267-0002 | N267 115V/1Ph/cCSAus | 602.00 | 0.5016 | 1,509.82 |
| 11 | 2.00 | 2.00 | 0.00 | 507-0005 | 507 12V/DC | 563.00 | 0.5016 | 564.80 |

| | | | | |
|---|---|---|---|---|
| | | | **Sales Amount:** | $71,789.48 |
| Discounts: | | **Percentage:** | 0.00 | $0.00 |
| Miscellaneous Adjustments: | | | **Total Adjustment:** | $0.00 |
| | | | **Freight:** | $0.00 |
| | | | **Tax ID:** | $0.00 |
| | | | **Prepaid Amount:** | $0.00 |

You may deduct 1,435.79 if paid by 12/22/2023.    Invoice Due Date: 12/23/2023    Currency: USD    **Total:** $71,789.48

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**Remit To:**  Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number:  1331236
Invoice Date:  12/20/2023
Page:  1  of  1

**Phone:** 502-778-2731
**Fax:** 502-774-3624
**Entered By:** Sonya Fenn

zoeller.com

Order Number:  Z001193311
Warehouse:  MAIN

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|---|---|
| | 1131893-0 | Source/Estimate: | | 1131893-0 | | | 1131893-2 |

| PURCHASE ORDER | SHIP VIA | | PRO BILL/ TRACKING | |
|---|---|---|---|---|
| ZO0812 | PITD / Standard LTL | | 0070328531 | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | | Prepaid | 4,125.00 | M10WSS |

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 80.00 | 80.00 | 0.00 | 57-0001 | M57 115V/1Ph/cCSAus | 335.00 | 0.5016 | 13,442.88 |
| 2 | 40.00 | 40.00 | 0.00 | 105-0001 | Drain Pump 105/M53 115V/1Ph/cCSAus | 455.00 | 0.5016 | 9,129.12 |
| 3 | 30.00 | 30.00 | 0.00 | 004705 | Switch Asm "50" | 51.00 | 0.6000 | 918.00 |
| 4 | 30.00 | 30.00 | 0.00 | 004702 | Case & Switch "50" | 89.50 | 0.6000 | 1,611.00 |
| 5 | 30.00 | 30.00 | 0.00 | 004892 | Switch Asm Rack Pack"50/90" Ah | 52.00 | 0.6000 | 936.00 |
| 6 | 25.00 | 25.00 | 0.00 | 30-0243 | Valve,Quiet Check/2"PVC/Hose Clamp/White | 67.00 | 0.5016 | 840.18 |
| 7 | 20.00 | 20.00 | 0.00 | 10-0055 | Switch,Mech Flt/SPB/120V/10'Cd/13Amp/.5 H | 72.00 | 0.5016 | 722.30 |
| 8 | 10.00 | 10.00 | 0.00 | 53-0016 | M53 25'Cd/115V/1Ph/cCSAus | 345.00 | 0.5016 | 1,730.52 |
| 9 | 2.00 | 2.00 | 0.00 | 98-0005 | BN98 115V/1Ph/Pb15'/cCSAus | 486.00 | 0.5016 | 487.56 |

| | | |
|---|---|---|
| | **Sales Amount:** | $29,817.56 |
| Discounts: | **Percentage:** 0.00 | $0.00 |
| Miscellaneous Adjustments: | **Total Adjustment:** | $0.00 |
| | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |
| You may deduct 596.35 if paid by 1/19/2024. | Invoice Due Date: 01/20/2024 | **Currency:** USD  **Total:** | $29,817.56 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



INVOICE

**Remit To:** Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number: 1334301
Invoice Date: 01/18/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Mariah Foster

zoeller.com

Order Number: Z001196110
Warehouse: MAIN

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES<br><br>1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING | | |
|---|---|---|---|---|
| ZO0108 | J&J / Truckload | | | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | Prepaid | 18,572.00 | M10WSS |

**SALES:** Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 80.00 | 80.00 | 0.00 | 105-0001 | Drain Pump 105/M53 115V/1Ph/cCSAus | 455.00 | 0.5016 | 18,258.24 |
| 2 | 400.00 | 400.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 59,188.80 |
| 3 | 8.00 | 8.00 | 0.00 | 108-0001 | Crawl Space Sump W/M53 Pump/25'Cd | 620.00 | 0.5016 | 2,487.94 |
| 4 | 80.00 | 80.00 | 0.00 | 267-0001 | M267 115V/1Ph/cCSAus | 671.00 | 0.5016 | 26,925.89 |
| 6 | 70.00 | 70.00 | 0.00 | 63-0001 | M63 115V/1Ph/cCSAus | 415.00 | 0.5016 | 14,571.48 |
| 7 | 10.00 | 10.00 | 0.00 | 95-0001 | M95 115V/1Ph/.5Hp/cCSAus | 621.00 | 0.5016 | 3,114.94 |

| | | | |
|---|---|---|---|
| | | **Sales Amount:** | $124,547.29 |
| **Discounts:** | **Percentage:** | 0.00 | $0.00 |
| **Miscellaneous** | | **Total Adjustment:** | $0.00 |
| **Adjustments:** | | **Freight:** | $0.00 |
| | | **Tax ID:** | $0.00 |
| | | **Prepaid Amount:** | $0.00 |
| You may deduct 2,490.95 if paid by 2/17/2024. | Invoice Due Date: 02/18/2024 | **Currency:** USD  **Total:** | $124,547.29 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

REPRINT

Ucc New Filing: 10/19



**INVOICE**

INVOICE

**Remit To:** Zoeller Pump Company
Department 8036
Carol Stream IL 60122

PUMP COMPANY

zoeller.com

Invoice Number: 1343526
Invoice Date: 03/15/2024
Page: 1 of 1

Order Number: Z001198971
Warehouse: MAIN

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Tracy Henderson

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
| 1131893-0 | 1131893-0 | 1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0129 | RNLO / Standard LTL | 695044935 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 236.00 | M10WSS |

| SALES: | Edwards, Platt & Deely |
|---|---|

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 4 | 2.00 | 2.00 | 0.00 | 270-0006 | BE270<br>230V/1Ph/Pb20'/cCSAus | 1,160.00 | 0.5016 | 1,163.71 |

| | | |
|---|---|---|
| | **Sales Amount:** | $1,163.71 |
| Discounts: | **Percentage:** 0.00 | $0.00 |
| Miscellaneous | **Total Adjustment:** | $0.00 |
| Adjustments: | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |

You may deduct 23.27 if paid by 4/14/2024.    Invoice Due Date: 04/15/2024    Currency: USD    **Total:** $1,163.71

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**

Ucc New Filing: 11/19



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

zoeller.com
PUMP COMPANY

Invoice Number: 1345213
Invoice Date: 03/26/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

Order Number: Z001202878
Warehouse: MAIN

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES<br><br>1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0219 | PITD / Standard LTL | 0070328790 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 6,555.00 | M10WSS |

SALES: Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 9 | 8.00 | 8.00 | 0.00 | 266-0001 | M266 115V/1Ph/cCSAus | 652.00 | 0.5016 | 2,616.35 |
| 15 | 40.00 | 40.00 | 0.00 | 508-0006 | 508 with M53 Preassembled Sys ProPak "Aq | 1,080.00 | 0.5016 | 21,669.12 |
| 18 | 20.00 | 20.00 | 0.00 | 53-0016 | M53 25'Cd/115V/1Ph/cCSAus | 345.00 | 0.5016 | 3,461.04 |
| 21 | 100.00 | 100.00 | 0.00 | 63-0001 | M63 115V/1Ph/cCSAus | 415.00 | 0.5016 | 20,816.40 |
| 23 | 30.00 | 30.00 | 0.00 | 98-0001 | M98 115V/1Ph/cCSAus | 455.00 | 0.5016 | 6,846.84 |

| | | |
|---|---|---|
| | **Sales Amount:** | $55,409.75 |
| Discounts: | **Percentage:** 0.00 | $0.00 |
| Miscellaneous | **Total Adjustment:** | $0.00 |
| Adjustments: | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |
| You may deduct 1,108.20 if paid by 4/25/2024. | Invoice Due Date: 04/26/2024   Currency: USD   **Total:** | $55,409.75 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**

Ucc New Filing: 12/19



**Remit To:** Zoeller Pump Company
Department 8036
Carol Stream IL 60122

**INVOICE**

**Invoice Number:** 1347721
**Invoice Date:** 04/10/2024
**Page:** 1 of 1

zoeller.com

**Phone:** 502-778-2731
**Fax:** 502-774-3624
**Entered By:** Todd Young

**Order Number:** Z001202878
**Warehouse:** MAIN

| BILL TO | | SOLD TO | | SHIP TO |
|---|---|---|---|---|
| Daily Distro LLC 10 Milltown Court Unit B Union NJ 07083 UNITED STATES | | Daily Distro LLC 10 Milltown Court Unit B Union NJ 07083 UNITED STATES | | Daily Distro 2011 8th Street Unit 102 North Bergen NJ 07047 UNITED STATES |
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 |

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0219 | PITD / Standard LTL | 0070328821 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 6,555.00 | M10WSS |

