## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Case No.: 2:24-6635(JXN) (LDW) |
| | : | |
| | : | |
| v. | : | ***ELECTRONICALLY FILED*** |
| | : | **CERTIFICATION OF SERVICE** |
| THEFBAMACHINE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

    I do hereby certify that on this day I caused, pursuant to the electronic filing rules, a copy of the within Notice of Motion, Memorandum of Law in Support of Motion to Intervene, Declaration of Laura M. Faustino, Esq, and Exhibits thereto, and proposed Order, to be filed electronically with the United States District Court for the District of New Jersey.

    I further certify that on this day I caused a copy to be served of the within Notice of Motion, Memorandum of Law in Support of Motion to Intervene, Declaration of Laura M. Faustino, Esq. and Exhibits thereto, and proposed Order by electronic filing upon all counsel of record.

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
                                                Attorneys for Movant, Zoeller Pump Company

Dated:      December 6, 2024          /s/ *Laura M. Faustino*
                                                Laura M. Faustino, Esq.
                                                322 Highway 35 South
                                                Red Bank, New Jersey 07701
                                                Tel. No.:  732-985-1000
                                                lfaustino@tlsslaw.com