

# USHER LAW GROUP P.C.
YOUR RIGHTS ARE OUR BUSINESS
★★★★★

---

| Our Attorneys: | Brooklyn Office: | Florida Office: |
|---|---|---|
| **Mikhail Usher, Esq** ▪▪○ | 1022 Avenue P, 2nd Floor | 221 W. Hallandale Beach Blvd, |
| **Alexander Susi, Esq** ▪ | Brooklyn, New York 11223 | Suite 117 |
| **Vladimir Nikhman, Esq** ▪○* | (t) (718) 484-7510 | Hallandale Beach, FL 33009 |
| **Jason Valentin, Esq** ○* | (f) (718) 865-8566 | (t) (754) 23 1-2330 |
| **Thomas Mirigliano, Esq** ▪* | (e) Musheresq@gmail.com | |
| Admitted in: ▪ NY • NJ ○ FL | | |
| Of Counsel * | | |

December 16, 2024

**VIA CM/ECF**

The Honorable Julien Xavier Neals
United States District Judge
District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Federal Trade Commission v. TheFBAMachine Inc. et al.*,
      Civ. No. 24-06635 (JXN) (LDW)

Dear Judge Neals,

    Undersigned Counsel submits this letter on behalf of Steven Rozenfeld and the Corporate Defendants in response to the allegations made by the FTC on December 12, 2024. On June 3, 2024, this Court entered a temporary restraining order which was in effect until August 8, 2024. With the entry of the TRO, virtually all of Defendants' accounts were frozen.

    Defendant does not deny the transactions. Defendant believed at the time that since it was not frozen, it was not subject to the TRO and that it would have already been frozen. We would note that Defendants did not object to the terms of the TRO and stipulated to a preliminary injunction which was entered on August 8, 2024. Mr. Rozenfeld has been left without money to pay for food, utilities and support his children, in addition to his legal fees.

    Mr. Rozenfeld is struggling to take care of his children as this lawsuit has frozen his source of income. He does not have remaining income.

Sincerely,

/s/ Mikhail Usher

Mikhail Usher

Alexander Susi

Counsel for Defendants

---