**TRAUB LIEBERMAN**

322 Highway 35 | 3rd Floor | Red Bank, NJ 07701
MAIN (732) 985-1000 | FAX (732) 985-2000
Laura M. Faustino | Partner | lfaustino@tlsslaw.com

** The Clerk of Court is directed to terminate the motion at ECF 97 as withdrawn.

December 18, 2024

**SO ORDERED.**

s/ *Leda Dunn Wettre*, U.S.M.J.

Dated: _12/20/2024_

<u>VIA ECF</u>

The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

RE: Federal Trade Commission v. The FBA Machine Inc., et al
Civil Action No.: 24-6635(JXN) (LDW)

Dear Judge Neals:

This firm represents Zoeller Pump Company ("Zoeller"), in connection with the above-referenced Action.

Currently pending before Your Honor is Zoeller's motion to intervene in this action, which was filed under ECF Doc. 97. Zoeller respectfully requests that the Court withdraw without prejudice said Motion to Intervene.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**

Laura M. Faustino

cc: ALL PARTIES OF RECORD (via ECF)
Jessica Burtnett, Esq. (via email)