**FOURTH DECLARATION OF TYLER BROOME**
**Pursuant to 28 U.S.C. § 1746**

I, Tyler Broome, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1.  I am a United States citizen.  I work as an Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices.  The Division of Marketing Practices investigates persons and entities that may be violating the FTC Act and other laws enforced by the FTC.  My office address is 600 Pennsylvania Avenue, NW, CC-8563, Washington, DC 20580.

2.  On June 4, 2024, the FTC served the asset freeze in accordance with Civil Case No. 24-06635 to financial institutions and service providers utilized by the Defendants.  Among those served were American Express, Wells Fargo, and Capital One.

3.  On June 5, 2024, Defendant Bratislav ("Steven") Rozenfeld was personally served and notified of the filing of *FTC v. FBA Machine et al.*, 2:24-cv-06635 (D.N.J. June 3, 2024), which included restrictions on the use of the Defendants' assets.  As part of this action Defendants were also required to complete financial disclosures, which includes identifying all of their assets and liabilities.

**CAPITAL ONE ACCOUNT**

4.  On June 4, 2024, a Capital One checking account in the name of FBA SUPPORT NJ CORP (Capital One 3832) held a balance of $69,363.97.  By June 20, 2024, the balance in this account was $203.94.  The following transactions occurred within that time frame:

    a.  Six different ATM withdrawals occurring in Miami Beach, Florida and Fort Lauderdale, Florida totaling $11,000.

    b.  Two ACH payments to Usher Law totaling $10,000.

    c.   An attempted wire transfer to "tfm dynmaic" for $54,500 on June 5, 2024, which was reversed on June 11, 2024.

    d.   Two ACH payments to American Express totaling $42,948.35.

        i.   One of these payments can be tied to American Express account 6005 (see paragraph 6).

    e.   Two ACH payments to Capital One totaling $5,093.50.  It is unknown what these payments were for or to what account they may have been credited to.

    f.   A service charge in the amount of $118.18.

## CREDIT CARD PAYMENTS

5.   Between June 6, 2024, and December 25, 2024, American Express account 6005 incurred $306,433.94 in new charges.  This account is in the name of Bratislav Rozenfeld.  Some of the charges included:

    a.   Legal payments

        i.   Guardian Law LLC - $5,000.00 on 6/13/2024

        ii.   Usher Law Group, P.C. - $10,000.00 between 7/19/2024 and 9/3/2024

    b.   Apparent Business Expenses

        i.   AdOutreach - $5,800.00 between 6/14/2024 and 6/17/2024

           1.   From adoutreach.com: "AdOutreach helps Entrepreneurs leverage YouTube Ads to generate consistent Leads & Sales."

        ii.   GoDaddy – $338.20 between 6/18/2024 and 12/13/2024

        iii.   QuoteWizard (an insurance quote provider) - $3,800.00 between 7/22/2024 and 10/16/2024

        iv.   NextGen Leads LLC - $10,700.00 between 7/22/2024 and 11/11/2024

    1. From nextgenleads.com: "We generate high-quality health insurance, and Medicare supplement leads."

   v. Smartfinancial.com (a car insurance comparison website) - $29,000.00 between 8/12/2024 and 11/6/2024

   vi. Fuego Leads LLC - $2,060.00 on 8/14/2024

    1. From fuegoleads.com: "A leader in health insurance and Medicare lead generation."

   vii. Keystone Interactive LLC - $20,319.50 between 8/20/2024 and 12/17/2024

    1. From keystoneinteractive.com: "Keystone Interactive pushes the boundaries of quality health insurance leads."

   viii. All Web Leads - $2,270.51 between 9/21/2024 and 12/8/2024

    1. From awl.com: "AWL connects consumers who need insurance with the right agents who can best meet their insurance needs."

   ix. Google Advertising Service - $4,117.00 between 10/3/2024 and 10/24/2024

 c. Flights - $8,920.50 between 6/14/2024 and 12/1/2024

  i. One of the flights booked was from John F. Kenney International Airport to Paris Charles de Gaulle Airport with tickets for Amanda Rozenfeld and two of the Defendant's minor children.

 d. Kalahari Poconos Resort - $1,247.86 between 11/27/2024 and 11/29/2024

 e. Airbnb - $8,741.99 between 7/7/2024 and 11/10/2024

 f. Boatsetter (Fort Lauderdale boat rental company) - $1,802.95 on 8/23/2024

      g.  Takeover ATV Rentals - $946.00 on 9/22/2024

      h.  Payments to schools

          i.  Centner Academy - $6,006.74 on 7/23/2024

          ii.  NSU University School - $9,825.00 between 8/12/2024 and 11/15/2024

          iii.  Smart Beginners Preschool - $1,780.00 between 12/6/2024 and 12/19/2024

6.  Over this time period, American Express 6005 received $228,514.57 in payments to pay down the incurred charges. Each payment amount was roughly similar to that statement period's new charges (ex. $40,646.83 in new charges and $39,619.57 in payments). Of these 278 unique payments, I was able to identify the source of just one of these payments, which was from Capital One 3832 in the amount of $29,797.98 (see paragraph 4d). This transaction posted to American Express on June 11, 2024. I was unable to identify the source of any other payments totaling $198,716.59 to American Express 6005.

7.  Between June 6, 2024, and December 16, 2024, American Express account 5000 incurred $16,827.47 in new charges. This account is in the name of Bratislav Rozenfeld. Some of the charges included:

      a.  Kalahari Poconos Resorts - $873.76 between 11/25/2024 and 11/28/2024

      b.  MongoDB Cloud - $1,050.33 between 6/8/2024 and 11/1/2024

          i.  From mongodb.com: "MongoDB Cloud is a unified data platform for modern applications that includes a global cloud database, search, data lake, and mobile and application services."

      c.  Flights - $1,441.68 between 8/29/2024 and 11/22/2024

003503

d. Additional charges to: Uber, restaurants, yoga studios, Tesla charging and auto service, grocery stores, Prime Nails (Miami nail salon), Apple, Amazon and Wal-Mart.

8. Over this time period, American Express 5000 received $16,807.51 in payments to pay down the incurred charges. I was unable to identify the source of any of the 42 payments. Again, each payment amount was roughly similar to that statement period's new charges.

9. Between June 23, 2024, and September 26, 2024, Wells Fargo account 8834 incurred $18,197.00 in new charges. This account is in the name of Bratislav Rozenfeld. Some of the charges included:

a. Usher Law Group, P.C. - $5,000.00 on 7/1/2024

b. Convoso - $1,373.22 between 8/1/2024 and 8/24/2024

    i. From convoso.com: "Advanced outbound call center & dialer software."

c. Turno - $630.00 between 7/30/2024 and 8/3/2024

    i. From turno.com: "Find Airbnb cleaners."

d. Home Star Pro LLC - $234.00 on 8/3/2024

    i. From homestarpro.com: "Your trusted source for your home and property management business."

e. Hertz - $600.74 on 7/16/2024

f. Flights - $260.97 between 7/24/2024 and 7/26/2024

g. Smartfinancial.com - $500.00 on 8/9/2024

h. Turnberry Ocean Colony - $351.26 between 8/5/2024 and 9/25/2024

    i. From turnberryo.com: "Turnberry Ocean Colony is a lavish residential enclave with two sleek, modern 38-story oceanfront towers featuring 260

ultra-luxurious condominiums nestled in the city of Sunny Isles Beach, Florida."

    i.   Aamro Aviation - $205.48 on 8/3/2024

        i.   From aamroaviation.com: "Flight training West Palm Beach. Master the art of flying with our creative and innovative learning techniques under the guidance of certified instructors."

    j.   Additional charges to: Uber, Instacart, restaurants, grocery stores, Apple, medical expenses, Target, TJ Maxx, salons, and clothing stores.

10. Over this time period, Wells Fargo 8834 received $8,371.00 in payments to pay down the incurred charges. I was unable to identify the source of any of the seven payments.

11. Between June 10, 2024, and September 17, 2024, Wells Fargo account 2682 incurred $11,395.60 in new charges. This account is in the name of Bratislav Rozenfeld. Some of the charges included:

    a.   NextGen Leads LLC - $1,035.00 between 8/5/2024 and 8/8/2024

    b.   Keepa Amazon Price Tracker - $894.40 between 6/10/2024 and 9/17/2024

    c.   Apple - $366.60 between 6/16/2024 and 9/7/2024

    d.   Grant Cardone - $250.00 on 8/7/2024

    e.   Hubble Bubble Lounge (Miami hookah bar) - $284.74 between 8/22/2024 and 8/23/2024

    f.   Additional charges to: Uber Eats, Seamless, restaurants, grocery stores, Amazon, cleaning service, Target, TJ Maxx, and yoga studios.

12. Over this time period, Wells Fargo 2682 received $9,741.47 in payments to pay down the incurred charges. I was unable to identify the source of any of the eight payments.

**ADDRESS ON AMERICAN EXPRESS STATEMENTS**

13. Beginning on the American Express 6005 statement covering the period of October 26, 2024, through November 24, 2024, the associated address with this account is ███████ ████████ Hallandale Beach, Florida, ████████.  Multiple public websites list this property for rent at a monthly rate of $10,500.00.

**MORTGAGE APPLICATION**

14. A subpoena response was obtained from Citadel Servicing Corporation DBA Acra Lending. Responsive documents detailed Bratislav Rozenfeld's loan application for the purchase of the property located at ████████ Pompano Beach, Florida ████████.

