UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JULIEN XAVIER NEALS, USDJ　　　　　　　　Date: 1/30/2025
Court Reporter: Melissa Mormile　　　　　　　　　Civil No: 2:24-cv-6635

Title of the Case:

FEDERAL TRADE COMMISSION,
v.
THEFBAMACHINE, INC., et al,

Appearances:

Colleen Brennan Robbins and Frances Kern, Counsel for Plaintiff Federal Trade Commission

Alexander Susi and Mikhail Usher, Counsel for Defendants TheFBAMachine, Inc., Passive Scaling, Inc., 1hr Deliveries, Inc., Hourly Relief, Inc., 3PL Logistic Automation, Inc., FBA Support NJ Corp., Daily Distro, LLC, Closter Green Corp., and Bratisla V. Rozenfeld

Gianni Garyfallos, Counsel for Plaintiff Amanda Rozenfeld

Anthony Sodono, and Michele M. Dudas for Receiver Anthony Sodono

**Nature of Proceedings**:

Status Conference Held

　　　　　　　　　　　　　　　　　　　　Kimberly Darling, Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　to the Honorable Julien Xavier Neals, USDJ

Time Commenced:　　2:00 pm
Time Concluded:　　　2:45 pm
Total Time:　　　　　45 minutes