

75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

**Michele M. Dudas**
**Direct Dial: (973) 721-5021**
**mdudas@msbnj.com**
15292-001

January 31, 2025

**Via ECF**
Honorable Julien Xavier Neals, U.S.D.J.
United States District Court of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Courtroom 5D
Newark, New Jersey 07102

    Re:    **Federal Trade Commission**
             **v. TheFBAMachine, Inc.,** *et al.*
             **Civil Action No. 24-6635 (JXN)(LDW)**

Dear Judge Neals:

      As Your Honor is aware, this firm is counsel to Anthony Sodono, III, Esq., the receiver ("Receiver") appointed in the above-captioned matter. In furtherance of the hearing conducted on January 30, 2025, this is to notify the Court that a dispute has arisen regarding the deposition of Defendant Steven Rozenfeld ("Mr. Rozenfeld"), and the limitation for the duration of the deposition imposed by Fed. R. Civ. P. 30(d)(1). Counsel for Mr. Rozenfeld opposes a deposition of over seven (7) hours. We apologize in advance for burdening the Court with the matter, but wanted to address the issue as soon as it came to light, and appreciate Your Honor's consideration.

      Specifically, counsel to Plaintiff Federal Trade Commission ("FTC") and the Receiver suggested that, given the time and expense for travel to New Jersey for both the FTC and Mr. Rozenfeld, that two (2) consecutive days be agreed upon if a second day of testimony was required (since questioning is expected by the FTC and the Receiver, if necessary). Given the totality of the circumstances in this matter, it is respectfully submitted that the time limitations be relaxed should it become necessary to depose Mr. Rozenfeld for more than a seven (7) hour period and that two (2) consecutive days be selected, so as to minimize any unnecessary disruption or cause additional travel expenses for the parties.

      Therefore, it is respectfully requested that the parties be guided by the Court on the matter so that the terms of the Consent Order discussed at the January 30, 2025 hearing can be finalized and timely submitted to the Court.

Honorable Julien Xavier Neals, U.S.D.J.
January 31, 2025
Page 2

    We thank the Court for its time and consideration.

                  Respectfully submitted,

                  /s/ Michele M. Dudas

                  Michele M. Dudas

cc:    Frances Kern, Esq. (via ECF)
        Colleen B. Robbins, Esq. (via ECF)
        Mikhail Usher, Esq. (via ECF)
        Alexander Susi, Esq. (via ECF)
        Anthony Sodono, III, Esq. (via ECF)
        Sari B. Placona, Esq. (via ECF)