**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Anthony Sodono, III, Temporary Receiver*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THEFBAMACHINE, *et al.*,<br><br>Defendants. | Civil Action No. 24-6635 (JXN)(LDW) |

### ORDER APPROVING AND AUTHORIZING PAYMENT OF INTERIM FEES AND EXPENSES THROUGH JULY 31, 2024, TO: (I) McMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL TO TEMPORARY RECEIVER; AND (II) EISNER ADVISORY GROUP LLC, ACCOUNTANTS TO TEMPORARY RECEIVER

**THIS MATTER** having been presented to the Court by Anthony Sodono, III, Receiver (the "Receiver") for TheFBAMachine, Inc. ("FBA"); Passive Scaling Inc. ("Passive"); Sales.Support New Jersey Inc. ("Sales.Support"); 1HR Deliveries Inc. ("1HR"); Hourly Relief Inc. ("Hourly"); 3PL Logistic Automation Inc. ("3PL"); FBA Support NJ Corp. ("FBA Support"); Daily Distro, LLC ("Daily Distro"); Closter Green Corp. d/b/a Wraith & Co. ("Wraith") (where appropriate, FBA, Passive, Sales.Support, 1HR, Hourly, 3PL, FBA Support, Daily Distro, and Wraith will be collectively referred to as the "Receivership Entities") and Bratislav Rozenfeld, a/k/a Steven Rozenfeld a/k/a Steven Rozen, individually and as an officer or owner of the Receivership Entities, or any of them ("Rozenfeld"), upon Notice of

Motion to Approve Interim Fees and Expenses through July 31, 2024, to: (i) McManimon, Scotland & Baumann, LLC, Counsel to Receiver ("MSB"); and (ii) Eisner Advisory Group LLC ("Eisner"), Accountants to Receiver (the "Motion") (ECF Nos. 64); and the Court having considered the Motion, as well as the Letter subsequently filed by the Receiver modifying the total amount sought for fees (ECF No. 72), and no opposition having been filed thereto; and proper notice of the Motion and proposed entry hereof having been given; and sufficient cause having been shown;

IT IS on this 11th day of February 2025;

**ORDERED** that the Receiver's Motion to Approve and Authorize Payment of Fees and Expenses Through July 31, 2024, to (I) MSB and Eisner (ECF No. 64) is hereby **GRANTED**, it is further

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | FEES | EXPENSES |
|---|---|---|
| McManimon, Scotland & Baumann, LLC<br>*Counsel to Anthony Sodono, III, Temporary Receiver* | $145,982.80 | $2,915.26 |
| Eisner Advisory Group LLC<br>*Accountants to Anthony Sodono, III, Temporary Receiver* | $26,374.80 | $0 |

and it is further

**ORDERED** that as consented to by MSB and Eisner (*see* ECF No. 72), payment shall be limited to $50,000 to MSB and $10,000 to Eisner at this time, without prejudice to revisiting whether additional distribution(s) can be made.

_____
JULIEN XAVIER NEALS
United States District Judge