March 12, 2025

**VIA CM/ECF**

The Honorable Julien Xavier Neals
United States District Judge
District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  *Federal Trade Commission v. TheFBAMachine Inc. et al.,*
     Civ. No. 24-06635 (JXN) (LDW)

Dear Judge Neals,

    The hearing on the Receiver's Emergency Application for an Order to Show Cause Why The Receiver Should Not Be Authorized To Sell Real Property Owned By Defendant Bratislav Rozenfeld is set for 10:30am on March 25, 2025. Given that this is the Receiver's motion, the Federal Trade Commission ("FTC") respectfully requests that FTC counsel be permitted to appear telephonically.

    If the request is acceptable to the Court, the FTC respectfully requests that Your Honor endorse this letter "So Ordered" and have it entered on the Court's docket.

Sincerely,

/s/ Colleen Robbins

Colleen Robbins
Frances Kern
Counsel for Plaintiff

cc: counsel of record (via CM/ECF)

So ORDERED on 3/13/2025:

_____
Hon. Julien Xavier Neals, U.S. District Judge

1