Colleen Robbins
Federal Trade Commission
600 Pennsylvania Ave, NW, CC-8543 Washington, DC 20580
(202) 326-2548; crobbins@ftc.gov (Robbins)
(202) 326-3395 (Fax)

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THEFBAMACHINE INC. et al.,<br><br>Defendants. | Civil Action No. 24-cv-6635 (JXN)(LDW)<br><br>**ORDER GRANTING JOINT MOTION TO STAY DEADLINES WHILE PROPOSED SETTLEMENT IS REVIEWED BY COMMISSION** |

Plaintiff the Federal Trade Commission ("FTC") and defendants TheFBAMachine Inc.; Passive Scaling Inc.; Sales.Support New Jersey Inc.; 1HR Deliveries Inc.; Hourly Relief Inc.; 3PL Logistic Automation Inc.; FBA Support NJ Corp.; Daily Distro LLC; Closter Green Corp., dba Wraith & Co.; and Bratislav Rozenfeld, aka Steven Rozenfeld and Steven Rozen (collectively, "Defendants") request a stay of deadlines as to the FTC's case against the Defendants in this matter until August 29, 2025, pending Commission review of a Stipulated Order for Permanent Injunction and Monetary Judgment as to Defendants. The stay does not apply to the activities of the Receiver. After consideration of the joint motion submitted in connection therewith, and for good cause shown, the Court **GRANTS** the joint motion to stay deadlines until August 29, 2025, while the proposed settlement is reviewed by the Commission.

**SO ORDERED** on this 2nd of June, 2025.

JULIEN XAVIER NEALS
United States District Judge