

# USHER LAW GROUP P.C.
YOUR RIGHTS ARE OUR BUSINESS
★★★★★

---

**Our Attorneys:**

Mikhail Usher, Esq ▪▪○
Alexander Susi, Esq ▪
Vladimir Nikhman, Esq ▪○*
Jason Valentin, Esq ○*
Thomas Mirigliano, Esq ▪*
Admitted in: ▪ NY • NJ ○ FL
Of Counsel *

**Brooklyn Office:**

1022 Avenue P, 2nd Floor
Brooklyn, New York 11223
(t) (718) 484-7510
(f) (718) 865-8566
(e) Musheresq@gmail.com

**Florida Office:**

221 W. Hallandale Beach Blvd,
Suite 117
Hallandale Beach, FL 33009
(t) (754) 23 1-2330

July 3, 2025

VIA CM/ECF

The Honorable Julien Xavier Neals
United States District Judge
District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Federal Trade Commission v. TheFBAMachine Inc. et al.*,
      Civ. No. 24-06635 (JXN) (LDW)

Dear Judge Neals,

Undersigned Counsel submits this letter on behalf of Steven Rozenfeld and the Corporate Defendants. Pursuant to settlement discussions between Defendants and the FTC, Mr. Rozenfeld agreed to a stipulated order allowing the Receiver to sell the Pompano Beach Property that has been subject to this action, as part of a larger pending settlement with the FTC.

Undersigned Counsel had instructed Mr. Rozenfeld to cooperate with the broker and Mr. Rozenfeld provided the Receiver with the access code to the property. There was a disagreement between Mr. Rozenfeld and the property manager that he hired, which was resolved between the parties and has nothing to do with this action.

Mr. Rozenfeld understands that the sale is connected to his pending settlement with the FTC; he is not trying to interfere with the Receiver's efforts to sell the property.

The upcoming rental scheduled for later this month has now been cancelled, and there should be no issues moving forward. While renting the property is not allowed under the stipulation, there has certainly been no material breach of the agreement and the future sale of the home has not been impacted. Any fears that Mr. Rozenfeld is going to damage the property or stop the sale are nonexistent and unwarranted. Mr. Rozenfeld signed this stipulation because he wants to resolve the litigation in its entirety. He has not ever intentionally damaged the property and there is no evidence to suggest he will do so moving forward.

Thank you for your time and consideration.

---

Sincerely,

/s/ Alexander Susi

Alexander Susi

Mikhail Usher

Counsel for Defendants