**SALES:** Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 16 | 40.00 | 40.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 5,918.88 |
| 17 | 450.00 | 450.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 66,587.40 |

| | | |
|---|---|---|
| | **Sales Amount:** | $72,506.28 |
| **Discounts:** | **Percentage:** 0.00 | $0.00 |
| Miscellaneous Adjustments: | **Total Adjustment:** | $0.00 |
| | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |
| You may deduct 1,450.13 if paid by 5/10/2024. | Invoice Due Date: 05/11/2024 | **Currency:** USD **Total:** $72,506.28 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**

Ucc New Filing: 13/19



**INVOICE**

INVOICE

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number: 1349771
Invoice Date: 04/22/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Judy Rhodes

zoeller.com

Order Number: Z001206921
Warehouse: MAIN

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| Daily Distro LLC 10 Milltown Court Unit B Union NJ 07083 UNITED STATES | Daily Distro LLC 10 Milltown Court Unit B Union NJ 07083 UNITED STATES | Daily Distro 2011 8th Street Unit 102 North Bergen NJ 07047 UNITED STATES |
| 1131893-0 | 1131893-0 | 1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0404 | RNLO / Standard LTL | 695053773 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 301.00 | M10WSS |

SALES: Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 4 | 4.00 | 4.00 | 0.00 | 803-0001 | M803 115V/1Ph/cCSAus | 1,496.00 | 0.5016 | 3,001.57 |

| | | |
|---|---|---|
| | Sales Amount: | $3,001.57 |
| Discounts: | Percentage: 0.00 | $0.00 |
| Miscellaneous Adjustments: | Total Adjustment: | $0.00 |
| | Freight: | $0.00 |
| | Tax ID: | $0.00 |
| | Prepaid Amount: | $0.00 |

You may deduct 60.03 if paid by 5/22/2024.      Invoice Due Date: 05/23/2024      Currency: USD    Total: $3,001.57

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**Remit To:** Zoeller Pump Company
Department 8036
Carol Stream IL 60122

**Invoice Number:** 1350155
**Invoice Date:** 04/23/2024
**Page:** 1 of 1

zoeller.com

**Phone:** 502-778-2731
**Fax:** 502-774-3624
**Entered By:** Todd Young

**Order Number:** Z001208619
**Warehouse:** MAIN

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
| 1131893-0 | 1131893-0 | 1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING | | |
|---|---|---|---|---|
| ZO0418 | PITD / Standard LTL | 0070328868 | | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | Prepaid | 4,239.40 | M10WSS |
| **SALES:** Edwards, Platt & Deely | | | | |

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 2 | 150.00 | 150.00 | 0.00 | 004892 | Switch Asm Rack Pack"50/90" Ah | 52.00 | 0.6000 | 4,680.00 |
| 3 | 130.00 | 130.00 | 0.00 | 30-0238 | Valve,Check/1.5 InLine/Vertical/SS Clamp | 22.00 | 0.5016 | 1,434.58 |
| 4 | 100.00 | 100.00 | 0.00 | 105-0001 | Drain Pump 105/M53 115V/1Ph/cCSAus | 455.00 | 0.5016 | 22,822.80 |
| 5 | 60.00 | 60.00 | 0.00 | 004705 | Switch Asm "50" | 51.00 | 0.6000 | 1,836.00 |
| 6 | 20.00 | 20.00 | 0.00 | 540-0005 | Pump,Ejector-Water Powered/Model 540 | 296.00 | 0.5016 | 2,969.47 |
| 7 | 15.00 | 15.00 | 0.00 | 108-0001 | Crawl Space Sump W/M53 Pump/25'Cd | 620.00 | 0.5016 | 4,664.88 |
| 10 | 3.00 | 3.00 | 0.00 | 803-0001 | M803 115V/1Ph/cCSAus | 1,496.00 | 0.5016 | 2,251.18 |
| 11 | 2.00 | 2.00 | 0.00 | 131-0001 | Drain Pump 131 M98/115V/1Ph/cCSAus | 628.00 | 0.5016 | 630.01 |

| | | | |
|---|---|---|---|
| | | **Sales Amount:** | $41,288.92 |
| **Discounts:** | | **Percentage:** 0.00 | $0.00 |
| **Miscellaneous Adjustments:** | | **Total Adjustment:** | $0.00 |
| | | **Freight:** | $0.00 |
| | | **Tax ID:** | $0.00 |
| | | **Prepaid Amount:** | $0.00 |
| You may deduct 825.78 if paid by 5/23/2024. | Invoice Due Date: 05/24/2024 | **Currency:** USD **Total:** | $41,288.92 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

zoeller.com

Invoice Number: 1352239
Invoice Date: 05/06/2024
Page: 1 of 1

Order Number: Z001206921
Warehouse: MAIN

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Judy Rhodes

| BILL TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SOLD TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SHIP TO | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING | | |
|---|---|---|---|---|
| ZO0404 | PITD / Standard LTL | 0070328899 | | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | Prepaid | 746.00 | M10WSS |
| **SALES:** Edwards, Platt & Deely | | | | |

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 2 | 10.00 | 10.00 | 0.00 | 508-0007 | 508 with M98 Preassembled Sys ProPak "Aq | 1,233.00 | 0.5016 | 6,184.73 |
| 3 | 5.00 | 5.00 | 0.00 | 98-0005 | BN98 115V/1Ph/Pb15'/cCSAus | 486.00 | 0.5016 | 1,218.89 |

| | | | | |
|---|---|---|---|---|
| | | | **Sales Amount:** | $7,403.62 |
| **Discounts:** | | **Percentage:** 0.00 | | $0.00 |
| **Miscellaneous Adjustments:** | | | **Total Adjustment:** | $0.00 |
| | | | **Freight:** | $0.00 |
| | | | **Tax ID:** | $0.00 |
| | | | **Prepaid Amount:** | $0.00 |
| You may deduct 148.07 if paid by 6/5/2024. | Invoice Due Date: 06/06/2024 | **Currency:** USD | **Total:** | $7,403.62 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**Remit To:** Zoeller Pump Company
Department 8036
Carol Stream IL 60122

zoeller.com

**Invoice Number:** 1353902
**Invoice Date:** 05/14/2024
**Page:** 1 of 1

**Phone:** 502-778-2731
**Fax:** 502-774-3624
**Entered By:** Todd Young

**Order Number:** Z001208619
**Warehouse:** MAIN

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES<br><br>1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING | | |
|---|---|---|---|---|
| ZO0418 | PITD / Standard LTL | 0070328931 | | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | Prepaid | 856.00 | M10WSS |

**SALES:**  Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 8 | 12.00 | 12.00 | 0.00 | 508-0007 | 508 with M98 Preassembled Sys ProPak "Aq | 1,233.00 | 0.5016 | 7,421.67 |
| 9 | 5.00 | 5.00 | 0.00 | 98-0005 | BN98 115V/1Ph/Pb15'/cCSAus | 486.00 | 0.5016 | 1,218.89 |

| | | |
|---|---|---|
| | **Sales Amount:** | $8,640.56 |
| **Discounts:** | **Percentage:** 0.00 | $0.00 |
| **Miscellaneous** | **Total Adjustment:** | $0.00 |
| **Adjustments:** | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |
| You may deduct 172.81 if paid by 6/13/2024.    Invoice Due Date: 06/14/2024    **Currency:** USD | **Total:** | $8,640.56 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

zoeller.com

Invoice Number: 1354883
Invoice Date: 05/20/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Judy Rhodes

Order Number: Z001206921
Warehouse: MAIN

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
| 1131893-0 | 1131893-0 | 1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/TRACKING |
|---|---|---|
| ZO0404 | PITD / Standard LTL | 0070328970 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 746.00 | M10WSS |

| SALES: | Edwards, Platt & Deely |
|---|---|

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 450.00 | 450.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 66,587.40 |

| | | |
|---|---|---|
| | **Sales Amount:** | $66,587.40 |
| Discounts: | **Percentage:** 0.00 | $0.00 |
| Miscellaneous | **Total Adjustment:** | $0.00 |
| Adjustments: | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |
| You may deduct 1,331.75 if paid by 6/19/2024.    Invoice Due Date: 06/20/2024 | **Currency:** USD    **Total:** | $66,587.40 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**

Ucc New Filing: 18/19



**INVOICE**

**Remit To:** Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number: **1357598**
Invoice Date: **06/04/2024**
Page: **1 of 1**

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

zoeller.com

Order Number: **Z001212813**
Warehouse: **MAIN**

| BILL TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SOLD TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SHIP TO | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING | | |
|---|---|---|---|---|
| zo0527 | J&J / Truckload | | | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | Prepaid | 10,782.00 | M10WSS |

| SALES: | Edwards, Platt & Deely |
|---|---|

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 150.00 | 150.00 | 0.00 | 267-0001 | M267 115V/1Ph/cCSAus | 671.00 | 0.5016 | 50,486.04 |
| 2 | 100.00 | 100.00 | 0.00 | 63-0001 | M63 115V/1Ph/cCSAus | 415.00 | 0.5016 | 20,816.40 |
| 4 | 10.00 | 10.00 | 0.00 | 42-0007 | N42 115V/1Ph/9'Cd/cCSAus | 251.00 | 0.5016 | 1,259.02 |
| 5 | 10.00 | 10.00 | 0.00 | 10-0689 | Weight Asm,(1) Weight Only/<br>(Flt Switch) | 42.00 | 0.5016 | 210.67 |
| 6 | 8.00 | 8.00 | 0.00 | 266-0001 | M266 115V/1Ph/cCSAus | 652.00 | 0.5016 | 2,616.35 |

| | | | |
|---|---|---|---|
| | | **Sales Amount:** | $75,388.48 |
| **Discounts:** | | **Percentage:** 0.00 | $0.00 |
| **Miscellaneous** | | **Total Adjustment:** | $0.00 |
| **Adjustments:** | | **Freight:** | $0.00 |
| | | **Tax ID:** | $0.00 |
| | | **Prepaid Amount:** | $0.00 |
| You may deduct 1,507.77 if paid by 7/4/2024. | Invoice Due Date: 07/05/2024 | Currency: USD | **Total:** $75,388.48 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**