15. One of the documents provided was titled "Uniform Residential Loan Application," within which lies Section 5 titled "Declarations" and a subsection titled "About Your Finances."  A screenshot of this subsection is shown below.

| 5b. About Your Finances | | |
|---|---|---|
| F. Are you a co-signer or guarantor on any debt or loan that is not disclosed on this application? | ⊙ NO | ○ YES |
| G. Are there any outstanding judgments against you? | ⊙ NO | ○ YES |
| H. Are you currently delinquent or in default on a Federal debt? | ⊙ NO | ○ YES |
| I. Are you a party to a lawsuit in which you potentially have any personal financial liability? | ⊙ NO | ○ YES |
| J. Have you conveyed title to any property in lieu of foreclosure in the past 7 years? | ⊙ NO | ○ YES |
| K. Within the past 7 years, have you completed a pre-foreclosure sale or short sale, whereby the property was sold to a third party and the Lender agreed to accept less than the outstanding mortgage balance due? | ⊙ NO | ○ YES |
| L. Have you had property foreclosed upon in the last 7 years? | ⊙ NO | ○ YES |
| M. Have you declared bankruptcy within the past 7 years? If YES, identify the type(s) of bankruptcy: ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 12  ☐ Chapter 13 | ⊙ NO | ○ YES |

Borrower Name: Bratislav Rozenfeld

Uniform Residential Loan Application
Freddie Mac Form 65 · Fannie Mae Form 1003
Effective 1/2021

Borrower Initials: _____

Page 5 of 8 · 25531 COMMERCENTRE DRIVE, SUITE 160, LAKE FOREST, CA 92630

16. Line Item I in the subsection above reads, "Are you a party to a lawsuit in which you potentially have any personal financial liability?" The response to this question reads "no." Section 6 of the Uniform Residential Loan Application was signed by Bratislav Rozenfeld on December 2, 2021. **Attachment A** is a true and accurate copy of the document titled "Uniform Residential Loan Application."

17. On June 2, 2021, a civil case was filed against Bratislav Rozenfeld and FBA Support LLC seeking monetary damages, among other relief. *Valiant Consultants v. FBA Support LLC, et al.*, 2:21-cv-12047 (D.N.J. June 2, 2021). **Attachment B** is a true and accurate copy of the complaint in this matter.

18. On September 29, 2023, this civil case was dismissed.  **Attachment C** is a true and accurate copy of the Order of Dismissal.

19. Provided in the subpoena response was a document titled "Loan Fraud Zero Tolerance."  **Attachment D** is a true and accurate copy of the document titled "Loan Fraud Zero Tolerance."  One of the types of loan fraud described by Acra Lending reads "submission of inaccurate information including false statements on loan applications."  Bratislav Rozenfeld signed this document on December 2, 2021.  A partial screenshot of this document is shown below.

## LOAN FRAUD ZERO TOLERANCE

All Applicants for loans from Acra Lending must be aware that Acra Lending has zero tolerance for misstatements of fact or concealment of intentions. Each Borrower is responsible for the content and statements on their loan application.

### TYPES OF LOAN FRAUD

1. Submission of inaccurate information including false statements on loan applications.
2. Falsification of documents to substantiate credit, employment, deposit or asset information including identity, ownership/non-ownership of real property.
3. Forgery of partially or predominantly accurate information.
4. Inaccurate or intentionally misleading statements regarding current occupancy or intent to maintain minimum occupancy as stated on the Security Instrument.
5. Inaccurate or misleading statements made to induce Acra Lending to make a loan for a non-owner occupied property when the intention is to use the subject property that is collateral for the loan as a primary personal residence.

20. Provided in the subpoena response was a document titled "Borrower's Certification & Authorization."  This document states that all information in the loan application was accurately presented, free of misrepresentations and omissions.  Bratislav Rozenfeld signed this document on November 4, 2021.  A screenshot of this document is shown below.

# Borrower's Certification & Authorization

### Certification

The undersigned certify the following:

1.  I / We have applied for a mortgage loan from **Acra Lending**.

    In applying for the loan, I / We completed a loan application containing various information on the purposes of the loan, the amount and source of the down payment, employment and income information, and assets and liabilities. I / We certify that all the information is true and complete. I / We made no misrepresentations in the loan application with the employer and / or other documents, nor did I / We omit any pertinent Information.

2.  I / We understand and agree that **Acra Lending** reserves the right to change the mortgage loan review process to a full documentation program. This may include verifying the information provided on the application with the employer and / or the financial institution.

3.  I / We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statement when applying for this mortgage, as applicable under the provisions of Title 18, United Stated Code, Section 1014.

### Authorization to Release Information

To Whom It May Concern:

1.  I / We have applied for a mortgage loan from **Acra Lending**.

    As part of the application process, **Acra Lending** may verify information contained in my / our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2.  I / We understand and agree that **Acra Lending** reserves the right to change the mortgage loan review process to a full documentation program. This may include verifying the information provided on the application with the employer and / or the financial institution.

3.  **Acra Lending** or any investor that purchases the mortgage may address this authorization to any party names in the loan application.

4.  A copy of this authorization may be accepted as an original.

5.  Your prompt reply to **Acra Lending** or the investor that purchased the mortgage is appreciated.

| | |
|---|---|
| _Signature_     11/4/2021    _Date_ | _Signature_      _Date_ |
| bratislav rozenfeld | |
| _Printed Name_ | _Printed Name_ |
| ▮▮▮▮▮▮▮ | |
| _Social Security Number_ | _Social Security Number_ |

21. Multiple documents within the subpoena response indicate that the property at ███ ███ Pompano Beach, Florida ███████ was purchased as an investment property, not as a residence of the applicant.

    a. A document titled "Business Purpose Loan Certification and Attestation" signed by Bratislav Rozenfeld on December 2, 2021. A screenshot of this document is shown below.



b.  A document titled "Letter Of Explanation For Primary Being A Rental" signed by

Bratislav Rozenfeld on November 3, 2021.  A screenshot of this document is

shown below.

Letter Of Explanation For Primary Being A Rental

The reason that I currently rent my primary address ███████████Edgewater, NJ, ████
is due to the prestigious school my son was accepted to in this area. We need to live in the
surrounding area for him to attend, however we don't plan on wanting to live in Edgewater for
long. Once he finishes his last few years of school, we will be looking to purchase a primary
home. At the moment it is more financially beneficial for me to purchase investment properties
out of state where the value will appraise quickly over time and I can make some passive income
from it in the meantime.

If you have any further questions feel free to contact me,

Bratislav Rozenfeld

11/03/2021

X. 

c.  A document titled "Occupancy and Financial Status Affidavit" signed by Bratislav

Rozenfeld on December 2, 2021.  **Attachment E** is a true and accurate copy of

the document titled "Occupancy and Financial Status Affidavit."  A partial

screenshot of this document is shown below.

## OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT

BEFORE ME, the undersigned authority duly authorized to take acknowledgments and administer oaths, personally appeared Bratislav Rozenfeld

(the "Borrower"),

who upon being duly sworn on oath, certified as follows:

1.  **Material Inducement:** Borrower understands and agrees that the statements contained herein are given as a material inducement to CITADEL SERVICING CORPORATION DBA ACRA LENDING

    (the "Lender"),

    and Lender is relying upon such statements, to make a mortgage loan (the "Loan") to Borrower, repayment of which is secured by a Mortgage, Deed of Trust, Security Deed or other instrument of security (the "Security Instrument") on certain real property located at ▇▇▇▇▇▇ Pompano Beach, Florida ▇▇▇▇▇

    (the "Property").

2.  **Occupancy:** [check one box only]

    ☐ **Principal Residence.** Borrower either currently occupies and uses the Property as Borrower's principal residence, or Borrower will occupy and use the Property as Borrower's principal residence within 60 days after Borrower signs the Security Instrument. Borrower will continue to occupy and use the Property as Borrower's principal residence for at least one (1) year from the date that Borrower first occupies the Property. However, Borrower will not have to occupy and use the Property as Borrower's principal residence within the time frames set forth above if Lender agrees in writing that Borrower does not have to do so. Lender may not refuse to agree unless the refusal is reasonable. Borrower will also not have to occupy and use the Property as Borrower's principal residence within the time frames set forth above if extenuating circumstances exist which are beyond Borrower's control.

    ☐ **Second Home.** Borrower will occupy, and will use, the Property as Borrower's second home. Borrower will keep the Property available for Borrower's exclusive use and enjoyment at all times, and will not subject the Property to any timesharing or other shared ownership arrangement or to any rental pool or agreement that requires Borrower either to rent the Property or give a management firm or any other person any control over the occupancy or use of the Property.

    ☒ **Investment.** The Property is owned and held by Borrower as an investment property. Borrower does not now occupy or use the property, and has no present intention to occupy or use the Property in the future, either as Borrower's principal residence or second home. Borrower now occupies and uses other property or properties as Borrower's principal residence and/or second home.

d.  Section 4 of the document titled "Uniform Residential Loan Application." This document was signed by Bratislav Rozenfeld on December 2, 2021. **Attachment A** is a true and accurate copy of the document titled "Uniform Residential Loan Application."

**Acra Lending**

**Section 4: Loan and Property Information.** This section asks about the loan's purpose and the property you want to purchase or refinance.

**4a. Loan and Property Information**

| | | |
|---|---|---|
| Loan Amount $956,250.00 | Loan Purpose ⊙ Purchase ○ Refinance ○ Other *(specify)* | |
| Property Address Street ▇▇▇▇▇▇ | | Unit # |
| City Pompano Beach | | State FL    ZIP |
| County Broward | Number of Units 1 | Property Value $1,290,000.00 |
| Occupancy ○ Primary Residence ○ Second Home ⊙ Investment Property | | FHA Secondary Residence ☐ |

**PX 41**

**003512**

22. Produced in the subpoena response was a document titled "Letter of explanation – use of business funds" which Bratislav Rozenfeld signed on November 11, 2021.  A screenshot of this document is shown below.