Ucc New Filing: 19/19

# EXHIBIT 5

**Jessica Burtnett**

| | |
|---|---|
| **From:** | Michele M. Dudas <MDudas@MSBNJ.COM> |
| **Sent:** | Wednesday, July 24, 2024 4:53 PM |
| **To:** | Jessica Burtnett; Anthony Sodono |
| **Cc:** | Michael Logan; Laura Faustino; Sari B. Placona |
| **Subject:** | RE: FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company) |
| **Attachments:** | TRO.pdf |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jessica,

I had Court when you called earlier and now am in a meeting, but felt it was important to immediately respond to your e-mail. I should be done between 6:30 p.m. and 7:00 p.m. (EST) tonight, or tomorrow morning at 9:30 a.m. (EST). That said, I had the opportunity to discuss this with the Temporary Receiver in between appointments. First, the Temporary Restraining Order issued in the United States District Court for the District of New Jersey (attached again for your ease of reference) issued a stay of litigation against the receivership entities, or any of them. So you should be guided accordingly with any threat to obtain a TRO. That said, we note there is a hearing in this proceeding on July 30, 2024.

Second, we are unaware of any lien or other interest in the pumps that Zoeller maintained after delivery to Daily Distro. A UCC search in New Jersey and New York reveal that there are no UCCs filed by Zoeller. It is our understanding that some of the pumps contained at the property were paid for by customers of the Defendants. We have confirmed, at this time, the four skids that we identified earlier were those purchased by Daily Distro. We have advised if any additional pumps are recovered which belong to the Defendants, the Temporary Receiver is willing to return them as well. Therefore, Temporary Receiver has attempted to equitably accommodate Zoeller so its damages are mitigated by offering to return those items when in reality, Zoeller has nothing more than a monetary claim for damages against Daily Distro. As I am sure you aware, if the pumps are owned by Daily Distro (or any defendant), they could be auctioned off for the benefit of all creditors and victims.

The North Bergen is under the control of the Temporary Receiver. It is secured and only authorized agents, independent contractors and representatives of the Temporary Receiver are allowed access. It was wholly inappropriate for anyone to access the premises, whether it be the food processor owner next door, or Zoeller's sales representative. Should your sales representative (or any representative) show up at the facility unannounced and without authority of the Temporary Receiver, we will involve local or federal law enforcement to see the representative(s) removed. Please guide the representative(s) accordingly.

**Michele M. Dudas, Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email:** MDudas@MSBNJ.COM
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

1

**From:** Jessica Burtnett <JBurtnett@tlsslaw.com>
**Sent:** Wednesday, July 24, 2024 5:25 PM
**To:** Michele M. Dudas <MDudas@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>
**Cc:** Michael Logan <MLogan@tlsslaw.com>; Laura Faustino <lfaustino@tlsslaw.com>
**Subject:** RE: FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company)
**Importance:** High

Michele:  I am following up again in regards to the Zoeller Pumps that are getting shipped from the facility.  It appears they are getting sent to two different Amazon warehouses.  Please contact me tonight to let me know what is going on so that I can determine if a TRO will be necessary tomorrow.

Thank you,
Jessica

**JESSICA K. BURTNETT**
PARTNER

**TRAUB** LIEBERMAN

71 S. Wacker Drive  |  Suite 2110  |  Chicago, IL 60606
DIRECT (312) 275 -3032  |  CELL (773) 490-0324
jburtnett@tlsslaw.com

*Admitted in Illinois, Michigan, and Wisconsin

---

**From:** Jessica Burtnett
**Sent:** Wednesday, July 24, 2024 3:08 PM
**To:** Michele M. Dudas <MDudas@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>
**Cc:** Michael Logan <MLogan@tlsslaw.com>; Laura Faustino <lfaustino@tlsslaw.com>
**Subject:** RE: FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company)
**Importance:** High

Michelle:

My sales rep happened to be in  the neighborhood and stopped by Daily Distro.  He informed me that there are 17 pallets of pumps, plus an additional 4 skids of pumps.  Most concerning, he advised that these pumps are currently being packaged and shipped to Sacramento California.  Again, these pumps have  not been paid for and should not be shipped anywhere.  Please contact me immediately.  I need to know if I need to go in on a TRO.

**JESSICA K. BURTNETT**
PARTNER

**TRAUB** LIEBERMAN

71 S. Wacker Drive  |  Suite 2110  |  Chicago, IL 60606
DIRECT (312) 275 -3032  |  CELL (773) 490-0324
jburtnett@tlsslaw.com

*Admitted in Illinois, Michigan, and Wisconsin

---

**From:** Michele M. Dudas <MDudas@MSBNJ.COM>
**Sent:** Wednesday, July 24, 2024 12:41 PM
**To:** Jessica Burtnett <JBurtnett@tlsslaw.com>; Anthony Sodono <ASodono@MSBNJ.COM>

**Cc:** Michael Logan <MLogan@tlsslaw.com>; Laura Faustino <lfaustino@tlsslaw.com>
**Subject:** RE: FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi – I am informed there are 4 skids of Zoeller pumps that can be picked up from the North Bergen as soon as Zoeller is able to do so (the independent contractors that are at the warehouse are generally there M-T from 8:00 a.m. until 4:00 p.m., but we need advance notice).   We are still in the process of clearing out the warehouse and will advise if any further Zoeller pumps are located in the next week or so.

I know we are in different time zones and it is still late-morning, but if you could please let us know about the information obtained from the sales rep, we would really appreciate it.

Thank you!

Michele M. Dudas, Partner
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
Direct Dial: 973-721-5021
Email: MDudas@MSBNJ.COM
Website

Connect with MS&B on LinkedIn | Twitter | Instagram

**From:** Jessica Burtnett <JBurtnett@tlsslaw.com>
**Sent:** Tuesday, July 23, 2024 3:33 PM
**To:** Michele M. Dudas <MDudas@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>
**Cc:** Michael Logan <MLogan@tlsslaw.com>; Laura Faustino <lfaustino@tlsslaw.com>
**Subject:** RE: FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company)

I'm scheduled to speak with the salesman tomorrow late-morning and will have an update to you on that issue as well as product retrieval.  I assume it would be very quick, but will confirm tomorrow.

JESSICA K. BURTNETT
PARTNER

TRAUB LIEBERMAN

71 S. Wacker Drive | Suite 2110 | Chicago, IL 60606
DIRECT (312) 275 -3032 | CELL (773) 490-0324
jburtnett@tlsslaw.com

*Admitted in Illinois, Michigan, and Wisconsin

**From:** Michele M. Dudas <MDudas@MSBNJ.COM>
**Sent:** Tuesday, July 23, 2024 2:27 PM
**To:** Jessica Burtnett <JBurtnett@tlsslaw.com>; Anthony Sodono <ASodono@MSBNJ.COM>
**Cc:** Michael Logan <MLogan@tlsslaw.com>; Laura Faustino <lfaustino@tlsslaw.com>
**Subject:** RE: FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jessica,

Following up to see if you can give us any additional details on the date and time the salesperson was at the property and saw the pumps being removed?  If so, we would like to have the salesperson speak with a representative of the Temporary Receiver who has the property secured.  We are concerned about this information.

Also, we should know by next Monday if there are Zoeller pumps ordered by any of the receivership entities which can be returned.  I know it will be largely dependent on the number of pumps/pallets we are talking about, but assuming there are pumps there, how soon after getting the notice would Zoeller be able to retrieve the product?

Please let me know.


Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

---

**From:** Michele M. Dudas
**Sent:** Thursday, July 18, 2024 12:46 PM
**To:** 'Jessica Burtnett' <JBurtnett@tlsslaw.com>; Anthony Sodono <ASodono@MSBNJ.COM>
**Cc:** Michael Logan <MLogan@tlsslaw.com>; Laura Faustino <lfaustino@tlsslaw.com>
**Subject:** RE: FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company)

Jessica,

Can you let us know what day that was that the salesperson stopped there and the exact time?  What did they observe – the kind of truck, car, etc. that removed the product?  All operations have been shut down and the premises has been secured since June 5, 2024.  On Monday the warehouse reopened for limited purposes, but no one should have been there removing product last week.

Unfortunately I have a hectic day today but will let you know if anything opens up. Otherwise, we may have to speak on Monday.

Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

**From:** Jessica Burtnett <JBurtnett@tlsslaw.com>
**Sent:** Thursday, July 18, 2024 12:40 PM
**To:** Michele M. Dudas <MDudas@MSBNJ.COM>; Anthony Sodono <ASodono@MSBNJ.COM>
**Cc:** Michael Logan <MLogan@tlsslaw.com>; Laura Faustino <lfaustino@tlsslaw.com>
**Subject:** RE: FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company)

Michele:

4

Attached are all of the outstanding invoices for Zoeller Pump Company products.  All product was delivered to Daily Distro LLC at 2011 8th Street, Unit 102, North Bergen, NJ 07047 (including the product subject to the June 4, 2024 invoice) between November 2023 to June 2024.  Last week one of our salespeople stopped by Daily Distro in an attempt to speak with someone about collection and observed Zoeller pumps being removed from the facility. As such, it appears that at least some of the pumps at issue were not yet delivered to third parties.

As far as a call, unfortunately my Friday afternoon is booked but I am generally available all day today.  Let me know a preferred time, and I'll give you a call.

Thanks,
Jessica


**JESSICA K. BURTNETT**
PARTNER

**TRAUB** LIEBERMAN

71 S. Wacker Drive  |  Suite 2110  |  Chicago, IL 60606
DIRECT (312) 275 -3032  |  CELL (773) 490-0324
jburtnett@tlsslaw.com

*Admitted in Illinois, Michigan, and Wisconsin

---

**From:** Michele M. Dudas <MDudas@MSBNJ.COM>
**Sent:** Wednesday, July 17, 2024 10:57 AM
**To:** Jessica Burtnett <JBurtnett@tlsslaw.com>; Anthony Sodono <ASodono@MSBNJ.COM>
**Cc:** Michael Logan <MLogan@tlsslaw.com>; Laura Faustino <lfaustino@tlsslaw.com>
**Subject:** RE: FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Hi Jessica,

I would be happy to discuss it with you.

Do you  have any additional information regarding where the most recent orders were shipped?  The lawsuit was filed by the FTC on June 3, 2024, and the Temporary Receiver shut down operations on June 5, 2024.  The address listed on the statement is an old address of Daily Distro so we are interested to see where they were sent, and particularly if you can provide any information for the June 4, 2024 order.  I should be able to connect with you tomorrow or Friday early afternoon if that works.

Michele M. Dudas, Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5021
**Email: MDudas@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Jessica Burtnett <JBurtnett@tlsslaw.com>
**Sent:** Wednesday, July 17, 2024 11:36 AM
**To:** Anthony Sodono <ASodono@MSBNJ.COM>
**Cc:** Michele M. Dudas <MDudas@MSBNJ.COM>; Michael Logan <MLogan@tlsslaw.com>; Laura Faustino <lfaustino@tlsslaw.com>
**Subject:** FTC v. The FBA Machine/Daily Distro (interest of Zoeller Pump Company)

Anthony and Michelle:

I've been retained to represent Zoeller Pump Company in relation to an outstanding debt owed by Daily Distro LLC.  Prior attempts to contact Steven Rozen were unsuccessful, as we can now see why.  I've taken the liberty of attaching the outstanding balance owed to Zoeller and would like to discuss with you the possibility of resolution. It's my understanding that many of the pumps which have not yet been paid for were at the facility and recently seized as part of the above-referenced action.  I'm generally available this week, just let me know when would be a good time to talk.

Thank you,
Jessica

**JESSICA K. BURTNETT**
PARTNER

**TRAUB LIEBERMAN**

71 S. Wacker Drive  |  Suite 2110  |  Chicago, IL 60606

MAIN (312) 332-3900  ↓  DIRECT (312) 275-3032  ↓  CELL (773) 490 – 0324 ↓  FAX (312) 332-3908
jburtnett@tlsslaw.com
Bio  |  vCard
**www.traublieberman.com**

*Admitted in Illinois, Michigan, and Wisconsin

If you have any difficulty, or if the transmission was incomplete, please advise. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail, and delete the electronic version of the message from your system. Thank you.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.

# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | Civil Action No. 2:24-6635(JXN) (LDW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THEFBAMACHINE INC., et al | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| ZOELLER PUMP COMPANY, | ) | Civil Action No. |
| | ) | |
| Intervenor Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAILY DISTRO, LLC and | ) | |
| BRATISLAV ROZENFELD A/KA/ | ) | |
| STEVEN ROZENFELD | ) | |
| | ) | |
| Defendants. | ) | |

## INTERVENOR ZOELLER PUMP COMPANY'S COMPLAINT AT LAW

**NOW COMES**, Intervenor Plaintiff, Zoeller Pump Company ("Zoeller"), by and through its attorneys, Traub Lieberman Straus & Shrewsberry, LLP, and for its Complaint at Law, alleges as follows:

## PARTIES, JURISDICTION, AND VENUE

1.     Intervenor Plaintiff, Zoeller Pump Company's, main headquarters are located in Louisville, KY where it was founded in 1939.

2.     The Defendant, Daily Distro, LLC ("Daily Distro") is a New York corporation with its principal place of business at 78 John Miller Way, Suite 2111, Kearney, New Jersey 07032. Daily Distro transacts or has transacted business in this District and throughout the United States.

1

3.      The Defendant, Bratislav Rozenfeld, also known as Steven Rozenfeld and Steven Rozen ("Rozenfeld"), is the sole member of Daily Distro.

4.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. jurisdiction over this action pursuant to §§ 1331, 1337(a), and 1345.

5.      Venue is proper in this District under 28 U.S.C. § 1391(b)(1), (b)(2), and (c)(2), and 15.

### COUNT I – BREACH OF INVOICES AND PURCHASE ORDERS
### *Daily Distro LLC*

6.      Zoeller manufactures a wide selection of residential and commercial pumps and accessories to provide the best solutions for moving wastewater and effluent.

7.      Daily Distro is or was in the business of contracting with e-commerce management companies to provide store management software called sales.support, store merchandise, and a warehouse for inventory. Daily Distro charged e-commerce management companies and clients directly for the software and inventory.

8.      On or around July 11, 2022, Daily Distro submitted a Credit Application to Zoeller in order to be able to purchase Zoeller products on credit. A true and correct copy of the Credit Application is attached hereto as **Exhibit 1**.

9.      From January 9, 2023 through March 20, 2024, Daily Distro submitted twenty-one (21) different orders with Zoeller. Zoeller delivered the product ordered by Daily Distro from January 9, 2023 through March 20, 2024, to Daily Distro at its facility in North Bergen, New Jersey pursuant to its orders and in full compliance with the orders.

10.      Zoeller submitted invoices to Daily Distro for each of the orders placed by Daily Distro from January 9, 2024 through March 20, 2024, totaling $1,788,873.70. Of this amount, Zoeller received full payment for 17 orders, totaling $1,776,247.58.

2

11.     Daily Distro failed to make full payment to Zoeller for Invoices 1343526, 1334301, 1331236, and 1327810. True and correct copies of said Invoices are attached hereto as **Group Exhibit 2.** The remaining unpaid balance for the Invoices in **Group Exhibit 2** totals $12,399.54.

12.     In light of the Daily Distro's prior ability to pay, Zoeller was not on notice of the future inability of Daily Distro to pay and, therefore, permitted Daily Distro to continue to purchase products on credit.

13.     From March 26, 2024 through June 4, 2024, Daily Distro placed an additional eight (8) orders with Zoeller totaling $330,226.58.

14.     Zoeller delivered the product ordered by Daily Distro from March 26, 2024 through June 4, 2024, to Daily Distro at its facility in North Bergen, New Jersey pursuant to its orders and in full compliance with the orders.

15.     Zoeller submitted invoices to Daily Distro for each of the orders placed by Daily Distro from March 26, 2024 through June 4, 2024, with a total amount of $330,226.58. True and correct copies of said Invoices are attached hereto as **Group Exhibit 3**.

16.     Notwithstanding Zoeller fully performing its obligations pursuant to its agreements with Daily Distro, Daily Distro failed to pay Zoeller the amounts owed for the invoices included in **Group Exhibits 2 and 3**.

15.     Daily Distro's failure to pay Zoeller constitutes a breach of the agreements between the parties.

17.     Zoeller attempted to contact Daily Distro between April 1, 2024 and July 16, 2024 to receive payment on the outstanding invoices but was unsuccessful.

18.     On or about July 16, 2024, Zoeller learned Daily Distro was under investigation by the Federal Trade Commission ("FTC") and its operation was shut down.

19.     Prior to July 16, 2024, Zoeller did not know of the FTC action and had no knowledge of why Daily Distro was not making payment for the products delivered.

20.     As a direct and proximate result of Daily Distro's breach of the agreements with Zoeller, Zoeller has been damaged in the amount of $342,626.12.

21.     The Credit Application provides that Daily Distro will pay any collections costs incurred, including reasonable attorney's fees.

WHEREFORE, Intervenor Party Plaintiff, Zoeller Pump Company, respectfully requests that this Honorable Court enter judgment in its favor and against Defendant, Daily Distro, LLC, and award Zoeller the following:

(a) All damages incurred as a result of Daily Distro, LLC's breach;

(b) Pre-judgment and post-judgment interest and costs as permitted by law;

(c) All reasonable attorneys' fees, paralegal fees and other costs resulting from the enforcement of the Credit Application; and

(d) Such other and further relief as the Court deems just and proper.

## COUNT II – UNJUST ENRICHMENT (IN THE ALTERNATIVE)
### *Daily Distro LLC*

22.     Plaintiff incorporates Paragraphs 1 through 7 of the Complaint, as though fully set forth herein.

23.     From January 9, 2023 through July 16, 2024, Zoeller delivered product to Daily Distro worth $2,118,873.70.

24.     Daily Distro only paid Zoeller $1,776,247.58 for the product delivered to Daily Distro between January 9, 2023 and July 16, 2024.