**Letter of explanation – use of business funds**

To whom it may concern,

The use of my funds from my account ending in 0626 for the purchase of the home located at ███████████ will not affect my day-to-day business activities as I have a very low overhead for my business passive scaling Inc and have plenty of reserves.

If you have any further questions, you may contact me.

Bratislav Rozenfeld

X._____

DATE: 11/11/2021

23. As stated in my declaration dated May 16, 2024 (Px-18, paragraph 65), I outlined financial activity that showed an account in the name of Passive Scaling Inc. ending in 0626 that made multiple wire transfers to Landmark Title Services Inc in Deerfield Beach, Florida (about six miles from Pompano Beach) and Gregory B Taylor IOTA Trust Account in Wilton Manors, Florida (also about six miles from Pompano Beach), occurring between September 23, 2021 and December 3, 2021.

24. In Px-18, paragraph 7, I stated that the estimated consumer payments made to the Passive Scaling Inc. ending 0626 was approximately $7,094,077.00.

25. In Px-18, paragraph 57, I estimated that consumer payments and funds commingled among the Defendants' accounts accounted for 93% of all source income to Passive Scaling Inc.

Executed on: January 17, 2025
Washington, D.C.

_____
Tyler Broome





*To be completed by the Lender:*
Lender Loan No./Universal Loan Identifier                                                     Agency Case No.

# Uniform Residential Loan Application

**Verify and complete the information on this application.** If you are applying for this loan with others, each additional Borrower must provide information as directed by your Lender.

## Section 1: Borrower Information. This section asks about your personal information and your income from employment and other sources, such as retirement, that you want considered to qualify for this loan.

### 1a. Personal Information

**Name** *(First, Middle, Last, Suffix)*
**Bratislav Rozenfeld**

**Alternate Names** - List any names by which you are known or any names under which credit was previously received (First, Middle, Last, Suffix)
STEVEN ROZENFELD, BRATISLAV ROZENTHAL, STEVE ROZENFELD, BRATISLAY ROZENFELD, Bratislav Rozenfeld, Rozenfeld Bratislav, Bratislav Rosenfeld

**Social Security Number**
(or Individual Taxpayer Identification Number)

| Date of Birth *(mm/dd/yyyy)* | Citizenship |
|---|---|
| | ⦿ U.S. Citizen |
| | ○ Permanent Resident Alien |
| | ○ Non-Permanent Resident Alien |

**Type of Credit**

⦿ I am applying for **individual credit.**

○ I am applying for **joint credit.** Total Number of Borrowers: _____

Each Borrower intends to apply for joint credit. *Your initials:* _____

**List name(s) of Other Borrower(s) Applying for this Loan**
*(First, Middle, Last, Suffix) - Use a separator between names*

| Marital Status | Dependents *(not listed by another Borrower)* |
|---|---|
| ⦿ Married | Number  3 |
| ○ Separated | Ages  36, 11, 8 |
| ○ Unmarried | |

*(Single, Divorced, Widowed, Civil Union, Domestic Partnership, Registered Reciprocal Beneficiary Relationship)*

**Contact Information**
Home phone
Cell phone
Work phone                    Ext.
Email

**Current Address**

| Street | | | | Unit # |
|---|---|---|---|---|
| City  Edgewater | State  NJ | ZIP | | Country  United States |

How Long at Current Address?  1  Years  1  Months    Housing  ○ No primary housing expense  ○ Own  ⦿ Rent ($  7,250.00 /month)

| If at Current Address for LESS than 2 years, list Former Address | ☐ Does not apply |
|---|---|

| Street | | | | Unit # | A condo |
|---|---|---|---|---|---|
| City  Edgewater | State  NJ | ZIP | | Country  United States |

How Long at Former Address?  Years  Months    Housing  ○ No primary housing expense  ○ Own  ○ Rent ($  /month)

**Mailing Address** – if different from Current Address    ☑ Does not apply

| Street | | | Unit # |
|---|---|---|---|
| City | State | ZIP | Country |

### 1b. Current Employment/Self Employment and Income    ☐ Does not apply

| Employer or Business Name | | | Phone | **Gross Monthly Income** | |
|---|---|---|---|---|---|
| Street | | | Unit # | Base | $  /month |
| City | State | ZIP | Country | Overtime | $  /month |
| | | | | Bonus | $  /month |
| **Position or Title** | | **Check if this statement applies:** | | Commission | $  /month |
| Start Date  /  /  (mm/dd/yyyy) | | ☐ I am employed by a family member, property seller, real estate agent, or other party to the transaction. | | Military Entitlements | $  /month |
| How long in this line of work?  Years  Months | | | | Other | $  /month |
| ☐ Check if you are the Business Owner or Self-Employed | ○ I have an ownership share of less than 25%.   ○ I have an ownership share of 25% or more. | Monthly Income (or Loss) $ | | TOTAL $ | /month |

### 1c. IF APPLICABLE, Complete Information for Additional Employment/Self Employment and Income    ☑ Does not apply

### 1d. IF APPLICABLE, Complete Information for Previous Employment/Self-Employment and Income    ☐ Does not apply

Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
Effective 1/2021

**Borrower Initials:** _____

Page 1 of 9 • 25281 COMMERCENTRE DRIVE, SUITE 160, LAKE FOREST, CA 92630

CSG-000214

 **Acra Lending**



Provide at least 2 years of current and previous employment and income.

| Employer or Business Name | | | | **Previous Gross Monthly Income** |
|---|---|---|---|---|
| Street | | | Unit # | $ _____ / month |
| City | State | ZIP | Country | |

Position or Title _____

Start Date ___ / ___ / ___ (mm/dd/yyyy)     ☐ **Check if you were the Business Owner or Self-Employed**

End Date ___ / ___ / ___ (mm/dd/yyyy)

### 1e. Income from Other Sources    ☑ Does not apply

Include income from other sources below. Under Income Source, choose from the sources listed here:

- Alimony
- Automobile Allowance
- Boarder Income
- Capital Gains
- Child Support
- Disability
- Foster Care
- Housing or Parsonage
- Interest and Dividends
- Mortgage Credit Certificate
- Mortgage Differential Payments
- Notes Receivable
- Public Assistance
- Retirement *(e.g., Pension, IRA)*
- Royalty Payments
- Separate Maintenance
- Social Security
- Trust
- Unemployment Benefits
- VA Compensation
- Other

**NOTE:** *Reveal alimony, child support, separate maintenance, or other income ONLY IF you want it considered in determining your qualification for this loan.*

## Section 2: Financial Information - Assets and Liabilities. This section asks about things you own that are worth money and that you want considered to qualify for this loan. It then asks about your liabilities (or debts) that you pay each month, such as credit cards, alimony, or other expenses.

### 2a. Assets – Bank Accounts, Retirement, and Other Accounts You Have

Include all accounts below. Under Account Type, choose from the types listed here:

- Checking
- Savings
- Money Market
- Certificate of Deposit
- Mutual Fund
- Stocks
- Stock Options
- Bonds
- Retirement (e.g., 401k, IRA)
- Bridge Loan Proceeds
- Individual Development Account
- Trust Account
- Cash Value of Life Insurance *(used for the transaction)*

| Account Type - *use list above* | Financial Institution | Account Number | Cash or Market Value |
|---|---|---|---|
| Checking | CHASE | 000000703350626 | $ 1,141,168.24 |
| | | | $ |
| | | | $ |
| | | | $ |
| | | **Provide TOTAL Amount Here** | $ 1,141,168.24 |

### 2b. Other Assets and Credits You Have    ☐ Does not apply

Include all other assets and credits below. Under Asset or Credit Type, choose from the types listed here:

*Assets*
- Proceeds from Real Estate Property to be sold on or before closing
- Proceeds from Sale of Non-Real Estate Asset
- Secured Borrowed Funds
- Unsecured Borrowed Funds
- Other

*Credits*
- Earnest Money
- Employer Assistance
- Lot Equity
- Relocation Funds
- Rent Credit
- Sweat Equity
- Trade Equity

| Asset or Credit Type - *use list above* | Cash or Market Value |
|---|---|
| Earnest Money | $ 120,000.00 |
| | $ |
| | $ |
| | $ |
| **Provide TOTAL Amount Here** | $ 120,000.00 |

### 2c. Liabilities – Credit Cards, Other Debts, and Leases that You Owe    ☐ Does not apply

Borrower Name: **Bratislav Rozenfeld**

Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Effective 1/2021*

Borrower Initials: _____

Page 2 of 8 • 26631 COMMERCENTRE DRIVE, SUITE 160, LAKE FOREST, CA 92630





List all liabilities below (except real estate) and include deferred payments. Under Account Type, choose from the types listed here:
• Revolving *(e.g., credit cards)*  • Installment *(e.g., car, student, personal loans)*  • Open 30-Day *(balance paid monthly)*  • Lease *(not real estate)*  • Other

| Account Type - *use list above* | Company Name | Account Number | Unpaid Balance | To be paid off at or before closing | Monthly Payment |
|---|---|---|---|---|---|
| Revolving | JPMCB CARD | | $ 4,885.00 | ☐ | $ 138.00 |
| Revolving | AMEX | | $ 1,362.00 | ☐ | $ 40.00 |
| Revolving | WF CRD SVC | | $ 872.00 | ☐ | $ 25.00 |
| Revolving | JPMCB CARD | | $ 2.00 | ☐ | $ 2.00 |

**2d. Other Liabilities and Expenses**   ☑ *Does not apply*

Include all other liabilities and expenses below. Choose from the types listed here:
• Alimony    • Child Support    • Separate Maintenance    • Job-Related Expenses    • Other    | Monthly Payment |

## Section 3: Financial Information - Real Estate. This section asks you to list all properties you currently own
and what you owe on them.  ☐ *I do not own any real estate*