25.     Daily Distro has not returned the product to Zoeller that was delivered between January 9, 2023 and July 16, 2024.

26.     Daily Distro's refusal to pay Zoeller is without justification.

27.    Daily Distro has unjustly retained a benefit to Zoeller's detriment, and Daily Distro's retention of the benefit violates the fundamental principles of justice, equity, and good conscience.

WHEREFORE, Intervenor Plaintiff, Zoeller Pump Company, respectfully requests that this Honorable Court enter judgment in its favor and against, Defendant Daily Distro LLC, as follows:

(a) Awarding Zoller Pump Company all monetary damages incurred as a result of Daily Distro LLC's unjust conduct; and/or

(b) Requiring Daily Distro LLC to return all Zoeller product delivered to Daily Distro LLC between January 9, 2023 and July 16, 2024 that was not fully paid for;

(c) Awarding Zoeller Pump Company, pre-judgment and post-judgment interest and costs as permitted by law;

(d) Awarding Zoeller Pump Company, all reasonable attorneys' fees, paralegal fees and other costs; and

(e) Awarding Zoeller Pump Company, such other and further relief as the Court deems just and proper.

## COUNT III – BREACH OF CONTRACT
### *Bratislav Rozenfeld a/k/a Steven Rozenfeld*

28.    Plaintiff incorporates Paragraphs 1 through 21 of the Complaint, as though fully set forth herein.

29.    Rozenfeld is the sole member of Daily Distro, LLC.

30.    The Credit Application submitted by Daily Distro LLC on or around July 11, 2022, included a Personal Guarntee signed by Steven Rozen wherein he personally guaranteed the faithful payment, when due, of all accounts of Daily Distro for purchase made within five years after the date of the Credit Application.

31.    Since Daily Distro did not pay Zoeller for the Subject Product, Rozenfeld as the guarantor is required to pay Zoeller.

32.    Notwithstanding Zoeller's numerous requests demanding payment, Rozenfeld has not yet tendered payment to Zoeller.

33.    Rozenfeld's failure to pay Zoeller as the guarantor constitutes a breach of the Credit Application.

34.    As a direct and proximate result of Rozenfeld's breach of the Credit Application, Zoeller has been damaged in an amount in excess of $342,626.12

WHEREFORE, Intervenor Plaintiff, Zoeller Pump Company, respectfully requests that this Honorable Court enter judgment in its favor and against, Defendant Bratislav Rozenfeld a/k/a Steven Rozenfeld and award Zoeller the following:

(a) All damages incurred as a result of Bratislav Rozenfeld a/k/a Steven Rozenfeld's breach of the Credit Application;

(b) Pre-judgment and post-judgment interest and costs as permitted by law;

(c) All reasonable attorneys' fees, paralegal fees and other costs resulting from the enforcement of the Credit Application; and

(d) Such other and further relief as the Court deems just and proper.

Dated: November xx, 2024                        Respectfully submitted,
                                                **ZOELLER PUMP COMPANY**

                                                By: */s/ DRAFT*
                                                One of its Attorneys

Jessica K. Burtnett
Traub Lieberman Straus & Shrewsberry, LLP
71 S. Wacker Dr. Ste. 2110
Chicago, Illinois 60604
Phone: (312) 332-3900
Fax: (312) 332-3908
jburtnett@tlsslaw.com

# EXHIBIT 1

DAILY DISTRO LLC

# New Customer Checklist

Credit Application     [✗]

Resale Certificate     [✓]

Trade Reference (1)     [ ]

Trade Reference (2)     [ ]

Trade Reference (3)     [ ]

Trade Reference (4)     [ ]

A/P Contact Email     [✗]

Send Banking Information     [ ]

Trusted. Tested. Tough.™



**ZOELLER**
PUMP COMPANY

FM0520
0712
Supersedes
0907

Product information presented here reflects conditions at time of publication. Consult factory regarding discrepancies or inconsistencies.

*MAIL TO:* P.O. BOX 16347 • Louisville, KY 40256-0347
*SHIP TO:* 3649 Cane Run Road • Louisville, KY 40211-1961
*TEL:* (502) 778-2731 • 1 (800) 928-PUMP • *FAX:* (502) 774-3624

*Visit our web site:*
*zoellerpumps.com*

# CREDIT APPLICATION

Line of Credit Requested: $ _100,000.00_    Present Balance: $ _0_    Date: _July 11, 2022_

Business Name: _Daily Distro LLC_    Phone (w/Area Code): _3474749870_

Address (Street/City/State/Zip Code): _10 Milltown Court, Union, NJ, 07083_    For Past _7_ Years

Shipping Address (Street/City/State/Zip Code): _10 Milltown Court, Union, NJ, 07083_

D/B/A: _Daily Distro LLC_    Federal Tax I.D. Number: _83-2384718_

Former Business Address (If Applicable): _____

Type of Business: _LLC_    Date Established: _01-25-2016_    How Long in Business: _7 years_

Does State, County or City Require a License? If Yes, License Number: _970-097-382_

Ownership:    ☒ Sole Ownership    ☐ Partnership    ☐ Corporation

| | Name | Title | SS# | Home Address |
|---|---|---|---|---|
| Principal: | _Steven Rozen_ | _CEO_ | _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_ | _429 Jefferson Ave. , Staten Island, NY 10306_ |
| Principal: | | | | |
| Principal: | | | | |
| Principal: | | | | |

Trade References:    (Name of Suppliers of Major Products and Services)

| Name | | Address/Phone and Fax (w/Area Code) | |
|---|---|---|---|
| _Tropic Isle Living_ | _829 Pickens Industrial Drive Suite 1, Marietta GA 30062_ | _(770) 837-3236_ | |
| _Ateco_ | _36 Sea Cliff Avenue, Glen Cove, NY 11542_ | _800-645-7170_ | |
| _Innovacion Natural_ | _10910 Long Beach Blvd. Suite 103-402, Lynwood, CA, 90262_ | _877-592-0029_ | |

Bank Reference:    ☒ Checking    ☐ Loan    ☐ Savings

| Name | Address | Account Number | Contact |
|---|---|---|---|
| _Signature Bank_ | _9003 Third Ave, Brooklyn, NY 11209_ | _001502305480_ | _Karen David & Kelly Santiago_ |
| | | | _718-210-5640_ |

Number of Employees: _100+_    Estimated Annual Sales: $ _21Millions +_    Sales Area: _US_

Has the Firm or Any of Its Principals Ever Been Bankrupt? If Yes, Explain: _____

**Please attach authorization letter for releasing of bank information.**

Over

© Copyright 2012 Zoeller Co. All rights reserved.

Mortgage Holder/Landlord: ___*Daily Distro LLC*___

Address (Street/City State/Zip Code): ___*10 Milltown Court, Union, NJ 07083*___

Other Business Debts:

| Name | Address | Balance Due |
|------|---------|-------------|
|  |  |  |
|  |  |  |
|  |  |  |

Person to Contact About Account: ___*Tatiana Stone*___        *Senior Procurement Manager*___

<table>
<tr><td>(Name)</td><td>(Title)</td></tr>
</table>

| Type of Credit Agreement |
|---|
|  |

Applicant agrees to pay any collection costs incurred to collect the amount balance, including reasonable attorney's fees.

The Undersigned Will/Will Not Submit A Financial Statement.

The undersigned, as an inducement to grant credit, warrants that the information submitted is true and correct.  You are authorized to investigate the credit references listed above.

| *Steven Rozen* | *CEO* |  |  |
|---|---|---|---|
| (Name) | (Title) | (Name) | (Title) |
|  |  |  |  |
| (Name) | (Title) | (Name) | (Title) |

## PERSONAL GUARANTEE

In consideration of credit being extended by ___*Daily Distro LLC*___ to the above named applicant for merchandise to be purchased whether applicant be individual or individuals, a proprietorship, a partnership, a corporation or other entity, the undersigned guarantor or guarantors each hereby contract and guarantee to _____ the faithful payment, when due, of all accounts of said applicant for purchase made within five years next after the date of this application.  The maximum aggregate liability of the guarantor there under shall be _____ .  The undersigned guarantor or guarantors each hereby expressly waive all notice of acceptance of this guarantee, notice of extension of credit to applicant, presentment, and demand for payment on applicant, protest and notice to undersigned guarantor or guarantors of dishonor or default by applicant or with respect to any security held by _____ , extension of time of payment to applicant, acceptance of partial payment or partial compromise, all other notices to which the undersigned guarantor or guarantors might otherwise be entitled and demand for payment under this guarantee.  Any revocation of this guarantee shall be in writing and delivered to _____ .

| *Steven Rozen* |  |
|---|---|
| Signature | Signature |
|  |  |
| Signature | Signature |

CREDIT DEPARTMENT USE ONLY

Date Line of Credit Approved: _____

Date Line of Credit Denied: _____

COMMENTS: _____

© Copyright 2012 Zoeller Co. All rights reserved.

ST-3  (11-99, R-10)

**State of New Jersey**
DIVISION OF TAXATION

**SALES TAX**
**FORM ST-3**

**RESALE CERTIFICATE**

The seller must collect the tax on a sale of taxable property or services unless the purchaser gives him a properly completed New Jersey exemption certificate.