**3a. Property You Own**    If you are refinancing, list the property you are refinancing FIRST.

Address  Street _____ Unit # _____
City _____ State ____ ZIP _____ Country _____

| Property Value | Status: Sold, Pending Sale, or Retained | Intended Occupancy: Investment, Primary Residence, Second Home, Other | Monthly Insurance, Taxes, Association Dues, etc. *If not included in Monthly Mortgage Payment* | For 2-4 Unit Primary or Investment Property | |
|---|---|---|---|---|---|
| | | | | Monthly Rental Income | For LENDER to calculate: Net Monthly Rental Income |
| $ | | | $ | $ | $ |

Mortgage Loans on this Property   ☐ *Does not apply*

| Creditor Name | Account Number | Monthly Mortgage Payment | Unpaid Balance | To be paid off at or before closing | Type: FHA, VA, Conventional, USDA-RD, Other | Credit Limit *(if applicable)* |
|---|---|---|---|---|---|---|
| | | $ | $ | ☐ | | $ |

**3b. IF APPLICABLE, Complete Information for Additional Property**   ☐ *Does not apply*

Address  Street _____ Unit # _____
City _____ State ____ ZIP _____ Country _____

| Property Value | Status: Sold, Pending Sale, or Retained | Intended Occupancy: Investment, Primary Residence, Second Home, Other | Monthly Insurance, Taxes, Association Dues, etc. *If not included in Monthly Mortgage Payment* | For 2-4 Unit Primary or Investment Property | |
|---|---|---|---|---|---|
| | | | | Monthly Rental Income | For LENDER to calculate: Net Monthly Rental Income |
| $ | | | $ | $ | $ |

Mortgage Loans on this Property   ☐ *Does not apply*

| Creditor Name | Account Number | Monthly Mortgage Payment | Unpaid Balance | To be paid off at or before closing | Type: FHA, VA, Conventional, USDA-RD, Other | Credit Limit *(if applicable)* |
|---|---|---|---|---|---|---|
| | | $ | $ | ☐ | | $ |

Borrower Name: Bratislav Rozenfeld

Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Effective 1/2021*

Borrower Initials: _____

Page 3 of 8 • 25631 COMMERCENTRE DRIVE, SUITE 160, LAKE FOREST, CA 92630





## Section 4: Loan and Property Information. This section asks about the loan's purpose and the property you want to purchase or refinance.

**4a. Loan and Property Information**

| | |
|---|---|
| **Loan Amount** $956,250.00 | **Loan Purpose** ⊙ Purchase  ○ Refinance  ○ Other *(specify)* _____ |

| Property Address | Street ████████ | | | | Unit # _____ |
|---|---|---|---|---|---|
| | City **Pompano Beach** | | | State **FL**  ZIP ███ | |
| | County **Broward** | | Number of Units **1** | **Property Value** $1,290,000.00 | |

**Occupancy**   ○ Primary Residence   ○ Second Home   ⊙ Investment Property   FHA Secondary Residence ☐

**1. Mixed-Use Property.** If you will occupy the property, will you set aside space within the property to operate your own business? *(e.g., daycare facility, medical office, beauty/barber shop)*   ⊙ NO   ○ YES

**2. Manufactured Home.** Is the property a manufactured home? *(e.g., a factory built dwelling built on a permanent chassis)*   ⊙ NO   ○ YES

**4b. Other New Mortgage Loans on the Property You are Buying or Refinancing**   ☑ *Does not apply*

**4c. Rental Income on the Property You Want to Purchase**   **For Purchase Only**   ☐ *Does not apply*

| Complete if the property is a 2-4 Unit Primary Residence or an Investment Property | Amount | |
|---|---|---|
| Expected Monthly Rental Income | $ | 4,500.00 |
| **For LENDER to calculate:** Expected Net Monthly Rental Income | $ | (3,205.99) |

**4d. Gifts or Grants You Have Been Given or Will Receive for this Loan**   ☑ *Does not apply*

---

**Borrower Name: Bratislav Rozenfeld**

Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Effective 1/2021*

**Borrower Initials:** ████

Page 4 of 8 • 25531 COMMERCENTRE DRIVE, SUITE 160, LAKE FOREST, CA 92630

 

## Section 5: Declarations. This section asks you specific questions about the property, your funding, and your past financial history.

### 5a. About this Property and Your Money for this Loan

| | NO | YES |
|---|---|---|
| **A.** Will you occupy the property as your primary residence? | ⊙ NO | ○ YES |
| If YES, have you had an ownership interest in another property in the last three years? | ○ NO | ○ YES |
| If YES, complete (1) and (2) below: | | |
| (1) What type of property did you own: primary residence (PR), FHA secondary residence (SR), second home (SH), or investment property (IP)? | _____ | |
| (2) How did you hold title to the property: by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | _____ | |
| **B.** If this is a Purchase Transaction: Do you have a family relationship or business affiliation with the seller of the property? | ⊙ NO | ○ YES |
| **C.** Are you borrowing any money for this real estate transaction *(e.g., money for your closing costs or down payment)* or obtaining any money from another party, such as the seller or realtor, that you have not disclosed on this loan application? | ⊙ NO | ○ YES |
| If YES, what is the amount of this money? | $ _____ | |
| **D.** 1. Have you or will you be applying for a mortgage loan on another property (not the property securing this loan) on or before closing this transaction that is not disclosed on this loan application? | ⊙ NO | ○ YES |
| 2. Have you or will you be applying for any new credit *(e.g., installment loan, credit card, etc.)* on or before closing this loan that is not disclosed on this application? | ⊙ NO | ○ YES |
| **E.** Will this property be subject to a lien that could take priority over the first mortgage lien, such as a clean energy lien paid through your property taxes *(e.g., the Property Assessed Clean Energy Program)*? | ⊙ NO | ○ YES |

### 5b. About Your Finances

| | NO | YES |
|---|---|---|
| **F.** Are you a co-signer or guarantor on any debt or loan that is not disclosed on this application? | ⊙ NO | ○ YES |
| **G.** Are there any outstanding judgments against you? | ⊙ NO | ○ YES |
| **H.** Are you currently delinquent or in default on a Federal debt? | ⊙ NO | ○ YES |
| **I.** Are you a party to a lawsuit in which you potentially have any personal financial liability? | ⊙ NO | ○ YES |
| **J.** Have you conveyed title to any property in lieu of foreclosure in the past 7 years? | ⊙ NO | ○ YES |
| **K.** Within the past 7 years, have you completed a pre-foreclosure sale or short sale, whereby the property was sold to a third party and the Lender agreed to accept less than the outstanding mortgage balance due? | ⊙ NO | ○ YES |
| **L.** Have you had property foreclosed upon in the last 7 years? | ⊙ NO | ○ YES |
| **M.** Have you declared bankruptcy within the past 7 years? | ⊙ NO | ○ YES |
| If YES, identify the type(s) of bankruptcy: ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 12  ☐ Chapter 13 | | |

---

**Borrower Name: Bratislav Rozenfeld**

Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Effective 1/2021*

**Borrower Initials:** _____

Page 5 of 8 • 25531 COMMERCENTRE DRIVE, SUITE 160, LAKE FOREST, CA 92630





## Section 6: Acknowledgments and Agreements. This section tells you about your legal obligations when you sign this application.

### Acknowledgments and Agreements

**Definitions:**
- "Lender" includes the Lender's agents, service providers, and any of their successors and assigns.
- "Other Loan Participants" includes (i) any actual or potential owners of a loan resulting from this application (the "Loan"), (ii) acquirers of any beneficial or other interest in the Loan, (iii) any mortgage insurer, (iv) any guarantor, (v) any servicer of the Loan, and (vi) any of these parties' service providers, successors or assigns.

**I agree to, acknowledge, and represent the following:**

**(1) The Complete Information for this Application**
- The information I have provided in this application is true, accurate, and complete as of the date I signed this application.
- If the information I submitted changes or I have new information before closing of the Loan, I must change and supplement this application, including providing any updated/supplemented real estate sales contract.
- For purchase transactions: The terms and conditions of any real estate sales contract signed by me in connection with this application are true, accurate, and complete to the best of my knowledge and belief. I have not entered into any other agreement, written or oral, in connection with this real estate transaction.
- The Lender and Other Loan Participants may rely on the information contained in the application before and after closing of the Loan.
- Any intentional or negligent misrepresentation of information may result in the imposition of:
  - (a) civil liability on me, including monetary damages, if a person suffers any loss because the person relied on any misrepresentation that I have made on this application, and/or
  - (b) criminal penalties on me including, but not limited to, fine or imprisonment or both under the provisions of Federal law (18 U.S.C. §§ 1001 et seq.).

**(2) The Property's Security**
The Loan I have applied for in this application will be secured by a mortgage or deed of trust which provides the Lender a security interest in the property described in this application.

**(3) The Property's Appraisal, Value, and Condition**
- Any appraisal or value of the property obtained by the Lender is for use by the Lender and Other Loan Participants.
- The Lender and Other Loan Participants have not made any representation or warranty, express or implied, to me about the property, its condition, or its value.

**(4) Electronic Records and Signatures**
- The Lender and Other Loan Participants may keep any paper record and/or electronic record of this application, whether or not the Loan is approved.
- If this application is created as (or converted into) an "electronic application", I consent to the use of "electronic records" and "electronic signatures" as the terms are defined in and governed by applicable Federal and/or state electronic transactions laws.
- I intend to sign and have signed this application either using my:
  - (a) electronic signature; or
  - (b) a written signature and agree that if a paper version of this application is converted into an electronic application, the application will be an electronic record, and the representation of my written signature on this application will be my binding electronic signature.
- I agree that the application, if delivered or transmitted to the Lender or Other Loan Participants as an electronic record with my electronic signature, will be as effective and enforceable as a paper application signed by me in writing.