PURCHASER'S NEW JERSEY CERTIFICATE OF AUTHORITY NUMBER

970-097-382

To be completed by purchaser and given to and retained by seller.  See instructions on back.
Seller should read and comply with the instructions given on both sides of an exemption certificate.

TO    Daily Distro LLC                                               Date   7/20/2022
(Name of Seller)

10 Milltown Court                  Union              NJ          07083
Address                            City               State       Zip

The undersigned certifies that:

(1)  He holds a valid Certificate of Authority (number shown above) to collect State of New Jersey Sales and Use Tax.

(2)  He is principally engaged in the sale of (indicate nature of merchandise or service sold):
Wholesale Distributor

(3)  The merchandise or services being herein purchased are described as follows:
we carry groceries, health and beauty items, pet supplies, and other necessities

(4)  The **merchandise** described in (3) above is being purchased: *(check one or more of the blocks which apply)*
(a)  [x] For resale in its present form.
(b)  [x] For resale as converted into or as a component part of a product produced by the undersigned.
(c)  [x] For use in the performance of a taxable service on personal property, where the property which is the subject of this Certificate becomes part of the property being serviced or is later transferred to the purchaser of the service in conjunction with the performance of the service.

(5)  The services described in (3) above are being purchased: *(check the block which applies)*
(a)  [x] By a vendor who will either collect the tax or will resell the services.
(b)  [x] To be performed on personal property held for sale.

I, the undersigned purchaser, have read and complied with the instructions and rules promulgated pursuant to the New Jersey Sales and Use Tax Act with respect to the use of the Resale Certificate, and it is my belief that the seller named herein is not required to collect the sales or use tax on the transaction or transactions covered by this Certificate.  The undersigned purchaser hereby swears (under the penalties for perjury and false swearing) that all of the information shown in this Certificate is true.

Tatiana Stone

NAME OF PURCHASER                                    (as registered with the New Jersey Division of Taxation)
10 Milltown Court, Union, NJ 07083
(Address of Purchaser)

By                                              Senior Procurement Manager
(Signature of owner, partner, officer of corporation, etc.)                (Title)

**MAY BE REPRODUCED**
(Front & Back Required)

## INSTRUCTIONS FOR USE OF RESALE CERTIFICATES - ST-3

1. **Good Faith** - In general, a seller or lessor who accepts an exemption certificate in "good faith" is relieved of liability for collection or payment of tax upon transaction covered by the certificate. The question of "good faith" is one of fact and depends upon a consideration of all the conditions surrounding the transaction. A vendor is presumed to be familiar with the law and the regulations pertinent to the business in which he deals.

   In order for "good faith" to be established, the following conditions must be met:

   (a) The certificate must contain no statement or entry which the seller or lessor knows, or has reason to know, is false or misleading.

   (b) The certificate must be an officially promulgated certificate form or a substantial and proper reproduction thereof.

   (c) The certificate must be dated and executed in accordance with the published instructions, and must be complete and regular in every respect.

   The vendor may, therefore, accept this "good faith" Resale Certificate as a basis for exempting sales to the signatory purchaser provided that:

   (d) The purchaser's Certificate of Authority number, indicating that the purchaser is registered with the New Jersey Division of Taxation, is entered on the face of the Certificate.

   (e) The purchaser has entered all other information required on the form.

   (f) The vendor has no reason to believe that the property to be purchased is of a type not ordinarily used in the purchaser's business for the purpose described in this Certificate.

2. **Improper Certificate** - Sales transactions which are not supported by properly executed exemption certificates are deemed to be taxable retail sales. The burden of proof that the tax was not required to be collected is upon the seller.

3. **Correction of Certificate** - In general, sellers have 60 days after date of sale to obtain a corrected certificate where the original certificate lacked material information required to be set forth in said certificate or where such information is incorrectly stated.

4. **Additional Purchases by Same Purchaser** - This certificate will serve to cover additional purchases by the same purchaser of the same general type of property. However, each subsequent sales slip or purchase invoice based on this Certificate must show the purchaser's name, address and New Jersey Certificate of Authority number for purpose of verification.

5. **Retention of Certificates** - Certificates must be retained by the seller for a period of not less than three years from the date of the last sale covered by the certificate. Certificates must be in the physical possession of the vendor and available for inspection on or before the 60th day following the date of the transaction to which the certificate relates.

### EXAMPLES OF PROPER USE OF RESALE CERTIFICATE

a. A retail household appliance store owner issues a Resale Certificate when purchasing household appliances from a supplier for resale.

b. A furniture manufacturer issues a Resale Certificate to cover the purchase of lumber to be used in manufacturing furniture for sale.

c. An automobile service station operator issues a Resale Certificate to cover the purchase of auto parts to be used in repairing customer cars.

### EXAMPLES OF IMPROPER USE OF RESALE CERTIFICATE

In the examples below, the vendor should not accept Resale Certificates, but should insist upon payment of the sales tax.

a. A lumber dealer can not accept a Resale Certificate from a tire dealer who is purchasing lumber for use in altering his premises.

b. A distributor may not issue a Resale Certificate on purchases of cleaning supplies and other materials for his own office maintenance, even though he is in the business of distributing such supplies.

c. A retailer may not issue a Resale Certificate on purchases of office equipment for his own use, even though he is in the business of selling office equipment.

d. A supplier can not accept a Resale Certificate from a service station owner who purchases tools and testing equipment for use in his business.

REPRODUCTION OF RESALE CERTIFICATE FORMS: Private reproduction of both sides of Resale Certificates may be made without the prior permission of the Division of Taxation.

Have a question? Write:

**Division of Taxation, Technical Services, Taxpayer Services Branch/OCE, PO Box 281, Trenton, NJ 08695-0281**

**ST-3** (11-99, R-10)

**EXHIBIT 2**



**INVOICE**

Remit To:  Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number: 1343526
Invoice Date: 03/15/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Tracy Henderson

Order Number: Z001198971
Warehouse: MAIN

| BILL TO | | SOLD TO | | SHIP TO | |
|---|---|---|---|---|---|
| Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES | |
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0129 | RNLO / Standard LTL | 695044935 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 236.00 | M10WSS |

SALES:  Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 4 | 2.00 | 2.00 | 0.00 | 270-0006 | BE270<br>230V/1Ph/Pb20'/cCSAus | 1,160.00 | 0.5016 | 1,163.71 |

| | | |
|---|---|---|
| | **Sales Amount:** | $1,163.71 |
| **Discounts:** | **Percentage:** 0.00 | $0.00 |
| **Miscellaneous** | **Total Adjustment:** | $0.00 |
| **Adjustments:** | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |

You may deduct 23.27 if paid by 4/14/2024.          Invoice Due Date: 04/15/2024     Currency: USD     **Total:** $1,163.71

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

| | |
|---|---|
| Invoice Number: | 1334301 |
| Invoice Date: | 01/18/2024 |
| Page: | 1 of 1 |

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Mariah Foster

Order Number: Z001196110
Warehouse: MAIN

zoeller.com

| BILL TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | SOLD TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES<br><br>1131893-0 | SHIP TO | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES<br><br>1131893-2 |
|---|---|---|---|---|---|

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING | | |
|---|---|---|---|---|
| ZO0108 | J&J / Truckload | | | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | Prepaid | 18,572.00 | M10WSS |

SALES: Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 80.00 | 80.00 | 0.00 | 105-0001 | Drain Pump 105/M53 115V/1Ph/cCSAus | 455.00 | 0.5016 | 18,258.24 |
| 2 | 400.00 | 400.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 59,188.80 |
| 3 | 8.00 | 8.00 | 0.00 | 108-0001 | Crawl Space Sump W/M53 Pump/25'Cd | 620.00 | 0.5016 | 2,487.94 |
| 4 | 80.00 | 80.00 | 0.00 | 267-0001 | M267 115V/1Ph/cCSAus | 671.00 | 0.5016 | 26,925.89 |
| 6 | 70.00 | 70.00 | 0.00 | 63-0001 | M63 115V/1Ph/cCSAus | 415.00 | 0.5016 | 14,571.48 |
| 7 | 10.00 | 10.00 | 0.00 | 95-0001 | M95 115V/1Ph/.5Hp/cCSAus | 621.00 | 0.5016 | 3,114.94 |

| | | |
|---|---|---|
| | **Sales Amount:** | $124,547.29 |
| Discounts: | **Percentage:** 0.00 | $0.00 |
| Miscellaneous | **Total Adjustment:** | $0.00 |
| Adjustments: | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |
| You may deduct 2,490.95 if paid by 2/17/2024. | Invoice Due Date: 02/18/2024 | **Currency:** USD **Total:** $124,547.29 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

| | |
|---|---|
| Invoice Number: | 1331236 |
| Invoice Date: | 12/20/2023 |
| Page: | 1 of 1 |

zoeller.com

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Sonya Fenn

Order Number: Z001193311
Warehouse: MAIN

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | | 1131893-0 | | 1131893-2 | |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0812 | PITD / Standard LTL | 0070328531 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 4,125.00 | M10WSS |