**(5) Delinquency**
- The Lender and Other Loan Participants may report information about my account to credit bureaus. Late payments, missed payments, or other defaults on my account may be reflected in my credit report and will likely affect my credit score.
- If I have trouble making my payments I understand that I may contact a HUD-approved housing counseling organization for advice about actions I can take to meet my mortgage obligations.

**(6) Authorization for Use and Sharing of Information**
By signing below, in addition to the representations and agreements made above, I expressly authorize the Lender and Other Loan Participants to obtain, use, and share with each other (i) the loan application and related loan information and documentation, (ii) a consumer credit report on me, and (iii) my tax return information, as necessary to perform the actions listed below, for so long as they have an interest in my loan or its servicing:
- (a) process and underwrite my loan;
- (b) verify any data contained in my consumer credit report, my loan application and other information supporting my loan application;
- (c) inform credit and investment decisions by the Lender and Other Loan Participants;
- (d) perform audit, quality control, and legal compliance analysis and reviews;
- (e) perform analysis and modeling for risk assessments;
- (f) monitor the account for this loan for potential delinquencies and determine any assistance that may be available to me; and
- (g) other actions permissible under applicable law.

Borrower Signature _____   Date (mm/dd/yyyy) _12_ _10_ _2021_
Bratislav Rozenfeld

Additional Borrower Signature _____   Date (mm/dd/yyyy) _/_ _/_

Borrower Name: **Bratislav Rozenfeld**

Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Effective 1/2021*

Page 6 of 8 • 25531 COMMERCENTRE DRIVE, SUITE 160, LAKE FOREST, CA 92630





## Section 7: Military Service. This section ask questions about your (or your deceased spouse's) military service.

**Military Service of Borrower**

**Military Service** – Did you (or your deceased spouse) ever serve, or are you currently serving, in the United States Armed Forces?   ◉ **NO**   ○ YES
*If YES, check all that apply:*   ☐ Currently serving on active duty with projected expiration date of service/tour ___ / ___ / _____ (mm/dd/yyyy)
☐ Currently retired, discharged, or separated from service
☐ Only period of service was as a non-activated member of the Reserve or National Guard
☐ Surviving spouse

## Section 8: Demographic Information. This section asks about your ethnicity, sex, and race.

**Demographic Information of Borrower**

**The purpose of collecting this information** is to help ensure that all applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, Federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, Federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application. If you do not wish to provide some or all of this information, please check below.

**Ethnicity:** *Check one or more*
☐ Hispanic or Latino
  ☐ Mexican  ☐ Puerto Rican  ☐ Cuban
  ☐ Other Hispanic or Latino - *Print origin:* _____

  *For example: Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.*
☑ Not Hispanic or Latino
☐ I do not wish to provide this information

**Sex**
☐ Female
☑ Male
☐ I do not wish to provide this information

**Race:** *Check one or more*
☐ American Indian or Alaska Native - *Print name of enrolled or principal tribe:* _____
☐ Asian
  ☐ Asian Indian  ☐ Chinese  ☐ Filipino
  ☐ Japanese  ☐ Korean  ☐ Vietnamese
  ☐ Other Asian - *Print race:* _____
  *For example: Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
  ☐ Native Hawaiian  ☐ Guamanian or Chamorro  ☐ Samoan
  ☐ Other Pacific Islander- *Print race:* _____

  *For example: Fijian, Tongan, and so on.*
☑ White
☐ I do not wish to provide this information

| To Be Completed by Financial Institution *(for application taken in person)*: |
| --- |

Was the ethnicity of the Borrower collected on the basis of visual observation or surname?   ○ NO   ○ YES
Was the sex of the Borrower collected on the basis of visual observation or surname?   ○ NO   ○ YES
Was the race of the Borrower collected on the basis of visual observation or surname?   ○ NO   ○ YES

**The Demographic Information was provided through:**

○ Face-to-Face Interview *(includes Electronic Media w/ Video Component)*   ○ Telephone Interview   ○ Fax or Mail   ○ Email or Internet

---

**Borrower Name: Bratislav Rozenfeld**

Uniform Residential Loan Application
Freddie Mac Form 65 · Fannie Mae Form 1003
*Effective 1/2021*

**Borrower Initials:** _____

Page 7 of 8 · 25531 COMMERCENTRE DRIVE, SUITE 160, LAKE FOREST, CA 92630



## Section 9: Loan Originator Information. To be completed by your Loan Originator.

**Loan Originator Information**

Loan Originator Organization Name **Financial Triangle Inc**

Address ▮▮▮▮▮▮▮▮▮▮▮▮▮

Loan Originator Organization NMLSR ID# ▮▮▮▮▮▮         State License ID# ▮▮▮▮▮▮

Loan Originator Name **Margot Ettedgui**

Loan Originator NMLSR ID# ▮▮▮▮▮         State License ID# ▮▮▮▮▮▮

Email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         Phone ▮▮▮▮▮▮▮

Signature _____         Date *(mm/dd/yyyy)* ___/___/___

---

Borrower Name: **Bratislav Rozenfeld**

Uniform Residential Loan Application          Borrower Initials:
Freddie Mac Form 65 • Fannie Mae Form 1003
*Effective 1/2021*          Page 8 of 8 • 25631 COMMERCENTRE DRIVE, SUITE 180, LAKE FOREST, CA 92630

 **Acra Lending**



To be completed by the Lender:
Lender Loan No./Universal Loan Identifier 7037491 / 254900S6AIE4Z8YQM970-7037491-29    Agency Case No.

# Uniform Residential Loan Application — Lender Loan Information
This section is completed by your lender.

## L1. Property and Loan Information

**Community Property State**
- [ ] At least one borrower lives in a community property state.
- [ ] The property is in a community property state.

**Transaction Detail**
- [ ] Conversion of Contract for Deed or Land Contract
- [ ] Renovation
- [ ] Construction-Conversion/Construction-to-Permanent
  - ○ Single-Closing  ○ Two-Closing
- Construction/Improvement Costs $
- Lot Acquired Date  /  /   (mm/dd/yyyy)
- Original Cost of Lot $

**Refinance Type**
- ○ No Cash Out
- ○ Limited Cash Out
- ○ Cash Out

**Refinance Program**
- ○ Full Documentation
- ○ Interest Rate Reduction
- ○ Streamlined without Appraisal
- ○ Other _____

**Energy Improvement**
- [ ] Mortgage loan will finance energy-related improvements.
- [ ] Property is currently subject to a lien that could take priority over the first mortgage lien, such as a clean energy lien paid for through property taxes (e.g., the Property Assessed Clean Energy program).

**Project Type**  [ ] Condominium  [ ] Cooperative  [ ] Planned Unit Development (PUD)  [✓] Property is not located in a project

## L2. Title Information

Title to the Property **Will** be Held in What Name(s):
**Bratislav Rozenfeld**

**For Refinance:** Title to the Property is **Currently** Held in What Name(s):

**Estate Will be Held In**
- ◉ Fee Simple
- ○ Leasehold Expiration Date  /  /   (mm/dd/yyyy)

**Manner in Which Title Will be Held**
- ◉ Sole Ownership      ○ Joint Tenancy with Right of Survivorship
- ○ Life Estate         ○ Tenancy by the Entirety
- ○ Tenancy in Common   ○ Other

**Trust Information**
- ○ Title Will be Held by an *Inter Vivos (Living)* Trust
- ○ Title Will be Held by a Land Trust

**Indian Country Land Tenure**
- ○ Fee Simple On a Reservation
- ○ Individual Trust Land *(Allotted/Restricted)*
- ○ Tribal Trust Land On a Reservation
- ○ Tribal Trust Land Off Reservation
- ○ Alaska Native Corporation Land

## L3. Mortgage Loan Information

**Mortgage Type Applied For**
- ◉ Conventional  ○ USDA-RD
- ○ FHA  ○ VA  ○ Other:

**Amortization Type**
- ◉ Fixed Rate  ○ Other (explain):
- ○ Adjustable Rate
  - **If Adjustable Rate:**
    - Initial Period Prior to First Adjustment ___ (months)
    - Subsequent Adjustment Period ___ (months)

**Loan Features**
- [ ] Balloon / Balloon Term ___ (months)
- [ ] Interest Only / Interest Only Term ___ (months)
- [ ] Negative Amortization
- [✓] Prepayment Penalty / Prepayment Penalty Term 36 (months)
- [ ] Temporary Interest Rate Buydown / Initial Buydown Rate ___ %
- [ ] Other (explain):

**Terms of Loan**
- Note Rate 5.250 %
- Loan Term 360 (months)

**Mortgage Lien Type**
- ◉ First Lien
- ○ Subordinate Lien

**Proposed Monthly Payment for Property**

| | |
|---|---:|
| First Mortgage (P & I) | $ 5,280.45 |
| Subordinate Lien(s) (P & I) | $ |
| Homeowner's Insurance | $ 194.58 |
| Supplemental Property Insurance | $ 954.67 |
| Property Taxes | $ 1,276.29 |
| Mortgage Insurance | $ |
| Association/Project Dues (Condo, Co-Op, PUD) | $ |
| Other | $ |
| **TOTAL** | $ 7,705.99 |

Borrower Name(s):  **Bratislav Rozenfeld**

Uniform Residential Loan Application — Lender Loan Information
Freddie Mac Form 65 • Fannie Mae Form 1003
*Effective 1/2021*