SALES: Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 80.00 | 80.00 | 0.00 | 57-0001 | M57 115V/1Ph/cCSAus | 335.00 | 0.5016 | 13,442.88 |
| 2 | 40.00 | 40.00 | 0.00 | 105-0001 | Drain Pump 105/M53 115V/1Ph/cCSAus | 455.00 | 0.5016 | 9,129.12 |
| 3 | 30.00 | 30.00 | 0.00 | 004705 | Switch Asm "50" | 51.00 | 0.6000 | 918.00 |
| 4 | 30.00 | 30.00 | 0.00 | 004702 | Case & Switch "50" | 89.50 | 0.6000 | 1,611.00 |
| 5 | 30.00 | 30.00 | 0.00 | 004892 | Switch Asm Rack Pack"50/90"Ah | 52.00 | 0.6000 | 936.00 |
| 6 | 25.00 | 25.00 | 0.00 | 30-0243 | Valve,Quiet Check/2"PVC/Hose Clamp/White | 67.00 | 0.5016 | 840.18 |
| 7 | 20.00 | 20.00 | 0.00 | 10-0055 | Switch,Mech Flt/SPB/120V/10'Cd/13Amp/.5 H | 72.00 | 0.5016 | 722.30 |
| 8 | 10.00 | 10.00 | 0.00 | 53-0016 | M53 25'Cd/115V/1Ph/cCSAus | 345.00 | 0.5016 | 1,730.52 |
| 9 | 2.00 | 2.00 | 0.00 | 98-0005 | BN98 115V/1Ph/Pb15'/cCSAus | 486.00 | 0.5016 | 487.56 |

| | | | |
|---|---|---|---|
| | | Sales Amount: | $29,817.56 |
| Discounts: | Percentage: 0.00 | | $0.00 |
| Miscellaneous | | Total Adjustment: | $0.00 |
| Adjustments: | | Freight: | $0.00 |
| | | Tax ID: | $0.00 |
| | | Prepaid Amount: | $0.00 |
| You may deduct 596.35 if paid by 1/19/2024. | Invoice Due Date: 01/20/2024 | Currency: USD  Total: | $29,817.56 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

zoeller.com
PUMP COMPANY

Invoice Number: 1327810
Invoice Date: 11/22/2023
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

Order Number: Z001191007
Warehouse: MAIN

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER<br>tjihwe | SHIP VIA<br>PITD / Standard LTL | PRO BILL/ TRACKING<br>0070281441 | | |
|---|---|---|---|---|
| CORP. CR APPROVAL | CREDIT TERMS<br>2% 30 Days, Net 31 Days | FREIGHT TERMS<br>Prepaid | FREIGHT WEIGHT<br>10,016.70 | END USER TYPE<br>M10WSS |
| SALES: Edwards, Platt & Deely | | | | |

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 120.00 | 120.00 | 0.00 | 267-0001 | M267 115V/1Ph/cCSAus | 671.00 | 0.5016 | 40,388.83 |
| 2 | 120.00 | 120.00 | 0.00 | 30-0238 | Valve,Check/1.5 InLine/Vertical/SS Clamp | 22.00 | 0.5016 | 1,324.22 |
| 3 | 60.00 | 60.00 | 0.00 | 57-0001 | M57 115V/1Ph/cCSAus | 335.00 | 0.5016 | 10,082.16 |
| 4 | 30.00 | 30.00 | 0.00 | 105-0001 | Drain Pump 105/M53 115V/1Ph/cCSAus | 455.00 | 0.5016 | 6,846.84 |
| 5 | 20.00 | 20.00 | 0.00 | 10-0763 | Alarm,Flood Alert 4.5Vdc"Aquanot"/Zco | 42.00 | 0.5016 | 421.34 |
| 6 | 20.00 | 20.00 | 0.00 | 540-0005 | Pump,Ejector-Water Powered/Model 540 | 296.00 | 0.5016 | 2,969.47 |
| 7 | 15.00 | 15.00 | 0.00 | 95-0001 | M95 115V/1Ph/.5Hp/cCSAus | 621.00 | 0.5016 | 4,672.40 |
| 8 | 8.00 | 8.00 | 0.00 | 53-0002 | N53 115V/1Ph/cCSAus | 285.00 | 0.5016 | 1,143.65 |
| 9 | 6.00 | 6.00 | 0.00 | 108-0001 | Crawl Space Sump W/M53 Pump/25'Cd | 620.00 | 0.5016 | 1,865.95 |
| 10 | 5.00 | 5.00 | 0.00 | 267-0002 | N267 115V/1Ph/cCSAus | 602.00 | 0.5016 | 1,509.82 |
| 11 | 2.00 | 2.00 | 0.00 | 507-0005 | 507 12V/DC | 563.00 | 0.5016 | 564.80 |

| | | | Sales Amount: | $71,789.48 |
|---|---|---|---|---|
| Discounts: | | Percentage: 0.00 | | $0.00 |
| Miscellaneous Adjustments: | | Total Adjustment: | | $0.00 |
| | | Freight: | | $0.00 |
| | | Tax ID: | | $0.00 |
| | | Prepaid Amount: | | $0.00 |
| You may deduct 1,435.79 if paid by 12/22/2023. | Invoice Due Date: 12/23/2023 | Currency: USD | Total: | $71,789.48 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**

# EXHIBIT 3



**Remit To:** Zoeller Pump Company
Department 8036
Carol Stream IL 60122

**Invoice Number:** 1357598
**Invoice Date:** 06/04/2024
**Page:** 1 of 1

zoeller.com

**Phone:** 502-778-2731
**Fax:** 502-774-3624
**Entered By:** Todd Young

**Order Number:** Z001212813
**Warehouse:** MAIN

| BILL TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SOLD TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SHIP TO | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING | | |
|---|---|---|---|---|
| zo0527 | J&J / Truckload | | | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | Prepaid | 10,782.00 | M10WSS |

| SALES: | Edwards, Platt & Deely |
|---|---|

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 150.00 | 150.00 | 0.00 | 267-0001 | M267 115V/1Ph/cCSAus | 671.00 | 0.5016 | 50,486.04 |
| 2 | 100.00 | 100.00 | 0.00 | 63-0001 | M63 115V/1Ph/cCSAus | 415.00 | 0.5016 | 20,816.40 |
| 4 | 10.00 | 10.00 | 0.00 | 42-0007 | N42 115V/1Ph/9'Cd/cCSAus | 251.00 | 0.5016 | 1,259.02 |
| 5 | 10.00 | 10.00 | 0.00 | 10-0689 | Weight Asm,(1) Weight Only/<br>(Flt Switch) | 42.00 | | 210.67 |
| 6 | 8.00 | 8.00 | 0.00 | 266-0001 | M266 115V/1Ph/cCSAus | 652.00 | 0.5016 | 2,616.35 |

| | | | | **Sales Amount:** | $75,388.48 |
|---|---|---|---|---|---|
| Discounts: | | **Percentage:** | 0.00 | | $0.00 |
| Miscellaneous | | | | **Total Adjustment:** | $0.00 |
| Adjustments: | | | | **Freight:** | $0.00 |
| | | | | **Tax ID:** | $0.00 |
| | | | | **Prepaid Amount:** | $0.00 |
| You may deduct 1,507.77 if paid by 7/4/2024. | Invoice Due Date: 07/05/2024 | **Currency:** USD | **Total:** | $75,388.48 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

REPRINT



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number: 1354883
Invoice Date: 05/20/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Judy Rhodes

zoeller.com

Order Number: Z001206921
Warehouse: MAIN

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | | 1131893-0 | | 1131893-2 |

| PURCHASE ORDER<br>ZO0404 | SHIP VIA<br>PITD / Standard LTL | PRO BILL/ TRACKING<br>0070328970 | | |
|---|---|---|---|---|
| CORP. CR APPROVAL | CREDIT TERMS<br>2% 30 Days, Net 31 Days | FREIGHT TERMS<br>Prepaid | FREIGHT WEIGHT<br>746.00 | END USER TYPE<br>M10WSS |
| SALES: | Edwards, Platt & Deely | | | |

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 450.00 | 450.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 66,587.40 |

| | | |
|---|---|---|
| | Sales Amount: | $66,587.40 |
| Discounts: | Percentage: 0.00 | $0.00 |
| Miscellaneous | Total Adjustment: | $0.00 |
| Adjustments: | Freight: | $0.00 |
| | Tax ID: | $0.00 |
| | Prepaid Amount: | $0.00 |
| You may deduct 1,331.75 if paid by 6/19/2024. | Invoice Due Date: 06/20/2024 Currency: USD | Total: $66,587.40 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number: 1353902
Invoice Date: 05/14/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

zoeller.com

Order Number: Z001208619
Warehouse: MAIN

| BILL TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SOLD TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SHIP TO | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING | |
|---|---|---|---|
| ZO0418 | PITD / Standard LTL | 0070328931 | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | Prepaid | 856.00 | M10WSS |

| SALES: | Edwards, Platt & Deely |
|---|---|

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 8 | 12.00 | 12.00 | 0.00 | 508-0007 | 508 with M98 Preassembled Sys ProPak "Aq | 1,233.00 | 0.5016 | 7,421.67 |
| 9 | 5.00 | 5.00 | 0.00 | 98-0005 | BN98 115V/1Ph/Pb15'/cCSAus | 486.00 | 0.5016 | 1,218.89 |

| | | Sales Amount: | $8,640.56 |
|---|---|---|---|
| Discounts: | Percentage: 0.00 | | $0.00 |
| Miscellaneous | | Total Adjustment: | $0.00 |
| Adjustments: | | Freight: | $0.00 |
| | | Tax ID: | $0.00 |
| | | Prepaid Amount: | $0.00 |
| You may deduct 172.81 if paid by 6/13/2024. | Invoice Due Date: 06/14/2024 | Currency: USD | Total: $8,640.56 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To:  Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number:  1352239
Invoice Date:  05/06/2024
Page:  1  of  1