Page 1 of 2 • 25531 COMMERCENTRE DRIVE, SUITE 160, LAKE FOREST, CA 92630

**PX 41**                    CSG-000222
**Attachment A**                    **003523**





| **L4. Qualifying the Borrower – Minimum Required Funds or Cash Back** | | |
|---|---|---|
| **DUE FROM BORROWER(S)** | | |
| **A.** Sales Contract Price | $ | 1,275,000.00 |
| **B.** Improvements, Renovations, and Repairs | $ | |
| **C.** Land *(if acquired separately)* | $ | |
| **D.** For Refinance: Balance of Mortgage Loans on the Property to be paid off in the Transaction *(See Table 3a. Property You Own)* | $ | 0.00 |
| **E.** Credit Cards and Other Debts Paid Off *(See Table 2c. Liabilities — Credit Cards, Other Debts, and Leases that You Owe)* | $ | 0.00 |
| **F.** Borrower Closing Costs *(including Prepaid and Initial Escrow Payments)* | $ | 63,428.52 |
| **G.** Discount Points | $ | 0.00 |
| **H. TOTAL DUE FROM BORROWER(s) *(Total of A thru G)*** | $ | 1,338,428.52 |
| **TOTAL MORTGAGE LOANS** | | |
| **I.** Loan Amount | | |
| Loan Amount Excluding Financed Mortgage Insurance *(or Mortgage Insurance Equivalent)* $ 956,250.00 | | |
| Financed Mortgage Insurance *(or Mortgage Insurance Equivalent)* Amount $ 0.00 | $ | 956,250.00 |
| **J.** Other New Mortgage Loans on the Property the Borrower(s) is Buying or Refinancing *(See Table 4b. Other New Mortgage Loans on the Property you are Buying or Refinancing)* | $ | |
| **K. TOTAL MORTGAGE LOANS *(Total of I and J)*** | $ | 956,250.00 |
| **TOTAL CREDITS** | | |
| **L.** Seller Credits *(Enter the amount of Borrower(s) costs paid by the property seller)* | $ | 4,000.00 |
| **M.** Other Credits *(Enter the sum of all other credits — Borrower Paid Fees, Earnest Money, Employer Assisted Housing, Lease Purchase Fund, Lot Equity, Relocation Funds, Sweat Equity, Trade Equity, Other)* | $ | 123,714.62 |
| **N. TOTAL CREDITS *(Total of L and M)*** | $ | 127,714.62 |
| **CALCULATION** | | |
| TOTAL DUE FROM BORROWER(s) *(Line H)* | $ | 1,338,428.52 |
| LESS TOTAL MORTGAGE LOANS *(Line K)* AND TOTAL CREDITS *(Line N)* | - $ | 1,083,964.62 |
| **Cash From/To the Borrower *(Line H minus Line K and Line N)*** | | |
| **NOTE: This amount does not include reserves or other funds that may be required by the Lender to be verified.** | $ | 254,463.90 |

**Borrower Name(s):  Bratislav Rozenfeld**

Uniform Residential Loan Application — Lender Loan Information
Freddie Mac Form 65 • Fannie Mae Form 1003
*Effective 1/2021*

Page 2 of 2 • 25531 COMMERCENTRE DRIVE, SUITE 150, LAKE FOREST, CA 92630

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| _____ | : | |
| VALIANT CONSULTANTS INC. | : | |
|     Plaintiff, | : | Civil Action No.: 2:21-cv-12047 |
| | : | |
| | : | |
| | : | |
|     v. | : | |
| | : | |
| | : | |
| FBA SUPPORT LLC AND BRATISLAV | : | |
| ROZENFELD, | : | |
|     Defendants. | : | |
| _____ | : | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, by and through its undersigned counsel, files this Complaint against Defendants FBA Support LLC ("**FBA**") and Bratislav Rozenfeld a/k/a Steven Rozenfeld ("**Rozenfeld**") (collectively, the "**Defendants**") as follows:

## PRELIMINARY STATEMENT

1.    This is a civil action to recover damages, including consequential damages and punitive damages, for fraudulent inducement to enter into a contract, breach of contract, fraudulent misrepresentation, breach of implied covenant of good faith and fair dealing, piercing the corporate veil, unjust enrichment and violation of the New Jersey Unfair Trade Practices Act.

2.    Plaintiff brings this action based, in part, upon FBA's failure to fulfill its obligations under an agreement with Plaintiff which has caused considerable financial damage to Plaintiff, caused irreparable damage to Plaintiff's reputation and goodwill as well as caused loss of current and future business.

3.    Rozenfeld made representations to Plaintiff in order to induce Plaintiff to enter into an agreement with FBA and, in such agreement, FBA promised to provide certain services to Plaintiff and failed to do so.  Instead of doing what FBA promised to do, FBA caused tremendous problems and financial damage to Plaintiff.  Instead of seeking to remedy such problems, Defendants continued to fail Plaintiff at every turn, provided Plaintiff with lies and excuses to delay Plaintiff's enforcement of its rights and for both FBA and Rozenfeld to benefit from continuing payments by Plaintiff, misrepresent FBA's performance of agreements obligations, all of which, in turn, caused Plaintiff to continue to work with Defendants until the relationship became so bad, and Defendants' conduct so egregious, that Plaintiff was forced to end its relationship with certain clients causing even further damage to Plaintiff and irreparable damage to Plaintiff's good name and reputation.

4.     As set forth fully below, Defendants fraudulently induced Plaintiff to enter into the agreement and Plaintiff did so based on false representations by Defendants of FBA's expertise, performance capacity, warehousing ability, capabilities to provide certain services for various programs offered by Amazon.com, Inc., and ability to provide the services under the agreement. Defendants made these misrepresentations to induce Plaintiff to enter into the agreement. Plaintiff reasonably relied on these misrepresentations, which caused injury and continues to cause injury to Plaintiff.

### THE PARTIES

5.    Plaintiff is a Florida corporation with a principal place of business in Miami, Florida.

6.    Defendant Bratislav Rozenfeld is the founder, sole member and sole manager of FBA Support LLC, as well as the Brand Manager, Digital Strategist, Driving Brand

2

Awareness and Amazon Ecommerce Specialist thereof.  Rozenfeld is domiciled in Edgewater, New Jersey, and is a citizen of the State of New Jersey.

7.      Defendant FBA Support LLC is a New York limited liability company with its principal place of business at 7001 Anpesil Drive, Suite M1, North Bergen, New Jersey 07047. Rozenfeld is the sole member of FBA Support LLC. It is subject to service of process at 3616A 28th St., Long Island City, New York, 11106.

## JURISDICTION AND VENUE

8.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between the parties, as the Plaintiff is a citizen of the state of Florida and the Defendants are citizens of the state of New Jersey, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

9.      The venue of this matter is appropriate in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district and the underlying agreements provide for venue in this district.

## FACTUAL ALLEGATIONS

10.      Plaintiff provides services to business clients operating Amazon stores, including services relating to such clients' drop-shipping and wholesale models. Plaintiff has provided services to more than 600 business clients operating Amazon stores.

11.      In or about September 2019, Plaintiff sought to expand its business and, in that regard, sought to delegate to a professional, account-management contractor certain of Plaintiff's duties and obligations to its clients.

12.      In its search, Plaintiff sought a professional, competent, trustworthy, capable contractor having prior experience working with Amazon stores, particularly with the

3

volume of orders generated by Plaintiff's clients, as such contractor would be undertaking duties and obligations Plaintiff had to its clients and their Amazon stores.

13.     In 2019, Plaintiff, Rozenfeld and FBA exchanged written and verbal communications concerning FBA's providing the services needed by the Plaintiff, including, for example, building and managing teams, establishing and maintaining vendor and supplier relationships, sourcing relevant products, managing product sales, researching product options and cost data, managing invoicing, purchasing and logistic systems and providing inventory management and storage.

14.     During the negotiation of an agreement between Plaintiff and FBA in 2019, each Defendant made various misrepresentations of material fact concerning their ability to provide such services to and for Plaintiff, including that (i) Defendants have existing relationships with sources to supply products for sale on Amazon, including with Nike, Adidas, Fischer Price, Sony, Samsung, Disney, Colgate and Johnson & Johnson; (ii) Defendants owned a warehouse in which inventory could be stored and from which inventory could be processed, labeled and shipped for, among other things, Amazon fulfillment; (iii) Defendants had the information technology infrastructure to provide business, product, supply-chain and inventory management services; (iv) Defendants had provided services similar to those requested by the Plaintiff for other individuals or entities that were selling or had sold products on Amazon, including sourcing suppliers, finding high-margin and trending products for sale on Amazon, managing Amazon stores and their invoicing and purchasing systems, and at the volumes of orders generated by Plaintiff's clients; (v) Defendants had "hundreds" of employees to provide professional and competent services and communications to Plaintiff and its clients; (vi) Defendants had "decades" of experience providing services to individuals or entities selling on Amazon; and (vii) Defendants are "Amazon

4

Ecommerce Specialists," which Defendants specifically represented in response to a Plaintiff inquiry of whether Defendants had provided services similar to those requested by the Plaintiff for other individuals or entities that were selling or had sold products on Amazon, including sourcing suppliers, finding high-margin and trending products for sale on Amazon, managing Amazon stores and their invoicing and purchasing systems, and at the volumes of orders generated by Plaintiff's clients.

15.    Defendant Rozenfeld further promoted himself to Plaintiff as being able to deliver Amazon e-commerce services, building and managing high-powered teams, establishing and maintaining vendor relationships, sourcing relevant products, managing product sales, researching product options and cost data, managing invoicing, purchasing and logistic systems and providing inventory management and storage.

16.    As between Plaintiff and Defendants, the Defendants had unique or peculiar knowledge with respect to their representations, each of which was false when Defendants made them. In response to Plaintiff's requests for verification of Defendants' representations, the Defendants would reaffirm, reinforce and otherwise restate their representations. At that time of making such representations, the Defendants knew or should have known of the falsity of their representations, and Plaintiff had no reason to believe any such representations were false, as Defendants appeared credible, sophisticated and competent in their delivery of the now-uncovered blatant instances of fraud.