Phone:  502-778-2731
Fax:  502-774-3624
Entered By: Judy Rhodes

Order Number:  Z001206921
Warehouse:  MAIN

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | Source/Estimate: | 1131893-0 | | 1131893-2 | |

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0404 | PITD / Standard LTL | 0070328899 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 746.00 | M10WSS |

SALES:  Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 2 | 10.00 | 10.00 | 0.00 | 508-0007 | 508 with M98 Preassembled Sys ProPak "Aq | 1,233.00 | 0.5016 | 6,184.73 |
| 3 | 5.00 | 5.00 | 0.00 | 98-0005 | BN98 115V/1Ph/Pb15'/cCSAus | 486.00 | 0.5016 | 1,218.89 |

| | | |
|---|---|---|
| **Sales Amount:** | | $7,403.62 |
| Discounts: | **Percentage:** 0.00 | $0.00 |
| Miscellaneous | **Total Adjustment:** | $0.00 |
| Adjustments: | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |

You may deduct 148.07 if paid by 6/5/2024.     Invoice Due Date: 06/06/2024     Currency: USD    **Total:**  $7,403.62

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

zoeller.com

Invoice Number: 1350155
Invoice Date: 04/23/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

Order Number: Z001208619
Warehouse: MAIN

| BILL TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SOLD TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SHIP TO | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | | 1131893-0 | | 1131893-2 | |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING | |
|---|---|---|---|
| ZO0418 | PITD / Standard LTL | 0070328868 | |
| **CORP. CR APPROVAL** | **CREDIT TERMS** | **FREIGHT TERMS** | **FREIGHT WEIGHT** | **END USER TYPE** |
| | 2% 30 Days, Net 31 Days | Prepaid | 4,239.40 | M10WSS |

SALES: Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 2 | 150.00 | 150.00 | 0.00 | 004892 | Switch Asm Rack Pack"50/90" Ah | 52.00 | 0.6000 | 4,680.00 |
| 3 | 130.00 | 130.00 | 0.00 | 30-0238 | Valve,Check/1.5 InLine/Vertical/SS Clamp | 22.00 | 0.5016 | 1,434.58 |
| 5 | 100.00 | 100.00 | 0.00 | 105-0001 | Drain Pump 105/M53 115V/1Ph/cCSAus | 455.00 | 0.5016 | 22,822.80 |
| 5 | 60.00 | 60.00 | 0.00 | 004705 | Switch Asm "50" | 51.00 | 0.6000 | 1,836.00 |
| 6 | 20.00 | 20.00 | 0.00 | 540-0005 | Pump,Ejector-Water Powered/Model 540 | 296.00 | 0.5016 | 2,969.47 |
| 7 | 15.00 | 15.00 | 0.00 | 108-0001 | Crawl Space Sump W/M53 Pump/25'Cd | 620.00 | 0.5016 | 4,664.88 |
| 10 | 3.00 | 3.00 | 0.00 | 803-0001 | M803 115V/1Ph/cCSAus | 1,496.00 | 0.5016 | 2,251.18 |
| 11 | 2.00 | 2.00 | 0.00 | 131-0001 | Drain Pump 131 M98/115V/1Ph/cCSAus | 628.00 | 0.5016 | 630.01 |

| | | | | | Sales Amount: | $41,288.92 |
|---|---|---|---|---|---|---|
| Discounts: | | | Percentage: | 0.00 | | $0.00 |
| Miscellaneous | | | | | Total Adjustment: | $0.00 |
| Adjustments: | | | | | Freight: | $0.00 |
| | | | | | Tax ID: | $0.00 |
| | | | | | Prepaid Amount: | $0.00 |
| You may deduct 825.78 if paid by 5/23/2024. | | Invoice Due Date: 05/24/2024 | | Currency: USD | Total: | $41,288.92 |

**REPRINT**



**INVOICE**

Remit To:  Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number: 1349771
Invoice Date: 04/22/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Judy Rhodes

Order Number: Z001206921
Warehouse: MAIN

| BILL TO | SOLD TO | SHIP TO |
|---|---|---|
| Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
| 1131893-0 | 1131893-0 | 1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0404 | RNLO / Standard LTL | 695053773 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 301.00 | M10WSS |

SALES:  Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 4 | 4.00 | 4.00 | 0.00 | 803-0001 | M803 115V/1Ph/cCSAus | 1,496.00 | 0.5016 | 3,001.57 |

| | | |
|---|---|---|
| | **Sales Amount:** | $3,001.57 |
| Discounts: | **Percentage:** 0.00 | $0.00 |
| Miscellaneous Adjustments: | **Total Adjustment:** | $0.00 |
| | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |
| You may deduct 60.03 if paid by 5/22/2024. | Invoice Due Date: 05/23/2024  Currency: USD  **Total:** | $3,001.57 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

REPRINT



**INVOICE**

Remit To:  Zoeller Pump Company
Department 8036
Carol Stream IL 60122

Invoice Number: 1347721
Invoice Date: 04/10/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

Order Number: Z001202878
Warehouse: MAIN

| BILL TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SOLD TO | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | SHIP TO | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| 1131893-0 | | 1131893-0 | | 1131893-2 | |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0219 | PITD / Standard LTL | 0070328821 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 6,555.00 | M10WSS |

SALES: Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 16 | 40.00 | 40.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 5,918.88 |
| 17 | 450.00 | 450.00 | 0.00 | 53-0001 | M53 115V/1Ph/cCSAus | 295.00 | 0.5016 | 66,587.40 |

| | | |
|---|---|---|
| | Sales Amount: | $72,506.28 |
| Discounts: | Percentage: 0.00 | $0.00 |
| Miscellaneous | Total Adjustment: | $0.00 |
| Adjustments: | Freight: | $0.00 |
| | Tax ID: | $0.00 |
| | Prepaid Amount: | $0.00 |
| | Currency: USD  Total: | $72,506.28 |

You may deduct 1,450.13 if paid by 5/10/2024.          Invoice Due Date: 05/11/2024

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**



**INVOICE**

Remit To: Zoeller Pump Company
Department 8036
Carol Stream IL 60122

zoeller.com

Invoice Number: 1345213
Invoice Date: 03/26/2024
Page: 1 of 1

Phone: 502-778-2731
Fax: 502-774-3624
Entered By: Todd Young

Order Number: Z001202878
Warehouse: MAIN

| B I L L T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S O L D T O | Daily Distro LLC<br>10 Milltown Court<br>Unit B<br>Union NJ 07083<br>UNITED STATES | S H I P T O | Daily Distro<br>2011 8th Street<br>Unit 102<br>North Bergen NJ 07047<br>UNITED STATES |
|---|---|---|---|---|---|
| | 1131893-0 | | 1131893-0 | | 1131893-2 |

Source/Estimate:

| PURCHASE ORDER | SHIP VIA | PRO BILL/ TRACKING |
|---|---|---|
| ZO0219 | PITD / Standard LTL | 0070328790 |

| CORP. CR APPROVAL | CREDIT TERMS | FREIGHT TERMS | FREIGHT WEIGHT | END USER TYPE |
|---|---|---|---|---|
| | 2% 30 Days, Net 31 Days | Prepaid | 6,555.00 | M10WSS |

SALES: Edwards, Platt & Deely

| Line | Open Qty | Qty This Ship'mt | B.O. | Item | Description | List/Net | Mult. | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 9 | 8.00 | 8.00 | 0.00 | 266-0001 | M266 115V/1Ph/cCSAus | 652.00 | 0.5016 | 2,616.35 |
| 15 | 40.00 | 40.00 | 0.00 | 508-0006 | 508 with M53 Preassembled Sys ProPak "Aq | 1,080.00 | 0.5016 | 21,669.12 |
| 18 | 20.00 | 20.00 | 0.00 | 53-0016 | M53 25'Cd/115V/1Ph/cCSAus | 345.00 | 0.5016 | 3,461.04 |
| 21 | 100.00 | 100.00 | 0.00 | 63-0001 | M63 115V/1Ph/cCSAus | 415.00 | 0.5016 | 20,816.40 |
| 23 | 30.00 | 30.00 | 0.00 | 98-0001 | M98 115V/1Ph/cCSAus | 455.00 | 0.5016 | 6,846.84 |

| | | |
|---|---|---|
| | **Sales Amount:** | $55,409.75 |
| Discounts: | **Percentage:** 0.00 | $0.00 |
| Miscellaneous | **Total Adjustment:** | $0.00 |
| Adjustments: | **Freight:** | $0.00 |
| | **Tax ID:** | $0.00 |
| | **Prepaid Amount:** | $0.00 |
| You may deduct 1,108.20 if paid by 4/25/2024. | Invoice Due Date: 04/26/2024    Currency: USD    **Total:** | $55,409.75 |

Thank you for your order and God Bless America!
DUE DATE - Estimated date when line item will ship from Zoeller.

**REPRINT**