17.    Justifiably and reasonably relying on the promises and representations made by Defendants, on October 10, 2019, Plaintiff entered into a certain Partnership Agreement (the "**Agreement**") with FBA whereby FBA would build wholesale accounts for Plaintiff's clients in accordance with the Agreement.

**PX 41**                    **Attachment B**                    **003529**

18.     Specifically, under the Agreement, Defendants accepted the duty and obligation to provide the following services:

     a.    Contacting suppliers;

     b.    Securing suppliers;

     c.    Building relationships with supplier;

     d.    Finding products;

     e.    Management of products listed in each account;

     f.    Conducting product research to ensure Plaintiff only sells good products with good profit margins;

     g.    Sending Plaintiff the invoice to pay for products;

     h.    Providing software that will handle creating shipment information + FNSKU;

     i.    Packing and shipping products that arrive in FBA's warehouse to Amazon on behalf of Plaintiff;

     j.    Setting up the repricer for Plaintiff with the rules to win the buy Box;

     k.    Update a Google Sheet or have a reporting platform for Plaintiff to be able to see monthly progress for each store; and

     l.    Helping Plaintiff to get ungated for brands or categories (if required by Plaintiff).

Also, FBA had the duty and obligation to provide all accounting services, including the payment of invoices, that twelve (12) months was the "maximum period" by which certain account would generate one-hundred thousand dollars of sales with a twenty-five percent profit margin, that each Plaintiff account would have 300-500 product listed therein, and that FBA would start working with five account per week or twenty accounts per month (together with subparagraphs (a)-(l), the "**Services**").

6

19.     Immediately after signing the Agreement and thereafter, FBA failed to provide and could not provide the Services. It turns out that neither Defendant had the supplier relationships as promised and represented.

20.     Nor did FBA have the infrastructure, inventory-management know-how or knowledge base to receive, manage and inventory products and then label and package them for fulfillment by Amazon. FBA lacked the business know-how or the infrastructure to provide the promised services, and it failed to provide the required service. As a result, Plaintiff's business suffered, along with the business of Plaintiff's clients.

21.     Specifically, FBA failed to, and could not, properly manage or track inventory for which orders were placed and paid. FBA failed to source relevant products. Nor did FBA manage or research products, let alone perform accounting, invoicing and purchasing systems.

22.     FBA lost over $400,000 worth of inventory that was ordered and paid and delivered to FBA.

23.     To sell certain products on Amazon, FBA was required to secure approval from Amazon prior to listing and selling such products on Amazon. Instead of doing so, FBA ordered such products without prior approval causing further issues, complaints and damages, and certain products remain ungated, which precluded their sale on Amazon.

24.     FBA failed to reorder products as necessary resulting in inventory mismanagement.

25.     FBA failed to send products to Amazon for fulfillment.

26.     FBA failed to update Amazon stores with accurate product listings and inventory management.

7

27.     FBA failed to, and could not, properly track and manage product returns.

28.     FBA did not have the number of employees that were represented, which resulted in delays and other order fulfillment and inventory management issues.

29.     FBA had never managed the volume of orders generated by Plaintiff's clients.

30.     FBA failed to render any services that would cause any account to generate one-hundred thousand dollars of sales with a twenty-five percent profit margin within a "maximum period" of twelve (12) months.

31.     FBA failed to provide 300-500 products for each Plaintiff account.

32.     As a direct and proximate result of FBA's breaches of the Agreement, Plaintiff has directly suffered substantial damages in excess of $6,500,000 arising from, among other things, lost revenue, lost income, lost profits, reimbursements, refunds and payments to clients and FBA.

33.     In order to mitigate the damage caused by Defendants, Plaintiff was forced to move a substantial number of clients to a new account manager and refund a substantial amount of fees to cover the costs of the inventory lost by FBA.

34.     Defendants negligently managed Plaintiff's accounts, the products t and caused restrictions and suspension on certain of Plaintiff's accounts by, among other things, failing to ungate products, utilizing products that were either not genuine or whose descriptions or other indicia of origin or sponsorship were inaccurate, false or misleading, failing to comply with applicable terms of services for Plaintiff's accounts,

35.     Defendants are frauds and engaged in a classic bait-and-switch. FBA represented, and Defendant Rozenfeld represented FBA and himself, as experts in the field having

8

the necessary relationships and background needed to fulfill their obligations under the Agreement, however, as it quickly became clear, Defendants had none of the expertise as promised. Defendants failed Plaintiff at the outset.

36.     These failures and constant lies, have caused monetary damages to Plaintiff and otherwise impaired its goodwill and reputation.  These problems could have been prevented ha Defendants actually possessed the knowledge and expertise they promised and assured Plaintiffs they had.

## CAUSE OF ACTION

### COUNT ONE
### (Breach of Contract)

37.     Plaintiff realleges each and every fact in the preceding Paragraphs of the Complaint as if they were fully set forth herein.

38.     FBA is subject to the obligations and requirements contained in the Agreement.

39.     Specifically, FBA was contracted to provide services in accordance with the Agreement.

40.     Defendants failure to provide the services and has breached the Agreement.

41.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has suffered, and continues to suffer, substantial damages and is entitled to an award of damages, costs and interest in an amount of not less than $6,500,000.

### COUNT TWO
### (Breach of Implied Covenant of Good Faith and Fair Dealing)

42.     Plaintiff realleges each and every fact in the preceding Paragraphs of the Complaint as if they were fully set forth herein.

9

43.     The Agreement is a contractual agreement which contains an implied covenant of good faith and fair dealing, requiring FBA to deal honestly and in good faith with Plaintiff, and FBA breached such covenants.

44.     As a direct and proximate result of FBA's wrongful conduct, Plaintiff has suffered, and continues to suffer, substantial damages and is entitled to an award of damages in an amount of not less than $6,500,000, costs, interest, punitive damages, treble damages and attorneys' fees.

## COUNT THREE
### (Fraudulent Inducement)

45.     Plaintiff realleges each and every fact in the preceding Paragraphs of the Complaint as if they were fully set forth herein.

46.     As stated above, Defendants individually and collectively made misrepresentations of material fact to Plaintiff.

47.     Defendants individually and collectively made these misrepresentations of material fact with the intention of inducing Plaintiff's reliance on them.

48.     Plaintiff reasonably relied on Defendants' individual and collective misrepresentation of these material facts.

49.     Plaintiff's reliance on these misrepresentations of material fact by Defendants, cause injury to Plaintiff.

50.     By virtue of the relationship clearly set forth herein, FBA and Rozenfeld are alter egos and therefore jointly and severally liable for the misrepresentations made on behalf of their alter ego.

51.     Defendants conduct is egregious in nature and was directed at Plaintiff.

10

52.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has suffered, and continues to suffer, substantial damages and is entitled to an award of damages in an amount of not less than $6,500,000, costs, interest, punitive damages, treble damages and attorneys' fees.

## COUNT FOUR
### (Fraudulent Misrepresentation)

53.     Plaintiff realleges each and every fact in the preceding Paragraphs of the Complaint as if they were fully set forth herein.

54.     Defendants made false misrepresentations of fact to Plaintiffs.

55.     Defendants knew or should have known that the representations were false.

56.     Defendants made the representations to induce action by Plaintiff to enter into the Agreement with Defendants.

57.     In reliance of Defendants' representations, Plaintiff acted to its detriment.

58.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has suffered, and continues to suffer, substantial damages and is entitled to an award of damages in an amount of not less than $6,500,000, costs, interest, punitive damages, treble damages and attorneys' fees.

## COUNT FIVE
### (Unjust Enrichment)

59.     Plaintiff realleges each and every fact in the preceding Paragraphs of the Complaint as if they were fully set forth herein.

60.     Plaintiff made payments in excess of $2,000,000 to Defendant Rozenfeld and FBA.

61.     Defendants accepted and retained Plaintiff's payments.

11

62.    Defendants have been unjustly enriched at the expense of Plaintiff in an amount of not less than $6,500,000.

63.    Equity and good conscience require restitution and payment in full of all money paid to them.

## COUNT SIX
### (Piercing the Corporate Veil)

64.    Plaintiff realleges each and every fact in the preceding Paragraphs of the Complaint as if they were fully set forth herein.

65.    Defendant Rozenfeld is the sole member of FBA and has day-to-day involvement in the business of FBA.

66.    FBA does not adhere to corporate formalities. Upon information and belief, he has not executed a written limited liability company agreement with FBA.

67.    Upon information and belief, FBA is grossly undercapitalized and upon receipt of any payment from Plaintiff, Defendant Rozenfeld would distribute FBA's cash assets to himself so as to leave FBA without sufficient assets to operate its business.

68.    Upon information and belief, Defendant Rozenfeld used FBA for the purpose of committing the above-mentioned fraud on Plaintiff.

69.    Upon information and belief, Defendant Rozenfeld comingles his assets with the assets of FBA. He uses FBA assets to fund his personal expenses.

70.    At all times relevant to this action, Defendant Rozenfeld had complete domination and control over FBA and this control was used by Rozenfeld to commit the fraud against Plaintiff and such fraud caused injury to Plaintiff.

71.    As a direct and proximate result of Rozenfeld's wrongful conduct, Plaintiff has suffered, and continues to suffer, substantial damages and is entitled to an award of damages

in an amount of not less than $6,500,000, costs, interest, punitive damages, treble damages and attorneys' fees

## COUNT SEVEN
### (Violation of New Jersey Unfair Trade Practices Act)

72.    Plaintiff realleges each and every fact in the preceding Paragraphs of the Complaint as if they were fully set forth herein.

73.    Defendants violated New Jersey's Unfair Trade Practices Act by engaging in unconscionable commercial practices, deception, fraud, false pretenses, false promise, misrepresentation, or the concealment, suppression or omission of any material facts with the intent that other rely thereon, in each instance offending the established public policy and acts that are immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers and Plaintiff.

74.    Defendants abandoned their contractual obligations to Plaintiff, misled Plaintiff, made intentional and fraudulent misrepresentations to Plaintiff, and unjustly enriched themselves to the detriment of Plaintiff.

75.    Plaintiff has suffered an adverse effect as a result of unfair trade practices by Defendants as alleged herein.

76.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has suffered, and continues to suffer, substantial damages and is entitled to an award of damages in an amount of not less than $6,500,000, costs, interest, punitive damages, treble damages and attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment awarding it the following relief against the Defendants: rescission, monetary damages, punitive damages, treble damages, incidental damages, costs of suit, interest, attorneys' fees.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff demands trial by jury in this action of all issues so triable.

Dated: June 2, 2021                                   Respectfully submitted,
      Trumbull, CT

                          PLAINTIFF
                          VALIANT CONSULTANTS INC.

          By:   /s/ Richard Gora_____
                 Richard Gora
                 (203) 424-8021
                 rich@goralaw.com
                 **Gora LLC**
                 2 Corporate Dr., Suite 210
                 Trumbull, CT 06611

                 **ATTORNEYS FOR THE PLAINTIFF**

**PX 41**                  **Attachment B**             **003538**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

VALIANT CONSULTANTS INC.

**(b)** County of Residence of First Listed Plaintiff   MIAMI-DADE CNTY FL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

GORA LLC, 2 CORPORATE DR., SUITE 210, TRUMBULL, CT 06611

## DEFENDANTS

FBA SUPPORT LLC

County of Residence of First Listed Defendant   HUDSON CNTY, NJ
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [x] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
BREACH OF CONTRACT AND FRAUD

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____   DOCKET NUMBER _____

DATE
Jun 2, 2021

SIGNATURE OF ATTORNEY OF RECORD

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

VALIANT CONSULTANTS INC.,                    Civil No. 21-12047 (CCC)

           Plaintiff,              **ORDER OF DISMISSAL**

   V.

FBA SUPPORT LLC, et als.,

           Defendant.

---

This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty-day time period having passed without the Court having received the necessary papers;

**IT IS** on this ___29th___ day of ___September___, 2023

**ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

**ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

                        *s/Claire C. Cecchi*
                   CLAIRE C. CECCHI, U.S.D.J.



**dba of** CITADEL

Loan Number: 

# LOAN FRAUD ZERO TOLERANCE

All Applicants for loans from Acra Lending must be aware that Acra Lending has zero tolerance for misstatements of fact or concealment of intentions. Each Borrower is responsible for the content and statements on their loan application.

## TYPES OF LOAN FRAUD

1.  Submission of inaccurate information including false statements on loan applications.
2.  Falsification of documents to substantiate credit, employment, deposit or asset information including identity, ownership/non-ownership of real property.
3.  Forgery of partially or predominantly accurate information.
4.  Inaccurate or intentionally misleading statements regarding current occupancy or intent to maintain minimum occupancy as stated on the Security Instrument.
5.  Inaccurate or misleading statements made to induce Acra Lending to make a loan for a non-owner occupied property when the intention is to use the subject property that is collateral for the loan as a primary personal residence.

## CONSEQUENCES

The effects of Loan Fraud are costly to all parties involved. Acra Lending stands behind the quality of its loan production. Fraudulent loans cannot be sold to investors in the Secondary Market and if sold, will require repurchase. Fraudulent loans damage Acra Lending's reputation with those investors. The price paid by those who participate in Loan Fraud is even more costly. The following is a list of some of the potential consequences that may be incurred.

## CONSEQUENCES TO THE BORROWER

1.  Acceleration of the debt pursuant to the Deed of Trust which create a default if the Borrower gives materially false, misleading or inaccurate information or fails to provide Acra Lending with material information in connection with the loan application.
2.  Criminal prosecution.
3.  Civil action by Acra Lending or other parties to the transaction.
4.  Employment termination.
5.  Loss of any applicable professional license.
6.  Adverse effect on credit history.

**Acra Lending**
**25531 Commercentre Drive, Suite 160, Lake Forest, CA 92630**
**(888) 800-7661 - www.acralending.com NMLS ID - 144549**

---

LOAN FRAUD ZERO TOLERANCE
LFZT3.CST 01/05/21                           Page 1 of 2                           ☆ DocMagic



GSC000189

I/We have read the foregoing and fully understand Acra Lending's position on Loan Fraud. Neither I/we nor any other party acting on our behalf to facilitate this loan request including Mortgage Brokers or Bankers, Real Estate Brokers or Agents has knowingly and/or willfully engaged in the practice of any Loan Fraud that results in the origination and subsequent submission of a fraudulent loan to Acra Lending.



Borrower Bratislav Rozenfeld          Date

**NOTARY ATTESTATION**

State of    ~~FLORIDA~~ New Jersey

County of    ~~Broward~~ Bergen

Subscribed and sworn to (or affirmed) before me on this _02_ day of ___12___, _2021_ , by
Bratislav Rozenfeld

_____ ,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me,
_Stephane Pelissier_ , Notary Public.

(Seal)                          Signature 

LOAN FRAUD ZERO TOLERANCE
LFZT3.CST  01/05/21                    Page 2 of 2                    ☆ DocMagic

GSO-000191

Loan Number: ▓▓▓

# OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT

BEFORE ME, the undersigned authority duly authorized to take acknowledgments and administer oaths, personally appeared
Bratislav Rozenfeld

(the "Borrower"),

who upon being duly sworn on oath, certified as follows:

1. **Material Inducement:** Borrower understands and agrees that the statements contained herein are given as a material
   inducement to CITADEL SERVICING CORPORATION DBA ACRA LENDING

   (the "Lender"),
   and Lender is relying upon such statements, to make a mortgage loan (the "Loan") to Borrower, repayment of which is
   secured by a Mortgage, Deed of Trust, Security Deed or other instrument of security (the "Security Instrument") on certain
   real property located at ▓▓▓▓   Pompano Beach, Florida ▓▓

   (the "Property").

2. **Occupancy:** [check one box only]

   ☐ **Principal Residence.** Borrower either currently occupies and uses the Property as Borrower's principal residence,
   or Borrower will occupy and use the Property as Borrower's principal residence within   60   days after Borrower
   signs the Security Instrument.  Borrower will continue to occupy and use the Property as Borrower's principal
   residence for at least one (1) year from the date that Borrower first occupies the Property.  However, Borrower will
   not have to occupy and use the Property as Borrower's principal residence within the time frames set forth above if
   Lender agrees in writing that Borrower does not have to do so.  Lender may not refuse to agree unless the refusal is
   reasonable.  Borrower will also not have to occupy and use the Property as Borrower's principal residence within the
   time frames set forth above if extenuating circumstances exist which are beyond Borrower's control.

   ☐ **Second Home.** Borrower will occupy, and will use, the Property as Borrower's second home.  Borrower will keep
   the Property available for Borrower's exclusive use and enjoyment at all times, and will not subject the Property to
   any timesharing or other shared ownership arrangement or to any rental pool or agreement that requires Borrower
   either to rent the Property or give a management firm or any other person any control over the occupancy or use of
   the Property.

   ☒ **Investment.** The Property is owned and held by Borrower as an investment property.  Borrower does not now occupy
   or use the property, and has no present intention to occupy or use the Property in the future, either as Borrower's
   principal residence or second home.  Borrower now occupies and uses other property or properties as Borrower's
   principal residence and/or second home.

3. **Financial Status:** Borrower understands that Lender is making the Loan based upon statements and representations
   contained in, or made in connection with, the residential mortgage loan application given by Borrower to Lender (the
   "Loan Application").  Borrower hereby certifies that the information provided by Borrower contained in, or made in
   connection with, the Loan Application related to Borrower's financial status (such as Borrower's employment, income,
   available cash, debts, expenses, credit obligations, and the like), has not changed significantly and that the such
   information accurately reflects Borrower's current financial status.  Borrower certifies further that Borrower has not
   received a layoff notice or otherwise have knowledge of a pending layoff, and Borrower, to the best of Borrower's
   knowledge and belief, is unaware of any events or circumstances in the foreseeable future that would impair or have an
   adverse effect on Borrower's ability to fulfill Borrower's Loan obligations, including, but not limited to Borrower's
   obligation to make required periodic payments.

OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT
OFSA.MSC  10/26/18                                                                    ☆DocMagic



**PX 41**                          **Attachment E**                          **003543**
CSG-000197

4. **False, Misleading or Inaccurate Statements:** Borrower understands that Borrower will be in default under the terms of the Security Instrument if, during the application process for the Loan, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan, including, but not limited to, representations concerning Borrower's occupancy of the Property and Borrower's financial status. Borrower understands further that any intentional or negligent misrepresentation(s) of the information contained in, or made in connection with, the Loan Application may result in severe civil and/or criminal penalties, including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation(s) which Borrower has made on or in connection with the Loan Application.

Borrower Bratislav Rozenfeld    Date



State of ~~FLORIDA~~ _New Jersey_ )
County of ~~Broward~~ _Bergen_ )

Sworn to (or affirmed) and subscribed before me by means of:

☑ Physical Presence,

- OR -

☐ Online Notarization,

this **_02_** day of _____**_12_**_____ , _____**_2021_**_____ , by
   Date               Month                  Year

Bratislav Rozenfeld

_____

_Name of Person Making Statement_

_Signature of Notary Public - State of Florida_ _New Jersey_

_____
_Name of Notary Typed, Printed or Stamped_

_(Place Notary Seal Stamp Above)_

☐ Personally Known
☑ Produced Identification

Type of Identification Produced: _____ DL _____

OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT
OFSA.MSC  10/26/18

_DocMagic eForms_

Page 3 of 3